# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CITY OF SOUTH MIAMI; FLORIDA IMMIGRANT COALITION, INC.; FARMWORKER ASSOCIATION OF FLORIDA, INC.; FAMILY ACTION NETWORK MOVEMENT, INC.; QLATINX; WECOUNT!, INC.; WESTMINSTER PRESBYTERIAN CHURCH UNITED OF GAINESVILLE, FLORIDA INC.; AMERICANS FOR IMMIGRANT JUSTICE, INC.; THE GUATEMALAN-MAYA CENTER, INC.; AND HOPE COMMUNITY CENTER, INC.,

      Plaintiffs,

v.

RON DESANTIS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA AND ASHLEY MOODY, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF FLORIDA,

      Defendants.

Civil Action File No.

1:19-cv-22927

## NOTICE OF RELATED CASE

Pursuant to Southern District of Florida Local Rule 3.8 ("Local Rule 3.8") and Southern District of Florida Internal Operating Procedure 2.15.00 ("IOP 2.15.00"), Plaintiffs respectfully submit this Notice of Related Case. Local Rule 3.8 provides: "It shall be the continuing duty of the attorneys of record in every action or proceeding to bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in [IOP 2.15.00]." IOP 2.15.00 provides for the potential transfer of similar actions "[w]henever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the

disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge."

Plaintiffs hereby inform this Court of three other cases, *C.F.C., et al, v. Miami-Dade County, Florida, et al.*, Case No. 1:18-cv-22956; *Creedle v. Miami-Dade County, et al.*, Case No. 1:17-cv-22477-KMW; and *Brown v. Ramsay*, Case No. 4:18-cv-10279, each of "which involves subject matter which is a material part of the subject matter" of the above captioned case. All four cases involve substantially related subject matters. Specifically, *C.F.C.* directly challenges the Miami-Dade Immigration Detainer Policy ("Detainer Policy"), a policy that is mandated by the Florida law challenged in this action, SB 168, to be replicated on a statewide level. Critical questions in all four cases are (1) whether arrests and detentions by local police pursuant to immigration detainers after the basis under state law has expired violate the U.S. Constitution; and (2) whether state and local police have authority to carry out immigration arrests outside of a "287(g) Agreement" under 8 U.S.C. § 1357(g).

The Court and parties in *C.F.C.*, *Creedle* and *Brown* have already spent significant resources addressing the details of the legality of mandated arrests pursuant to immigration detainer requests, including with the surrounding statutory and regulatory scheme. Finally, counsel for Plaintiffs in each of these cases overlap. Undersigned attorney Rebecca Sharpless of the University of Miami School of Law's Immigration Clinic is counsel for Plaintiffs in *C.F.C.* and *Creedle;* Alana Greer and Oscar Londoño of Community Justice Project are counsel for Plaintiffs in *C.F.C.;* and the Southern Poverty Law Center is co-counsel for Plaintiff in *Brown*.

Plaintiffs therefore believe the present case should be treated as related to *C.F.C.*, *Creedle* and *Brown*, which will serve judicial economy, avoid duplicative proceedings, and prevent any conflicting rulings. Plaintiffs are not, however, seeking consolidation at this time.

Respectfully submitted this 16th day of July, 2019.

Anne Janet Hernandez Anderson (Fla. Bar No. 0018092)
E-mail: aj.hernandez@splcenter.org
Paul R. Chavez*
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
Telephone: (786) 810-5673
Fax: (786) 237-2949

Alana Greer (Fla. Bar No. 92423)
Email: alana@communityjusticeproject.com
Oscar Londoño (Fla. Bar No. 1003044)
E-mail: oscar@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33145
Tel.: (305) 907-7697 ext. 1

**By: /s/ Rebecca Sharpless**

Rebecca Sharpless (Fla. Bar No. 0131024 )
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 284-6092
Fax: (305) 284-6093

*Attorneys for Plaintiffs*

* Application for admission pro hac vice forthcoming