IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CITY OF SOUTH MIAMI; FLORIDA IMMIGRANT COALITION, INC.,; FARMWORKER ASSOCIATION OF FLORIDA, INC.; FAMILY ACTION NETWORK MOVEMENT, INC.; QLATINX; WECOUNT!, INC.; WESTMINSTER PRESBYTERIAN UNITED CHURCH OF GAINESVILLE, INC.; AMERICANS FOR IMMIGRANT JUSTICE, INC.; THE GUATEMALAN-MAYA CENTER, INC.; AND HOPE COMMUNITY CENTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RON DESANTIS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA AND ASHLEY MOODY, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF FLORIDA, <br><br> Defendants. | Civil Action File No. <br><br> 1:19-cv-22927 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
AND REQUEST FOR HEARING**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs hereby move for a preliminary injunction enjoining Defendants from enforcing Chapter 908 of Florida Statutes ("SB 168"), submit a memorandum of law in support of this motion, request a hearing, and state the following:

1. On May 2, 2019, the Florida Legislature passed the anti-immigrant and unconstitutional SB 168. *See* Exhibit 1 to Complaint (Enacted Version of SB 168).

1

2. SB 168 impermissibly authorizes and requires state and local law enforcement to perform the functions of federal immigration agents, including the arrest and transportation of individuals suspected of civil immigration violations.

3. As a state law, SB 168 cannot unilaterally confer authority to carry out the functions of federal immigration agents.

4. SB 168 encroaches on areas of exclusive federal authority and will interfere and conflict with the comprehensive federal immigration system enacted by Congress, in violation of the Supremacy Clause of the U.S. Constitution.

5. In addition to being preempted by federal law, SB 168 is unconstitutionally void for vagueness.

6. Under SB 168, law enforcement agencies are required to "use best efforts to support the enforcement of federal immigration law." *See* § 908.104(1).

7. State and local government entities cannot "prohibit[] or impede[] a law enforcement agency from complying with 8 U.S.C. § 1373." nor may they prohibit or impede a wide range of communication or cooperation with a federal immigration agency. *See* § 908.102(6).

8. The terms "best efforts" and "impede" lack a standard for compliance and cannot be understood by people of "ordinary intelligence." *United States v. Williams*, 553 U.S. 285, 304 (2008).

9. Plaintiffs respectfully request this Court enjoin (a) Sections 908.105(1), 908.104(4), and 908.106 because these sections are preempted by federal law in violation of the Supremacy Clause of Article VI, Section 2, of the U.S. Constitution; (b) Section 908.104(1), 908.102(6), and 908.103 because they violate the Fourteenth Amendment to

the U.S. Constitution; and (c) SB 168 in its entirety because its provisions are not severable.

10. A preliminary injunction is warranted if the moving party establishes the following: "(1) substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest." *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1306 (11th Cir. 1998).

11. As detailed in Plaintiffs' memorandum in support of this motion, Plaintiffs meet the standard for a preliminary injunction.

12. Undersigned counsel requests that the Court set this motion for a hearing as soon as possible in light of the imminent harm plaintiffs face.

WHEREFORE, for the reasons set forth herein and in the accompanying memorandum of law, Plaintiffs respectfully request this Court enjoin Florida Statutes Sections 908.105(1), 908.104(4), 908.106, 908.104(1), 908.102(6), and 908.103, as well as SB 168 in its entirety.

Respectfully submitted,

Anne Janet Hernandez Anderson (Fla. Bar No. 0018092)
E-mail: aj.hernandez@splcenter.org
Viviana Bonilla Lopez (Fla. Bar No. 1003205)
E-mail: viviana.bonillalopez@splcenter.org
Paul R. Chavez*
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
Telephone: (786) 810-5673
Fax: (786) 237-2949

Alana Greer (Fla. Bar No. 92423)
Email: alana@communityjusticeproject.com
Oscar Londoño (Fla. Bar No. 1003044)
E-mail: oscar@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33137
Tel.: (305) 907-7697 ext. 1

**By: /s/ Rebecca Sharpless**

Rebecca Sharpless (Fla. Bar No. 0131024)
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 284-6092
Fax: (305) 284-6093

*Attorneys for Plaintiffs*

* Application for admission *pro hac vice* forthcoming

** Law students Augusto Cividini and Mary Catherine Holt contributed to this pleading.