UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22927-BLOOM/Louis

CITY OF SOUTH MIAMI, et al.,

    Plaintiffs,

       v.

RON DESANTIS, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**THIS CAUSE** is before the Court upon a Motion For Leave To File Brief Of Amici Curiae In Support Of Plaintiffs' Motion For Permanent Injunction And In Opposition To Defendants' Motion To Dismiss (the "Motion"). Having carefully reviewed the record, the Motion, and all applicable law, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Amici curiae may file the brief attached to their Motion on or before December ___, 2019.

**DONE AND ORDERED** in Miami, Florida this _____ day of December, 2019.

                                                        _____
                                                        **BETH BLOOM**
                                                        **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record