# EXHIBIT K

Elizabeth Guzzo
July 17, 2020

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-22927-BB

CITY OF SOUTH MIAMI,

        Plaintiff,

vs.

RON DESANTIS, IN HIS OFFICIAL CAPACITY
AS GOVERNOR OF THE STATE OF FLORIDA, et al.,

        Defendants.
                        /

            VIA ZOOM
            Miami, Florida
            July 17, 2020
            Friday, 10:08 a.m.

VIDEOTAPED DEPOSITION OF ELIZABETH GUZZO

      Taken before Theresa M. Cohen, Florida

Professional Reporter and Notary Public in and for the

State of Florida at Large, pursuant to Notice of Taking

Deposition filed in the above cause.

              -   -   -

APPEARANCES:


          SOUTHERN POVERTY LAW CENTER
          By:  ANNE JANET HERNANDEZ ANDERSON, ESQUIRE
          aj.hernandez@splcenter.org
          PAUL CHAVEZ, ESQUIRE
          VICTORIA MESA-ESTRADA, ESQUIRE
          P.O. Box 12463
          Miami, Florida 33101
          and
          COMMUNITY JUSTICE PROJECT, INC.
          By: ALAN J. GREER, ESQUIRE
          3000 Biscayne Boulevard
          Suite 106
          Miami, Florida 33137
          and
          OSCAR HERNAN LONDONO, ESQUIRE
          P.O. Box 34416
          Florida City, Florida 33034
          On behalf of the Plaintiffs.

          OFFICE OF THE ATTORNEY GENERAL
          By:  KAREN A. BRODEEN, ESQUIRE
          karen.brodeen@myfloridalegal.com
          CHARLES M. TRIPPE, JR., ESQUIRE
          PL-01
          The Capitol
          Tallahassee, Florida 32399
          On behalf of the Defendants.

          ALSO PRESENT:
          CHRISTINA LaROCCA, Law Fellow
          NEYISSA DESIR
          OLIVER TORRES
          Southern Povery Law Center
          and
          SCOTT JOHNSON, Videographer.

Elizabeth Guzzo
July 17, 2020                                             3

INDEX

WITNESS                        DIRECT            CROSS

ELIZABETH GUZZO                   6                 84

                    (Hernandez Anderson)    (Brodeen)


                         EXHIBITS

      Plaintiff's Composite Exhibit No. 1 Page 7

             (Notice of Taking Deposition)

      Plaintiff's Composite Exhibit No. 2 Page 37

                        (E-Mail)

      Plaintiff's Composite Exhibit No. 3 Page 55

                        (E-Mail)

      Plaintiff's Composite Exhibit No. 4 Page 64

                        (E-Mail)

      Plaintiff's Composite Exhibit No. 5 Page 66

                        (E-Mail)

      Plaintiff's Composite Exhibit No. 6 Page 69

                        (E-Mail)

      Plaintiff's Composite Exhibit No. 7 Page 70

                        (E-Mail)

Elizabeth Guzzo
July 17, 2020                                              4

THEREUPON:

THE VIDEOGRAPHER:  We're now on the record.

Participants should be aware this proceeding is being recorded and as such all conversations held will be recorded unless there is a request and an agreement to go off the record.

Private conversations and/or attorney-client interactions should be held outside the presence of the remote interface.

A link to the recording will be available to all parties to the case for up to ninety days from today's date providing the requesting party purchased a certified copy of the transcript.

This is the remote video recorded deposition of Elizabeth Guzzo.

Today's date is Friday, July 17th, 2020.  The time is 9:08 a.m. in the Central Time zone.

We are here in the matter of the City of South Miami versus Ron DeSantis.

My name is Scott Johnson, remote video technician on behalf of U.S. Legal Support located at 200 West Jackson Boulevard, Chicago, Illinois.

I am not related to any party in this action, nor am I financial interested in the outcome.

At this time would the reporter, Teri Cohen on

Elizabeth Guzzo
July 17, 2020                                                5

behalf of U.S. Legal Support please enter the statement for remote proceedings into the record.

THE REPORTER: The attorneys participating in this proceeding acknowledge that I am not physically present in the proceeding room and that I will be reporting this proceeding remotely.

The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

Please indicate your agreement by stating your name and your agreement on the record.

MS. BRODEEN: This is Karen Brodeen on behalf of -- go ahead.

MS. HERNANDEZ ANDERSON: Anne Janet Hernandez Anderson.

MS. BRODEEN: This is Karen Brodeen on behalf of the defendants. We agree and consent.

MS. MESA-ESTRADA: This is Victoria Mesa-Estrada, counsel for the plaintiff.

MS. GREER: Agreed. Alana Greer, counsel for the plaintiffs.

MS. LaROCCA: Agreed. Christina LaRocca, legal fellow with the plaintiffs.

MR. CHAVEZ: Agreed. Paul Chavez with the plaintiffs.

Elizabeth Guzzo
July 17, 2020                                    6

THE REPORTER:  Raise your right hand.

Do you swear the testimony you're about to give is the truth, the whole truth and nothing but the truth?

THE WITNESS:  Yes.

MS. BRODEEN:  By the way, her name is pronounced Guzzo.

ELIZABETH GUZZO

called as a witness on behalf of the Plaintiff herein and, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MS. HERNANDEZ ANDERSON:

Q    All right.  Can you please state and spell your name for the record?

A    Elizabeth Guzzo.  E-l-i-z-a-b-e-t-h, Guzzo.

Q    My name is Anne Janet Hernandez Anderson with the Southern Poverty Law Center and one of the attorneys representing the plaintiff in this case, the City of South Miami versus DeSantis and Moody in the Southern District of Florida, Case No. 19-cv-22927.

I believe we've already identified everyone who is in attendance today and I am going to -- going forward I'm going to add exhibits in the chat to publish them to everyone.  I believe that's the main way of doing this.

Elizabeth Guzzo
July 17, 2020                                                7

I just dropped in Exhibit 1, which is the notice of today's deposition and that's Exhibit 1 for the record.

(The document was marked "Plaintiff's Exhibit No. 1 for Identification.")

BY MS. HERNANDEZ ANDERSON:

Q    Have you ever had your deposition taken before, Ms. Guzzo?

A    No.

Q    All right.  So I'm going to go through some ground rules.

A deposition is a question and answer session. I'll be asking the questions and you'll be answering the questions.

As you can see, we have a court reporter present remotely, and so in order to get a good record we have to make sure everybody -- only one person is speaking at a time, and so I'm going to ask that you also make sure that you give verbal answers rather than shaking your head or nodding.  Do you understand?

A    Yes.

Q    Perfect.  This deposition is like a proceeding in court so you must answer questions with the complete truth, and, and I mentioned, we have the court reporter and she'll be writing down what you say and we also have a videographer so it's being recorded.

Elizabeth Guzzo
July 17, 2020                                                          8

          Your counsel may object to questions, but you must still answer the questions unless you're instructed not to.

          If you don't understand a question, just let me know.

     A    Okay.

     Q    We can take a break whenever you need so just let me know when you need a break and we can take one.

          The exception is you can't take a break while a question is pending, so if I ask a question you'll need to answer before we take a break.  Do you understand?

     A    Yes.

     Q    Are you on any medications or substances that might affect your ability to testify today?

     A    No.

     Q    Is there any other reason why you wouldn't be able to give full and truthful testimony today?

     A    No.

     Q    Okay.  And do you understand that you've taken an oath to tell the truth today?

     A    Yes.

     Q    And the oath you've taken today is the same oath you would take while testifying in a court and there are criminal penalties for lying under oath.  Do you understand?

Elizabeth Guzzo
July 17, 2020                                           9

A     Yes.

Q     All right.  And you said you've never been deposed before.

Have you ever given any other kind of sworn testimony?

A     No.

Q     Okay.  Have you ever provided any written testimony under oath?

A     No.

Q     For example, an affidavit or a declaration?

A     No.

Q     And have you ever given any other kind of testimony related to your job?

A     No.

Q     Have you ever been a party, whether a plaintiff or a defendant in a civil lawsuit?

A     No.

Q     Have you ever been a party in a criminal case?

A     No.

Q     Have you ever been arrested?

A     No.

Q     Okay.  And you're being represented by Ms. Brodeen for today's deposition.  Is that correct?

A     Yes.

Q     Okay.  And without telling me about the substance

Elizabeth Guzzo
July 17, 2020                                                   10

of any attorney-client communications, did you speak with anybody about your deposition today?

A    No.

Q    Prior to today's meeting did you look at any documents related to this deposition?

A    Yes.

Q    Okay.  And how did you become aware that you would be -- that your deposition would be taken today?

A    I was given the notice.

Q    Okay.  And who gave you the notice?

A    Elizabeth Teegen.

Q    Okay.  All right.  So let's just backtrack a little bit.

I'm going to share my screen here.  Hang on just a second.

All right.  And so I have a copy of Exhibit 1. This is what's been marked as Exhibit No. 1.  Is this a copy of the notice of deposition that you received from Ms. Teegen?

MS. BRODEEN:  Can you scroll through the pages really quickly so we can see what we're looking at?

MS. HERNANDEZ ANDERSON:  Sure.  I will and I'll minimize it so hopefully that will make it a little easier to read.

MS. BRODEEN:  Minimizing it makes a big

Elizabeth Guzzo
July 17, 2020                                    11

difference.  Thank you.

BY MS. HERNANDEZ ANDERSON:

Q    So you've seen this deposition notice.  Is that right?

A    Yes.

Q    Okay.  So let's backtrack a little bit.  Did you speak with anybody about your deposition today?

MS. BRODEEN:  Go ahead.  Answer that.

THE WITNESS:  Yes.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  And tell me -- so you took a look at this notice.  Did you look at any other documents to prepare for today's deposition?

A    Yes.

Q    Okay.  Can you tell me which documents you looked at?

A    Documents that were in the discovery --

Q    Okay.

A    -- that had my name on them.

Q    Okay.  That had your name on them.

All right.  And did you speak with anybody about these documents?

A    Yes.

Q    Okay.  Who did you speak with about these documents that you reviewed?

Elizabeth Guzzo
July 17, 2020                                        12

A     Karen and Charlie.

Q     And by Charlie --

A     Trippe.  I'm sorry.  The attorneys that are here.

Q     Okay.  And what about Ms. Teegen as well?

A     Yes.

Q     Okay.  Anybody else?

A     Yes.  Richard Martin, who's our Chief of Staff.
He was aware.

Q     Okay.  And is Mr. Martin an attorney?

A     Yes.

Q     And you're saying he's the Chief of Staff at the
Attorney General's Office?

A     Yes.

Q     And you're not referring to a specific department
within the Attorney General's Office.  He's just --

A     No, ma'am.

Q     Okay.  He's just the Chief of Staff.

      Okay.  Approximately how many documents did you
review?

A     Like three.

Q     Okay.  Do you have any of those documents in
front of you today?

A     No.

Q     Okay.  I do see one paper in front of you.  Is
that something that you brought with you or can you

Elizabeth Guzzo
July 17, 2020                                13

identify that what's in front of you?

          MS. BRODEEN:  This is Karen Brodeen.  I just gave
    her the notice of deposition when you referred to it
    earlier so she had it physically in front of her.
    That's what this document is.  I brought it.

          MS. HERNANDEZ ANDERSON:  Thank you.

BY MS. HERNANDEZ ANDERSON:

     Q    Can you confirm that, Ms. Guzzo?

     A    That's correct.

     Q    After reviewing the documents while you were
preparing for today's deposition did you take any notes?

     A    No.

     Q    Okay.  And so other than conversations with these
attorneys did you speak with anyone else?

     A    No.

     Q    Have you read any news stories regarding this
lawsuit?

     A    No.

     Q    Have you read anything on social media regarding
the lawsuit?

     A    No.

     Q    Okay.  Overall about how much time did you spend
preparing for today's deposition?

     A    Approximately an hour.

     Q    Okay.  So to summarize, you reviewed some

discovery documents that had your name on them.  You spoke with your attorneys, Ms. Brodeen, Mr. Trippe, Ms. Teegen and you didn't speak with anybody else.

Is that an accurate summary?

A    Actually, Dan Olson was on the call with Mr. Martin.

Q    Dan Olson.  Who is he?

A    He's the Governmental Affairs director of our office.

MS. BRODEEN:  She previously mentioned Richard Martin too.

MS. HERNANDEZ ANDERSON:  Okay.  Thank you.  Yes, Richard Martin.

BY MS. HERNANDEZ ANDERSON:

Q    So in addition to both of those individuals listed, Richard Martin and Dan Olson, the Governmental Affairs director.  And is he an attorney?

A    No.

Q    And when you say he's the Governmental Affairs director, is he the Governmental Affairs director for a particular department?

A    For the agency.

Q    For the agency, okay.

When you say agency, you're referring to the Florida Attorney General's Office?

Elizabeth Guzzo
July 17, 2020                                           15

A     Yes.

Q     And you're saying that Mr. Olson was on the phone with you and the other attorneys that you mentioned?

A     With Richard Martin.

Q     Oh, just with Richard Martin?

A     Yes.

Q     Okay.  Did you have any separate conversations with Mr. Olson?

A     No.

Q     All right.  Have you ever gone by any name other than Elizabeth Guzzo?

A     I go by Libby.

Q     Okay.  But that would be a nickname?

A     Correct.

Q     Okay.  Any changes to your last name in the past?

A     My maiden name was Whitley.

Q     Okay.  Thank you.  And you're currently employed. Correct?

A     Yes.

Q     With the Florida Attorney General's Office. Correct?

A     Yes.

Q     And what's your present job title?

A     Senior legislative aide.

Q     Okay.  And what is your current business address?

Elizabeth Guzzo
July 17, 2020                                    16

A     The Capitol, 400 South Monroe Street, Tallahassee, Florida.

Q     Who's your -- go ahead.

A     Office is Plaza Level, Suite 1.

Q     And what is your work e-mail address?

A     Elizabeth.guzzo@myfloridalegal.com.

Q     Okay.  Do you use any other e-mail addresses for your work?

A     No.  It will send it if it's libby.guzzo as well.

Q     Okay.  Were these e-mails -- well, okay.

      Can you explain that to me a little bit?  So do you have two e-mail addresses?  Is it libby.guzzo?  Is that another e-mail?

A     No.  Just if someone enters that, it will in the system send it to me as well, but the actual e-mail is Elizabeth.

Q     Okay.  And was your elizabeth.guzzo e-mail assigned to you?

A     Yes.

Q     All right.  And what's your --  oh, and do you ever use personal e-mail for work?

A     No.

Q     And what's your highest level of education that you've achieved?

A     I graduated from college.

Elizabeth Guzzo
July 17, 2020                                                17

Q   Okay.  Can you tell me where you went to college?

A   Florida State University.

Q   Okay.  And when did you graduate?

A   2010.

Q   Okay.  And that was a bachelor's.  Correct?

A   Correct.

Q   And that was a bachelor's in what?

A   Family & Child Sciences.

Q   And do you hold any professional certifications?

A   No.

Q   Okay.  And how long have you been working as the senior legislative aide in the Florida Attorney General's Office?

A   I've worked in the Attorney General's Office approximately seven years.

Q   Okay.  And have all seven years been as a senior legislative aide?

A   No.  The official title changed approximately a year and a half ago, two years ago.

Q   Okay.  So about one and a half to two years ago is when you became a senior legislative aide.  Is that correct?

A   Correct.

Q   And what was your position before that?

A   Legislative aide.

Elizabeth Guzzo
July 17, 2020                                                18

Q    Okay.  All right.  So can you tell me about your job duties as a -- your current job duties as a senior legislative aide?

A    I'm in charge of day-to-day routines within the office:  Calendaring, working on legislation, monitoring legislation, constituent issues, member relations.

Q    Okay.  Can you explain what member relations means?

A    If they reach out for a meeting or something, I can help coordinate that.  If they have an issue from their office.

Q    Okay.  So who would these members be?  I'm not completely familiar with how the Attorney General's Office works so if you can just be a little bit more specific as to who you're referring to in terms of they, if they need a meeting?

A    If a member of the legislature reaches out from their office.

Q    Okay.  Got it.  You're referring exclusively to the Florida legislature?

A    Correct.

Q    Okay.  And you mentioned constituent issues as well.

Can you describe a little bit more as to what you do in that capacity?

Elizabeth Guzzo
July 17, 2020                                    19

A     Yes.  If a representative or senator had a constituent that had a problem that could pertain to something in our office, I can direct or assist in that manner.

Q     And then in terms of monitoring legislation, what does that entail?

A     Keeping track of where it may be within the legislative process, calendaring events relating to it.

Q     Okay.  Like what types of events?

A     If a bill is being heard.

Q     Any other events?

A     I would just see the status of them.

Q     And then in terms of your day-to-day routine you mentioned can you explain that in a little bit more detail?

A     Like I said, regarding the calendar, if we have meetings or deadlines internally.

Q     Okay.  So tell me about how those job duties were different from when you were a legislative aide rather than a senior legislative aide?

A     I'd say it was a title change from when our current Attorney General took office in the new organizational chart.

Q     All right.  A new organizational chart.

So let's talk about where do you fit within the

Elizabeth Guzzo
July 17, 2020                                    20

current organizational structure?

A      I'm a direct report under Dan Olson.

Q      And you said Dan Olson is the Governmental Affairs director?

A      Correct.

Q      Okay.  And is that, I guess, a division or a department within the Florida Attorney General's Office?

A      Legislative Affairs is, yes.

Q      Okay.  Do you report to anybody else?

A      I'm not sure what the exact structure of the organizational chart is.

Q      Okay.  Do you have any other supervisors who you report to on a regular basis?

A      Our Chief of Staff Richard Martin, I would say.

Q      Okay.  And do you know who Mr. Olson reports to?

A      I'm not sure what the structure is for his supervisor.

Q      Okay.  And do you know who Mr. Martin reports to?

A      I'm not sure who he reports to either.

Q      Okay.  And do you have any direct reports?

A      No.

Q      All right.  So prior to January -- actually, let me ask you since you became a senior legislative aide under the current Attorney General Ashley Moody have you had any volunteer positions outside of work?

Elizabeth Guzzo
July 17, 2020                                                    21

A     No.

Q     What about any informal work?

A     No.

Q     Okay.  And did you participate in Ashley Moody's campaign?

A     No.

Q     And can you tell me about your role during the transition from the prior Attorney General to the current Attorney General during that time period which would be November 2018 to January 2019?

A     I was pretty much status quo.  I was just in the same position in the office.

Q     Okay.  So you were a legislative aide during that period?

A     Correct.

Q     And can you describe that transition process?

A     The Attorney General did most of her stuff on the outside.  It was not an internal agency process so we did not have interaction with them really until inauguration took in and they formally switched over offices.

Q     Okay.  So was it around January 2019 when you changed title to senior legislative aide?

A     Correct.

Q     And did you -- let me also ask you do you have a counterpart in the Governor's office, in the executive

Elizabeth Guzzo
July 17, 2020                                    22

office of the government?

A     What do you mean by counterpart?

Q     Is there someone in the same type of role that you communicate with in the Governor's office?

A     I'm not sure what their office structure is.

Q     Okay.  Do you have regular communications with anybody in the Governor's office?

A     No.

Q     Okay.  Did you participate in the DeSantis campaign at all?

A     No.

Q     All right.  So in your role as the senior legislative aide how often would you say you communicate with -- strike that.

How often would you say that you work on member relations?

A     Whenever a representative or senator's office reach out I help coordinate either, like I said, a meeting or an issue that they may have if it pertains to our office.

Q     Okay.  And what kind of issues are you referring to?

A     Similar to how I mentioned, a constituent issue previously.  Sometimes it's their aide's office calling or their aide within the office.

Elizabeth Guzzo
July 17, 2020                                              23

Q    Okay.  Would you say it's limited to constituent issues or is it also with respect to pending legislation at times?

A    It can be related to legislation.

Q    And how often does that occur?

A    It occurs more during the legislative process, so a couple months out of the year.

Q    Okay.  And would you say that's on a weekly basis, daily basis?

A    Weekly.

Q    Okay.  And what about with respect to the Governor's office?

MS. BRODEEN:  Form.

BY MS. HERNANDEZ ANDERSON:

Q    How often do you communicate with the Governor's office?

A    Our offices communicate if there's an issue that overlaps or needs to be discussed on something.

Q    And how often does that occur?

A    It changes based on what the issues may be or who was speaking to who.

Q    Okay.  Well, with respect to what you do specifically how often would you say that you communicate with the Governor's office?  For example, on a daily basis, weekly basis?

Elizabeth Guzzo
July 17, 2020                                          24

A     Not frequently.  I personally don't.

Q     All right.  And in your position are you on any commissions, either within or outside the Attorney General's Office?

A     No.

Q     Okay.  Any task forces?

A     No.

Q     Working groups?

A     No.

Q     Organizations?

A     No.

Q     Do you communicate with any commissions, task forces, working groups or organizations in your position?

A     Not that I know of.  Not currently.

Q     What about meetings with any organizations outside of the Florida Attorney General's Office?

A     Yes.

Q     Can you tell me more about that?

A     About the meetings?

Q     Right.  What types of meetings do you participate in outside of the Attorney General's Office?

A     I'm sorry.  We take meetings here in the office. I don't have meetings outside of the office.

Q     Okay.  So you take meetings within the Attorney General's Office with outside organizations.  Is that

Elizabeth Guzzo
July 17, 2020                                    25

accurate?

A    As it relates to work, yes.

Q    Okay.  And how often do you take meetings with outside organizations?

A    It depends.  Some times are busier than others.

Q    Okay.  Would you say regular meetings monthly?

A    Yes.

Q    Okay.  What about weekly?

A    During session or committee weeks if there are more people here, I would say weekly then.

Q    Okay.  During session more weekly, okay.

And can you tell me some of the organizations that you meet with?

A    Not individually.  Just we will meet with anyone who has either a request or sometimes if we see them here on a certain day and we are available to meet we will try and be available.

Q    Okay.  What type of requests are you referring to?

A    If someone just asks for a meeting or a stop by.

Q    I'm sorry.  Could you just repeat that last word again?

A    Stop by.  Sometimes people will stop by into the office.

Q    Does that mean somebody just comes by the office

without previously being announced that they were going to

have a --

    A    Yes.  If someone came into the lobby and asked

for a meeting and if we were available, we'd try to

coordinate that.

    Q    Okay.  All right.  So are you familiar with the

law that is the subject of this lawsuit while it was --

this lawsuit is a challenge to Chapter 908 of the Florida

Statutes.  Before it passed it was often referred to as SB

168.

         Are you familiar with either SB 168 or Chapter

908 of the Florida Statute?

         MS. BRODEEN:  Object to the form.

BY MS. HERNANDEZ ANDERSON:

    Q    Are you familiar with SB 168?

    A    Yes.

         THE REPORTER:  SB?  Is it SB or FB?

         MS. HERNANDEZ ANDERSON:  S like Sam, B like boy.

         MS. BRODEEN:  It stands for senate bill.

         MS. HERNANDEZ ANDERSON:  Senate Bill 168.  I'll

    refer to it as SB 168, though.

BY MS. HERNANDEZ ANDERSON:

    Q    So you said you are familiar with it?

    A    Correct.

    Q    Okay.  And do you remember doing any work

Elizabeth Guzzo
July 17, 2020                                       27

relating to SB 168?

A    No.

Q    So you didn't coordinate any meetings relating to SB 168?

A    No.

Q    Okay.  You didn't have any communications with anyone with respect to SB 168?

A    I don't recall.

Q    Okay.

MS. BRODEEN:  Clarify, you mean oral or written or both?

MS. HERNANDEZ ANDERSON:  I'll be more specific.

BY MS. HERNANDEZ ANDERSON:

Q    Any communications by e-mail with respect to SB 168?  Did you have any?

A    I don't recall.

Q    Okay.  What about any phone calls with respect to SB 168?

A    I don't recall.

Q    Any meetings that you attended with respect to SB 168?

MS. BRODEEN:  Object to the form.

BY MS. HERNANDEZ ANDERSON:

Q    Go ahead.  You can answer.

A    Did I have -- I'm sorry what was it?  Meetings?

Q    Did you attend any meetings regarding SB 168?

MS. BRODEEN:  Objection to the form.

THE WITNESS:  No, not that I recall.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  Did you attend any legislative hearing regarding SB 168?

A    No, not that I recall.

Q    And what is your understanding of what SB 168 is?

MS. BRODEEN:  Objection to the form.

BY MS. HERNANDEZ ANDERSON:

Q    Can you just tell me what you know about SB 168?

A    I don't know much.  I knew a bill was going through and it had been an issue.

Q    Okay.  You said the bill was an issue?

A    An issue during legislative session.

Q    Okay.

A    Legislative issue meaning that there was a subject that was moving.

Q    Were you -- did you do any monitoring of the bill?

A    Yes, as we do anything that pertains to our office.

Q    Okay.  And what's your understanding as to how that bill pertained to your office?

A    I monitored it as in either a key word alert set

Elizabeth Guzzo
July 17, 2020                                                    29

or I would see that the Attorney General's name was
listed.  We did not go into substance.

Q    Okay.  Do you know what that bill was about?

A    No, not really.

Q    Okay.  When you're tasked with monitoring a bill
do you have an understanding of what the bills are you're
monitoring, what the bills are about that you're
monitoring?

A    I mean, yes, I can read them.

Q    Okay.  Do you normally read them?

A    Depends on the issue.  If it's something that --

Q    Go ahead.

A    If it's something that --

Q    If it's something that you're engaged on?  Is
that what you said?

A    No.  If I have to read it or not.

Q    Okay.  Did you have to read SB 168?

A    No.

Q    Okay.  In what scenarios would you need to read a
bill?

A    If it was something that our office had worked
with someone as a legislative priority.

Q    Okay.  Do you know if SB 168 had any legislative
priority?

A    No.

Elizabeth Guzzo
July 17, 2020                                              30

MS. BRODEEN:  Object to the form.

BY MS. HERNANDEZ ANDERSON:

Q    So can you explain what a legislative priority is?

A    If it was an issue that the Attorney General had been vocal on or was something that she wanted to see.

Q    Okay.  And how -- okay.  All right.

And do you know if in your office you work with people outside of the Attorney General's Office with respect to a legislative priority?

MS. BRODEEN:  Object to the form.

THE WITNESS:  No.

BY MS. HERNANDEZ ANDERSON:

Q    All right.  Do you know if Attorney General Moody was vocal with respect to SB 168?

MS. BRODEEN:  Object to the form.

THE WITNESS:  No.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  Do you work on any immigration-related initiatives in the Attorney General's Office?

A    No.

Q    Just going back to whether the Attorney General was vocal on SB 168 can you clarify are you saying that you are not aware of whether she was vocal with respect to SB 168?  Is that what you meant?

MS. BRODEEN:  I'm going to object to the form of the question.

Vocal is a pretty vague term.  It just means audible.

MS. HERNANDEZ ANDERSON:  I'm using the term as Ms. Guzzo did.

THE WITNESS:  Can you say that again?  What's the question?

BY MS. HERNANDEZ ANDERSON:

Q    Sure.  So are you saying that you don't know whether the Attorney General was vocal with respect to SB 168?

MS. BRODEEN:  Object to the form.  Go ahead and answer if you can.

THE WITNESS:  Yes.

BY MS. HERNANDEZ ANDERSON:

Q    Yes?  Okay.  Are you aware of her making any press statement with respect to SB 168?

A    Not that I recall.

Q    Let's go ahead and clarify.  When you said a legislative priority means when the Attorney General was vocal on an issue, what do you mean by vocal?

A    Vocal as in it was something that she wanted to see accomplished or had an interest in.

Q    Okay.  And so what you're saying is that she did

not have an interest in SB 168?

MS. BRODEEN:  Objection.

BY MS. HERNANDEZ ANDERSON:

Q    Is that what you're saying?

MS. BRODEEN:  Object to the form of the question.

THE WITNESS:  I can't speak for someone else.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  All right.  Is it that you don't know?

I'm trying to get a sense of how much you know about SB 168.  Can you just tell me everything that you know about SB 168?

MS. BRODEEN:  Objection to the form of the question.

THE WITNESS:  I know that it was a bill in the legislature.

Part of my job, as I said, is to monitor and so I obviously knew there was debate on the floor or, you know, I'm in the Capitol so I see if people are here.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  All right.

So let's see.  You said you don't work on any immigration-related initiatives in the Attorney General's Office.  Is that correct?

A    I do not.

Q    Okay.  Do you work on any other issue specific

Elizabeth Guzzo
July 17, 2020                                                    33

initiatives?

     A    No.

     Q    Do you know if anyone else in your office works on any issue specific initiatives?

     A    I can't really speak as to what every person in the office does.

     Q    Okay.  Do you know if there's anybody who focuses on immigration issues in your office?

     A    No, I don't know.

     Q    Okay.  Have you ever worked on any immigration issues?

     A    No.

     Q    Have you ever met with any legislators with respect to any immigration bills?

     A    Not that I recall.

     Q    Does that mean it's possible that it may have happened?

          MS. BRODEEN:  Object to the form.

          THE WITNESS:  I can't speak as to if it has or --
     I don't recall any meetings.

BY MS. HERNANDEZ ANDERSON:

     Q    Are you familiar with the term anti-sanctuary cities?

     A    I've heard the term.

     Q    Okay.  When have you heard the term?

A     From the -- like I said, during the session when things were in the legislature I've heard the term either from a floor debate maybe.

Q     Okay.  Do you attend floor debate in the legislature?

A     No.

Q     Do you watch them on video?

A     I can.  I have.

Q     Okay.  How often do you do that?

A     During session only because that's the only time they are.

Q     Okay.  Do you do that every day during session?

A     No.

Q     Okay.  Weekly?

A     Yeah.

Q     Did you watch any floor debates regarding anti-sanctuary cities?

A     I don't recall specifically.

Q     Have you ever done any work relating to anti-sanctuary cities?

A     No.

Q     With regard to anti-sanctuary policies?

A     No.

Q     Do you remember watching any floor debates regarding immigration issues?

Elizabeth Guzzo
July 17, 2020                                          35

A     I don't recall.

Q     What is your understanding of what a anti-sanctuary city is?

        MS. BRODEEN:  Objection to the form.

        THE WITNESS:  I can't -- I don't know.

BY MS. HERNANDEZ ANDERSON:

Q     Are you aware of any requests for assistance with regard to immigration legislation?

A     No.

Q     Are you aware of any meetings with respect to immigration legislation?

A     No.

Q     Are you aware of any telephonic meetings or telephone conferences, in other words, with respect to immigration legislation?

A     No.

Q     Is watching floor debates part of your duty in monitoring legislation?

A     Yes.

Q     Okay.  Is there anybody else who also monitors legislation while it's pending in the legislative session?

A     In our office?

Q     Yes.

A     Dan Olson as well.

        MS. HERNANDEZ ANDERSON:  I'm sorry.

THE REPORTER:  What's going on?  Who is that?

MS. HERNANDEZ ANDERSON:  I don't know who that is someone is unmuted.

MS. BRODEEN:  Can you please mute yourself?

MR. CHAVEZ:  I apologize.

BY MS. HERNANDEZ ANDERSON:

Q   Okay.  Let's go back to my last question.

Do you know if anybody else in your office does any monitoring of legislation?

A   Dan Olson as well because he's my supervisor.

Q   Anybody else?

A   I don't know.

Q   Is there anybody who has the position that you previously had, the legislative aide position?

A   No.

Q   Okay.  So you're the only legislative -- so you're the only legislative aide?

A   Correct.

Q   Okay.  Are you -- well, all right.

MS. HERNANDEZ ANDERSON:  I'm going to add Exhibit 2 into the chat here to publish that for everybody and then I'm going to share my screen.

It's uploading so give it just a second here and I'm going to share my screen.

(The document was marked "Plaintiff's Exhibit No.

2 for Identification.")

MS. HERNANDEZ ANDERSON:  I just pulled up what I've marked as Exhibit 2.  Are you all able to see this all right?

BY MS. HERNANDEZ ANDERSON:

Q    Ms. Guzzo, can you see it?

A    Yes.

Q    Can you identify this document?

A    Can I see it?  Yes.

Q    Do you need me to zoom in so that you can see it a little bit closer?

A    I said I can see it, yes.

Q    Oh, you can see it, okay.

Can you identify this?  Can you tell me what is this e-mail document?  Can you describe it?

A    It's an e-mail that was sent to Senator Bean's aide.

Q    Okay.  And this is an e-mail that you sent.  Is that right?

A    Correct.

Q    Okay.  And it's from you to it looks like goodman.chesten@flsenate.gov.

THE REPORTER:  I'm sorry?

MS. HERNANDEZ ANDERSON:  Goodman, G-o-o-d-m-a-n, d-o-t, Chesten, dot, f-l-s-e-n-a-t-e, dot, g-o-v.

Elizabeth Guzzo
July 17, 2020                                        38

BY MS. HERNANDEZ ANDERSON:

Q    So this is an e-mail that you sent to -- and who is this person?

A    He worked for a senator, Senator Bean.

Q    And you sent this e-mail January 24th, 2019.  Is that right?

A    Correct.

Q    And I'm going to scroll -- have you seen this e-mail before?

A    When I sent it.

Q    Okay.  Do you remember sending it?

A    Yes.

Q    Okay.  Do you need me to scroll this some more or is this something you remember?

A    Could you scroll down?  I can only see the first page.

Q    Sure.

A    Okay.

Q    That's it.

A    Okay.

Q    Are your e-mails considered official Attorney General's Office records?

A    I'm sorry.  Can you repeat that?

Q    Are your e-mails considered official records for the Florida Attorney General's Office?  Your e-mails?

Elizabeth Guzzo
July 17, 2020                                          39

MS. BRODEEN:  Object.

BY MS. HERNANDEZ ANDERSON:

Q    Your e-mails.

A    Are they formal records of the office?  I would think so.

Q    Okay.  And this looks like it's a true and correct copy of the e-mail that you sent?

A    I think so.

Q    Are your e-mails including this one kept in the course of regular activity in the Florida Attorney General's Office?

A    What's the question?  Are my e-mails --

Q    They're something that you keep in the regular course of your work in the Florida Attorney General's Office?

A    Yes, I send e-mails for work.

Q    Okay.  Creating e-mails is part of your regular work?

A    Correct.

Q    All right.  So you'll see in the e-mail it says that you're following up on bill language and see if Senator Bean has had a chance to review.

How often do you -- and I'm just going to highlight it there so you can see where I read from.  How often do you send bill language to legislators?

Elizabeth Guzzo
July 17, 2020                              40

MS. BRODEEN:  Object to the form.

THE WITNESS:  As needed.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  And then I'm going to scroll down a little bit more and I'm going to highlight.

You said, "Please find attached bill language and one pager."

How often or when are one pagers prepared for pending legislation?

A    As needed, as it was shown in that e-mail.

Q    Okay.  And can you tell me what is a one pager?

A    It's attached.  It's, you know, a highlight or summary of something else that is attached in that language.

Q    Is that something that you prepare?

A    I did for that.

Q    Okay.  How often do you prepare one pagers?

A    As needed.

Q    Okay.  Can you tell me if that's on a daily basis, a weekly basis, monthly?

A    As needed depending on what is going on.

Q    Okay.  And so how do you determine if it's needed?

A    This was something that we were working on with a senator on, so it was needed to give to him so he had the

Elizabeth Guzzo
July 17, 2020                                              41

information because it related to things within our office.

Q    Okay.  Did you ever prepare a one pager with respect to anti-sanctuary policies?

A    No.

Q    Did you ever prepare a one pager with respect to SB 168?

A    No.

Q    Does anybody else prepare these one pagers?

A    I don't know.

Q    Have you seen any one pagers relating to immigration issues?

A    No, not that I recall.

Q    Have you -- okay.  Have you ever seen any one pagers with respect to SB 168?

A    No, not that I recall.

Q    Okay.  Have you ever seen any one pagers with respect to anti-sanctuary cities?

A    No, not that I recall.

Q    Let me open that again.  There was a reference in your e-mail -- I'm going to show the screen again.  Hold on a second.

There's a reference also in that e-mail with respect to calling you on your cell.  Is that your work cell?

Elizabeth Guzzo
July 17, 2020                                        42

A    I don't know what number is listed there.

Q    Okay.  Do you use a work cellphone?

A    I do.

Q    Do you have a separate personal cellphone?

A    I do.  I use both.

Q    Okay.  Do you use both for work?

A    I will answer both phones for work if I need to for phone calls.

Q    Okay.  Do you give out your personal cellphone for work?

A    Sometimes, yes.

Q    Okay.  Who have you given your personal cellphone to for work?

MS. BRODEEN:  Object to the form.

THE WITNESS:  I don't recall.

BY MS. HERNANDEZ ANDERSON:

Q    How often do you give out your personal cellphone for work?

A    I don't know.

Q    How about in the last year?  Have you given out your personal cellphone for work?

A    Possibly.

Q    Okay.  Once, twice?  What do you think?

A    I can't say.

Q    Okay.  How recently?

Elizabeth Guzzo
July 17, 2020                                              43

A     I honestly can't recall.

Q     What about beyond one year?  How often have you given out your personal cellphone for work?

A     I can't -- I don't recall.  I can't say.

Q     When you give out your personal cellphone for work is it to people outside of the Florida Attorney General's Office?

A     My personal cellphone?

Q     Yes.

A     It can be.

Q     Okay.  But have you given out your cellphone, your personal cellphone to people outside of the Florida Attorney General's Office for work?

A     Yes.

Q     To legislators?

A     I don't recall.

Q     To constituents?

A     No, I don't recall.

Q     Legislative aide outside the Florida Attorney General's Office?

A     I don't recall.

Q     Any legislative staff that you've given your personal cellphone to --

A     I don't recall.

Q     -- in the -- any staff in the Governor's office

Elizabeth Guzzo
July 17, 2020                                              44

that you've given your personal cellphone number to?

A    I don't recall.

Q    Okay.  Have you given your personal cellphone to any Florida government employees in the past?

        MS. BRODEEN:  Object to the form.

        THE WITNESS:  I don't recall.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  So you remember giving your personal cellphone out and so you're saying in the last year you don't remember who you gave it to.

        Is that what you're saying?

A    Correct.

Q    Okay.  And you don't know how many times you've done that?

A    No.

Q    Would that be once, twelve times?

A    I don't know.

Q    You have no idea?

A    I can't tell you a number.

Q    Okay.  Can you tell me a range?  Less than ten?

A    I don't recall.

Q    Less than five?

A    I don't know a number.

Q    Okay.  Has it happened more than once?

A    Possibly.

Q    Is it something that happens on a regular basis?

MS. BRODEEN:  Object to the form.

THE WITNESS:  No.

BY MS. HERNANDEZ ANDERSON:

Q    Can you tell me an instance when you did give out your personal cellphone for work purposes?

MS. BRODEEN:  Objection to the form.

THE WITNESS:  No specific instance.

BY MS. HERNANDEZ ANDERSON:

Q    Do you receive work phone calls on your personal cellphone for other people in the Florida Attorney General's Office?

A    Can you repeat that?

Q    Do you receive phone calls on your personal cellphone for other people in the Florida Attorney General's Office?

A    No.

Q    How about media?  Let's talk about that.  Do you deal with any media requests in your position?

A    No.

Q    Do you interact with the media at all?

A    No.

Q    Are you aware of any requests for guidance regarding legislation that goes to your office?

A    No.

Q    Are you aware of any advice provided to legislators regarding immigration issues?

A    No.

Q    Are you aware of any advice given to the Governor's office regarding immigration issues?

A    No.

Q    Are you aware of any guidance provided to legislators generally?

A    No.

Q    Are you aware of any guidance that's provided to the Governor's office generally?

A    No.

Q    Are you familiar at all with what an immigration retainer is?

A    No.

Q    Okay.  Do you do any work with respect to the implementation of laws, of Florida laws?

A    No.

Q    Do you interact with law enforcement in your work?

A    At times.

Q    Okay.  Do you oversee requests from law enforcement?

        MS. BRODEEN:  Object to the form of the question.

BY MS. HERNANDEZ ANDERSON:

Elizabeth Guzzo
July 17, 2020                                      47

Q    Have you ever received any requests from law
enforcement?

MS. BRODEEN:  Objection.

THE WITNESS:  I don't recall specifics, no.

BY MS. HERNANDEZ ANDERSON:

Q    Do you communicate with any law enforcement
officers at work?

A    At times.

Q    Can you tell me about that?

A    About?

Q    Your communications with law enforcement officers
at work.

MS. BRODEEN:  Objection to the form of the
question.

THE WITNESS:  There's, you know, a representative
of maybe a sheriff's association or police chiefs.
You know, they'll come in, you know, to say hello,
things like that.

BY MS. HERNANDEZ ANDERSON:

Q    Do you participate in those meetings?

A    Sometimes.

Q    Okay.  When is the last time you participated in
one of those meetings?

A    I don't recall.

Q    Okay.  When you -- you mentioned sheriff

Elizabeth Guzzo
July 17, 2020                                                48

associations. Which sheriff associations are you referring to?

A    There's only one, the Florida Sheriffs Association.

Q    Okay. And who did you communicate with from the Florida Sheriffs Association?

A    I don't know specifically. I was just mentioning them as a whole if they stopped by the office or --

Q    Do you remember who you spoke to from the Florida Sheriffs Association?

A    I've spoken to Matt Dunagan before.

Q    And how do you spell his last name?

A    I'm not sure.

Q    But it's Dunagan with a D?

A    D, yes.

Q    Anybody else?

A    I don't recall.

Q    Okay. And when is the last time you spoke with Matt Dunagan?

A    I don't recall specifics.

Q    In the last year?

A    Yes.

Q    Okay. In the last six months?

A    Yes.

Q    What about in 2019?

Elizabeth Guzzo
July 17, 2020                                          49

A    Did I speak to him in 2019?

Q    Yes.

A    Yes.

Q    And in 2019 where were you when you spoke with Matt Dunagan?

A    In the Capitol.

Q    Okay.  And what did you talk about?

A    I don't recall specifics.

Q    Were you at an event?

A    No.

Q    Were you at a floor debate?

A    No.

Q    Any congressional hearing?

A    No.

Q    Legislative hearing?

A    No.

Q    Did you discuss -- okay.  Did you discuss immigration?

A    No.

Q    Was it a prescheduled meeting that you had with Mr. Dunagan?

A    Not that I recall.

Q    Did you discuss immigrants --

A    No.

Q    -- with Mr. Dunagan?

Elizabeth Guzzo
July 17, 2020                                        50

A    No.

Q    Do you remember what you discussed with Mr. Dunagan?

A    I don't recall.

Q    How often do you talk to him?

A    I don't have a specific number.  Occasionally.

Q    Okay.  Was anybody else there when you were speaking with Mr. Dunagan?

A    I don't recall.

Q    Do you do any work with respect to a law that the Attorney General is responsible for ensuring compliance?

A    Do I do any work -- can you repeat that?

Q    Do you do any work relating to a law that the Attorney General is responsible for the compliance of the law?

A    No.

Q    Okay.  Where would any noncompliance type of complaint go?

        MS. BRODEEN:  Objection to the form.

        THE WITNESS:  I'm not sure.

BY MS. HERNANDEZ ANDERSON:

Q    Have you spoken with anybody else from the Florida Sheriffs Association?

A    I don't recall specifics.

Q    Have you ever spoken with Sheriff Robert

Elizabeth Guzzo
July 17, 2020                                          51

Gualtieri?

THE REPORTER:  Sheriff who?

MS. HERNANDEZ ANDERSON:  Bob or Robert Gualtieri, Gualtieri.

THE WITNESS:  Yes.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  When is the last time you spoke with him?

A    I'd say earlier this year I sat in when he stopped by to say hello.

Q    And that was a meeting?

A    He stopped by to say hello to the office.

Q    Okay.  Was anybody else there?

A    In the office, yes.

Q    Okay.  Who did he stop by to say hello to?  You?

A    No.  He stopped into the office, not to say hello to me.

Q    Okay.  Were you there when he was speaking to anybody else?

A    Yes.

Q    And who else was he speaking to when he stopped by to say hello?

A    Richard Martin was in there and Dan Olson and the Attorney General said hello.

Q    Okay.  And how long was that meeting?

MS. BRODEEN:  Object to the form.

Elizabeth Guzzo
July 17, 2020                                     52

THE WITNESS:  I don't recall specifics.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  How long were you there with you and Richard and -- Richard Martin, Dan Olson and the Attorney General were speaking with Sheriff Gualtieri?

MS. BRODEEN:  Objection.  Form.

THE WITNESS:  I don't know the specific number.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  And what did you talk about with Sheriff Gualtieri?

MS. BRODEEN:  Object to the form.

THE WITNESS:  I don't recall specifics.

BY MS. HERNANDEZ ANDERSON:

Q    Did you discuss immigration?

A    No.

Q    Immigrants?

A    No.

Q    Anti-sanctuary policies?

A    No.

Q    What about in 2019?  Did you speak with Sheriff Gualtieri?

A    I don't recall.

Q    Is any record kept when someone stops by to say hello?

A    Do I take a record?

Elizabeth Guzzo
July 17, 2020                                        53

Q    Sure.  Do you take a record?

A    No.

Q    Does anybody else take a record?

A    What do you mean a record?  Like --

Q    For example, is there a visitor sign-in sheet when someone comes into the Florida Attorney General's Office?

A    I'm not sure, but if someone is stopping by it can be on a calendar.

Q    Is there a visitor log for the Attorney General's Office?

A    I'm not sure.

Q    When you spoke with Sheriff Gualtieri did you write anything down?

        MS. BRODEEN:  Objection to form.

        THE WITNESS:  No.

BY MS. HERNANDEZ ANDERSON:

Q    Did you take any notes?

A    No.

Q    Okay.  Are meetings -- are meetings always placed on calendars in your office?

A    Yes.

Q    When you refer to people stopping by to say hello, are those meetings on your calendar?

A    It depends if it's set ahead of time or not.

Elizabeth Guzzo
July 17, 2020                                                54

Q    All right.  So if someone stops by without letting you know ahead of time, would there be any record, any written record of that?

A    It depends if we had the meeting or not if it was on my calendar.

Q    No.

A    Or a calendar.

Q    But my question is about you mentioned people stopping by to say hello and you all didn't know in advance.

When that happens does that -- does any written record get created?

A    It depends if we're actually available if that meeting is added to the calendar.

Q    Okay.  So when someone stops by unannounced and you meet with them, does that get added to the calendar after the fact?

A    It can if it's a meeting.

Q    Okay.  But does that happen?

A    Yes.

Q    Has that ever happened with Sheriff Gualtieri?

A    I don't recall.

Q    Has that ever happened with Matt Dunagan?

A    I don't recall.

Q    Do you recall an instance where that has

Elizabeth Guzzo
July 17, 2020                                        55

happened?

     A     Not specifically.

     Q     And when these meetings -- when someone is stopping by to say hello, when that is going to happen and you know this in advance, does that get put on the calendar?

     A     If someone is stopping by the office set, yes, it is on the calendar.

     Q     Is it on your calendar?

     A     It depends if I will be in the meeting or not.

     Q     Okay.  I'm going to drop Exhibit 3 into the chat and while that is uploading I'm going to share my screen. I'm showing on my screen what's Exhibit 3.  Can you just take a look at this?

          MS. BRODEEN:  I'm showing her what I think is the document you have up there so she can follow with the hard copy.

          How many pages is this, by the way?

          MS. HERNANDEZ ANDERSON:  This one is six pages. It's an e-mail.

          (The document was marked "Plaintiff's Exhibit No. 3 for Identification.")

BY MS. HERNANDEZ ANDERSON:

     Q     Ms. Guzzo, if you can confirm, this is an e-mail dated April 12th, 2019 from alert@flimen.org to

Elizabeth Guzzo
July 17, 2020                                   56

lizzy.guzzo@myfloridalegal.com.  Is that correct?

A    Yes.

MS. HERNANDEZ ANDERSON:  Do you guys have that e-mail, a hard copy of that with you?

MS. BRODEEN:  Yes.  She can compare it to what she has so she can confirm it's the same one.

Do you have Bates numbers, by the way?

MS. HERNANDEZ ANDERSON:  Sure.  It's 1RFP 004716. That's where it starts and it goes to 4721.

Is that the one she has in front of her as well?

THE WITNESS:  Yes.

BY MS. HERNANDEZ ANDERSON:

Q    Do you recognize this e-mail?

A    Yes.

Q    Have you reviewed it?

A    I've seen it.

Q    Okay.  Is this one of the documents that you took a look at prior to your deposition today?

A    Yes.

Q    Okay.  And this is a true and correct copy of the e-mail?

A    Is that a question?

Q    Yes.

A    Yes.

Q    And the e-mails that you receive as well are

considered official records within the office of the Florida Attorney General.  Is that right?

A     Yes.

Q     And they're maintained in the regular course of activity conducted in the Florida Attorney General's Office.  Is that right?

A     E-mails?

Q     Yes.

A     Yes.

Q     Okay.  And have you read this e-mail, the entire e-mail?

A     No.

Q     Well, I'd ask you to take a moment to read over it.

MS. BRODEEN:  All six pages?

MS. HERNANDEZ ANDERSON:  I mean, if you've previously looked at it, you know, I'm not sure the issue is that you don't remember from when you were preparing prior to the deposition or if you just need a moment so I'm just going to give you a moment to look before we talk about it.

BY MS. HERNANDEZ ANDERSON:

Q     So this is an e-mail that went to libby.guzzo@myfloridalegal.com.  Right?

A     Correct.

Elizabeth Guzzo
July 17, 2020                                      58

Q    Do you know why you would receive an e-mail to that e-mail address?

MS. BRODEEN:  Object to the form.

THE WITNESS:  I don't.  Like I said in the initial, that those e-mails will forward to my same e-mail.

BY MS. HERNANDEZ ANDERSON:

Q    Do you ever give this e-mail address out?

A    No.  Like I said, either e-mail goes to the same location.  People know me as Libby.  That's how I introduce myself.

Q    Okay.  Have you ever met anyone from this organization?  They refer to them, as you see throughout, F-L-I-M-E-N, FLIMEN, and I'll say that as FLIMEN.

Have you ever met anyone from FLIMEN?

A    Yes.

Q    Who have you met from FLIMEN before?

A    I don't recall.  I don't know their name.

Q    Okay.  And when did you meet this person from FLIMEN?

A    I don't recall the exact date.

Q    Okay.  Was it in 2020?

A    No.  I'd say -- I know it was 2019 obviously from the e-mail.

Q    Okay.  Why do you say obviously?

A    Well, because the e-mail is from 2019.

Q    Okay.  And so you're saying you met with someone from FLIMEN in 2019.

Was it around the date of this e-mail?

A    I don't recall an exact date.

Q    Okay.  Was it in April 2019?

A    I don't recall the exact date.

Q    Was it during the 2019 legislative session?

A    I don't recall an exact date so I don't know if the session had started or not.

Q    And what did you talk about with this person?

A    I don't recall.

Q    And was it a man or a woman who you spoke to from FLIMEN?

A    A man.

Q    Okay.  What did he look like?

A    I obviously don't recall details for the brief meeting.

Q    When you say brief, what do you mean by that?

A    A short meeting.

Q    Does that mean less than an hour?

A    Yes.

Q    Less than half-an-hour?

A    Yes.

Q    Less than fifteen minutes?

Elizabeth Guzzo
July 17, 2020                                    60

A    Yes.

Q    And who else was there?

A    I don't know who else -- who the members of FLIMEN were, but it was a brief meeting with myself and Dan Olson.

Q    And where was this meeting held?

A    In the Attorney General's Office, meaning our office here.

Q    Okay.  And was that meeting scheduled in advance?

A    Yes, they requested a meeting.

Q    And how was that request made for a meeting?

A    I don't recall.

Q    Would that meeting request have gone to you?

A    Potentially.  I don't recall.

Q    And how many -- so it was just you and Mr. Olson who met with members of FLIMEN?

A    Correct.

Q    And how many members of FLIMEN were there in that meeting?

A    I believe there was two people in the meeting. Like I said, I don't recall who they were.

Q    Okay.  So you mentioned one was a man and what about the second person?  Was that a man or a woman?

A    Two men, I believe.

Q    And what is the second man's name?

Elizabeth Guzzo
July 17, 2020                                              61

A    I don't know either name.

Q    Okay.  And how were you -- did someone introduce you to the members of FLIMEN?

A    No.

Q    And do you generally remember what the topic of the meeting was about?

A    I don't recall.

Q    Was that the first time that you met them?

A    Yes.

Q    Have you met with them again since then?

A    No.

Q    Have you seen them since then?

A    Not that I recall.

Q    Any phone calls with them?

A    Not that I know of.

Q    Any phone calls with anyone else from FLIMEN?

A    Not that I recall.

Q    Any e-mails with anyone else from FLIMEN?

A    Not that I know of or recall.

Q    What about any text messages --

A    No.

Q    -- with anyone?

A    No.

Q    Have you ever texted with anyone from FLIMEN?

A    No.

Elizabeth Guzzo
July 17, 2020                                    62

Q    What about any calls to your personal cellphone from anyone at FLIMEN?

A    No.

Q    Any texts from your personal cellphone to you or from --

A    No.

Q    So no --

A    No texts.

Q    Okay.  You're comfortable saying that you've only met with these individuals from FLIMEN once?

A    Yes.

Q    And did you -- did you request to receive e-mails from them?

A    No.

Q    Okay.  Did you subscribe to receive e-mails from FLIMEN?

A    No.

Q    Okay.  Because as you see at the top it says FLIMEN Alert.  That suggests that it's a subscription based e-mail, and if you look at the last page, which is Bates stamped 004721, if you want to take a look, it says unsubscribe.

Does your copy say unsubscribe?

A    Correct.

Q    Okay.  So did you subscribe to FLIMEN e-mail?

Elizabeth Guzzo
July 17, 2020                                        63

A     No.

Q     Did someone else subscribe you on -- subscribe your e-mail to this list on your behalf?

A     I do not know.

Q     Did you -- do you remember unsubscribing from these e-mails?

A     No.

Q     Did you provide your e-mail address to the FLIMEN members you met with with Mr. Olson?

A     I don't know.  My business card has my e-mail on it so that could have been.

Q     Does your business card have libby.guzzo@myfloridalegal.com on it?

A     I don't know.

Q     Okay.  So you're saying you're not sure what e-mail address is on your business card?

A     Correct, I'm not sure right now.

Q     Do you have a copy of your business card?  Do you have any business cards with you right now?

A     I don't.

Q     All right.  Can you provide a copy of your business card to us?

MS. BRODEEN:  We can do that.

MS. HERNANDEZ ANDERSON:  Thank you.  All right. I'm going to add Exhibit 4 in the chat and I'm going

Elizabeth Guzzo
July 17, 2020                                              64

to share my screen to open.

This should also be Bates stamped, it starts 1RFP 000103 and this is six pages.

(The document was marked "Plaintiff's Exhibit No. 4 for Identification.")

MS. HERNANDEZ ANDERSON:  Do you all have a copy of this e-mail as well?

BY MS. HERNANDEZ ANDERSON:

Q    I'm going to highlight here.  It's the same date as Exhibit 3, April 12th, 2019 and you'll see it's the identical e-mail, and you'll see at the top it says FLIMEN Alert and I'm going to just hover over the e-mail address here.

Can you see that?  The e-mail address that it shows is elizabeth.guzzo@myfloridalegal.com.

A    Yes.

Q    Do you recognize this e-mail?

A    It's the same one.

Q    Okay.  Do you remember receiving this e-mail?

A    I remember receiving it, yes.

Q    Okay.  Do you remember receiving it close to the time that you met with members of FLIMEN?

A    I don't know.  I don't know the exact date of when we met with them.

Q    Okay.  And so do you remember if you gave the

members of FLIMEN both e-mail addresses, both

elizabeth.guzzo@myfloridalegal.com and

libby.guzzo@myfloridalegal.com?

   A    No.

   Q    And you agree this is the same e-mail.  You have

a hard copy in front of you.  Right?

         MS. BRODEEN:  We have Exhibit 3, but not Exhibit

   4.  Can you scroll down so we can see what the

   numbers are.

         MS. HERNANDEZ ANDERSON:  Sure.  It starts at 103.

   It's 103 through 108.

         MS. BRODEEN:  Thank you.

BY MS. HERNANDEZ ANDERSON:

   Q    Okay.  So would you agree this is another e-mail

that you use?

   A    It's the same e-mail.

   Q    Okay.  You use both e-mails then, both e-mail

addresses in the regular course of your work?

   A    It's in our system.  It's the same e-mail.  It

goes to the same place.  I don't have two log-ins.

   Q    Okay.  And you agree this is a true and correct

copy of that same e-mail?

   A    Yes.

         MS. HERNANDEZ ANDERSON:  Okay.  And I'm going to

   add Exhibit 5 in the chat here and I'm going to share

Elizabeth Guzzo
July 17, 2020                                      66

my screen.

(The document was marked "Plaintiff's Exhibit No. 5 for Identification.")

BY MS. HERNANDEZ ANDERSON:

Q    All right.  I'm pulling up Exhibit 5 and this one starts with 1RFP 000088 and this is only a two-page document and it goes to 89 and I'll make it a little bit larger and you can see that there's another e-mail where this one is dated April 14th, 2019.  Is that correct?

A    Correct.

Q    And this is another FLIMEN Alert.  Is that correct?

A    Correct.

Q    And this is to elizabeth.guzzo@myfloridalegal.com.  Is that correct?

A    Correct.

Q    Do you remember receiving this e-mail?

A    Yes.

Q    And what is it that you remember, that makes you remember?

A    I'm seeing it.  It was in my e-mail.

Q    Okay.  Did you receive this e-mail around or near the time you met with the members of FLIMEN?

A    I don't recall when we met with them.

Q    And you'll see in this e-mail it references --

Elizabeth Guzzo
July 17, 2020                                    67

I'm going to highlight it for you.  Near the top of the
e-mail it says "Anti-sanctuary hearings next Tuesday and
Wednesday, slash, event in Capitol."

          Do you remember these hearings?

     A    I don't recall specifics.

     Q    Do you remember that these hearings happened?

          MS. BRODEEN:  Object to the form.

          THE WITNESS:  I don't recall specifics.

BY MS. HERNANDEZ ANDERSON:

     Q    Okay.  Did you monitor these hearings in 2019?

     A    I don't recall now.

     Q    If there was a -- you'll see also down here there
is a reference to an event on April 17th, 2019 from 9:00
to 5:00.

          Do you recall if you attended this event?

     A    No, I do not.

     Q    Did you discuss this event regarding Victims of
Illegal Immigration Day at the Florida State Capitol?

     A    No.

     Q    Did you discuss it with anyone?

     A    No.

     Q    Were you invited to this event?

     A    I don't recall.

     Q    Did you discuss this event with the members of
FLIMEN?

Elizabeth Guzzo
July 17, 2020                                                    68

A     I don't recall.

Q     Okay.  Do you remember if immigration enforcement was part of what you discussed with the members of FLIMEN?

A     No, I don't recall.

Q     There's some reference in here to a couple of other organizations.  Floridians for Immigration Enforcement.  That's FLIMEN.  The Remembrance Project.

Have you ever met with anyone from The Remembrance Project?

A     I don't recall.

Q     Have you ever met with anyone from Legal Immigrants for America?

A     I don't recall.

Q     And you'll see a reference in here in that first paragraph on Page 2 with respect to Angel family members.

Do you recall meeting anyone who was referred to as an Angel family member?

A     No, I don't recall.

Q     Do you remember if FLIMEN offered to introduce you to either of these organizations, The Remembrance Project or Legal Immigrants for America?

A     No, I don't recall.

MS. HERNANDEZ ANDERSON:  All right.  I'm going to drop Exhibit No. 6 in the chat for everyone and I'm going to share my screen for Exhibit No. 6.

Elizabeth Guzzo
July 17, 2020                                           69

          (The document was marked "Plaintiff's Exhibit No.

     6 for Identification.")

BY MS. HERNANDEZ ANDERSON:

     Q    This is marked starting 1RFP 0046920 and this is

a two-page document that also goes to 46923 and you'll

see this was -- would you agree -- I don't know if you

have a hard copy in front of you -- this is the same

FLIMEN Alert.  You'll see at the top alertflimen.org to

libby.guzzo@myfloridalegal.com dated April 14th, 2019.  Is

that correct?

     A    Yes.

     Q    And you'd agree that this is the same e-mail that

we were discussing before?

     A    Yes.

     Q    Okay.  And is it common that you would receive

e-mails, duplicate e-mails to both

libby.guzzo@myfloridalegal and

elizabeth.guzzo@myfloridalegal.com?

     A    I don't know.  I don't control our computer

system.

     Q    Okay.  Do you typically give both e-mail

addresses?

     A    No.

     Q    Okay.  Do you know what an Angel family member

is?

Elizabeth Guzzo
July 17, 2020                                        70

A      No.

Q      Do you ever use -- have you ever had any other work e-mail that uses, for example, your -- sorry.

Do you have any other e-mail addresses for work other than the two that we discussed, libby.guzzo@myfloridalegal.com and elizabeth.guzzo@myfloridalegal.com?

A      No.

Q      Any work e-mails that have your maiden name?

A      I mean, it was in the system before I got married.

Q      Okay.  When was that?

A      2017.

MS. HERNANDEZ ANDERSON:  Okay.  All right.  Let me drop another exhibit here.  This is the last exhibit, Exhibit No. 7.  It's uploading in the chat and I will share that screen.

(The document was marked "Plaintiff's Exhibit No. 7 for Identification.")

BY MS. HERNANDEZ ANDERSON:

Q      You'll see at the top this is an e-mail from Matt Dunagan and the e-mail address is mdunagan@flshares.org.

Is this Matt Dunagan that you were referring to earlier?

A      Yes.

Elizabeth Guzzo
July 17, 2020                                          71

Q    And I'm going to scroll down.  This one starts at 1RFI 005365.  This one is a 32-page document that goes to 005396.

Do you have that one in front of you?  I'll keep this on the screen, though.  You'll see in here that this e-mail went to elizabeth.guzzo@myfloridalegal.com.  Is that correct?

A    Yes.

Q    Okay.  And you're in there with several other people and this e-mail is dated June 27th, 2019.  Is that right?

A    Yes.

Q    Okay.  Are you familiar with this e-mail?

A    Yeah.

Q    Okay.  And this is one of the e-mails that you reviewed before today?

A    I remember getting it.  Yeah, I saw it yesterday. I didn't look at it.

Q    Okay.  This is an e-mail from the Florida Sheriffs Association.  Is that right?

A    Yes.

Q    And so this e-mail -- this is another one, another e-mail that's maintained in the regular course of work with the Florida Attorney General's Office.  Is that right?

Elizabeth Guzzo
July 17, 2020                                                    72

A     Yes.

Q     Okay.  And you'd agree it's also considered an official record from the Attorney General's Office?

A     Yes.

Q     And would you agree this is a true and correct copy of the e-mail?

A     Yes.

Q     Okay.  All right.  Do you remember receiving this e-mail?

A     Yes.

Q     Do you remember why you received it?

A     Why I received it?

Q     Yes.

A     Just a copy of their end of session report that was sent to multiple people just to see things that had passed or did not pass that were priority to the sheriffs.

Q     Okay.  And do you receive one of these at the end of every session, one of these e-mails from the Florida Sheriffs Association?

A     I don't recall if it's been every year.

Q     Have you received more than one?

A     I don't know.

Q     Do you read the end of session reports?

A     I've glanced at this one.  Not all of it, no.

Q     Did you read this one?

Elizabeth Guzzo
July 17, 2020                                              73

A     I looked at it.

Q     Okay.  Did you read it?

A     Not all of it.

Q     Okay.  Do you remember this legislative report referencing immigration?

A     I don't know.  I don't recall.

Q     Do you forward these reports to anyone else?

A     I did.

Q     Okay.  Who do you forward these to?

A     I don't recall specifically who I forwarded this one to.

Q     Okay.  Is there anyone who you typically would send end of session reports to?

A     I don't recall forwarding other ones.

Q     Okay.

A     So, no, no, there's no one typically.

Q     Okay.  So do you believe you forwarded this particular report to someone?

A     I don't recall specifically.

Q     Okay.  This e-mail is from June 27th, 2019.

Do you remember if you met with Mr. Dunagan around that time?

A     No, I don't recall.

Q     Okay.  What about Sheriff Gualtieri?

A     No.

Elizabeth Guzzo
July 17, 2020                                        74

Q    Okay.  So the meeting that we were talking about earlier when you met with the Florida Sheriffs Association and some other people, would it have been around June 2019 or before?

MS. BRODEEN:  Objection as to the form.

BY MS. HERNANDEZ ANDERSON:

Q    So let's use June 2019 as a marker.  The meeting that we were talking about earlier with the Florida Sheriffs Association, does that meeting with Matt Dunagan happen before June 2019?

MS. BRODEEN:  Objection to the form.

THE WITNESS:  I don't recall specifically.  I would say yes.

BY MS. HERNANDEZ ANDERSON:

Q    Can you narrow that down a little bit more?

A    It would be in the previous -- you know, in the first six months of the year, either committee weeks or legislative sessions.  Sometimes they would have been here in the Capitol as well maybe.

Q    Okay.  Have you ever met someone by the name of David Caulkett?

THE REPORTER:  Caulkett?

MS. HERNANDEZ ANDERSON:  Yes.  C-a-u-l-k-e-t-t.

THE WITNESS:  I don't recall.

BY MS. HERNANDEZ ANDERSON:

Elizabeth Guzzo
July 17, 2020                                    75

Q    Anyone by the name of David Simmons?

A    Yes.

Q    Do you remember when you met Mr. Simmons?

A    Senator Simmons?

Q    David Simmons.  Well, do you remember when you met with him?

A    Not specifically.

Q    Okay.  Do you remember the last time you met with him?

A    No.

Q    Do you remember if you met with him in 2019?

A    I believe, yes, we did.

Q    Do you remember what you met with him about?

A    I don't recall.

Q    Okay.  Did you meet with him with regard to immigration?

A    No.

Q    Anti-sanctuary legislation?

A    No.

Q    Have you ever met with someone named Ken Morrow?  That's M-o-r-r-o-w.

A    No, I don't recall.

Q    Have you met with -- have you ever met with Senator Grueters?

A    Yes.

Elizabeth Guzzo
July 17, 2020                                    76

Q    Okay.  Do you know if you met with him in 2019?

A    Yes.

Q    Do you remember what you met with him about?

A    I don't recall specifics.

Q    Anything -- did you ever discuss immigration with him?

A    No.

Q    Anti-sanctuary legislation?

A    No.

Q    What about with staff members of Senator Grueters'?  Did you speak with them in 2019?

MS. BRODEEN:  Are you talking about generally?

THE REPORTER:  I'm sorry.  Staff members of what?

MS. HERNANDEZ ANDERSON:  I'm sorry.  Grueters.  That's G-r-u-e-t-e-r-s.

THE WITNESS:  So what is the question?

BY MS. HERNANDEZ ANDERSON:

Q    If you met with any staff members for senator Grueters in 2019?

A    No.

Q    I'm sorry.  Was that a no?

A    No, I did not meet with any.

Q    Okay.  Any phone calls?

A    I don't recall.

Q    Did you schedule any meetings in 2019 with any

Grueters staff members?

A    No.

Q    Okay.  What about Senator Simmons?  Did you schedule any meetings with his staff?

A    To meet with his staff?

Q    Right.

A    No.

Q    Did you meet with any of his staff?

A    Not that I recall.

Q    Okay.  Any phone calls with his staff?

A    Not that I recall.

Q    Any phone calls with Senator Simmons himself?

A    No, not that I recall.

Q    Okay.  Let's go back are you responsible for facilitating meetings in your office?

MS. BRODEEN:  Responsible for what meetings?

MS. HERNANDEZ ANDERSON:  Facilitating meetings.

MS. BRODEEN:  Physically obtaining?

MS. HERNANDEZ ANDERSON:  Facilitating.

MS. BRODEEN:  Oh, facilitating.  Okay.  Got it.

THE WITNESS:  I can be, yes.

BY MS. HERNANDEZ ANDERSON:

Q    Is there anybody else who coordinates meetings?

A    Not for myself.

Q    You said not for yourself?

Elizabeth Guzzo
July 17, 2020                                          78

A     Yes.

Q     Is that what you said?

      Okay.  So you coordinate meetings for yourself.
Correct?

A     Yes.

Q     Is that correct?  And you coordinate meetings for
others in your office as well.  Is that correct?

A     If it's a legislative meeting.

Q     Yes, you do coordinate meetings in your office if
it's a legislative meeting?

A     Yes.

Q     Who do you coordinate those meetings for?

A     Myself and Dan Olson.

Q     Anyone else?

A     It can be.

Q     Okay.  Can you tell me who?

A     It depends.  I guess if it's a request or
something, it can change.

Q     Okay.  Go ahead and finish.

A     If it's a legislative meeting, it's going to be
coordinated between myself and Dan.

Q     Okay.  Have you coordinated meetings for others
other than you and Dan in the last year?

A     If you mean have other people participated in the
meetings, then, yes.

Elizabeth Guzzo
July 17, 2020                                              79

Q    Okay.  Have you coordinated meetings for other employees in the Florida Attorney General's Office excluding yourself and Dan?

A    No.

Q    Have you coordinated any meetings that include you and Dan with other people in the Florida Attorney General's Office in the last year?

A    Yes.

Q    Okay.  Can you tell me who else was included in those meetings?

A    There are multiple people.  Like I said, it kind of depends on different things or if it's internal.  I don't know exactly what you would like.

Q    Do you remember who was included, who are those people you're referring to?

A    I mean, if it's relating to something to a specific meeting or a generality, that's different.

Q    Okay.  Who else have you -- who else have you scheduled meetings for in the Attorney General's Office?

A    I don't schedule meetings for other people.  I said if people are included.

Q    Okay.  And who are some of those other people who have been included?

A    Richard Martin has been.  The Attorney General has been included.  I don't recall every meeting.

Q    Okay.  And when you coordinate those meetings, do those appear on your calendar?

A    Yes.

Q    Did you ever coordinate a meeting for anyone in your office with FLIMEN?

A    I don't recall if -- when we met with them, I don't recall who coordinated that.

Q    Are you referring to the meeting we were talking about earlier?

A    Yes.

Q    Is that what you're talking about right now?

Okay.  So aside from that have you coordinated meetings with FLIMEN with anybody else --

A    No.

Q    -- at the Florida Attorney General's Office?

Have you coordinated meetings with anyone with FLIMEN with anyone outside the Florida Attorney General's Office?

A    No.

Q    Did you introduce the FLIMEN members that you met with, did you introduce those two men to anyone else in the Attorney General's Office?

A    No.

Q    Did you introduce them to anyone outside of the Attorney General's Office?

Elizabeth Guzzo
July 17, 2020                                          81

A    No.

Q    Do you continue to receive FLIMEN e-mails?

A    No.

Q    Do you receive FLIMEN e-mails to your personal e-mail?

A    No.

Q    Have you ever scheduled a meeting with the Federation for American Immigration Reform?

A    No.

Q    What about the Center for Immigration Studies?

A    No, not that I recall.

Q    Okay.  Have you attended any meetings with any organizations that work on immigration issues?

A    Not that I recall.

Q    Okay.  Have you coordinated or scheduled any meetings with any organizations that work on immigration issues?

A    Not that I recall.

Q    Okay.  Do you recall scheduling any meetings for an organization referred to as SAIR, in all caps, S-A-I-R?

A    Not that I recall.

Q    Okay.  Do you recall attending any meetings with any civil rights organization?

A    Not that I recall.

MS. BRODEEN:  Objection to the form.

Are you talking specifically about immigration issues or SB 168 or just in general?

MS. HERNANDEZ ANDERSON:  Just generally with respect to any civil rights organizations.

MS. BRODEEN:  Object to the form.

THE WITNESS:  Not that I recall.

BY MS. HERNANDEZ ANDERSON:

Q    Okay.  Do you remember attending any meetings with outside organizations relating to anti-sanctuary policies?

A    No.

Q    With regard to immigration sanctuary?

A    Do I remember meeting with groups?

Q    Any outside -- right, any outside organization.

A    Not that I recall.

Q    Okay.  Do you receive any e-mails to your personal e-mail from any immigration organization?

A    No.

Q    All right.  Do you receive phone calls from any outside organizations to your personal cellphone?

A    No, not that I recall.

Q    But you do -- but you do receive phone calls from work-related matters on your personal cellphone?

A    Sometimes.

Q    Okay.  And what's your personal cellphone number?

Elizabeth Guzzo
July 17, 2020                                          83

MS. BRODEEN:  Objection.  I'm sorry.  Can I confer with Charles here?

Excuse me.  It's 12:30 almost.

MS. BRODEEN:  I thought it was 11:30.  Charles reminded me it's 12:30.  It's almost two and half hours we've been going.

MS. HERNANDEZ ANDERSON:  We're at the end.

MS. BRODEEN:  Well, if we can take a five-minute break.

THE VIDEOGRAPHER:  We're off the record 11:26 a.m. Central Time.

(A brief recess was taken.)

THE VIDEOGRAPHER:  We're back on the record at 11:34 a.m. Central Time.

Counsel, you may proceed.

BY MS. HERNANDEZ ANDERSON:

Q    All right.  So my last question I was just asking for your personal cellphone?

MS. BRODEEN:  And I object.  I don't think that's relevant to any issues here.  If you make a showing that it is, we can talk about that later.  If it is, we'll provide it to you.  At this time I don't think it's relevant.

MS. HERNANDEZ ANDERSON:  So is she being instructed not to answer?

Elizabeth Guzzo
July 17, 2020                                          84

MS. BRODEEN:  I'm going to instruct her not to answer that question.

MS. HERNANDEZ ANDERSON:  And what's the basis of the privilege?

MS. BRODEEN:  Well, I'm going to take a look at Chapter 119.  This is a personal cellphone number and, you know, I don't want to just have her distribute it in a case where who knows what's going to happen.  The transcript could be filed in the public records perhaps, with the court.

MS. HERNANDEZ ANDERSON:  Okay.  Well, she used it for work purposes.

Do you want to certify the question for the judge and we can meet and confer before having a hearing if we go that route.

MS. BRODEEN:  We'll discuss that later.

MS. HERNANDEZ ANDERSON:  Well, that was all I have.

MS. BRODEEN:  All right.  I just want to touch on something real quickly.

CROSS EXAMINATION

BY MS. BRODEEN:

Q    You previously were asked if you're aware if Attorney General Moody was vocal on Senate Bill 168.  I just want to clarify.

Elizabeth Guzzo
July 17, 2020                                          85

Was Senate Bill 168 a legislative priority to Attorney General Moody, to your knowledge?

A    No.

Q    No what?

A    No, it was not.

Q    And did you ever have any meeting where the substance of Senate Bill 168 was specifically discussed, that you were personally in attendance of where the substance was discussed specifically?

A    No, not that I recall.

MS. BRODEEN:  Fine.  I don't have anything further.

If this is transcribed, she'll read.

MS. HERNANDEZ ANDERSON:  Okay.  I just want to make one additional clarification.

Throughout today's deposition we've been referring to SB 168.  Are we all in agreement that's referring to the 2019 SB 168.

MS. BRODEEN:  Senate Bill 168.

MS. HERNANDEZ ANDERSON:  Because I believe there's one for 2020.

Okay.  All right.  So she'll read?

MS. BRODEEN:  Yes, she will.

THE VIDEOGRAPHER:  We're off the record at 11:37 a.m. Central Time.

Elizabeth Guzzo
July 17, 2020                                        86

THE REPORTER:  Are you ordering?

MS. BRODEEN:  It's 12:30.  Why Central Time?

MS. HERNANDEZ ANDERSON:  I think the videographer is in Central.

Are you going to be joining our meeting at 1:15?

MS. BRODEEN:  Yes, I am.

THE VIDEOGRAPHER:  Are you going to be ordering the video?

MS. HERNANDEZ ANDERSON:  Can I let you know a little bit later today?

THE VIDEOGRAPHER:  Sure thing.  Contact the Florida office.  They'll help you take care of that.

MS. HERNANDEZ ANDERSON:  Thank you.

THE REPORTER:  And the transcript?

MS. HERNANDEZ ANDERSON:  Yes, to the transcript.

THE REPORTER:  Do you want a copy, Ms. Brodeen.

MS. BRODEEN:  Yes.

(Thereupon, the deposition was concluded at 12:30 p.m.)

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA)

         : SS

COUNTY  OF  DADE)

I, THERESA M. COHEN, a Florida Registered Reporter, certify that I was authorized to and did stenographically report the deposition of ELIZABETH GUZZO; and that the transcript is a true record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties', nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 21st day of July 2020.

Theresa M. Cohen
Registered Professional Reporter

CERTIFICATE OF OATH

STATE OF FLORIDA)

                  : SS

COUNTY  OF  DADE)


         I, the undersigned authority, certify that ELIZABETH GUZZO personally appeared before me and was duly sworn.


         WITNESS my hand and official seal this 21st day of July 2020.


                  THERESA M. COHEN
                  Notary Public-State of Florida
                  Commission #GG 174339
                  Expires March 28, 2022.

ERRATA SHEET

In Re:  CITY OF SOUTH MIAMI vs. RON DESANTIS

DO NOT WRITE ON TRANSCRIPT. ENTER CHANGES ON THIS PAGE
ELIZABETH GUZZO
July 17, 2020
U.S. LEGAL NO. 2208596

Page No.   Line No.        Change          Reason

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Under penalties of perjury, I declare that I have read the
foregoing document and that the facts stated in it are
true.


_____        _____
 Date                                      ELIZABETH GUZZO

WITNESS NOTIFICATION LETTER


July 21, 2020



  ELIZABETH GUZZO
  c/o OFFICE OF THE ATTORNEY GENERAL
  Attn:  KAREN A. BRODEEN, ESQUIRE
  karen.brodeen@myfloridalegal.com
  PL-01
  The Capitol
  Tallahassee, Florida 32399


  In Re:  CITY OF SOUTH MIAMI vs. RON DESANTIS
          DEPOSITION OF ELIZABETH GUZZO OF 7-17-20
          U.S. LEGAL SUPPORT JOB NO. 2208596


The transcript of the above-referenced proceeding has been prepared and is being provided to your office for review by the witness.

We respectfully request that the witness complete their review within 30 days and return the errata sheet to our office.



Sincerely yours,


Theresa M. Cohen
Florida Professional Reporter
U.S. LEGAL SUPPORT, INC.
One Southeast Third Avenue
Suite 1250
Miami, Florida 33131
305) 373-8404

CC via transcript
Anne Janet Hernandez Anderson, Esq.
Karen Brodeen, Esq.

Elizabeth Guzzo
July 17, 2020                                           1

**Exhibits**

Ex 0001 Elizab
eth Guzzo 0717
20   3:7 7:1,2,
  3,4 10:16,17
Ex 0002 Elizab
eth Guzzo 0717
20   3:9 36:20,
  21,25 37:1,3
Ex 0003 Elizab
eth Guzzo 0717
20   3:11
  55:11,13,21,
  22 64:10 65:7
Ex 0004 Elizab
eth Guzzo 0717
20   3:13 63:25
  64:4,5 65:7,8
Ex 0005 Elizab
eth Guzzo 0717
20   3:15 65:25
  66:2,3,5
Ex 0006 Elizab
eth Guzzo 0717
20   3:17
  68:24,25
  69:1,2
Ex 0007 Elizab
eth Guzzo 0717
20   3:19
  70:16,18,19

**0**

000088   66:6
000103   64:3
0046920   69:4
004716   56:8
004721   62:21
005365   71:2
005396   71:3

**1**

1   7:1,2,4
  10:16,17 16:4
103   65:10,11
108   65:11
119   84:6
11:26   83:10
11:30   83:4
11:34   83:14
11:37   85:24
12:30   83:3,5
12th   55:25
  64:10
14th   66:9
  69:9
168   26:10,11,
  15,20,21
  27:1,4,7,15,
  18,21 28:1,6,
  8,11 29:17,23
  30:15,23,25
  31:12,18
  32:1,10,11
  41:7,15 82:2
  84:24 85:1,7,
  17,18,19
17th   4:16
  67:13
19-cv-22927
  6:21
1RFI   71:2
1RFP   56:8
  64:2 66:6
  69:4

**2**

2   36:21 37:1,
  3 68:15
200   4:21
2010   17:4
2017   70:13
2018   21:10
2019   21:10,21
  38:5 48:25

  49:1,4 52:20
  55:25 58:23
  59:1,3,6,8
  64:10 66:9
  67:10,13 69:9
  71:10 73:20
  74:3,7,10
  75:11 76:1,
  11,19,25
  85:18
2020   4:16
  58:22 85:21
24th   38:5
27th   71:10
  73:20

**3**

3   55:11,13,22
  64:10 65:7
32-page   71:2

**4**

4   63:25 64:5
  65:8
400   16:1
46923   69:5
4721   56:9

**5**

5   65:25 66:3,
  5
5:00   67:14

**6**

6   68:24,25
  69:2

**7**

7   70:16,19

**8**

89   66:7

**9**

908   26:8,12
9:00   67:13
9:08   4:17

**A**

a.m.   4:17
  83:11,14
  85:25
ability   8:14
able   8:17
  37:3
about   6:2
  9:25 10:2
  11:7,21,24
  12:4 13:22
  17:20 18:1
  19:18,25
  21:2,7 23:11
  24:15,18,19
  25:8 27:17
  28:11 29:3,7
  32:10,11
  42:20 43:2
  45:18 47:9,10
  48:25 49:7
  52:9,20 54:8
  57:21 59:11
  60:23 61:6,20
  62:1 73:24
  74:1,8 75:13
  76:3,10,12
  77:3 80:9,11
  81:10 82:1
  83:21
accomplished
  31:24
accurate   14:4
  25:1
achieved

16:24

**acknowledge**
5:4

**action**  4:23

**activity**
39:10 57:5

**actual**  16:15

**actually**  14:5
20:22 54:13

**add**  6:24
36:20 63:25
65:25

**added**  54:14,
16

**addition**
14:15

**additional**
85:15

**address**  15:25
16:5 58:2,8
63:8,16
64:12,14
70:22

**addresses**
16:7,12 65:1,
18 69:22 70:4

**advance**  54:10
55:5 60:9

**advice**  46:1,4

**Affairs**  14:8,
17,19,20
20:4,8

**affect**  8:14

**affidavit**
9:10

**after**  13:10
54:17

**again**  25:22
31:7 41:20,21
61:10

**agency**  14:22,
23,24 21:18

**ago**  17:19,20

**agree**  5:17
65:5,14,21
69:6,12 72:2,
5

**Agreed**  5:20,
22,24

**agreement**  4:6
5:10,11 85:17

**ahead**  5:13
11:8 16:3
27:24 29:12
31:13,20
53:25 54:2
78:19

**aide**  15:24
17:12,17,21,
25 18:3
19:19,20
20:23 21:13,
22 22:13,25
36:14,17
37:17 43:19

**aide's**  22:24

**Alana**  5:20

**alert**  28:25
62:19 64:12
66:11 69:8

**alert@flimen.
org**  55:25

**alertflimen.
org**  69:8

**all**  4:4,10
6:14 7:9 9:2
10:12,16
11:21 15:10
16:20 17:16
18:1 19:24
20:22 22:10,
12 24:2 26:6
30:7,14 32:8,
20 36:19
37:3,4 39:20
45:21 46:13
54:1,9 57:15
63:21,24 64:6
66:5 68:23
70:14 72:8,24
73:3 81:20
82:19 83:17
84:17,19
85:17,22

**almost**  83:3,5

**already**  6:22

**also**  7:17,24
21:24 23:2
35:20 41:23
64:2 67:12
69:5 72:2

**always**  53:20

**am**  4:23,24
5:4 6:23

**America**
68:12,21

**American**  81:8

**and**  4:4,5
5:5,7,8,11,17
6:3,10,14,18,
20,23 7:2,11,
12,15,17,23,
24 8:8,17,19,
22,23 9:2,12,
22,25 10:7,
10,16,22
11:11,21
12:1,2,4,9,
11,14 13:13
14:3,16,17,19
15:2,3,17,23,
25 16:5,17,
20,23 17:3,5,
7,9,11,16,19,
20,24 18:22
19:5,13 20:3,
6,15,18,20
21:4,7,16,20,
24 22:21
23:5,8,11,19
24:2 25:3,12,
16,17 26:3,4,
25 28:8,13,23
30:7,8 31:13,
20,25 32:16
36:22,23
37:18,21
38:2,5,8
39:6,21,23
40:4,5,6,11,
22 44:9,13
48:5,12,18
49:4,7 51:10,

20,22,24
52:3,4,9
54:9,15 55:3,
4,12 56:9,20,
25 57:4,10
58:14,19
59:2,11,13
60:2,4,6,9,
11,15,18,22,
25 61:2,5
62:12,20
63:25 64:3,
10,11,12,25
65:2,5,21,24,
25 66:5,6,7,
8,11,14,19,25
67:2 68:14,24
69:4,5,12,15,
17 70:6,17,22
71:1,9,10,15,
22 72:2,5,17
74:3 78:6,13,
19,21,23
79:3,6,22
80:1 82:25
83:5,19 84:3,
7,14 85:6

**and/or**  4:7

**Anderson**
5:14,15 6:13,
17 7:5 10:22
11:2,10 13:6,
7 14:12,14
23:14 26:14,
18,20,22
27:12,13,23
28:4,10 30:2,
13,18 31:5,9,
16 32:3,7,19
33:21 35:6,25
36:2,6,20
37:2,5,24
38:1 39:2
40:3 42:16
44:7 45:4,9
46:25 47:5,19
50:21 51:3,6
52:2,8,13
53:17 55:19,

23 56:3,8,12
57:16,22 58:7
63:24 64:6,8
65:10,13,24
66:4 67:9
68:23 69:3
70:14,20
74:6,14,23,25
76:14,17
77:17,19,22
82:3,7 83:7,
16,24 84:3,
11,17 85:14,
20

**Angel** 68:15,
17 69:24

**Anne** 5:14
6:17

**announced**
26:1

**another** 16:13
65:14 66:8,11
70:15 71:22,
23

**answer** 7:11,
22 8:2,11
11:8 27:24
31:14 42:7
83:25 84:2

**answering**
7:12

**answers** 7:18

**anti-sanctuary**
33:22 34:17,
20,22 35:3
41:4,18 52:18
67:2 75:18
76:8 82:9

**any** 4:23 5:8
8:13,16 9:4,
7,12 10:1,4
11:12 12:21
13:11,16
15:7,10,15
16:7 17:9
19:11 20:12,
20,25 21:2
24:2,6,12,15

26:25 27:3,6,
14,15,17,20
28:1,5,19
29:23 30:19
31:17 32:21,
25 33:4,10,
13,14,20
34:16,19,24
35:7,10,13
36:9 41:11,
14,17 43:22,
25 44:4
45:19,23
46:1,4,7,10,
16 47:1,6
49:13 50:10,
12,13,17
52:23 53:18
54:2,3,11
61:14,16,18,
20 62:1,4
63:19 70:2,4,
9 76:18,22,
23,25 77:4,8,
10,12 79:5
81:12,15,16,
19,22,23
82:4,8,14,16,
17,19 83:20
85:6

**anybody** 10:2
11:7,21 12:6
14:3 20:9
22:7 33:7
35:20 36:8,
11,13 41:9
48:16 50:7,22
51:12,18 53:3
77:23 80:13

**anyone** 13:14
25:14 27:7
33:3 58:12,15
61:16,18,22,
24 62:2 67:20
68:8,11,16
73:7,12 75:1
78:14 80:4,
16,17,21,24

**anything**
13:19 28:21
53:14 76:5
85:11

**apologize**
36:5

**appear** 80:2

**approximately**
12:18 13:24
17:15,18

**April** 55:25
59:6 64:10
66:9 67:13
69:9

**are** 4:18
8:13,23 12:3
22:21 24:2
25:5,9,16,18
26:6,11,15,23
29:6,7 30:23,
24 31:10,17
32:18 33:22
34:11 35:7,
10,13 36:19
37:3 38:21,24
39:4,9,12
40:8 45:23
46:1,4,7,10,
13 48:1
53:20,24
56:25 65:9
71:13 76:12
77:14 79:11,
14,21,22 80:8
82:1 85:17

**around** 21:21
59:4 66:22
73:22 74:3

**arrangement**
5:8

**arrested** 9:20

**as** 4:4 6:9,11
7:14 10:17
12:4 16:9,15
17:11,16
18:2,14,22,24
22:12 25:2
26:9,21

28:21,23,25
29:22 31:5,23
32:16 33:5,19
35:24 36:10
37:3 40:2,10,
18,21 48:8
56:10,25
58:10,13,14
62:18 64:7,10
68:17 74:5,7,
19 78:7 81:20

**Ashley** 20:24
21:4

**aside** 80:12

**ask** 7:17 8:10
20:23 21:24
57:13

**asked** 26:3
84:23

**asking** 7:12
83:17

**asks** 25:20

**assigned**
16:18

**assist** 19:3

**assistance**
35:7

**association**
47:16 48:4,6,
10 50:23
71:20 72:19
74:2,9

**associations**
48:1

**at** 4:21,25
7:16 10:4,21
11:11,12,16
12:11 22:10
23:3 45:21
46:13,21
47:7,8,12
49:9,11 55:14
56:18 57:17
62:2,18,20
64:11 65:10
67:18 69:8
70:21 71:1,18
72:17,24 73:1

| | | | |
|---|---|---|---|
| 80:15 83:7, 13,22 84:5 85:24 | **aware** 4:3 10:7 12:8 30:24 31:17 35:7,10,13 45:23 46:1,4, 7,10 84:23 | 84:14 | 28:2,9 30:1, 11,16 31:1,13 32:2,5,12 33:18 35:4 36:4 39:1 40:1 42:14 44:5 45:2,7 46:24 47:3,13 50:19 51:25 52:6,11 53:15 55:15 56:5 57:15 58:3 63:23 65:7,12 67:7 74:5,11 76:12 77:16, 18,20 81:25 82:5 83:1,4, 8,19 84:1,5, 16,19,22 85:11,19,23 |
| **attached** 40:6,12,13 | | **behalf** 4:21 5:1,12,16 6:9 63:3 | |
| **attend** 28:1,5 34:4 | | **being** 4:4 7:25 9:22 19:10 26:1 83:24 | |
| **attendance** 6:23 85:8 | **B** | | |
| **attended** 27:20 67:15 81:12 | **bachelor's** 17:5,7 | **believe** 6:22, 25 60:20,24 73:17 75:12 85:20 | |
| **attending** 81:22 82:8 | **back** 30:22 36:7 77:14 83:13 | **between** 78:21 | |
| **attorney** 12:9,12,15 14:17,25 15:20 17:12, 14 18:13 19:22 20:7,24 21:8,9,17 24:3,16,21,24 29:1 30:5,9, 14,20,22 31:11,21 32:22 38:21, 25 39:10,14 43:6,13,19 45:11,15 50:11,14 51:23 52:4 53:6,10 57:2, 5 60:7 71:24 72:3 79:2,6, 19,24 80:15, 17,22,25 84:24 85:2 | **backtrack** 10:12 11:6 | **beyond** 43:2 | |
| | **based** 23:20 62:20 | **big** 10:25 | |
| | **basis** 20:13 23:9,25 40:20 45:1 84:3 | **bill** 19:10 26:19,20 28:12,14,20, 24 29:3,5,20 32:14 39:21, 25 40:6 84:24 85:1,7,19 | |
| | **Bates** 56:7 62:21 64:2 | | **brought** 12:25 13:5 |
| | **Bean** 38:4 39:22 | | **busier** 25:5 |
| | **Bean's** 37:16 | **bills** 29:6,7 33:14 | **business** 15:25 63:10, 12,16,18,19, 22 |
| | **became** 17:21 20:23 | **bit** 10:13 11:6 16:11 18:14,24 19:14 37:11 40:5 66:7 74:15 | |
| | **because** 34:10 36:10 41:1 59:1 62:18 85:20 | | **but** 6:3 8:1 15:13 16:15 43:11 48:14 53:8 54:8,19 60:4 65:7 82:22 |
| | **become** 10:7 | **Bob** 51:3 | |
| **attorney- client** 4:7 10:1 | **been** 6:10 9:2,15,18,20 10:17 17:11, 16 28:13 30:6 63:11 72:20 74:3,18 79:23,24,25 83:6 85:16 | **both** 14:15 27:11 42:5,6, 7 65:1,17 69:16,21 | **by** 5:10 6:6, 13 7:5 9:22 11:2,10 12:2 13:7 14:14 15:10,12 22:2 23:14 25:20, 23,25 26:14, 22 27:13,14, 23 28:4,10 30:2,13,18 31:9,16,22 32:3,7,19 33:21 35:6 36:6 37:5 38:1 39:2 40:3 42:16 |
| **attorneys** 5:3 6:18 12:3 13:14 14:2 15:3 | | **Boulevard** 4:22 | |
| | | **boy** 26:18 | |
| **audible** 31:4 | **before** 7:6 8:11 9:3 17:24 26:9 38:9 48:11 57:21 58:17 69:13 70:10 71:16 74:4,10 | **break** 8:7,8, 9,11 83:9 | |
| **available** 4:10 25:16,17 26:4 54:13 | | **brief** 59:17, 19 60:4 83:12 | |
| | | **Brodeen** 5:12, 16 6:6 9:23 10:20,25 11:8 13:2 14:2,10 23:13 26:13, 19 27:10,22 | |

44:7 45:4,9 46:25 47:5,19 48:8 50:21 51:6,9,11,14, 21 52:2,8,13, 23 53:8,17,23 54:1,9,15 55:4,7,18,23 56:7,12 57:22 58:7 59:19 64:8 65:13 66:4 67:9 69:3 70:20 74:6,14,20,25 75:1 76:17 77:22 82:7 83:16 84:22

## C

C-A-U-L-K-E-T-T 74:23
calendar 19:16 53:9,24 54:5,7,14,16 55:6,8,9 80:2
calendaring 18:5 19:8
calendars 53:21
call 14:5
called 6:9
calling 22:24 41:24
calls 27:17 42:8 45:10,14 61:14,16 62:1 76:23 77:10, 12 82:19,22
came 26:3
campaign 21:5 22:10
can 6:14 7:14 8:7,8 10:20, 21 11:15 12:25 13:8 16:11 17:1 18:1,7,10,14,

24 19:3,14 21:7,16 23:4 24:18 25:12 27:24 28:11 29:9 30:3,23 31:7,14 32:10 34:8 36:4 37:6,8,9,10, 12,13,14,15 38:15,23 39:24 40:11, 19 43:10 44:20 45:5,13 47:9 50:12 53:9 54:18 55:13,16,24 56:5,6 63:21, 23 64:14 65:8 66:8 74:15 77:21 78:15, 16,18 79:9 83:1,8,21 84:14
can't 8:9 32:6 33:5,19 35:5 42:24 43:1,4 44:19
capacity 18:25
Capitol 16:1 32:18 49:6 67:3,18 74:19
caps 81:20
card 63:10, 12,16,18,22
cards 63:19
case 4:11 6:19,21 9:18 84:8
Caulkett 74:21,22
cell 41:24,25
cellphone 42:2,4,9,12, 17,21 43:3,5, 8,11,12,23 44:1,3,9 45:6,11,15

62:1,4 82:20, 23,25 83:18 84:6
Center 6:18 81:10
Central 4:17 83:11,14 85:25
certain 25:16
certifications 17:9
certified 4:13
certify 84:13
challenge 26:8
chance 39:22
change 19:21 78:18
changed 17:18 21:22
changes 15:15 23:20
Chapter 26:8, 11 84:6
charge 18:4
Charles 83:2, 4
Charlie 12:1, 2
chart 19:23, 24 20:11
chat 6:24 36:21 55:11 63:25 65:25 68:24 70:16
Chavez 5:24 36:5
Chesten 37:25
Chicago 4:22
Chief 12:7, 11,17 20:14
chiefs 47:16
Child 17:8
Christina 5:22

cities 33:23 34:17,20 41:18
city 4:18 6:19 35:3
civil 9:16 81:23 82:4
clarification 85:15
clarify 27:10 30:23 31:20 84:25
close 64:21
closer 37:11
Cohen 4:25
college 16:25 17:1
come 47:17
comes 25:25 53:6
comfortable 62:9
commissions 24:3,12
committee 25:9 74:17
common 69:15
communicate 22:4,13 23:15,17,23 24:12 47:6 48:5
communications 10:1 22:6 27:6,14 47:11
compare 56:5
complaint 50:18
complete 7:22
completely 18:13
compliance 50:11,14
computer 69:19
conducted 57:5

Elizabeth Cuzzo
July 17, 2020

6

confer  83:2
  84:14
conferences
  35:14
confirm  13:8
  55:24 56:6
congressional
  49:13
consent  5:7,
  17
considered
  38:21,24 57:1
  72:2
constituent
  18:6,22 19:2
  22:23 23:1
constituents
  43:17
continue  81:2
control  69:19
conversations
  4:4,7 13:13
  15:7
coordinate
  18:10 22:18
  26:5 27:3
  78:3,6,9,12
  80:1,4
coordinated
  78:21,22
  79:1,5 80:7,
  12,16 81:15
coordinates
  77:23
copy  4:13
  10:16,18 39:7
  55:17 56:4,20
  62:23 63:18,
  21 64:6 65:6,
  22 69:7 72:6,
  14
correct  9:23
  13:9 15:14,
  18,21 17:5,6,
  22,23 18:21
  20:5 21:15,23
  26:24 32:23
  36:18 37:20

38:7 39:7,19
  44:12 56:1,20
  57:25 60:17
  62:24 63:17
  65:21 66:9,
  10,12,13,15,
  16 69:10 71:7
  72:5 78:4,6,7
could  19:2
  25:21 38:15
  63:11 84:9
counsel  5:7,
  19,20 8:1
  83:15
counterpart
  21:25 22:2
couple  23:7
  68:5
course  39:10,
  14 57:4 65:18
  71:23
court  7:14,
  22,23 8:23
  84:10
created  54:12
Creating
  39:17
criminal  8:24
  9:18
CROSS  84:21
current  15:25
  18:2 19:22
  20:1,24 21:8
currently
  15:17 24:14

———————————

D

d-o-t  37:25
daily  23:9,24
  40:19
Dan  14:5,7,16
  20:2,3 35:24
  36:10 51:22
  52:4 60:5
  78:13,21,23
  79:3,6

date  4:12,16
  58:21 59:4,5,
  7,9 64:9,23
dated  55:25
  66:9 69:9
  71:10
David  74:21
  75:1,5
day  25:16
  34:12 67:18
day-to-day
  18:4 19:13
days  4:11
deadlines
  19:17
deal  45:19
debate  32:17
  34:3,4 49:11
debates
  34:16,24
  35:17
declaration
  9:10
defendant
  9:16
defendants
  5:17
department
  12:14 14:21
  20:7
depending
  40:21
depends  25:5
  29:11 53:25
  54:4,13 55:10
  78:17 79:12
deposed  9:3
deposition
  4:14 7:2,6,
  11,21 9:23
  10:2,5,8,18
  11:3,7,13
  13:3,11,23
  56:18 57:19
  85:16
Desantis  4:19
  6:20 22:9

describe
  18:24 21:16
  37:15
detail  19:15
details  59:17
determine
  40:22
did  10:1,4,7
  11:6,12,21,24
  12:18 13:11,
  14,22 15:7
  17:3 21:4,17,
  18,24 22:9
  27:15,25
  28:1,5,19
  29:2,17 31:6,
  25 34:16
  40:16 41:3,6
  45:5 48:5
  49:1,7,17,23
  51:14 52:9,
  14,20 53:13,
  18 58:19
  59:11,16 61:2
  62:12,15,25
  63:2,5,8
  66:22 67:10,
  17,20,24
  72:16,25
  73:2,8 75:12,
  15 76:5,11,
  22,25 77:3,8
  80:4,20,21,24
  85:6
didn't  14:3
  27:3,6 54:9
  71:18
difference
  11:1
different
  19:19 79:12,
  17
direct  6:12
  19:3 20:2,20
director
  14:8,17,20
  20:4

Elizabeth Guzzo
July 17, 2020

7

discovery
  11:17 14:1
discuss
  49:17,23
  52:14 67:17,
  20,24 76:5
  84:16
discussed
  23:18 50:2
  68:3 70:5
  85:7,9
discussing
  69:13
distribute
  84:8
District  6:20
division  20:6
do  6:2 7:19
  8:11,19,24
  12:21,24
  16:7,11,20
  17:9 18:25
  19:25 20:9,
  12,15,18,20
  21:24 22:2,6
  23:15,22
  24:12,20 25:3
  26:25 28:19,
  21 29:3,6,10,
  23 30:8,14,19
  31:22 32:24,
  25 33:3,7
  34:4,7,9,12,
  24 36:8 37:10
  38:11,13
  39:23,25
  40:17,22
  42:2,3,4,5,6,
  9,17,23
  45:10,14,18,
  21 46:16,19,
  22 47:6,20
  48:9,12 50:2,
  5,10,12,13
  52:25 53:1,4
  54:25 56:3,7,
  13 58:1,8,25
  59:19 61:5
  63:4,5,18,23

64:6,17,19,
  21,25 66:17
  67:4,6,15,16
  68:2,16,19
  69:21,24
  70:2,4 71:4
  72:8,11,17,23
  73:4,7,9,17,
  21 75:3,5,8,
  11,13 76:1,3
  78:9,12 79:14
  80:1 81:2,4,
  19,22 82:8,
  13,16,19,22
  84:13
document  7:3
  13:5 36:25
  37:8,15
  55:16,21 64:4
  66:2,7 69:1,5
  70:18 71:2
documents
  10:5 11:12,
  15,17,22,25
  12:18,21
  13:10 14:1
  56:17
does  19:6
  23:5,19 25:25
  33:6,16 36:8
  41:9 53:3
  54:11,16,19
  55:5 59:21
  62:23 63:12
  74:9
doing  6:25
  26:25
don't  8:4
  24:1,23 27:8,
  16,19 28:12
  31:10 32:8,21
  33:9,20 34:18
  35:1,5 36:2,
  12 41:10
  42:1,15,19
  43:4,16,18,
  21,24 44:2,6,
  10,13,17,21,
  23 47:4,24

48:7,17,20
  49:8 50:4,6,
  9,24 52:1,7,
  12,22 54:22,
  24 57:18
  58:4,18,21
  59:5,7,9,12,
  17 60:3,12,
  14,21 61:1,7
  63:10,14,20
  64:23 65:20
  66:24 67:5,8,
  11,23 68:1,4,
  10,13,18,22
  69:6,19
  72:20,22
  73:6,10,14,
  19,23 74:12,
  24 75:14,22
  76:4,24
  79:13,20,25
  80:6,7 83:19,
  22 84:7 85:11
done  34:19
  44:14
dot  37:25
down  7:24
  38:15 40:4
  53:14 65:8
  67:12 71:1
  74:15
drop  55:11
  68:24 70:15
dropped  7:1
duly  6:10
Dunagan
  48:11,14,19
  49:5,21,25
  50:3,8 54:23
  70:22,23
  73:21 74:9
duplicate
  69:16
during  21:7,
  9,13 23:6
  25:9,11 28:15
  34:1,10,12
  59:8

duties  18:2
  19:18
duty  35:17

_____

E

E-L-I-Z-A-B-E-
T-H  6:16
e-mail  16:5,
  7,12,13,15,
  17,21 27:14
  37:15,16,18
  38:2,5,9
  39:7,20 40:10
  41:21,23
  55:20,24
  56:4,13,21
  57:10,11,23
  58:1,2,6,8,9,
  24 59:1,4
  62:20,25
  63:3,8,10,16
  64:7,11,12,
  14,17,19
  65:1,5,14,16,
  17,19,22
  66:8,17,21,
  22,25 67:2
  69:12,21
  70:3,4,21,22
  71:6,10,13,
  19,22,23
  72:6,9 73:20
  81:5 82:17
e-mails  16:10
  38:21,24,25
  39:3,9,12,16,
  17 56:25 57:7
  58:5 61:18
  62:12,15 63:6
  65:17 69:16
  70:9 71:15
  72:18 81:2,4
  82:16
earlier  13:4
  51:8 70:24
  74:2,8 80:9
easier  10:24

education 16:23
either 20:19 22:18 24:3 25:15 26:11 28:25 34:2 58:9 61:1 68:20 74:17
Elizabeth 4:15 6:8,16 10:11 15:11 16:16
elizabeth. guzzo 16:17
elizabeth. guzzo@ myfloridalegal .com 65:2 69:18 70:7
elizabeth. guzzo@ myfloridalegal .com. 16:6 64:15 66:15 71:6
else 12:6 13:14 14:3 20:9 32:6 33:3 35:20 36:8,11 40:13 41:9 48:16 50:7,22 51:12,18,20 53:3 60:2,3 61:16,18 63:2 73:7 77:23 78:14 79:9,18 80:13,21
employed 15:17
employees 44:4 79:2
end 72:14,17, 23 73:13 83:7
enforcement 46:19,23 47:2,6,11 68:2,7

engaged 29:14
ensuring 50:11
entail 19:6
enter 5:1
enters 16:14
entire 57:10
event 49:9 67:3,13,15, 17,22,24
events 19:8, 9,11
ever 7:6 9:4, 7,12,15,18,20 15:10 16:21 33:10,13 34:19 41:3,6, 14,17 47:1 50:25 54:21, 23 58:8,12,15 61:24 68:8,11 70:2 74:20 75:20,23 76:5 80:4 81:7 85:6
every 33:5 34:12 72:18, 20 79:25
everybody 7:16 36:21
everyone 6:22,25 68:24
everything 32:10
exact 20:10 58:21 59:5,7, 9 64:23
exactly 79:13
EXAMINATION 6:12 84:21
examined 6:10
example 9:10 23:24 53:5 70:3
exception 8:9
excluding 79:3

exclusively 18:19
Excuse 83:3
executive 21:25
exhibit 7:1, 2,3 10:16,17 36:20,25 37:3 55:11,13,21 63:25 64:4,10 65:7,25 66:2, 5 68:24,25 69:1 70:15, 16,18
exhibits 6:24
explain 16:11 18:7 19:14 30:3

—————————

F

—————————

F-L-I-M-E-N 58:14
f-l-s-e-n-a-t-e 37:25
facilitating 77:15,17,19, 20
fact 54:17
familiar 18:13 26:6, 11,15,23 33:22 46:13 71:13
family 17:8 68:15,17 69:24
FB 26:17
Federation 81:8
fellow 5:23
fifteen 59:25
filed 84:9
financial 4:24
find 40:6

Fine 85:11
finish 78:19
first 6:10 38:15 61:8 68:14 74:17
fit 19:25
five 44:22
five-minute 83:8
FLIMEN 58:14, 15,17,20 59:3,14 60:4, 16,18 61:3, 16,18,24 62:2,10,16, 19,25 63:8 64:11,22 65:1 66:11,23 67:25 68:3,7, 19 69:8 80:5, 13,17,20 81:2,4
floor 32:17 34:3,4,16,24 35:17 49:11
Florida 6:21 14:25 15:20 16:2 17:2,12 18:20 20:7 24:16 26:8,12 38:25 39:10, 14 43:6,12,19 44:4 45:11,15 46:17 48:3,6, 9 50:23 53:6 57:2,5 67:18 71:19,24 72:18 74:2,8 79:2,6 80:15, 17
Floridians 68:6
focuses 33:7
follow 55:16
following 39:21
follows 6:11

for 4:11 5:2,
19,20 6:15
7:2,4 8:24
9:10,23 11:13
13:11,23
14:20,22,23
16:7,21 18:9
20:16 23:24
25:20 26:4,19
32:6 35:7
36:21 37:1
38:4,24 39:16
40:8,16 42:6,
7,8,10,13,18,
21 43:3,5,13
45:6,11,15,23
50:11,14
53:5,10 55:22
59:17 60:11
64:5 66:3
67:1 68:6,12,
21,24,25 69:2
70:3,4,19
76:18 77:14,
16,24,25
78:3,6,12,22
79:1,19,20
80:4 81:8,10,
19 83:18
84:12,13
85:21
forces 24:6,
13
form 23:13
26:13 27:22
28:2,9 30:1,
11,16 31:1,13
32:5,12 33:18
35:4 40:1
42:14 44:5
45:2,7 46:24
47:13 50:19
51:25 52:6,11
53:15 58:3
67:7 74:5,11
81:25 82:5
formal 39:4
formally
21:20

forward 6:23
58:5 73:7,9
forwarded
73:10,17
forwarding
73:14
frequently
24:1
Friday 4:16
from 4:11
10:18 16:25
18:10,17
19:19,21 21:8
34:1,3 37:21
39:24 46:22
47:1 48:5,9
50:22 55:25
57:18 58:12,
15,17,19,23
59:1,3,13
61:16,18,24
62:2,4,5,10,
13,15 63:5
67:13 68:8,11
70:21 71:19
72:3,18 73:20
80:12 82:17,
19,22
front 12:22,
24 13:1,4
56:10 65:6
69:7 71:4
full 8:17
further 85:12

─────────────

G

─────────────

G-O-O-D-M-A-N
37:24
g-o-v 37:25
G-R-U-E-T-E-R-
S 76:15
gave 10:10
13:2 44:10
64:25
general 19:22
20:24 21:8,9,
17 30:5,14,22

31:11,21
50:11,14
51:23 52:5
57:2 79:24
82:2 84:24
85:2
General's
12:12,15
14:25 15:20
17:12,14
18:13 20:7
24:4,16,21,25
29:1 30:9,20
32:22 38:22,
25 39:11,14
43:7,13,20
45:12,16
53:6,10 57:5
60:7 71:24
72:3 79:2,7,
19 80:15,17,
22,25
generality
79:17
generally
46:8,11 61:5
76:12 82:3
get 7:15 32:9
54:12,16 55:5
getting 71:17
give 6:2 7:18
8:17 36:23
40:25 42:9,17
43:5 45:5
57:20 58:8
69:21
given 9:4,12
10:9 42:12,20
43:3,11,22
44:1,3 46:4
giving 44:8
glanced 72:24
go 4:6 5:13
7:9 11:8
15:12 16:3
27:24 29:2,12
31:13,20 36:7
50:18 77:14

78:19 84:15
goes 45:24
56:9 58:9
65:20 66:7
69:5 71:2
going 6:23,24
7:9,17 10:14
26:1 28:12
30:22 31:1
36:1,20,22,24
38:8 39:23
40:4,5,21
41:21 55:4,
11,12 57:20
63:25 64:9,12
65:24,25 67:1
68:23,25 71:1
78:20 83:6
84:1,5,8
gone 15:10
60:13
good 7:15
Goodman 37:24
goodman.
chesten@
flsenate.gov.
37:22
got 18:19
70:10 77:20
government
22:1 44:4
Governmental
14:8,16,19,20
20:3
Governor's
21:25 22:4,7
23:12,15,24
43:25 46:5,11
graduate 17:3
graduated
16:25
Greer 5:20
ground 7:10
groups 24:8,
13 82:13
Grueters
75:24 76:14,
19 77:1

| | | | |
|---|---|---|---|
| **Grueters'** 76:11 **Gualtieri** 51:1,3,4 52:5,10,21 53:13 54:21 73:24 **guess** 20:6 78:17 **guidance** 45:23 46:7,10 **guys** 56:3 **Guzzo** 4:15 6:7,8,16 7:7 13:8 15:11 31:6 37:6 55:24 **H** **had** 7:6 11:19,20 13:4 14:1 19:1,2 20:25 28:13 29:21,23 30:5 31:24 36:14 39:22 40:25 49:20 54:4 59:10 70:2 72:15 **half** 17:19,20 83:5 **half-an-hour** 59:23 **hand** 6:1 **Hang** 10:14 **happen** 54:19 55:4 74:10 84:9 **happened** 33:17 44:24 54:21,23 55:1 67:6 **happens** 45:1 54:11 **hard** 55:17 56:4 65:6 69:7 | **has** 25:15 33:19 36:13 39:22 44:24 54:21,23,25 56:6,10 63:10 79:24,25 **have** 7:6,14, 15,23,24 9:4, 7,12,15,18,20 10:16 12:21 13:16,19 15:7,10 16:12 17:11,16 18:10 19:16 20:12,20,24 21:19,24 22:6,19 24:23 26:2 27:6,15, 25 29:6,16,17 32:1 33:10, 13,16,25 34:8,19 38:8 41:11,14,17 42:4,12,20 43:2,11 44:3, 18 47:1 50:6, 22,25 55:16 56:3,7,15 57:10 58:12, 15,17 60:13 61:10,12,24 63:11,12,18, 19 64:6 65:5, 7,20 68:8,11 69:7 70:2,4,9 71:4 72:21 74:3,18,20 75:20,23 78:22,24 79:1,5,18,23 80:12,16 81:7,12,15 84:7,18 85:6, 11 **having** 6:10 84:14 **he** 12:8 14:7, 17,20 20:19 38:4 40:25 | **51:8,11,14,** 15,17,20 59:16 **he's** 12:11, 15,17 14:8,19 36:10 **head** 7:18 **heard** 19:10 33:24,25 34:2 **hearing** 28:5 49:13,15 84:14 **hearings** 67:2,4,6,10 **held** 4:4,8 60:6 **hello** 47:17 51:9,11,14, 15,21,23 52:24 53:24 54:9 55:4 **help** 18:10 22:18 **her** 6:6 13:3, 4 21:17 31:17 55:15 56:10 84:1,7 **here** 4:18 10:14 12:3 24:22 25:10, 15 32:18 36:21,23 60:8 64:9,13 65:25 67:12 68:5,14 70:15 71:5 74:18 83:2,20 **herein** 6:9 **Hernandez** 5:14 6:13,17 7:5 10:22 11:2,10 13:6, 7 14:12,14 23:14 26:14, 18,20,22 27:12,13,23 28:4,10 30:2, 13,18 31:5,9, 16 32:3,7,19 | 33:21 35:6,25 36:2,6,20 37:2,5,24 38:1 39:2 40:3 42:16 44:7 45:4,9 46:25 47:5,19 50:21 51:3,6 52:2,8,13 53:17 55:19, 23 56:3,8,12 57:16,22 58:7 63:24 64:6,8 65:10,13,24 66:4 67:9 68:23 69:3 70:14,20 74:6,14,23,25 76:14,17 77:17,19,22 82:3,7 83:7, 16,24 84:3, 11,17 85:14, 20 **highest** 16:23 **highlight** 39:24 40:5,12 64:9 67:1 **him** 40:25 49:1 50:5 51:7 75:6,9, 11,13,15 76:1,3,6 **himself** 77:12 **his** 20:16 48:12 77:4,5, 8,10 **hold** 17:9 41:21 **honestly** 43:1 **hopefully** 10:23 **hour** 13:24 59:21 **hours** 83:6 **hover** 64:12 **how** 10:7 12:18 13:22 |

17:11 18:13
19:18 22:13,
15,23 23:5,
15,19,23 25:3
28:23 30:7
32:9 34:9
39:23,24
40:8,17,22
42:17,20,25
43:2 44:13
45:18 48:12
50:5 51:24
52:3 55:18
58:10 60:11,
15,18 61:2

## I

**I'D**  19:21
51:8 57:13
58:23
**I'LL**  7:12
10:22 26:20
27:12 58:14
66:7 71:4
**I'M**  6:24 7:9,
17 10:14 12:3
18:4,12 20:2,
10,16,19 22:5
24:22 25:21
27:25 31:1,5
32:9,18 35:25
36:20,22,24
37:23 38:8,23
39:23 40:4,5
41:21 48:13
50:20 53:8,12
55:11,12,13,
15 57:17,20
63:17,25
64:9,12
65:24,25
66:5,21 67:1
68:23,24 71:1
76:13,14,21
83:1 84:1,5
**I'VE**  17:14
33:24 34:2
37:3 48:11

56:16 72:24
**idea**  44:18
**identical**
64:11
**Identification**
7:4 37:1
55:22 64:5
66:3 69:2
70:19
**identified**
6:22
**identify**  13:1
37:8,14
**if**  8:4,10
16:9,14 18:9,
10,14,15,17
19:1,10,16
22:19 23:17
25:9,15,20
26:3,4 29:11,
13,14,16,21,
23 30:5,8,14
31:14 32:18
33:3,7,19
36:8 39:21
40:19,22 42:7
48:8 53:8,25
54:1,4,13,18
55:7,10,24
57:16,19 59:9
62:20,21
64:25 67:12,
15 68:2,19
69:6 72:20
73:21 75:11
76:1,18 78:8,
9,17,20,24
79:12,16,21
80:6 83:8,20,
21 84:14,23
85:13
**Illegal**  67:18
**Illinois**  4:22
**immigrants**
49:23 52:16
68:12,21
**immigration**
33:8,10,14

34:25 35:8,
11,15 41:12
46:2,5,13
49:18 52:14
67:18 68:2,6
73:5 75:16
76:5 81:8,10,
13,16 82:1,
12,17
**immigration-
related**  30:19
32:22
**implementation**
46:17
**in**  4:17,18,
23,24 5:3,5
6:19,20,23,24
7:1,15,21
8:23 9:16,18
11:17 12:21,
24 13:1,4
14:15 15:15
16:14 17:7,
12,14 18:4,
15,25 19:3,5,
13,14,22
21:4,11,12,
20,25 22:3,4,
7,9,12 24:2,
13,21,22
28:25 29:19
30:8,20
31:23,24
32:1,14,18,22
33:3,5,8
34:2,4 35:14,
17,21,22 36:8
37:10 39:9,
10,13,14,20
40:10,13
41:20,23
42:20 43:25
44:4,9 45:11,
15,19 46:19
47:17,20,22
48:21,23,25
49:1,4,6
51:8,13,22
52:20 53:21

54:9 55:5,10
56:10 57:4,5
58:4,22 59:3,
6 60:7,9,18,
20 63:25
65:6,18,19,25
66:21,25
67:3,10 68:5,
14,24 69:7
70:10,16
71:4,5,9,23
74:16,19
75:11 76:1,
11,19,25
77:15 78:7,9,
23,24 79:2,6,
7,9,19 80:4,
21 81:20 82:2
84:8,9 85:8,
17
**inauguration**
21:19
**include**  79:5
**included**
79:9,14,21,
23,25
**including**
39:9
**indicate**  5:10
**individually**
25:14
**individuals**
14:15 62:10
**informal**  21:2
**information**
41:1
**initial**  58:5
**initiatives**
30:20 32:22
33:1,4
**instance**
45:5,8 54:25
**instruct**  84:1
**instructed**
8:2 83:25
**interact**
45:21 46:19

interaction
  21:19
interactions
  4:8
interest
  31:24 32:1
interested
  4:24
interface  4:9
internal
  21:18 79:12
internally
  19:17
into  5:2
  25:23 26:3
  29:2 36:21
  51:15 53:6
  55:11
introduce
  58:11 61:2
  68:19 80:20,
  21,24
invited  67:22
is  4:3,5,14,
  16,17,20
  5:12,16,18
  6:3,6,17,23
  7:1,11,16,21
  8:9,10,16,22
  9:23 10:17
  11:3 12:9,24
  13:2,5 14:4,
  7,17,20 15:25
  16:4,5,12,15
  17:21 19:10
  20:3,6,8,11,
  16 22:3,5
  23:2 24:25
  26:7,8,17
  28:8 29:14
  30:4,25 31:3,
  25 32:4,8,16,
  23 35:2,3,17,
  20 36:1,2,3,
  13 37:14,18
  38:2,3,5,14
  39:17 40:11,
  13,15,21

41:24 42:1
43:6 44:11
45:1 46:14
47:22 48:18
50:11,14 51:7
52:23 53:5,8,
10 54:8,14
55:3,4,7,8,9,
12,15,18,19,
24 56:1,10,
17,20,22
57:2,6,18,23
59:1 60:25
62:20 63:16
64:3,15 65:5,
14,21 66:6,9,
11,14,15,19
67:13 69:4,7,
9,12,15,25
70:15,21,22,
23 71:2,6,10,
15,19,20,22,
24 72:5
73:12,20
76:16 77:23
78:2,6,7
80:11 83:21,
24 84:6 85:13
issue  18:10
  22:19,23
  23:17 28:13,
  14,15,17
  29:11 30:5
  31:22 32:25
  33:4 57:18
issues  18:6,
  22 22:21
  23:2,20 33:8,
  11 34:25
  41:12 46:2,5
  81:13,17 82:2
  83:20
it  10:23,25
  13:3,4,5
  16:9,12,14,15
  18:19 19:7,8,
  21 21:18,21
  22:19 23:2,4,
  6,20 25:2,5

26:7,9,17,19,
21,23 27:25
28:13,25
29:16,21 30:5
31:3,23 32:8,
14 33:16,19
36:23 37:6,9,
10,12,13,15,
21 38:10,11,
19 39:20,24
40:10,25 41:1
43:6,10
44:10,24 45:1
49:20 53:8,25
54:4,13,18
55:7,9,10
56:5,9,15,16
57:14,17,21
58:22,23
59:4,6,8,13
60:4,15
62:18,21
63:11,13
64:2,11,14,
20,21 65:10,
19 66:7,19,
21,25 67:1,2,
20 69:15
70:10 71:17,
18 72:11,12,
24 73:1,2,3
74:3,16 77:20
78:15,17,18
79:11 83:4,
21,22 84:8,11
85:5
it's  7:25
  16:9 22:24
  23:1 29:11,
  13,14 33:16
  35:21 36:23
  37:16,21 39:6
  40:12,22
  48:14 53:25
  54:18 55:20
  56:6,8 62:19
  64:9,10,18
  65:11,16,19
  70:16 72:2,20

78:8,10,17,20
79:12,16
83:3,5,23

_____

J

Jackson  4:22
Janet  5:14
  6:17
January  20:22
  21:10,21 38:5
job  9:13
  15:23 18:2
  19:18 32:16
Johnson  4:20
judge  84:13
July  4:16
June  71:10
  73:20 74:3,7,
  10
just  7:1 8:4,
  7 10:12,14
  12:15,17 13:2
  15:5 16:14
  18:14 19:12
  21:11 25:14,
  20,21,25
  28:11 30:22
  31:3 32:10
  36:23 37:2
  39:23 48:7
  55:13 57:19,
  20 60:15
  64:12 72:14,
  15 82:2,3
  83:17 84:7,
  19,25 85:14

_____

K

Karen  5:12,16
  12:1 13:2
keep  39:13
  71:4
Keeping  19:7
Ken  75:20

kept 39:9
  52:23
key 28:25
kind 9:4,12
  22:21 79:11
knew 28:12
  32:17
know 8:5,8
  20:15,18
  24:14 28:11,
  12 29:3,23
  30:8,14 31:10
  32:8,9,11,14,
  18 33:3,7,9
  35:5 36:2,8,
  12 40:12
  41:10 42:1,19
  44:13,17,23
  47:15,17 48:7
  52:7 54:2,9
  55:5 57:17
  58:1,10,18,23
  59:9 60:3
  61:1,15,19
  63:4,10,14
  64:23 69:6,
  19,24 72:22
  73:6 74:16
  76:1 79:13
  84:7
knowledge
  85:2
knows 84:8

**L**

language
  39:21,25
  40:6,14
larger 66:8
Larocca 5:22
last 15:15
  25:21 36:7
  42:20 44:9
  47:22 48:12,
  18,21,23 51:7
  62:20 70:15
  75:8 78:23

79:7 83:17
later 83:21
  84:16
law 6:18 26:7
  46:19,22
  47:1,6,11
  50:10,13,15
laws 46:17
lawsuit 9:16
  13:17,20
  26:7,8
legal 4:21
  5:1,22 68:11,
  21
legislation
  18:5,6 19:5
  23:2,4 35:8,
  11,15,18,21
  36:9 40:9
  45:24 75:18
  76:8
legislative
  15:24 17:12,
  17,21,25 18:3
  19:8,19,20
  20:8,23
  21:13,22
  22:13 23:6
  28:5,15,17
  29:22,23
  30:3,10 31:21
  35:21 36:14,
  16,17 43:19,
  22 49:15 59:8
  73:4 74:18
  78:8,10,20
  85:1
legislators
  33:13 39:25
  43:15 46:2,8
legislature
  18:17,20
  32:15 34:2,5
less 44:20,22
  59:21,23,25
let 8:4,7
  20:22 21:24
  41:20 70:14

let's 10:12
  11:6 19:25
  31:20 32:21
  36:7 45:18
  74:7 77:14
letting 54:2
level 16:4,23
Libby 15:12
  58:10
libby.guzzo
  16:9,12
libby.guzzo@
myfloridalegal
  69:17
libby.guzzo@
myfloridalegal
.com 63:13
  65:3 69:9
  70:6
libby.guzzo@
myfloridalegal
.com. 57:24
like 7:21
  12:20 19:9,16
  22:18 26:18
  34:1 37:21
  39:6 47:18
  53:4 58:4,9
  59:16 60:21
  79:11,13
limited 23:1
link 4:10
list 63:3
listed 14:16
  29:2 42:1
little 10:13,
  23 11:6 16:11
  18:14,24
  19:14 37:11
  40:4 66:7
  74:15
lizzy.guzzo@
myfloridalegal
.com. 56:1
lobby 26:3
located 4:21
location
  58:10

log 53:10
log-ins 65:20
long 17:11
  51:24 52:3
look 10:4
  11:11,12
  55:14 56:18
  57:21 59:16
  62:20,21
  71:18 84:5
looked 11:15
  57:17 73:1
looking 10:21
looks 37:21
  39:6
lying 8:24

**M**

M-O-R-R-O-W
  75:21
ma'am 12:16
made 60:11
maiden 15:16
  70:9
main 6:25
maintained
  57:4 71:23
make 7:16,17
  10:23 66:7
  83:20 85:15
makes 10:25
  66:19
making 31:17
man 59:13,15
  60:22,23
man's 60:25
manner 5:8
  19:4
many 12:18
  44:13 55:18
  60:15,18
marked 7:3
  10:17 36:25
  37:3 55:21
  64:4 66:2
  69:1,4 70:18

marker 74:7
married 70:11
Martin 12:7,9
  14:6,11,13,16
  15:4,5 20:14,
  18 51:22 52:4
  79:24
Matt 48:11,19
  49:5 54:23
  70:21,23 74:9
matter 4:18
matters 82:23
may 8:1 19:7
  22:19 23:20
  33:16 83:15
maybe 34:3
  47:16 74:19
mdunagan@
flshares.org.
  70:22
me 8:4,8 9:25
  11:11,15
  16:11,15 17:1
  18:1 19:18
  20:23 21:7,24
  24:18 25:12
  28:11 32:10
  37:10,14
  38:13 40:11,
  19 41:20
  44:20 45:5
  47:9 51:16
  58:10 70:15
  78:16 79:9
  83:3,5
mean 22:2
  25:25 27:10
  29:9 31:22
  33:16 53:4
  57:16 59:19,
  21 70:10
  78:24 79:16
meaning 28:17
  60:7
means 18:8
  31:3,21
meant 30:25

media 13:19
  45:18,19,21
medications
  8:13
meet 25:13,
  14,16 54:16
  58:19 75:15
  76:22 77:5,8
  84:14
meeting 10:4
  18:9,16 22:18
  25:20 26:4
  49:20 51:10,
  24 54:4,14,18
  55:10 59:18,
  20 60:4,6,9,
  10,11,13,19,
  20 61:6 68:16
  74:1,7,9
  78:8,10,20
  79:17,25
  80:4,8 81:7
  82:13 85:6
meetings
  19:17 24:15,
  19,20,22,23,
  24 25:3,6
  27:3,20,25
  28:1 33:20
  35:10,13
  47:20,23
  53:20,24 55:3
  76:25 77:4,
  15,16,17,23
  78:3,6,9,12,
  22,25 79:1,5,
  10,19,20
  80:1,13,16
  81:12,16,19,
  22 82:8
member 18:6,
  7,17 22:15
  68:17 69:24
members 18:12
  60:3,16,18
  61:3 63:9
  64:22 65:1
  66:23 67:24
  68:3,15

76:10,13,18
  77:1 80:20
men 60:24
  80:21
mentioned
  7:23 14:10
  15:3 18:22
  19:14 22:23
  47:25 54:8
  60:22
mentioning
  48:7
Mesa-estrada
  5:18
messages
  61:20
met 33:13
  58:12,15,17
  59:2 60:16
  61:8,10 62:10
  63:9 64:22,24
  66:23,24
  68:8,11 73:21
  74:2,20 75:3,
  6,8,11,13,20,
  23 76:1,3,18
  80:6,20
Miami 4:19
  6:20
might 8:14
minimize
  10:23
Minimizing
  10:25
minutes 59:25
moment 57:13,
  20
monitor 32:16
  67:10
monitored
  28:25
monitoring
  18:5 19:5
  28:19 29:5,7,
  8 35:18 36:9
monitors
  35:20

Monroe 16:1
monthly 25:6
  40:20
months 23:7
  48:23 74:17
Moody 6:20
  20:24 30:14
  84:24 85:2
Moody's 21:4
more 18:14,24
  19:14 23:6
  24:18 25:10,
  11 27:12
  38:13 40:5
  44:24 72:21
  74:15
Morrow 75:20
most 21:17
moving 28:18
Mr 5:24 12:9
  14:2,5 15:2,8
  20:15,18 36:5
  49:21,25
  50:2,8 60:15
  63:9 73:21
  75:3
Ms 5:12,14,
  16,18,20,22
  6:6,13 7:5,7
  9:22 10:19,
  20,22,25
  11:2,8,10
  12:4 13:2,6,
  7,8 14:2,10,
  12,14 23:13,
  14 26:13,14,
  18,19,20,22
  27:10,12,13,
  22,23 28:2,4,
  9,10 30:1,2,
  11,13,16,18
  31:1,5,6,9,
  13,16 32:2,3,
  5,7,12,19
  33:18,21
  35:4,6,25
  36:2,4,6,20
  37:2,5,6,24

38:1 39:1,2
40:1,3 42:14,
16 44:5,7
45:2,4,7,9
46:24,25
47:3,5,13,19
50:19,21
51:3,6,25
52:2,6,8,11,
13 53:15,17
55:15,19,23,
24 56:3,5,8,
12 57:15,16,
22 58:3,7
63:23,24
64:6,8 65:7,
10,12,13,24
66:4 67:7,9
68:23 69:3
70:14,20
74:5,6,11,14,
23,25 76:12,
14,17 77:16,
17,18,19,20,
22 81:25
82:3,5,7
83:1,4,7,8,
16,19,24
84:1,3,5,11,
16,17,19,22
85:11,14,19,
20,23

**much**  13:22
21:11 28:12
32:9

**multiple**
72:15 79:11

**must**  7:22 8:2

**mute**  36:4

**my**  4:20 6:17
10:14 11:19
15:16 32:16
36:7,10,22,24
39:12 43:8
54:5,8 55:12,
13 58:5 63:10
64:1 66:1,21
68:25 83:17

**myself**  58:11
60:4 77:24
78:13,21

---

**N**

**name**  4:20
5:11 6:6,15,
17 11:19,20
14:1 15:10,
15,16 29:1
48:12 58:18
60:25 61:1
70:9 74:20
75:1

**named**  75:20

**narrow**  74:15

**near**  66:22
67:1

**need**  8:7,8,10
18:15 29:19
37:10 38:13
42:7 57:19

**needed**  40:2,
10,18,21,23,
25

**needs**  23:18

**never**  9:2

**new**  19:22,24

**news**  13:16

**next**  67:2

**nickname**
15:13

**ninety**  4:11

**no**  6:21 7:3,8
8:15,18 9:6,
9,11,14,17,
19,21 10:3,17
12:16,23
13:12,15,18,
21 14:18 15:9
16:9,14,22
17:10,18
20:21 21:1,3,
6 22:8,11
24:5,7,9,11
27:2,5 28:3,7
29:4,16,18,25

30:12,17,21
33:2,9,12
34:6,13,21,23
35:9,12,16
36:15,25
41:5,8,13,16,
19 43:18
44:15,18
45:3,8,17,20,
22,25 46:3,6,
9,12,15,18
47:4 49:10,
12,14,16,19,
24 50:1,16
51:15 52:15,
17,19 53:2,
16,19 54:6
55:21 57:12
58:9,23 61:4,
11,21,23,25
62:3,6,7,8,
14,17 63:1,7
64:4 65:4
66:2 67:16,
19,21 68:4,
18,22,24,25
69:1,23 70:1,
8,16,18 72:24
73:16,23,25
75:10,17,19,
22 76:7,9,20,
21,22 77:2,7,
13 79:4
80:14,19,23
81:1,3,6,9,11
82:11,18,21
85:3,4,5,10

**nodding**  7:19

**noncompliance**
50:17

**nor**  4:23

**normally**
29:10

**not**  4:23 5:4
8:3 12:14
18:12 20:10,
16,19 21:18,
19 22:5 24:1,
14 25:14

28:3,7 29:2,
4,16 30:24
31:19 32:1,24
33:15 41:13,
16,19 48:13
49:22 50:20
51:15 53:8,
12,25 54:4
55:2,10 57:17
59:10 61:13,
15,17,19
63:4,15,17
65:7 67:16
72:16,24 73:3
75:7 76:22
77:9,11,13,
24,25 81:11,
14,18,21,24
82:6,15,21
83:25 84:1
85:5,10

**notes**  13:11
53:18

**nothing**  6:3

**notice**  7:1
10:9,10,18
11:3,12 13:3

**November**
21:10

**now**  4:2
63:17,19
67:11 80:11

**number**  42:1
44:1,19,23
50:6 52:7
82:25 84:6

**numbers**  56:7
65:9

---

**O**

**oath**  8:20,22,
24 9:8

**object**  8:1
26:13 27:22
30:1,11,16
31:1,13 32:5
33:18 39:1

40:1 42:14
44:5 45:2
46:24 51:25
52:11 58:3
67:7 82:5
83:19
**Objection**
  28:2,9 32:2,
  12 35:4 45:7
  47:3,13 50:19
  52:6 53:15
  74:5,11 81:25
  83:1
**objections**
  5:8
**obtaining**
  77:18
**obviously**
  32:17 58:23,
  25 59:17
**Occasionally**
  50:6
**occur**  23:5,19
**occurs**  23:6
**of**  4:8,13,14,
  18,21 5:1,9,
  13,16 6:9,18,
  19,21,25 7:2
  9:4,12 10:1,
  16,18 12:7,
  11,17,21,22,
  24 13:1,3,4
  14:8,15 16:23
  18:4,15,17
  19:5,7,9,12,
  13 20:10,14,
  25 21:17
  22:1,3,21
  23:7 24:14,
  16,20,21,23
  25:12,18
  26:7,8,12
  28:8,19 29:6
  30:9,24 31:1,
  17 32:5,9,12,
  16 35:2,7,10,
  13,17 36:9
  39:4,7,10,14,
  17 40:13

43:6,12 45:23
46:1,4,7,10,
17,24 47:13,
16,23 50:14,
17 53:25
54:2,3 56:4,
10,17,20
57:1,4 59:4
60:3,16,18
61:3,5,15,19
63:18,21
64:7,22,23
65:1,6,18,22
66:23 67:1,
17,24 68:3,5,
20 69:7 71:4,
15,23 72:6,
14,17,18,23,
24 73:3,13
74:17,20 75:1
76:10,13 77:8
79:12,22
80:24 84:3
85:7,8
**off**  4:6 83:10
  85:24
**offered**  68:19
**office**  12:12,
  15 14:9,25
  15:20 16:4
  17:13,14
  18:5,11,13,18
  19:3,22 20:7
  21:12,25
  22:1,4,5,7,
  17,20,24,25
  23:12,16,24
  24:4,16,21,
  22,23,25
  25:24,25
  28:22,24
  29:21 30:8,9,
  20 32:23
  33:3,6,8
  35:22 36:8
  38:22,25
  39:4,11,15
  41:2 43:7,13,
  20,25 45:12,

16,24 46:5,11
48:8 51:11,
13,15 53:7,
11,21 55:7
57:1,6 60:7,8
71:24 72:3
77:15 78:7,9
79:2,7,19
80:5,15,18,
22,25
**officers**
  47:7,11
**offices**  21:20
  23:17
**official**
  17:18 38:21,
  24 57:1 72:3
**often**  22:13,
  15 23:5,15,
  19,23 25:3
  26:9 34:9
  39:23,25
  40:8,17 42:17
  43:2 50:5
**oh**  15:5 16:20
  37:13 77:20
**okay**  8:6,19
  9:7,22,25
  10:7,10,12
  11:6,11,15,
  18,20,24
  12:4,6,9,17,
  18,21,24
  13:13,22,25
  14:12,23
  15:7,13,15,
  17,25 16:7,
  10,17 17:1,3,
  5,11,16,20
  18:1,7,12,19,
  22 19:9,18
  20:6,9,12,15,
  18,20 21:4,
  13,21 22:6,9,
  21 23:1,8,11,
  22 24:6,24
  25:3,6,8,11,
  18 26:6,25
  27:6,9,17

28:5,14,16,23
29:3,5,10,17,
19,23 30:7,19
31:17,25
32:8,20,25
33:7,10,25
34:4,9,12,14
35:20 36:7,
16,19 37:13,
18,21 38:11,
13,18,20
39:6,17 40:4,
11,17,19,22
41:3,14,17
42:2,6,9,12,
23,25 43:11
44:3,8,13,20,
24 46:16,22
47:22,25
48:5,18,23
49:7,17 50:7,
17 51:7,12,
14,17,24
52:3,9 53:20
54:15,19
55:11 56:17,
20 57:10
58:12,19,22,
25 59:2,6,16
60:9,22 61:2
62:9,15,18,25
63:15 64:19,
21,25 65:14,
17,21,24
66:22 67:10
68:2 69:15,
21,24 70:12,
14 71:9,13,
15,19 72:2,8,
17 73:2,4,9,
12,15,17,20,
24 74:1,20
75:8,15 76:1,
23 77:3,10,
14,20 78:3,
16,19,22
79:1,9,18,22
80:1,12
81:12,15,19,

22 82:8,16,25
84:11 85:14,
22
**Olson**  14:5,7,
16 15:2,8
20:2,3,15
35:24 36:10
51:22 52:4
60:5,15 63:9
78:13
**on**  4:2,21,25
5:11,12,16
6:9 8:13
10:14 11:19,
20 13:19
14:1,5 15:2
18:5 20:13
21:17 22:15
23:8,18,20,24
24:2 25:16
29:11,14
30:6,19,23
31:22 32:17,
21,25 33:4,8,
10 34:7 36:1
39:21 40:19,
21,24,25
41:22,24
45:1,10,14
53:9,21,24
54:5 55:5,8,
9,13 63:2,3,
10,13,16
67:13 68:15
71:5 79:12
80:2 81:13,16
82:23 83:13
84:19,24
**once**  42:23
44:16,24
62:10
**one**  6:18 7:16
8:8 12:24
17:20 39:9
40:7,8,11,17
41:3,6,9,11,
14,17 43:2
47:23 48:3
55:19 56:6,

10,17 60:22
64:18 66:5,9
71:1,2,4,15,
22 72:17,18,
21,24,25
73:11,16
85:15,21
**ones**  73:14
**only**  7:16
34:10 36:16,
17 38:15 48:3
62:9 66:6
**open**  41:20
64:1
**or**  7:18 8:13
9:10,16 12:25
18:9 19:1,3,
17 20:6
22:17,19,24
23:2,18,20
24:3,13 25:9,
15,20 26:11,
17 27:10,11
29:1,16 30:6
31:24 32:17
33:19 35:13
38:13 40:8,12
47:16 48:8
51:3 53:25
54:4,7 55:10
57:19 59:10,
13 60:23
61:19 62:4
66:22 68:21
72:16 74:4,17
78:17 79:12,
17 81:15 82:2
**oral**  27:10
**order**  7:15
**organization**
58:13 81:20,
23 82:14,17
**organizational**
19:23,24
20:1,11
**organizations**
24:10,13,15,
25 25:4,12

68:6,20
81:13,16
82:4,9,20
**other**  8:16
9:4,12 11:12
13:13 15:3,10
16:7 19:11
20:12 32:25
35:14 45:11,
15 68:6 70:2,
4,5 71:9
73:14 74:3
78:23,24
79:1,6,20,22
**others**  25:5
78:7,22
**our**  12:7 14:8
19:3,21 20:14
22:19 23:17
28:21 29:21
35:22 41:1
60:7 65:19
69:19
**out**  18:9,17
22:18 23:7
42:9,17,20
43:3,5,11
44:9 45:5
58:8
**outcome**  4:24
**outside**  4:8
20:25 21:18
24:3,16,21,
23,25 25:4
30:9 43:6,12,
19 80:17,24
82:9,14,20
**over**  21:20
57:13 64:12
**Overall**  13:22
**overlaps**
23:18
**oversee**  46:22

---

**P**

---

**page**  38:16
62:20 68:15

**pager**  40:7,11
41:3,6
**pagers**  40:8,
17 41:9,11,
15,17
**pages**  10:20
55:18,19
57:15 64:3
**paper**  12:24
**paragraph**
68:15
**part**  32:16
35:17 39:17
68:3
**Participants**
4:3
**participate**
21:4 22:9
24:20 47:20
**participated**
47:22 78:24
**participating**
5:3
**particular**
14:21 73:18
**parties**  4:11
5:7
**party**  4:12,23
9:15,18
**pass**  72:16
**passed**  26:9
72:16
**past**  15:15
44:4
**Paul**  5:24
**penalties**
8:24
**pending**  8:10
23:2 35:21
40:9
**people**  25:10,
23 30:9 32:18
43:6,12
45:11,15
53:23 54:8
58:10 60:20
71:10 72:15

74:3 78:24
79:6,11,15,
20,21,22
**Perfect**  7:21
**perhaps**  84:10
**period**  21:9,
14
**person**  7:16
33:5 38:3
58:19 59:11
60:23
**personal**
16:21 42:4,9,
12,17,21
43:3,5,8,12,
23 44:1,3,8
45:6,10,14
62:1,4 81:4
82:17,20,23,
25 83:18 84:6
**personally**
24:1 85:8
**pertain**  19:2
**pertained**
28:24
**pertains**
22:19 28:21
**phone**  15:2
27:17 42:8
45:10,14
61:14,16
76:23 77:10,
12 82:19,22
**phones**  42:7
**physically**
5:4 13:4
77:18
**place**  65:20
**placed**  53:20
**plaintiff**
5:19 6:9,19
9:15
**Plaintiff's**
7:3 36:25
55:21 64:4
66:2 69:1
70:18

**plaintiffs**
5:21,23,25
**Plaza**  16:4
**please**  5:1,10
6:14 36:4
40:6
**police**  47:16
**policies**
34:22 41:4
52:18 82:10
**position**
17:24 21:12
24:2,13
36:13,14
45:19
**positions**
20:25
**possible**
33:16
**Possibly**
42:22 44:25
**Potentially**
60:14
**Poverty**  6:18
**prepare**  11:12
40:15,17
41:3,6,9
**prepared**  40:8
**preparing**
13:11,23
57:19
**prescheduled**
49:20
**presence**  4:8
**present**  5:5
7:14 15:23
**press**  31:18
**pretty**  21:11
31:3
**previous**
74:16
**previously**
14:10 22:24
26:1 36:14
57:17 84:23
**prior**  10:4
20:22 21:8

56:18 57:19
**priority**
29:22,24
30:3,10 31:21
72:16 85:1
**Private**  4:7
**privilege**
84:4
**problem**  19:2
**proceed**  83:15
**proceeding**
4:3 5:4,5,6
7:21
**proceedings**
5:2
**process**  19:8
21:16,18 23:6
**professional**
17:9
**Project**  68:7,
9,21
**pronounced**
6:6
**provide**  63:8,
21 83:22
**provided**  9:7
46:1,7,10
**providing**
4:12
**public**  84:10
**publish**  6:24
36:21
**pulled**  37:2
**pulling**  66:5
**purchased**
4:12
**purposes**  45:6
84:12
**put**  55:5

**Q**

**question**  7:11
8:4,10 31:2,8
32:5,13 36:7
39:12 46:24
47:14 54:8

56:22 76:16
83:17 84:2,13
**questions**
7:12,13,22
8:1,2
**quickly**  10:21
84:20
**quo**  21:11

**R**

**Raise**  6:1
**range**  44:20
**rather**  7:18
19:19
**reach**  18:9
22:18
**reaches**  18:17
**read**  10:24
13:16,19
29:9,10,16,
17,19 39:24
57:10,13
72:23,25 73:2
85:13,22
**real**  84:20
**really**  10:21
21:19 29:4
33:5
**reason**  8:16
**recall**  27:8,
16,19 28:3,7
31:19 33:15,
20 34:18 35:1
41:13,16,19
42:15 43:1,4,
16,18,21,24
44:2,6,21
47:4,24
48:17,20
49:8,22 50:4,
9,24 52:1,12,
22 54:22,24,
25 58:18,21
59:5,7,9,12,
17 60:12,14,
21 61:7,13,
17,19 66:24

67:5,8,11,15,
23 68:1,4,10,
13,16,18,22
72:20 73:6,
10,14,19,23
74:12,24
75:14,22
76:4,24 77:9,
11,13 79:25
80:6,7 81:11,
14,18,19,21,
22,24 82:6,
15,21 85:10
**receive**
45:10,14
56:25 58:1
62:12,15
66:22 69:15
72:17 81:2,4
82:16,19,22
**received**
10:18 47:1
72:11,12,21
**receiving**
64:19,20,21
66:17 72:8
**recently**
42:25
**recess**   83:12
**recognize**
56:13 64:17
**record**   4:2,6
5:2,11 6:15
7:2,15 52:23,
25 53:1,3,4
54:2,3,12
72:3 83:10,13
85:24
**recorded**   4:4,
5,14 7:25
**recording**
4:10
**records**
38:22,24 39:4
57:1 84:10
**refer**   26:21
53:23 58:13

**reference**
41:20,23
67:13 68:5,14
**references**
66:25
**referencing**
73:5
**referred**   13:3
26:9 68:16
81:20
**referring**
12:14 14:24
18:15,19
22:21 25:18
48:2 70:23
79:15 80:8
85:17,18
**Reform**   81:8
**regard**   34:22
35:8 75:15
82:12
**regarding**
13:16,19
19:16 28:1,6
34:16,25
45:24 46:2,5
67:17
**regular**   20:13
22:6 25:6
39:10,13,17
45:1 57:4
65:18 71:23
**related**   4:23
9:13 10:5
23:4 41:1
**relates**   25:2
**relating**   19:8
27:1,3 34:19
41:11 50:13
79:16 82:9
**relations**
18:6,7 22:16
**relevant**
83:20,23
**remember**
26:25 34:24
38:11,14
44:8,10 48:9

50:2 57:18
61:5 63:5
64:19,20,21,
25 66:17,19,
20 67:4,6
68:2,19 71:17
72:8,11 73:4,
21 75:3,5,8,
11,13 76:3
79:14 82:8,13
**Remembrance**
68:7,9,20
**reminded**   83:5
**remote**   4:9,
14,20 5:2
**remotely**   5:6
7:15
**repeat**   25:21
38:23 45:13
50:12
**report**   20:2,
9,13 72:14
73:4,18
**reporter**   4:25
5:3 6:1 7:14,
23 26:17 36:1
37:23 51:2
74:22 76:13
**reporting**
5:6,9
**reports**
20:15,18,19,
20 72:23
73:7,13
**representative**
19:1 22:17
47:15
**represented**
9:22
**representing**
6:19
**request**   4:5
25:15 60:11,
13 62:12
78:17
**requested**
60:10

**requesting**
4:12
**requests**
25:18 35:7
45:19,23
46:22 47:1
**respect**   23:2,
11,22 27:7,
14,17,20
30:10,15,24
31:11,18
33:14 35:10,
14 41:4,6,15,
18,24 46:16
50:10 68:15
82:4
**responsible**
50:11,14
77:14,16
**retainer**
46:14
**review**   12:19
39:22
**reviewed**
11:25 13:25
56:15 71:16
**reviewing**
13:10
**Richard**   12:7
14:10,13,16
15:4,5 20:14
51:22 52:4
79:24
**right**   6:1,14
7:9 9:2
10:12,16
11:4,21 15:10
16:20 18:1
19:24 20:22
22:12 24:2,20
26:6 30:7,14
32:8,20 36:19
37:4,19 38:6
39:20 54:1
57:2,6,24
63:17,19,21,
24 65:6 66:5
68:23 70:14

71:11,20,25
72:8 77:6
80:11 82:14,
19 83:17
84:19 85:22
**rights**   81:23
82:4
**Robert**   50:25
51:3
**role**   21:7
22:3,12
**Ron**   4:19
**room**   5:5
**route**   84:15
**routine**   19:13
**routines**   18:4
**rules**   7:10

---

### S

**S-A-I-R**   81:20
**said**   9:2
19:16 20:3
22:18 26:23
28:14 29:15
31:20 32:16,
21 34:1 37:12
40:6 51:23
58:4,9 60:21
77:25 78:2
79:11,21
**SAIR**   81:20
**Sam**   26:18
**same**   8:22
21:12 22:3
56:6 58:5,9
64:9,18 65:5,
16,19,20,22
69:7,12
**sanctuary**
82:12
**sat**   51:8
**saw**   71:17
**say**   7:24
14:19,24
19:21 20:14
22:13,15

23:1,8,23
25:6,10 31:7
42:24 43:4
47:17 51:8,9,
11,14,15,21
52:23 53:23
54:9 55:4
58:14,23,25
59:19 62:23
74:13
**saying**   12:11
15:2 30:23
31:10,25 32:4
44:9,11 59:2
62:9 63:15
**says**   39:20
62:18,21
64:11 67:2
**SB**   26:9,11,
15,17,21
27:1,4,7,14,
18,20 28:1,6,
8,11 29:17,23
30:15,23,25
31:11,18
32:1,10,11
41:7,15 82:2
85:17,18
**scenarios**
29:19
**schedule**
76:25 77:4
79:20
**scheduled**
60:9 79:19
81:7,15
**scheduling**
81:19
**Sciences**   17:8
**Scott**   4:20
**screen**   10:14
36:22,24
41:21 55:12,
13 64:1 66:1
68:25 70:17
71:5
**scroll**   10:20
38:8,13,15

40:4 65:8
71:1
**second**   10:15
36:23 41:22
60:23,25
**see**   7:14
10:21 12:24
19:12 25:15
29:1 30:6
31:24 32:18,
21 37:3,6,9,
10,12,13
38:15 39:20,
21,24 58:13
62:18 64:10,
11,14 65:8
66:8,25 67:12
68:14 69:6,8
70:21 71:5
72:15
**seeing**   66:21
**seen**   11:3
38:8 41:11,
14,17 56:16
61:12
**senate**   26:19,
20 84:24
85:1,7,19
**senator**   19:1
37:16 38:4
39:22 40:25
75:4,24
76:10,18
77:3,12
**senator's**
22:17
**send**   16:9,15
39:16,25
73:13
**sending**   38:11
**senior**   15:24
17:12,16,21
18:2 19:20
20:23 21:22
22:12
**sense**   32:9
**sent**   37:16,18
38:2,5,10

39:7 72:15
**separate**   15:7
42:4
**session**   7:11
25:9,11 28:15
34:1,10,12
35:21 59:8,10
72:14,18,23
73:13
**sessions**
74:18
**set**   28:25
53:25 55:7
**seven**   17:15,
16
**several**   71:9
**shaking**   7:18
**share**   10:14
36:22,24
55:12 64:1
65:25 68:25
70:17
**she**   13:4
14:10 30:6,24
31:23,25
55:16 56:5,6,
10 83:24
84:11 85:23
**she'll**   7:24
85:13,22
**sheet**   53:5
**sheriff**   47:25
48:1 50:25
51:2 52:5,9,
20 53:13
54:21 73:24
**sheriff's**
47:16
**sheriffs**
48:3,6,10
50:23 71:20
72:16,19
74:2,9
**short**   59:20
**should**   4:3,8
64:2
**show**   41:21

showing
  55:13,15
  83:20
shown  40:10
shows  64:15
sign-in  53:5
Similar  22:23
Simmons  75:1,
  3,4,5 77:3,12
since  20:23
  61:10,12
six  48:23
  55:19 57:15
  64:3 74:17
slash  67:3
so  7:9,15,17,
  22,25 8:7,10
  10:12,16,21,
  23 11:3,6,11
  13:4,13,25
  14:15 16:11
  17:20 18:1,
  12,14 19:18,
  25 20:22
  21:13,18,21
  22:12 23:6
  24:24 26:6,23
  27:3 30:3
  31:10,25
  32:16,18,21
  36:16,23
  37:10 38:2
  39:5,8,20,24
  40:22,25
  44:8,9 54:1,
  15 55:16 56:6
  57:20,23
  59:2,9 60:15,
  22 62:7,25
  63:11,15
  64:25 65:8,14
  71:22 73:16,
  17 74:1,7
  76:16 78:3
  80:12 83:17,
  24 85:22
social  13:19

some  7:9
  13:25 25:5,12
  38:13 68:5
  74:3 79:22
somebody
  25:25
someone  16:14
  22:3 25:20
  26:3 29:22
  32:6 36:3
  52:23 53:6,8
  54:1,15 55:3,
  7 59:2 61:2
  63:2 73:18
  74:20 75:20
something
  12:25 18:9
  19:3 23:18
  29:11,13,14,
  21 30:6 31:23
  38:14 39:13
  40:13,15,24
  45:1 78:18
  79:16 84:20
sometimes
  22:24 25:15,
  23 42:11
  47:21 74:18
  82:24
sorry  12:3
  24:22 25:21
  27:25 35:25
  37:23 38:23
  70:3 76:13,
  14,21 83:1
South  4:18
  6:19 16:1
Southern
  6:18,20
speak  10:1
  11:7,21,24
  13:14 14:3
  32:6 33:5,19
  49:1 52:20
  76:11
speaking  7:16
  23:21 50:8
  51:17,20 52:5

specific
  12:14 18:14
  27:12 32:25
  33:4 45:8
  50:6 52:7
  79:17
specifically
  23:23 34:18
  48:7 55:2
  73:10,19
  74:12 75:7
  82:1 85:7,9
specifics
  47:4 48:20
  49:8 50:24
  52:1,12 67:5,
  8 76:4
spell  6:14
  48:12
spend  13:22
spoke  14:1
  48:9,18 49:4
  51:7 53:13
  59:13
spoken  48:11
  50:22,25
staff  12:7,
  11,17 20:14
  43:22,25
  76:10,13,18
  77:1,4,5,8,10
stamped  62:21
  64:2
stands  26:19
started  59:10
starting  69:4
starts  56:9
  64:2 65:10
  66:6 71:1
state  6:14
  17:2 67:18
statement  5:2
  31:18
stating  5:10
status  19:12
  21:11
Statute  26:12

Statutes  26:9
still  8:2
stop  25:20,23
  51:14
stopped  48:8
  51:9,11,15,20
stopping
  53:8,23 54:9
  55:4,7
stops  52:23
  54:1,15
stories  13:16
Street  16:1
strike  22:14
structure
  20:1,10,16
  22:5
Studies  81:10
stuff  21:17
subject  26:7
  28:18
subscribe
  62:15,25 63:2
subscription
  62:19
substance
  9:25 29:2
  85:7,9
substances
  8:13
such  4:4
suggests
  62:19
Suite  16:4
summarize
  13:25
summary  14:4
  40:13
supervisor
  20:17 36:10
supervisors
  20:12
Support  4:21
  5:1
sure  7:16,17
  10:22 20:10,
  16,19 22:5

31:10 38:17
48:13 50:20
53:1,8,12
56:8 57:17
63:15,17
65:10
**swear**  6:2
**switched**
  21:20
**sworn**  6:10
  9:4
**system**  16:15
  65:19 69:20
  70:10

---

**T**

**take**  8:7,8,9,
  11,23 13:11
  24:22,24 25:3
  52:25 53:1,3,
  18 55:14
  57:13 62:21
  83:8 84:5
**taken**  7:6
  8:19,22 10:8
  83:12
**talk**  19:25
  45:18 49:7
  50:5 52:9
  57:21 59:11
  83:21
**talking**  74:1,
  8 76:12 80:8,
  11 82:1
**Tallahassee**
  16:2
**task**  24:6,12
**tasked**  29:5
**technician**
  4:20
**Teegen**  10:11,
  19 12:4 14:2
**telephone**
  35:14
**telephonic**
  35:13

**tell**  8:20
  11:11,15 17:1
  18:1 19:18
  21:7 24:18
  25:12 28:11
  32:10 37:14
  40:11,19
  44:19,20 45:5
  47:9 78:16
  79:9
**telling**  9:25
**ten**  44:20
**Teri**  4:25
**term**  31:3,5
  33:22,24,25
  34:2
**terms**  18:15
  19:5,13
**testified**
  6:11
**testify**  8:14
**testifying**
  8:23
**testimony**  6:2
  8:17 9:5,8,13
**text**  61:20
**texted**  61:24
**texts**  62:4,8
**than**  7:18
  13:13 15:11
  19:20 25:5
  44:20,22,24
  59:21,23,25
  70:5 72:21
  78:23
**Thank**  11:1
  13:6 14:12
  15:17 63:24
  65:12
**that**  5:4,5
  7:17 8:13,19
  9:23 10:7,8,
  18,23 11:3,8,
  17,19,20,25
  12:3,25 13:1,
  8 14:1,4
  15:2,3,13
  16:11,13,14,

23 17:5,7,21,
  24 18:10,25
  19:2,3,6,14
  20:6 21:9,13,
  16 22:3,14,
  15,19 23:5,
  17,19,23
  24:14,18,25
  25:13,21,25
  26:1,5,7
  27:20 28:3,7,
  17,18,21,24
  29:1,3,7,11,
  13,14,15,21
  30:5,6,23,25
  31:7,10,19,
  23,25 32:4,8,
  10,14,23
  33:15,16
  34:9,12 36:1,
  2,13,21
  37:10,16,18,
  19 38:2,6,23
  39:7,13,21
  40:10,13,15,
  16,24 41:13,
  16,19,20,23,
  24 43:22
  44:1,11,14,16
  45:1,13,18,24
  47:9,18
  49:20,22
  50:10,12,13
  51:10,24
  54:3,11,13,
  16,19,21,23,
  25 55:4,5,12
  56:1,3,4,10,
  17,22,25
  57:2,6,18,23
  58:2,5,14
  59:19,21
  60:9,11,13,
  18,23 61:8,
  13,15,17,19
  62:9,19
  63:11,23
  64:14,22
  65:15,22

66:8,9,11,15,
  19 67:6 68:14
  69:5,10,12,15
  70:3,5,9,12,
  17,23 71:2,4,
  5,7,10,15,20,
  24 72:14,15,
  16 73:22
  74:1,8,9,15
  76:21 77:9,
  11,13 78:2,6,
  7 79:5 80:7,
  11,12,20
  81:11,13,14,
  16,18,21,24
  82:6,15,21
  83:21 84:2,
  15,16,17
  85:8,10
**that's**  6:25
  7:2 13:5,9
  23:8 34:10
  38:19 40:19
  46:10 56:9
  58:10 68:7
  71:23 75:21
  76:15 79:17
  83:19 85:17
**their**  5:7
  18:11,18
  22:5,24,25
  58:18 72:14
**them**  6:24
  11:19,20 14:1
  19:12 21:19
  25:15 29:9,10
  34:7 48:8
  54:16 58:13
  61:8,10,12,14
  62:13 64:24
  66:24 76:11
  80:6,24
**then**  19:5,13
  25:10 36:22
  40:4 61:10,12
  65:17 78:25
**there**  4:5
  8:16,23 22:3
  25:9 28:17

32:17 35:20
36:13 39:24
41:20 42:1
50:7 51:12,
17,22 52:3
53:5,10 54:2
55:16 60:2,
18,20 67:12
71:9 73:12
77:23 79:11
**there's**  23:17
33:7 41:23
47:15 48:3
66:8 68:5
73:16 85:21
**THEREUPON**  4:1
**these**  11:22,
24 13:13
16:10 18:12
41:9 55:3
62:10 63:6
67:4,6,10
68:20 72:17,
18 73:7,9
**they**  18:9,10,
15 21:20
22:19 26:1
34:11 39:4
48:8 58:13
60:10,21
74:18
**they'll**  47:17
**they're**  39:13
57:4
**things**  34:2
41:1 47:18
72:15 79:12
**think**  39:5,8
42:23 55:15
83:19,22
**this**  4:3,14,
23,25 5:4,6,
7,8,12,16,18
6:19,25 7:21
10:5,17 11:3,
11 13:2,5,16
26:7,8 37:4,
8,14,15,18

38:2,3,5,8,
13,14 39:6,9
40:24 51:8
55:5,14,18,
19,24 56:13,
17,20 57:10,
23 58:8,12,19
59:4,11 60:6
63:3 64:2,3,
7,17,19 65:5,
14,21 66:5,6,
9,11,14,17,
22,25 67:15,
17,22,24
69:4,6,7,12
70:15,21,23
71:1,2,5,10,
13,15,19,22
72:5,8,24,25
73:4,10,17,20
83:22 84:6
85:13
**those**  12:21
14:15 19:18
47:20,23
53:24 58:5
78:12 79:10,
14,22 80:1,2,
21
**though**  26:21
71:5
**thought**  83:4
**three**  12:20
**through**  7:9
10:20 28:13
65:11
**throughout**
58:13 85:16
**time**  4:17,25
7:17 13:22
21:9 34:10
47:22 48:18
51:7 53:25
54:2 61:8
64:22 66:23
73:22 75:8
83:11,14,22
85:25

**times**  23:3
25:5 44:13,16
46:21 47:8
**title**  15:23
17:18 19:21
21:22
**to**  4:6,10,11,
23 5:7,8 6:2,
23,24 7:9,15,
17 8:1,3,10,
14,17,20 9:13
10:4,5,14,24
11:12 12:14
13:3,25
14:15,24
15:15 16:11,
15,18 17:1,20
18:15,19,24
19:2,8 20:9,
13,15,18,19,
22 21:8,10,22
22:19,22,23
23:1,2,4,11,
18,21,22
25:2,16,19
26:1,4,8,9,
13,21 27:1,3,
7,14,17,20,22
28:2,9,21,23,
24 29:16,17,
19 30:1,6,10,
11,15,16,22,
24 31:1,11,
13,18,23
32:5,9,12,16
33:5,14,18,19
34:19,22
35:4,8,10,14
36:7,20,21,
22,24 37:3,
10,16,21
38:2,8,13
39:22,23,25
40:1,4,5,25
41:1,4,6,11,
15,18,21,24
42:7,13,14
43:6,12,15,
17,23 44:1,3,

5,10 45:2,7,
24 46:1,4,7,
10,16,24
47:13,17
48:2,9,11
49:1 50:5,10,
13,19 51:9,
11,14,15,16,
17,20,21,25
52:11,23
53:15,23
54:9,14,16
55:4,11,12,25
56:5,9,18
57:13,19,20,
23 58:1,3,5,
9,13 59:13
60:13 61:3
62:1,4,12,15,
21,25 63:3,8,
22,25 64:1,9,
12,21 65:20,
24,25 66:7,14
67:1,7,13,14,
22 68:5,15,
16,19,20,23,
25 69:5,8,16
70:23 71:1,2,
6 72:15,16
73:7,9,11,13,
18 74:5,11
75:15 77:5
78:20 79:15,
16 80:8,21,24
81:2,4,20,25
82:4,5,9,12,
16,20 83:20,
22,25 84:1,5,
7,9,13,19,25
85:1,2,14,17,
18
**today**  6:23
8:14,17,20,22
10:2,8 11:7
12:22 56:18
71:16
**today's**  4:12,
16 7:2 9:23
10:4 11:13

13:11,23
  85:16
**too**  14:11
**took**  11:11
  19:22 21:20
  56:17
**top**  62:18
  64:11 67:1
  69:8 70:21
**topic**  61:5
**touch**  84:19
**track**  19:7
**transcribed**
  85:13
**transcript**
  4:13 84:9
**transition**
  21:8,16
**Trippe**  12:3
  14:2
**true**  39:6
  56:20 65:21
  72:5
**truth**  6:3,4
  7:23 8:20
**truthful**  8:17
**try**  25:16
  26:4
**trying**  32:9
**Tuesday**  67:2
**twelve**  44:16
**twice**  42:23
**two**  16:12
  17:19,20
  60:20,24
  65:20 70:5
  80:21 83:5
**two-page**  66:6
  69:5
**type**  22:3
  25:18 50:17
**types**  19:9
  24:20
**typically**
  69:21 73:12,
  16

---
**U**
---

**U.S.**  4:21 5:1
**unannounced**
  54:15
**under**  8:24
  9:8 20:2,24
**understand**
  7:19 8:4,11,
  19,25
**understanding**
  28:8,23 29:6
  35:2
**University**
  17:2
**unless**  4:5
  8:2
**unmuted**  36:3
**unsubscribe**
  62:22,23
**unsubscribing**
  63:5
**until**  21:19
**up**  4:11 37:2
  39:21 55:16
  66:5
**uploading**
  36:23 55:12
  70:16
**us**  63:22
**use**  16:7,21
  42:2,5,6
  65:15,17 70:2
  74:7
**used**  84:11
**uses**  70:3
**using**  31:5

---
**V**
---

**vague**  31:3
**verbal**  7:18
**versus**  4:19
  6:20
**Victims**  67:17

**Victoria**  5:18
**video**  4:14,20
  34:7
**videographer**
  4:2 7:25
  83:10,13
  85:24
**visitor**  53:5,
  10
**vocal**  30:6,
  15,23,24
  31:3,11,22,23
  84:24
**volunteer**
  20:25

---
**W**
---

**waive**  5:8
**want**  62:21
  84:7,13,19,25
  85:14
**wanted**  30:6
  31:23
**was**  6:10 7:3
  10:9 12:8
  14:5 15:2,16
  16:17 17:5,7,
  24 19:21
  21:11,18,21
  23:21 26:7,9
  27:25 28:12,
  14,17,18
  29:1,3,21
  30:5,6,15,23,
  24 31:11,21,
  23 32:14,17
  36:25 37:16
  40:10,24,25
  41:20 48:7
  49:20 50:7
  51:10,12,17,
  20,22,24 54:4
  55:21 58:22,
  23 59:4,6,8,
  13 60:2,4,6,
  9,11,15,20,
  22,23 61:6,8

64:4 66:2,21
  67:12 68:3,16
  69:1,6 70:10,
  12,18 72:15
  76:21 79:9,14
  83:4,12,17
  84:17,24
  85:1,5,7,9
**watch**  34:7,16
**watching**
  34:24 35:17
**way**  6:6,25
  55:18 56:7
**we**  4:18 5:17
  7:14,15,23,24
  8:7,8,11
  10:21 19:16
  21:18 24:22
  25:14,15,16
  26:4 28:21
  29:2 40:24
  54:4 57:21
  63:23 64:24
  65:7,8 66:24
  69:13 70:5
  74:1,8 75:12
  80:6,8 83:8,
  21 84:14,15
  85:17
**we'd**  26:4
**we'll**  83:22
  84:16
**we're**  4:2
  10:21 54:13
  83:7,10,13
  85:24
**we've**  6:22
  83:6 85:16
**Wednesday**
  67:3
**weekly**  23:8,
  10,25 25:8,
  10,11 34:14
  40:20
**weeks**  25:9
  74:17
**well**  12:4
  16:9,10,15

18:23 23:22
35:24 36:10,
19 56:10,25
57:13 59:1
64:7 74:19
75:5 78:7
83:8 84:5,11,
17
**went**   17:1
57:23 71:6
**were**   11:17
13:10 16:10
19:18,19
21:13 26:1,4
28:19 34:2
40:24 49:4,9,
11 50:7 51:17
52:3,5 57:18
60:4,18,21
61:2 67:22
69:13 70:23
72:16 74:1,8
80:8 84:23
85:8
**West**   4:21
**what**   7:24
10:21 12:4
13:5 15:25
16:5 17:7,24
18:7,24 19:5,
9 20:10,16
21:2 22:2,5,
21 23:11,20,
22 24:15,20
25:8,18
27:17,25
28:8,11 29:3,
6,7,15,19
30:3,25
31:22,25 32:4
33:5 35:2
37:2,14
40:11,21
42:1,23 43:2
44:11 46:13
48:25 49:7
50:2 52:9,20
53:4 55:15
56:5 59:11,

16,19 60:22,
25 61:5,20
62:1 63:15
65:8 66:19
68:3 69:24
73:24 75:13
76:3,10,13,16
77:3,16 78:2
79:13 80:11
81:10 85:4
**what's**   10:17
13:1 15:23
16:20,23
28:23 31:7
36:1 39:12
55:13 82:25
84:3,8
**when**   8:8 13:3
14:19,24
17:3,21
19:19,21
21:21 29:5
31:20,21
33:25 34:1
38:10 40:8
43:5 45:5
47:22,25
48:18 49:4
50:7 51:7,8,
17,20 52:23
53:6,13,23
54:11,15
55:3,4 57:18
58:19 59:19
64:24 66:24
70:12 74:2
75:3,5 80:1,6
**whenever**   8:7
22:17
**where**   17:1
19:7,25 39:24
49:4 50:17
54:25 56:9
60:6 66:8
84:8 85:6,8
**whether**   9:15
30:22,24
31:11

**which**   7:1
11:15 21:9
48:1 62:20
**while**   8:9,23
13:10 26:7
35:21 55:12
**Whitley**   15:16
**who**   6:22
10:10 11:24
14:7 18:12,15
20:12,15,18,
19 23:20,21
25:15 33:7
35:20 36:1,2,
13 38:2 42:12
44:10 48:5,9
51:2,14,20
58:17 59:13
60:2,3,16,21
68:16 73:9,
10,12 77:23
78:12,16
79:9,14,18,22
80:7 84:8
**who's**   12:7
16:3
**whole**   6:3
48:8
**why**   8:16
58:1,25
72:11,12
**will**   4:5,10
5:5 10:22,23
16:9,14
25:14,16,23
42:7 55:10
58:5 70:17
85:23
**with**   5:23,24
6:17 7:22
10:1 11:7,21,
24 12:25
13:13,14
14:2,3,5
15:3,4,5,8,20
18:13 21:19
22:4,6,14
23:2,11,15,
22,24 24:12,

15,25 25:3,
13,14 26:6,
11,15,23
27:6,7,14,17,
20 29:5,22
30:8,9,15,24
31:11,18
33:13,22
34:22 35:7,
10,14 40:24
41:3,6,15,17,
23 45:19,21
46:13,16,19
47:6,11 48:5,
14,18 49:4,
20,25 50:2,8,
10,22,25 51:7
52:3,5,9,20
53:13 54:16,
21,23 55:16
56:4 59:2,11
60:4,16
61:10,14,16,
18,22,24
62:10 63:9,19
64:22,24
66:6,23,24
67:20,24
68:3,8,11,15
71:9,13,24
73:21 74:2,8,
9 75:6,8,11,
13,15,20,23
76:1,3,5,10,
11,18,22,25
77:4,5,8,10,
12 79:6 80:5,
6,13,16,17,21
81:7,12,16,22
82:3,9,12,13
83:2 84:10
**within**   12:15
18:4 19:7,25
20:7 22:25
24:3,24 41:1
57:1
**without**   9:25
26:1 54:1

witness 6:5,9
11:9 28:3
30:12,17
31:7,15 32:6,
14 33:19 35:5
40:2 42:15
44:6 45:3,8
47:4,15 50:20
51:5 52:1,7,
12 53:16
56:11 58:4
67:8 74:12,24
76:16 77:21
82:6
woman 59:13
60:23
word 25:21
28:25
words 35:14
work 16:5,8,
21 20:25 21:2
22:15 25:2
26:25 30:8,19
32:21,25
34:19 39:14,
16,18 41:24
42:2,6,7,10,
13,18,21
43:3,6,13
45:6,10
46:16,20
47:7,12
50:10,12,13
65:18 70:3,4,
9 71:24
81:13,16
84:12
work-related
82:23
worked 17:14
29:21 33:10
38:4
working 17:11
18:5 24:8,13
40:24
works 18:14
33:3
would 4:25

8:23 10:8
15:13 18:12
19:12 20:14
21:9 22:13,15
23:1,8,23
25:6,10 29:1,
19 39:4 44:16
50:17 54:2
58:1 60:13
65:14 69:6,15
72:5 73:12
74:3,13,16,18
79:13
wouldn't 8:16
write 53:14
writing 7:24
written 9:7
27:10 54:3,11

---

**Y**

Yeah 34:15
71:14,17
year 17:19
23:7 42:20
43:2 44:9
48:21 51:8
72:20 74:17
78:23 79:7
years 17:15,
16,19,20
yes 6:5 7:20
8:12,21 9:1,
24 10:6 11:5,
9,14,23 12:5,
7,10,13 14:12
15:1,6,19,22
16:19 19:1
20:8 24:17
25:2,7 26:3,
16 28:21 29:9
31:15,17
35:19,23
37:7,9,12
38:12 39:16
42:11 43:9,14
48:15,22,24
49:2,3 51:5,

13,19 53:22
54:20 55:7
56:2,5,11,14,
19,23,24
57:3,8,9
58:16 59:22,
24 60:1,10
61:9 62:11
64:16,20
65:23 66:18
69:11,14
70:25 71:8,
12,21 72:1,4,
7,10,13
74:13,23
75:2,12,25
76:2 77:21
78:1,5,9,11,
25 79:8 80:3,
10 85:23
yesterday
71:17
you 6:2,14
7:6,14,17,18,
19,22,24 8:1,
4,7,8,9,11,
13,16,19,23,
24 9:2,4,7,
12,15,18,20
10:1,4,7,10,
18,20 11:1,6,
11,12,15,21,
24,25 12:18,
21,22,24,25
13:1,3,6,8,
10,11,14,16,
19,22,25
14:1,3,12,19,
24 15:3,7,10,
17 16:7,11,
12,18,20
17:1,3,9,11,
21 18:1,7,14,
22,24 19:13,
14,19,25
20:3,9,12,15,
18,20,23,24
21:4,7,13,16,
21,24 22:2,4,

6,9,13,15,21
23:1,8,15,22,
23 24:2,12,
18,20,24
25:3,6,12,13,
18,21 26:6,
11,15,23,25
27:3,6,10,15,
20,24 28:1,5,
11,14,19
29:3,6,10,15,
17,19,23
30:3,8,14,19,
23,24,25
31:7,10,14,
17,20,22
32:8,9,10,17,
21,25 33:3,7,
10,13,22,25
34:4,7,9,12,
16,19,24
35:7,10,13
36:4,8,13,19
37:3,6,8,10,
13,14,15,18,
21 38:2,5,8,
11,13,14,15,
23 39:7,13,
23,24,25
40:6,11,12,
15,17,19,22
41:3,6,11,14,
17,24 42:2,4,
6,9,12,17,20,
23 43:2,5,11
44:3,8,9,10,
13,18,19,20
45:5,10,13,
14,18,21,23
46:1,4,7,10,
13,16,19,22
47:1,6,9,15,
17,20,22,25
48:1,5,9,12,
18 49:4,7,9,
11,17,20,23
50:2,5,7,10,
12,13,22,25
51:7,14,17

| | | |
|---|---|---|
| 52:3,9,14,20 53:1,4,13,18, 23 54:2,8,9, 16,25 55:5, 13,16,24 56:3,4,7,13, 15,17,25 57:10,13,17, 18,19,20 58:1,8,12,13, 15,17,19,25 59:2,11,13,19 60:13,15,22 61:2,3,5,8, 10,12,24 62:4,12,15, 18,20,21,25 63:2,5,8,9, 18,19,21,24 64:6,14,17, 19,21,22,25 65:5,6,8,12, 14,15,17,21 66:8,17,19, 22,23 67:1,4, 6,10,15,17, 20,22,24 68:2,3,8,11, 16,19,20 69:6,7,15,21, 24 70:2,4,23 71:4,13,15 72:5,8,11,17, 21,23,25 73:2,4,7,9, 12,17,21 74:2,15,16,20 75:3,5,8,11, 13,15,20,23 76:1,3,5,11, 12,18,25 77:3,8,14,25 78:2,3,6,9, 12,16,22,23, 24 79:1,5,6, 9,13,14,18 80:1,4,8,12, 16,20,21,24 81:2,4,7,12, | 15,19,22 82:1,8,16,19, 22 83:15,20, 22 84:7,13,23 85:6,8 **you'd**   69:12 72:2 **you'll**   7:12 8:10 39:20 64:10,11 66:25 67:12 68:14 69:5,8 70:21 71:5 **you're**   6:2 8:2 9:22 12:11,14 14:24 15:2,17 18:15,19 29:5,6,7,14 31:25 32:4 36:16,17 39:21 44:9,11 59:2 62:9 63:15 71:9 79:15 80:11 84:23 **you've**   8:19, 22 9:2 11:3 16:24 43:22 44:1,13 57:16 62:9 **your**   5:10,11 6:1,14 7:6,18 8:1,14 9:13 10:2,8 11:7, 20 14:1,2 15:15,23,25 16:3,5,8,17, 20,23 17:24 18:1,2 19:13 21:7 22:12 24:2,13 28:8, 23,24 30:8 33:3,8 35:2, 17 36:8 38:21,24,25 39:3,9,14,17 41:21,24 42:9,12,17,21 | 43:3,5,11,12, 22 44:1,3,8 45:6,10,14, 19,24 46:19 47:11 53:21, 24 55:9 56:18 62:1,4,23 63:3,8,12,16, 18,21 65:18 70:3,9 77:15 78:7,9 80:2,5 81:4 82:16, 20,23,25 83:18 85:2 **yourself**   36:4 77:25 78:3 79:3 ───────── **Z** ───────── **zone**   4:17 **zoom**   37:10 |