# EXHIBIT DD

Robert Gualtieri
August 05, 2020

IN THE UNITED STATED DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA


CITY OF SOUTH MIAMI, et al.,

        Plaintiffs,

 -vs-                              CASE NO.:  1:19-CV-22927-BB

RON DESANTIS, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE
STATE OF FLORIDA,  et al.,

        Defendants.
_____/




                    REMOTE VIDEO
                 CONFERENCE DEPOSITION
                         OF
                 ROBERT A. GUALTIERI



                Wednesday, August 5, 2020
                 9:09 a.m. - 12:22 p.m.
                LOCATION:  By Videoconference





                    Reported By:
             DONNA GUNION, Court Reporter, FPR
              Notary Public, State of Florida
                 U.S. Legal Support, Inc.
                     Miami Office
                    305-373-8404

Robert Gualtieri
August 05, 2020                                    2

                    APPEARANCES VIA ZOOM:


On behalf of the Plaintiffs:

        SOUTHERN POVERTY LAW CENTER
        P.O. BOX 12463
        MIAMI, FLORIDA 33101
        786-810-5673
        AJ.HERNANDEZ@SPLCENTER.ORG

         BY: ANNE JANET HERNANDEZ ANDERSON, ESQUIRE
             PAUL CHAVEZ, ESQUIRE
             ALANA GREER, ESQUIRE
             VICTORIA MESA-ESTRADA, ESQUIRE
             MICH GONZALEZ, ESQUIRE


On behalf of the Defendant ATTORNEY GENERAL ASHLEY MOODY:

        OFFICE OF THE ATTORNEY GENERAL
        THE CAPITOL, P1-01
        TALLAHASSEE, FLORIDA 32399
        854-414-3300
        KAREN.BRODEEN@MYFLORIDALEGAL.COM

        BY: KAREN BRODEEN, ESQUIRE


On behalf of PINELLAS COUNTY SHERIFF ROBERT A. GUALTIERI:

        PINELLAS COUNTY SHERIFF'S OFFICE
        10750 ULMERTON ROAD
        LARGO, FLORIDA 33778
        727-582-6274
        SLOCKHEART@PCSONET.COM

        BY:  SHANNON LOCKHEART, ESQUIRE

Robert Gualtieri
August 05, 2020                                            3

             Also Present:


Rodney Pratt, Videographer
Oliver Torres
Neyissa Dessir
Erum Kidwai
Hannah Marion
Maria A. Llorens
Madhulika Murali
Oliver Telusma

I N D E X

ROBERT A. GUALTIERI

DIRECT EXAMINATION BY MS. HERNANDEZ              7
CROSS-EXAMINATION BY MS. BRODEEN              113

WITNESS READ LETTER                          116
ERRATA SHEET                                 117
CERTIFICATE OF OATH                          118
CERTIFICATE OF REPORTER                      119


E X H I B I T S

No.      Description                              Page

1       Notice of Taking Deposition               8

3       Three-Page Document Bates Stamped        72
        PLS023819

4       March 18, 2019 E-Mail                    74

4       E-Mail Bates Stamped PLS022130           80

5       E-Mail                                   82

Robert Gualtieri
August 05, 2020                                    5

THE COURT REPORTER:  Will the witness please present your government issued identification by holding it up to the camera.

(Witness presents government issued identification and identity verified.)

THE VIDEOGRAPHER:  Good morning.  We're now on the record.  Participants should be aware that this proceeding is being recorded and as such, all conversations held will be recorded unless there is a request and agreement to go off the record.  Private conversations and/or attorney-client interaction should be held outside the presence of the remote interface.  The link of this reporting will be available to all parties up to 90 days from today's date providing the opposing parties purchased a certified copy of the transcript.

This is the remote video recorded deposition of Sheriff Robert Gualtieri taken by counsel.  Today is Wednesday, the 5th day of August of 2020.  The time is approximately 9:10 a.m., eastern standard time zone.

We here in the matter of South Miami versus Ron DeSantis.  My name is Roderick Pratt, remote video technician, on behalf of US Legal Support.  I'm not related to any party in this action, nor am I financially interested in the outcome.

Robert Gualtieri
August 05, 2020                                    6

At this time, will the reporter, Donna Gunion, on behalf of US Legal Support, please enter the statement for remote proceedings into the record.

THE COURT REPORTER:  The attorneys participating in this deposition acknowledge that I, the court reporter, am not present with the witness and that I will be reporting the proceedings and administering the oath remotely.  This arrangement is pursuant to the Florida Supreme Court Administrative Order No. AOSC-20-16 (and extended by AOSC-20-17).  The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

Counsel, please indicate your agreement by stating your name, who you represent, and your agreement on the record.

MS. HERNANDEZ:  Agreed, Anne Janet Hernandez Anderson for the Plaintiffs.

THE COURT REPORTER:  Ms. Brodeen.

MS. BRODEEN:  Karen Brodeen from the Office of the Attorney General on behalf of Governor DeSantis and Attorney General Ashley Moody in their official capacity.

THE COURT REPORTER:  And Ms. Lockheart.

MS. LOCKHEART:  Agreed.  Shannon Lockheart on behalf of Sheriff Gualtieri.

THE COURT REPORTER:  Raise your right hand to be sworn.

Do you swear that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

Thereupon:

ROBERT A. GUALTIERI,

having been first duly sworn or affirmed, was examined and testified as follows:

DIRECT EXAMINATION

BY MS. HERNANDEZ:

Q.   Can you please state your name for the record?

A.   Bob Gualtieri.

Q.   And your last name is spelled G-A-U-L-T-I-E-R-I, correct?

A.   Correct.

Q.   My name is Anne Janet Hernandez Anderson and I'm an attorney representing the plaintiffs in this case, City of South Miami versus DeSantis, et al.  It's in the Southern District of Florida, Case No. 19-22927.

I believe we've already identified your counsel for today is Ms. Lockheart.  Is that correct?

A.   Yes.

Q.   Do you have any other representation today in

Robert Gualtieri
August 05, 2020                                                    8

attendance?

A.   No.

Q.   And I am going to drop in the chat just Exhibit 1 so that everybody has it.

(Exhibit No. 1, Notice of Taking Deposition, was marked for identification.)

THE WITNESS:  Before you start, I'm going to move the speaker over here because I'm having a hard time hearing so just hang on a second, all right?

BY MS. HERNANDEZ:

Q.   Okay.

A.   All right.  Let's try it again.  Hopefully, that's better.

Q.   So I have published Exhibit 1, which is the notice of today's deposition.  Have you seen the notice for today's deposition?

A.   Yes.

Q.   I'm going to share my screen.  This is the notice that you saw, is that correct, for today?

A.   I don't see anything.

Q.   Okay.  You're not able to see anything on the screen in front of you?

A.   What I see is, I see a directory but I don't see the actual notice.

MS. LOCKHEART:  We're getting your desktop.  It

Robert Gualtieri
August 05, 2020                                    9

says Exhibit 1 notice; Exhibit 2, affidavit.
Exhibit 3.

MS. HERNANDEZ: Okay. Got it. Let me see if I
can -- hang on a second.

BY MS. HERNANDEZ:

Q. Now are you able to see the document that I have
pulled up?

MS. LOCKHEART: We can see a portion of it, not
the entire document.

MS. HERNANDEZ: Okay.

BY MS. HERNANDEZ:

Q. Sheriff Gualtieri, are you able to see the
document?

A. Yes, the top portion of it, yes.

Q. Okay. I'm going to scroll through to see, just
to confirm if this looks familiar to you. Three pages.
And I just want to make sure that this is the deposition
notice that you received.

A. It's a notice of deposition.

Q. Okay. So you're testifying today in your
capacity as sheriff of Pinellas County?

A. Correct.

Q. Have you ever had your deposition taken before?

A. Yes.

Q. Also, I'll briefly go through some ground rules

Robert Gualtieri
August 05, 2020                                    10

even though you have been deposed before.  And so I'll be asking questions, you'll be answering.  It's just like a proceeding in court.

For our court reporter, if you can make sure you don't nod your head for any responses and make sure you give an audible response for the transcript.

If you hear any objections, if you can pause so that the court reporter can make note of the objection, we would appreciate that so that we don't have several people talking at once and so we can have a clear record.

We can take a break whenever you need, so just let me know when you need a break.

Are you on any medications or substances that might affect your ability to testify today?

A.   No.

Q.   Is there any other reason why you wouldn't be able to give full and truthful testimony today?

A.   No.

Q.   And you do understand that you have taken an oath to tell the truth today and there are criminal consequences for lying under oath?

A.   Yes.

Q.   How many times have you been deposed?

A.   I can't tell you.  Hundreds.  I can't tell you.

Q.   Okay.  And have these all been in your capacity

Robert Gualtieri
August 05, 2020                                    11

as sheriff?

A.    No.  No.  I mean, before I was sheriff and I worked here before, you know, in the capacity of something else, you know, less than sheriff, you know, so I mean, not just in my capacity as the sheriff.  I've been in office nine years, but I've been around here, I started here 38 years ago.

So I was out practicing law for a while, too, so it's a whole bunch of different situations.

Q.    Okay.  Thank you.  And I assume you've testified in court before.  Is that correct?

A.    Yes.

Q.    And you've also provided written testimony such as an affidavit or Declaration before, correct?

A.    Correct.

Q.    And have you been a party in a lawsuit before?

A.    In my official capacity -- well, I guess, you know, it's all related to official capacity.

Have I been a party to a lawsuit, yes.

Q.    How many in your official capacity?

A.    I don't know, probably hundreds.  We got car wrecks and slip and falls and, you know, you name it, so my name is on everything.  I'm the elected sheriff so everything that happens here, gets my name on it so --

Q.    Right.  Have you ever been a party in a criminal

Robert Gualtieri
August 05, 2020                              12

case?

A.   No.

Q.   Have you ever been arrested?

A.   No.

Q.   And the cases that you're referring to previously, you mentioned several were slip and fall.

So you've been -- your naming as a party in a case that you were referring to, those have all been civil cases?

A.   Yeah.  Yes.  I just said I have never been a party in a criminal case, so the only thing left is civil.

Q.   Okay.  Okay.  Well, there is also administrative and other types --

A.   Well, yeah, administrative, if you're going to ask me about that, sure.  I've been named in administrative cases before DOAH, sure, yes.

Q.   And did you speak with anybody about your deposition today?

A.   Yes.

Q.   Without sharing the substance of any attorney-client privilege communication, with whom did you speak?

A.   I spoke with Shannon Lockheart and I spoke with the attorney representing the governor.

Q.   Who is the attorney, because there are several on record representing the government?

A.   Karen, who is not here.

MS. BRODEEN:  I'm here by video.

BY MS. HERNANDEZ:

Q.   Okay.  And was anybody else participating in that meeting?

A.   No.

Q.   And was that by phone?

A.   Well, Karen was by phone and Shannon was in the room.

Q.   And prior to today's meeting, also without divulging any attorney-client privilege communication, did you receive any documents relating to this deposition?

A.   Yes.

Q.   And what documents did you receive?

A.   Everything is public record.  I looked at a copy of the statute, the complaint, the motions, the Court's order.  I think we were served with a Subpoena Duces Tecum.  I looked at the results of that so, you know, those are the documents that come to mind.

Q.   Okay.  Did you bring any of those documents with you today?

A.   Yeah, I've got them here.

Robert Gualtieri
August 05, 2020                                        14

Q.   So you've got -- if you can go through, let me make sure I have them correct.  You have a copy of the statute, that's Chapter 908.

You have a copy of the Complaint, a copy of the deposition notice, and you mentioned a Court's order.  Which court order do you have in front of you today?

A.   I don't know, I really didn't look at those all that much.  They were just the orders that were entered.  So I don't -- you know, the Motion to Dismiss order and it looks like it's tabbed as the Order on Preliminary Injunction, and I guess that's it.

Q.   A copy of the subpoena, you have in front of you as well.

A.   Yeah, I didn't look at it.  I've got it, but I didn't really look at it.

Q.   Okay.  Did you take notes during that meeting that you referred to earlier?

A.   No.

Q.   Other than the conversations with these attorneys, did you speak with anybody else about today's deposition?

A.   No.

Q.   Other than these conversations and looking at these documents that you just mentioned, did you do anything else to prepare for today's deposition?

Robert Gualtieri
August 05, 2020                                    15

A.    No.

Q.    Overall, about how much time did you spend preparing for this deposition?

A.    Thirty minutes.

Q.    And have you read any news stories regarding this lawsuit?

A.    I don't remember.

Q.    Any social media posts regarding this case?

A.    What, that I made or read or both?

Q.    Well, have you read anything on social media regarding this case?

A.    No, no, and the answer to that is no, and the answer to whether I've read anything, I don't recall.

Q.    All right.  And you currently reside in Pinellas County.  Is that right?

A.    Yes.

Q.    I am just going to open up your affidavit that you provided in this case.  And for the attorneys participating, that's uploading in the chat, and I will share my screen so that you can -- you should be able to see on the screen something at the top that says Exhibit A.

      Do you see that?

A.    Yes.

Q.    I'm going to minimize this a little bit more to

scroll down and you'll see the case caption for this case at the top, and I'm just going to highlight at the top for you as well.  You'll see that this is Docket Entry 19-1, which was filed in this case.

Have you seen this document before?

A.   Yes.

Q.   Okay.  And this is -- I'm going to scroll through the entire thing.  Actually, do you have a copy of this in front of you today?

A.   Yes.

Q.   So I'm just going to scroll through really quickly and then the exhibits are included in here as well to your Declaration.  And is this -- this is a copy of the same Declaration that you have in front of you?

A.   Yes.

Q.   Do you have a copy of all of these exhibits as well?

A.   Best I can tell.

Q.   So it's about 40 pages total.  You will see at the bottom right-hand corner, the pages are numbered.

So I'm just going to go through some of the statements in here with you.  I want to go to Paragraph 4 of your affidavit.

You earned your bachelor from Eckerd College and then you attended law school at Stetson.  Is that

correct?

A.   Yes.

Q.   And when did you graduate from Stetson?

A.   2002.

Q.   And what about from Eckerd?

A.   2000.

Q.   And what was your major when you were in Eckerd?

A.   American Studies.

Q.   Are there any additional degrees that are not listed here in your affidavit that you have?

A.   No.  No.

Q.   Any additional certifications that are not mentioned here in your affidavit?

A.   Like what?  Like what are you talking about?

Q.   I'm trying to find out if you have any certificates that you've earned relating to any additional education that you may have.

A.   Like for what?  I mean, there's certificates in law enforcement related stuff over the years.  You know, there's a plethora of them.

So are you talking, like, formal education?  Are you talking about, you know --

Q.   Correct.

A.   Because there's a whole lot of stuff over the last 38 years, you know, so it depends on what you're

talking about.

Q.   Okay.  I'm talking about education.

A.   No, that's, you know, from a formal education, those would be it, a law degree and a bachelor's.

Q.   Okay.  And the rest of the certifications you just mentioned are all law enforcement related that you've accumulated over many years, correct?

A.   That I can think of right now, yeah.

Q.   And you've been Pinellas County Sheriff since 2011, right?

A.   Correct.

Q.   Were you appointed in 2011?

A.   Yes.

Q.   And then you were elected in 2012, right?

A.   Yes.

Q.   And reelected in 2016, correct?

A.   Yes.

Q.   And then I'm just going to point your attention to Paragraph 3 of your affidavit.  Is that an accurate summary of your law enforcement career before you became general counsel for the Pinellas County Sheriff's Office?

A.   Yes.

Q.   And so you mentioned, so if we can just go briefly over some of your prior experience with Pinellas County.  You worked in the jail --

Robert Gualtieri
August 05, 2020                    19

MS. LOCKHEART: Excuse me. Excuse me.

I object. Excuse me. How is this relevant to a fact or issue in this case? He is a constitutional officer here in his official capacity as sheriff. We are now 20 minutes into it and you've yet to ask a relevant question.

MS. HERNANDEZ: Go ahead.

MS. LOCKHEART: No, I'm asking how this is all relevant to a fact or claim or issue in this case.

MS. HERNANDEZ: We're going over a document that was filed by him in this case.

MS. LOCKHEART: No, you just asked him about things that are not included in the document.

MS. HERNANDEZ: Are you instructing him not to answer?

MS. LOCKHEART: I'm asking you whether this -- how this is relevant to a fact or claim. You have a constitutional officer here subpoenaed who is a nonparty, and you've gone into a ridiculous amount of background and this is continuing, and I'm asking how that is relevant to a fact or issue in your case as required by Rule 26.

MS. HERNANDEZ: His background is important with respect to him submitting this Declaration in this case.

MS. LOCKHEART:  Well, it sounds like -- if you can't answer how it is relevant to a fact or claim at issue, how are you able to answer -- how are you asking him these questions?

MS. HERNANDEZ:  Are you objecting to the form of the question?

MS. LOCKHEART:  I'm asking how it's relevant. You have a constitutional officer subpoenaed which is a nonparty and we get to ask how this is possibly relevant to your claim.

MS. HERNANDEZ:  Can we go off the record for a second?

MS. LOCKHEART:  No, absolutely not.  I want this all on the record in case we have to call the Middle District magistrate.

MS. HERNANDEZ:  Okay.  Sheriff Gualtieri has filed this affidavit in this case.

MS. LOCKHEART:  No, the Attorney General filed it.

MS. HERNANDEZ:  Okay.  All right.  We'll backtrack here.  I'll withdraw that question.

BY MS. HERNANDEZ:

Q.   Sheriff Gualtieri, in Paragraph 3 of your Declaration -- well, let's go back just with respect to this Declaration.

Robert Gualtieri
August 05, 2020                                    21

Do you recall preparing this Declaration?

A.   I didn't prepare it, per se.  I mean, I provided the information and it was prepared by others based on the information I provided so I didn't type it.

Q.   Okay.  And who did you provide this information to?

A.   I don't recall.  I think it was probably Ms. Lockheart and the AG's office.  I don't recall.  I mean, at the time, you know, others.  I certainly obviously reviewed it and tweaked it and then I signed it, but I didn't type it.

Q.   Okay.  And I'm going to point you to Page 8 of your Declaration.  Is that your signature?

A.   Yes.

Q.   And why did you believe that you were signing this Declaration?

A.   I don't understand that question.  What do you mean why was I signing the Declaration?  It was a Declaration that was signed under oath.

I don't understand the question.

Q.   Did you volunteer this Declaration?

A.   I was asked to provide a Declaration and I did.

Q.   Okay.  Who asked you to provide the Declaration?

A.   Somebody in the Attorney General's office.  There was a discussion we had about it.  I don't recall who.

Q.   But you were aware that this Declaration was going to be used in this case that we're here about today?

A.   Yes.

Q.   Okay. You talk about your prior experience and there is also a reference in here in Paragraph 3 to your experience conducting domestic and international drug traffic investigations as part of the Drug Enforcement Administration task force.

Did any of your -- was that in a federal -- assisting with respect to the federal government?

A.   Yes.

Q.   Did you -- over the course of your law enforcement career, have you worked with any immigration agency?

A.   Well, in the broad sense of "worked with," yes, but I don't know what you mean by "worked with."

Q.   Okay.  Have you been employed by an immigration agency?

A.   No.

Q.   So you've never been employed by DHS?

A.   No.

Q.   Correct?  Immigration and Customs Enforcement?

A.   I've never been employed by any federal agency, period.

Robert Gualtieri
August 05, 2020                                  23

Q.   But you did work as general counsel for the Pinellas County Sheriff's Office.  Is that right?

A.   Yes.  Yes.

Q.   What were your duties as general counsel?

MS. LOCKHEART:  I object again.  How is this relevant to the facts at issue in this case?

If you want to ask him if he had any contact with federal immigration issues while general counsel is one question, but to ask his general duties from, you know, more than ten years ago, is just harassing him.

MS. HERNANDEZ:  Are you instructing him not to answer the question?

MS. LOCKHEART:  No, but you need to move along. You can answer it but --

THE WITNESS:  Everything a general counsel does. Litigation, advice, counsel.

Everything a general counsel does.  That's what I did.

BY MS. HERNANDEZ:

Q.   Does that involve also interpreting federal immigration law?

A.   I mean, no.  I don't recall that I ever did as a general counsel.  I might have, but I don't recall any issues that came up because immigration law is a federal issue, not a state issue, so -- it's not a local issue.

So, you know, I could have but it is certainly not an area -- certainly not an area of responsibility.

Q.   Okay.  In Paragraph 6 you list several organizations or associations that you're a part of.  Do any of these -- do any of the associations that you list in Paragraph 6 do any kind of work relating to immigration?

A.   I don't know.  You probably have to go ask those organizations.  I don't know.  I don't know what some of them do or don't do as far as that's concerned.  You've got to ask them that.  I don't know.

Q.   Okay.  With respect to your membership, for example, in the National Sheriffs Association, you said you're a member.

Are you -- do you have any sort of other position within the National Sheriffs Association?

A.   No.  I'm a member of the association.

Q.   And with respect to the Florida Sheriffs Association, are you only a member?

A.   No, I was a president when I signed this Declaration.  My term ended a week ago so I'm now the immediate past president.  I also chair the legislative committee for the Florida Sheriffs Association and I have for the last five years.

Q.   Are you a member -- well, since this Declaration

was provided in 2019, are you currently a member of any other associations --

A.    Yeah.

Q.    -- that you may have become a member of since then?

A.    Well, I mean, this is not inclusive of every organization I'm a member of.  It doesn't talk about the Boys and Girls Club and the Moose Athletic League and -- I mean, there's a lot of organizations I'm a member of.

This is not inclusive of everything.

Q.    Are you a member of any immigration organization?

A.    No.

Q.    Are you in communication with any immigration organization?

A.    No.

Q.    Have you ever had any communication with anyone from the Federation for American Immigration Reform, and that organization is also known as FAIR?

A.    No.  I don't recall.  You know, during the course of working on this, you know, I can't -- the answer is no, and there might have been some point in time where somebody might have sent me an e-mail, that could have happened.  I don't recall.

There was no dialogue, there was no communication, there's no discussion, there's no -- but I

know that as we were working through this, these issues that I was involved with, and trying to come to a resolution on the detainer issues that we were working on, there was some reference of FAIR.  Frankly, I didn't even know they existed until we started dealing with this issue.

So, no, I mean there was no -- but, and I don't recall, you know, anybody ever calling me.  I mean, it could have happened, but if it was, it was insignificant, de minimis, it was maybe a one time, but I don't even think that happened.

But if it did, it was, you know, fleeting so --

Q.    Okay.  And you mentioned that you were working through issues to reach a resolution on detainer issues.

A.    Right.

Q.    Who were you working through issues with?

A.    Well, I was involved in trying to come to a resolution on the detainer issues representing the National Sheriffs Association, Major County Sheriffs of America, Florida Sheriffs Association, and tried to come to a resolution on the issue of county jails being able to honor lawfully the I-247, which is the immigration detainer.

Q.    And what exactly do you mean by working through the issues with the NSA, FSA?

Robert Gualtieri
August 05, 2020                    27

A.   Well, it's extremely complicated so, you know, the I-247 and the detainer issues, the detainers have been around for a long time, starting somewhere like around 1987, and everybody just plugged along and, wrongly, under the impression that the immigration detainer had force of law and gave local authorities and jails the legal authority to hold somebody beyond resolution of their state charges, based upon the lodging of the 247 of the detainer by ICE.

Everybody did that until 2014, and then in 2014 in the Third Circuit's decision in the Galarza case, the Third Circuit said, "No, it doesn't work that way and there is no authority."

They put the whole situation into flux because it put the sheriffs and the county jail operators across the country in a situation where they then learned that the premise that they had been relying on that the 247 had legal authority was wrong, and then they were faced with a situation of how do they keep these illegal aliens in custody lawfully or have to release them back into the community and run a public safety risk.

So this was during the Obama Administration and there was a lot of effort to try and resolve this issue back and forth and it wasn't getting to a point of resolution, and we continued to work on it for years

trying to come to a way that we could lawfully do it.

And then when the Trump Administration came in, we continued to work on it, and then work toward what we finally came up with is a way that it could be lawfully done.

Q.   So if you can look at Paragraph 10 of your Declaration, you talk about the I-247A, right, Paragraph 10, or do you need me to put it up on the screen?

A.   No, I see it.

Q.   Okay.  All right.  But that's what you're referring to, that you were just talking about right now, the immigration detainer, the I-247A that you were referring to in the same Paragraph 10?

A.   Right.  The immigration detainer is known as the 247.  Now, you know, over time there's been different iterations of the 247.  And under the Obama Administration, they had the 247A, the 247B, the 247 this, the 247 that.  So it hasn't always been just the 247A.  There's been a 247 but it's been different iterations of the 247 that did different things so it hasn't always been just one document.

Q.   Right.  I understand.  But you would agree, you know, this document that has had many iterations, is misleading because the ICE policy you also reference in

Paragraph 10 is referring to an administrative warrant?

A.   There's nothing misleading.  I don't know what you're talking about, "misleading."

Q.   Okay.  So if you're looking at I-247, right, it's referring to a civil violation.  Is that right?

A.   But I-247 is an ask of a county jail operator.  Could be a sheriff.  Could be a county.  Could be a private jail provider.  Could be a state department of corrections.  It's an ask to hold somebody for up to 48 hours beyond the time the person is due to be released on their state or local charges.

The basis of the detainer could be a criminal immigration violation or it could be a civil immigration violation.

So if what accompanied it was a 205, which is a warrant of deportation, and it was based on criminal immigration violation because somebody illegally crossed the border, then that would be based on a criminal violation.

If it was a 205, let's say, based on an overstay, an overstay is civil, so you can't say all the time and you can't pigeonhole that because it could be based on a crime or it could be based on a civil law violation.  It depends.

Q.   Okay.  So on Page 11 of your Declaration, you

have a copy in front of you, a form, right, and there's a mention of probable cause, which I'm sure you're familiar with, and that probable cause mention is with respect to immigration policy and not probable cause for a crime.

A.    Correct.  They've determined probable cause that the person is a removable alien, just as it says there.

Q.    Okay.  And -- okay.  And the ask that you referred to, right, you referred to this form as an ask, that's an ask to hold the individual past the time they would have otherwise been released?

A.    That's right.

Q.    So I'm going to go to Paragraph 19 of your Declaration here and that starts on Page 7.  Does this summarize your understanding of how Chapter 908 defines the sanctuary policy?

A.    At least in part it does.  I mean, the statute speaks for itself, so it's what's in the statute.  I'm not going to tell you that this is word for word, but it is part, certainly.  But again, the statute speaks for itself.

Q.    Okay.  I'm asking about your understanding, though.  Would you say this is an accurate summary of your understanding?

A.    Well, I wouldn't say accurate summary, I mean summary means that it's comprehensive and it summarizes

everything.  I'm not saying that.

What I'm saying is, is that there is nothing in here that I see in looking at that that is inconsistent with the statute, but I'm not going to say that it is a summary of the statute or the statutory provisions.

So, you know, and it also includes not just the summary of the statute, but it also provides information about how the statute would work and what are the consequences of not adhering to the requirements of the statute.

So it isn't just a summary of the statute.  It also has what the consequences would be and the reasons why anti-sanctuary policies are extremely important.

Q.    Thank you for that clarification.

So you would agree that you're familiar with Chapter 908, correct?

A.    Well, you know, I have some familiarity with it. I'm not going to tell you I am familiar with the entire chapter, no.

Q.    Okay.

A.    I have some familiarity with it, sure.  Certain provisions.

Q.    Okay.  Are you familiar with the provision that is at 908.1041 that says:

"Law enforcement agency shall use best efforts to

support the enforcement of federal immigration law"?

Are you familiar with that provision?

A.    Let me just look at the statute here just to make sure.  Sounds right to me but I just want to make sure that we're not -- so 908, what is it again?

Q.    104 of Section 1.

A.    Yes, I see that.  That's what it says.  That's what the first sentence says.

Q.    So in your capacity as a sheriff, what does that mean for your deputies?  What does that "best effort" mean for your deputies?

MS. BRODEEN:  Objection to the form of the question.

THE WITNESS:  So, first and foremost, local enforcement, or put it this way:  Anybody other than ICE officers have no authority to enforce federal immigration law.  An FBI agent doesn't have authority to enforce federal immigration law.  A deputy sheriff doesn't have any authority.  A police officer doesn't have any authority.

So what this says is, is that a law enforcement agency shall use best efforts to support the enforcement of federal immigration law.

So if an authorized ICE officer asks for certain information, they request a copy of a report, they

request -- they need to go out and do their job to take somebody into custody because they're going to make an arrest and they want a marked car to park in front, so -- for safety purposes so people know, that's what this is referring to because it all has to be ancillary, it all has to be supportive.

There is nothing there that is anything other than -- you can't turn them away.  It's just like any other law enforcement agency asking for help.

If the FBI, DEA, whoever, comes and asks for help, just like when ICE comes and asks for help or information, is that we don't turn them away.  We provide the assistance to them so they can do their job.  That's what that means.

BY MS. HERNANDEZ:

Q.   You mentioned the DEA.  Is there an equivalent, are you aware of any equivalent requirement for using best effort to support the enforcement of DEA effort?

MS. BRODEEN:  Again, I object to the form of the question.

THE WITNESS:  Am I aware of any requirement? Sure, you know.  Again, policies is, you know, that we assist every other law enforcement agency.  If they ask for help, we're going to give them help.  That's the right thing to do.

Robert Gualtieri
August 05, 2020                                     34

BY MS. HERNANDEZ:

Q.    But are you mandated by state law to do that?
And hang on, let me give clarification for the record.

I'm talking about the DEA, I'm talking about the
Federal Drug Enforcement Agency to make sure we're
talking about the same thing.

Is that what you're referring to as well?

A.    The Drug Enforcement Administration, yes.

Q.    Administration.  Okay.  So is there any state law
that mandates you to provide them with assistance?

A.    Well, yeah, there are provisions in Florida law
that require others assist law enforcement officers
generally in the performance of their duties.  I would
say the answer to that is yes.

Q.    What about in the performance of other federal
laws that are not immigration-related?

A.    There's a general provision in the Florida
Statute that people are obligated to assist law
enforcement officers in the performance of their duties
if they ask for help.  So it's a general provision.

So I say it applies to FBI, DEA, Border Patrol,
State Police.  Doesn't matter.

Q.    So why was law or why is that law insufficient
when it comes to immigration detainers?

A.    Why what?

Q.    Why is that law, why is that general provision that you're referring to, to provide assistance to these other agencies, federal agencies, why is that insufficient --

MS. BRODEEN:  Objection to the form of the question.

BY MS. HERNANDEZ:

Q.    -- to address immigration?

MS. BRODEEN:  I object to the form.

THE WITNESS:  I don't know that it is insufficient.

BY MS. HERNANDEZ:

Q.    Okay.  So if ICE asked the Pinellas County Sheriff's Office to assist in a raid at a hurricane shelter, does Chapter 908 require you to comply?

A.    What do you mean by "a raid"?  What are you talking about?

Q.    When Immigration and Customs Enforcement is going to go to a location, usually several ICE agents, in some of these instances they'll request assistance from local law enforcement.

If this were to occur in Pinellas County and ICE asked Pinellas County Sheriff's Office to assist with this sort of operation that occurred at a hurricane shelter, does Chapter 908 require compliance by Pinellas

County Sheriff's Office?

MS. LOCKHEART:  The sheriff isn't subpoenaed or listed as an expert, these are -- therefore, his opinion needs to be rationally based on his perception, according to Rule 701, and this is not anything that is within his -- that has occurred that he can testify to based on facts.

Therefore, I'd ask that you move on.

MS. HERNANDEZ:  Are you instructing him not to answer?

MS. LOCKHEART:  How is that relevant to a fact or issue from an official capacity constitutional officer in this case that you have subpoenaed as a third-party?

MS. HERNANDEZ:  Are you instructing him not to answer the question?

MS. LOCKHEART:  I'm asking you how it is relevant for him to give an opinion on something that has never occurred, that is not within his factual knowledge, and he's listed here as an official capacity deponent.

How is this proper?

MS. HERNANDEZ:  He's also been listed as a person, by the defendant in this case, as a person with knowledge with respect to everything in this case.  He's been identified.

MS. LOCKHEART:  An expert -- an expert is required to do a report pursuant to 26(b)(1), and he hasn't done a report so, therefore, he cannot possibly be listed as an expert.

So he's a 26(a) witness which is a factual witness and the scope of his facts and knowledge are in his affidavit and things related to the affidavit, not anecdotal or hypothetical questions on how. That's reserved for an expert.

BY MS. HERNANDEZ:

Q.  Well, we're talking about Paragraph 19, Sheriff Gualtieri, and you shared with us, you know, this general provision and you provided some examples as to other agencies that you would be required to comply with, and I'm asking questions specific to Pinellas County Sheriff's Office in your capacity as a sheriff.

MS. LOCKHEART:  Your question was a yes or no, if in a hurricane during a raid they would be required to assist.  That's a different question than how you can generally be expected to assist in the -- in ICE operations.

MS. HERNANDEZ:  Okay.

BY MS. HERNANDEZ:

Q.  So, based on your understanding that was established of Chapter 908, when would you turn down a

request from ICE?

          MS. BRODEEN:  Objection to the form of the
     question.

          THE WITNESS:  Well, one example would be if the
     request exceeded the scope of our authority.  That
     would be an example.  If ICE asked us to be part of an
     arrest, we can't lawfully do that.  If ICE asked us to
     be part of a search, we can't lawfully do that.  If
     ICE asked us to be -- you know, do a number of things
     related to enforcement, we can't do that is, is that
     our role would be that of a supportive role for safety
     reasons, primarily.  Those would be some things that
     we couldn't do and wouldn't do.

BY MS. HERNANDEZ:

     Q.   What do you mean by "a supportive role"?  What
does that mean?

     A.    Well, it's what I testified about before.  If ICE
said they have a warrant for somebody's arrest, they're
going into a certain area, they want to de-conflict to
make sure that you don't have a blue-on-blue situation,
that we're not doing an operation in there, let's say in
a drug case, the same time they're going in to do
something, making sure that we don't have an officer
safety issue or it may be -- it depends on where they're
going is that they want a marked cruiser just for

Robert Gualtieri
August 05, 2020                    39

presence so that it's known to everybody in a uniform, an officer or deputy, so it's known to everybody clearly that it's the police and not somebody else.  So we would give them somebody just to be there for that marked presence.  That's a supportive role.  Those are the types of things that I'm talking about.

Q.   Okay.  I understand.  Thank you.

I want to just go back to Paragraph 17 really quickly of your Declaration on Page 7.  In here you discuss Section 287G, facilities, BOAs, which are basic order agreements, IGSA facilities, and the warrant service officer training and certification.

It's not clear to me, are you saying in this paragraph that Chapter 908 requires law enforcement agencies to enter into all of these agreements?

A.   Not law enforcement.  There's a lot there.

First, it is not law enforcement agencies. Remember, this has nothing to do with the police.  This has nothing to do with a city police department.  It has nothing to do with the City of Miami, City of South Miami, Pinellas County Sheriff's Office on the law enforcement side, or even to put it in context there, it has nothing to do with the Orange County Sheriff's Office because the Orange County Sheriff's Office doesn't operate a jail.

It has nothing to do with anybody other than jail operators. So in the State of Florida, there are 67 county jails, 57 of them are run by sheriffs. Others are run either by the county or by a private provider under contract with the county.

So, first, that's all this applies to.

Second --

Q.    Okay.

A.    -- is that -- I'm not finished.

Q.    Okay.

A.    So second, is that in response to a detainer, it requires that county jail operators honor detainers. In order to honor the detainer, and the detainer is defined under Florida law as having an I-200 or an I-205, which are arrest warrants, attached to them.

So in order to comply with the detainer requirement, you have to have one of the options available so you can do it lawfully, and that means that you either participate in full-blown 287G where there's only a handful of county jails that do that.

You have the warrant service officer option, which is a scaled back version that allows the jail personnel, jail correctional officers, to serve the warrant, or you have one of the housing agreement options that is used after the warrant has been served by an ICE

Robert Gualtieri
August 05, 2020                              41

officer.

So in order to comply, you don't have to have all of these, in response to your question.  You have to have one of these because you can't lawfully get where you need to be unless you have one of these.

So there are, if you will, a smorgasbord of options but in order to comply you have to have one of the four really.

Q.   Okay.  I see.  And in Paragraph 17, you also have a bit of a description here about the warrant officer training and certification.

Is this, this training and certification, you would agree it's fairly new.  Is that right?

A.   Well, that depends on how you define "fairly new."  It's been around for a while.

Q.   It's been around for a little over a year.  Is that right?

A.   Yeah.  I mean, within the last two years, let's say.  I don't remember the exact date that we commenced it.  We were talking about it for a while, so I feel comfortable saying it's been around within the last two years.

Q.   Okay.  And earlier you had mentioned working through a lot of issues relating to detainers.  Did you do any work -- previously, a little bit earlier, you

mentioned resolving -- working through resolving issues relating to immigration detainers.

Did you do work -- did that include work relating to developing this warrant service officer certification training?

A.   Well, I worked on developing the concept.  The training, the actual training itself was developed by ICE but I worked on the concept of establishing the WSO, the warrant service officer, so -- but as far as developing the training, that wouldn't be appropriate for me to be involved in.  That was ICE's responsibility and they did that.

Q.   Okay.  And who did you work with to develop the concept of -- and I'll refer to it as the WSO going forward?

A.   A lot of people.  Tom Homan when he was the ICE director.  Matt Albence is the ICE director in the newest role of the director of DRO, Enforcement and Removal Operations, and a number of subordinates and legal counsel for ICE, for DHS and for the Attorney General, the United States Attorney General.

So there's a lot of people that had discussions over a period of time about this, so we worked with a number of people on it.

Q.   What about any nongovernmental agencies?  Did you

work with any nongovernmental organizations on the warrant service officer program?

A.   No, there was nothing to do with NGOs or nongovernmental organizations.  There was no discussion, no consultation.  There was nothing.  It was purely intra-government between me, primarily, and the people I mentioned.

Q.   What about with FAIR, the organization that I mentioned earlier, the Federation for American Immigration Reform?

A.   So I already answered that question.  The answer is no, that's a non-governmental organization.  There's nobody -- there's nobody outside of the government that I had any discussion or participation with, period.

Q.   Let me also ask you:  Have you ever been in communication with Floridians for Immigration Enforcement, also known as FLIMEN?

A.   No, in communication, you know, I get, you know, a ton of e-mails, you know, and quite honestly, a whole bunch of them I just delete.

So I can't tell you whether somebody sent me an e-mail at some point or not.  I don't know.  But communication to me means that they send me something, I communicate back.  Somebody calls me, I talk back or something like that.

So I don't want it to be misunderstood that somehow somewhere sometime that you come back and say, "Oh, I found some e-mail you got."

Well, I can't tell you what I get for e-mails. I get hundreds a day, but I can tell you that I have never communicated with them, meaning that I have talked to them, I've communicated, I've reached out, I've offered something, no is the answer to all that.

Q.   Okay.  All right.  Let me just go back to make sure that I'm clear on the law enforcement agency and, you know, the jail operators.

So you have a copy of the statute in front of you.  It's Statute 908.1024.

A.   I see the provision in the section that you're talking about.

Q.   You see that Subsection 4, right?

A.   Yes.

Q.   So do you disagree with that?  Because I'm not clear that I understand what you said earlier with respect to being on the --

MS. LOCKHEART:  What's your question?  Does he disagree with what?

MS. HERNANDEZ:  I haven't finished the question, actually.

BY MS. HERNANDEZ:

Q.   That Subsection 4, I just want to be sure that I understand what you said earlier with respect to law enforcement agencies not needing to enter into the agreements that you're talking about in Paragraph 17.

A.   Right.

Q.   And I just want to make sure that we're on the same page because I used the term "law enforcement agency," you know, based on what's in here.

So I just want to ask you, are you disagreeing with this characterization in the statute of a law enforcement agency?

A.   No, we're not on the same page at all.  I think you got this wrong.  There's two provisions within Senate Bill 168 that were then forced to become part of Florida law.  It's two different islands, really.

And one is that a law enforcement agency, as defined here, means an agency the state charged with enforcement.  A county jail is not charged with enforcement.  Detention deputies, correctional officers, State Department of Corrections, a county jail operator, they don't do any of that stuff.  They can't.  They have no authority to do it.

But they do have authority here with managing the custody of detained persons.  So you've got two different

things going on here is, is that -- and then when you go over to the other provision that you're talking about is when you asked me about under 908.104, use best efforts -- shall use best efforts to support enforcement.

So is that, again, for a local agency, they have nothing to do with detainers.  They can't.  They have nothing to do with it.

When a cop stops somebody, they have no access to any immigration database.  They have no access to anybody's immigration status.  They have no knowledge of anything to do with that at all.  And so it would be impossible for them to even know that there was a detainer that had been issued for somebody.  It's impossible.  It can't work.

So what you're talking about here, when it talks about policing agencies, city police departments, et cetera, under 168, what their obligation is, is to use their best efforts to support, and that goes back to what I testified about before.  De-conflict.  No blue-on-blue. Provide uniforms if they need a presence, that kind of thing.

Then the other side, so the other bucket, that deals with detainers, but detainers are only, only, only, applicable in a jail setting.  There's no applicability.

So a city, a city police department has nothing

to do with detainers whatsoever.  They can't.

Q.   Right.  Okay.  I see what you're saying.

So would you agree, then, just so we're clear, the law enforcement agency that's referred to in that first paragraph about using best efforts, that is not specific, we're not talking about just detainers there.

MS. BRODEEN:  Objection to form.

BY MS. HERNANDEZ:

Q.   We're talking about just, in general, support the enforcement of Federal Immigration Law?

MS. BRODEEN:  Objection to the form.

THE WITNESS:  I think that's probably correct, but it still requires that you be in your lane.

So as an example is, is a law enforcement agency --

BY MS. HERNANDEZ:

Q.   So let's go back a little bit.  When we're talking about law enforcement agency, are we -- I want to make sure we're talking about the same thing.

When I'm using the term "law enforcement agency," I'm talking about the way it's defined here.  So --

A.   So the way it's defined.

Q.   So what I'm --

A.   Are you done?

Q.   Go ahead.  Yeah.  Go ahead.

Robert Gualtieri
August 05, 2020                              48

A.   So the way it's defined here, you know, like many laws, probably, you know, there is some room for, you know, little, I don't know if ambiguity is the right word, but as an example, law enforcement agency means an agency in this state that is charged with enforcement of state, county, municipal or federal laws, okay, or, so it's disjunctive, not conjunctive, it's disjunctive.

So that is a police department.  That's a sheriff's office, that's the Florida Department of Law Enforcement.  That's somebody that's charged with enforcement of laws or, okay, or, and that's not a police department now, because police departments are charged with managing custody of detained persons and includes municipal police departments, but there are no municipal jails in Florida, and I went through this with the senate when we -- and the sponsors when all this was going on.  They wanted to put it in there in case it ever came back about, but there are no city jails in Florida.  They don't exist, so there's only county jails.  So it says municipal police departments, but it's inapplicable because they don't detain people.

And then you get into this, I guess, potential issue of, I would agree that the Orange County Department of Corrections is an agency because the sheriff doesn't operate the jail in Orange County.  The sheriff doesn't

Robert Gualtieri
August 05, 2020                                    49

operate -- well, there's no sheriff, but in Miami-Dade County, it has the Department of Corrections. In Volusia County there's a Department of Corrections. But like in Citrus County, there is no agency, it's a private contractor contracted by the county commission to operate the jail. Are they an agency? You know, probably, but, you know, to the extent that that is a little bit less clear, then that's the situation.

But the first part of that applies to policing agencies or with managing custody, and you really got to strike through municipal police departments because it doesn't exist. It doesn't exist and no municipal police department has access to a detainer, an I-200, 205, anything to do with that at all. They take somebody into custody on a state charge, they book them into the jail and nobody knows anything about it until the fingerprints go up to the FBI, the FBI shares it with ICE, the Vermont Service Center for ICE then sends it back to the county jail. The city police departments have no knowledge. They can have nothing to do with this. It's illogical. Doesn't make any sense.

MS. BRODEEN: Do you have an audible e-mail that keeps popping up? Something keeps pinging on the screen loudly.

Can you turn them off if you have them?

MS. HERNANDEZ: Just to make sure, everybody else who isn't speaking, make sure they are muted. That might help as well.

BY MS. HERNANDEZ:

Q. So let's take a look at Paragraph 18 of your Declaration. You start this paragraph saying that:

"In response to litigation in other states, I supported SB 168 codified at Chapter 908, Florida Statute."

What is this other litigation in other states? What are you talking about there?

A. I think there was something in -- well, it gets complicated. In some states, and I believe Colorado was one of them, there was litigation where some sheriffs, because the sheriffs were put into this quagmire. They were put in this really bad situation, having to make one or two really bad choices.

And choice number one was to honor a detainer. And then, probably rightfully, with nothing more, get sued and get a judgment against you for honoring the detainer because the detainer has no force of law, it doesn't have any teeth.

So all you're doing is holding somebody for up to 48 hours after the state charges are resolved, either because the person served their sentence or they posted

bond on a pre-adjudication there, then you're in a really bad situation.

The other option is, and some sheriffs were doing that, because the other option, which is not good either, is to take this person who was arrested on a variety of crimes, who is here illegally, and releasing that person back into the community with a risk that they are going to go adversely affect public safety and commit more crime.

So what was happening is the sheriffs were getting sued, or really bad situations that are documented across the country where you got people that were released and they go out and kill people, rape people, all kinds of other stuff.  So it's a bad situation.

So the litigation in other states was sheriffs being sued for having to make a choice and be in that bad situation of honoring the detainers, but having judgments against them.

So what they hadn't done is created a legal work-around, if you will, or a legal solution, that was wrought by attaching the arrest warrants or using the BOA or the IGSA to accomplish it.

So, and the other thing that Senate Bill 168 did and Florida law now does, is that it requires this

Robert Gualtieri
August 05, 2020                                    52

participation or cooperation and this honoring of the detainers by a county jail operator.

So if state law requires it, then it takes it off the sheriff or the county jail operator to be that decisionmaker, and you're not going to have a 1983 action against the sheriff when the sheriff is following state law.

Q.  Um-hm.

A.  Because the policy or custom isn't the policy or custom of the sheriff, it's state law that is being followed.

Q.  Um-hm.  Okay.  So you mentioned these two choices, right, either getting sued in the 1983 action or releasing the person, right?

What -- you know, and I think, you know, Paragraph 19 goes into that a little bit as well in your Declaration.  So my question is, what is this connection between the public safety and immigrant?

MS. BRODEEN:  Objection to the form of the question.

THE WITNESS:  What do you mean?  I don't understand the question.

BY MS. HERNANDEZ:

Q.  Well, right.  Because I'm having a hard time understanding this choice that you're referring to of

either complying with the detainer and getting sued or releasing a person into the community after the -- you know, basically where otherwise if they were a US citizen, they would be released, right?

A.   Right.

Q.   So my question is, I don't understand this connection, what's this connection that you're making between public safety and immigrant?

MS. BRODEEN:  Objection to the form of the question.

THE WITNESS:  Well, not everybody that gets released is not going to re-offend or is a non-recidivist, even some people that get released, unfortunately, they are a danger to the community but they get released anyway.

So I guess the best example, first of all is, is that this whole detainer process, anything to do with detainers, only has to do with criminal illegals. That means somebody's committed a crime.

So I think in the best estimates that I've seen, and you may know better or others may know better, but the most recent best estimates I've seen it's estimated that there are about 13 million people in this country that are here illegally, and a lot of those people have been here for a very long time, they

Robert Gualtieri
August 05, 2020                                      54

are at the core of the immigration debate, immigration dilemma, really, as to what to do with them, but there's about a million people that are here illegally who are also criminals that are committing a crime. That's a very different population, and the only thing we're talking about here is people who have committed a crime. In order to be touched by immigration detainers, you have to have committed a crime. You can't be touched by the immigration detainer unless you are in a county jail, period, end of story.

So you take somebody, and a lot of these people, unfortunately, with the I-205s, and the I-205s, the warrant deportation is very different than an arrest warrant that we're used to dealing with.

Most arrest warrants that we're familiar with is that the arrest warrant is issued, it's served, and it's purged. That's not the case with a 205. A 205 exists in perpetuity, so once an immigration judge has issued that warrant of deportation and the person is deported, unfortunately, they keep coming back. They don't get the message, so they keep coming back, keep coming back.

So then the cop stops them, again because they've been deported three times and now they are back again, they get arrested on a burglary charge. They go to

jail. The 205 is re-served and then they should be thrown out again.

The problem is, is that if they're not thrown out again and it's not honored because all it is is the 247 and it doesn't have the warrant attached to it, then you end up in a situation like Sergio Gonzalez in Portland, Oregon in Winona County where the sheriff didn't honor the detainer, he released the guy who had been deported previously on a 205 nine times, and he gets out and he rapes a 65-year-old woman. So that's the public safety issue.

Or you've got the guy in California who was deported numerous times, removed, comes back, same situation, he gets out and he kills a deputy sheriff.

So that's a problem.

BY MS. HERNANDEZ:

Q. Okay. So you said -- okay, this only touches someone who's been arrested, I think is what you said.

Criminal charges can be dropped after someone has been arrested. Is that right?

A. Yes.

Q. So would that person whose criminal charges were dropped, still be -- would you still say that person is a criminal immigrant?

A. That's not our business. That's ICE's business.

We have no knowledge of this.  The only thing -- if somebody gets booked into the county jail, their fingerprints are taken.  Everybody gets fingerprinted. We're required by law to send those fingerprints to the FBI.  The FBI sends them to ICE.  ICE looks at them and ICE makes its own determination.

We don't have any say in it.  We don't have any participation in it.  Those are questions as to whether they are going to proceed and sometimes they do and sometimes they don't.  Sometimes detainers are released.

So those are all questions for ICE.  Those aren't questions for me.  I have no participation, no knowledge. No state or local law enforcement officer has any participation in that decisionmaking process.  That's purely within the province of the federal government and with ICE on the ERO side of the house.

Q.   Um-hm.  So in the next paragraph, you talk about -- in Paragraph 19 on Page 8, I think you talk about what you're saying, that knowingly releasing aliens subject to an outstanding immigration detainer, fellow law enforcement officers and members of the public are at greater risk of flight, of violence, of interference, if an attempt is made to arrest the alien on the street.

Do you see where I'm at in Paragraph 19?

A.   Yeah, that has to do with ICE agents.  Let's be

clear, okay, is that within DHS, the people who are responsible for this are deportation officers. They're not agents and they are on the enforcement and removal operation side of the house.

What this is talking about is that it puts fellow law enforcement officers, because if we don't honor the detainer and we release that criminal illegal Joe Smith is, is that there is a greater risk to the ICE deportation officer to make an arrest on the street than simply taking custody of the person while they are already in a safe and secure environment, which is the county jail. That's what that's talking about.

So if we -- you know, in the perfect world that doesn't exist, is that detainers wouldn't be necessary because we would arrest somebody and ICE would have somebody at the door of every county jail in all 3,088 counties in the United States, and the moment somebody is released from their county jail sentence time or post bond, ICE would be right there and take them into custody, but ICE doesn't have the personnel for that. They don't have the resources for that. That's unrealistic. That's why this detainer provision exists, so that it gives them 48 hours to get to that jail, whether it's here in Pinellas County or in the middle of Wyoming, pick the person up and take them into federal

Robert Gualtieri
August 05, 2020                                                   58

custody.  And the whole point of that is, is that if they're picking them up at the county jail where they are taking them into custody and taking them into ICE custody from a safe and secure environment, it's safer for the person who is being taken into custody, it's safer for the ICE officer who is taking them into custody, and it's safer for the public because once that person gets out, then they got to go find them on the street and when you're making an arrest on the street, of course, it's inherently much more dangerous than making the arrest in a secure environment.

Q.   So I see what you're saying about the risk to ICE.  You're talking about the risk to the ICE deportation officer.

When you talk about the risk of flight in this Paragraph 19, what do you mean by "risk of flight"?

A.   So --

Q.   Flight from what?

A.   Flight from ICE.  Flight from law enforcement. They're going to run, so somebody knows that ICE wants to take them into custody, if we don't hold them, when we release then, ICE can't get there and they flee and they go into hiding, then they're a risk of flight.  They're going to abscond.  They're not going to run over to ICE office and turn themselves in.

Robert Gualtieri
August 05, 2020                           59

Q.   And then you're -- also, you know, in the same sentence you're talking about greater risk of violence. Are you referring to -- well, tell me about the violence that you're referring to there.

A.   Any time you're taking somebody into custody, there's a risk of violence.  There is certainly a greater risk of violence because the person resists arrest or whatever the circumstances are.  If you're trying to arrest somebody in downtown New York City on the street and they don't want to be taken into custody, that's a much less safe environment, there's much more of a greater risk of violence in that situation than there is when a person is already behind bars and in custody and they are already in a jail setting.

So it's clearly much safer and there's a greater risk of violence on the street when you're making an arrest as opposed to making an arrest in a safe and secure environment of a jail.

Q.   So how does that not exist?  How is that not addressed prior to Chapter 908?

MS. BRODEEN:  Object to the form.

THE WITNESS:  Well, and, again, prior to Chapter 908 is the county jail operators in Florida were in a dilemma, the sheriffs were in a dilemma because you had to decide.  Some did a balancing test

and they said, "You know what, sue me, and I'm going to hold the person," and ICE would come get them even though they should have been released.

Others would say, "Mmh, there's going to be risk of waiting on that, not going to take that chance," but there's a risk, they don't put the person on the street and then ICE would have to go and there would be danger.

So it was not a mandate under state law that you hold these people under one of the four options. And some, because it is confusing, some county jail operators didn't understand and fully understand and comprehend the four options and they were reluctant to do it because they didn't get it.

So this made it clear that they had to pick one of the four and they had to do it, and so it absolutely created a much safer environment, there's no question about it, because you didn't have people who shouldn't have been released who were being released and ICE officers had to go out on the street and try and find and take into custody.

BY MS. HERNANDEZ:

Q. All right. So I think you said that SB 168 only targets criminal immigrants. Is that right?

A. SB 168 targets what?

Robert Gualtieri
August 05, 2020                                         61

Q.   Chapter 908.  So it targets only criminal immigrants, I think is what you said.

A.   Yeah, it only applies -- well, you know, in the detainer context, in the detainer context, it is only applicable to people who are here illegally and who have committed a crime.  In the detainer context, that's all it applies, in that context.  It does not apply to anybody that is here illegally but who has not committed a crime.

Q.   Okay.  But if someone committed a crime, right, Florida already has existing criminal laws and these criminal laws existed before Chapter 908 was created, right?

A.   Say that again.

Q.   Florida already has and had criminal laws that existed before Chapter 908 came into effect, right?

A.   Of course.

Q.   Did those laws not apply to everyone in Florida?

A.   Of course it did.  I don't understand the question.  You're not understanding something.  That question doesn't make any sense.

Q.   Okay.  Did those laws, did those criminal laws not apply to immigrants?

A.   No.  Those criminal laws applied.  So burglary -- and the people can't commit burglaries, it doesn't matter

who you are, you can't commit a burglary, whether you are

here legally, illegally, whether you are -- who you are,

you can't commit a burglary in Florida.  Never have been

able to, hopefully never will.

Q.   Were Florida's criminal laws too relaxed before

Chapter 908 came into effect?

        MS. BRODEEN:  Objection to the form.

        THE WITNESS:  I didn't get that.

BY MS. HERNANDEZ:

Q.   Was Florida criminal laws just too relaxed before

Chapter 908 came into effect?

        MS. BRODEEN:  Objection to the form.

        THE WITNESS:  No, they have nothing -- they have

    nothing to do -- Florida criminal laws have nothing to

    go with Chapter 908.  They don't have nothing to do

    with it.

BY MS. HERNANDEZ:

Q.   But the only -- but you would agree that the only

people impacted or the only people in Florida who are

impacted with Chapter 908 are immigrants --

        MS. BRODEEN:  Objection to the form.

BY MS. HERNANDEZ:

Q.   -- not other criminals?

        MS. BRODEEN:  Objection to form.

        THE WITNESS:  Well, again, you're saying

Robert Gualtieri
August 05, 2020                                63

Chapter 908.  Chapter 908, I don't know what's in Chapter 908, so that's a very broad assertion and a very broad premise in your question.

What we're talking about here, the only thing in Chapter 908 as it relates to detainers that is applicable, is for people who are here illegally who have been booked into a county jail.

If you want to get really down in the weeds on it and get really technical about it, you could have somebody that's booked into a county jail on a writ of bodily attachment, didn't pay child support, so that's not a crime.

It only applies -- really, to be clear with it, the only time that you are impacted by, as you call it, Chapter 908 and the detainers is somebody that is booked into a county jail because they've committed a crime for which they have been arrested on probable cause or there is some type of a court order, court process, warrant of some sort issued by a judge that requires they be booked into the county jail, but if you don't touch the county jail, you don't get touched by detainers, period, in this context.

BY MS. HERNANDEZ:

Q.   Okay.

A.   There is more to it.  It gets complicated.

Q.   Yeah, is there a different context that you're thinking of?

A.   Yeah.  Well, because -- because you could have a situation where you got an ICE agent that, on his or her own, goes out to downtown Ft. Lauderdale, sees somebody who didn't commit a crime and they take them into custody because they have probable cause to make the arrest. They have a -- and this is where the IGSA comes in, because then if ICE has a contract with the county jail to house them, then they could bring them there and house them, but that's because ICE made the arrest themselves and the reason why the person went to the county jail is because ICE doesn't have detention facilities in the contract with the county jail.

So that would be -- but with what we're talking about here and what's contemplated by Chapter 908 and Senate Bill 168 is the situation where if somebody commits a crime, ICE is not involved, the person is booked into a jail, and then that process begins and then ICE decides to issue the detainer as a result of the booking in the jail on the reason why the person was booked into the jail.

Q.   Okay.  And that instance that you're talking about right there, could be one where someone was booked but didn't necessarily, it turns out they didn't commit a

crime.

MS. BRODEEN:  Objection to the form.

THE WITNESS:  That's a hypothetical.  Just because somebody, I don't know the answer to that.  I mean --

BY MS. HERNANDEZ:

Q.  I'm just trying to better understand that last -- what you just said.

A.  But it doesn't matter.  It doesn't matter. Sometimes we arrest and the state attorneys decline to prosecute for a whole plethora of reasons, you know, even though there was probable cause.  Maybe the victim didn't want to cooperate.  There is all kinds of reasons why the cases ultimately don't get prosecuted, but when a person gets booked into the jail, regardless of the disposition of the state law charge is, is that ICE makes its own decision about whether it does, and ICE, as the sitting determination, shouldn't be dependent upon, you know, whether -- because, you know, maybe to some degree. Especially when you're talking about somebody that a detainer was issue based on a 205, so you could have somebody that gets -- and gets arrested on a disorderly conduct, minor crime, they get booked into the jail. Fingerprints go up, ICE comes back, issues the detainer, issues the 205, but the 205 was issued ten years ago in

Kansas City because the person was convicted of committing a lewd and lascivious battery on a child, we don't know that and you can't judge that book by the cover because the reason -- and then the person has been deported ten times but they keep coming back.

So that would be an absolutely appropriate circumstance and situation where regardless of how minor the crime is that they were arrested for in the instant situation or what happened with that, there might be a whole lot, a plethora of great reasons why ICE should issue the detainer and they should, again, seek removal of the person, but all that stuff is known to ICE.  It's not known to us, so you absolutely can't judge that book by the cover.

That's one of the things that people talk about all the time, well, people are getting arrested on these minor crimes and ICE is deporting them.  Not so much because there's a background there and a back story to it that you're not flushing out.

Q.   Okay.  I think I understand what you're saying.

So are you saying that that's always the case, that there is an additional back story?

A.   You have to ask ICE that.  A lot of times there is, from my understanding, yes.  I can't tell you in every one.  That's why you've got to look at them.  But

what I am saying absolutely is, is that you can't assume there's not, you can't judge the book by the cover, and you also, because of ICE's protocols with their priority enforcement protocols is that they're not just running around issuing detainers for every small crime that somebody commits.  There's a reason why they're doing it.  And my experience is, is there is a back story.  That's my experience with it.

Q.   So, right.  Okay.  And these minor offenses that you were referring to earlier, just a second ago, are you talking about traffic stops, for example?

A.   Could be.  Could be.  Again, somebody gets arrested for driving with a suspended license or no valid driver's license, you know, well, first, you know, and this has happened, too, these guys get arrested for like the tenth time for driving with a suspended license, then they get out and they kill somebody on an interstate because they're drunk driving, but, you know, let's not go there, let's just say that, yes, and that a lot of those times, even if it's a traffic offense, there's a back story to it.

Previously they were deported because they committed a more serious crime, an armed robbery, a sexual battery, a whole plethora of events and there is a back story to it and they got a whole bunch of

removables.

So somebody gets arrested on, let's say, a no valid driver's license charge but they have been removed ten times before.  You know, what do they not get?  Get out means get out but they keep coming back, so that means, oh, well, you just had a driver's license, suspended driver's license so you shouldn't be told to get out again?  That's a back story in and of itself.

Q.   Are you saying that that's the most common scenario you see?

A.   What's that?

Q.   Is that the -- are you saying that that's the most common scenario you see?

A.   I didn't say that.  Those are your words, not mine.

Q.   Okay.  Is that a common scenario, what you just described?

A.   It happens.  Yeah, it happens, but, again, I know this from talking to ICE people, you know, from working through this for the last few years.

Again, I don't have access to all this information so what I absolutely do know, because I don't have access to the information, is you don't have access to the information and nobody does is, is that you can't assume that there's not a back story to it.  I know there

Robert Gualtieri
August 05, 2020                                          69

are people who want to assume there's not a back story to it, but that's self-serving is, is that you really need to look at every case on an individual basis to be able to make that determination as to the reason why ICE issued the arrest warrant and issued the detainer.

Q.   So do you, I guess, for Pinellas County, you keep, you are aware of crime rates in Pinellas County, right?

A.   Generally, yes.

Q.   Okay.  Have those gone up or down in the last few years, let's say the last five years?

A.   Down.  Now, again, there are 24 different cities in the county.  We're responsible for policing in 13 cities plus the unincorporated area, and our area of responsibility they have gone down, and some of the cities, they have gone up, but in our area of responsibility, they've gone down.

Q.   Okay.  So in your areas of responsibility, since you became sheriff, do you think the crime rates have gone down then in Pinellas County?

A.   Yeah, about 43 percent.

Q.   What about violent crimes?

A.   It's down.  I don't know the percentage.  That's a total percentage.  I don't, off the top of my head, have a breakdown of the percentages, but it's gone down

overall.

Q.   And what about how that compares to the rest of Florida?

MS. BRODEEN:  Object to form.

THE WITNESS:  You can go look at the UCR data yourself on that.  I don't have that data in front of me.

I know the overall crime is down overall in Florida and you can go look at the annual reports that come out on that.  They speak for them self.

BY MS. HERNANDEZ:

Q.   What does UCR stand for?

A.   Uniform crime reporting.

Q.   So let's go back to Paragraph 18 of your Declaration.  You say that you -- in that first sentence, you say that you supported SB 168.  How did you support that SB 168 codified in Chapter 908?

A.   Well, I support the concept of the bill, I support the concept of the law, and I worked with the bill sponsors to make sure that it was done in a way that was in conformity with other laws and supported it to help them work through it to get a bill that was workable.

Q.   When you refer to the bill's sponsors, who are you referring to?

Robert Gualtieri
August 05, 2020                                    71

A.   With Senator Joe Gruters in the Senate, Senator David Simmons who chaired the Senate Judiciary Committee, I worked with him, and with Representative Cord Byrd, B-Y-R-D, in the Florida House of Representatives.

Q.   And, you know what, going back really quickly, I just -- something you said earlier about IGSA.  In an IGSA or non-287G context, you believe the ICE officer must make the arrest.  Is that right?

A.   So in that context, an ICE officer has to make the arrest.  The ICE officer, if there is an IGSA in place, which is a housing contract, would then use an I-200, which is a booking form, bring the person to the county jail and book them into the county jail under the I-200, because the ICE officer already executed the warrant which they're lawfully and exclusively authorized to do.  And then they're booking them in under the I-200, which is the booking form that's used with the IGSA.

So if you're not a facility that has a contract, then that ICE officer couldn't book somebody into the jail that doesn't have the housing contract.

Q.   Okay.  I'm going to add an exhibit here published in the chat here.  It's uploading and I'm going to open that and put it on my screen.

So this is the document, it's Bates stamped PLS023819.  And I'm going to scroll through the whole

Robert Gualtieri
August 05, 2020                               72

thing first so you can take a look at it.

        MS. BRODEEN:  Excuse me, which exhibit number is this?

        MS. HERNANDEZ:  This is Exhibit 3.

        (Exhibit No. 3, Three-Page Document Bates Stamped PLS023819, was marked for identification.)

BY MS. HERNANDEZ:

    Q.   It's three pages, but it's really just two since the last page is blank.

        Are you familiar with this document?

    A.   No.

    Q.   Okay.  I'm going to point your attention to the top.  Do you know who Matt Dunagan is?

    A.   He works for the Florida Sheriff's Association, yes.

    Q.   And it has your name where I'm highlighting.  Is that right?

    A.   Right.

    Q.   And the subject line says:

        "DeSantis, local law enforcement should work with feds on immigration."

        Do you need a little bit more time to take a look at this or do you want me to continue scrolling?

    A.   No.  It's a media report.  That's what it is.

    Q.   Okay.  Are your e-mails considered official

Pinellas County Sheriff's records?

MS. LOCKHEART:  Are you asking every e-mail or just this e-mail?

MS. HERNANDEZ:  We'll be specific to this e-mail.

BY MS. HERNANDEZ:

Q.   Would you agree that this is -- this would be an official Pinellas County Sheriff's Office record?

A.   Yes.

Q.   And do you believe this e-mail is true and correct?

A.   I have no -- it's a media report, you know.

Q.   Okay.

A.   I wouldn't say that media reports are true and correct.  Some are and some aren't.  I don't know.  I didn't write it.  It's a media report.

Q.   Okay.  Okay.  All right.

Do you keep your e-mails in the regular conducted activity with Pinellas County Sheriff's Office?

A.   Yeah.  We keep e-mails in the regular course of activity, yes.

Q.   And would that include maintaining this e-mail as part of the Pinellas County Sheriff's Office activity?

A.   Yes.

Q.   So you'll see at the top here it references a press conference and this e-mail is dated February 26,

Robert Gualtieri
August 05, 2020                              74

2019.  Is that right?

A.    That's what it says.

Q.    Okay.  Do you recall attending a press conference around February 26, 2019?

A.    It sounds about right.  I probably did.  Yes.  Sounds about right.

Q.    Okay.  So I'll scroll down a little bit so you can see a little bit more of the article with regards to where it references an event held by --

A.    I take that back.  You're asking me -- I think there's a press conference, I'm not sure, maybe I'm confusing it with the press conference we did when we announced the WSO.

This press conference that was done by, as the article says, by DeSantis spoke at an event held by Hernando County Sheriff's Office.  I didn't attend that.  I don't know anything about that.

Q.    Okay.  You answered my question.

And with respect to press conferences, did you attend any press conferences in support of SB 168?

A.    I don't remember.  I don't recall doing any.  I don't recall that.  I don't think I did, but --

Q.    All right.  I'm going to share my screen again.  And this going to be Exhibit 4.

(Exhibit No. 4, March 18, 2019 E-Mail, was marked

Robert Gualtieri
August 05, 2020                                    75

for identification.)

BY MS. HERNANDEZ:

Q. And I'll scroll through so you can take a look at this. Are you familiar with this e-mail at all?

A. No.

Q. Is this your e-mail up at the top, RGualtieri@PCSO.com?

A. Yes.

Q. And who is Kimberly Preston?

A. She's a clerk in our public records processing unit.

Q. Okay. It's Bates stamped at the bottom PLS022132. Would you like more time to take a look at it?

A. What do you want me to do? I don't remember this e-mail.

Q. All right. Well, let's go down a little bit. It's an e-mail from Matt Dunagan.

A. Right.

Q. Right? That looks like it was sent to you on March 18th originally asking if it is okay to send additional information on the immigration bill out to all sheriffs to keep them updated and to make sure they see that Agent Moody has come out in support, and it provides a short summary of SB 168. Is that right?

A.    That's what it says.

Q.    And then up here it looks like it's an e-mail from you that says, "Go ahead, it's accurate enough."

Would you agree this looks like an e-mail that you sent?

A.    It does.

Q.    And this would be an e-mail that is considered an official Pinellas County Sheriff's Office record, right?

A.    Right.

Q.    And this e-mail would be kept in the regularly conducted activity of the Pinellas County Sheriff's Office, correct?

A.    Yes.

Q.    So I'm going to scroll down.  There's a section on federal immigration.  Can you see where I've highlighted?

A.    I do.

Q.    And it references a Florida House Civil Justice Subcommittee Meeting on March 20, 2019, where the House version of the bill, of the HB 527, which is the House version of the SB 168, is going to be heard, and it says at the very end that you would also be attending.

Do you remember attending this House Civil Justice Subcommittee Meeting?

A.    You know, I've attended several.  I don't have

Robert Gualtieri
August 05, 2020                              77

independent recollection of that meeting in particular. I just don't have any recollection of it.

Q.   But do you remember attending any meetings in the legislature relating to SB 168?

A.   Yes.

Q.   Did you speak at any of them?

A.   Yes.

Q.   Do you remember which ones you spoke at?

A.   No, I don't.  There were several.  I don't remember.

Q.   Okay, so there was more than one meeting that you attended?

A.   Yes.  Yes.

Q.   Can you tell me approximately how many?

A.   No.  I mean, roughly, I'll say less than six but that's about the best I can do from just independent recollection.

Q.   Okay.  And these meetings all required you to travel, right?

A.   Yes.  I was in Tallahassee.

Q.   Okay.  So for all of these that you attended, the ones you did attend, you did speak at those meetings?

A.   Some I did and some I didn't.  And, you know, I mean, I attended some that I spoke at and some I attended, I didn't speak at.

Q. And why did you decide to attend these meetings?

A. Well, you know, I was working with the bill sponsors trying to get this right and to make sure that it was understood. It's a very complicated and nuanced topic and Senator Simmons, who chaired in the Senate, asked me to provide some background information and to help educate the committee members.

I was up there not just for this. Again, at that point, I was chairing the legislative committee for the Florida Sheriff's Association.

So I spent a fair amount of time in Tallahassee and this is just one of the many bills that I was working on.

Q. You said you were a chair of the legislative committee for -- can you say that again?

A. Florida Sheriff's Association.

Q. So was that -- what does that role entail?

A. What does what?

Q. What is that? What is that legislative committee chair for the Florida Sheriff's Association? What did that entail?

A. Sharing the committee of sheriffs that are involved in the legislative initiatives for the Florida Sheriff's Association.

Q. Was SB 168 one of those initiatives?

A.   Well, it was a bill that we talked about, it was not an initiative.  Some bills are initiatives of ours. Some we are involved with, some we are opposed to, some that with deal with.

So it was just an issue -- it was one of the bills that we were addressing, probably the way to put it.

Q.   Okay.  So going back to your Declaration, was this one of the -- I guess you were supporting this one, you were supporting SB 168.  Is that right?

MS. BRODEEN:  Object to the form.

THE WITNESS:  Well, what do you mean, in the Declaration or are you talking about whether I supported SB 168 as a bill when it was pending in the legislature?

BY MS. HERNANDEZ:

Q.   Well, because I think that's what you're saying, I want to make sure I'm clear on what you're saying in Paragraph 18 of your Declaration.  You were saying that, "I supported SB 168."

A.   Right.

Q.   So your attendance at these hearings, and that was in support of SB 168?

A.   Well, to be clear, I support SB 168, I supported it, but the way I looked at it, too, was it really didn't

matter, that ship had sailed. I don't make decisions about what bills get introduced in the Florida Legislature.

The bills had been introduced by the bill sponsors during committee and it looked like that they were going to the floor and that the Legislature was going to act on that bill.

There are some bills, you know, that I don't support, but they're going to pass anyway. This is one of those.

My main goal here, and I do support it, I did support it and I do support it, but my main goal here was, I would say is to provide technical expertise and some legal expertise to a complicated topic, so that what we ended up with was something that we could legally work with and we didn't have a state statute that was incompatible with federal law.

That was my -- I would say that was my primary goal, but I did support it also, and that isn't always the case, but that is the case here.

Q.   I'm going to add another exhibit here and share my screen.

THE COURT REPORTER: This will be exhibit number?

MS. HERNANDEZ: This will be Exhibit No. 4.

(Exhibit No. 4, E-Mail Bates Stamped PLS022130,

was marked for identification.)

BY MS. HERNANDEZ:

Q.    This is Bates stamped at the bottom PLS022130 and I'm going to scroll through from the top, please just take a look at it, unless you tell me that you are -- are you familiar with this e-mail?

A.    Yes, you're talking about something that is, you know, over a year ago.  I'm not familiar with it.  I haven't looked at it.  I have no -- it speaks for itself.

Q.    Okay.  I'm going to scroll through it.  Actually, it's just one page.  And this is your e-mail at the top. Is that right?

A.    Yes.

Q.    And this is to Matt Dunagan again.  Is that right?

A.    Yes.

Q.    Would you agree this looks like an e-mail from you?

A.    Yes.

Q.    And this e-mail is considered an official Pinellas County Sheriff's Office record, correct?

A.    Yes.

Q.    And it's kept in the course of regularly conducted activity in the Pinellas County Sheriff's Office?

A.    Yes.

Q.    As part of regularly conducted activity?

A.    Right.

Q.    So you'll see the subject line up at the top is, "2019 legislative award winners."  Is that right?

A.    Yes.

Q.    And this is referring to a list of Friend of Sheriff awards.  Is that right?

A.    That's what it says.

Q.    And what is a Friend of the Sheriff award?

A.    During the legislative process, it's something that the Florida Sheriff's Association does to recognize sheriffs that have been beneficial in some fashion to the work of the sheriffs on their legislative initiatives.

Q.    How is this -- how are these names chosen exactly?

A.    Well, just like that.  Staff members come up with their recommendations, they send it to me, and I approved it.

Q.    I'm going to drop another exhibit down here and I'll share my screen.

        (Exhibit No. 5, E-Mail, was marked for identification.)

BY MS. HERNANDEZ:

Q.    And I'll scroll through my screen.

THE COURT REPORTER:  This is Exhibit No. 6?

MS. HERNANDEZ:  No. 5.

THE COURT REPORTER:  I thought the last one was No. 5.  Am I incorrect about that?  We need to clarify.

MS. HERNANDEZ:  In the chat, it looks like we've got 1, 2, 3, 4 and this one is 5.

THE COURT REPORTER:  Okay, this one is 5.  Okay.

BY MS. HERNANDEZ:

Q.  So, Sheriff Gualtieri, are you familiar with this e-mail at all?

A.  Just like all the other ones.  I don't remember it independently, but -- and all your predicate questions are yes to all of them.  It has my name.  It's all in the normal course of business and all that other stuff.

So, yeah, it is what it is.

Q.  And so this looks like an e-mail that you sent, right?

A.  Yep.

Q.  Okay.  Thank you.

So it includes an article in here where you were quoted in an article that looks like it's dated March 11, 2019, and I think you're talking about some of these agreements that we were discussing earlier.

We have got the 287G program referenced in here

as well as the basic ordering agreement, and then SB 168 at the end.

MS. LOCKHEART: Can you highlight where you said he's quoted? We can't see that.

MS. HERNANDEZ: Sure. So he's quoted quite a bit throughout the entire article. So we've got at the top, he's quoted.

MS. LOCKHEART: It's okay. You can ask your question based on it, you mentioned quoted and then you're scrolling through, so --

BY MS. HERNANDEZ:

Q. Okay. All right. So, right.

So up here at the top, it's talking about a Florida sheriff who has emerged as a national law enforcement leader on immigration is encouraging his county colleagues to adopt a newly hatched program that's inexpensive.

So there are -- well, let me just, anyway, you can take a look at this. I think the first time it refers to you by name is in the middle of the article down here where it talks about Pinellas County Sheriff Bob Gualtieri, about participation in this program, right?

Let me find the section. So this refers -- at the top of the page that ends in 137, it refers to you as

being the architect of the basic ordering agreement program, where ICE pays local government $50 to house inmates for up to 48 hours.

And you agree that the basic ordering agreement is one of those agreements that's referenced in Chapter 908.  Is that right?

A.   I believe so because it's one of the options, yes.  I don't recall whether it specifically references it, but it probably does without looking at it, but, yes, it's one of the options that we've discussed.

Q.   What is this, do you know what this means, that you were the architect of the basic ordering agreement?

A.   Ask that question again.

Q.   Do you know what this means in this article about how it says that you were the architect of the basic ordering agreement program?

A.   Well, I worked with ICE to come up with it as an option so that's probably what she's talking about.  I don't know.  This is a media report.

Q.   So you worked with ICE on both the basic ordering agreement and the warrant service officer?

A.   Yeah, I've never described myself that way.  I've never heard myself described that way.  It's the way a reporter characterized it.

I work with ICE to come up with that as a lawful

Robert Gualtieri
August 05, 2020                              86

way to deal with the challenges we had on detainers.

Q.   Let's go back to Paragraph 19 of your affidavit on Page 8.  So you talk about prohibiting sanctuary policies, right?

What is your understanding of what a sanctuary policy is?

A.   Where are you talking about?

Q.   Well, okay, so are you familiar with how Chapter 908 prohibits sanctuary policies?

A.   Generally, yes.

Q.   Okay.  What is your understanding of that?

A.   Well, you know, sanctuary policies are varied. Some are official.  Some are, I guess, quasi.  They're -- sometimes they're -- they're resolutions of a local government entity.  They can be an ordinance.  They can be a resolution.  They can be something that prohibits that local governmental entity and its subsets from cooperating with ICE, from honoring detainers, from doing anything to help ICE, not letting ICE in the jail, anything along those lines.

Sometimes, like in California, it's done by the legislature, a state law.  Sometimes it's not done by a legislative entity at all.  It's done by policy, by a decisionmaker, which could be a police chief, a sheriff, a mayor, somebody like that.

Robert Gualtieri
August 05, 2020                    87

There's no one-size-fits-all, but it's generally talking about some edict at some level by somebody that gives people who are here illegally some sort of a sanctuary status where local law enforcement is not going to help ICE, it's going to be really contrary to ICE, and will make it harder or hard for ICE to do its lawful job.

Q.   Okay.

A.   Prohibiting people from going into jail.  An example would be is, is that ICE shows up at the jail and they say to the county jail, "I want to go interview inmate so-and-so.

"Sorry, we don't let you into our jail.

"We want you to deliver these papers to inmate so-and-so.

"No, we don't deliver papers for ICE.

"You know, we're going out to do this operation and we would like a uniform officer with us for safety reasons just to be -- have a marked car on the street.

"No.  We don't do that."

You know, those would be sanctuary policies that give, again, sanctuary to people who are here illegally.

Q.   So at the end of Paragraph 19 you say:

"Thus, prohibiting sanctuary policies services a fundamental and important public and policing policy for the entire State of Florida."

All right.  So what do you mean by that sentence?

A.    That's everything we talked about for the last two and a half hours, really.  I mean, you know, so that people who are criminal illegals who are high recidivists don't get out and re-offend and hurt somebody, you know, rape and kill them or engage in crime.

It's so that, you know, cops that are out there on the street don't end up in a blue-on-blue situation and you have a crossfire situation, that you're communicating, you're cooperating.  It's everything we've discussed.

Q.    Did Pinellas County have a sanctuary policy prior to --

A.    No.

Q.    -- Chapter 908 going into effect?

A.    No.

Q.    Are you aware of any Florida counties that had a sanctuary policy in effect prior to Chapter 908 going into effect?

A.    So, again, you're talking about sanctuary policies in the sense of -- or are you talking about laws?  What are you talking about because, again --

Q.    That's why I asked you, you know, what, you know, about your understanding of what a sanctuary policy is.

So, you know, based on what you just told me, you

Robert Gualtieri
August 05, 2020                                    89

know, and what you have here in your --

A.   Yeah.

Q.   -- Declaration about sanctuary policies, how many sanctuary policies were there in Florida before Chapter 908?

A.   You know, there are a lot.  So as an example, I'll give you an example, the Alachua County Sheriff wouldn't honor detainers.  I consider that to be -- you know, because of concern, I consider that to be a sanctuary policy.

There was a city in Palm Beach County that had and actual, I believe, ordinance.  I believe that there was one at one time I believe in Miami-Dade County.

So there were some that are official, again, but it could be just simply, you know, there was a, if you will -- well, there's not been a statement made, I guess a policy by the Mayor of the City of St. Petersburg here in the Pinellas County that said that St. Petersburg is a sanctuary city and that they won't cooperate with ICE, and he and I went head-to-head with that because I said, "He doesn't get to make that decision," you know, as long as his city is in this county and I will cooperate with ICE.

So, you know, that's sanctuary.  So there's a number of them around Florida that were either formal,

Robert Gualtieri
August 05, 2020                                   90

informal, or had a degree of a formal nature to it.

Q.  How did you become aware of Alachua County and Palm Beach County, Miami-Dade County having the policies?

A.  I don't know.  I mean, I worked on this for like three years, a lot of discussions with a lot of people, you know, I mean, so some of them I remember seeing something.  The Palm Beach one, I think there was a specific ordinance.  Again, there was something in Miami-Dade County.

I mean, how did I become aware of them?  You know, there's so much I was aware of during this and became aware from talking to people, from reading things, a variety of sources.

Q.  So it sounds like you were aware of one, two, three, four, four sanctuary policies.

A.  No, you see, now that's your statement.  I gave you four examples, but there's more.  You know, there's a bunch of them around.  I'm not limiting it to four.  That's you limiting it to four.  That's not me limiting it to four.

Q.  When you say "a bunch," what do you mean by a bunch of them around?

A.  Just that.  There was a bunch.  I can't put a number on it, and during the course of this and there were other ones that weren't honoring detainers.  There

Robert Gualtieri
August 05, 2020                                          91

were some that, you know, were releasing people around the state.  There were some that where police departments weren't willing to cooperate because they were concerned about the politics of it and taking direction.

So there were a number of them out there.  The specific number of them, I can't put a number on it for you.

Q.   Okay.  So let me ask you:  Did you do your -- did you do research yourself on locating these policies?

A.   I don't remember.  I mean, I might have.  I don't remember.  I might have done some, you know, Google searches or something.  I don't remember.

Q.   Okay.  Would you include in these sanctuary policies, for example, you mentioned Alachua County and the Alachua County Sheriff was requiring judicial warrants to accompany the detainer request.

Would you qualify that as a sanctuary policy?

A.   Yeah, because -- yeah, so you know that.  I didn't say that but you already know that because that's true.  And yeah, because it's wrong.  Because it's misguided, it's wrong because you cannot have, and you know this, legally, you cannot have a judicial warrant. A US magistrate, a US district judge, a judge of the Circuit Court of Appeals, a US Supreme Court, you cannot have a judicial warrant.

So to say that you will only honor these detainers if there is a judicial warrant is illegally wrong.  It's a total misstatement of the law.

So to say that I will only do it if I have a judicial warrant is so wrong and so misguided that, it's so erroneous that it is not cooperating under clearly established being contrary to all law.

Q.   Okay.  Why is it erroneous?

A.   Just what I said.  You cannot have a judicial warrant.  So safe to say that I will only do this if I have a judicial warrant, you're saying you will only do it if you are going to have something that legally, under the law, can never exist.

So it's so misplaced, it isn't even ambiguous.  There's no gray, it's black and white.

The only warrants you can have, as you know, are administrative warrants, and if people don't like the fact that there is not a judicial warrant and it's an administrative warrant, then there's a solution, go talk to the United States Congress and have them change the law because the United States Supreme Court has upheld the validity of administrative warrants going back to 1960 and said that these ICE administrative warrants are the vehicle, are the avenue, are valid, and that's the only way that they're valid.

So people can get all caught up around this because they don't like it.  Well, a lot of things in the law we don't like, but we follow the law and you cannot have a judicial warrant.  Can't have it, period, no authority for it.

Q.   So a little bit earlier we talked about how you -- okay, hang on.

Before we move on to this warrant conversation, is a criminal arrest warrant signed by a judge?

A.   What type of criminal?  Is your question is a criminal arrest warrant issued by a judge?  Is that your question?

Q.   Right.

A.   Sometimes.

Q.   Okay.

A.   Sometimes.

Q.   All right.

A.   Sometimes they're not.  Sometimes they're capiases that are issued.  It depends on if you are state law, federal law, depends upon the type, so it's not a one-size-fits-all, but, yes, certainly judges do issue criminal arrest warrants.  It depends on the circumstances and the jurisdiction.

Q.   And search warrants, too?

A.   True.  They can, yes.  And they do, true.

THE COURT REPORTER: Is now a good time to take a five-minute break?

MS. HERNANDEZ: Sure. No problem. Is that okay with everybody?

THE WITNESS: Okay.

THE VIDEOGRAPHER: Off the video record at 11:33 a.m.

(A discussion was held off the record.)

(A brief recess was taken from 11:33 a.m. to 11:42 a.m.)

THE VIDEOGRAPHER: Back on the video record at 11:44 a.m.

BY MS. HERNANDEZ:

Q. Thank you.

Have you, Sheriff Gualtieri, have you given your deputies any guidance regarding Chapter 908?

A. The deputies in the jail, yes. That's it.

Q. Is that written, in written form?

A. I don't think so, you know, because, again, because we -- we -- they got training in the warrant service officer program, they got that training. I don't recall. There might be something that we incorporated into a general order or a policy. I don't remember.

Q. So general orders and policies, are those available to the public?

Robert Gualtieri
August 05, 2020                                    95

A.   Yes.

Q.   Has the Pinellas County Sheriff's Office received any guidance from outside of the Sheriff's Office regarding Chapter 908?

A.   I don't know what you mean.

Q.   For example, have you -- well, I guess, for example, from the Florida Sheriff's Association or the National Sheriff's Association or a governmental entity, anywhere outside, anyone outside of the Pinellas County Sheriff's Office?

A.   What do you mean?  I mean, ICE came in and trained everybody on the required eight hours training to be warrant services officers.  Is that what you're talking about?

Q.   Well, was that training specific to -- did it -- was it specific to Chapter 908 as well?

A.   Well, I mean, I don't know.  It depends on your interpretation of it.  I mean, 908 requires that we honor detainers and it requires that we pick one of the options.  I have implemented the options and they got trained on one of the options of 908.

So if you look at it that way, then they got trained on being warrant service officers then probably. It depends on how you view it.

So I'm not sure exactly of what you're getting at

as far as, you know, did anybody, you know, provide us anything.

Q.   Okay.  Well, what about guidance on complying with Chapter 908?

A.   No.

Q.   No.  You mentioned your deputies in the jail, they proceeded without training.  How many deputies are you talking about?

A.   Roughly 40, about.

Q.   So let's go to Paragraph 9 of your Declaration. So I think Paragraph 9 is talking about the 287G certification.  Is that right?

A.   Yes.

Q.   Can an officer who has not attended this 287G training make an immigration arrest based on probable cause?

A.   No.

Q.   Can an officer who has not attended the 287G training execute an immigration detention based on probable cause?

A.   No.

Q.   At what point then does the officer -- well, let me see.

So you say here that the officers received training on making probable cause arrests and executing

immigration detainers and investigating immigration detainers there in the middle.

Does part of that include determining when that probable cause arrest would be made?

A.    Well, it could, but you have to be clear with this is, is that there used to be, I'll call it full-blown 287G, where 287G functioned in the jail and it also functioned on the street where there were task forces where police officers could enforce immigration law.  Under the Obama Administration, the federal government did away with all the task forces.  So there is no police officer, deputy sheriff, law enforcement officer that today, or for the last many years, that could conduct an investigation and make a probable cause immigration arrest. It only functions in the jail setting again and if you're a full 287G, so and there's very few of those around the country and very few in Florida, that would allow you to make a probable cause arrest without having the warrant being issued by an ICE official, but it's only in the jail context.

So, again, we're back to this only applies to the jail setting, has noting to do with any type of an arrest because there is nobody that's 287G that can make an arrest outside of the four walls of the jail.

Q.    Okay.  So when you're referring to the task

forces that no longer exist, you're talking about --
actually, probably just explain what you're talking
about.

A.   Well, there used to be 287G task forces where
state and local law enforcement officers would be
deputized under 287G and you could conduct those
investigations out on the street.  You could get called
by somebody, and if somebody was suspected to be here
illegally, you could conduct an immigration investigation
and potentially make an immigration violation arrest.

But, again, those haven't been around in years.
They don't exist anymore and they haven't in the last
many years.  So there would be where, unlike it is today,
and unlike it has been for the last many years, cops are
out there acting as immigration officials and enforcing
immigration law and we don't do that.  We haven't for
many, many years.

Q.   Um-hm.  Okay.  So you're saying, to provide an
example, under the task force, it was possible if a
deputy pulled someone over for a traffic infraction, they
could initiate an immigration investigation at that time?

A.   It's possible.

Q.   Right.  Under the task force, and you're saying
that that is not something that is possible now under the
current 287G?

A.    It's impossible, correct.  Absolutely not.

Q.    Okay.  Okay.  But a deputy could still pull someone over and find that they don't have a driver's license?

A.    Is that your question?  Can a deputy sheriff pull somebody over and find that they don't have a driver's license?  That's your question?

Q.    Right.  Right.  Right.  That's --

A.    I mean, really?  Of course.

Q.    Okay, and at that point, the officer cannot initiate an immigration investigation, right, because of the driver's license issue, right?

A.    Absolutely not.  Cannot.  Do not.  Have no authority to.  Can't determine nothing about somebody's immigration status.  Don't ask the questions.  Can't check any computer systems.  Can't check any databases.  Have nothing to do with that at all.  It's immaterial as to what somebody's immigration status is when they have contact with local law enforcement.  We have nothing to do with it.

Q.    Right.  I was talking about they find that this person doesn't -- they pull this person over and they didn't have a driver's license, right?  So you're saying all these things can't happen, but they could end up arresting the person, right?

Robert Gualtieri
August 05, 2020                                        100

A.    So is your question can somebody be arrested for not having a valid driver's license, and the answer to that is, of course.  It's a misdemeanor under Florida law and you can be arrested for it.  Doesn't mean you're going to be, but you can be, yes.

Q.    And that would be up to the officer who pulled the person over?

A.    Yes.

Q.    And so you were saying you can arrest someone.  Are you -- your inflection suggests there's another possibility.

A.    Sure.

Q.    Is there another possibility?  What's the other possibility?

A.    Sure.  They can just not charge them at all.  I mean, sometimes cops stop people and they don't charge them.  It's an officer's discretion.  He can stop somebody and they don't have a valid driver's license, you just let them go, and that happens.

Or you can just issue them a traffic ticket and not physically arrest them.  So the officers have a lot of discretion and the discretion could be anything under that scenario that you provided, anything from a physical arrest down to no charge at all or it could be a traffic ticket and let them go.

Q.    So we talked quite a bit about your involvement,
right, with supporting the bill sponsors for SB 168,
right?  We talked about that quite a bit.

Was part of your support -- was part of that law
also doing, I guess, doing some research as well?

A.    What do you mean?  I don't understand.

Q.    Well, I'm asking if you, you know, if the support
that you provided, you know, if you provided, what kind
of information you were providing to those sponsors?

A.    A lot of what we discussed here today.  I learned
this stuff over a period of years, you know, so I had the
knowledge at the time.

Q.    Okay.  Have you done any weighing of public
safety against the potential targeting of a certain
population with respect to Chapter 908?

A.    I don't know what you're asking about.

Q.    I'm talking about the risk of targeting specific
groups of people in an unconstitutional way and weighing
that against, you know, the public safety concerns that
you talked about today.

A.    There's no targeting of anybody, period, is that
somebody has to be arrested by a law enforcement officer
who has nothing to do with immigration, has no knowledge
of anybody's immigration status, books them into the
jail, the booking officer has no knowledge, care, concern

of immigration status at all.

In that booking process, the person gets fingerprinted.  The fingerprints get sent off and it depends on the circumstances with a decision made by somebody outside of the jail, by ICE, we may or may not receive a detainer accompanied by a warrant for an individual.

So there can't be any targeting or discrimination or anything because it's all blind and nobody knows anything until you happen to get a 247 and if you get the 247 with a warrant, they only hold them for up to 48 hours.  If they don't come and get them within 48 hours, we release them.  It's really that simple.

And, again, to be affected by it, you have to be here illegally and you have to have been booked into a county jail.

Q.   Right.  But this would only apply to immigrants, correct?  Right?  It would only apply to immigrants?

A.   Isn't that why we're here?  I mean, how could it apply to anybody else?

Q.   Right.

A.   You have to be an illegal alien, so if you're not here -- if you're not here, I mean this can't apply, if we did this with a US citizen, we'd be sued.

I mean, that's an illogical question.  I mean,

really.  I mean, of course, it only applies to people who are foreigners who are here illegally.  That's the whole nature of it.

Q.   Makes sense, except when there's a detainer issued on US citizens which happens, you would agree, it happens?

MS. BRODEEN:  Object to form.

THE WITNESS:  Has ICE made that mistake?  Yes, ICE has made that mistake.  Has nothing to do with us.

BY MS. HERNANDEZ:

Q.   Even if your deputies are told, "This person is a US citizen"?

A.   What's that?

Q.   Even if your deputies are told that this is a US citizen?

A.   We don't -- it is incumbent -- it's the sole responsibility of ICE.  If ICE, based on biometric identification of an individual, determines that they have probable cause and there's a warrant that's been issued, then it's all on ICE.  It has nothing to do with us at all.

Q.   All right.  Are you aware of any mechanisms in place to make sure that Chapter 908 is enforced in a racially neutral manner?

A.   So I don't know, what do you mean?  To make sure

that 908 is enforced in a neutral manner?  What does neutral manner mean?

Q.  Racially neutral.

A.  I guess I just don't understand the question.  It doesn't matter whether somebody is white or black, doesn't matter anything to do with race.  It only can apply to people of national origin other than being legally here in the United States.

So it has no -- race has no bearing whatsoever on it, so it doesn't matter whether you're black from Haiti, white from Haiti, black from Jamaica, white from Jamaica, black from the UK, white from the UK, it doesn't matter.

It has nothing to do with it.  It has to do with are you here illegally and did you commit a crime and are you in the jail and did ICE make a decision that they want to remove you.  That's just the real basics of it.

Q.  Um-hm.  All right, so the answer is no?

MS. BRODEEN:  Objection to form.

THE WITNESS:  I don't -- yeah, I mean, I don't know that the answer is no.  You have to go back.  I don't know what your question is.

BY MS. HERNANDEZ:

Q.  Okay.  So are you aware of any efforts to make sure that Chapter 908 is implemented in a race neutral way?

MS. BRODEEN:  Object to the form.

THE WITNESS:  Well, all actions by sheriffs and by law enforcement officers in Florida have to be -- under Florida law, have to be done in the non-biased and racially neutral way.  That's the law in Florida.  It's in Chapter 30, so there is a requirement that we do that.

BY MS. HERNANDEZ:

Q.   But that existed prior to Chapter 908 going into effect?

A.   Well, I assume so.  I mean, you've got to go look and see.  That statute has been on the books for a while, for a long time and it should.

I mean, we -- you know, by accreditation standards and by policies that are in place, et cetera, is that everything we do has to be race, national original, gender neutral and nothing can be based on any biased idiosyncratic trait.

Q.   So let's go to Paragraph 12 of your Declaration, that last sentence where you talk about an immigration detainer being placed in someone's jail record and following the alien, whether that be to court, to the hospital, to another facility, or to another law enforcement agency for proceeding or investigation.

You include hospital in here.  What does that

mean for a hospital who receives a patient who has a detainer?

A.    Well, what it means is, is that they -- the person is -- has a detainer date against them is, is that if they're transferred somewhere else and then they were released from that facility, is that they would still be held or returned to the county jail, I guess, from the hospital for up to 48 hours.

So, as an example, if you had an inmate that had a medical issue, went to the hospital, somebody posted bond, let's say, and somebody was thinking about releasing them directly from the hospital, then they wouldn't -- and they had a detainer, that's fine, you can post the bond, but they would still go back into the jail for 48 hours.

So I think that's the scenario that that encompasses.

Q.    Thank you for that clarification.  Hang on, give me just a second.  I think we might be done.  Hold on.

So I do have a follow-up on what we were just talking about a second ago.

Do you know the racial demographics for Pinellas County?

A.    Yes, some of them.  So like what?  Like what do you mean?  Percentage of black, percentage of Hispanic,

et cetera?

Q.   Right.  Um-hm.

A.   Yes, it's about 11 percent black, about seven percent Hispanic, I believe.

Q.   Did you know that for Florida, too, or just for Pinellas?

A.   No, I don't know off the top of my head with Florida.  It's easily obtainable.

Q.   I'm sorry.  You said it's easily obtainable?

A.   Yeah.  Yes.

Q.   During any of your campaigns for sheriff, have you ever made any statements regarding sanctuary policies?

MS. LOCKHEART:  How is that relevant to an issue or claim before the Court?

MS. LOCKHEART:  What claim or defense is that relevant to?

BY MS. HERNANDEZ:

Q.   Okay.  How about any public-facing?  Have you ever made any public-facing statements regarding sanctuary policies other than --

A.   Yes.

Q.   -- the legislative meetings that we talked about earlier?

A.   Yes.

Q.   Can you tell me the context for those?

A.   Oh, sure.  I mean, there's a lot.  I've spoken to a number of groups, a number of citizen groups within Pinellas County, done press conferences regarding this issue.  Did a lot of interaction with Hispanic, especially efficacy centers.  Had a lot of discussion about the -- really, the dilemma with all of this and why sanctuary policies are not good for everybody, including the illegal immigrant community that is here that don't commit crimes.

There's a lot of people here and this is a lot of the discussion I had with the community about this issue, is that the majority of them feel the same way.  They don't want people here even if they're here illegally who are committing crimes, because a lot of the crimes that they're commuting are against people within their community.

So they don't want them here either, and I expressed a lot of concern about the immigrant situation and tell them what my belief is, and that belief is, is that we've got about 13 million people here that are here illegally that are the dilemma.

It's not the billion who are the criminals. That's what we should have anti-sanctuary, policies about but as far as the people who are here illegally who are

the moms and the dads who have their kids in school, who work jobs, who pay taxes, et cetera, who have been here for 15 years, we, as a community, we got skin in that. The country has skin in that.

We've allowed it to get to this point.  The question and the United States Congress has never been able to figure out how to fix it and what to do with it, is the problem, and that's the issue.

Again, you know, my concern and my issue and my area of focus as to the sanctuary policies is concerned is only related to the criminal illegals.

If they're not committing a crime and they are here illegal, not my worry, not my concern, not my business.  I have no issue.

We have mobile home parks in this county.  We have communities in this county that are really predominately people who are here illegally and a lot of them are good people, they are just trying to get by in life and they are contributors to the society and the community and to the economy and all those other things.

That's the dilemma with it, but when you're here illegally and you're committing these crimes, that's the issue of sanctuary policies and that's a discussion that I have with them because it's a very different situation about people who commit crimes as opposed to people who

Robert Gualtieri
August 05, 2020                                    110

are merely here illegally that are in the core of the

dilemma in immigration.

Q.    Um-hm.  What are the -- you mentioned immigration

groups that you talked to.  What are those groups?

A.    I can't tell you their names.  A lot of them are

faith-based, churches.  There's the Hispanic Advocacy

Center in Clearwater.  I've had some discussions with

them.  I have a captain that's assigned as a liaison with

them and I will do some things with them.

But, again, a number of churches, a number at

organizations that I have spoken at over the last few

years.

Off the top of my head, people will call,

especially to this captain, he's kind of a liaison

outreach and they will ask me to speak to the groups and

to talk about this.  And it's really -- when I go speak

to them, it's to alleviate their concerns.

Unfortunately, there's way too many people that think

that local law enforcement has authority over

immigration, and what we want people to know, and what I

stress to them is, don't be afraid of us, don't be afraid

of the police.  Don't be afraid of law enforcement

because we're not ICE, we're not immigration, and we

can't enforce and the only concern we have, which is a

concern that they have, is people who are committing

crimes and trying to -- and it really is an unfortunate situation that people think that local law enforcement has immigration enforcement responsibility when we don't. It causes a relationship problem with the community.

Q.   Well, I guess, when is the last time you spoke to one of these groups?

A.   Geez, I don't know, it's been months.  I mean, certainly not since COVID, but it's been a few months, at least.

Q.   And how -- you mentioned that -- about certain communities being predominantly illegal.  How do you know that certain communities are predominantly here illegally?

A.   I couldn't hear the question.

Q.   You mentioned that certain communities are predominantly here illegally.  How do you know that?

A.   Well, some of them because they tell us.  I mean, some of these mobile home parks and people will tell us and as we get complaints and the crime in the community, the community policing deputies that are in there, because they have relationships with the people, and they'll tell us about it, and the tribulations they have and the challenges that they have.

Q.   Would you say you've been talking to these groups, leaving COVID aside, so pre-COVID, in the last

year, have you been talking to these groups more often?

A.   About the same.  You know, about the same.  I mean, whenever it comes up, you know, a few times a year, you know, whenever they ask.  If they ask, I'll do it today if they ask, but I think we eliminated a lot of concerns they had.

When this first came up and it got press here locally, there was a lot of concern in the community about it and so we got out there, I got out there and some, and I don't speak Spanish, a lot of us people speak Spanish, a lot of it is a Hispanic community, not all, but a lot of it is in this area, and so I would have this captain who is Hispanic, who does speak Spanish, sometimes he would go do it because it's just easier for him to do it and he understands it.

Sometimes I go with him and it just doubles the amount of time because of the translation, so he also has done it without me, too, so he's done some of them.

Q.   Um-hm.  Is that captain that you're talking about, is that the liaison that you referenced earlier?

A.   Yes.

Q.   Okay.  And then you also mentioned community policing deputies, right?  Do those deputies ask people about their status?

A.   No, because we don't care.  When it comes up in

conversation because people will be talking about, you know, the situation they had, the tribulations they have, the challenges that they have.

Probably one of the biggest things that comes up in discussion, and it is a problem, is the issue of driver's licenses, especially people that are trying to work and they got to drop their kids off, they don't have driver's licenses and, you know, that challenge that they have and they can't get a driver's license.

So, no, we don't ask about it.  We don't care. It's not our job.  The only time that we care, the only time it is our job, and the only time that we get involved is when you commit a crime, you go to jail, and you're illegal.  That's the only thing that we get involved in.

I'm sorry.  I couldn't hear you.

MS. HERNANDEZ:  I don't have any other questions.

MS. LOCKHEART:  Great.  He'll read.

MS. BRODEEN:  I have some quick clarification.

CROSS-EXAMINATION

BY MS. BRODEEN:

Q.   Sheriff, when you were talking about the Alachua County Sheriff having a policy to not honor ICE detainers without any additional warrant, I believe you said something to the effect of it was a legal impossibility

to issue a warrant.

Now I just want to clarify, are you talking about any particular type of judicial warrant be a legal impossibility or it's impossible for a judge to issue a warrant generally?  I want to clarify that.

A.   No, no, what I'm talking about is as it relates to the detainer and civil immigration, is that it is a legal impossibility, can't happen, for an Article 3 judge, a district judge or a US magistrate to issue any type of a judicial warrant for the person's arrest.

The only time that a judge, whether it's a magistrate or whether it's a district judge, could issue a warrant is if it was a warrant of arrest for a criminal immigration violation and that rarely happens because the US Attorney's Office would have to be involved, you'd have to indict the person, et cetera, go through the grand jury proceedings.

So the absolute majority of all of this is done by the Office of Enforcement and Removal Operations, ICE, DRO, so it's all civil.

So, of course, judges, within the scope of their authority, can issue warrants but they have to be, of course, authorized by law to issue the warrant.  And the only -- the only people who are authorized to issue the I200 and the I205, which are the warrants in play here,

are those designated in the US Code and in the CFR, and it specifically lists those people and they are not judicial officers.  They are not judges or magistrates.

So any notion when people say, "Well, I'll only honor the detainer if the warrant accompanying the detainer is issued by a judge," it's 100 percent erroneous, 100 percent legally impossible.

MS. BRODEEN:  Thank you.  I have nothing further.

MS. LOCKHEART:  He'll read.

MS. HERNANDEZ:  We'll be ordering.  We'll e-mail you, Court Reporter.

MS. BRODEEN:  I would like a copy, thank you.

THE VIDEOGRAPHER:  Off the video record at 12:21 p.m.

(The deposition was concluded at 12:22 p.m.)

WITNESS NOTIFICATION LETTER

DATE: 08/11/2020
ROBERT A. GUALTIERI
c/o Shannon Lockheart, Esquire
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, Florida  33778

IN RE: CITY OF SOUTH MIAMI, et al. V RON DESANTIS, IN HIS
OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA,
et al.,
Deposition taken on:  August 5, 2020
U.S. Legal Support    JOB NO: 2214836

The transcript of the above proceeding is now available
for your review.

Please call 305-373-8404 to schedule an appointment
between the hours of 9:00 a.m. and 4:00 p.m., Monday
through Friday at a U.S. Legal Support office located
nearest you.

Please complete your review within 30 days.

Sincerely,

Donna Gunion, Florida Professional Reporter

U.S. Legal Support, Inc.
100 Southeast Third Avenue
Suite 1250
Miami, Florida, 33131

Cc via transcript:

                        ANNE JANET HERNANDEZ ANDERSON, Esq.
                        KAREN BRODEEN, Esq.

Robert Gualtieri
August 05, 2020                                    117

E R R A T A   S H E E T

IN RE: CITY OF SOUTH MIAMI, et al. V RON DESANTIS, IN HIS
OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA,
et al.,
DEPOSITION OF: ROBERT A. GUALTIERI TAKEN:  August 5, 2020
Taken By: DONNA GUNION                 JOB NO. 2214836
      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
PAGE #   LINE #    CHANGE                  REASON

_____
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


Please forward the original signed errata sheet to this
office so that copies may be distributed to all parties.

Under penalty of perjury, I declare that I have read my
deposition and that it is true and correct subject to any
changes in form or substance entered here.


DATE: _____


SIGNATURE OF DEPONENT: _____

                          CERTIFICATE OF OATH


THE STATE OF FLORIDA          )

COUNTY OF MIAMI-DADE          )


         I, Donna Gunion, Florida Professional Reporter,
Notary Public, State of Florida, certify that ROBERT A.
GUALTIERI personally appeared before me on the 5th day of
August, 2020 and was duly sworn.

         WITNESS my hand and official seal.

         DATED: 08/11/2020




_____
         Donna L. Gunion, FPR
      Notary Public - State of Florida
         COMMISSION # GG 117245
       Commission Expires 8/3/2021

CERTIFICATE OF REPORTER


THE STATE OF FLORIDA          )

COUNTY OF MIAMI-DADE          )


        I, Donna L. Gunion, Florida Professional Reporter and Notary Public in and for the State of Florida at large, do hereby certify that I was authorized to and did stenographically report the deposition of ROBERT A. GUALTIERI in the foregoing proceedings and was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; that said proceedings were taken before me at the time and place therein set forth and is a true record of my stenographic notes.

        I further certify that I am neither a relative, employee, attorney or counsel of any of the parties, nor am I relative or employee of any of the parties or connected with the action, nor am I financially interested in the action.

        In witness whereof, I have hereunto subscribed my name.

        DATED: 08/11/2020, at Miami, Dade-County, Florida.

_____
        Donna L. Gunion, FPR
      Florida Professional Reporter

Robert Gualtieri
August 05, 2020                                                                    1

**$**

$50   85:2

---

**1**

1   8:3,5,14
  9:1 32:6 83:7
10   28:6,8,14
  29:1
100   115:6,7
104   32:6
11   29:25
  83:22 107:3
11:33   94:7,9
11:42   94:10
11:44   94:12
12   105:19
12:21   115:13
12:22   115:15
13   53:23
  69:13 108:21
137   84:25
15   109:3
168   45:15
  46:17 50:8
  51:24 60:23,
  25 64:17
  70:16,17
  74:20 75:25
  76:21 77:4
  78:25 79:10,
  14,20,23,24
  84:1 101:2
17   39:8 41:9
  45:5
18   50:5 70:14
  74:25 79:19
18th   75:21
19   30:12
  37:11 52:16
  56:18,24
  58:16 86:2
  87:22
19-1   16:4

---

**2**

19-22927   7:21
1960   92:23
1983   52:5,13
1987   27:4

---

**2**

2   9:1 83:7
20   19:5 76:19
2000   17:6
2002   17:4
2011   18:10,12
2012   18:14
2014   27:10
2016   18:16
2019   25:1
  74:1,4,25
  76:19 82:5
  83:23
2020   5:19
205   29:15,20
  49:13 54:17
  55:1,9 65:21,
  25
24   69:12
247   27:9,17
  28:16,17,18,
  19,20,21 55:5
  102:10,11
247A   28:18,20
247B   28:18
26   19:22
  73:25 74:4
26(a)   37:5
26(b)(1)   37:2
287G   39:10
  40:19 83:25
  96:11,14,18
  97:7,16,23
  98:4,6,25

---

**3**

3   9:2 18:19
  20:23 22:6
  72:4,5 83:7

---

**4**

114:8
3,088   57:16
30   105:6
38   11:7 17:25

---

**4**

4   16:22 44:16
  45:2 74:24,25
  80:24,25 83:7
40   16:19 96:9
43   69:21
48   29:10
  50:24 57:23
  85:3 102:12,
  13 106:8,15

---

**5**

5   82:22 83:2,
  4,7,8
527   76:20
57   40:3
5th   5:19

---

**6**

6   24:3,6 83:1
65-year-old
  55:10
67   40:2

---

**7**

7   30:13 39:9
701   36:5

---

**8**

8   21:12 56:18
  86:3

---

**9**

9   96:10,11

---

**90**   5:14
**908**   14:3
  30:14 31:16
  32:5 35:15,25
  37:25 39:14
  50:8 59:20,23
  61:1,12,16
  62:6,11,15,20
  63:1,2,5,15
  64:16 70:17
  85:6 86:9
  88:15,18 89:5
  94:16 95:4,
  16,18,21 96:4
  101:15 103:23
  104:1,24
  105:9
**908.1024**
  44:13
**908.104**   46:3
**908.1041**
  31:24
**9:10**   5:20

---

**A**

a.m.   5:20
  94:7,9,10,12
ability   10:14
able   8:21
  9:6,12 10:17
  15:20 20:3
  26:21 62:4
  69:3 109:7
about   7:3
  12:16,18
  14:20 15:2
  16:19 17:5,
  14,22 18:1,2
  19:12 21:25
  22:2,5 25:7
  28:7,12 29:3
  30:21 31:8
  34:4,6,15
  35:17 37:11
  38:17 39:6
  41:10,20
  42:23,25 43:8

44:15 45:5
46:2,3,15,16,
19 47:5,6,9,
18,19,21
48:18 49:16
50:11 53:23
54:3,6 56:18,
19 57:5,12
58:12,13,15
59:2,3 60:18
63:4,9 64:16,
24 65:17,20
66:15 67:11
69:21,22 70:2
71:6 74:5,6,
17 77:16
79:1,13 80:2
81:7 83:4,23
84:13,21,22
85:14,18
86:3,7 87:2
88:2,20,21,
22,24 89:3
91:4 93:6
95:14 96:3,8,
9,11 98:1,3
99:14,21
101:1,3,16,
17,20 105:20
106:11,21
107:3,19,23
108:7,12,19,
21,24 109:25
110:16
111:10,22
112:2,9,20,24
113:1,10,22
114:2,6

**abscond**   58:24
**absolute**
114:18
**absolutely**
20:13 60:17
66:6,13 67:1
68:22 99:1,13
**access**   46:8,9
49:13 68:21,
23

**accompanied**
29:15 102:6
**accompany**
91:16
**accompanying**
115:5
**accomplish**
51:23
**according**
36:5
**accreditation**
105:14
**accumulated**
18:7
**accurate**
18:19 30:22,
24 76:3
**acknowledge**
6:5
**across**   27:15
51:12
**act**   80:7
**acting**   98:15
**action**   5:24
52:5,13
**actions**   105:2
**activity**
73:18,20,22
76:11 81:24
82:2
**actual**   8:24
42:7 89:12
**actually**   16:8
44:24 81:10
98:2
**add**   71:21
80:21
**additional**
17:9,12,17
66:22 75:22
113:24
**address**   35:8
**addressed**
59:20
**addressing**
79:6

**adhering**   31:9
**administering**
6:7
**Administration**
22:9 27:22
28:2,18 34:8,
9 97:10
**administrative**
6:9 12:13,15,
17 29:1
92:17,19,22,
23
**adopt**   84:16
**adversely**
51:8
**advice**   23:16
**Advocacy**
110:6
**affect**   10:14
51:8
**affected**
102:14
**affidavit**   9:1
11:14 15:17
16:23 17:10,
13 18:19
20:17 37:7
86:2
**affirmed**   7:9
**afraid**
110:21,22
**after**   40:25
50:24 53:2
55:19
**AG's**   21:8
**again**   8:12
23:5 30:19
32:5 33:19,22
46:5 54:23,24
55:2,4 59:22
61:14 62:25
66:11 67:12
68:8,18,21
69:12 74:23
78:8,15 81:14
85:13 87:21
88:20,22
89:14 90:8

94:19 97:16,
21 98:11
102:14 109:9
110:10
**against**   50:20
51:19 52:6
101:14,19
106:4 108:16
**agencies**   35:3
37:14 39:15,
17 42:25 45:4
46:16 49:10
**agency**   22:15,
19,24 31:25
32:22 33:9,23
34:5 44:10
45:9,12,17,18
46:5 47:4,15,
18,20 48:4,5,
24 49:4,6
105:24
**agent**   32:17
64:4 75:24
**agents**   35:19
56:25 57:3
**ago**   11:7
23:10 24:21
65:25 67:10
81:8 106:21
**agree**   28:23
31:15 41:13
47:3 48:23
62:18 73:6
76:4 81:17
85:4 103:5
**Agreed**   6:16,
24
**agreement**
5:10 6:13,15
40:24 84:1
85:1,4,12,16,
21
**agreements**
39:11,15 45:5
83:24 85:5
**ahead**   19:7
47:25 76:3

**Alachua** 89:7 90:2 91:14,15 113:22

**Albence** 42:17

**alien** 30:6 56:23 102:22 105:22

**aliens** 27:19 56:19

**all** 5:8,14 8:9,12 10:25 11:18 12:8 14:7 15:14 16:16 18:6 19:8 20:14,20 28:11 29:21 33:5,6 39:15 40:6 41:2 44:8,9 45:13 46:11 48:16 49:14 50:23 51:14 53:16 55:4 56:11 57:16 60:23 61:6 65:13 66:12,16 68:21 73:16 74:23 75:4, 17,22 77:18, 21 83:11,12, 13,14,15 84:12 86:23 88:1 92:7 93:17 97:11 99:17,24 100:15,24 102:1,9 103:20,21,22 104:17 105:2 108:7 109:20 112:11 114:18,20

**alleviate** 110:17

**allow** 97:18

**allowed** 109:5

**allows** 40:22

**along** 23:13

27:4 86:20

**already** 7:22 43:11 57:11 59:13,14 61:11,15 71:14 91:19

**also** 9:25 11:13 12:13 13:12 22:6 23:20 24:22 25:18 28:25 31:6,7,12 36:22 41:9 43:15,17 54:4 59:1 67:3 76:22 80:19 97:8 101:5 112:17,22

**always** 28:19, 22 66:21 80:19

**am** 5:24 6:6 8:3 15:17 31:18 33:21 67:1 83:4

**ambiguity** 48:3

**ambiguous** 92:14

**America** 26:20

**American** 17:8 25:17 43:9

**amount** 19:19 78:11 112:17

**ancillary** 33:6

**and** 5:5,8,10 6:6,7,10,11, 14,21,23 7:4, 10,15,18 8:3 9:17 10:1,5, 10,17,19,20, 25 11:2,10, 13,16,22 12:5,6,14,18, 24 13:6,9,10, 12,17 14:5,9, 11,23 15:5,

12,14,18,19 16:1,2,7,12, 13,24 17:3,5, 7 18:4,5,9, 14,16,18,23 19:5,19,20 20:9 21:3,5, 8,10,12,15,22 22:5,7,23 24:18,23 25:8,17,21 26:2,7,13,20, 24 27:2,4,6, 10,12,15,18, 21,22,23,24, 25 28:2,3,17 29:16,21 30:1,3,4,7, 13,25 31:6,8, 12 32:14 33:1,3,10,11 34:3 35:18,22 36:5,20 37:2, 6,7,12,13,14 38:13 39:3, 11,12 40:13, 18 41:9,11, 12,23 42:11, 13,14,18,19, 20 43:6,19 44:2,10 45:7, 17 46:1,11,18 48:11,13,15, 16,22 49:10, 12,16 50:13, 18,19,20 51:3,6,8,13, 17,24,25 52:1,5,15,18 53:1,8,21,24 54:5,11,12, 16,19,24 55:1,4,5,9, 10,14 56:5,9, 15,21 57:3,7, 11,15,17,19, 25 58:1,3,4, 6,8,22,25 59:1,10,13,

15,17,22 60:1,2,7,10, 12,13,16,20, 21 61:5,11, 15,25 63:2,9, 15 64:6,8,10, 12,16,19,23 65:10,17,22 66:2,3,4,7, 11,17,18 67:2,7,9,14, 17,19,24,25 68:8,24 69:5, 14,15 70:2,9, 19,21 71:3,5, 13,15,16,22, 23,25 72:16, 19 73:9,13, 14,21,25 74:19,24 75:3,9,23,24 76:2,7,10,18, 21 77:18,23, 24 78:1,3,4, 5,6,12 79:22 80:5,6,11,12, 13,16,19,21 81:3,11,14, 20,23 82:7, 10,18,20,25 83:7,13,15, 17,23 84:1,9 85:4,21 86:17 87:5,9,17,24 88:3,5,6,9 89:1,12,19, 20,22 90:2, 11,24 91:4, 14,20,21 92:5,15,17, 18,20,23,24 93:3,23,24,25 94:24 95:11, 19,20 96:25 97:1,7,14,16, 17 98:5,6,8, 10,12,14,15, 16,23 99:3,6, 10,22 100:2,

4,6,9,16,18, 19,20,22,25 101:18 102:3, 9,10,12,14,15 103:19 104:14,15 105:2,5,12, 13,15,17,21 106:5,11,13 108:7,11,18, 20 109:1,6,7, 8,9,12,17,19, 20,22,23 110:9,15,16, 20,23,24 111:1,10,18, 19,21,22,23 112:7,9,10, 12,15,16,22 113:5,7,8,9, 12,13 114:7, 14,19,23,25 115:1,2

**and/or** 5:11

**Anderson** 6:17 7:18

**anecdotal** 37:8

**Anne** 6:16 7:18

**announced** 74:13

**annual** 70:9

**another** 80:21 82:20 100:10, 13 105:23

**answer** 15:12, 13 19:15 20:2,3 23:12, 14 25:20 34:14 36:10, 16 43:11 44:8 65:4 100:2 104:17,20

**answered** 43:11 74:18

**answering** 10:2

**anti-sanctuary** 31:13 108:24

**any** 5:24 6:12 7:25 10:5,7, 13,16 12:21 13:13,14,23 15:5,8 17:9, 12,15,16 22:10,14,24 23:7,23 24:5, 6,15 25:1,11, 13,16 32:19, 20 33:8,17,21 34:9 41:25 42:25 43:1,14 45:22 46:9 49:21 50:22 56:7,13 59:5 61:21 74:20, 21 77:2,3,6 88:17 94:16 95:3 97:22 99:16 101:13 102:8 103:22 104:23 105:17 107:11,12,19, 20 113:17,24 114:3,9 115:4

**anybody** 12:18 13:6 14:20 26:8 32:15 40:1 61:8 96:1 101:21 102:20

**anybody's** 46:10 101:24

**anymore** 98:12

**anyone** 25:16 95:9

**anything** 8:20,21 14:25 15:10,13 33:7 36:6 46:11 49:14,16 53:17 74:17 86:19,20 96:2 100:22,23 102:9,10 104:6

**anyway** 53:15 80:9 84:18

**anywhere** 95:9

**AOSC-20-16** 6:10

**AOSC-20-17** 6:10

**Appeals** 91:24

**applicability** 46:24

**applicable** 46:24 61:5 63:6

**applied** 61:24

**applies** 34:21 40:6 49:9 61:3,7 63:13 97:21 103:1

**apply** 61:7, 18,23 102:17, 18,20,23 104:7

**appointed** 18:12

**appreciate** 10:9

**appropriate** 42:10 66:6

**approved** 82:18

**approximately** 5:20 77:14

**architect** 85:1,12,15

**are** 9:6,12 10:13,20 13:1,22 16:12,20 17:9,12,14,21 18:6 19:5,13, 14 20:3,5 23:11 24:15, 19,25 25:1, 11,13 31:8, 13,23 32:2 33:17 34:2, 11,16,18 35:16 36:3,9,

15 37:6 39:5, 10,13 40:2,3, 15 41:6 45:10 46:23 47:18, 24 48:12,14, 18 49:6 50:2, 11,24 51:7,11 53:14,23,24 54:1,3,4,10, 24 56:3,8,9, 10,11,21 57:1,2,3,10 58:2 59:3,8, 14 61:5 62:1, 2,19,20 63:6, 14 66:16,21 67:10 68:9, 12,14 69:1,7, 12 70:24 72:10,25 73:2,13,14 75:4 78:22 79:2,3,13 80:8 81:5 82:15 83:10, 14 84:18 86:7,8,12,13 87:3,21 88:4, 7,17,21,22 89:6,14 92:12,16,23, 24 93:19 94:24 96:7 98:14 100:10 103:2,11,14, 22 104:14,23 105:15 108:8, 15,16,21,22, 23,25 109:12, 16,17,18,19 110:1,3,4,5, 25 111:12,15, 20 113:6 114:2,24,25 115:1,2,3

**area** 24:2 38:19 69:14, 16 109:10 112:12

areas   69:18
aren't   56:11
  73:14
armed   67:23
around   11:6
  27:3,4 41:15,
  16,21 67:5
  74:4 89:25
  90:18,22 91:1
  93:1 97:17
  98:11
arrangement
  6:8,11
arrest   33:3
  38:7,18 40:15
  51:22 54:13,
  15,16 56:23
  57:9,15 58:9,
  10 59:7,9,17
  64:7,11 65:10
  69:5 71:8,10
  93:9,11,22
  96:15 97:4,
  15,18,22,24
  98:10 100:9,
  21,24 114:10,
  13
arrested   12:3
  51:5 54:25
  55:18,20
  63:17 65:22
  66:8,16
  67:13,15 68:2
  100:1,4
  101:22
arresting
  99:25
arrests   96:25
article   74:8,
  15 83:21,22
  84:6,20 85:14
  114:8
as   5:8 7:10
  9:21 11:1,5,
  14 12:7
  14:10,13
  16:3,12,16
  19:4,21 22:8

23:1,4,22
24:10 25:18
26:1 28:15
30:6,8 32:9
34:7 36:3,13,
20,22,23
37:4,13,16
40:14 42:9,14
43:17 45:17
47:14 48:4
50:3 52:16
54:2 56:8
59:17 63:5,14
64:20 65:17
69:4 73:21
74:14 79:14
82:2 84:1,14,
25 85:17,25
89:6,21,22
91:17 92:16
95:16 96:1
98:15 99:17
101:5 106:9
108:25 109:3,
10,25 110:8
111:19 114:6
Ashley   6:21
aside   111:25
ask   12:16
  19:5 20:9
  23:7,9 24:8,
  11 29:6,9
  30:7,8,9
  33:24 34:20
  36:8 43:15
  45:10 66:23
  84:8 85:13
  91:8 99:15
  110:15 112:4,
  5,23 113:10
asked   19:12
  21:22,23
  35:13,23
  38:6,7,9 46:3
  78:6 88:23
asking   10:2
  19:8,16,20
  20:4,7 30:21
  33:9 36:17

37:15 73:2
74:10 75:21
101:7,16
asks   32:24
  33:10,11
assertion
  63:2
assigned
  110:8
assist   33:23
  34:12,18
  35:14,23
  37:19,20
assistance
  33:13 34:10
  35:2,20
assisting
  22:11
association
  24:13,16,17,
  19,23 26:19,
  20 72:14
  78:10,16,20,
  24 82:12
  95:7,8
associations
  24:4,5 25:2
assume   11:10
  67:1 68:25
  69:1 105:11
at   6:1 10:10
  13:18,21
  14:7,14,15,23
  15:21 16:2,
  19,25 20:2
  21:9 23:6
  28:6 29:4
  30:16 31:3,24
  32:3 35:14,24
  43:22 45:13
  46:11 49:14
  50:5,8 54:1
  56:5,21,24
  57:16 58:2
  66:25 69:3
  70:5,9 72:1,
  23 73:24
  74:15 75:3,4,

6,12,13 76:22
77:6,8,22,24,
25 78:8
79:22,25
81:3,5,9,11
82:4 83:11
84:2,6,13,19,
24 85:9 86:23
87:2,9,22
89:13 94:6,11
95:22,25
96:22 98:21
99:10,17
100:15,24
101:12 102:1
103:21
110:10,11
111:8 115:13,
15
Athletic   25:8
attached
  40:15 55:5
attaching
  51:22
attachment
  63:11
attempt   56:23
attend   74:16,
  20 77:22 78:1
attendance
  8:1 79:22
attended
  16:25 76:25
  77:12,21,24,
  25 96:14,18
attending
  74:3 76:22,23
  77:3
attention
  18:18 72:12
attorney
  6:20,21 7:19
  12:25 13:1
  20:18 21:24
  42:20,21
Attorney's
  114:15

**attorney-**
**client** 5:11
12:22 13:13
**attorneys** 6:4
14:20 15:18
65:10
**audible** 10:6
49:22
**August** 5:19
**authorities**
27:6
**authority**
27:7,13,18
32:16,17,19,
20 38:5
45:23,24 93:5
99:14 110:19
114:22
**authorized**
32:24 71:15
114:23,24
**available**
5:14 40:18
94:25
**avenue** 92:24
**award** 82:5,10
**awards** 82:8
**aware** 5:7
22:1 33:17,21
69:7 88:17
90:2,10,11,
12,14 103:22
104:23
**away** 33:8,12
97:11

**B**

**B-Y-R-D** 71:4
**bachelor**
16:24
**bachelor's**
18:4
**back** 20:24
27:20,24 39:8
40:22 43:24
44:2,9 46:18

47:17 48:17
49:18 51:7
54:20,21,22,
24 55:13
65:24 66:5,
18,22 67:7,
21,25 68:5,8,
25 69:1 70:14
71:5 74:10
79:8 86:2
92:22 94:11
97:21 104:20
106:14
**background**
19:20,23
66:18 78:6
**backtrack**
20:21
**bad** 50:16,17
51:2,11,14,17
**balancing**
59:25
**bars** 59:13
**based** 21:3
27:8 29:16,
18,20,22,23
36:4,7 37:24
45:9 65:21
84:9 88:25
96:15,19
103:17 105:17
**basic** 39:10
84:1 85:1,4,
12,15,20
**basically**
53:3
**basics** 104:16
**basis** 29:12
69:3
**Bates** 71:24
72:5 75:12
80:25 81:3
**battery** 66:2
67:24
**Beach** 89:11
90:3,7
**bearing** 104:9

**became** 18:20
69:19 90:12
**because** 8:8
13:1 17:24
23:24 27:14
28:25 29:17,
22 33:2,5
39:24 41:4
44:18 45:8
48:12,21,24
49:11 50:15,
21,25 51:4
52:9,24 54:23
55:4 57:6,15
58:7 59:7,25
60:11,14,18
63:16 64:3,7,
9,11,13 65:4,
19 66:1,4,18
67:3,18,22
68:22 71:14
79:17 85:7
88:22 89:9,20
91:3,18,19,
20,21 92:21
93:2 94:19,20
97:23 99:11
102:9 108:15
109:24 110:23
111:17,21
112:14,17,25
113:1 114:14
**become** 25:4
45:15 90:2,10
**been** 7:9
10:1,23,25
11:6,16,19,25
12:3,7,8,10,
16 18:9
22:18,21,24
25:21 27:3,17
28:16,19,20,
22 30:10
36:22,25
40:25 41:15,
16,21 43:15
46:13 53:25
54:24 55:9,
18,20 60:3,19

62:3 63:7,17
66:4 68:3
80:4 82:13
89:16 98:11,
14 102:15
103:19 105:12
109:2,6
111:7,8,24
112:1
**before** 8:7
9:23 10:1
11:2,3,11,14,
16 12:17 16:5
18:20 38:17
46:19 61:12,
16 62:5,10
68:4 89:4
93:8 107:15
**begins** 64:19
**behalf** 5:23
6:2,20,25
**behind** 59:13
**being** 5:8
26:21 44:20
51:17 52:10
58:5 60:19
85:1 92:7
95:23 97:19
104:7 105:21
111:11
**belief** 108:20
**believe** 7:22
21:15 50:13
71:7 73:9
85:7 89:12,13
107:4 113:24
**beneficial**
82:13
**best** 16:18
31:25 32:10,
22 33:18
46:3,4,18
47:5 53:16,
20,22 77:16
**better** 8:13
53:21 65:7
**between** 43:6
52:18 53:8

**beyond** 27:7 29:10
**biased** 105:18
**biggest** 113:4
**bill** 45:15 51:24 64:17 70:18,20,22 75:22 76:20 78:2 79:1,14 80:4,7 101:2
**bill's** 70:24
**billion** 108:23
**bills** 78:12 79:2,6 80:2, 4,8
**biometric** 103:17
**bit** 15:25 41:10,25 47:17 49:7 52:16 72:22 74:7,8 75:17 84:5 93:6 101:1,3
**black** 92:15 104:5,10,11, 12 106:25 107:3
**blank** 72:9
**blind** 102:9
**blue-on-blue** 38:20 46:19 88:8
**BOA** 51:22
**BOAS** 39:10
**Bob** 7:14 84:22
**bodily** 63:11
**bond** 51:1 57:19 106:11, 14
**book** 49:15 66:3,13 67:2 71:13,19
**booked** 56:2 63:7,10,16,20

64:19,22,24 65:15,23 102:15
**booking** 64:21 71:12,16,17 101:25 102:2
**books** 101:24 105:12
**border** 29:18 34:21
**both** 15:9 85:20
**bottom** 16:20 75:12 81:3
**Boys** 25:8
**break** 10:11, 12 94:2
**breakdown** 69:25
**brief** 94:9
**briefly** 9:25 18:24
**bring** 13:23 64:10 71:12
**broad** 22:16 63:2,3
**Brodeen** 6:18, 19 13:4 32:12 33:19 35:5,9 38:2 47:7,11 49:22 52:19 53:9 59:21 62:7,12,21,24 65:2 70:4 72:2 79:11 103:7 104:18 105:1 113:19, 21 115:8,12
**bucket** 46:22
**bunch** 11:9 43:20 67:25 90:18,21,22, 23
**burglaries** 61:25
**burglary** 54:25 61:24 62:1,3

**business** 55:25 83:15 109:14
**but** 7:5 8:23 11:6 14:14 21:11 22:1,17 23:1,9,13,14, 23 24:1 25:25 26:7,9,10,12 28:11,20,23 29:6 30:18,19 31:4,7 32:4 34:2 41:7 42:8,9 43:22 44:5 45:24 46:23 47:13 48:4,14,18,20 49:1,3,6,9 51:18 53:14, 21 54:2 57:20 60:6 61:8,10 62:18 63:20 64:11,15,25 65:9,14,25 66:5,12,25 67:18 68:3,5, 18 69:2,16,25 72:8 74:22 77:3,15 79:25 80:9,12,19,20 83:13 85:9 87:1 89:14 90:17 91:19 93:3,21 97:5, 19 98:11 99:2,24 100:5 102:17 105:9 106:14 108:25 109:21 110:10 111:8 112:5, 12 114:22
**by** 5:2,18 6:10,13 7:12 8:10 9:5,11 13:4,5,9,10 19:11,22 20:22 21:3 22:17,18,21, 24 23:19

26:24 27:9 33:15 34:1,2 35:7,12,16,25 36:23 37:10, 23 38:14,15 40:3,4,25 42:7 45:1 47:8,16 49:5 50:4 51:22 52:2,23 54:7, 9 55:16 56:4 58:16 60:22 62:9,17,22 63:14,19,22, 23 64:16 65:6 66:3,14 67:2 70:11 72:7 73:5 74:9,14, 15 75:2 79:16 80:4 81:2 82:24 83:9 84:11,20 86:21,22,23 87:2 88:1 89:17 90:21 93:9,11 94:13 97:19 98:8 101:22 102:4, 5,6,14 103:10 104:22 105:2, 3,8,14,15 107:18 109:18 113:21 114:19,23 115:6
**Byrd** 71:3

---

**C**

---

**California** 55:12 86:21
**call** 20:14 63:14 97:6 110:13
**called** 98:7
**calling** 26:8
**calls** 43:24

came   23:24
   28:2,4  48:17
   61:16  62:6,11
   95:11  112:7
camera   5:3
campaigns
   107:11
can   7:13  9:4,
   8  10:4,7,8,
   10,11  14:1
   15:20  16:18
   18:8,23  20:11
   23:14  28:6
   33:13  36:7
   37:19  40:18
   44:5  49:20,25
   55:19  70:5,9
   72:1  74:8
   75:3  76:15
   77:14,16
   78:15  84:3,8,
   19  86:15,16
   92:13,16
   93:1,25
   96:14,18
   97:23  99:5
   100:1,4,5,9,
   15,17,20
   104:6  105:17
   106:13  108:1
   114:22
can't   10:24
   20:2  25:20
   29:21,22  33:8
   38:7,8,10
   41:4  43:21
   44:4  45:22
   46:6,14  47:1
   54:9  58:22
   61:25  62:1,3
   66:3,13,24
   67:1,2  68:24
   84:4  90:23
   91:6  93:4
   99:14,15,16,
   24  102:8,23
   110:5,24
   113:9  114:8

cannot   37:3
   91:21,22,24
   92:9  93:3
   99:10,13
capacity   6:22
   9:21  10:25
   11:3,5,17,18,
   20  19:4  32:9
   36:12,20
   37:16
capiases
   93:19
captain
   110:8,14
   112:13,19
caption   16:1
car   11:21
   33:3  87:18
care   101:25
   112:25
   113:10,11
career   18:20
   22:14
case   7:19,21
   12:1,8,11
   15:8,11,18
   16:1,4  19:3,
   9,11,21,25
   20:14,17  22:2
   23:6  27:11
   36:13,23,25
   38:22  48:17
   54:17  66:21
   69:3  80:20
cases   12:5,9,
   17  65:14
caught   93:1
cause   30:2,3,
   4,5  63:18
   64:7  65:12
   96:16,20,25
   97:4,14,18
   103:19
causes   111:4
Center   49:18
   110:7
centers   108:6

certain   31:21
   32:24  38:19
   101:14
   111:10,12,15
certainly
   21:9  24:1,2
   30:19  59:6
   93:21  111:8
certificates
   17:16,18
certification
   39:12  41:11,
   12  42:4  96:12
certifications
   17:12  18:5
certified
   5:16
cetera   46:17
   105:15  107:1
   109:2  114:16
CFR   115:1
chair   24:22
   78:14,20
chaired   71:2
   78:5
chairing   78:9
challenge
   113:8
challenges
   86:1  111:23
   113:3
chance   60:5
change   92:20
chapter   14:3
   30:14  31:16,
   19  35:15,25
   37:25  39:14
   50:8  59:20,23
   61:1,12,16
   62:6,11,15,20
   63:1,2,5,15
   64:16  70:17
   85:6  86:9
   88:15,18  89:5
   94:16  95:4,16
   96:4  101:15
   103:23  104:24
   105:6,9

characterizati
on   45:11
characterized
   85:24
charge   49:15
   54:25  65:16
   68:3  100:15,
   16,24
charged
   45:18,19
   48:5,10,12
charges   27:8
   29:11  50:24
   55:19,22
chat   8:3
   15:19  71:22
   83:6
check   99:16
chief   86:24
child   63:11
   66:2
choice   50:18
   51:17  52:25
choices   50:17
   52:13
chosen   82:15
churches
   110:6,10
Circuit   27:12
   91:24
Circuit's
   27:11
circumstance
   66:7
circumstances
   59:8  93:23
   102:4
cities   69:12,
   14,16
citizen   53:4
   102:24
   103:12,15
   108:3
citizens
   103:5
Citrus   49:4

city 7:20
39:19,20
46:16,25
48:18 49:19
59:9 66:1
89:11,17,19,
22
civil 12:9,12
29:5,13,21,23
76:18,23
114:7,20
claim 19:9,17
20:2,10
107:15,16
clarification
31:14 34:3
106:18 113:19
clarify 83:5
114:2,5
clear 10:10
39:13 44:10,
19 47:3 49:8
57:1 60:15
63:13 79:18,
24 97:5
clearly 39:2
59:15 92:6
Clearwater
110:7
clerk 75:10
Club 25:8
Code 115:1
codified 50:8
70:17
colleagues
84:16
College 16:24
Colorado
50:13
come 13:22
26:2,17,20
28:1 44:2
60:2 70:10
75:24 82:17
85:17,25
102:12
comes 33:10,
11 34:24

55:13 64:8
65:24 112:3,
25 113:4
comfortable
41:21
coming 54:20,
21,22 66:5
68:5
commenced
41:19
commission
49:5
commit 51:8
61:25 62:1,3
64:6,25
104:14 108:10
109:25 113:13
commits 64:18
67:6
committed
53:19 54:6,8
61:6,8,10
63:16 67:23
committee
24:23 71:2
78:7,9,15,19,
22 80:5
committing
54:4 66:2
108:15
109:12,22
110:25
common 68:9,
13,16
communicate
43:24
communicated
44:6,7
communicating
88:10
communication
12:22 13:13
25:13,16,25
43:16,18,23
communities
109:16
111:11,12,15

community
27:21 51:7
53:2,14
108:9,12,17
109:3,20
111:4,19,20
112:8,11,22
commuting
108:16
compares 70:2
complaint
13:19 14:4
complaints
111:19
compliance
35:25
complicated
27:1 50:13
63:25 78:4
80:14
comply 35:15
37:14 40:16
41:2,7
complying
53:1 96:3
comprehend
60:13
comprehensive
30:25
computer
99:16
concept 42:6,
8,14 70:18,19
concern 89:9
101:25 108:19
109:9,13
110:24,25
112:8
concerned
24:10 91:3
109:10
concerns
101:19 110:17
112:6
concluded
115:15
conduct 65:23
97:14 98:6,9

conducted
73:17 76:11
81:24 82:2
conducting
22:7
conference
73:25 74:3,
11,12,14
conferences
74:19,20
108:4
confirm 9:16
conformity
70:21
confusing
60:11 74:12
Congress
92:20 109:6
conjunctive
48:7
connection
52:17 53:7
consent 6:11
consequences
10:21 31:9,12
consider
89:8,9
considered
72:25 76:7
81:20
constitutional
19:3,18 20:8
36:12
consultation
43:5
contact 23:7
99:19
contemplated
64:16
context 39:22
61:4,6,7
63:22 64:1
71:7,9 97:20
108:1
continue
72:23

continued
  27:25 28:3
continuing
  19:20
contract  40:5
  64:9,14
  71:11,18,20
contracted
  49:5
contractor
  49:5
contrary  87:5
  92:7
contributors
  109:19
conversation
  93:8 113:1
conversations
  5:9,11 14:19,
  23
convicted
  66:1
cooperate
  65:13 89:19,
  22 91:3
cooperating
  86:18 88:10
  92:6
cooperation
  52:1
cop  46:8
  54:23
cops  88:7
  98:14 100:16
copy  5:16
  13:18 14:2,4,
  12 16:8,13,16
  30:1 32:25
  44:12 115:12
Cord  71:3
core  54:1
  110:1
corner  16:20
correct  7:16,
  17,23 8:19
  9:22 11:11,
  14,15 14:2

17:1,23 18:7,
11,16 22:23
30:5 31:16
47:12 73:10,
14 76:12
81:21 99:1
102:18
correctional
  40:23 45:20
corrections
  29:9 45:21
  48:24 49:2,3
could  24:1
  25:22 26:9
  28:1,4 29:7,
  8,12,13,22,23
  63:9 64:3,10,
  24 65:21
  67:12 80:15
  86:24 89:15
  97:5,9,14
  98:6,7,9,21
  99:2,24
  100:22,24
  102:19 114:12
couldn't
  38:13 71:19
  111:14 113:16
counsel  5:18
  6:11,13 7:22
  18:21 23:1,4,
  8,15,16,17,23
  42:20
counties
  57:17 88:17
country  27:16
  51:12 53:24
  97:17 109:4
county  9:21
  15:15 18:9,
  21,25 23:2
  26:19,21
  27:15 29:6,7
  35:13,22,23
  36:1 37:15
  39:21,23,24
  40:3,4,5,12,
  20 45:19,21
  48:6,19,23,25

49:2,3,4,5,18
52:2,4 54:10
55:7 56:2
57:12,16,18,
24 58:2 59:23
60:11 63:7,
10,16,20,21
64:9,12,14
69:6,7,13,20
71:13 73:1,7,
18,22 74:16
76:8,11
81:21,24
84:16,21
87:10 88:12
89:7,11,13,
18,22 90:2,3,
9 91:14,15
95:2,9 102:16
106:7,23
108:4 109:15,
16 113:23
course  22:13
  25:19 58:9
  61:17,19
  73:19 81:23
  83:15 90:24
  99:9 100:3
  103:1 114:21,
  23
court  5:1
  6:4,5,9,18,23
  7:1 10:3,4,8
  11:11 14:6
  63:18 80:23
  83:1,3,8
  91:24 92:21
  94:1 105:22
  107:15 115:11
Court's  13:19
  14:5
cover  66:4,14
  67:2
COVID  111:8,
  25
created  51:20
  60:17 61:12
crime  29:23
  30:4 51:9

53:19 54:4,7,
8 61:6,9,10
63:12,17
64:6,18 65:1,
23 66:8 67:5,
23 69:7,19
70:8,13 88:6
104:14 109:12
111:19 113:13
crimes  51:6
  66:17 69:22
  108:10,15
  109:22,25
  111:1
criminal
  10:20 11:25
  12:11 29:12,
  16,18 53:18
  55:19,22,24
  57:7 60:24
  61:1,11,12,
  15,22,24
  62:5,10,14
  88:4 93:9,10,
  11,22 109:11
  114:13
criminals
  54:4 62:23
  108:23
CROSS-
EXAMINATION
  113:20
crossed  29:17
crossfire
  88:9
cruiser  38:25
current  98:25
currently
  15:14 25:1
custody  27:20
  33:2 45:25
  48:13 49:10,
  15 57:10,20
  58:1,3,5,6,21
  59:5,10,13
  60:21 64:6
custom  52:9,
  10

| | | | |
|---|---|---|---|
| Customs 22:23 35:18 | 11:14 16:13, 14 19:24 20:24,25 21:1,13,16, 18,19,21,22, 23 22:1 24:21,25 28:7 29:25 30:13 39:9 50:6 52:17 70:15 79:8,13,19 89:3 96:10 105:19 | deponent 36:20 | detainer 26:3,14,18,23 27:2,6,9 28:13,15 29:12 40:11, 13,16 46:13 49:13 50:18, 21 53:1,17 54:9 55:8 56:20 57:7,22 61:4,6 64:20 65:21,24 66:11 69:5 91:16 102:6 103:4 105:21 106:2,4,13 114:7 115:5,6 |
| **D** | | deportation 29:16 54:13, 19 57:2,9 58:14 | |
| dads 109:1 danger 53:14 60:8 dangerous 58:10 data 70:5,6 database 46:9 databases 99:16 date 5:15 41:19 106:4 dated 73:25 83:22 David 71:2 day 5:19 44:5 days 5:14 de 26:10 de-conflict 38:19 46:19 DEA 33:10,16, 18 34:4,21 deal 79:4 86:1 dealing 26:5 54:14 deals 46:23 debate 54:1 decide 59:25 78:1 decides 64:20 decision 27:11 65:17 89:21 102:4 104:15 decisionmaker 52:5 86:24 decisionmaking 56:14 decisions 80:1 Declaration | decline 65:10 defendant 36:23 defense 107:16 define 41:14 defined 40:13 45:18 47:21, 22 48:1 defines 30:14 degree 18:4 65:19 90:1 degrees 17:9 delete 43:20 deliver 87:13,15 demographics 106:22 department 29:8 39:19 45:21 46:25 48:8,9,12,23 49:2,3,13 departments 46:16 48:12, 14,20 49:11, 19 91:2 dependent 65:18 depends 17:25 29:24 38:24 41:14 93:19, 20,22 95:17, 24 102:4 | deported 54:20,24 55:9,13 66:5 67:22 deporting 66:17 deposed 10:1, 23 deposition 5:17 6:5 8:5, 15,16 9:17, 19,23 12:19 13:15 14:5, 21,25 15:3 115:15 deputies 32:10,11 45:20 94:16, 17 96:6,7 103:11,14 111:20 112:23 deputized 98:6 deputy 32:18 39:2 55:14 97:12 98:20 99:2,5 Desantis 5:22 6:20 7:20 72:20 74:15 described 68:17 85:22, 23 description 41:10 designated 115:1 desktop 8:25 detain 48:21 detained 45:25 48:13 | detainers 27:2 34:24 40:12 41:24 42:2 46:6,23 47:1,6 51:18 52:2 53:18 54:8 56:10 57:14 63:5, 15,22 67:5 86:1,18 89:8 90:25 92:2 95:19 97:1,2 113:23 detention 45:20 64:13 96:19 determination 56:6 65:18 69:4 determine 99:14 determined 30:5 determines 103:18 determining 97:3 develop 42:13 developed 42:7 |

developing
42:4,6,9
DHS 22:21
42:20 57:1
dialogue
25:24
did 12:18,22
13:14,17,23
14:16,20,24
15:2 17:3
21:5,15,21,22
22:10,13
23:1,18,22
26:12 27:10
28:21 41:24
42:3,11,13,25
51:24 59:25
61:18,19,22
70:16 74:5,
12,19,22
77:6,22,23
78:1,20
80:11,19
88:12 90:2,10
91:8 95:15
96:1 97:11
102:24
104:14,15
107:5 108:5
didn't 14:7,
14,15 21:2,4,
11 26:4 55:8
60:12,14,18
62:8 63:11
64:6,25 65:12
68:14 73:15
74:16 77:23,
25 79:25
80:16 91:19
99:23
different
11:9 28:16,
20,21 37:19
45:16,25
54:5,13 64:1
69:12 109:24
dilemma 54:2
59:24 108:7,
22 109:21

110:2
DIRECT 7:11
direction
91:4
directly
106:12
director
42:17,18
directory
8:23
disagree
44:18,22
disagreeing
45:10
discretion
100:17,22
discrimination
102:8
discuss 39:10
discussed
85:10 88:11
101:10
discussing
83:24
discussion
21:25 25:25
43:4,14 94:8
108:6,12
109:23 113:5
discussions
42:22 90:5
110:7
disjunctive
48:7
Dismiss 14:9
disorderly
65:22
disposition
65:15
district 7:21
20:15 91:23
114:9,12
divulging
13:13
do 7:3,6,25
10:19 14:6,24
15:23 16:8,16

21:1,17 24:4,
5,6,10,15
26:24 27:19
28:1,8 33:1,
13,25 34:2
35:16 37:2
38:7,8,9,10,
13,15,22
39:18,19,20,
23 40:1,18,20
41:25 42:3
43:3 44:18
45:22,23,24
46:6,7,11
47:1 49:14,
20,22 52:21
53:17,18 54:2
56:9,24,25
58:16 60:14,
16 62:14,15
68:4,22 69:6,
19 71:16
72:13,22,23
73:9,17 74:3
75:15 76:17,
23 77:3,8,16
79:12 80:11,
12 85:11,14
87:6,16,19
88:1 90:21
91:8,9 92:4,
10,11 93:21,
25 95:11
97:22 98:16
99:13,17,20
101:6,23
103:9,20,25
104:6,13
105:7,16
106:20,22,24
109:7 110:9
111:11,16
112:4,14,15,
23
DOAH 12:17
Docket 16:3
document 9:6,
9,13 16:5
19:10,13

28:22,24
71:24 72:5,10
documented
51:12
documents
13:14,17,22,
23 14:24
does 23:15,
17,20 30:13,
16 32:9,10
35:15,25
38:16 44:21
51:25 59:19
61:7 65:17
68:24 70:12
76:6 78:17,18
82:12 85:9
96:22 97:3
104:1 105:25
112:13
doesn't 25:7
27:12 32:17,
19 34:22
39:24 48:24,
25 49:12,21
50:22 55:5
57:14,20
61:21,25
64:13 65:9
71:20 89:21
99:22 100:4
104:5,6,10,12
doing 38:21
50:23 51:3
67:6 74:21
86:18 101:5
domestic 22:7
don't 8:20,23
10:5,9 11:21
14:7,9 15:7,
13 21:7,8,17,
20,25 22:17
23:22,23
24:8,9,10,11
25:19,23
26:7,10 29:2
33:12 35:10
38:20,23
41:2,19 43:22

44:1 45:22
48:3,19,21
52:21 53:6
54:21 56:7,10
57:6,21 58:21
59:10 60:6
61:19 62:15
63:1,21 65:4,
14 66:3
68:21,22,23
69:23,24 70:6
73:14 74:17,
21,22 75:15
76:25 77:2,9
80:1,8 83:12
85:8,19
87:12,15,19
88:5,8 90:4
91:10,12
92:17 93:2,3
94:19,21,23
95:5,17
98:12,16
99:3,6,15
100:16,18
101:6,16
102:12
103:16,25
104:4,19,21
107:7 108:9,
14,18 110:21,
22 111:3,7
112:10,25
113:7,10,17
**done**  28:5
37:3 47:24
51:20 70:20
74:14 86:21,
22,23 91:11
101:13 105:4
106:19 108:4
112:18 114:18
**Donna**  6:1
**door**  57:16
**doubles**
112:16
**down**  16:1
37:25 63:8
69:10,12,15,

17,20,23,25
70:8 74:7
75:17 76:14
82:20 84:21
100:24
**downtown**  59:9
64:5
**driver's**
67:14 68:3,6,
7 99:3,6,12,
23 100:2,18
113:6,8,9
**driving**
67:13,16,18
**DRO**  42:18
114:20
**drop**  8:3
82:20 113:7
**dropped**
55:19,23
**drug**  22:7,8
34:5,8 38:22
**drunk**  67:18
**Duces**  13:20
**due**  29:10
**duly**  7:9
**Dunagan**  72:13
75:18 81:14
**during**  14:16
25:19 27:22
37:18 80:5
82:11 90:11,
24 107:11
**duties**  23:4,9
34:13,19

---

**E**

---

**e-mail**  25:22
43:22 44:3
49:22 73:2,3,
4,9,21,25
74:25 75:4,6,
16,18 76:2,4,
7,10 80:25
81:6,11,17,20
82:22 83:11,
17 115:10

**e-mails**  43:19
44:4 72:25
73:17,19
**earlier**  14:17
41:23,25 43:9
44:19 45:3
67:10 71:6
83:24 93:6
107:24 112:20
**earned**  16:24
17:16
**easier**  112:14
**easily**  107:8,
9
**eastern**  5:20
**Eckerd**  16:24
17:5,7
**economy**
109:20
**edict**  87:2
**educate**  78:7
**education**
17:17,21
18:2,3
**effect**  61:16
62:6,11
88:15,18,19
105:10 113:25
**efficacy**
108:6
**effort**  27:23
32:10 33:18
**efforts**  31:25
32:22 46:3,4,
18 47:5
104:23
**eight**  95:12
**either**  40:4,
19 50:24 51:4
52:13 53:1
89:25 108:18
**elected**  11:23
18:14
**eliminated**
112:5
**else**  11:4
13:6 14:20,25

39:3 50:1
102:20 106:5
**emerged**  84:14
**employed**
22:18,21,24
**encompasses**
106:17
**encouraging**
84:15
**end**  54:10
55:6 76:22
84:2 87:22
88:8 99:24
**ended**  24:21
80:15
**ends**  84:25
**enforce**
32:16,18 97:9
110:24
**enforced**
103:23 104:1
**enforcement**
17:19 18:6,20
22:8,14,23
31:25 32:1,
15,21,23
33:9,18,23
34:5,8,12,19
35:18,21
38:10 39:14,
16,17,22
42:18 43:17
44:10 45:4,8,
12,17,19,20
46:4 47:4,10,
14,18,20
48:4,5,10,11
56:13,21
57:3,6 58:19
67:4 72:20
84:15 87:4
97:12 98:5
99:19 101:22
105:3,24
110:19,22
111:2,3
114:19

enforcing 98:15
engage 88:6
enough 76:3
entail 78:17, 21
enter 6:2 39:15 45:4
entered 14:8
entire 9:9 16:8 31:18 84:6 87:25
entity 86:15, 17,23 95:8
Entry 16:3
environment 57:11 58:4,11 59:11,18 60:17
equivalent 33:16,17
ERO 56:16
erroneous 92:6,8 115:7
especially 65:20 108:6 110:14 113:6
established 37:25 92:7
establishing 42:8
estimated 53:23
estimates 53:20,22
et al 7:20
even 10:1 26:5,10 39:22 46:12 53:13 60:2 65:11 67:20 92:14 103:11,14 108:14
event 74:9,15
events 67:24
ever 9:23 11:25 12:3

23:22 25:16 26:8 43:15 48:17 107:12, 20
every 25:6 33:23 57:16 66:25 67:5 69:3 73:2
everybody 8:4 27:4,10 39:1, 2 50:1 53:11 56:3 94:4 95:12 108:8
everyone 61:18
everything 11:23,24 13:18 23:15, 17 25:10 31:1 36:24 88:2,10 105:16
exact 41:19
exactly 26:24 82:16 95:25
EXAMINATION 7:11
examined 7:9
example 24:13 38:4,6 47:14 48:4 53:16 67:11 87:9 89:6,7 91:14 95:6,7 98:19 106:9
examples 37:13 90:17
exceeded 38:5
except 103:4
exclusively 71:15
Excuse 19:1,2 72:2
execute 96:19
executed 71:14
executing 96:25

exhibit 8:3, 5,14 9:1,2 15:21 71:21 72:2,4,5 74:24,25 80:21,23,24, 25 82:20,22 83:1
exhibits 16:12,16
exist 48:19 49:12 57:14 59:19 92:13 98:1,12
existed 26:5 61:12,16 105:9
existing 61:11
exists 54:18 57:22
expected 37:20
experience 18:24 22:5,7 67:7,8
expert 36:3 37:1,4,9
expertise 80:13,14
explain 98:2
expressed 108:19
extended 6:10
extent 49:7
extremely 27:1 31:13

---

**F**

---

faced 27:18
facilities 39:10,11 64:13
facility 71:18 105:23 106:6

fact 19:3,9, 17,21 20:2 36:11 92:18
facts 23:6 36:7 37:6
factual 36:19 37:5
fair 25:18 26:4 43:8 78:11
fairly 41:13, 14
faith-based 110:6
fall 12:6
falls 11:22
familiar 9:16 30:2 31:15, 18,23 32:2 54:15 72:10 75:4 81:6,8 83:10 86:8
familiarity 31:17,21
far 24:10 42:9 96:1 108:25
fashion 82:13
FBI 32:17 33:10 34:21 49:17 56:5
February 73:25 74:4
federal 22:10,11,24 23:8,20,24 32:1,16,18,23 34:5,15 35:3 47:10 48:6 56:15 57:25 76:15 80:17 93:20 97:10
Federation 25:17 43:9
feds 72:21
feel 41:20 108:13

**fellow** 56:20
57:5
**few** 68:20
69:10 97:16,
17 110:11
111:8 112:3
**figure** 109:7
**filed** 16:4
19:11 20:17,
18
**finally** 28:4
**financially**
5:25
**find** 17:15
58:8 60:21
84:24 99:3,6,
21
**fine** 106:13
**fingerprinted**
56:3 102:3
**fingerprints**
49:16 56:3,4
65:24 102:3
**finished** 40:9
44:23
**first** 7:9
32:8,14 39:17
40:6 47:5
49:9 53:16
67:14 70:15
72:1 84:19
112:7
**five** 24:24
69:11
**five-minute**
94:2
**fix** 109:7
**flee** 58:22
**fleeting**
26:12
**flight** 56:22
58:15,16,18,
19,23
**FLIMEN** 43:17
**floor** 80:6
**Florida** 6:9
7:21 24:18,23

26:20 34:11,
17 40:2,14
45:15 48:9,
15,18 50:8
51:25 59:23
61:11,15,18
62:3,10,14,19
70:3,9 71:4
72:14 76:18
78:10,16,20,
23 80:2 82:12
84:14 87:25
88:17 89:4,25
95:7 97:17
100:3 105:3,
4,5 107:5,8
**Florida's**
62:5
**Floridians**
43:16
**flushing**
66:19
**flux** 27:14
**focus** 109:10
**follow** 93:3
**follow-up**
106:20
**followed**
52:11
**following**
52:6 105:22
**follows** 7:10
**for** 6:3,17
7:13,23 8:6,
16,19 10:4,5,
6,21 11:8
14:25 15:3,18
16:1,3 17:18
18:21 20:11
23:1 24:12,
23,24 25:17
27:3,25 29:9
30:4,17,18,19
31:14 32:10,
11,24 33:4,9,
10,11,17,24
34:3,20 36:18
37:9 38:11,

18,25 39:4
41:15,16,20
42:10,20
43:9,16 44:4
46:5,12,13
48:2 49:18
50:20,23
51:17 53:25
56:11,12
57:2,20,21
58:4,5,7
63:6,17 65:11
66:8 67:5,11,
13,15,16
68:20 69:6,13
70:10,12
72:6,14 75:1
77:21 78:8,9,
15,20,23
81:1,9 82:22
85:3 87:6,15,
17,25 88:2
90:4 91:6,14
93:5 95:6
97:13 98:14,
16,20 100:1,4
101:2 102:6,
11 105:12,13,
24 106:1,8,
15,18,22
107:5,11
108:1,8 109:3
112:14 114:4,
8,10,13
**force** 22:9
27:6 50:21
98:19,23
**forced** 45:15
**forces** 97:9,
11 98:1,4
**foreigners**
103:2
**foremost**
32:14
**form** 20:5
30:1,8 32:12
33:19 35:5,9
38:2 47:7,11
52:19 53:9

59:21 62:7,
12,21,24 65:2
70:4 71:12,17
79:11 94:18
103:7 104:18
105:1
**formal** 17:21
18:3 89:25
90:1
**forth** 27:24
**forward** 42:15
**found** 44:3
**four** 41:8
60:10,13,16
90:15,17,18,
19,20 97:24
**Frankly** 26:4
**Friend** 82:7,
10
**from** 5:14
6:19 16:24
17:3,5 18:3
23:9 25:17
35:20 36:12
38:1 57:18
58:4,18,19
66:24 68:19
75:18 76:3
77:16 81:4,17
86:17,18 87:8
90:12 94:9
95:3,7 100:23
104:10,11,12
106:6,7,12
**front** 8:22
14:6,12 16:9,
14 30:1 33:4
44:12 70:6
**FSA** 26:25
**Ft** 64:5
**full** 10:17
97:16
**full-blown**
40:19 97:7
**fully** 60:12
**functioned**
97:7,8

**functions** 97:15
**fundamental** 87:24
**further** 115:8

---

**G**

---

**G-A-U-L-T-I-E-R-I** 7:15
**Galarza** 27:11
**gave** 27:6 90:16
**Geez** 111:7
**gender** 105:17
**general** 6:20, 21 18:21 20:18 23:1,4, 8,9,15,17,23 34:17,20 35:1 37:12 42:20, 21 47:9 94:23,24
**General's** 21:24
**generally** 34:13 37:20 69:9 86:10 87:1 114:5
**get** 20:9 41:4 43:18 44:4,5 48:22 50:19, 20 53:13,15 54:21,25 57:23 58:22 60:2,14 62:8 63:8,9,21 65:14,23 67:15,17 68:4,5,8 70:22 78:3 80:2 88:5 89:21 98:7 102:3,10,12 109:5,18 111:19 113:9, 12,14

**get all** 93:1
**gets** 11:24 50:12 53:11 55:10,14 56:2,3 58:7 63:25 65:15, 22 67:12 68:2 102:2
**getting** 8:25 27:24 51:11 52:13 53:1 66:16 95:25
**Girls** 25:8
**give** 7:4 10:6,17 33:24 34:3 36:18 39:4 87:21 89:7 106:18
**given** 94:15
**gives** 57:23 87:3
**go** 5:10 9:25 14:1 16:21,22 18:23 19:7 20:11,24 24:8 30:12 33:1 35:19 39:8 44:9 46:1 47:17,25 49:17 51:8,13 54:25 58:8,23 60:7,20 62:15 65:24 67:19 70:5,9,14 75:17 76:3 86:2 87:10 92:19 96:10 100:19,25 104:20 105:11,19 106:14 110:16 112:14,16 113:13 114:16
**goal** 80:11, 12,19
**goes** 46:18 52:16 64:5

**going** 8:3,7, 18 9:15 12:15 15:17,25 16:2,7,11,21 18:18 19:10 21:12 22:2 30:12,18 31:4,18 33:2, 24 35:18 38:19,22,25 42:14 46:1 48:16 51:7 52:5 53:12 56:9 58:20,24 60:1,4,5 71:5,21,22,25 72:12 74:23, 24 76:14,21 79:8 80:6,7, 9,21 81:4,10 82:20 87:4,5, 8,16 88:15,18 92:12,22 100:5 105:9
**gone** 19:19 69:10,15,16, 17,20,25
**Gonzalez** 55:6
**good** 5:6 51:4 94:1 108:8 109:18
**Google** 91:11
**got** 9:3 11:21 13:25 14:1,14 24:11 44:3 45:14,25 49:10 51:12 55:12 58:8 64:4 66:25 67:25 83:7,25 84:6 94:20,21 95:20,22 105:11 108:21 109:3 112:7,9 113:7
**government** 5:2,4 13:2 22:11 43:13 56:15 85:2

86:15 97:11
**governmental** 86:17 95:8
**governor** 6:20 12:25
**graduate** 17:3
**grand** 114:17
**gray** 92:15
**great** 66:10 113:18
**greater** 56:22 57:8 59:2,6, 12,15
**ground** 9:25
**groups** 101:18 108:3 110:4, 15 111:6,25 112:1
**Gruters** 71:1
**Gualtieri** 5:18 6:25 7:8,14 9:12 20:16,23 37:12 83:10 84:22 94:15
**guess** 11:17 14:11 48:22 53:16 69:6 79:9 86:13 89:16 95:6 101:5 104:4 106:7 111:5
**guidance** 94:16 95:3 96:3
**Gunion** 6:1
**guy** 55:8,12
**guys** 67:15

---

**H**

---

**had** 9:23 21:25 23:7 25:16 27:6,17 28:18,24 41:23 42:22 43:14 46:13

55:8 59:25 60:15,16,20 61:15 68:6 80:1,4 86:1 88:17 89:11 90:1 101:11 106:9,13 108:6,12 110:7 112:6 113:2

**hadn't** 51:20

**Haiti** 104:10, 11

**half** 88:3

**hand** 7:1

**handful** 40:20

**hang** 8:9 9:4 34:3 93:7 106:18

**happen** 99:24 102:10 114:8

**happened** 25:23 26:9,11 66:9 67:15

**happening** 51:10

**happens** 11:24 68:18 100:19 103:5,6 114:14

**harassing** 23:10

**hard** 8:8 52:24 87:6

**harder** 87:6

**has** 8:4 20:16 28:24 31:12 33:5,6 36:6, 18 39:18,19, 23 40:1,25 46:25 49:2,13 50:21 53:18 54:18 55:19 56:13,25 61:8,11,15 64:9 66:4 67:15 71:9,18 72:16 75:24

83:14 84:14 92:21 95:2 96:14,18 97:22 98:14 101:22,23,25 103:8,9,20 104:9,13 105:12,16 106:1,4 109:4,6 110:19 111:3 112:17

**hasn't** 28:19, 22 37:3

**hatched** 84:16

**have** 7:25 8:14,15 9:6, 23 10:1,9,10, 19,23,25 11:16,19,25 12:3,8,10 14:2,4,6,12 15:5,10 16:5, 8,14,16 17:10,15,17 19:17 20:8,14 22:14,18 23:23 24:1,8, 15,23 25:4, 16,21,22 26:9 27:2,20 30:1, 10 31:17,21 32:16,17,19, 20 36:13 38:18,20,23 40:17,21,24 41:2,3,5,7,9 43:15 44:5,6, 12 45:22,24 46:5,6,8,9,10 49:19,20,22, 25 50:22 52:5 53:25 54:6,8 55:5 56:1,7, 12 57:15,20, 21 60:3,7,18, 19 61:5 62:3, 13,14,15 63:7,9,17

64:3,7,8,13 65:21 66:23 68:3,21,23 69:10,15,16, 19,25 70:6 71:20 73:11 76:25 77:2 80:16 81:9 82:13 83:25 87:18 88:9,12 89:1 91:10, 11,21,22,25 92:4,9,11,12, 16,20 93:4 94:15 95:6,20 97:5 99:3,6, 13,17,18,19, 23 100:18,21 101:13 102:14,15,22 103:19 104:20 105:3,4 106:20 107:11,19 108:24 109:1, 2,14,15,16,24 110:8,11,24, 25 111:21,22, 23 112:1,12 113:2,3,7,9, 17,19 114:15, 16,22 115:8

**haven't** 44:23 81:9 98:11, 12,16

**having** 7:9 8:8 40:14 50:16 51:17, 18 52:24 90:3 97:19 100:2 113:23

**HB** 76:20

**he** 19:3 23:7 36:7 37:2,3 42:16 44:21 55:8,9,10,14 72:14 89:20, 21 100:17 112:14,15,17

**He'll** 113:18 115:9

**he's** 36:20, 22,25 37:5 84:4,5,7 110:14 112:18

**head** 10:5 69:24 107:7 110:13

**head-to-head** 89:20

**hear** 10:7 111:14 113:16

**heard** 76:21 85:23

**hearing** 8:9

**hearings** 79:22

**held** 5:9,12 74:9,15 94:8 106:7

**help** 33:9,11, 24 34:20 50:3 70:22 78:7 86:19 87:5

**her** 64:4

**here** 5:21 8:8 11:3,6,7,24 13:3,4,25 16:12,22 17:10,13 19:4,18 20:21 22:2,6 30:13 31:3 32:3 36:20 39:9 41:10 45:9, 18,24 46:1,15 47:21 48:1 51:6 53:24,25 54:3,6 57:24 61:5,8 62:2 63:4,6 64:16 71:21,22 73:24 76:2 80:11,12,20, 21 82:20 83:21,25 84:13,21

87:3,21 89:1,
17 96:24 98:8
101:10
102:15,19,23
103:2 104:8,
14 105:25
108:9,11,14,
18,21,25
109:2,13,17,
21 110:1
111:12,16
112:7 114:25
**Hernandez**
  6:16 7:12,18
  8:10 9:3,5,
  10,11 13:5
  19:7,10,14,23
  20:5,11,16,
  20,22 23:11,
  19 33:15 34:1
  35:7,12 36:9,
  15,22 37:10,
  22,23 38:14
  44:23 45:1
  47:8,16 50:1,
  4 52:23 55:16
  60:22 62:9,
  17,22 63:23
  65:6 70:11
  72:4,7 73:4,5
  75:2 79:16
  80:24 81:2
  82:24 83:2,6,
  9 84:5,11
  94:3,13
  103:10 104:22
  105:8 107:18
  113:17 115:10
**Hernando**
  74:16
**hiding**  58:23
**high**  88:4
**highlight**
  16:2 84:3
**highlighted**
  76:16
**highlighting**
  72:16

**him**  19:11,12,
  14,24 20:4
  23:7,10,11
  36:9,15,18
  71:3 112:15,
  16
**his**  19:4,23
  23:9 36:3,4,
  6,19 37:6,7
  64:4 84:15
  89:22
**Hispanic**
  106:25 107:4
  108:5 110:6
  112:11,13
**hold**  27:7
  29:9 30:9
  58:21 60:2,10
  102:11 106:19
**holding**  5:2
  50:23
**Homan**  42:16
**home**  109:15
  111:18
**honestly**
  43:19
**honor**  26:22
  40:12,13
  50:18 55:8
  57:6 89:8
  92:1 95:18
  113:23 115:5
**honored**  55:4
**honoring**
  50:20 51:18
  52:1 86:18
  90:25
**hopefully**
  8:12 62:4
**hospital**
  105:23,25
  106:1,8,10,12
**hours**  29:10
  50:24 57:23
  85:3 88:3
  95:12 102:12,
  13 106:8,15

**house**  56:16
  57:4 64:10
  71:4 76:18,
  19,20,23 85:2
**housing**  40:24
  71:11,20
**how**  10:23
  11:20 15:2
  19:2,8,17,20
  20:2,3,7,9
  23:5 27:19
  30:14 31:8
  36:11,17,21
  37:8,19 41:14
  59:19 66:7
  70:2,16 77:14
  82:15 85:15
  86:8 89:3
  90:2,10 93:6
  95:24 96:7
  102:19
  107:14,19
  109:7 111:10,
  11,16
**hundreds**
  10:24 11:21
  44:5
**hurricane**
  35:14,24
  37:18
**hurt**  88:5
**hypothetical**
  37:8 65:3

——————————

I

——————————

**I'D**  36:8
**I'LL**  9:25
  10:1 20:21
  42:14 74:7
  75:3 77:15
  82:21,25 89:7
  97:6 112:4
  115:4
**I'M**  5:23 7:18
  8:7,8,18 9:15
  11:23 13:4
  15:25 16:2,7,

11,21 17:15
18:2,18 19:8,
16,20 20:7
21:12 24:17,
21 25:7,9
30:2,12,17,21
31:1,2,4,18
34:4 36:17
37:15 39:6
40:9 44:10,18
47:20,21,23
52:24 56:24
60:1 65:7
71:21,22,25
72:12,16
74:11,23
76:14 79:18
80:21 81:4,8,
10 82:20
90:18 95:25
101:7,17
107:9 113:16
114:6
**I'VE**  11:5,6
  12:16 13:25
  14:14 15:13
  22:24 44:7
  53:20,22
  76:15,25
  85:22 108:2
  110:7
**I-200**  40:14
  49:13 71:12,
  14,16
**I-205**  40:14
**I-205S**  54:12
**I-247**  26:22
  27:2 29:4,6
**I-247A**  28:7,
  13
**I200**  114:25
**I205**  114:25
**ICE**  27:9
  28:25 32:16,
  24 33:11
  35:13,19,22
  37:20 38:1,6,
  7,9,17 40:25

42:7,16,17,20
49:17,18
56:5,6,11,16,
25 57:8,15,
19,20 58:3,6,
13,19,20,22,
24 60:2,7,20
64:4,9,11,13,
18,20 65:16,
17,24 66:10,
12,17,23
68:19 69:4
71:7,9,10,14,
19 85:2,17,
20,25 86:18,
19 87:5,6,9,
15 89:19,23
92:23 95:11
97:19 102:5
103:8,9,17,20
104:15 110:23
113:23 114:19

**ICE's**  42:11
55:25 67:3

**identification**
5:2,5 8:6
72:6 75:1
81:1 82:23
103:18

**identified**
7:22 36:25

**identity**  5:5

**idiosyncratic**
105:18

**if**  9:3,16
10:4,7 12:15
14:1 17:15
18:23 20:1
23:7 26:9,12
28:6 29:4,15,
20 32:24
33:10,23
34:20 35:13,
22 37:17
38:4,6,7,8,17
41:6 46:20
48:3 49:25
51:21 52:3
53:3 55:3

56:1,22 57:6,
13 58:1,21
59:8 61:10
63:8,20 64:9,
17 67:20
71:10,18
75:21 89:15
92:2,4,10,12,
17 93:19
95:22 97:16
98:8,19
101:7,8
102:10,12,22,
23 103:11,14,
17 106:5,9
108:14 109:12
112:4,5
114:13 115:5

**IGSA**  39:11
51:23 64:8
71:6,7,10,17

**illegal**  27:19
57:7 102:22
108:9 109:13
111:11 113:14

**illegally**
29:17 51:6
53:24 54:3
61:5,8 62:2
63:6 87:3,21
92:2 98:9
102:15 103:2
104:14
108:14,22,25
109:17,22
110:1 111:13,
16

**illegals**
53:18 88:4
109:11

**illogical**
49:20 102:25

**immaterial**
99:17

**immediate**
24:22

**immigrant**
52:18 53:8
55:24 108:9,

19

**immigrants**
60:24 61:2,23
62:20 102:17,
18

**immigration**
22:14,18,23
23:8,21,24
24:7 25:11,
13,17 26:22
27:5 28:13,15
29:13,17 30:4
32:1,17,18,23
34:24 35:8,18
42:2 43:10,16
46:9,10 47:10
54:1,7,9,18
56:20 72:21
75:22 76:15
84:15 96:15,
19 97:1,9,15
98:9,10,15,
16,21 99:11,
15,18 101:23,
24 102:1
105:20 110:2,
3,20,23 111:3
114:7,14

**immigration-
related**  34:16

**impacted**
62:19,20
63:14

**implemented**
95:20 104:24

**important**
19:23 31:13
87:24

**impossibility**
113:25 114:4,
8

**impossible**
46:12,14 99:1
114:4 115:7

**impression**
27:5

**in**  5:21,24,25
6:5,21 7:19,

20,25 8:3,22
9:20 10:3,25
11:3,5,6,11,
16,17,20,25
12:7,11,16
13:6,10 14:6,
12 15:14,18,
19 16:4,9,12,
14,22 17:7,
10,13,18
18:12,14,16,
25 19:3,4,9,
11,13,21,24
20:14,17,23
21:24 22:2,6,
10,16 23:6
24:3,6,13
25:1,13,21
26:17 27:10,
11,16,19
28:2,14,25
30:1,16,17
31:2,3 32:9
33:3 34:11,
13,15,17,19
35:14,19,22
36:13,23,24
37:7,16,18,20
38:21,22
39:1,9,13,22
40:2,11,12,
16,19 41:2,3,
7,9 42:11,17
43:15,18
44:12,14
45:5,9,11
46:24 47:4,9,
13 48:5,15,
17,18,25
49:1,2,3
50:7,10,12,
13,16 51:1,
16,17 52:13,
16 53:20,23
54:7,10,18
55:6,7,12
56:7,8,14,17,
18,24 57:11,
13,16,17,24

58:10,15,25
59:1,9,12,13,
14,17,23,24
61:3,4,6,7,18
62:3,19 63:1,
3,4,8,22
64:8,13,21
65:25 66:8,24
68:8 69:7,10,
13,16,18,20
70:6,8,15,17,
20,21 71:1,4,
6,9,10,16,22
73:17,19
74:20 75:10,
24 76:10
77:1,3,20
78:5,11,23
79:12,14,18,
23 80:2
81:23,24
82:13 83:6,
14,21,22,25
84:20,22,25
85:5,14
86:19,21
88:6,8,18,21
89:1,4,11,13,
18,22 90:8
91:13 93:2
94:17,18,20
95:11 96:6
97:2,7,15,17,
20 98:11,12
101:18 102:2
103:22,23
104:1,8,15,24
105:3,4,5,6,
15,21,25
109:1,3,4,15,
16,18 110:1,
2,7 111:19,
20,25 112:8,
12,25 113:5,
15 114:25
115:1
**inapplicable**
48:20

**include** 42:3
73:21 91:13
97:3 105:25
**included**
16:12 19:13
**includes** 31:6
48:13 83:21
**including**
108:8
**inclusive**
25:6,10
**incompatible**
80:17
**inconsistent**
31:3
**incorporated**
94:22
**incorrect**
83:4
**incumbent**
103:16
**independent**
77:1,16
**independently**
83:13
**indicate** 6:13
**indict** 114:16
**individual**
30:9 69:3
102:7 103:18
**inexpensive**
84:17
**inflection**
100:10
**informal** 90:1
**information**
21:3,4,5 31:7
32:25 33:12
68:22,23,24
75:22 78:6
101:9
**infraction**
98:20
**inherently**
58:10
**initiate**
98:21 99:11

**initiative**
79:2
**initiatives**
78:23,25 79:2
82:14
**Injunction**
14:11
**inmate** 87:11,
13 106:9
**inmates** 85:3
**insignificant**
26:9
**instance**
64:23
**instances**
35:20
**instant** 66:8
**instructing**
19:14 23:11
36:9,15
**insufficient**
34:23 35:4,11
**interaction**
5:11 108:5
**interested**
5:25
**interface**
5:13
**interference**
56:22
**international**
22:7
**interpretation**
95:18
**interpreting**
23:20
**interstate**
67:17
**interview**
87:10
**into** 6:3
19:5,19
27:14,20 33:2
38:19 39:15
45:4 48:22
49:14,15
50:15 51:7

52:16 53:2
56:2 57:19,25
58:3,5,6,21,
23 59:5,10
60:21 61:16
62:6,11 63:7,
10,16,20
64:6,19,22
65:15,23
71:13,19
87:8,12
88:15,19
94:23 101:24
102:15 105:9
106:14
**intra-
government**
43:6
**introduced**
80:2,4
**investigating**
97:1
**investigation**
97:14 98:9,21
99:11 105:24
**investigations**
22:8 98:7
**involve** 23:20
**involved**
26:2,17 42:11
64:18 78:23
79:3 113:13,
15 114:15
**involvement**
101:1
**is** 5:8,9,17,
18,19,22 6:8
7:15,18,23
8:14,18,19,23
9:17 10:16
11:11,23
12:11,13
13:1,3,18
15:12,15
16:3,7,13,25
18:19 19:2,3,
8,17,18,20,
21,23 20:2,8,

9 21:13 22:6
23:2,5,8,10,
24 24:1 25:6,
10,18,20
26:22 27:13
28:4,15,24
29:1,5,6,10,
15,21 30:3,6,
18,19,22
31:2,3,4,24
32:5,21 33:5,
7,12,16,22
34:7,9,14,23
35:1,3,10,18
36:5,6,11,17,
19,21 37:1,5
38:10,25
39:17 40:9,
11,13,22,25
41:12,13,16
42:17 43:12
44:8 45:17,19
46:1,2,5,17
47:5,14 48:2,
3,5,8,24
49:4,7 50:10,
23 51:3,4,5,
6,10,20,25
52:6,10,17
53:6,12,16
54:6,13,15,
16,19 55:1,3,
4,18,20,23
56:23 57:1,5,
8,11,14,17
58:1,5,6
59:6,12,13,
19,23 60:11,
24 61:2,4,8
63:5,6,15,18,
25 64:1,8,12,
17,18 65:13,
16 66:8,12,
17,22,24
67:1,4,7,24
68:12,16,23,
24 69:2 70:8
71:8,10,11,
12,17,24

72:2,4,9,13,
16,24 73:6,9,
25 74:1 75:6,
9,21,25 76:7,
20,21 78:12,
19 79:10
80:9,13,20
81:3,7,11,12,
14,20 82:4,5,
7,8,10,15
83:1,7,8,16
84:15,20
85:5,6,11,19
86:5,6,11
87:4,9 88:24
89:18,22
92:2,5,6,8,18
93:9,10,11
94:1,3,18
95:13 96:11,
12 97:6,12,23
98:13,24
99:5,18
100:1,3,13
101:21
103:11,14,16,
23 104:1,5,
17,20,21,24
105:6,16
106:3,4,6
107:14,16
108:9,11,13,
20 109:8,10,
11 110:21,24,
25 111:1,5
112:11,12,13,
19,20 113:5,
12,13 114:6,
7,13,18 115:6
**islands**   45:16
**isn't**   31:11
36:2 50:2
52:9 80:19
92:14 102:19
**issue**   19:3,9,
21 20:3 23:6,
25 26:6,21
27:23 36:12
38:24 48:23

55:11 64:20
65:21 66:11
79:5 93:21
99:12 100:20
106:10 107:14
108:5,12
109:8,9,14,23
113:5 114:1,
4,9,12,22,23,
24
**issued**   5:2,4
46:13 54:16,
19 63:19
65:25 69:5
93:11,19
97:19 103:5,
20 115:6
**issues**   23:8,
24 26:1,3,14,
16,18,25 27:2
41:24 42:1
65:24,25
**issuing**   67:5
**it**   5:3 8:4,
12,25 9:3,8,
14 11:22,24
14:10,11,14,
15 17:25 18:4
19:5 20:1,2,
19 21:2,3,4,
7,10,11,18,25
23:14 24:1
25:7 26:8,9,
10,12 27:12,
14,24,25
28:1,3,4,8,
10,19,21
29:13,15,16,
20,22,23
30:6,16,18,25
31:4,6,7,11,
17,21 32:5,7,
15 33:5,6
34:21,24
35:10 36:17
38:24 39:17,
19,22 40:1,
11,18 41:20
42:14,24 43:5

44:1 45:23
46:7,11,14,15
47:13 48:17,
19 49:2,11,
12,16,17,18
50:12,21
51:23,25 52:3
55:4,5 56:7,8
57:5,23 60:9,
11,14,15,16,
18 61:1,3,4,
7,19,25 62:16
63:5,8,9,13,
15,25 64:25
65:9,17 66:18
67:6,8,21,25
68:18,25 69:2
70:20,21,22
71:23 72:1,
16,24 73:15,
24 74:2,5,9,
12 75:14,20,
21,24 76:1,2,
6,18,21 77:2
78:4 79:1,5,
7,14,25 80:5,
11,12,19
81:5,8,9,10
82:9,18,19
83:6,13,14,
16,21 84:9,
19,21,25
85:8,9,15,17,
24 87:6 89:15
90:1,14,18,
19,20,24
91:4,6 92:4,
6,8,12,14
93:2,4,5,19,
22 94:17
95:15,16,17,
18,19,22,24
97:5,6,7,15
98:13,14,19
99:20 100:4,
24 102:3,14,
18,19 103:1,
3,5,16,20
104:4,6,9,10,

12,13,16
105:13 106:3
109:5,7,21
111:1,4,22
112:3,4,7,9,
11,12,14,15,
16,18,25
113:5,10,12,
25 114:6,7,13
115:2
**it's** 7:20
9:19 10:2
11:9,18 14:10
16:19 20:7
23:25 27:1
28:20 29:4,9
30:17,25 33:8
34:20 38:17
39:1,2,3,13
41:13,15,16,
21 44:13
45:16 46:13
47:21,22
48:1,7,20
49:4,20 51:14
52:10 53:22
54:16,17 55:4
57:24 58:4,5,
6,9 59:15
66:12 67:20
69:23,25
71:22,24
72:8,24
73:11,15
75:12,18
76:2,3 78:4
81:11,23
82:11 83:14,
22 84:8,13
85:7,10,23
86:21,22,23
87:1,5 88:7,
10 91:20,21
92:3,5,14,15,
18 93:20
97:20 98:22
99:1,17
100:3,17
102:9,13

103:16,20
105:6 107:3,
8,9 108:23
109:24
110:16,17
111:7,8
112:14 113:11
114:4,11,12,
20 115:6
**iterations**
28:17,21,24
**its** 56:6
65:16 86:17
87:6
**itself** 30:17,
20 42:7 68:8
81:9

---

**J**

**jail** 18:25
27:15 29:6,8
39:25 40:1,
12,22,23
44:11 45:19,
21 46:24
48:25 49:6,
15,19 52:2,4
54:10 55:1
56:2 57:12,
16,18,23 58:2
59:14,18,23
60:11 63:7,
10,16,20,21
64:9,12,14,
19,21,22
65:15,23
71:13,20
86:19 87:8,9,
10,12 94:17
96:6 97:7,15,
20,22,24
101:25 102:5,
16 104:15
105:21 106:7,
14 113:13
**jails** 26:21
27:7 40:3,20
48:15,18,19

**Jamaica**
104:11
**Janet** 6:16
7:18
**job** 33:1,14
87:6 113:11,
12
**jobs** 109:2
**Joe** 57:7 71:1
**judge** 54:18
63:19 66:3,13
67:2 91:23
93:9,11
114:4,9,11,12
115:6
**judges** 93:21
114:21 115:3
**judgment**
50:20
**judgments**
51:18
**judicial**
91:15,22,25
92:2,5,9,11,
18 93:4
114:3,10
115:3
**Judiciary**
71:2
**jurisdiction**
93:23
**jury** 114:17
**just** 8:3,9
9:15,17 10:2,
11 11:5 12:10
14:8,24 15:17
16:2,11,21
18:6,18,23
19:12 20:24
23:10 27:4
28:12,19,22
30:6 31:6,11
32:3,4 33:8,
11 38:25
39:4,8 43:20
44:9 45:2,7,
10 47:3,6,9
50:1 62:10

65:3,7,8
67:4,10,19
68:6,16 71:6
72:8 73:3
77:2,16 78:8,
12 79:5 81:4,
11 82:17
83:12 84:18
87:18 88:25
89:15 90:23
92:9 98:2
100:15,19,20
104:4,16
106:19,20
107:5 109:18
112:14,16
114:2
**Justice**
76:18,24

---

**K**

**Kansas** 66:1
**Karen** 6:19
13:3,10
**keep** 27:19
54:20,21 66:5
68:5 69:7
73:17,19
75:23
**keeps** 49:23
**kept** 76:10
81:23
**kids** 109:1
113:7
**kill** 51:13
67:17 88:6
**kills** 55:14
**Kimberly** 75:9
**kind** 24:6
46:20 101:8
110:14
**kinds** 51:14
65:13
**know** 10:12
11:3,4,18,21,
22 13:21
14:7,9 17:19,

22,25 18:3 21:9 22:17 23:10 24:1,8, 9,11 25:19,20 26:1,5,8,12 27:1 28:16,24 29:2 31:6,17 33:4,22 35:10 37:12 38:9 43:18,19,22 44:11 45:9 46:12 48:1,2, 3 49:6,7 52:15 53:3,21 57:13 59:1 60:1 61:3 63:1 65:4,11, 18,19 66:3 67:14,18 68:4,18,19, 22,25 69:23 70:8 71:5 72:13 73:11, 14 74:17 76:25 77:23 78:2 80:8 81:8 85:11, 14,19 86:12 87:16,20 88:3,5,7,23, 25 89:1,6,9, 15,21,24 90:4,6,11,17 91:1,11,18, 19,22 92:16 94:19 95:5,17 96:1 101:7,8, 11,16,19 103:25 104:20,21 105:14 106:22 107:5,7 109:9 110:20 111:7, 11,16 112:2, 3,4 113:2,8

**knowingly** 56:19

**knowledge** 36:19,24 37:6

46:10 49:19 56:1,12 101:12,23,25

**known** 25:18 28:15 39:1,2 43:17 66:12, 13

**knows** 49:16 58:20 102:9

---

**L**

**lane** 47:13
**lascivious** 66:2
**last** 7:15 17:25 24:24 41:18,21 65:7 68:20 69:10, 11 72:9 83:3 88:2 97:13 98:12,14 105:20 110:11 111:5,25
**Lauderdale** 64:5
**law** 11:8 16:25 17:19 18:4,6,20 22:13 23:21, 24 27:6 29:23 31:25 32:1, 17,18,21,23 33:9,23 34:2, 9,11,12,18,23 35:1,21 39:14,16,17, 21 40:14 44:10 45:3,8, 11,16,17 47:4,10,14, 18,20 48:4,9 50:21 51:25 52:3,7,10 56:4,13,21 57:6 58:19 60:9 65:16 70:19 72:20

80:17 84:14 86:22 87:4 92:3,7,13,21 93:3,20 97:10,12 98:5,16 99:19 100:3 101:4, 22 105:3,4,5, 23 110:19,22 111:2 114:23
**lawful** 85:25 87:6
**lawfully** 26:22 27:20 28:1,4 38:7,8 40:18 41:4 71:15
**laws** 34:16 48:2,6,11 61:11,12,15, 18,22,24 62:5,10,14 70:21 88:22
**lawsuit** 11:16,19 15:6
**leader** 84:15
**League** 25:8
**learned** 27:16 101:10
**least** 30:16 111:9
**leaving** 111:25
**left** 12:11
**legal** 5:23 6:2 27:7,18 42:19 51:20, 21 80:14 113:25 114:3, 8
**legally** 62:2 80:15 91:22 92:12 104:8 115:7
**legislative** 24:22 78:9, 14,19,23 82:5,11,14

86:23 107:23
**legislature** 77:4 79:15 80:3,6 86:22
**less** 11:4 49:7 59:11 77:15
**let** 9:3 10:12 14:1 32:3 34:3 43:15 44:9 84:18,24 87:12 91:8 96:22 100:19, 25
**let's** 8:12 20:24 29:20 38:21 41:18 47:17 50:5 56:25 67:18, 19 68:2 69:11 70:14 75:17 86:2 96:10 105:19 106:11
**letting** 86:19
**level** 87:2
**lewd** 66:2
**liaison** 110:8,14 112:20
**license** 67:13,14,16 68:3,6,7 99:4,7,12,23 100:2,18 113:9
**licenses** 113:6,8
**life** 109:19
**like** 10:2 14:10 17:14, 18,21 20:1 27:3 33:8,11 43:25 48:1 49:3 55:6 67:15 75:13, 20 76:2,4 80:5 81:17 82:17 83:6,

12,17,22
86:21,25
87:17 90:4,14
92:17 93:2,3
106:24 115:12
**limiting**
90:18,19
**line**  72:19
82:4
**lines**  86:20
**link**  5:13
**list**  24:3,5
82:7
**listed**  17:10
36:3,20,22
37:4
**lists**  115:2
**litigation**
23:16 50:7,
10,14 51:16
**little**  15:25
41:16,25
47:17 48:3
49:7 52:16
72:22 74:7,8
75:17 93:6
**local**  23:25
27:6 29:11
32:14 35:20
46:5 56:13
72:20 85:2
86:14,17 87:4
98:5 99:19
110:19 111:2
**locally**  112:8
**locating**  91:9
**location**
35:19
**Lockheart**
6:23,24 7:23
8:25 9:8
12:24 19:1,8,
12,16 20:1,7,
13,18 21:8
23:5,13 36:2,
11,17 37:1,17
44:21 73:2
84:3,8

107:14,16
113:18 115:9
**lodging**  27:8
**long**  27:3
53:25 89:21
105:13
**longer**  98:1
**look**  14:7,14,
15 28:6 32:3
50:5 66:25
69:3 70:5,9
72:1,22 75:3,
13 81:5 84:19
95:22 105:11
**looked**  13:18,
21 79:25 80:5
81:9
**looking**  14:23
29:4 31:3
85:9
**looks**  9:16
14:10 56:5
75:20 76:2,4
81:17 83:6,
17,22
**lot**  17:24
25:9 27:23
39:16 41:24
42:16,22
53:24 54:11
66:10,23
67:19 89:6
90:5 93:2
100:21 101:10
108:2,5,6,11,
15,19 109:17
110:5 112:5,
8,10,11,12
**loudly**  49:24
**lying**  10:21

---

**M**

---

**made**  15:9
56:23 60:15
64:11 89:16
97:4 102:4
103:8,9

107:12,20
**magistrate**
20:15 91:23
114:9,12
**magistrates**
115:3
**main**  80:11,12
**maintaining**
73:21
**major**  17:7
26:19
**majority**
108:13 114:18
**make**  9:17
10:4,5,8 14:2
32:3,4 33:3
34:5 38:20
44:9 45:7
47:19 49:21
50:1,2,16
51:17 57:9
61:21 64:7
69:4 70:20
71:8,9 75:23
78:3 79:18
80:1 87:6
89:21 96:15
97:14,18,23
98:10 103:23,
25 104:15,23
**makes**  56:6
65:16 103:4
**making**  38:23
53:7 58:9,10
59:16,17
96:25
**managing**
45:24 48:13
49:10
**mandate**  60:9
**mandated**  34:2
**mandates**
34:10
**manner**  6:12
103:24 104:1,
2
**many**  10:23
11:20 18:7

28:24 48:1
77:14 78:12
89:3 96:7
97:13 98:13,
14,17 110:18
**March**  74:25
75:21 76:19
83:22
**marked**  8:6
33:3 38:25
39:4 72:6
74:25 81:1
82:22 87:18
**Matt**  42:17
72:13 75:18
81:14
**matter**  5:21
34:22 61:25
65:9 80:1
104:5,6,10,12
**may**  17:17
25:4 38:24
53:21 102:5
**maybe**  26:10
65:12,19
74:11
**mayor**  86:25
89:17
**me**  9:3 10:12
12:16 14:1
19:1,2 25:22
26:8 28:8
32:3,4 34:3
39:13 42:10
43:6,15,21,
23,24 44:9
46:3 56:12
59:3 60:1
70:7 72:2,23
74:10 75:15
77:14 78:6
81:5 82:18
84:18,24
88:25 90:19
91:8 96:23
106:19 108:1
110:15 112:18
**mean**  11:2,5

17:18 21:2,9, 18 22:17 23:22 25:6,9 26:7,8,24 30:16,24 32:10,11 35:16 38:15, 16 41:18 52:21 58:16 65:5 77:15,24 79:12 88:1,3 90:4,6,10,21 91:10 95:5, 11,17,18 99:9 100:4,16 101:6 102:19, 23,25 103:1, 25 104:2,19 105:11,14 106:1,25 108:2 111:7, 17 112:3

**meaning** 44:6

**means** 30:25 33:14 40:18 43:23 45:18 48:4 53:19 68:5,6 85:11, 14 106:3

**mechanisms** 103:22

**media** 15:8,10 72:24 73:11, 13,15 85:19

**medical** 106:10

**medications** 10:13

**meeting** 13:7, 12 14:16 76:19,24 77:1,11

**meetings** 77:3,18,22 78:1 107:23

**member** 24:14, 17,19,25 25:1,4,7,9,11

**members** 56:21 78:7 82:17

**membership** 24:12

**mention** 30:2, 3

**mentioned** 12:6 14:5,24 17:13 18:6,23 26:13 33:16 41:23 42:1 43:7,9 52:12 84:9 91:14 96:6 110:3 111:10,15 112:22

**merely** 110:1

**message** 54:21

**Miami** 5:21 7:20 39:20,21

**Miami-dade** 49:1 89:13 90:3,9

**middle** 20:14 57:24 84:20 97:2

**might** 10:14 23:23 25:21, 22 50:3 66:9 91:10,11 94:22 106:19

**million** 53:23 54:3 108:21

**mind** 13:22

**mine** 68:15

**minimis** 26:10

**minimize** 15:25

**minor** 65:23 66:7,17 67:9

**minutes** 15:4 19:5

**misdemeanor** 100:3

**misguided** 91:21 92:5

**misleading** 28:25 29:2,3

**misplaced** 92:14

**misstatement** 92:3

**mistake** 103:8,9

**misunderstood** 44:1

**Mmh** 60:4

**mobile** 109:15 111:18

**moment** 57:17

**moms** 109:1

**months** 111:7, 8

**Moody** 6:21 75:24

**Moose** 25:8

**more** 15:25 23:10 50:19 51:8 58:10 59:11 63:25 67:23 72:22 74:8 75:13 77:11 90:17 112:1

**morning** 5:6

**most** 53:22 54:15 68:9,13

**Motion** 14:9

**motions** 13:19

**move** 8:7 23:13 36:8 93:8

**Ms** 6:16,18, 19,23,24 7:12,23 8:10, 25 9:3,5,8, 10,11 13:4,5 19:1,7,8,10, 12,14,16,23 20:1,5,7,11, 13,16,18,20, 22 21:8 23:5, 11,13,19

32:12 33:15, 19 34:1 35:5, 7,9,12 36:2, 9,11,15,17,22 37:1,10,17, 22,23 38:2,14 44:21,23 45:1 47:7,8,11,16 49:22 50:1,4 52:19,23 53:9 55:16 59:21 60:22 62:7,9, 12,17,21,22, 24 63:23 65:2,6 70:4, 11 72:2,4,7 73:2,4,5 75:2 79:11,16 80:24 81:2 82:24 83:2,6, 9 84:3,5,8,11 94:3,13 103:7,10 104:18,22 105:1,8 107:14,16,18 113:17,18,19, 21 115:8,9, 10,12

**much** 14:8 15:2 58:10 59:11,15 60:17 66:17 90:11

**municipal** 48:6,14,20 49:11,12

**must** 71:8

**muted** 50:2

**my** 5:22 7:18 8:18 11:5,17, 23,24 15:20 24:21 52:17 53:6 66:24 67:7,8 69:24 71:23 74:18, 23 80:11,12, 18,22 82:21, 25 83:14

107:7 108:20
109:9,13
110:13
**myself** 85:22,
23

---

**N**

---

**name** 5:22
6:14 7:13,15,
18 11:22,23,
24 72:16
83:14 84:20
**named** 12:16
**names** 82:15
110:5
**naming** 12:7
**national**
24:13,16
26:19 84:14
95:8 104:7
105:16
**nature** 90:1
103:3
**necessarily**
64:25
**necessary**
57:14
**need** 10:11,12
23:13 28:8
33:1 41:5
46:20 69:2
72:22 83:4
**needing** 45:4
**needs** 36:4
**neutral**
103:24 104:1,
2,3,24 105:5,
17
**never** 12:10
22:21,24
36:18 44:5
62:3,4 85:22,
23 92:13
109:6
**new** 41:13,15
59:9

**newest** 42:17
**newly** 84:16
**news** 15:5
**next** 56:17
**NGOS** 43:3
**nine** 11:6
55:9
**no** 6:9 7:21
8:2,5 10:15,
18 11:2 12:2,
4 13:8 14:18,
22 15:1,12
17:11 18:3
19:8,12
20:13,18
22:20,22
23:13,22
24:17,20
25:12,15,19,
21,24,25 26:7
27:12,13
28:10 31:19
32:16 37:17
43:3,4,5,12,
18 44:8
45:13,23
46:8,9,10,19,
24 48:14,18
49:1,4,12,19
50:21 56:1,
12,13 60:18
61:24 62:13
67:13 68:2
72:5,11,24
73:11 74:25
75:5 77:9,15
80:24,25 81:9
82:22 83:1,2,
4 87:1,15,19
88:14,16
90:16 92:15
93:4 94:3
96:5,6,17,21
97:12 98:1
99:13 100:24
101:21,23,25
104:9,17,20
107:7 109:14
112:25 113:10

114:6
**nobody** 43:13
49:16 68:24
97:23 102:9
**nod** 10:5
**non-287g** 71:7
**non-biased**
105:4
**non-
governmental**
43:12
**non-recidivist**
53:13
**nongovernmenta
l** 42:25 43:1,
4
**nonparty**
19:19 20:9
**nor** 5:24
**normal** 83:15
**not** 5:23 6:6
8:21 9:8 11:5
13:3 17:9,12
19:13,14
20:13 23:11,
25 24:2 25:6,
10 30:4,18
31:1,4,6,9,18
32:5 34:16
36:5,9,15,19
37:8 38:21
39:3,13,16,17
40:9 43:22
44:18 45:4,
13,19 47:5,6
48:7,11 51:4
52:5 53:11,12
54:17 55:3,4,
25 57:3 58:24
59:19 60:5,9
61:7,8,18,20,
23 62:23
63:12 64:18
66:13,17,19
67:2,4,18
68:4,14,25
69:1 71:18
74:11 78:8

79:2 81:8
86:19,22 87:4
89:16 90:18,
19 92:6,18
93:18,20
95:25 96:14,
18 98:24
99:1,13
100:2,15,21
102:5,22,23
108:8,23
109:12,13
110:23 111:8
112:11
113:11,23
115:2,3
**note** 10:8
**notes** 14:16
**nothing** 7:4
29:2 31:2
33:7 39:18,
19,20,23 40:1
43:3,5 46:6,
7,25 49:20
50:19 62:13,
14,15 99:14,
17,19 101:23
103:9,20
104:13 105:17
115:8
**notice** 8:5,
15,18,24 9:1,
18,19 14:5
**noting** 97:22
**notion** 115:4
**now** 5:6 9:6
18:8 19:5
24:21 28:12,
16 48:12
51:25 54:24
69:12 90:16
94:1 98:24
114:2
**NSA** 26:25
**nuanced** 78:4
**number** 38:9
42:19,24
50:18 72:2

80:23 89:25
90:24 91:5,6
108:3 110:10
**numbered**
16:20
**numerous**
55:13

---

**O**

---

**oath** 6:8
10:19,21
21:19
**Obama** 27:22
28:17 97:10
**object** 19:2
23:5 33:19
35:9 59:21
70:4 79:11
103:7 105:1
**objecting**
20:5
**objection**
10:8 32:12
35:5 38:2
47:7,11 52:19
53:9 62:7,12,
21,24 65:2
104:18
**objections**
6:12 10:7
**obligated**
34:18
**obligation**
46:17
**obtainable**
107:8,9
**obviously**
21:10
**occur** 35:22
**occurred**
35:24 36:6,19
**of** 5:12,13,
16,17,19,21,
23 6:2,12,19,
20,25 7:20,21
8:5,15,22
9:8,14,19,21

10:8 11:3,9
12:21 13:19,
21,23 14:2,4,
6,12 16:8,9,
14,16,21,23
17:20,24
18:5,8,19,20,
24 19:19
20:5,23 21:12
22:8,10,13,16
24:2,4,5,6,9,
15,17 25:1,4,
6,7,9,10,11,
20 26:4,19,21
27:6,8,9,19,
23,24 28:6,
17,21 29:6,8,
12,16,25
30:1,2,12,14,
22 31:5,7,9,
11 32:1,6,12,
23,25 33:17,
18,19,21
34:13,15,19
35:5,20,24
37:6,25 38:2,
5,6,8,9,11
39:6,9,15,20
40:2,3,17,20,
24 41:3,4,5,
6,7,10,24
42:8,14,16,
18,19,22,23,
24 43:13,19,
20 44:12
45:11,15,21,
22,25 46:10,
20 47:10
48:5,9,11,13,
23,24 49:2,3,
9 50:5,14,21
51:5,14,18
52:1,10,19,25
53:9,16,24
54:1,10,11,19
56:1,15,16,
21,22 57:4,
10,16,24
58:1,9,15,16,

23 59:2,6,7,
11,12,16,18
60:5,10,16
61:17,19
63:10,18,19
64:2,20
65:11,13,15,
16 66:1,7,10,
12,15,23
67:3,19,24,25
68:8 69:7,14,
15,16,18,24,
25 70:2,6,14,
18,19 71:4
73:19,22
74:8,20 75:25
76:11,20,21
77:1,2,6,21
78:11,12,14,
22,25 79:2,5,
9,19,23 80:10
81:23 82:2,7,
10,14 83:14,
15,23 84:20,
25 85:1,5,7,
10,12,15
86:2,5,11,14
87:3,22,25
88:17,21,24
89:9,17,25
90:1,2,5,6,
10,11,13,14,
18,22,24
91:4,5,6,23,
24 92:3,22
93:2,10 95:3,
9,18,19,21,25
96:10 97:3,
17,22,24
99:9,11
100:3,22
101:4,9,10,
11,13,14,17,
18,21,24
102:1,5
103:1,3,17,
18,22 104:7,
16,23 105:19
106:24,25

107:7,11
108:3,5,6,7,
11,13,15,19
109:10,17,23
110:1,5,10,
13,14,21,22
111:6,17,18
112:5,8,10,
11,12,17,18
113:4,5,25
114:3,10,13,
18,19,21,22
**off** 5:10
20:11 49:25
52:3 69:24
94:6,8 102:3
107:7 110:13
113:7 115:13
**offense** 67:20
**offenses** 67:9
**offered** 44:7
**office** 6:19
11:6 18:21
21:8,24 23:2
35:14,23 36:1
37:16 39:21,
23,24 48:9
58:25 73:7,
18,22 74:16
76:8,12
81:21,25
95:2,3,10
114:15,19
**officer** 19:4,
18 20:8
32:19,24
36:12 38:23
39:2,12 40:21
41:1,10 42:4,
9 43:2 56:13
57:9 58:6,14
71:7,9,10,14,
19 85:21
87:17 94:21
96:14,18,22
97:12,13
99:10 100:6
101:22,25

| | | | |
|---|---|---|---|
| **officer's** 100:17 | 75:12,21 77:11,18,21 79:8 81:10 83:8,20 84:8, 12 86:8,11 87:7 91:8,13 92:8 93:7,15 94:3,5 96:3 97:25 98:18 99:2,10 101:13 104:23 107:19 112:22 | 84:9,15 85:20 86:1,3 87:18 88:8,25 90:4, 24 91:6,9 93:7,8,19,22 94:11 95:12, 17,21,23,24 96:3,15,19,25 97:8 98:7 102:4 103:5, 17,20 104:9 105:12,17 106:18,19,20 | 110:24 113:11,12,14 114:11,24 115:4 |
| **officers** 32:16 34:12, 19 40:23 45:20 56:21 57:2,6 60:20 95:13,23 96:24 97:9 98:5 100:21 105:3 115:3 | | | **open** 15:17 71:22 |
| | | | **operate** 39:25 48:25 49:1,5 |
| | | | **operation** 35:24 38:21 57:4 87:16 |
| **official** 6:21 11:17,18,20 19:4 36:12,20 72:25 73:7 76:8 81:20 86:13 89:14 97:19 | **on** 5:6,23 6:1,15,20,24 8:9,21 9:4 10:13 11:23, 24 13:1 14:10 15:10,21 17:25 20:14 21:3 25:20 26:3,4,14,18, 21 27:17,25 28:3,8 29:11, 16,18,20,22, 23,25 30:13 34:3 36:4,7, 8,18 37:8,24 38:24 39:9,21 41:14 42:6,8, 24 43:1 44:10,20 45:7,9,13 46:1 48:16 49:15,23 51:1,5 54:25 55:9 56:16, 18,23 57:3,9 58:8,9 59:9, 16 60:5,6,20 63:8,10,17 64:4,21 65:21,22 66:2,16 67:17 68:2 69:3 70:6,10 71:23 72:21 75:20, 22 76:15,19 78:13 79:18 80:7 82:14 | **once** 10:10 54:18 58:7 | **operations** 37:21 42:19 114:19 |
| | | **one** 23:9 26:10 28:22 38:4 40:17,24 41:4,5,7 45:17 50:14, 16,18 60:10, 15 64:24 66:15,25 77:11 78:12, 25 79:5,9 80:9 81:11 83:3,7,8 85:5,7,10 89:13 90:7,14 95:19,21 111:6 113:4 | **operator** 29:6 45:21 52:2,4 |
| **officials** 98:15 | | | **operators** 27:15 40:2,12 44:11 59:23 60:12 |
| **often** 112:1 | | | **opinion** 36:4, 18 |
| **oh** 44:3 68:6 108:2 | | | **opposed** 59:17 79:3 109:25 |
| **okay** 8:11,21 9:3,10,15,20 10:25 11:10 12:13 13:6,23 14:16 16:7 18:2,5 20:16, 20 21:5,12,23 22:5,18 24:3, 12 26:13 28:11 29:4,25 30:7,21 31:20,23 34:9 35:13 37:22 39:7 40:8,10 41:9,23 42:13 44:9 47:2 48:6,11 52:12 55:17 57:1 61:10,22 63:24 64:23 66:20 67:9 68:16 69:10, 18 71:21 72:12,25 73:12,16 74:3,7,18 | | **one-size-fits- all** 87:1 93:21 | **opposing** 5:15 |
| | | | **option** 40:21 51:3,4 85:18 |
| | | **ones** 77:8,22 83:12 90:25 | **options** 40:17,24 41:7 60:10,13 85:7,10 95:20,21 |
| | | **only** 12:11 24:19 40:20 46:23 48:19 53:18 54:5 55:17 56:1 60:23 61:1,3, 4 62:18,19 63:4,13,14 92:1,4,10,11, 16,25 97:15, 20,21 102:11, 17,18 103:1 104:6 109:11 | **or** 7:9 10:13 11:14 15:9 19:3,9,17,21 20:2 24:4,10 27:20 28:8 29:11,13,23 31:5 32:15 33:11 34:23 36:2,11 37:8, 17 38:24 39:2,22 40:4, 14,24 43:3, 14,22,24 48:6,11 49:10 50:17,25 51:11,21,22, |

23 52:1,4,9,
13 53:1,12,21
55:12 56:13
57:18,24 59:7
62:19 63:18
64:4 66:9
67:13 69:10
71:7 72:23
73:2 79:13
87:6 88:6,21
90:1 91:12
94:23 95:7,8
97:13 100:20,
24 102:5,8,9
104:5 105:23,
24 106:7
107:5,15,16
114:4,9,12
115:3
**Orange** 39:23,
24 48:23,25
**order** 6:9
13:20 14:5,6,
9,10 39:11
40:13,16
41:2,7 54:7
63:18 94:23
**ordering** 84:1
85:1,4,12,16,
20 115:10
**orders** 14:8
94:24
**ordinance**
86:15 89:12
90:8
**Oregon** 55:7
**organization**
25:7,11,14,18
43:8,12
**organizations**
24:4,9 25:9
43:1,4 110:11
**origin** 104:7
**original**
105:17
**originally**
75:21

**other** 7:25
10:16 12:14
14:19,23
24:15 25:2
32:15 33:7,9,
23 34:15 35:3
37:13 40:1
46:2,22 50:7,
10 51:3,4,14,
16,24 62:23
70:21 83:12,
15 90:25
100:13 104:7
107:21 109:20
113:17
**others** 21:3,9
34:12 40:3
53:21 60:4
**otherwise**
30:10 53:3
**our** 10:4
38:5,11 55:25
69:14,16
75:10 87:12
113:11,12
**ours** 79:2
**out** 11:8
17:15 33:1
44:7 51:13
55:2,3,10,14
58:7 60:20
64:5,25 66:19
67:17 68:5,8
70:10 75:22,
24 87:16
88:5,7 91:5
98:7,15 109:7
112:9
**outcome** 5:25
**outreach**
110:15
**outside** 5:12
43:13 95:3,9
97:24 102:5
**outstanding**
56:20
**over** 8:8
17:19,24

18:7,24 19:10
22:13 28:16
41:16 42:23
46:2 58:24
81:8 98:20
99:3,6,22
100:7 101:11
110:11,19
**overall** 15:2
70:1,8
**overstay**
29:20,21
**own** 56:6 64:5
65:16

---

**P**

---

**p.m.** 115:14,
15
**page** 21:12
29:25 30:13
39:9 45:8,13
56:18 72:9
81:11 84:25
86:3
**pages** 9:16
16:19,20 72:8
**Palm** 89:11
90:3,7
**papers** 87:13,
15
**paragraph**
16:22 18:19
20:23 22:6
24:3,6 28:6,
8,14 29:1
30:12 37:11
39:8,14 41:9
45:5 47:5
50:5,6 52:16
56:17,18,24
58:16 70:14
79:19 86:2
87:22 96:10,
11 105:19
**park** 33:3
**parks** 109:15
111:18

**part** 22:8
24:4 30:16,19
38:6,8 45:15
49:9 73:22
82:2 97:3
101:4
**Participants**
5:7
**participate**
40:19
**participating**
6:4 13:6
15:19
**participation**
43:14 52:1
56:8,12,14
84:22
**particular**
77:1 114:3
**parties** 5:14,
15 6:10
**party** 5:24
11:16,19,25
12:7,11
**pass** 80:9
**past** 24:22
30:9
**patient** 106:1
**Patrol** 34:21
**pause** 10:7
**pay** 63:11
109:2
**pays** 85:2
**pending** 79:14
**people** 10:10
33:4 34:18
42:16,22,24
43:6 48:21
51:12,13,14
53:13,23,25
54:3,6,11
57:1 60:10,18
61:5,25 62:19
63:6 66:15,16
68:19 69:1
87:3,8,21
88:4 90:5,12
91:1 92:17

Robert Stalnaker

August 05, 2020

30

93:1 100:16 101:18 103:1 104:7 108:11, 14,16,21,25 109:17,18,25 110:13,18,20, 25 111:2,18, 21 112:10,23 113:1,6 114:24 115:2, 4

**per** 21:2

**percent** 69:21 107:3,4 115:6,7

**percentage** 69:23,24 106:25

**percentages** 69:25

**perception** 36:5

**perfect** 57:13

**performance** 34:13,15,19

**period** 22:25 42:23 43:14 54:10 63:22 93:4 101:11, 21

**perpetuity** 54:18

**person** 29:10 30:6 36:23 50:25 51:5,6 52:14 53:2 54:19 55:22, 23 57:10,25 58:5,7 59:7, 13 60:2,6 64:12,18,21 65:14 66:1,4, 12 71:12 99:22,25 100:7 102:2 103:11 106:4 114:16

**person's** 114:10

**personnel** 40:23 57:20

**persons** 45:25 48:13

**Petersburg** 89:17,18

**phone** 13:9,10

**physical** 100:23

**physically** 100:21

**pick** 57:25 60:15 95:19

**picking** 58:2

**pigeonhole** 29:22

**Pinellas** 9:21 15:14 18:9, 21,24 23:2 35:13,22,23, 25 37:15 39:21 57:24 69:6,7,20 73:1,7,18,22 76:8,11 81:21,24 84:21 88:12 89:18 95:2,9 106:22 107:6 108:4

**pinging** 49:23

**place** 71:11 103:23 105:15

**placed** 105:21

**plaintiffs** 6:17 7:19

**play** 114:25

**please** 5:1 6:2,13 7:13 81:4

**plethora** 17:20 65:11 66:10 67:24

**PLS022130** 80:25 81:3

**PLS022132** 75:13

**PLS023819** 71:25 72:6

**plugged** 27:4

**plus** 69:14

**point** 18:18 21:12 25:21 27:24 43:22 58:1 72:12 78:9 96:22 99:10 109:5

**police** 32:19 34:22 39:3, 18,19 46:16, 25 48:8,11, 12,14,20 49:11,12,19 86:24 91:2 97:9,12 110:22

**policies** 31:13 33:22 86:4,9,12 87:20,23 88:21 89:3,4 90:3,15 91:9, 14 94:24 105:15 107:13,21 108:8,24 109:10,23

**policing** 46:16 49:9 69:13 87:24 111:20 112:23

**policy** 28:25 30:4,15 52:9 86:6,23 87:24 88:12,18,24 89:10,17 91:17 94:23 113:23

**politics** 91:4

**popping** 49:23

**population** 54:5 101:15

**portion** 9:8, 14

**Portland** 55:7

**position** 24:15

**possibility** 100:11,13,14

**possible** 98:19,22,24

**possibly** 20:9 37:3

**post** 57:18 106:14

**posted** 50:25 106:10

**posts** 15:8

**potential** 48:22 101:14

**potentially** 98:10

**practicing** 11:8

**Pratt** 5:22

**pre-adjudication** 51:1

**pre-covid** 111:25

**predicate** 83:13

**predominantly** 111:11,12,16

**predominately** 109:17

**Preliminary** 14:10

**premise** 27:17 63:3

**prepare** 14:25 21:2

**prepared** 21:3

**preparing** 15:3 21:1

**presence** 5:12 39:1,5 46:20

**present** 5:2 6:6

presents  5:4
president
  24:20,22
press  73:25
  74:3,11,12,
  14,19,20
  108:4 112:7
Preston  75:9
previously
  12:6 41:25
  55:9 67:22
primarily
  38:12 43:6
primary  80:18
prior  13:12
  18:24 22:5
  59:20,22
  88:12,18
  105:9
priority  67:3
private  5:10
  29:8 40:4
  49:4
privilege
  12:22 13:13
probable
  30:2,3,4,5
  63:17 64:7
  65:12 96:15,
  20,25 97:4,
  14,18 103:19
probably
  11:21 21:7
  24:8 47:12
  48:2 49:6
  50:19 74:5
  79:6 85:9,18
  95:23 98:2
  113:4
problem  55:3,
  15 94:3 109:8
  111:4 113:5
proceed  56:9
proceeded
  96:7
proceeding
  5:8 10:3
  105:24

proceedings
  6:3,7 114:17
process  53:17
  56:14 63:19
  64:19 82:11
  102:2
processing
  75:10
program  43:2
  83:25 84:16,
  22 85:2,16
  94:21
prohibiting
  86:3 87:8,23
prohibits
  86:9,16
proper  36:21
prosecute
  65:11
prosecuted
  65:14
protocols
  67:3,4
provide  21:5,
  22,23 33:13
  34:10 35:2
  46:20 78:6
  80:13 96:1
  98:18
provided
  11:13 15:18
  21:2,4 25:1
  37:13 100:23
  101:8
provider  29:8
  40:4
provides  31:7
  75:24
providing
  5:15 101:9
province
  56:15
provision
  31:23 32:2
  34:17,20 35:1
  37:13 44:14
  46:2 57:22

provisions
  31:5,22 34:11
  45:14
public  13:18
  27:21 51:8
  52:18 53:8
  55:11 56:21
  58:7 75:10
  87:24 94:25
  101:13,19
public-facing
  107:19,20
published
  8:14 71:21
pull  99:2,5,
  22
pulled  9:7
  98:20 100:6
purchased
  5:15
purely  43:5
  56:15
purged  54:17
purposes  33:4
pursuant  6:8
  37:2
put  27:14,15
  28:8 32:15
  39:22 48:17
  50:15,16 60:6
  71:23 79:6
  90:23 91:6
puts  57:5

_____

**Q**

_____

quagmire
  50:15
qualify  91:17
quasi  86:13
question  19:6
  20:6,21
  21:17,20
  23:9,12 32:13
  33:20 35:6
  36:16 37:17,
  19 38:3 41:3

43:11 44:21,
  23 52:17,20,
  22 53:6,10
  60:18 61:20,
  21 63:3 74:18
  84:9 85:13
  93:10,12
  99:5,7 100:1
  102:25 104:4,
  21 109:6
  111:14
questions
  10:2 20:4
  37:8,15 56:8,
  11,12 83:13
  99:15 113:17
quick  113:19
quickly  16:12
  39:9 71:5
quite  43:19
  84:5 101:1,3
quoted  83:22
  84:4,5,7,9

_____

**R**

_____

race  104:6,9,
  24 105:16
racial  106:22
racially
  103:24 104:3
  105:5
raid  35:14,16
  37:18
Raise  7:1
rape  51:13
  88:6
rapes  55:10
rarely  114:14
rates  69:7,19
rationally
  36:4
re-offend
  53:12 88:5
re-served
  55:1

reach   26:14
reached   44:7
read   15:5,9,
  10,13 113:18
  115:9
reading   90:12
real   104:16
really   14:7,
  15 16:11 39:8
  41:8 45:16
  49:10 50:16,
  17 51:1,11
  54:2 63:8,9,
  13 69:2 71:5
  72:8 79:25
  87:5 88:3
  99:9 102:13
  103:1 108:7
  109:16 110:16
  111:1
reason   10:16
  64:12,21 66:4
  67:6 69:4
reasons   31:12
  38:12 65:11,
  13 66:10
  87:18
recall   15:13
  21:1,7,8,25
  23:22,23
  25:19,23 26:8
  74:3,21,22
  85:8 94:22
receive
  13:14,17
  102:6
received   9:18
  95:2 96:24
receives
  106:1
recent   53:22
recess   94:9
recidivists
  88:4
recognize
  82:12
recollection
  77:1,2,17

recommendation
s   82:18
record   5:7,10
  6:3,15 7:13
  10:10 13:2,18
  20:11,14 34:3
  73:7 76:8
  81:21 94:6,8,
  11 105:21
  115:13
recorded   5:8,
  9,17
records   73:1
  75:10
reelected
  18:16
refer   42:14
  70:24
reference
  22:6 26:4
  28:25
referenced
  83:25 85:5
  112:20
references
  73:24 74:9
  76:18 85:8
referred
  14:17 30:8
  47:4
referring
  12:5,8 28:12,
  14 29:1,5
  33:5 34:7
  35:2 52:25
  59:3,4 67:10
  70:25 82:7
  97:25
refers   84:20,
  24,25
Reform   25:17
  43:10
regarding
  15:5,8,11
  94:16 95:4
  107:12,20
  108:4

regardless
  65:15 66:7
regards   74:8
regular
  73:17,19
regularly
  76:10 81:23
  82:2
related   5:24
  11:18 17:19
  18:6 37:7
  38:10 109:11
relates   63:5
  114:6
relating
  13:14 17:16
  24:6 41:24
  42:2,3 77:4
relationship
  111:4
relationships
  111:21
relaxed   62:5,
  10
release   27:20
  57:7 58:22
  102:13
released
  29:10 30:10
  51:13 53:4,
  12,13,15 55:8
  56:10 57:18
  60:3,19,20
  106:6
releasing
  51:6 52:14
  53:2 56:19
  91:1 106:12
relevant
  19:2,6,9,17,
  21 20:2,7,10
  23:6 36:11,17
  107:14,17
reluctant
  60:13
relying   27:17
remember   15:7
  39:18 41:19

74:21 75:15
  76:23 77:3,8,
  10 83:12 90:6
  91:10,11,12
  94:23
remote   5:12,
  17,22 6:3
remotely   6:8
removable
  30:6
removables
  68:1
removal   42:18
  57:3 66:11
  114:19
remove   104:16
removed   55:13
  68:3
report   32:25
  37:2,3 72:24
  73:11,15
  85:19
reporter   5:1
  6:1,4,6,18,23
  7:1 10:4,8
  80:23 83:1,3,
  8 85:24 94:1
  115:11
reporting
  5:13 6:7,12
  70:13
reports   70:9
  73:13
represent
  6:14
representation
  7:25
Representative
  71:3
Representative
s   71:4
representing
  7:19 12:25
  13:2 26:18
request   5:10
  32:25 33:1
  35:20 38:1,5
  91:16

| | | | |
|---|---|---|---|
| **require** 34:12 35:15,25 | **responsibility** 24:2 42:11 69:15,17,18 103:17 111:3 | 96:12 98:23 99:8,11,12, 21,23,25 101:2,3 | 51:8 52:18 53:8 55:11 87:17 101:14, 19 |
| **required** 19:22 37:2, 14,18 56:4 77:18 95:12 | **responsible** 57:2 69:13 | 102:17,18,21 103:22 104:17 107:2 112:23 | **said** 12:10 24:13 27:12 38:18 44:19 45:3 55:17,18 |
| **requirement** 33:17,21 40:17 105:6 | **rest** 18:5 70:2 | **right-hand** 16:20 | 60:1,23 61:2 65:8 71:6 78:14 84:3 |
| **requirements** 31:9 | **result** 64:20 | **rightfully** 50:19 | 89:18,20 92:9,23 107:9 113:24 |
| **requires** 39:14 40:12 47:13 51:25 52:3 63:20 95:18,19 | **results** 13:21 **returned** 106:7 **reviewed** 21:10 | **risk** 27:21 51:7 56:22 57:8 58:12, 13,15,16,23 59:2,6,7,12, | **sailed** 80:1 **same** 16:14 28:14 34:6 38:22 45:8,13 |
| **requiring** 91:15 | **RGUALTIERI@ PCSO.COM** 75:7 | 16 60:4,6 101:17 | 47:19 55:13 59:1 108:13 112:2 |
| **research** 91:9 101:5 | **ridiculous** 19:19 | **robbery** 67:23 **Robert** 5:18 7:8 | **sanctuary** 30:15 86:3,5, |
| **reserved** 37:9 | **right** 7:1 8:9,12 11:25 | **Roderick** 5:22 | 9,12 87:4,20, 21,23 88:12, |
| **reside** 15:14 | 15:14,15 18:8,10,14 | **role** 38:11,15 39:5 42:18 | 18,20,24 89:3,4,10,19, |
| **resists** 59:7 | 20:20 23:2 | 78:17 | 24 90:15 |
| **resolution** 26:3,14,18,21 27:8,25 86:16 | 26:15 28:7, 11,12,15,23 29:4,5 30:1, | **Ron** 5:21 **room** 13:11 48:2 | 91:13,17 107:12,21 108:8 109:10, 23 |
| **resolutions** 86:14 | 8,11 32:4 33:25 41:13, | **roughly** 77:15 96:9 | **saw** 8:19 |
| **resolve** 27:23 | 17 44:9,16 45:6 47:2 | **Rule** 19:22 36:5 | **say** 29:20,21 30:22,24 31:4 |
| **resolved** 50:24 | 48:3 52:13, 14,24 53:4,5 | **rules** 9:25 | 34:14,21 38:21 41:19 |
| **resolving** 42:1 | 55:20 57:19 60:23,24 | **run** 27:21 40:3,4 58:20, | 44:2 55:23 56:7 60:4 |
| **resources** 57:21 | 61:10,13,16 64:24 67:9 | 24 | 61:14 67:19 68:2,14 69:11 |
| **respect** 19:24 20:24 22:11 24:12,18 30:3 36:24 44:20 45:3 74:19 101:15 | 69:8 71:8 72:17,18 73:16 74:1,5, 6,23 75:17, 19,20,25 76:8,9 77:19 | **running** 67:4 ———————— S ———————— | 70:15,16 73:13 77:15 78:15 80:13, 18 87:10,22 90:21 91:19 92:1,4,10 |
| **response** 10:6 40:11 41:3 50:7 | 78:3 79:10,21 81:12,15 82:3,5,8 | **safe** 57:11 58:4 59:11,17 92:10 | 96:24 106:11 111:24 115:4 |
| **responses** 10:5 | 83:18 84:12, 23 85:6 86:4 88:1 93:13,17 | **safer** 58:4,5, 7 59:15 60:17 **safety** 27:21 33:4 38:11,24 | |

**saying** 31:1,2
  39:13 41:21
  47:2 50:6
  56:19 58:12
  62:25 66:20,
  21 67:1 68:9,
  12 79:17,18,
  19 92:11
  98:18,23
  99:23 100:9
**says** 9:1
  15:21 30:6
  31:24 32:7,8,
  21 48:19
  72:19 74:2,15
  76:1,3,21
  82:9 85:15
**SB** 50:8
  60:23,25
  70:16,17
  74:20 75:25
  76:21 77:4
  78:25 79:10,
  14,20,23,24
  84:1 101:2
**scaled** 40:22
**scenario**
  68:10,13,16
  100:23 106:16
**school** 16:25
  109:1
**scope** 37:6
  38:5 114:21
**screen** 8:18,
  22 15:20,21
  28:9 49:24
  71:23 74:23
  80:22 82:21,
  25
**scroll** 9:15
  16:1,7,11
  71:25 74:7
  75:3 76:14
  81:4,10 82:25
**scrolling**
  72:23 84:10
**search** 38:8
  93:24

**searches**
  91:12
**second** 8:9
  9:4 20:12
  40:7,11 67:10
  106:19,21
**section** 32:6
  39:10 44:14
  76:14 84:24
**secure** 57:11
  58:4,11 59:18
**see** 8:20,21,
  23 9:3,6,8,
  12,15 15:21,
  23 16:1,3,19
  28:10 31:3
  32:7 41:9
  44:14,16 47:2
  56:24 58:12
  68:10,13
  73:24 74:8
  75:23 76:15
  82:4 84:4
  90:16 96:23
  105:12
**seeing** 90:6
**seek** 66:11
**seen** 8:15
  16:5 53:20,22
**sees** 64:5
**self** 70:10
**self-serving**
  69:2
**senate** 45:14
  48:15 51:24
  64:17 71:1,2
  78:5
**Senator** 71:1
  78:5
**send** 43:23
  56:4 75:21
  82:18
**sends** 49:18
  56:5
**sense** 22:16
  49:21 61:21
  88:21 103:4

**sent** 25:22
  43:21 75:20
  76:5 83:17
  102:3
**sentence** 32:8
  50:25 57:18
  59:2 70:15
  88:1 105:20
**Sergio** 55:6
**serious** 67:23
**serve** 40:23
**served** 13:20
  40:25 50:25
  54:16
**service** 39:12
  40:21 42:4,9
  43:2 49:18
  85:21 94:21
  95:23
**services**
  87:23 95:13
**setting** 46:24
  59:14 97:15,
  22
**seven** 107:3
**several** 10:9
  12:6 13:1
  24:3 35:19
  76:25 77:9
**sexual** 67:24
**shall** 31:25
  32:22 46:4
**Shannon** 6:24
  12:24 13:10
**share** 8:18
  15:20 74:23
  80:21 82:21
**shared** 37:12
**shares** 49:17
**sharing** 12:21
  78:22
**she's** 75:10
  85:18
**shelter**
  35:15,25
**sheriff** 5:18
  6:25 9:12,21

  11:1,2,4,5,23
  18:9 19:4
  20:16,23 29:7
  32:9,18 36:2
  37:11,16
  48:24,25 49:1
  52:4,6,10
  55:7,14 69:19
  82:8,10 83:10
  84:14,21
  86:24 89:7
  91:15 94:15
  97:12 99:5
  107:11
  113:22,23
**sheriff's**
  18:21 23:2
  35:14,23 36:1
  37:16 39:21,
  23,24 48:9
  72:14 73:1,7,
  18,22 74:16
  76:8,11
  78:10,16,20,
  24 81:21,24
  82:12 95:2,3,
  7,8,10
**sheriffs**
  24:13,16,18,
  23 26:19,20
  27:15 40:3
  50:14,15
  51:3,10,16
  59:24 75:23
  78:22 82:13,
  14 105:2
**ship** 80:1
**short** 75:25
**should** 5:7,12
  15:20 55:1
  60:3 66:10,11
  72:20 105:13
  108:24
**shouldn't**
  60:19 65:18
  68:7
**shows** 87:9
**side** 39:22
  46:22 56:16

57:4
**signature**
  21:13
**signed**  21:10,
  19 24:20 93:9
**signing**
  21:15,18
**Simmons**  71:2
  78:5
**simple**  102:13
**simply**  57:10
  89:15
**since**  18:9
  24:25 25:4
  69:18 72:8
  111:8
**sitting**  65:17
**situation**
  27:14,16,19
  38:20 49:8
  50:16 51:2,
  15,18 55:6,14
  59:12 64:4,17
  66:7,9 88:8,9
  108:19 109:24
  111:2 113:2
**situations**
  11:9 51:11
**six**  77:15
**skin**  109:3,4
**slip**  11:22
  12:6
**small**  67:5
**Smith**  57:7
**smorgasbord**
  41:6
**so**  8:4,9,14
  9:20 10:1,7,
  9,10,11 11:4,
  8,22,23,24
  12:7,11 13:21
  14:1,9 15:20
  16:11,19,21
  17:21,25
  18:23 21:4
  22:21 23:25
  24:1,21 26:7,
  12 27:1,22

28:6,19,21
29:4,15,21,25
30:12,17
31:6,11,15
32:5,9,14,21,
24 33:4,13
34:9,20,21,23
35:13 37:3,5,
24 39:1,2,3
40:2,6,11,16,
18 41:2,6,20
42:9,22,23
43:11,21
44:1,12,18
45:10,25
46:5,11,15,
22,25 47:3,
14,17,21,22,
23 48:1,6,8,
19 50:5,23
51:10,14,16,
20,24 52:3,
12,17 53:6,
16,20 54:11,
18,21,23
55:10,15,17,
22 56:11,17
57:13,23
58:12,17,20
59:15,19
60:9,15,16,23
61:1,24 63:2,
11 64:15
65:21 66:6,
13,17,21 67:9
68:2,5,7,22
69:6,18 70:14
71:9,18,24
72:1 73:24
74:7 75:3
76:14 77:11,
21 78:11,17
79:5,8,22
80:14 82:4
83:10,16,17,
21 84:5,6,10,
12,13,18,24
85:7,18,20
86:3,8 87:22

88:1,3,7,20,
25 89:6,14,24
90:6,11,14
91:5,8,18
92:1,4,5,6,
10,14 93:1,6,
20 94:19,24
95:22,25
96:10,11,24
97:11,16,21,
25 98:13,18
99:23 100:1,
9,21 101:1,11
102:8,22
103:25 104:9,
10,17,23
105:6,11,19
106:9,16,20,
24 108:18
111:25 112:9,
12,17,18
113:10
114:18,20,21
115:4
**so-and-so**
  87:11,14
**social**  15:8,
  10
**society**
  109:19
**sole**  103:16
**solution**
  51:21 92:19
**some**  9:25
  16:21 18:24
  24:9 25:21
  26:4 31:17,21
  35:19 37:13
  38:12 43:22
  44:3 48:2
  50:13,14 51:3
  53:13 59:25
  60:11 63:18,
  19 65:19
  69:15 73:14
  77:23,24 78:6
  79:2,3 80:8,
  14 82:13
  83:23 86:13

87:2,3 89:14
90:6 91:1,2,
11 101:5
106:24 110:7,
9 111:17,18
112:10,18
113:19
**somebody**
  21:24 25:22
  27:7 29:9,17
  33:2 39:3,4
  43:21,24
  46:8,13 48:10
  49:14 50:23
  54:11 56:2
  57:15,16,17
  58:20 59:5,9
  63:10,15
  64:5,17 65:4,
  20,22 67:6,
  12,17 68:2
  71:19 86:25
  87:2 88:5
  98:8 99:6
  100:1,18
  101:22 102:5
  104:5 106:10,
  11
**somebody's**
  38:18 53:19
  99:14,18
**somehow**  44:2
**someone**
  55:18,19
  61:10 64:24
  98:20 99:3
  100:9
**someone's**
  105:21
**something**
  11:4 15:21
  36:18 38:23
  43:23,25 44:8
  49:23 50:12
  61:20 71:6
  80:15 81:7
  82:11 86:16
  90:7,8 91:12
  92:12 94:22

98:24 113:25
**sometime** 44:2
**sometimes**
56:9,10 65:10
86:14,21,22
93:14,16,18
100:16
112:14,16
**somewhere**
27:3 44:2
106:5
**sorry** 87:12
107:9 113:16
**sort** 24:15
35:24 63:19
87:3
**sounds** 20:1
32:4 74:5,6
90:14
**sources** 90:13
**South** 5:21
7:20 39:20
**Southern** 7:21
**Spanish**
112:10,11,13
**speak** 12:18,
23 14:20
70:10 77:6,
22,25 110:15,
16 112:10,13
**speaker** 8:8
**speaking** 50:2
**speaks** 30:17,
19 81:9
**specific**
37:15 47:6
73:4 90:8
91:6 95:15,16
101:17
**specifically**
85:8 115:2
**spelled** 7:15
**spend** 15:2
**spent** 78:11
**spoke** 12:24
74:15 77:8,24
111:5

**spoken** 108:2
110:11
**sponsors**
48:16 70:20,
24 78:3 80:5
101:2,9
**St** 89:17,18
**Staff** 82:17
**stamped** 71:24
72:5 75:12
80:25 81:3
**stand** 70:12
**standard** 5:20
**standards**
105:15
**start** 8:7
50:6
**started** 11:7
26:5
**starting** 27:3
**starts** 30:13
**state** 7:13
23:25 27:8
29:8,11 34:2,
9,22 40:2
45:18,21
48:5,6 49:15
50:24 52:3,6,
10 56:13 60:9
65:10,16
80:16 86:22
87:25 91:2
93:19 98:5
**statement** 6:2
89:16 90:16
**statements**
16:22 107:12,
20
**states** 42:21
50:7,10,13
51:16 57:17
92:20,21
104:8 109:6
**stating** 6:14
**status** 46:10
87:4 99:15,18
101:24 102:1
112:24

**statute** 13:19
14:3 30:16,
17,19 31:4,5,
7,8,10,11
32:3 34:18
44:12,13
45:11 50:9
80:16 105:12
**statutory**
31:5
**Stetson** 16:25
17:3
**still** 47:13
55:23 99:2
106:6,14
**stop** 100:16,
17
**stops** 46:8
54:23 67:11
**stories** 15:5
**story** 54:10
66:18,22
67:7,21,25
68:8,25 69:1
**street** 56:23
57:9 58:8,9
59:9,16 60:7,
20 87:18 88:8
97:8 98:7
**stress** 110:21
**strike** 49:11
**Studies** 17:8
**stuff** 17:19,
24 45:22
51:14 66:12
83:15 101:11
**Subcommittee**
76:19,24
**subject** 56:20
72:19 82:4
**submitting**
19:24
**subordinates**
42:19
**subpoena**
13:20 14:12
**subpoenaed**

19:18 20:8
36:2,13
**Subsection**
44:16 45:2
**subsets** 86:17
**substance**
12:21
**substances**
10:13
**such** 5:8
11:13
**sue** 60:1
**sued** 50:20
51:11,17
52:13 53:1
102:24
**suggests**
100:10
**summarize**
30:14
**summarizes**
30:25
**summary** 18:20
30:22,24,25
31:5,7,11
75:25
**support** 5:23
6:2 32:1,22
33:18 46:4,18
47:9 63:11
70:16,18,19
74:20 75:24
79:23,24
80:9,11,12,19
101:4,7
**supported**
50:8 70:16,21
79:14,20,24
**supporting**
79:9,10 101:2
**supportive**
33:6 38:11,15
39:5
**Supreme** 6:9
91:24 92:21
**sure** 9:17
10:4,5 12:16,
17 14:2 30:2

Case 1:19-cv-22927-BB   Document 110-32   Entered on FLSD Docket 08/28/2020   Page 157 of 166
Robert Stalnaker
August 05, 2020

37

31:21 32:4
33:22 34:5
38:20,23
44:10 45:2,7
47:19 50:1,2
70:20 74:11
75:23 78:3
79:18 84:5
94:3 95:25
100:12,15
103:23,25
104:24 108:2
**suspected**
98:8
**suspended**
67:13,16 68:7
**swear**  7:3
**sworn**  7:2,9
**systems**  99:16

---

**T**

---

**tabbed**  14:10
**take**  10:11
14:16 33:2
49:14 50:5
51:5 54:11
57:19,25
58:21 60:5,21
64:6 72:1,22
74:10 75:3,13
81:5 84:19
94:1
**taken**  5:18
9:23 10:19
56:3 58:5
59:10 94:9
**takes**  52:3
**taking**  8:5
57:10 58:3,6
59:5 91:4
**talk**  22:5
25:7 28:7
43:24 56:17,
18 58:15
66:15 86:3
92:19 105:20
110:16

**talked**  44:6
79:1 88:2
93:6 101:1,3,
20 107:23
110:4
**talking**  10:10
17:14,21,22
18:1,2 28:12
29:3 34:4,6
35:17 37:11
39:6 41:20
44:15 45:5
46:2,15 47:6,
9,18,19,21
50:11 54:6
57:5,12 58:13
59:2 63:4
64:15,23
65:20 67:11
68:19 79:13
81:7 83:23
84:13 85:18
86:7 87:2
88:20,21,22
90:12 95:14
96:8,11 98:1,
2 99:21
101:17 106:21
111:24 112:1,
19 113:1,22
114:2,6
**talks**  46:15
84:21
**Tallahassee**
77:20 78:11
**targeting**
101:14,17,21
102:8
**targets**
60:24,25 61:1
**task**  22:9
97:8,11,25
98:4,19,23
**taxes**  109:2
**technical**
63:9 80:13
**technician**
5:23

**Tecum**  13:21
**teeth**  50:22
**tell**  10:20,24
16:18 30:18
31:18 43:21
44:4,5 59:3
66:24 77:14
81:5 108:1,20
110:5 111:17,
18,22
**ten**  23:10
65:25 66:5
68:4
**tenth**  67:16
**term**  24:21
45:8 47:20
**test**  59:25
**testified**
7:10 11:10
38:17 46:19
**testify**  10:14
36:7
**testifying**
9:20
**testimony**  7:3
10:17 11:13
**than**  11:4
14:19,23
23:10 32:15
33:8 37:19
40:1 54:13
57:9 58:10
59:12 77:11,
15 104:7
107:21
**thank**  11:10
31:14 39:7
83:20 94:14
106:18 115:8,
12
**that**  5:7 6:5,
6 7:3,23 8:4,
19 9:6,17,18
10:8,9,13,19
11:11,24
12:5,8,16
13:6,9,21,22
14:8,16,17,24

15:9,12,15,
17,20,21,23
16:3,14,25
17:9,10,12,
16,17 18:6,8,
19 19:10,13,
21 20:21
21:13,15,17,
19 22:1,2,10
23:2,20,22,24
24:4,5,11
25:4,18,22
26:1,2,3,11,
13 27:5,10,
12,16,17
28:1,4,12,13,
19,21,24
29:5,18,22
30:3,5,7,13,
18,25 31:1,2,
3,4,14,15,23,
24 32:2,5,7,
9,10,21 33:7,
12,14,22
34:2,7,10,12,
14,16,18,23
35:1,2,3,10,
24 36:6,8,11,
13,18,19
37:14,24
38:5,7,8,10,
11,12,16,20,
21,23,25
39:1,3,4,6,14
40:9,11,12,
18,20,22,25
41:13,14,17,
19 42:3,10,
11,12,22
43:8,11,13,
23,25 44:1,2,
5,6,8,10,14,
16,18,19
45:2,5,7,15,
17,22 46:1,2,
5,11,12,13,
18,20,22
47:4,5,13
48:5,8,23

Robert Gualtieri
August 05, 2020

38

49:7,9,14,22
50:2,6 51:4,
6,7,11,12,17,
21,24,25
52:4,10,16,25
53:7,11,13,
17,19,20,23,
24 54:3,4,14,
15,16,19
55:3,20,22,23
56:14,19,25
57:1,5,7,8,
13,14,20,21,
23 58:1,7,20
59:4,12,19
60:5,9,15,23,
24 61:7,8,14,
15,20 62:8,18
63:5,14,15,19
64:1,4,15,19,
23 65:4,7,16,
20,22 66:3,6,
8,9,12,13,15,
19,21,22,23
67:1,4,5,9,19
68:5,9,11,12,
14,16,24,25
69:2,4 70:2,
6,9,10,15,16,
17,20,22
71:8,9,18,19,
20,23 72:17
73:6,13,21
74:1,10,14,
16,17,22
75:20,24,25
76:3,4,7,22
77:1,11,21,24
78:3,8,12,15,
17,19,21,22
79:1,4,6,10,
19,22 80:1,5,
6,7,8,14,15,
16,18,19,20
81:5,7,12,14
82:5,8,12,13,
17 83:4,15,
17,22,24
84:4,25 85:4,

6,10,11,13,
15,22,23,25
86:11,16,17,
25 87:2,9,19,
20 88:1,3,7,
9,17 89:8,9,
11,12,14,18,
19,20,21,25
90:23,25
91:1,2,17,18,
19 92:1,4,5,
6,10,12,18,
23,25 93:11,
19 94:3,18,
21,22 95:13,
15,18,19,22
96:12,24
97:3,6,13,17,
23 98:1,16,
21,24 99:3,5,
6,10,17,21
100:3,6,19,23
101:3,4,8,19,
21 102:2,13,
19 103:8,9,
13,14,18,23
104:1,15,20,
24 105:6,7,9,
12,15,16,20,
22,25 106:3,
4,6,9,16,18
107:5,14,16,
23 108:9,13,
15,20,21,22
109:3,4,16,23
110:1,4,11,
18,19,25
111:2,10,12,
15,16,20,23
112:19,20
113:3,4,6,8,
11,12,14
114:5,7,11,14
**that's** 8:13
14:3,11 15:19
18:3 23:17
24:10 28:11
30:9,11 32:7
33:5,14,24

37:9,19 39:5
40:6 43:12
47:4,12 48:8,
9,10,11 49:8
54:5,17
55:10,15,25
56:14 57:12,
21,22 59:10
61:6 63:2,10,
11 64:11 65:3
66:15,21,25
67:7 68:8,9,
12 69:2,23
71:17 72:24
74:2 76:1
77:16 79:17
82:9 84:16
85:5,18 88:2,
23 89:24
90:16,19
91:19 92:24
94:17 97:23
99:7,8 102:25
103:2,19
104:16 105:5
106:13,16
108:24 109:8,
21,22,23
110:8 113:14
**their** 6:11,21
27:8 29:11
33:1,13
34:13,19
46:17,18
50:25 56:2
57:18 67:3
82:14,18
108:16 109:1
110:5,17
112:24 113:7
114:21
**them** 13:25
14:2 17:20
24:10,11
27:20 33:8,
12,13,24
34:10 39:4
40:3,15 43:20
44:6,7 46:12

49:15,25
50:14 51:19
54:2,23 56:5
57:19,23,25
58:2,3,6,8,21
60:2 64:6,10,
11 66:17,25
70:10,22
71:13,16
75:23 77:6
83:14 88:6
89:25 90:6,
10,18,22
91:5,6 92:20
100:15,17,19,
20,21,25
101:24
102:11,12,13
106:4,12,24
108:13,18,20
109:18,24
110:5,8,9,17,
21 111:17
112:18
**themselves**
58:25 64:11
**then** 16:12,25
18:14,18
21:10 25:5
27:10,16,18
28:2,3 29:18
45:15 46:1,22
47:3 48:22
49:8,18 50:19
51:1 52:3
54:23 55:1,6
58:8,22,23
59:1 60:7
64:9,10,19
66:4 67:16
69:20 71:11,
16,19 76:2
84:1,9 92:19
95:22,23
96:22 103:20
106:5,12
112:22
**there** 5:9
10:16,20

12:13 13:1 17:9 21:24 22:6 25:21,24 26:4,7 27:13,23 30:6 31:2 33:7,16 34:9,11 38:21 39:4,16,22 40:2 41:6 43:3,4,5 46:12 47:6 48:2,14,17,18 49:4 50:11,12,14 51:1 53:23 57:8,19 58:22 59:4,6,12 60:7 63:18,25 64:1,10,24 65:12,13 66:9,18,22,23 67:7,19,24 68:25 69:12 71:10 77:9,11 78:8 80:8 84:18 88:7 89:4,6,11,12,14,15 90:7,8,23,24,25 91:2,5 92:2,18 94:22 97:2,6,8,11,23 98:4,13,15 100:13 102:8 105:6 111:20 112:8,9

**there's** 17:18,20,24 25:9,25 28:16,20 29:2 30:1 34:17 39:16 40:19 42:22 43:12,13 45:14 46:24 48:19 49:1,3 54:3 59:6,11,15 60:4,6,17 66:18 67:2,6,

20 68:25 69:1 74:11 76:14 87:1 89:16,24 90:11,17 92:15,19 97:16 100:10 101:21 103:4,19 108:2,11 110:6,18

**therefore** 36:3,8 37:3

**Thereupon** 7:7

**these** 10:25 14:19,23,24 16:16 20:4 24:5 26:1 27:19 35:2,20 36:3 39:15 41:3,4,5 52:12 54:11 60:10 61:11 66:16 67:9,15 77:18,21 78:1 79:22 82:15 83:23 87:13 91:9,13 92:1,23 99:24 109:22 111:6,18,24 112:1

**they** 14:8 26:5 27:14,16,17,18,19 28:18 30:9 32:25 33:1,3,13,23 34:20 37:18 38:18,19,25 42:11 43:23 45:22,24 46:5,6,8,9,10,20 47:1 48:17,18,21 49:6,14,15,20 50:2,15,25 51:7,13,20 53:3,4,14,15,25 54:20,21,24,25 55:1 56:9,10 57:3,10,21 58:2,8,

22 59:10,14 60:1,3,6,13,14,15,16 62:13,15 63:17,20 64:6,7,8,10,25 65:23 66:5,8,11 67:17,22,25 68:3,4,5 69:15,16 70:10 75:23 80:5 82:18 86:15,16 87:10 89:19 91:3 93:2,25 94:20,21 95:20,22 96:7 98:12,20 99:3,6,18,21,22,24 100:15,16,18 102:11,12 103:18 104:15 106:3,5,6,12,13,14 108:13,18 109:12,18,19 110:15,25 111:17,21,22,23 112:4,5,6 113:2,3,7,8,9 114:22 115:2,3

**they'll** 35:20 111:22

**they're** 33:2 38:18,22,24 55:3 57:2 58:2,20,23,24 67:4,6,18 71:15,16 80:9 86:13,14 92:25 93:18 106:5 108:14,16 109:12

**they've** 30:5 54:23 63:16 69:17

**thing** 12:11 16:8 33:25 34:6 46:21 47:19 51:24 54:5 56:1 63:4 72:1 113:14

**things** 19:13 28:21 37:7 38:9,12 39:6 46:1 66:15 90:12 93:2 99:24 109:20 110:9 113:4

**think** 13:20 18:8 21:7 26:11 45:13 47:12 50:12 52:15 53:20 55:18 56:18 60:23 61:2 66:20 69:19 74:10,22 79:17 83:23 84:19 90:7 94:19 96:11 106:16,19 110:18 111:2 112:5

**thinking** 64:2 106:11

**Third** 27:11, 12

**third-party** 36:14

**Thirty** 15:4

**this** 5:7,13,17,24 6:1,5,8,11,12 7:19 8:18 9:16,17 13:14 15:3,5,8,11,18,25 16:1,3,4,5,7,8,13 19:2,3,8,9,11,16,17,20,24 20:9,13,17,25 21:1,5,16,21 22:1,2 23:5,6

24:20,25
25:6,10,20
26:1,5 27:22,
23 28:19,24
30:8,13,18,22
32:15,21 33:5
35:22,24
36:5,13,21,
23,24 37:12
39:13,18 40:6
41:12 42:4,23
45:11,14
48:5,15,16,22
49:20 50:6,
10,15,16
51:5,25 52:1,
17,25 53:6,7,
17,24 55:17
56:1 57:2,5,
22 58:15
60:15 63:22
64:8 67:15
68:19,20,21
71:24 72:3,4,
10,23 73:3,4,
6,9,21,25
74:14,24
75:4,6,15
76:4,7,10,23
78:3,8,12
79:9 80:9,23,
24 81:3,6,11,
14,17,20
82:7,15 83:1,
7,8,10,17
84:19,22,24
85:11,14,19
87:16 89:22
90:4,11,24
91:22 92:10
93:1,8 96:14
97:6,21
99:21,22
101:11
102:17,23,24
103:11,14
108:4,7,11,12
109:5,15,16
110:14,16

112:7,12
114:18
**those** 12:8
13:22,23 14:7
18:4 24:8
38:12 39:5
53:25 56:4,8,
11 61:18,22,
24 67:20
68:14 69:10
77:22 78:25
80:10 85:5
86:20 87:20
94:24 97:17
98:6,11 101:9
108:1 109:20
110:4 112:23
115:1,2
**though** 10:1
30:22 60:3
65:12
**thought** 83:3
**three** 9:16
54:24 72:8
90:5,15
**Three-page**
72:5
**through** 9:15,
25 14:1 16:7,
11,21 26:1,
14,16,24
41:24 42:1
48:15 49:11
68:20 70:22
71:25 75:3
81:4,10 82:25
84:10 114:16
**throughout**
84:6
**thrown** 55:2,3
**Thus** 87:23
**ticket**
100:20,25
**time** 5:19,20
6:1 8:8 15:2
21:9 25:21
26:10 27:3
28:16 29:10,

21 30:9 38:22
42:23 52:24
53:25 57:18
59:5 63:14
66:16 67:16
72:22 75:13
78:11 84:19
89:13 94:1
98:21 101:12
105:13 111:5
112:17
113:11,12
114:11
**times** 10:23
54:24 55:9,13
66:5,23 67:20
68:4 112:3
**to** 5:3,10,14,
24 6:8,11,12
7:1,3 8:3,7,
18,21 9:6,12,
15,16,17
10:14,17,20
11:18,19
12:5,8,15
13:12,14,22
14:9,17,25
15:12,13,17,
20,25 16:2,7,
11,13,21,22
17:15,16
18:18,19
19:2,5,9,14,
17,21,24
20:2,3,5,9,
10,14,24
21:6,12,22,23
22:2,6,11
23:6,7,9,11,
13 24:6,8,11,
12,18 26:2,
14,17,20,21,
22 27:7,20,
23,24,25
28:1,3,8,12,
14 29:1,5,9,
10 30:3,8,9,
12,18 31:4,9,
18,25 32:3,4,

12,16,18,22
33:1,2,3,5,6,
13,18,19,24,
25 34:2,5,7,
10,14,18,21,
24 35:2,5,8,
9,14,15,19,
22,23 36:4,5,
7,9,11,15,18,
24 37:2,7,13,
14,15,18,20
38:2,6,7,9,
10,19,22
39:1,2,4,8,
13,15,18,19,
20,22,23
40:1,6,11,13,
15,16,17,23
41:2,3,5,7,24
42:2,4,10,13,
14 43:3,23
44:1,6,8,9,20
45:2,3,4,7,
10,15,23
46:2,4,6,7,8,
9,11,12,17,18
47:1,4,7,11,
18 48:17
49:5,7,9,10,
13,14,17,18,
20 50:1,7,16,
18,23 51:5,8,
17,23 52:4,5,
19,25 53:9,
12,14,17,18
54:2,7,8,14,
25 55:5 56:4,
5,8,9,20,23,
25 57:8,9,23
58:8,12,13,
20,24 59:3,4,
8,10,17,20,
21,22,25
60:2,4,5,7,
13,15,16,20
61:5,7,18,23
62:4,7,12,14,
15,21,24
63:5,8,13,25

64:5,7,10,12,
20 65:2,4,7,
10,13,19
66:12,13,18,
23,25 67:10,
21,25 68:7,
19,21,23,24,
25 69:1,3,4
70:2,4,14,20,
21,22,24,25
71:9,12,16,
21,22,25
72:12,22,23
73:4 74:8,19,
23,24 75:13,
15,20,21,22,
23 76:14,21
77:4,18 78:1,
3,6 79:3,6,8,
11,18,24
80:6,7,9,13,
14,21 81:4,
10,14 82:7,
12,13,18,20
83:4,14
84:16,20,25
85:2,3,17,25
86:1,2,19
87:5,6,10,13,
16,18,21
88:13,18
89:8,9,21
90:1,12,18,
19,20 91:3,16
92:1,4,7,10,
12,20,22 93:8
94:1,9,25
95:12,15,16
96:10 97:5,6,
18,21,22,25
98:4,8,18
99:14,17,18,
19 100:2,5,6,
24 101:9,15,
22,23 102:10,
11,14,15,17,
18,20,22
103:1,7,9,20,
23,25 104:6,

7,13,16,18,
20,23 105:1,
3,4,9,11,16,
19,22,23
106:7,8,10
107:14,17
108:2 109:5,
7,10,11,18,
19,20,25
110:4,14,15,
16,17,20,21
111:1,5,24
112:1,15
113:6,7,13,
23,25 114:1,
2,4,5,7,9,15,
16,22,23,24
**today** 5:18
7:23,25 8:19
9:20 10:14,
17,20 12:19
13:24 14:6
16:9 22:3
97:13 98:13
101:10,20
112:5
**today's** 5:14
8:15,16 13:12
14:20,25
**told** 68:7
88:25 103:11,
14
**Tom** 42:16
**ton** 43:19
**too** 11:8
62:5,10 67:15
79:25 93:24
107:5 110:18
112:18
**top** 9:14
15:21 16:2
69:24 72:13
73:24 75:6
81:4,11 82:4
84:7,13,25
107:7 110:13
**topic** 78:5
80:14

**total** 16:19
69:24 92:3
**touch** 63:21
**touched** 54:7,
9 63:21
**touches** 55:17
**toward** 28:3
**traffic** 22:8
67:11,20
98:20 100:20,
24
**trained**
95:12,21,23
**training**
39:12 41:11,
12 42:5,7,10
94:20,21
95:12,15
96:7,15,19,25
**trait** 105:18
**transcript**
5:16 10:6
**transferred**
106:5
**translation**
112:17
**travel** 77:19
**tribulations**
111:22 113:2
**tried** 26:20
**true** 73:9,13
91:20 93:25
**Trump** 28:2
**truth** 7:4,5
10:20
**truthful**
10:17
**try** 8:12
27:23 60:21
**trying** 17:15
26:2,17 28:1
59:8 65:7
78:3 109:18
111:1 113:6
**turn** 33:8,12
37:25 49:25
58:25

**turns** 64:25
**tweaked** 21:10
**two** 41:18,21
45:14,16,25
50:17 52:12
72:8 88:3
90:14
**type** 21:4,11
63:18 93:10,
20 97:22
114:3,10
**types** 12:14
39:5

---

**U**

---

**UCR** 70:5,12
**UK** 104:12
**ultimately**
65:14
**Um-hm** 52:8,12
56:17 98:18
104:17 107:2
110:3 112:19
**unconstitution
al** 101:18
**under** 10:21
21:19 27:5
28:17 40:4,14
46:3,17 60:9,
10 71:13,16
92:6,12 97:10
98:6,19,23,24
100:3,22
105:4
**understand**
10:19 21:17,
20 28:23 39:7
44:19 45:3
52:22 53:6
60:12 61:19
65:7 66:20
101:6 104:4
**understanding**
30:14,21,23
37:24 52:25
61:20 66:24
86:5,11 88:24

understands 112:15

understood 78:4

unfortunate 111:1

unfortunately 53:14 54:12, 20 110:18

uniform 39:1 70:13 87:17

uniforms 46:20

unincorporated 69:14

unit 75:11

United 42:21 57:17 92:20, 21 104:8 109:6

unless 5:9 41:5 54:9 81:5

unlike 98:13, 14

unrealistic 57:22

until 26:5 27:10 49:16 102:10

up 5:3,14 9:7 15:17 23:24 28:4,8 29:9 49:17,23 50:23 55:6 57:25 58:2 65:24 69:10, 16 75:6 76:2 78:8 80:15 82:4,17 84:13 85:3,17,25 87:9 88:8 93:1 99:24 100:6 102:11 106:8 112:3, 7,25 113:4

updated 75:23

upheld 92:21

uploading 15:19 71:22

upon 27:8 65:18 93:20

us 5:23 6:2 37:12 38:6,7, 9 53:3 66:13 87:17 91:23, 24 96:1 102:24 103:5, 9,12,14,21 110:21 111:17,18,22 112:10 114:9, 15 115:1

use 31:25 32:22 46:3,4, 17 71:11

used 22:2 40:25 45:8 54:14 71:17 97:6 98:4

using 33:17 47:5,20 51:22

usually 35:19

---

**V**

valid 67:13 68:3 92:24,25 100:2,18

validity 92:22

varied 86:12

variety 51:5 90:13

vehicle 92:24

verified 5:5

Vermont 49:17

version 40:22 76:20,21

versus 5:21 7:20

very 53:25 54:5,13 63:2, 3 76:22 78:4

97:16,17 109:24

victim 65:12

video 5:17,22 13:4 94:6,11 115:13

VIDEOGRAPHER 5:6 94:6,11 115:13

view 95:24

violation 29:5,13,14, 17,19,23 98:10 114:14

violence 56:22 59:2,3, 6,7,12,16

violent 69:22

volunteer 21:21

Volusia 49:2

---

**W**

waiting 60:5

waive 6:12

walls 97:24

want 9:17 16:22 20:13 23:7 32:4 33:3 38:19,25 39:8 44:1 45:2,7,10 47:18 59:10 63:8 65:13 69:1 72:23 75:15 79:18 87:10,13 104:16 108:14,18 110:20 114:2, 5

wanted 48:17

wants 58:20

warrant 29:1, 16 38:18 39:11 40:21,

24,25 41:10 42:4,9 43:2 54:13,14,16, 19 55:5 63:19 69:5 71:15 85:21 91:22, 25 92:2,5,10, 11,18,19 93:4,8,9,11 94:20 95:13, 23 97:19 102:6,11 103:19 113:24 114:1,3,5,10, 13,23 115:5

warrants 40:15 51:22 54:15 91:16 92:16,17,22, 23 93:22,24 114:22,25

was 7:9 8:5 11:2,8 13:6, 9,10 16:4 17:7 19:11 21:3,7,18,19, 22,25 22:1,10 24:20 25:1,24 26:2,4,7,9, 10,12,17 27:18,22,23 29:15,16,20 34:23 37:17, 24 42:7,11,16 43:3,4,5 46:12 48:16 50:12,13,14, 18 51:5,10, 16,21 55:12 60:9 61:12 62:10 64:21, 24 65:12,21, 25 66:1 70:20,21,22 72:6 74:14,25 75:20 77:11, 20 78:2,4,8, 9,12,17,25 79:1,5,8,14,

23,25 80:6,
13,15,16,18
81:1 82:22
83:3 89:11,
13,15 90:7,8,
11,23 91:15
94:8,9 95:15,
16 98:8,19
99:21 101:4
106:11 112:8
113:25 114:13
115:15

**wasn't**  27:24

**way**  27:12
28:1,4 32:15
47:21,22 48:1
70:20 79:6,25
85:22,23 86:1
92:25 95:22
101:18 104:25
105:5 108:13
110:18

**we**  5:21 9:8
10:9,10,11
11:21 13:20
18:23 19:4
20:9,11,14
21:25 26:1,3,
5 27:25 28:1,
3 33:12,22
38:7,8,10,13,
23 39:3
41:19,20
42:23 47:18
48:16 56:1,7
57:6,7,13,15
58:21 65:10
66:2 73:19
74:12 79:1,3,
6 80:15,16
83:4,24,25
84:4 86:1
87:12,13,15,
17,19 88:2
93:3,6,8
94:20,22
95:18,19
98:16 99:19
101:1,3,10

102:5,13,24
103:16 105:6,
14,16 106:19,
20 107:23
108:24 109:3,
15 110:20,23,
24 111:3,19
112:5,9,25
113:10,11,12,
14

**we'd**  102:24

**We'll**  20:20
73:4 115:10

**we're**  5:6
8:25 19:10
22:2 32:5
33:24 34:5
37:11 38:21
45:7,13 47:3,
6,9,17,19
54:6,14,15
56:4 63:4
64:15 69:13
87:16 97:21
102:19 110:23

**we've**  7:22
83:6 84:6
85:10 88:10
108:21 109:5

**Wednesday**
5:19

**weeds**  63:8

**week**  24:21

**weighing**
101:13,18

**well**  11:17
12:13,15
13:10 14:13
15:10 16:3,
13,17 20:1,24
22:16 24:25
25:6 26:17
27:1 30:24
31:17 34:7,11
37:11 38:4,17
41:14 42:6
44:4 49:1
50:3,12

52:16,24
53:11 59:3,22
61:3 62:25
64:3 66:16
67:14 68:6
70:18 75:17
78:2 79:1,12,
17,24 82:17
84:1,18 85:17
86:8,12 89:16
93:2 95:6,15,
16,17 96:3,22
97:5 98:4
101:5,7
105:2,11
106:3 111:5,
17 115:4

**went**  48:15
64:12 89:20
106:10

**were**  12:6,8
13:20 14:8
17:7 18:12,14
21:15 22:1
23:4 26:1,3,
13,16 27:18
28:12,13
35:22 41:20
45:15 50:15,
16 51:3,10,13
53:3 55:22
59:24 60:13,
19 62:5 66:8
67:10,22 77:9
78:14 79:6,9,
10,19 80:6
83:21,24
85:12,15
89:4,14,25
90:14,25
91:1,2,3,5
97:8 100:9
101:9 106:5,
20 113:22

**weren't**  90:25
91:3

**what**  8:23
13:17 15:9
17:5,7,14,18,

25 21:17
22:17 23:4,17
24:9 26:24
28:3,11 29:2,
15 31:2,8,12
32:5,7,8,9,
10,21 33:5,14
34:7,15,25
35:16 38:15,
17 42:25 43:8
44:4,19,22
45:3 46:15,
17,18 47:2,23
50:10,11
51:10,20
52:15,17,21
54:2 55:18
56:19 57:5,12
58:12,16,18
60:1,25 61:2
63:4 64:15
65:8 66:9,20
67:1 68:4,16,
22 69:22
70:2,12 71:5
72:24 74:2
75:15 76:1
78:17,18,19,
20 79:12,17,
18 80:2,14
82:9,10 83:16
85:11,14,18
86:5,11 88:1,
22,23,24,25
89:1 90:21
92:9 93:10
95:5,11,13,25
96:3,22 98:2
99:18 101:6,
8,10,16
103:25 104:1,
21 105:25
106:3,20,24
107:16
108:20,24
109:7 110:3,
4,20 114:6

**what's**  30:17
44:21 45:9

Robert Gualtieri
August 05, 2020

44

| | | | |
|---|---|---|---|
| 53:7 63:1<br>64:16 68:11<br>100:13 103:13<br>**whatever** 59:8<br>**whatsoever**<br>47:1 104:9<br>**when** 10:12<br>17:3,7 24:20<br>28:2 33:11<br>34:24 35:18<br>37:25 42:16<br>46:1,3,8,15<br>47:17,20<br>48:16 52:6<br>58:8,15,21<br>59:13,16<br>65:14,20<br>70:24 74:12<br>79:14 90:21<br>97:3,25 99:18<br>103:4 109:21<br>110:16 111:3,<br>5 112:7,25<br>113:13,22<br>115:4<br>**whenever**<br>10:11 112:3,4<br>**where** 25:21<br>27:16 38:24<br>40:19 41:4<br>50:14 51:12<br>53:3 55:7<br>56:24 58:2<br>64:4,8,17,24<br>66:7 72:16<br>74:9 76:15,19<br>83:21 84:3,21<br>85:2 86:7<br>87:4 91:2<br>97:7,8,9<br>98:4,13<br>105:20<br>**whether** 15:13<br>19:16 43:21<br>56:8 57:24<br>62:1,2 65:17,<br>19 79:13 85:8<br>104:5,10<br>105:22 | 114:11,12<br>**which** 8:14<br>14:6 16:4<br>20:8 26:22<br>29:15 30:2<br>37:5 39:10<br>40:14,22 51:4<br>57:11 63:17<br>71:11,12,15,<br>17 72:2 76:20<br>77:8 86:24<br>103:5 110:24<br>114:25<br>**while** 11:8<br>23:8 41:15,20<br>57:10 105:12<br>**white** 92:15<br>104:5,11,12<br>**who** 6:14<br>13:1,3 19:18<br>21:5,23,25<br>26:16 42:13<br>50:2 51:5,6<br>54:4,6 55:8,<br>12 57:1 58:5,<br>6 60:19 61:5,<br>8 62:1,2,19<br>63:6 64:6<br>69:1 70:24<br>71:2 72:13<br>75:9 78:5<br>84:14 87:3,21<br>88:4 96:14,18<br>100:6 101:23<br>103:1,2 106:1<br>108:14,23,25<br>109:1,2,17,25<br>110:25 112:13<br>114:24<br>**who's** 55:18<br>**whoever** 33:10<br>**whole** 7:4<br>11:9 17:24<br>27:14 43:19<br>53:17 58:1<br>65:11 66:10<br>67:24,25<br>71:25 103:2 | **whom** 12:22<br>**whose** 55:22<br>**why** 10:16<br>21:15,18<br>31:13 34:23,<br>25 35:1,3<br>57:22 64:12,<br>21 65:13<br>66:10,25 67:6<br>69:4 78:1<br>88:23 92:8<br>102:19 108:7<br>**will** 5:1,9,13<br>6:1,7 7:4<br>15:19 16:19<br>41:6 51:21<br>62:4 80:23,24<br>87:6 89:16,22<br>92:1,4,10,11<br>110:9,13,15<br>111:18 113:1<br>**willing** 91:3<br>**winners** 82:5<br>**Winona** 55:7<br>**with** 6:6<br>12:18,22,24<br>13:20,23<br>14:19,20<br>16:22 18:24<br>19:23 20:24<br>22:11,14,16,<br>17 23:7<br>24:12,18<br>25:13,16<br>26:2,5,16,25<br>27:18 28:4<br>30:3 31:4,15,<br>17,18,21,23<br>32:2 34:10<br>35:23 36:24<br>37:12,14<br>39:18,19,20,<br>23 40:1,5,16<br>42:13,23<br>43:1,3,8,14,<br>16 44:6,18,<br>19,22 45:3,<br>11,18,19,24<br>46:6,7,11,23 | 47:1 48:5,10,<br>13,15 49:10,<br>14,17,20<br>50:19 51:7<br>53:1,17,18<br>54:2,12,14,<br>15,17 56:16,<br>25 62:15,16,<br>20 63:13<br>64:9,14,15<br>66:9 67:3,8,<br>13,16 70:19,<br>21 71:1,3,17<br>72:10,20<br>73:18 74:8,<br>12,19 75:4<br>78:2 79:3,4<br>80:15,16,17<br>81:6,8 82:17<br>83:10 85:17,<br>20,25 86:1,8,<br>18 87:17<br>89:19,20,22<br>90:5 94:4<br>96:4 97:5,11,<br>22 99:17,19,<br>20 101:2,15,<br>23 102:4,11,<br>24 103:9,20<br>104:6,13<br>107:7 108:5,<br>7,12 109:7,<br>21,24 110:7,<br>8,9 111:4,21<br>112:16<br>**withdraw**<br>20:21<br>**within** 24:16<br>36:6,19<br>41:18,21<br>45:14 56:15<br>57:1 102:12<br>108:3,16<br>114:21<br>**without** 12:21<br>13:12 85:9<br>96:7 97:18<br>112:18 113:24 |

| | | | |
|---|---|---|---|
| **witness**  5:1,4 6:6 7:6 8:7 23:15 32:14 33:21 35:10 37:5,6 38:4 47:12 52:21 53:11 59:22 62:8,13,25 65:3 70:5 79:12 94:5 103:8 104:19 105:2 | 11,12 39:3 41:13 46:11 47:3 48:23 53:4 55:22,23 57:15,19 60:2,4,7 62:18 64:15 66:6 71:11 73:6,21 75:13 76:4,7,10,22 80:13,18 81:17 87:9, 17,20 91:13, 17 97:4,18 98:5,13 100:6 102:17,18 103:5 106:6, 14 111:24 112:12,14 114:15 115:12 | 73:19 83:16 85:22 89:2 91:18,20 104:19 107:10 **year**  41:16 81:8 112:1,3 **years**  11:6,7 17:19,25 18:7 23:10 24:24 27:25 41:18, 22 65:25 68:20 69:11 90:5 97:13 98:11,13,14, 17 101:11 109:3 110:12 | 16,18,23 10:1,4,5,7, 11,12,13,16, 19,23,24 11:3,4,10,16, 17,22,25 12:3,6,8,18, 23 13:14,17, 21,23,24 14:1,2,4,5,6, 9,12,16,17, 20,24 15:2,5, 10,14,18,20, 23 16:3,5,8, 9,14,16,19, 22,24,25 |
| **woman**  55:10 **won't**  89:19 **word**  30:18 48:4 **words**  68:14 **work**  23:1 24:6 27:12,25 28:3 31:8 41:25 42:3,13 43:1 46:14 70:22 72:20 80:15 82:14 85:25 109:2 113:7 | **wouldn't** 10:16 30:24 38:13 42:10 57:14 73:13 89:8 106:13 **wrecks**  11:22 **writ**  63:10 **write**  73:15 **written**  11:13 94:18 **wrong**  27:18 45:14 91:20, 21 92:3,5 | **Yep**  83:19 **yes**  7:24 8:17 9:14,24 10:22 11:12,19 12:10,17,20 13:16 15:16, 24 16:6,10,15 17:2 18:13, 15,17,22 21:14 22:4, 12,16 23:3 32:7 34:8,14 37:17 44:17 55:21 66:24 67:19 69:9 72:15 73:8, 20,23 74:5 | 17:3,7,10,14, 15,17,19,21, 22,25 18:3,5, 12,14,20,23, 25 19:12,14, 16,17 20:1,3, 5,8 21:1,5,9, 12,15,17,21, 23 22:1,5,13, 14,17,18 23:1,7,9,11, 13,14 24:1,3, 5,8,13,15,19, 25 25:1,4,11, 13,16,19,20 |
| **work-around** 51:21 **workable** 70:23 **worked**  11:3 18:25 22:14, 16,17 42:6,8, 23 70:19 71:3 85:17,20 90:4 | **wrongly**  27:5 **wrought**  51:22 **WSO**  42:8,14 74:13 **Wyoming**  57:25 | 75:8 76:13 77:5,7,13,20 81:7,13,16, 19,22 82:1,6 83:14 85:8,9 86:10 93:21, 25 94:17 95:1 96:13 100:5,8 103:8 106:24 107:3,10,22, 25 112:21 | 26:8,12,13, 16,24 27:1 28:6,7,8,12, 13,16,23,25 29:21,22,25 30:1,7,8,18, 22 31:6,14, 15,17,18,23 32:2 33:8,16, 17,22 34:2,10 35:15,16 36:8,9,13,15, |
| **working**  25:20 26:1,3,13,16, 24 41:23 42:1 68:19 78:2,12 **works**  72:14 **world**  57:13 **worry**  109:13 **would**  10:9 18:4 28:23 29:18 30:10, 22 31:8,12,15 34:13 37:14, 18,25 38:4,6, | **Y** **yeah**  12:10,15 13:25 14:14 18:8 25:3 34:11 41:18 47:25 56:25 61:3 64:1,3 68:18 69:21 | **yet**  19:5 **York**  59:9 **you**  6:14 7:3, 13,25 8:7,15, 19,22 9:6,12, | 17 37:12,13, 14,19,25 38:9,15,20 39:7,9,13 40:17,18,19, 21,24 41:2,3, |

4,5,6,7,9,12,
14,23,24,25
42:3,13,25
43:15,18,19,
21 44:2,3,4,
5,11,12,13,
16,18,19
45:3,9,10,14
46:1,3 47:3,
13,24 48:1,2,
22 49:6,7,10,
22,25 50:6,
11,20 51:12,
21 52:12,15,
21 53:2,21
54:8,10,11
55:6,17,18,23
56:17,18,24
57:13 58:15,
16 59:1,3,25
60:1,9,18,23
61:2,3 62:1,
2,3,18 63:8,
9,14,21 64:3,
4 65:8,11,18,
19,21 66:3,
13,21,23,24
67:1,2,3,10,
14,18 68:4,6,
7,9,10,12,13,
16,19,23,24
69:2,6,7,19
70:5,9,15,16,
24,25 71:5,6,
7 72:1,10,13,
22,23 73:2,6,
9,11,17 74:3,
7,18,19 75:3,
4,13,15,20
76:3,4,5,15,
22,23,25
77:3,6,8,11,
14,18,21,22,
23 78:1,2,14,
15 79:9,10,
12,13,19 80:8
81:5,6,7,17,
18 83:10,17,
20,21 84:3,8,
9,18,20,25
85:4,11,12,
14,15,20
86:3,7,8,12
87:12,13,16,
20,22 88:1,3,
5,7,9,17,21,
22,23,25
89:1,6,7,8,
15,21,24
90:2,6,10,14,
16,17,19,21
91:1,7,8,9,
11,13,14,17,
18,19,21,22,
24 92:1,9,11,
12,16 93:3,7,
19 94:14,15,
19 95:5,6,11,
22,24 96:1,6,
8,24 97:5,18
98:6,7,9
100:4,5,9,10,
19,20,23
101:6,7,8,9,
11,13,19,20
102:10,14,15,
22 103:5,22,
25 104:14,15,
16,20,23
105:14,20,25
106:9,13,18,
22,25 107:5,
9,12,19 108:1
109:9 110:3,
4,5 111:5,10,
11,15,16,24
112:1,2,3,4,
20,22 113:1,
8,13,16,22,24
114:2 115:8,
11,12
**you'd**  114:15
**you'll**  10:2
16:1,3 73:24
82:4
**you're**  7:3
8:21 9:20
12:5,15 17:25
24:4,14 28:11
29:3,4 30:2
31:15 34:7
35:2 44:14
45:5 46:2,15
47:2 50:23
51:1 52:5,25
53:7 56:19
58:9,12,13
59:1,2,4,5,8,
16 61:20
62:25 64:1,23
65:20 66:19,
20 71:18
74:10 79:17,
18 81:7 83:23
84:10 88:9,
10,20 92:11
95:13,25
97:16,25
98:1,2,18,23
99:23 100:4
101:16
102:22,23
104:10
109:21,22
112:19 113:14
**you've**  11:10,
13 12:7 14:1
17:16 18:7,9
19:5,19 22:21
24:10 45:25
55:12 66:25
105:11 111:24
**your**  5:2
6:13,14 7:1,
13,15,22 8:25
9:20,23 10:5,
14,25 11:20
12:7,18 15:17
16:13,23,24
17:7,10,13
18:18,19,20,
24 19:21
20:10,23
21:13 22:5,6,
10,13 23:4
24:12 28:6
29:25 30:12,
14,21,23
32:9,10,11
37:16,17,24
39:9 41:3
44:21 47:13
50:5 52:16
63:3 68:14
69:18 70:14
72:12,16,25
73:17 75:6
79:8,19,22
81:11 83:13
84:8 86:2,5,
11 88:24 89:1
90:16 91:8
93:10,11
94:15 95:17
96:6,10 99:5,
7 100:1,10
101:1,4
103:11,14
104:21 105:19
107:11
**yourself**  70:6
91:9

---

**Z**

---

**zone**  5:20