**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CITY OF SOUTH MIAMI, ET AL.,

     *Plaintiffs*,

v.                                 Civil Action File No. 1:19-cv-22927

RON DESANTIS, ET AL.,

     *Defendants*.

---

**PLAINTIFFS' NOTICE OF FILING EXHIBITS 17-22A FOR PLAINTIFFS' MOTION
FOR SUMMARY JUDMENT AND STATEMENT OF UNDISPUTED FACTS**

Plaintiffs respectfully advise the Court of the filing of Exhibits 17-22A for their Motion

for Summary Judgement (ECF No.___) and Statement of Undisputed Facts (ECF No. ___).

Dated: August 28, 2020

Respectfully submitted,

By: /s/_Anne Janet Hernandez Anderson__

Anne Janet Hernandez Anderson
Florida Bar No. 18092
Email: aj.hernandez@splcenter.org
Paul R. Chavez*
Florida Bar No. 1021395
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
Victoria Mesa-Estrada
Florida Bar No. 076569
Email: victoria.mesa@splcenter.org
SOUTHERN POVERY LAW CENTER
4770 Biscayne Blvd, Suite 760
Miami, FL 33137
Tel.: (786) 347-2056

Alana Greer
Florida Bar No. 92423
Email: alana@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33145
Tel.: (305) 907-7697 ext. 1

Rebecca Sharpless
Florida Bar No. 0131024
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 284-6092
Fax: (305) 284-6093

\* Admitted *pro hac vice*

Page Break

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' Notice of Filing Index of Exhibits to Plaintiffs' Motion for Summary Judgment and Statement of Undisputed Facts was served via the U.S. District Court for the Southern District of Florida's electronic filing system on August 28, 2020, on counsel for Defendants listed in the attached service list.

Dated: August 28, 2020

/s/   Anne Janet Hernandez Anderson_____

Page Break

### SERVICE LIST

James H. Percival
Email: James.Percival@myfloridalegal.com
Colleen M. Ernst
Email: Colleen.ernst@eog.myflorida.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE GENERAL COUNSEL
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

Elizabeth Teegen
Email: Elizabeth.Teegen@myfloridalegal.com; complexlitigation.eservice@myfloridalegal.com
James H. Percival
Email: James.Percival@myfloridalegal.com

*Case No. 1:19-cv-22927-BLOOM/Louis*

Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*