IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CITY OF SOUTH MIAMI, ET AL.,

    *Plaintiffs*,

v.                                          Civil Action File No. 1:19-cv-22927

RON DESANTIS, ET AL.,

    *Defendants*.

_____/

**PLAINTIFFS' RULE 6(b)(1)(B) MOTION FOR EXTENSION OF TIME TO FILE STATEMENT OF UNDISPUTED FACTS AND EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), Plaintiffs hereby move for an extension of time to file their Statement of Undisputed Facts and Exhibits due to technical difficulties encountered while uploading the large number of Exhibits into the CM/ECF system.

**I.    LEGAL STANDARD**

Rule 6(b) allows courts to grant relief by finding that an inadvertent late filing, while negligent, constitutes "excusable neglect." *Pincay v. Andrews*, 389 F.3d 853, 860 (9th Cir. 2004) Federal Rule of Civil Procedure 6(b) provides:

> (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires, or (B) on motion made after the time has expired if the party failed to act because of excusable neglect."

FRCP Rule 6(b)(1)(A)&(B). Upon motion made, Rule 6(b)(1)(B) permits a post-deadline filing extension "for good cause," if the party failed to act because of "excusable neglect*." Lujon v. Nat'l Wildlife Fed'n*, 498 U.S. 871, 896 (1990). "[W]hen an act must be done within a specified time, the district court may extend the time for good cause 'if the party failed to act because of excusable

neglect.'" *Kirkland v. Guardian Life Ins. Co. of America*, 352 Fed. Appx 293, 297 (11th Cir. 2009) (citing Rule 6(b)(1)(B)).

In analyzing excusable neglect, the court should look at (1) the danger of prejudice to the non-movant, (2) the length of the delay and its possible impact on the judicial proceedings, (3) the reason for the delay, and (4) whether the movant acted in good faith. *Advanced Estimating Sys. Inc. v. Riney,* 130 F.3d 996, 997–98 (11th Cir. 1997). The Supreme Court has explained that excusable neglect can include an "inadvertent or negligent omission." *Pioneer Inv. Serv. Co. v. Brunswick Assoc. Ltd. P'ship,* 507 U.S. 380, 113. (1993).

## II.     ARGUMENT

Plaintiffs Motion for Summary Judgement and Statement of Undisputed Facts with Exhibits were due on or before August 28, 2020, with an Index of Exhibits due 24 hours later. Plaintiffs Motion for Summary Judgment was timely filed. However, while attempting to upload the Exhibits into the CM/ECF system counsel for Plaintiffs encountered technical difficulties. Specifically, Counsel for Plaintiffs began uploading the numerous Exhibits at 10:25pm on August 28. At 11:11pm on August 28, the CM/ECF system indicated that the exhibits were 100% uploaded. Immediately thereafter, however, Plaintiffs received an error message. The error message is attached here as Exhibit A. Subsequently Plaintiffs encountered yet another error message, attached here as Exhibit B.

Counsel for Plaintiffs suspect that the massive size of the Exhibits caused the technical issues. To remedy the situation, Counsel for Plaintiffs began to break up the Exhibits into several different filings, as follows:

- Plaintiffs Exhibits 17-22A to the SOF were filed at 12:02am on August 29, 2020.
- Plaintiffs  Exhibits 1-14 to the SOF were filed at 12:55am on August 29, 2020.

*Case No. 1:19-cv-22927-BLOOM/Louis*

- Plaintiffs Exhibits 22B-24 to the SOF were filed at 1:09am on August 29, 2020.

- Plaintiffs Exhibits 24-41 to the SOF were filed at 1:35am on August 29, 2020.

- Plaintiffs Exhibit 42 to the SOF was filed at 1:44am on August 29, 2020.

- Plaintiffs Exhibit 43 to the SOF were filed at 1:48am on August 29, 2020.

- Plaintiffs Exhibits 44-46 to the SOF were filed at 1:54am on August 29, 2020.

- Plaintiffs Exhibits 47-54 to the SOF were filed at 2:01am on August 29, 2020.

- Plaintiffs Exhibits 15-16 to the SOF were filed at 2:24am on August 29, 2020.

Because Plaintiffs Motion for Summary Judgment was timely filed, and all of the filings related to Plaintiffs Motion for Summary Judgment were all filed within a few hours of the August 28 deadline, there is no danger of prejudice to Defendants. Similarly, because all of the related filings were filed shortly after the deadline (early Saturday morning), the length of delay is not likely to have any impact on the judicial proceedings. Furthermore, Plaintiffs have already filed the Index of Exhibits (ECF No. 122-1) pursuant to this Court's Scheduling Order (ECF No. 36). The reason for the delay is due to technical difficulties caused by the size of the necessary Exhibits. Finally, Plaintiffs have acted in good faith. Absent technical issues, all filing in support of Plaintiffs' Motion for Summary Judgment would have been filed by 11:30pm on August 28, 2020.

Accordingly, Plaintiffs respectfully request that the court grant Plaintiffs Motion for Extension of Time to File their Statement of Undisputed Facts and Exhibits.

Dated: August 29, 2020

Respectfully submitted,

By: /s/ Anne Janet Hernandez Anderson

*Case No. 1:19-cv-22927-BLOOM/Louis*

Anne Janet Hernandez Anderson
Florida Bar No. 18092
Email: aj.hernandez@splcenter.org
Paul R. Chavez*
Florida Bar No. 1021395
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
Victoria Mesa-Estrada
Florida Bar No. 076569
Email: victoria.mesa@splcenter.org
SOUTHERN POVERY LAW CENTER
4770 Biscayne Blvd, Suite 760
Miami, FL 33137
Tel.: (786) 347-2056

Rebecca Sharpless
Florida Bar No. 0131024
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 284-6092
Fax: (305) 284-6093

Alana Greer
Florida Bar No. 92423
Email: alana@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33145
Tel.: (305) 907-7697 ext. 1

\* Admitted *pro hac vice*

4

*Case No. 1:19-cv-22927-BLOOM/Louis*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served via the U.S. District Court for the Southern District of Florida's electronic filing system on August 29, 2020, on counsel for Defendants listed in the attached service list.

Dated: August 29, 2020

/s/ _Anne Janet Hernandez Anderson

*Case No. 1:19-cv-22927-BLOOM/Louis*

## SERVICE LIST

James H. Percival
Email: James.Percival@myfloridalegal.com
Colleen M. Ernst
Email: Colleen.ernst@eog.myflorida.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE GENERAL COUNSEL
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

Elizabeth Teegen
Email: Elizabeth.Teegen@myfloridalegal.com; complexlitigation.eservice@myfloridalegal.com
James H. Percival
Email: James.Percival@myfloridalegal.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*