IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CITY OF SOUTH MIAMI**, *et al.*

    *Plaintiffs*,

vs.                                                                               CASE NO. 1:19-cv-22927

**RON DESANTIS, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE
STATE OF FLORIDA**, *et al.*

    *Defendants*.
_____/

**DEFENDANTS' IDENTIFICATION OF COUNTER DESIGNATION OF
DEPOSITION TESTIMONY OF FATHER O'LAUGHLIN
FOR USE AT TRIAL**

Defendants DeSantis and Moody, through undersigned counsel, pursuant to this court's Paperless Order granting [165] Plaintiffs' Unopposed Motion for Leave to Designate Deposition Testimony of Father Frank O'Laughlin dated December 15, 2020 (DE 166), provide notice of counter deposition designations to plaintiffs' designations as follows:

Deposition testimony of Father Frank O'Laughlin taken August 12, 2020:

| Counter Designations | Related Exhibit(s) |
|---|---|
| 16:2 to 16:12 | |
| 19:2 to 19:14 | |
| 24:22 to 25:7 | |
| 28:16 to 28:22 | |
| 35:25 to 38:7 | Exhibit B |

1

| | |
|---|---|
| 39:4 to 39:23 | |
| 40:17 to 41:3 | |
| 43:9 to 44:17 | |
| 44:18 to 45:4 | |

The document as stated is attached hereto.

        Respectfully submitted,

        ASHLEY MOODY
        ATTORNEY GENERAL

        /s/ *Anita J. Patel*
        James H. Percival (FBN 1016188)
        CHIEF DEPUTY SOLICITOR GENERAL
        James.Percival@myfloridalegal.com

        Elizabeth Teegen (FBN 833274)
        CHIEF ASSISTANT ATTORNEY GENERAL
        State Programs
        Elizabeth.Teegen@myfloridalegal.com

        Karen Brodeen (FBN 512771)
        SENIOR ASSISTANT ATTORNEY GENERAL
        State Programs
        Karen.Brodeen@myfloridalegal.com

        Anita J. Patel (FBN 0070214)
        SENIOR ASSISTANT ATTORNEY GENERAL
        Complex Litigation
        Anita.Patel@myfloridalegal.com
        ComplexLitigation.eservice@myfloridalegal.com

        Office of the Attorney General
        PL-01 The Capitol
        Tallahassee, FL 32399-1050
        850-414-3300

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 28th day of December, 2020.

/s/ *Anita J. Patel*
Anita J. Patel