IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CITY OF SOUTH MIAMI, ET AL.

    *Plaintiffs*,

v.                                                      Case No: 19-cv-22927

RON DESANTIS, ET AL.,

    *Defendants*.

_____/

## PLAINTIFFS' TRIAL EXHIBIT INDEX

Plaintiffs' hereby submit their Trial Exhibit Index and exhibits for trial in this matter scheduled to begin on January 4, 2020.

| TRIAL EXHIBIT NUMBER | PRIOR ECF NO. OR BATES NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|---|
| P-1 | ECF No. 116-3 | Expert Report of Allan J. Lichtman | |
| P-2 | ECF No. 116-11 | A Broward Palm Beach New Times article, published by Julia Reischel on July 27, 2006, including an interview of FLIMEN Vice-president David Caulkett explaining his business, reportillegals.com – where he charges fees to report suspected undocumented persons or their employers. | A R H |
| P-3 | ECF No. 116-10 | An April 1, 2010 letter from Caulkett | A R |

| | | | |
|---|---|---|---|
| | | (FLIMEN Vice-president and Reportillegals.com President) to ICE-Fairfax Investigations Duty Agent providing information "regarding a suspected illegal alien and/or a suspected illegal employer." | H |
| P-4 | ECF No. 116-15 (PLS029914-PLSO29915) | Jack Oliver email to Sen. Bean dated Dec. 13, 2016 regarding sponsorship for anti-sanctuary city bill. | H |
| P-5 | ECF 38-2 Exh 2 to Amended Complaint | December 13, 2016 email thread from Austin Nicklas to Joseph Endicott, forwarding an email from Jack Oliver with the subject line: "Fw: Request to sponsor bills" | H |
| P-6 | 1RFP_000123-130 | FLIMEN Alert sent to James Varnado on November 1, 2018. P-6_000001 – P-6_000008 | R H |
| P-7 | ECF No. 116-16 (PLS011952-011958) | Email from FLIMEN President Kenneth Morrow to Rep. Byrd dated January 18, 2019, requesting that he sponsor or co-sponsor a bill FLIMEN suggests "could be titled 'No ID's for Undocumented Persons," and later, on April 15, 2019, coordinating with Rep. Byrd's Legislative Assistant, Katherine | R H |

| | | | |
|---|---|---|---|
| | | Woodby, regarding the FLIMEN sponsored event, "Victims of Illegal Immigration Day." | |
| P-8 | ECF 38-7 (P-8_000001-06) | April 15, 2019 email thread from kdmlady to Katherine Woodby regarding the FLIMEN sponsored event, "Victims of Illegal Immigration Day." | R H |
| P-9 | ECF No. 116-17 (PLS004202-004204) | Morrow Email to Gruters dated Jan. 18, 2019 regarding sponsorship for a pre-drafted bill which "could be titled 'No ID's for Undocumented Persons,'" and requesting a meeting with Sen. Gruters, Morrow, and FLIMEN Vice-president David Caulkett. | R H |
| P-10 | ECF No. 117-1 (PLS004206-004362) | Email correspondence sent from FLIMEN Vice-president David Caulkett dated January 23, 2019 to Barnhill stating that it was "a pleasure to meet with [him] and Senator Gruters" that day, as well as commanding Barnhill to "Please get the bills to Bill Drafting ASAP," and attaching a list of "anarchy cities in Florida" to the email "[p]er Senator Gruter's request." | R H |

| | | | |
|---|---|---|---|
| P-11 | ECF No. 118-1 (PLS003222-003376) | Email from Barnhill to Caulkett dated Jan. 24, 2019 | R H |
| P-12 | (ECF No. 120-8) PLS003220-003221 | Email from Barnhill to Caulkett, on January 24, 2019 to FLIMEN Vice-president confirming that Barnhill put the bills in bill drafting that morning and thanking him for the advice on SB 168. Email from David Caulkett (FLIMEN, Vice-president) to Josh Barnhill (Sen. Gruters' Legislative Aide) thanking Mr. Barnhill and Mr. Gruters for meeting with him and for sponsoring bills; stating "Please get the bills to Bill Drafting ASAP;" fulfilling a request for Sen. Gruters, stating "Per Senator Gruter's request, the list of Sanctuaries in Florida, or as I can them Anarchy Cities, is attached;" and providing feedback on SB168 - to which Mr. Barnhill responded, including "I put them both in bill drafting earlier this morning. Great to meet you and Ken, and thank you for the advice on 168." | R H |
| P-13 | ECF No. 119-1 | February 2, 2019 email in which Sen. Gruters | R H |

|  | (PLS003693-003847) | forwarded a report by FAIR, entitled "Sanctuary-Report-FINAL 2018," from his personal Gmail account to his Florida Senate account, and then forwarding the email to David Simmons. |  |
|---|---|---|---|
| P-14 | ECF No. 116-6 | Screenshot of the "About Us" page from the FLIMEN website, captured on February 6, 2019, displaying names, titles, and background on FLIMEN Board Members and a description of FLIMEN, and a link at which individuals may subscribe for FLIMEN Alerts. | A R H |
| P-15 | ECF No. 119-2 (PLS003853) | Email from Morrow to Barnhill dated February 6, 2019 confirming their "brief discussion th[at] morning" and informing him that "FLIMEN would like to appear at [a] meeting to testify in support of SB 168." | H |
| P-16 | ECF No. 119-3 (PLS003858-003868) | Barnhill Email to Morrow dated Feb. 11, 2019 asking "Does fair have any response to this?" regarding the ACLU's request that Senate Judiciary Committee members vote "No" on SB 168. | H |
| P-17 | ECF No. 120-1 | Brill Email dated Feb. 11, 2019 to Morgan | H |

|  | (PLS003869-003915) | Parrish (then OPS for Sen. Bill Galvano) sharing talking points Ms. Brill prepared for SB 168, as well Sen. Bean and Rep. Metz's openings and responses to questions on the bill. |  |
|---|---|---|---|
| P-18 | ECF No. 120-2 (PLS029911) | Caulkett Email to McNeil, Senior Executive Assistant in the Department of Legal Affairs, on Feb. 15, 2019 arranging a meeting with Attorney General Ashley Moody and providing dates of availability. | R H |
| P-19 | ECF No. 116-8 (PLS003930-3933) | Feb. 19, 2019 email from Kenneth Morrow requesting calls to members of the FL Senate Judiciary Committee regarding SB 168. | R H |
| P-20 | ECF No. 116-9 (PLS003960-003961) | Kenneth Morrow email forwarding David Jaroslav email to Josh Barnhill dated March 11, 2019 regarding rejection of amendments proposed by Sen. Taddeo. | R H |
| P-21 | ECF No. 116-13 (PLS003986-003991) | FLIMEN Alert dated April 12, 2019 received by Sen. Gruters' Legislative Aide Josh Barnhill | R H |

6

| | | | |
|---|---|---|---|
| P-22 | 1RFP_000091-96 | FLIMEN Alert sent on April 12, 2019 to Emery Gainey regarding FOIA requests submitted referencing FLIMEN, stating "the Anti-Sanctuary bill will likely pass," and "Many busloads of illegal aliens and their supporters and are expected to protest loudly, numerous times, throughout the end of the Session." | R H |
| P-23 | 1RFP_000109-120 | FLIMEN Alert sent on April 12, 2019 to Carolyn Snurkowski regarding FOIA requests submitted referencing FLIMEN, stating "the Anti-Sanctuary bill will likely pass," and "Many busloads of illegal aliens and their supporters and are expected to protest loudly, numerous times, throughout the end of the Session." (P-23_000001 – P-23_000012) | R H |
| P-24 | 1RFP_007195-7201 | Email on April 12, 2019 containing FLIMEN invitation to DeSantis for "Victims of Illegal Immigration Day," and thanking him "for making Anti-Sanctuary a priority[.]" | R H |

7

| | | | |
|---|---|---|---|
| P-25 | PLS 004150-4165 | April 15, 2019 Email from FLIMEN to Sen. Gruters' Legislative Aide, Josh Barnhill, following up on a prior communication which stated "We'd love to have Senator Gruters sponsor, or co-sponsor with Rep. Cord Byrd (and possibly Senator Aaron Bean)," referring to the "Victims of Illegal Immigration Day" press conference. | R H |
| P-26 | ECF No. 120-5 (PLS011948-011951) | Email from FLIMEN Board Member Robert Windham, sent on April 18, 2019, to Rep. Byrd including sanctuary counties in Florida "as identified by FAIR," which Rep. Byrd forwards to his Legislative Assistant Katherine Woodby. | R H |
| P-27 | ECF No. 120-6 (PLS004179-004180) | Email from Kenneth Morrow (FLIMEN President), on April 24, 2019, to Josh Barnhill (Sen. Gruters' legislative aid), discussing David Jaroslav (FAIR, State and Local Legislative Manager), stating "I will ask David J. to clarify the status of SB 168 to determine if any activity will carry over to the following week. I will advise all on his reply." | R H |

| | | | |
|---|---|---|---|
| P-28 | ECF No. 116-9 | Screenshot of the "About Us" page from the FLIMEN website, captured on August 7, 2020, newly reflecting Kenneth Morrow as President of FLIMEN and Robert Windham as a Board Member. | A R H |
| P-29 | ECF No. 116-7 (PLS029909-29910) | FLIMEN Alert containing an endorsement by FLIMEN of Representative Gayle Harrell. | R H |
| P-30 | ECF No. 116-12 | Screenshot of the website illegalaliens.us, run by David Caulkett. | A R H |
| P-31 | ECF No. 120-7 | A screenshot of the Twitter profile of FAIR, displaying in its bio the organizations' claim that it "fights for a stronger America with controlled borders, reduced immigration and better enforcement." | A R H |
| P-32 | ECF 38-3 Exh 3 to Amended Complaint | Document self-labeled the "Secure our Streets" Act | A R H |
| P-33 | ECF 38-1 Exh 1 to Amended Complaint | Chapter 2019-102 | |
| P-34 | ECR 38-4 Exh 4 to Amended Complaint | Chapter 2019-102, with plaintiffs' highlights | |

| | | | |
|---|---|---|---|
| P-35 | ECF 38-5<br>Exh 5 to Amended Complaint | SB 168, as filed, with plaintiffs' highlights | |
| P-36 | ECF 38-6 | Excerpt from document entitled "Sanctuary Jurisdictions in Florida" | A<br>R<br>H |
| P-37 | ECF 38-8 | Summons issued to Governor Ron DeSantis | |
| P-38 | ECF 38-9 | Summons issued to Attorney General Ashley Moody | |
| P-39 | N/A | Demonstrative Exhibit - Tables from Lichtman Report | |
| P-40 | N/A<br>N/A | Demonstrative Exhibit - Graphs from Lichtman Report | |
| P-41 | N/A<br>N/A | Demonstrative Exhibit - Amendments Timeline | |
| P-42 | N/A<br>N/A | Demonstrative Exhibit - Correspondence and Press Conference Timeline | |
| P-43 | ECF Nos. 113-6; 115-1 | Deposition of David Caulkett, FLIMEN, Vice-president and Founder; and accompanying deposition exhibits | Objection – rule 32(a), Fed.R.Civ.P. |
| P-44 | ECF No. 115-2 | Deposition of Robert Gualtieri, Sheriff of Pinellas County; and accompanying deposition exhibits | *See* ECF No. 159 (Defs.' Identification of Counter Deposition Designations and Objections to Plaintiffs' Designations For Use at Trial) |

| | | | |
|---|---|---|---|
| P-45 | ECF No. 113-5 | Deposition of Anna DeCerchio, Office of Policy & Budget, Deputy Policy Director; and accompanying deposition exhibits | *See* ECF No. 159 (Defs.' Identification of Counter Deposition Designations and Objections to Plaintiffs' Designations For Use at Trial) |
| P-46 | (ECF No. 115-3 | Deposition of Daniel Olson, the Florida Attorney General's Office, Department of Legal Affairs, Director of Government Affairs; and accompanying deposition exhibits | *See* ECF No. 159 (Defs.' Identification of Counter Deposition Designations and Objections to Plaintiffs' Designations For Use at Trial) |
| P-47 | ECF No. 116-1 | Deposition of Elizabeth Guzzo, Florida Attorney General's Office, Senior Legislative Aide; and accompanying deposition exhibits | *See* ECF No. 159 (Defs.' Identification of Counter Deposition Designations and Objections to Plaintiffs' Designations For Use at Trial) |
| P-48 | ECF No. 114-12 | Deposition of Father Frank O'Laughlin (Guatemalan-Maya Center) | *See* Ecf No. 168 (Defs.' Identification of Counter Designation of Deposition Testimony of Father O'laughlin For Use at Trial) |
| P-49 | ECF No. 90 | Defendant Governor DeSantis's Answer to Plaintiffs' Amended Complaint | |
| P-50 | ECF No. 91 | Defendant Attorney General's Answer to Plaintiffs' Amended Complaint | |
| P-51 | ECF No. 116-4 | ICE guidance on detainers from the Official Website of the Department of Homeland Security. | |

| | | | |
|---|---|---|---|
| P-52 | ECF No. 116-5 | August 2020 report by the American Immigration Council, entitled "*Immigrants in Florida*," explaining that, since 2018, more than one in five Florida residents is an immigrant, while one in eight residents are native born U.S. citizens with at least one immigrant parent. | A R H |

Dated: December 29, 2020

Respectfully submitted,

By: /s/ Victoria Mesa-Estrada
Victoria Mesa-Estrada (Fla. Bar No. 76569)
E-mail: Victoria.mesa@splcenter.org
Anne Janet Hernandez Anderson
(Fla. Bar No. 0018092)
E-mail: aj.hernandez@splcenter.org
Paul R. Chavez*
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, Florida 33101
Telephone: (786) 810-5673
Fax: (786) 237-2949

Rebecca Sharpless (Fla. Bar No. 0131024)
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 284-6092
Fax: (305) 284-6093
*Attorneys for Plaintiffs*
    * Admitted pro hac vice

Alana Greer (Fla. Bar No. 92423)
Email: alana@communityjusticeproject.com
Miriam Haskell (Fla. Bar No. 069033)
E-mail: miriam@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33145
Tel.: (305) 907-7697 ext. 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this December 29, 2020.

                                      By: /s/ Victoria Mesa-Estrada
                                      Victoria Mesa-Estrada (Fla. Bar No. 76569)
                                      SOUTHERN POVERTY LAW CENTER

## SERVICE LIST

James H. Percival
Email: James.Percival@myfloridalegal.com
Colleen M. Ernst
Email: Colleen.ernst@eog.myflorida.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE GENERAL COUNSEL
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

Elizabeth Teegen
Email: Elizabeth.Teegen@myfloridalegal.com; complexlitigation.eservice@myfloridalegal.com
James H. Percival
Email: James.Percival@myfloridalegal.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*