IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CITY OF SOUTH MIAMI, ET AL.

    *Plaintiffs*,

v.                                               Case No: 19-cv-22927

RON DESANTIS, ET AL.,

    *Defendants*.

_____/

## THE PARTIES' JOINT EXHIBIT LIST

The Parties hereby file their joint exhibits as set forth in the Parties' Joint Pretrial Stipulation (ECF No. 161).

| JOINT EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Senate Bill History | |
| JNT-1 | Senate Bill (SB) 168 (2019) History |
| JNT-2 | SB 168 Bill Text Version Dated December 18, 2018 |
| JNT-3 | SB 168 Bill Text Version Dated February 21, 2019 |
| JNT-4 | SB 168 Bill Text Version Dated March 13, 2019 |
| JNT-5 | SB 168 Bill Text Version Dated April 18, 2019 |
| JNT-6 | SB 168 Bill Text Version Dated April 25, 2019 |
| JNT-7 | SB 168 Bill Text Version Dated May 6, 2019 |
| JNT-8 | SB 168 Bill Text Version Dated May 7, 2019 |

| Amendments | |
|---|---|
| JNT-9 | SB 168 Amendment Dated February 7, 2019 11:48 AM (Withdrawn) |
| JNT-10 | SB 168 Amendment Dated February 8, 2019 4:23 PM (Withdrawn) |
| JNT-11 | SB 168 Amendment Dated February 11, 2019 2:52 PM (Withdrawn) |
| JNT-12 | SB 168 Amendment Dated February 11, 2019 2:54 PM (Withdrawn) |
| JNT-13 | SB 168 Amendment Dated February 11, 2019 2:54.28 PM (Withdrawn) |
| JNT-14 | SB 168 Amendment Dated February 11, 2019 2:55 PM (Withdrawn) |
| JNT-15 | SB 168 Amendment Dated February 11, 2019 2:58 PM (Withdrawn) |
| JNT-16 | SB 168 Amendment Dated February 11, 2019 2:58.13 PM (Withdrawn) |
| JNT-17 | SB 168 Amendment Dated February 11, 2019 3:00 PM (Withdrawn) |
| JNT-18 | SB 168 Amendment Dated February 11, 2019 3:02 PM (Withdrawn) |
| JNT-19 | SB 168 Amendment Dated February 11, 2019 3:03 PM (Withdrawn) |
| JNT-20 | SB 168 Amendment Dated February 11, 2019 3:05 PM (Withdrawn) |
| JNT-21 | SB 168 Amendment Dated February 11, 2019 3:06 PM (Withdrawn) |
| JNT-22 | SB 168 Amendment Dated February 11, 2019 3:06.39 PM (Withdrawn) |
| JNT-23 | SB 168 Amendment Dated February 11, 2019 3:07 PM (Withdrawn) |

| | |
|---|---|
| JNT-24 | SB 168 Amendment Dated February 11, 2019 3:08 PM (Withdrawn) |
| JNT-25 | SB 168 Amendment Dated February 11, 2019 3:19 PM (Withdrawn) |
| JNT-26 | SB 168 Amendment Dated February 11, 2019 3:21 PM (Withdrawn) |
| JNT-27 | SB 168 Amendment Dated February 11, 2019 3:58 PM (Withdrawn) |
| JNT-28 | SB 168 Amendment Dated February 11, 2019 4:55 PM (Withdrawn) |
| JNT-29 | SB 168 Amendment Dated February 11, 2019 5:05 PM (Withdrawn) |
| JNT-30 | SB 168 Amendment Dated February 11, 2019 5:06 PM (Withdrawn) |
| JNT-31 | SB 168 Amendment Dated February 11, 2019 5:11 PM (Withdrawn) |
| JNT-32 | SB 168 Amendment Dated February 18, 2019 8:37 AM (Reviewed by Committee) |
| JNT-33 | SB 168 Amendment Dated February 19, 2019 10:25 AM (Unfavorable) |
| JNT-34 | SB 168 Amendment Dated February 19, 2019 10:26 AM (Unfavorable) |
| JNT-35 | SB 168 Amendment Dated February 19, 2019 10:26:41 AM (Unfavorable) |
| JNT-36 | SB 168 Amendment Dated February 19, 2019 10:27 AM (Unfavorable) |
| JNT-37 | SB 168 Amendment Dated March 11, 2019 3:44 PM (Withdrawn) |
| JNT-38 | SB 168 Amendment Dated March 11, 2019 3:46 PM (Withdrawn) |
| JNT-39 | SB 168 Amendment Dated March 12, 2019 8:13 AM (Favorable) |

| | |
|---|---|
| JNT-40 | SB 168 Amendment Dated April 16, 2019 1:06 PM (Unfavorable) |
| JNT-41 | SB 168 Amendment Dated April 16, 2019 1:08 PM (Unfavorable) |
| JNT-42 | SB 168 Amendment Dated April 16, 2019 1:09 PM (Unfavorable) |
| JNT-43 | SB 168 Amendment Dated April 16, 2019 1:11 PM (Unfavorable) |
| JNT-44 | SB 168 Amendment Dated April 16, 2019 1:12 PM (Unfavorable) |
| JNT-45 | SB 168 Amendment Dated April 16, 2019 1:13 PM (Unfavorable) |
| JNT-46 | SB 168 Amendment Dated April 16, 2019 1:14 PM (Unfavorable) |
| JNT-47 | SB 168 Amendment Dated April 16, 2019 1:30 PM (Replaced by Committee) |
| JNT-48 | SB 168 Amendment Dated April 16, 2019 1:44 PM (Replaced by Committee) |
| JNT-49 | SB 168 Amendment Dated April 16, 2019 1:49 PM (Replaced by Committee) |
| JNT-50 | SB 168 Amendment Dated April 16, 2019 1:51 PM (Unfavorable) |
| JNT-51 | SB 168 Amendment Dated April 16, 2019 2:21 PM (Unfavorable) |
| JNT-52 | SB 168 Amendment Dated April 24, 2019 1:12 PM (Senate Failed) |
| JNT-53 | SB 168 Amendment Dated April 24, 2019 1:15 PM (Senate Failed) |
| JNT-54 | SB 168 Amendment Dated April 24, 2019 1:31 PM (Senate Failed) |
| JNT-55 | SB 168 Amendment Dated April 24, 2019 1:32 PM (Senate Failed) |

| | |
|---|---|
| JNT-56 | SB 168 Amendment Dated April 24, 2019 1:33 PM (Senate Failed) |
| JNT-57 | SB 168 Amendment Dated April 24, 2019 1:34 PM (Senate Failed) |
| JNT-58 | SB 168 Amendment Dated April 24, 2019 1:40 PM (Senate Failed) |
| JNT-59 | SB 168 Amendment Dated April 24, 2019 1:50 PM (Senate Adopted) |
| JNT-60 | SB 168 Amendment Dated April 24, 2019 1:50 PM (Senate Failed) |
| JNT-61 | SB 168 Amendment Dated April 24, 2019 5:07 PM (Senate Adopted) |
| JNT-62 | SB 168 Amendment Dated April 24, 2019 10:18 AM (Senate Failed) |
| JNT-63 | SB 168 Amendment Dated April 24, 2019 10:20 AM (Senate Failed) |
| JNT-64 | SB 168 Amendment Dated April 24, 2019 10:58 AM (Senate Failed) |
| JNT-65 | SB 168 Amendment Dated April 24, 2019 11:02 AM (Senate Failed) |
| JNT-66 | SB 168 Amendment Dated April 24, 2019 11:05 AM (Senate Adopted) |
| JNT-67 | SB 168 Amendment Dated April 24, 2019 11:20 AM (Senate Failed) |
| JNT-68 | SB 168 Amendment Dated April 24, 2019 12:41 PM (Senate Failed) |
| JNT-69 | SB 168 Amendment Dated April 25, 2019 3:56 PM (Senate Adopted) |
| JNT-70 | SB 168 Amendment Dated April 25, 2019 8:54 AM (Senate Replaced by Sub Amend) |
| JNT-71 | SB 168 Amendment Dated April 25, 2019 12:06 PM (Senate Adopted) |

| | |
|---|---|
| JNT-72 | SB 168 Amendment Dated April 26, 2019 2:07 PM (Senate Not Considered) |
| JNT-73 | SB 168 Amendment Dated April 26, 2019 2:09 PM (Senate Not Considered) |
| JNT-74 | SB 168 Amendment Dated April 26, 2019 2:19 PM (Senate Not Considered) |
| JNT-75 | SB 168 Amendment Dated April 28, 2019 3:02 PM (House Withdrawn) |
| JNT-76 | SB 168 Amendment Dated April 28, 2019 3:04 PM (House Withdrawn) |
| JNT-77 | SB 168 Amendment Dated April 28, 2019 3:05 PM (House Withdrawn) |
| JNT-78 | SB 168 Amendment Dated April 28, 2019 4:18 PM (House Withdrawn) |
| JNT-79 | SB 168 Amendment Dated April 28, 2019 4:35 PM (House Withdrawn) |
| JNT-80 | SB 168 Amendment Dated April 28, 2019 5:41 PM (House Withdrawn) |
| JNT-81 | SB 168 Amendment Dated April 28, 2019 6:17 PM (House Withdrawn) |
| JNT-82 | SB 168 Amendment Dated April 28, 2019 6:17:31 PM (House Withdrawn) |
| JNT-83 | SB 168 Amendment Dated April 28, 2019 6:17:37 PM (House Withdrawn) |
| JNT-84 | SB 168 Amendment Dated April 28, 2019 6:18 PM (House Withdrawn) |
| JNT-85 | SB 168 Amendment Dated April 28, 2019 6:18:03 PM (House Withdrawn) |
| JNT-86 | SB 168 Amendment Dated April 28, 2019 6:18:08 PM (House Withdrawn) |
| JNT-87 | SB 168 Amendment Dated April 28, 2019 6:18:16 PM (House Withdrawn) |

| | |
|---|---|
| JNT-88 | SB 168 Amendment Dated April 28, 2019 6:19 PM (House Withdrawn) |
| JNT-89 | SB 168 Amendment Dated April 28, 2019 6:22 PM (House Withdrawn) |
| JNT-90 | SB 168 Amendment Dated April 28, 2019 8:03 PM (House Failed) |
| JNT-91 | SB 168 Amendment Dated April 28, 2019 8:03:33 PM (House Failed) |
| JNT-92 | SB 168 Amendment Dated April 28, 2019 8:03:36 PM (House Failed) |
| JNT-93 | SB 168 Amendment Dated April 29, 2019 1:07 PM (House Withdrawn) |
| JNT-94 | SB 168 Amendment Dated April 29, 2019 1:07:15 PM (House Withdrawn) |
| JNT-95 | SB 168 Amendment Dated April 29, 2019 2:35 PM (House Withdrawn) |
| JNT-96 | SB 168 Amendment Dated April 29, 2019 2:35:34 PM (House Withdrawn) |
| JNT-97 | SB 168 Amendment Dated April 29, 2019 2:35:39 PM (House Withdrawn) |
| JNT-98 | SB 168 Amendment Dated April 29, 2019 2:36 PM (House Withdrawn) |
| JNT-99 | SB 168 Amendment Dated April 29, 2019 2:36:13 PM (House Withdrawn) |
| JNT-100 | SB 168 Amendment Dated April 29, 2019 2:36:17 PM (House Withdrawn) |
| JNT-101 | SB 168 Amendment Dated April 29, 2019 2:36:21 PM (House Withdrawn) |
| JNT-102 | SB 168 Amendment Dated April 29, 2019 2:37 PM (House Withdrawn) |
| JNT-103 | SB 168 Amendment Dated April 29, 2019 2:37:05 PM (House Withdrawn) |

| | |
|---|---|
| JNT-104 | SB 168 Amendment Dated April 29, 2019 8:46 PM (House Withdrawn) |
| JNT-105 | SB 168 Amendment Dated April 29, 2019 10:27 AM (House Withdrawn) |
| JNT-106 | SB 168 Amendment Dated April 29, 2019 10:27:53 AM (House Withdrawn) |
| JNT-107 | SB 168 Amendment Dated April 29, 2019 10:27:59 AM (House Withdrawn) |
| JNT-108 | SB 168 Amendment Dated April 29, 2019 10:28 AM (House Withdrawn) |
| JNT-109 | SB 168 Amendment Dated April 29, 2019 10:28:02 AM (House Withdrawn) |
| JNT-110 | SB 168 Amendment Dated April 29, 2019 10:28:04 AM (House Withdrawn) |
| JNT-111 | SB 168 Amendment Dated April 29, 2019 11:02 AM (House Withdrawn) |
| JNT-112 | SB 168 Amendment Dated April 29, 2019 11:04 AM (House Withdrawn) |
| JNT-113 | SB 168 Amendment Dated April 29, 2019 11:07 AM (House Withdrawn) |
| JNT-114 | SB 168 Amendment Dated April 29, 2019 11:08 AM (House Withdrawn) |
| JNT-115 | SB 168 Amendment Dated April 29, 2019 11:10 AM (House Withdrawn) |
| JNT-116 | SB 168 Amendment Dated April 29, 2019 11:11 AM (House Withdrawn) |
| JNT-117 | SB 168 Amendment Dated April 29, 2019 11:52 AM (House Withdrawn) |
| JNT-118 | SB 168 Amendment Dated April 29, 2019 11:56 AM (House Failed) |
| JNT-119 | SB 168 Amendment Dated April 30, 2019 8:11 AM (House Withdrawn) |

| | |
|---|---|
| JNT-120 | SB 168 Amendment Dated April 30, 2019 8:11:54 AM (House Withdrawn) |
| JNT-121 | SB 168 Amendment Dated April 30, 2019 8:14 AM (House Failed) |
| JNT-122 | SB 168 Amendment Dated April 30, 2019 8:14:04 AM (House Withdrawn) |
| JNT-123 | SB 168 Amendment Dated April 30, 2019 8:14:06 AM (House Withdrawn) |
| JNT-124 | SB 168 Amendment Dated April 30, 2019 8:28 AM (Senate Concurred as Amended) |
| JNT-125 | SB 168 Amendment Dated April 30, 2019 8:50 AM (House Failed) |
| JNT-126 | SB 168 Amendment Dated April 30, 2019 8:55 AM (House Withdrawn) |
| JNT-127 | SB 168 Amendment Dated April 30, 2019 9:05 AM (House Failed) |
| JNT-128 | SB 168 Amendment Dated April 30, 2019 9:05:40 AM (House Failed) |
| JNT-129 | SB 168 Amendment Dated April 30, 2019 9:06 AM (House Failed) |
| JNT-130 | SB 168 Amendment Dated April 30, 2019 9:11 AM (House Failed) |
| JNT-131 | SB 168 Amendment Dated April 30, 2019 9:13 AM (House Withdrawn) |
| JNT-132 | SB 168 Amendment Dated April 30, 2019 9:15 AM (House Failed) |
| JNT-133 | SB 168 Amendment Dated April 30, 2019 9:16 AM (House Failed) |
| JNT-134 | SB 168 Amendment Dated April 30, 2019 9:19 AM (House Failed) |
| JNT-135 | SB 168 Amendment Dated April 30, 2019 9:20 AM (House Failed) |

| | |
|---|---|
| JNT-136 | SB 168 Amendment Dated April 30, 2019 9:20:15 AM (House Failed) |
| JNT-137 | SB 168 Amendment Dated April 30, 2019 9:20:19 AM (House Failed) |
| JNT-138 | SB 168 Amendment Dated April 30, 2019 9:20:27 AM (House Failed) |
| JNT-139 | SB 168 Amendment Dated April 30, 2019 9:21 AM (House Failed) |
| JNT-140 | SB 168 Amendment Dated April 30, 2019 9:22 AM (House Failed) |
| JNT-141 | SB 168 Amendment Dated April 30, 2019 9:22:08 AM (House Failed) |
| JNT-142 | SB 168 Amendment Dated April 30, 2019 9:24 AM (House Failed) |
| JNT-143 | SB 168 Amendment Dated April 30, 2019 9:24:43 AM (House Failed) |
| JNT-144 | SB 168 Amendment Dated April 30, 2019 9:26 AM (House Withdrawn) |
| JNT-145 | SB 168 Amendment Dated April 30, 2019 9:26:27 AM (House Failed) |
| JNT-146 | SB 168 Amendment Dated May 1, 2019 7:27 PM (Senate Not Considered) |
| JNT-147 | SB 168 Amendment Dated May 1, 2019 7:51 PM (Senate Not Considered) |
| JNT-148 | SB 168 Amendment Dated May 1, 2019 7:55 PM (House Concur) |
| JNT-149 | SB 168 Amendment Dated May 1, 2019 7:57 PM (Senate Not Considered) |
| JNT-150 | SB 168 Amendment Dated May 1, 2019 7:59 PM (Senate Not Considered) |
| JNT-151 | SB 168 Amendment Dated May 1, 2019 8:00 PM (Senate Not Considered) |

| | |
|---|---|
| JNT-152 | SB 168 Amendment Dated May 1, 2019 8:08 PM (Senate Not Considered) |
| JNT-153 | SB 168 Amendment Dated May 2, 2019 2:59 PM (Senate Not Considered) |
| JNT-154 | SB 168 Amendment Dated May 2, 2019 4:18 PM (House Failed) |
| JNT-155 | SB 168 Amendment Dated May 2, 2019 7:44 AM (Senate Not Considered) |
| JNT-156 | SB 168 Amendment Dated May 2, 2019 7:45 AM (Senate Not Considered) |
| JNT-157 | SB 168 Amendment Dated May 2, 2019 8:16 AM (Senate Not Considered) |
| JNT-158 | SB 168 Amendment Dated May 2, 2019 8:18 AM (Senate Not Considered) |
| JNT-159 | SB 168 Amendment Dated May 2, 2019 8:20 AM (Senate Not Considered) |
| JNT-160 | SB 168 Amendment Dated May 2, 2019 8:22 AM (Senate Not Considered) |
| JNT-161 | SB 168 Amendment Dated May 2, 2019 8:22:07 AM (Senate Not Considered) |
| JNT-162 | SB 168 Amendment Dated May 2, 2019 8:23 AM (Senate Not Considered) |
| JNT-163 | SB 168 Amendment Dated May 2, 2019 8:23:09 AM (Senate Not Considered) |
| JNT-164 | SB 168 Amendment Dated May 2, 2019 8:24 AM (Senate Not Considered) |
| JNT-165 | SB 168 Amendment Dated May 2, 2019 8:25 AM (Senate Not Considered) |
| JNT-166 | SB 168 Amendment Dated May 2, 2019 8:26 AM (Senate Not Considered) |
| JNT-167 | SB 168 Amendment Dated May 2, 2019 8:27 AM (Senate Not Considered) |

| | |
|---|---|
| JNT-168 | SB 168 Amendment Dated May 2, 2019 8:28 AM (Senate Not Considered) |
| JNT-169 | SB 168 Amendment Dated May 2, 2019 8:29 AM (Senate Not Considered) |
| JNT-170 | SB 168 Amendment Dated May 2, 2019 8:30 AM (Senate Not Considered) |
| JNT-171 | SB 168 Amendment Dated May 2, 2019 8:48 AM (Senate Not Considered) |
| JNT-172 | SB 168 Amendment Dated May 2, 2019 8:50 AM (Senate Not Considered) |
| JNT-173 | SB 168 Amendment Dated May 2, 2019 9:16 AM (Senate Not Considered) |
| JNT-174 | SB 168 Amendment Dated May 2, 2019 9:50 AM (Senate Not Considered) |
| JNT-175 | SB 168 Amendment Dated May 2, 2019 9:52 AM (Senate Not Considered) |
| JNT-176 | SB 168 Amendment Dated May 2, 2019 9:59 AM (Senate Failed) |
| JNT-177 | SB 168 Amendment Dated May 2, 2019 10:01 AM (Senate Failed) |
| JNT-178 | SB 168 Amendment Dated May 2, 2019 10:03 AM (Senate Failed) |
| JNT-179 | SB 168 Amendment Dated May 2, 2019 10:04 AM (Senate Not Considered) |
| JNT-180 | SB 168 Amendment Dated May 2, 2019 10:06 AM (Senate Failed) |
| JNT-181 | SB 168 Amendment Dated May 2, 2019 10:10 AM (Senate Failed) |
| JNT-182 | SB 168 Amendment Dated May 2, 2019 10:11 AM (Senate Failed) |
| JNT-183 | SB 168 Amendment Dated May 2, 2019 10:14 AM (Senate Failed) |

| | |
|---|---|
| JNT-184 | SB 168 Amendment Dated May 2, 2019 10:18 AM (Senate Failed) |
| JNT-185 | SB 168 Amendment Dated May 2, 2019 10:19 AM (Senate Failed) |
| JNT-186 | SB 168 Amendment Dated May 2, 2019 10:23 AM (Senate Failed) |
| JNT-187 | SB 168 Amendment Dated May 2, 2019 10:30 AM (Senate Failed) |
| JNT-188 | SB 168 Amendment Dated May 2, 2019 10:37 AM (Senate Failed) |
| JNT-189 | SB 168 Amendment Dated May 2, 2019 10:38 AM (Senate Failed) |
| JNT-190 | SB 168 Amendment Dated May 2, 2019 10:38:23 AM (Senate Failed) |
| JNT-191 | SB 168 Amendment Dated May 2, 2019 10:39 AM (Senate Failed) |
| JNT-192 | SB 168 Amendment Dated May 2, 2019 10:39:46 AM (Senate Failed) |
| JNT-193 | SB 168 Amendment Dated May 2, 2019 10:46 AM (Senate Failed) |
| JNT-194 | SB 168 Amendment Dated May 2, 2019 10:47 AM (Senate Failed) |
| JNT-195 | SB 168 Amendment Dated May 2, 2019 11:00 AM (Senate Failed) |
| JNT-196 | SB 168 Amendment Dated May 2, 2019 11:03 AM (Senate Failed) |
| JNT-197 | SB 168 Amendment Dated May 2, 2019 11:06 AM (Senate Failed) |
| JNT-198 | SB 168 Amendment Dated May 2, 2019 11:16 AM (Senate Failed) |
| JNT-199 | SB 168 Amendment Dated May 2, 2019 11:19 AM (Senate Not Considered) |

| | |
|---|---|
| JNT-200 | SB 168 Amendment Dated May 2, 2019 11:47 AM (Senate Failed) |
| JNT-201 | SB 168 Amendment Dated May 2, 2019 11:51 AM (Senate Failed) |
| JNT-202 | SB 168 Amendment Dated May 2, 2019 11:53 AM (Senate Failed) |
| Staff Analysis | |
| JNT-203 | SB 168 Staff Analysis dated February 8, 2019 |
| JNT-204 | SB 168 Staff Analysis dated February 21, 2019 |
| JNT-205 | SB 168 Staff Analysis dated March 11, 2019 |
| JNT-206 | SB 168 Staff Analysis dated March 13, 2019 |
| JNT-207 | SB 168 Staff Analysis dated April 16, 2019 |
| JNT-208 | SB 168 Staff Analysis dated April 18, 2019 |
| JNT-209 | SB 168 Staff Analysis dated May 1, 2019 |
| Vote History | |
| JNT-210 | SB 168 Senate Vote dated May 2, 2019 1:32 PM |
| JNT-211 | SB 168 Senate Vote dated May 2, 2019 2:27 PM |
| JNT-212 | SB 168 Senate Vote dated May 2, 2019 2:30 PM |
| JNT-213 | SB 168 Senate Vote dated May 2, 2019 4:14 PM |
| JNT-214 | SB 168 House Vote dated May 2, 2019 6:22 PM |
| Text of Related Bills | |
| JNT-215 | SB 170 filed on December 19, 2018 |
| JNT-216 | Florida House Bill 527 Version Filed on January 23, 2019 |
| JNT-217 | Florida House Bill 527 Version Filed on March 21, 2019 |

| | |
|---|---|
| JNT-218 | Florida House Bill 527 Version Filed on April 17, 2019 |
| JNT-219 | Florida House Bill 527 Version Filed on April 23, 2019 |
| Chapter 908 of the Florida Statutes | |
| JNT-220 | Chapter 908 of the Florida Statutes |
| Senate Committee Meeting | |
| JNT-221 | Florida Senate Infrastructure and Security Committee Meeting on March 12, 2019 |
| Press Conference | |
| JNT-222 | Florida House Bill 527 Press Conference on April 17, 2019 |
| | |
| Public Records | |
| JNT-223 | Email dated Jan. 18, 2019 to Senator Gruters (PLS004183-185) |
| JNT-224 | Email dated Jan. 24, 2019 to Senator Gruters (PLS03220-221) |
| JNT-225 | Email dated March 27, 2019 from Barnhill to Dunagan (PLS003967-969) |

Dated: December 29, 2020

Respectfully submitted,


By: /s/   Anne Janet Hernandez Anderson
Anne Janet Hernandez Anderson
(Fla. Bar No. 0018092)
E-mail: aj.hernandez@splcenter.org
Paul R. Chavez*
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
Victoria Mesa-Estrada
E-mail: victora.mesa@splcenter.org

By: /s/   Elizabeth Teegen
Elizabeth Teegen (Fla. Bar No. 833274)
Elizabeth.teegen@myfloridalegal.com
James H. Percival (Fla. Bar No. 1016188)
James.Percival@myfloridalegal.com


Karen Brodeen (Fla. Bar No. 512771)
        karen.brodeen@myfloridalegal.com
Anita J. Patel (Fla. Bar No. 70214)

15

(Fla. Bar No. 76569)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, Florida 33101
Telephone: (786) 810-5673
Fax: (786) 237-2949

Rebecca Sharpless (Fla. Bar No. 0131024)
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 284-6092
Fax: (305) 284-6093

Alana Greer (Fla. Bar No. 92423)
Email: alana@communityjusticeproject.com
Miriam Haskell (Fla. Bar No. 069033)
E-mail: miriam@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33145
Tel.: (305) 907-7697 ext. 1
*Counsel for Plaintiffs*

Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
PL 01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300

Colleen M. Ernst (Fla. Bar No. 0112903)
Deputy General Counsel
Colleen.ernst@eog.myflorida.com
EXECUTIVE OFFICE OF THE GOVERNOR
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

James H. Percival (Fla. Bar No 1016188)
James.Percival@myfloridalegal.com
Elizabeth Teegen (Fla. Bar No. 833274)
Elizabeth.teegen@myfloridalegal.com
Karen Brodeen (Fla. Bar No. 512771)
karen.brodeen@myfloridalegal.com
Anita J. Patel (Fla. Bar No. 70214)
Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*

\* Admitted pro hac vice