IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CITY OF SOUTH MIAMI, ET AL.

    *Plaintiffs*,

v.                              Case No: 19-cv-22927

RON DESANTIS, ET AL.,

    *Defendants*.
_____/

**PARTIES' INDEX OF EXHIBITS ADMITTED DURING TRIAL**

The Parties hereby file the exhibits admitted into evidence at trial.

| TRIAL EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| **Plaintiffs' Trial Exhibits** | |
| P-1 | Expert Report of Allan J. Lichtman |
| P-3 | An April 1, 2010 letter from Caulkett (FLIMEN Vice-president and Reportillegals.com President) to ICE-Fairfax Investigations Duty Agent providing information "regarding a suspected illegal alien and/or a suspected illegal employer." |
| P-4 | Jack Oliver email to Sen. Bean dated Dec. 13, 2016 regarding sponsorship for anti-sanctuary city bill. |
| P-7 | Email from FLIMEN President Kenneth Morrow to Rep. Byrd dated January 18, 2019, requesting that he sponsor or co-sponsor a bill FLIMEN suggests "could be titled 'No ID's for Undocumented Persons,'" and later, on April 15, 2019, coordinating with Rep. Byrd's Legislative Assistant, Katherine Woodby, regarding the FLIMEN sponsored event, "Victims of Illegal Immigration Day." |

| | |
|---|---|
| P-10 | Email correspondence sent from FLIMEN Vice-president David Caulkett dated January 23, 2019 to Barnhill stating that it was "a pleasure to meet with [him] and Senator Gruters" that day, as well as commanding Barnhill to "Please get the bills to Bill Drafting ASAP," and attaching a list of "anarchy cities in Florida" to the email "[p]er Senator Gruter's request." |
| P-11 | Email from Barnhill to Caulkett dated Jan. 24, 2019 |
| P-12 | Email from Barnhill to Caulkett, on January 24, 2019 to FLIMEN Vice-president confirming that Barnhill put the bills in bill drafting that morning and thanking him for the advice on SB 168.<br><br>Email from David Caulkett (FLIMEN, Vice-president) to Josh Barnhill (Sen. Gruters' Legislative Aide) thanking Mr. Barnhill and Mr. Gruters for meeting with him and for sponsoring bills; stating "Please get the bills to Bill Drafting ASAP;" fulfilling a request for Sen. Gruters, stating "Per Senator Gruter's request, the list of Sanctuaries in Florida, or as I can them Anarchy Cities, is attached;" and providing feedback on SB168 - to which Mr. Barnhill responded, including "I put them both in bill drafting earlier this morning. Great to meet you and Ken, and thank you for the advice on 168." |
| P-13 | February 2, 2019 email in which Sen. Gruters forwarded a report by FAIR, entitled "Sanctuary-Report-FINAL 2018," from his personal Gmail account to his Florida Senate account, and then forwarding the email to David Simmons. |
| P-16 | Barnhill Email to Morrow dated Feb. 11, 2019 asking "Does fair have any response to this?" regarding the ACLU's request that Senate Judiciary Committee members vote "No" on SB 168. |
| P-19 | Feb. 19, 2019 email from Kenneth Morrow requesting calls to members of the FL Senate Judiciary Committee regarding SB 168. |
| P-20 | Kenneth Morrow email forwarding David Jaroslav email to Josh Barnhill dated March 11, 2019 regarding rejection of amendments proposed by Sen. Taddeo. |
| P-21 | FLIMEN Alert dated April 12, 2019 received by Sen. Gruters' Legislative Aide Josh Barnhill |
| P-25 | April 15, 2019 Email from FLIMEN to Sen. Gruters' Legislative Aide, Josh Barnhill, following up on a prior communication which stated "We'd love to have Senator Gruters sponsor, or co-sponsor with Rep. Cord Byrd (and possibly Senator Aaron Bean)," referring to the "Victims of Illegal Immigration Day" press conference. |

| | |
|---|---|
| P-30 | Screenshot of the website illegalaliens.us, run by David Caulkett. |
| P-32 | Document self-labeled the "Secure our Streets" Act |
| **Parties' Joint Exhibits** | |
| JNT-1 | Senate Bill (SB) 168 (2019) History |
| JNT-2 | SB 168 Bill Text Version Dated December 18, 2018 |
| JNT-3 | SB 168 Bill Text Version Dated February 21, 2019 |
| JNT-4 | SB 168 Bill Text Version Dated March 13, 2019 |
| JNT-5 | SB 168 Bill Text Version Dated April 18, 2019 |
| JNT-6 | SB 168 Bill Text Version Dated April 25, 2019 |
| JNT-7 | SB 168 Bill Text Version Dated May 6, 2019 |
| JNT-8 | SB 168 Bill Text Version Dated May 7, 2019 |
| JNT-9 | SB 168 Amendment Dated February 7, 2019 11:48 AM (Withdrawn) |
| JNT-10 | SB 168 Amendment Dated February 8, 2019 4:23 PM (Withdrawn) |
| JNT-11 | SB 168 Amendment Dated February 11, 2019 2:52 PM (Withdrawn) |
| JNT-12 | SB 168 Amendment Dated February 11, 2019 2:54 PM (Withdrawn) |
| JNT-13 | SB 168 Amendment Dated February 11, 2019 2:54.28 PM (Withdrawn) |

| | |
|---|---|
| JNT-14 | SB 168 Amendment Dated February 11, 2019 2:55 PM (Withdrawn) |
| JNT-15 | SB 168 Amendment Dated February 11, 2019 2:58 PM (Withdrawn) |
| JNT-16 | SB 168 Amendment Dated February 11, 2019 2:58.13 PM (Withdrawn) |
| JNT-17 | SB 168 Amendment Dated February 11, 2019 3:00 PM (Withdrawn) |
| JNT-18 | SB 168 Amendment Dated February 11, 2019 3:02 PM (Withdrawn) |
| JNT-19 | SB 168 Amendment Dated February 11, 2019 3:03 PM (Withdrawn) |
| JNT-20 | SB 168 Amendment Dated February 11, 2019 3:05 PM (Withdrawn) |
| JNT-21 | SB 168 Amendment Dated February 11, 2019 3:06 PM (Withdrawn) |
| JNT-22 | SB 168 Amendment Dated February 11, 2019 3:06.39 PM (Withdrawn) |
| JNT-23 | SB 168 Amendment Dated February 11, 2019 3:07 PM (Withdrawn) |
| JNT-24 | SB 168 Amendment Dated February 11, 2019 3:08 PM (Withdrawn) |
| JNT-25 | SB 168 Amendment Dated February 11, 2019 3:19 PM (Withdrawn) |
| JNT-26 | SB 168 Amendment Dated February 11, 2019 3:21 PM (Withdrawn) |
| JNT-27 | SB 168 Amendment Dated February 11, 2019 3:58 PM (Withdrawn) |
| JNT-28 | SB 168 Amendment Dated February 11, 2019 4:55 PM (Withdrawn) |
| JNT-29 | SB 168 Amendment Dated February 11, 2019 5:05 PM (Withdrawn) |

| | |
|---|---|
| JNT-30 | SB 168 Amendment Dated February 11, 2019 5:06 PM (Withdrawn) |
| JNT-31 | SB 168 Amendment Dated February 11, 2019 5:11 PM (Withdrawn) |
| JNT-32 | SB 168 Amendment Dated February 18, 2019 8:37 AM (Reviewed by Committee) |
| JNT-33 | SB 168 Amendment Dated February 19, 2019 10:25 AM (Unfavorable) |
| JNT-34 | SB 168 Amendment Dated February 19, 2019 10:26 AM (Unfavorable) |
| JNT-35 | SB 168 Amendment Dated February 19, 2019 10:26:41 AM (Unfavorable) |
| JNT-36 | SB 168 Amendment Dated February 19, 2019 10:27 AM (Unfavorable) |
| JNT-37 | SB 168 Amendment Dated March 11, 2019 3:44 PM (Withdrawn) |
| JNT-38 | SB 168 Amendment Dated March 11, 2019 3:46 PM (Withdrawn) |
| JNT-39 | SB 168 Amendment Dated March 12, 2019 8:13 AM (Favorable) |
| JNT-40 | SB 168 Amendment Dated April 16, 2019 1:06 PM (Unfavorable) |
| JNT-41 | SB 168 Amendment Dated April 16, 2019 1:08 PM (Unfavorable) |
| JNT-42 | SB 168 Amendment Dated April 16, 2019 1:09 PM (Unfavorable) |
| JNT-43 | SB 168 Amendment Dated April 16, 2019 1:11 PM (Unfavorable) |
| JNT-44 | SB 168 Amendment Dated April 16, 2019 1:12 PM (Unfavorable) |
| JNT-45 | SB 168 Amendment Dated April 16, 2019 1:13 PM (Unfavorable) |

| | |
|---|---|
| JNT-46 | SB 168 Amendment Dated April 16, 2019 1:14 PM (Unfavorable) |
| JNT-47 | SB 168 Amendment Dated April 16, 2019 1:30 PM (Replaced by Committee) |
| JNT-48 | SB 168 Amendment Dated April 16, 2019 1:44 PM (Replaced by Committee) |
| JNT-49 | SB 168 Amendment Dated April 16, 2019 1:49 PM (Replaced by Committee) |
| JNT-50 | SB 168 Amendment Dated April 16, 2019 1:51 PM (Unfavorable) |
| JNT-51 | SB 168 Amendment Dated April 16, 2019 2:21 PM (Unfavorable) |
| JNT-52 | SB 168 Amendment Dated April 24, 2019 1:12 PM (Senate Failed) |
| JNT-53 | SB 168 Amendment Dated April 24, 2019 1:15 PM (Senate Failed) |
| JNT-54 | SB 168 Amendment Dated April 24, 2019 1:31 PM (Senate Failed) |
| JNT-55 | SB 168 Amendment Dated April 24, 2019 1:32 PM (Senate Failed) |
| JNT-56 | SB 168 Amendment Dated April 24, 2019 1:33 PM (Senate Failed) |
| JNT-57 | SB 168 Amendment Dated April 24, 2019 1:34 PM (Senate Failed) |
| JNT-58 | SB 168 Amendment Dated April 24, 2019 1:40 PM (Senate Failed) |
| JNT-59 | SB 168 Amendment Dated April 24, 2019 1:50 PM (Senate Adopted) |
| JNT-60 | SB 168 Amendment Dated April 24, 2019 1:50 PM (Senate Failed) |
| JNT-61 | SB 168 Amendment Dated April 24, 2019 5:07 PM (Senate Adopted) |

| | |
|---|---|
| JNT-62 | SB 168 Amendment Dated April 24, 2019 10:18 AM (Senate Failed) |
| JNT-63 | SB 168 Amendment Dated April 24, 2019 10:20 AM (Senate Failed) |
| JNT-64 | SB 168 Amendment Dated April 24, 2019 10:58 AM (Senate Failed) |
| JNT-65 | SB 168 Amendment Dated April 24, 2019 11:02 AM (Senate Failed) |
| JNT-66 | SB 168 Amendment Dated April 24, 2019 11:05 AM (Senate Adopted) |
| JNT-67 | SB 168 Amendment Dated April 24, 2019 11:20 AM (Senate Failed) |
| JNT-68 | SB 168 Amendment Dated April 24, 2019 12:41 PM (Senate Failed) |
| JNT-69 | SB 168 Amendment Dated April 25, 2019 3:56 PM (Senate Adopted) |
| JNT-70 | SB 168 Amendment Dated April 25, 2019 8:54 AM (Senate Replaced by Sub Amend) |
| JNT-71 | SB 168 Amendment Dated April 25, 2019 12:06 PM (Senate Adopted) |
| JNT-72 | SB 168 Amendment Dated April 26, 2019 2:07 PM (Senate Not Considered) |
| JNT-73 | SB 168 Amendment Dated April 26, 2019 2:09 PM (Senate Not Considered) |
| JNT-74 | SB 168 Amendment Dated April 26, 2019 2:19 PM (Senate Not Considered) |
| JNT-75 | SB 168 Amendment Dated April 28, 2019 3:02 PM (House Withdrawn) |
| JNT-76 | SB 168 Amendment Dated April 28, 2019 3:04 PM (House Withdrawn) |
| JNT-77 | SB 168 Amendment Dated April 28, 2019 3:05 PM (House Withdrawn) |

| | |
|---|---|
| JNT-78 | SB 168 Amendment Dated April 28, 2019 4:18 PM (House Withdrawn) |
| JNT-79 | SB 168 Amendment Dated April 28, 2019 4:35 PM (House Withdrawn) |
| JNT-80 | SB 168 Amendment Dated April 28, 2019 5:41 PM (House Withdrawn) |
| JNT-81 | SB 168 Amendment Dated April 28, 2019 6:17 PM (House Withdrawn) |
| JNT-82 | SB 168 Amendment Dated April 28, 2019 6:17:31 PM (House Withdrawn) |
| JNT-83 | SB 168 Amendment Dated April 28, 2019 6:17:37 PM (House Withdrawn) |
| JNT-84 | SB 168 Amendment Dated April 28, 2019 6:18 PM (House Withdrawn) |
| JNT-85 | SB 168 Amendment Dated April 28, 2019 6:18:03 PM (House Withdrawn) |
| JNT-86 | SB 168 Amendment Dated April 28, 2019 6:18:08 PM (House Withdrawn) |
| JNT-87 | SB 168 Amendment Dated April 28, 2019 6:18:16 PM (House Withdrawn) |
| JNT-88 | SB 168 Amendment Dated April 28, 2019 6:19 PM (House Withdrawn) |
| JNT-89 | SB 168 Amendment Dated April 28, 2019 6:22 PM (House Withdrawn) |
| JNT-90 | SB 168 Amendment Dated April 28, 2019 8:03 PM (House Failed) |
| JNT-91 | SB 168 Amendment Dated April 28, 2019 8:03:33 PM (House Failed) |
| JNT-92 | SB 168 Amendment Dated April 28, 2019 8:03:36 PM (House Failed) |
| JNT-93 | SB 168 Amendment Dated April 29, 2019 1:07 PM (House Withdrawn) |

| JNT-94  | SB 168 Amendment Dated April 29, 2019 1:07:15 PM (House Withdrawn) |
|---------|---------------------------------------------------------------------|
| JNT-95  | SB 168 Amendment Dated April 29, 2019 2:35 PM (House Withdrawn) |
| JNT-96  | SB 168 Amendment Dated April 29, 2019 2:35:34 PM (House Withdrawn) |
| JNT-97  | SB 168 Amendment Dated April 29, 2019 2:35:39 PM (House Withdrawn) |
| JNT-98  | SB 168 Amendment Dated April 29, 2019 2:36 PM (House Withdrawn) |
| JNT-99  | SB 168 Amendment Dated April 29, 2019 2:36:13 PM (House Withdrawn) |
| JNT-100 | SB 168 Amendment Dated April 29, 2019 2:36:17 PM (House Withdrawn) |
| JNT-101 | SB 168 Amendment Dated April 29, 2019 2:36:21 PM (House Withdrawn) |
| JNT-102 | SB 168 Amendment Dated April 29, 2019 2:37 PM (House Withdrawn) |
| JNT-103 | SB 168 Amendment Dated April 29, 2019 2:37:05 PM (House Withdrawn) |
| JNT-104 | SB 168 Amendment Dated April 29, 2019 8:46 PM (House Withdrawn) |
| JNT-105 | SB 168 Amendment Dated April 29, 2019 10:27 AM (House Withdrawn) |
| JNT-106 | SB 168 Amendment Dated April 29, 2019 10:27:53 AM (House Withdrawn) |
| JNT-107 | SB 168 Amendment Dated April 29, 2019 10:27:59 AM (House Withdrawn) |
| JNT-108 | SB 168 Amendment Dated April 29, 2019 10:28 AM (House Withdrawn) |
| JNT-109 | SB 168 Amendment Dated April 29, 2019 10:28:02 AM (House Withdrawn) |

| | |
|---|---|
| JNT-110 | SB 168 Amendment Dated April 29, 2019 10:28:04 AM (House Withdrawn) |
| JNT-111 | SB 168 Amendment Dated April 29, 2019 11:02 AM (House Withdrawn) |
| JNT-112 | SB 168 Amendment Dated April 29, 2019 11:04 AM (House Withdrawn) |
| JNT-113 | SB 168 Amendment Dated April 29, 2019 11:07 AM (House Withdrawn) |
| JNT-114 | SB 168 Amendment Dated April 29, 2019 11:08 AM (House Withdrawn) |
| JNT-115 | SB 168 Amendment Dated April 29, 2019 11:10 AM (House Withdrawn) |
| JNT-116 | SB 168 Amendment Dated April 29, 2019 11:11 AM (House Withdrawn) |
| JNT-117 | SB 168 Amendment Dated April 29, 2019 11:52 AM (House Withdrawn) |
| JNT-118 | SB 168 Amendment Dated April 29, 2019 11:56 AM (House Failed) |
| JNT-119 | SB 168 Amendment Dated April 30, 2019 8:11 AM (House Withdrawn) |
| JNT-120 | SB 168 Amendment Dated April 30, 2019 8:11:54 AM (House Withdrawn) |
| JNT-121 | SB 168 Amendment Dated April 30, 2019 8:14 AM (House Failed) |
| JNT-122 | SB 168 Amendment Dated April 30, 2019 8:14:04 AM (House Withdrawn) |
| JNT-123 | SB 168 Amendment Dated April 30, 2019 8:14:06 AM (House Withdrawn) |
| JNT-124 | SB 168 Amendment Dated April 30, 2019 8:28 AM (Senate Concurred as Amended) |
| JNT-125 | SB 168 Amendment Dated April 30, 2019 8:50 AM (House Failed) |

| | |
|---|---|
| JNT-126 | SB 168 Amendment Dated April 30, 2019 8:55 AM (House Withdrawn) |
| JNT-127 | SB 168 Amendment Dated April 30, 2019 9:05 AM (House Failed) |
| JNT-128 | SB 168 Amendment Dated April 30, 2019 9:05:40 AM (House Failed) |
| JNT-129 | SB 168 Amendment Dated April 30, 2019 9:06 AM (House Failed) |
| JNT-130 | SB 168 Amendment Dated April 30, 2019 9:11 AM (House Failed) |
| JNT-131 | SB 168 Amendment Dated April 30, 2019 9:13 AM (House Withdrawn) |
| JNT-132 | SB 168 Amendment Dated April 30, 2019 9:15 AM (House Failed) |
| JNT-133 | SB 168 Amendment Dated April 30, 2019 9:16 AM (House Failed) |
| JNT-134 | SB 168 Amendment Dated April 30, 2019 9:19 AM (House Failed) |
| JNT-135 | SB 168 Amendment Dated April 30, 2019 9:20 AM (House Failed) |
| JNT-136 | SB 168 Amendment Dated April 30, 2019 9:20:15 AM (House Failed) |
| JNT-137 | SB 168 Amendment Dated April 30, 2019 9:20:19 AM (House Failed) |
| JNT-138 | SB 168 Amendment Dated April 30, 2019 9:20:27 AM (House Failed) |
| JNT-139 | SB 168 Amendment Dated April 30, 2019 9:21 AM (House Failed) |
| JNT-140 | SB 168 Amendment Dated April 30, 2019 9:22 AM (House Failed) |
| JNT-141 | SB 168 Amendment Dated April 30, 2019 9:22:08 AM (House Failed) |

| | |
|---|---|
| JNT-142 | SB 168 Amendment Dated April 30, 2019 9:24 AM (House Failed) |
| JNT-143 | SB 168 Amendment Dated April 30, 2019 9:24:43 AM (House Failed) |
| JNT-144 | SB 168 Amendment Dated April 30, 2019 9:26 AM (House Withdrawn) |
| JNT-145 | SB 168 Amendment Dated April 30, 2019 9:26:27 AM (House Failed) |
| JNT-146 | SB 168 Amendment Dated May 1, 2019 7:27 PM (Senate Not Considered) |
| JNT-147 | SB 168 Amendment Dated May 1, 2019 7:51 PM (Senate Not Considered) |
| JNT-148 | SB 168 Amendment Dated May 1, 2019 7:55 PM (House Concur) |
| JNT-149 | SB 168 Amendment Dated May 1, 2019 7:57 PM (Senate Not Considered) |
| JNT-150 | SB 168 Amendment Dated May 1, 2019 7:59 PM (Senate Not Considered) |
| JNT-151 | SB 168 Amendment Dated May 1, 2019 8:00 PM (Senate Not Considered) |
| JNT-152 | SB 168 Amendment Dated May 1, 2019 8:08 PM (Senate Not Considered) |
| JNT-153 | SB 168 Amendment Dated May 2, 2019 2:59 PM (Senate Not Considered) |
| JNT-154 | SB 168 Amendment Dated May 2, 2019 4:18 PM (House Failed) |
| JNT-155 | SB 168 Amendment Dated May 2, 2019 7:44 AM (Senate Not Considered) |
| JNT-156 | SB 168 Amendment Dated May 2, 2019 7:45 AM (Senate Not Considered) |
| JNT-157 | SB 168 Amendment Dated May 2, 2019 8:16 AM (Senate Not Considered) |

| JNT-158 | SB 168 Amendment Dated May 2, 2019 8:18 AM (Senate Not Considered) |
|---|---|
| JNT-159 | SB 168 Amendment Dated May 2, 2019 8:20 AM (Senate Not Considered) |
| JNT-160 | SB 168 Amendment Dated May 2, 2019 8:22 AM (Senate Not Considered) |
| JNT-161 | SB 168 Amendment Dated May 2, 2019 8:22:07 AM (Senate Not Considered) |
| JNT-162 | SB 168 Amendment Dated May 2, 2019 8:23 AM (Senate Not Considered) |
| JNT-163 | SB 168 Amendment Dated May 2, 2019 8:23:09 AM (Senate Not Considered) |
| JNT-164 | SB 168 Amendment Dated May 2, 2019 8:24 AM (Senate Not Considered) |
| JNT-165 | SB 168 Amendment Dated May 2, 2019 8:25 AM (Senate Not Considered) |
| JNT-166 | SB 168 Amendment Dated May 2, 2019 8:26 AM (Senate Not Considered) |
| JNT-167 | SB 168 Amendment Dated May 2, 2019 8:27 AM (Senate Not Considered) |
| JNT-168 | SB 168 Amendment Dated May 2, 2019 8:28 AM (Senate Not Considered) |
| JNT-169 | SB 168 Amendment Dated May 2, 2019 8:29 AM (Senate Not Considered) |
| JNT-170 | SB 168 Amendment Dated May 2, 2019 8:30 AM (Senate Not Considered) |
| JNT-171 | SB 168 Amendment Dated May 2, 2019 8:48 AM (Senate Not Considered) |
| JNT-172 | SB 168 Amendment Dated May 2, 2019 8:50 AM (Senate Not Considered) |
| JNT-173 | SB 168 Amendment Dated May 2, 2019 9:16 AM (Senate Not Considered) |

| JNT-174 | SB 168 Amendment Dated May 2, 2019 9:50 AM (Senate Not Considered) |
| --- | --- |
| JNT-175 | SB 168 Amendment Dated May 2, 2019 9:52 AM (Senate Not Considered) |
| JNT-176 | SB 168 Amendment Dated May 2, 2019 9:59 AM (Senate Failed) |
| JNT-177 | SB 168 Amendment Dated May 2, 2019 10:01 AM (Senate Failed) |
| JNT-178 | SB 168 Amendment Dated May 2, 2019 10:03 AM (Senate Failed) |
| JNT-179 | SB 168 Amendment Dated May 2, 2019 10:04 AM (Senate Not Considered) |
| JNT-180 | SB 168 Amendment Dated May 2, 2019 10:06 AM (Senate Failed) |
| JNT-181 | SB 168 Amendment Dated May 2, 2019 10:10 AM (Senate Failed) |
| JNT-182 | SB 168 Amendment Dated May 2, 2019 10:11 AM (Senate Failed) |
| JNT-183 | SB 168 Amendment Dated May 2, 2019 10:14 AM (Senate Failed) |
| JNT-184 | SB 168 Amendment Dated May 2, 2019 10:18 AM (Senate Failed) |
| JNT-185 | SB 168 Amendment Dated May 2, 2019 10:19 AM (Senate Failed) |
| JNT-186 | SB 168 Amendment Dated May 2, 2019 10:23 AM (Senate Failed) |
| JNT-187 | SB 168 Amendment Dated May 2, 2019 10:30 AM (Senate Failed) |
| JNT-188 | SB 168 Amendment Dated May 2, 2019 10:37 AM (Senate Failed) |
| JNT-189 | SB 168 Amendment Dated May 2, 2019 10:38 AM (Senate Failed) |

| | |
|---|---|
| JNT-190 | SB 168 Amendment Dated May 2, 2019 10:38:23 AM (Senate Failed) |
| JNT-191 | SB 168 Amendment Dated May 2, 2019 10:39 AM (Senate Failed) |
| JNT-192 | SB 168 Amendment Dated May 2, 2019 10:39:46 AM (Senate Failed) |
| JNT-193 | SB 168 Amendment Dated May 2, 2019 10:46 AM (Senate Failed) |
| JNT-194 | SB 168 Amendment Dated May 2, 2019 10:47 AM (Senate Failed) |
| JNT-195 | SB 168 Amendment Dated May 2, 2019 11:00 AM (Senate Failed) |
| JNT-196 | SB 168 Amendment Dated May 2, 2019 11:03 AM (Senate Failed) |
| JNT-197 | SB 168 Amendment Dated May 2, 2019 11:06 AM (Senate Failed) |
| JNT-198 | SB 168 Amendment Dated May 2, 2019 11:16 AM (Senate Failed) |
| JNT-199 | SB 168 Amendment Dated May 2, 2019 11:19 AM (Senate Not Considered) |
| JNT-200 | SB 168 Amendment Dated May 2, 2019 11:47 AM (Senate Failed) |
| JNT-201 | SB 168 Amendment Dated May 2, 2019 11:51 AM (Senate Failed) |
| JNT-202 | SB 168 Amendment Dated May 2, 2019 11:53 AM (Senate Failed) |
| JNT-203 | SB 168 Staff Analysis dated February 8, 2019 |
| JNT-204 | SB 168 Staff Analysis dated February 21, 2019 |
| JNT-205 | SB 168 Staff Analysis dated March 11, 2019 |

| | |
|---|---|
| JNT-206 | SB 168 Staff Analysis dated March 13, 2019 |
| JNT-207 | SB 168 Staff Analysis dated April 16, 2019 |
| JNT-208 | SB 168 Staff Analysis dated April 18, 2019 |
| JNT-209 | SB 168 Staff Analysis dated May 1, 2019 |
| JNT-210 | SB 168 Senate Vote dated May 2, 2019 1:32 PM |
| JNT-211 | SB 168 Senate Vote dated May 2, 2019 2:27 PM |
| JNT-212 | SB 168 Senate Vote dated May 2, 2019 2:30 PM |
| JNT-213 | SB 168 Senate Vote dated May 2, 2019 4:14 PM |
| JNT-214 | SB 168 House Vote dated May 2, 2019 6:22 PM |
| JNT-215 | SB 170 filed on December 19, 2018 |
| JNT-216 | Florida House Bill 527 Version Filed on January 23, 2019 |
| JNT-217 | Florida House Bill 527 Version Filed on March 21, 2019 |
| JNT-218 | Florida House Bill 527 Version Filed on April 17, 2019 |
| JNT-219 | Florida House Bill 527 Version Filed on April 23, 2019 |
| JNT-220 | Chapter 908 of the Florida Statutes |
| JNT-221 | Florida Senate Infrastructure and Security Committee Meeting on March 12, 2019 |

| | |
|---|---|
| JNT-222 | Florida House Bill 527 Press Conference on April 17, 2019 |
| JNT-223 | Email dated Jan. 18, 2019 to Senator Gruters (PLS004183-185) |
| JNT-224 | Email dated Jan. 24, 2019 to Senator Gruters (PLS03220-221) |
| JNT-225 | Email dated March 27, 2019 from Barnhill to Dunagan (PLS003967-969) |
| **Defendants' Trial Exhibits** | |
| A | Senate Bill 168, as filed |
| B | CS/CS/CS/SB 168 enrolled |
| C | SB 168 February 8, 2019 Staff Analysis |
| D | SB 168 April 18, 2019 Staff Analysis |
| E | SB 170 (2019), as filed |
| F | SB 872 (2016) as filed |
| G | SB 872 (2016) Bill History |
| H | HB 675 (2016) as filed |
| I | HB 675 (2016) Bill History |
| J | HB 9 (2018), as filed |
| K | HB 9 (2018) Bill History |

| | |
|---|---|
| L | SB 308 (2018), as filed |
| M | SB 308 (2018) Bill History |
| N | SB 4 (Texas, 2017) |
| O | CS for SB 168 |
| Q | Florida Channel Video of 4-17-19 press conference on sanctuary cities (transcript only) |
| R | Senate Meeting appearance cards |

Dated: January 22, 2020

Respectfully submitted,

By: /s/  Anne Janet Hernandez Anderson
Anne Janet Hernandez Anderson
(Fla. Bar No. 0018092)
E-mail: aj.hernandez@splcenter.org
Paul R. Chavez*
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
Victoria Mesa-Estrada
E-mail: victora.mesa@splcenter.org
(Fla. Bar No. 76569)
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, Florida 33101
Telephone: (786) 810-5673
Fax: (786) 237-2949

Rebecca Sharpless (Fla. Bar No. 0131024)
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146

By: /s/  Elizabeth Teegen
Elizabeth Teegen (Fla. Bar No. 833274)
Elizabeth.teegen@myfloridalegal.com
James H. Percival (Fla. Bar No. 1016188)
James.Percival@myfloridalegal.com

Karen Brodeen (Fla. Bar No. 512771)
Karen.brodeen@myfloridalegal.com
Anita J. Patel (Fla. Bar No. 70214)
Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
PL 01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300

Colleen M. Ernst (Fla. Bar No. 0112903)
Deputy General Counsel
Colleen.ernst@eog.myflorida.com
EXECUTIVE OFFICE OF THE GOVERNOR
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

Tel.: (305) 284-6092
Fax: (305) 284-6093

Alana Greer (Fla. Bar No. 92423)
Email: alana@communityjusticeproject.com
Miriam Haskell (Fla. Bar No. 069033)
E-mail: miriam@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33145
Tel.: (305) 907-7697 ext. 1
*Counsel for Plaintiffs*

James H. Percival (Fla. Bar No 1016188)
James.Percival@myfloridalegal.com
Elizabeth Teegen (Fla. Bar No. 833274)
Elizabeth.teegen@myfloridalegal.com
Karen Brodeen (Fla. Bar No. 512771)
karen.brodeen@myfloridalegal.com
Anita J. Patel (Fla. Bar No. 70214)
Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*

\* Admitted pro hac vice

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this January 22, 2021.

                      By: /s/ Anne Janet Hernandez Anderson
                      Anne Janet Hernandez Anderson (Fla. Bar No. 0018092)
                      SOUTHERN POVERTY LAW CENTER

**SERVICE LIST**

James H. Percival
Email: James.Percival@myfloridalegal.com
Colleen M. Ernst
Email: Colleen.ernst@eog.myflorida.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE GENERAL COUNSEL
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

Elizabeth Teegen
Email: Elizabeth.Teegen@myfloridalegal.com; complexlitigation.eservice@myfloridalegal.com
James H. Percival
Email: James.Percival@myfloridalegal.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*