https://www.flsenate.gov/media/videoplayer?EventID=2443575804_2019031164&Redirect=true

EXHIBIT
JNT-221