IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CITY OF SOUTH MIAMI**, *et al.*

    *Plaintiffs*,

v.                                                                            CASE NO. 1:19-cv-22927-BB

**RON DESANTIS, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE
STATE OF FLORIDA**, *et al.*

    *Defendants*.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES,
AND TO FILE A BILL OF COSTS**

    Plaintiffs, through undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b) and 54(d), and S.D. Local Rule 7.3, move this court for an Order extending the deadline to file a motion for attorneys' fees, costs, and expenses, and to file a Bill of Costs, until 30 days after any appeal or other appellate challenge is resolved. In support, Plaintiffs state the following:

    1. On September 21, 2021, this court entered findings of fact and conclusions of law in this matter in favor of Plaintiffs, entered a permanent injunction, and ordered this matter be closed by the clerk. ECF No. 201. The final judgment was docketed the next day, but notes a signature date of September 21, 2021. ECF No. 202.

    2. According to S.D. Local Rule 7.3(a), a party must file and serve a motion for attorneys' fees within 60 days of final judgment. According to Local Rule 7.3(c), that party must file and serve a bill of costs within 30 days of final judgment. Local Rule 7.3 also outlines intermediate deadlines for serving drafts and for conferring.

    3. Counsel for Defendants have informed counsel for Plaintiffs that Defendants intend to

appeal this action.

4. In the interests of time and efficiency and to promote judicial economy, Plaintiffs seek to extend the deadline for moving for attorneys' fees, costs and expenses, and for filing a Bill of Costs, until after the appeal process is at a conclusion. Once concluded, any motions for attorneys' fees and costs, as well as a Bill of Costs, will be filed no later than 30 days thereafter.

5. Counsel for Plaintiffs has conferred with Counsel for Defendants, who are unopposed to the relief sought in this Motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court enter an Order extending the deadline for moving for an award of attorneys' fees and costs and to file a Bill of Costs until the conclusion of the appellate process.

**CERTIFICATE OF CONFERENCE**

PURSUANT TO Local Rule 7.1, Counsel for Plaintiffs has conferred with Counsel for Defendants, and Defendants do not oppose the relief sought in this Motion.

Date: October 1, 2021

Respectfully submitted,

By: /s/ Miriam Haskell
Miriam Fahsi Haskell
Florida Bar No. 69033
miriam@communityjusticeproject.com
Alana Greer
Florida Bar No. 92423
alana@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Ste. 102
Miami, FL 33137-4139
Tel.: (305) 907-7697

Anne Janet Hernandez Anderson
Florida Bar No. 18092
aj.hernandez@splcenter.org
Paul R. Chavez*

Florida Bar No. 1021395
paul.chavez@splcenter.org
Mich Gonzalez*
mich.gonzalez@splcenter.org
Victoria Mesa-Estrada
Florida Bar No. 076569
victoria.mesa@splcenter.org
Christina LaRocca
Florida Bar No. 1025528
christina.larocca@splcenter.org
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101
Tel.: (786) 347-2056

Rebecca Sharpless
Florida Bar No. 0131024
rsharpless@law.miami.edu
IMMIGRATION CLINIC UNIVERSITY OF
MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 907-7697 ext. 1
*Counsel for Plaintiffs*

* Admitted pro hac vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served via the U.S. District Court for the Southern District of Florida's electronic filing system on October 1, 2021, on counsel for Defendants listed in the attached service list.

/s/ Miriam Haskell
Miriam Haskell

**SERVICE LIST**

James H. Percival
Email: James.Percival@myfloridalegal.com
Colleen M. Ernst
Email: Colleen.ernst@eog.myflorida.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE GENERAL COUNSEL
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

Elizabeth Teegen
Email: Elizabeth.Teegen@myfloridalegal.com
Email: complexlitigation.eservice@myfloridalegal.com
James H. Percival
Email: James.Percival@myfloridalegal.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*