IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CITY OF SOUTH MIAMI**, *et al.*,

    *Plaintiffs*,

vs.                                                                                             CASE NO. 1:19-cv-22927-BB

**RON DESANTIS, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE
STATE OF FLORIDA**, *et al.*,

    *Defendants*.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Ron DeSantis and Ashley Moody, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from: (1) the omnibus order granting in part and denying in part defendants' *Daubert* motion and denying defendants' motion *in limine* to exclude third-party sources that are hearsay, entered in this action on December 3, 2020, DE 157, (2) the omnibus order granting in part and denying in part plaintiffs' motion for summary judgment and denying defendants' motion for summary judgment, entered in this action on December 14, 2020, DE 164, (3) the findings of fact and conclusions of law, entered in this action on September 21, 2021, DE 201, (4) the final judgment and permanent injunction, entered in this action on September 22, 2021, DE 202, and (5) any other rulings, opinions, or orders entered in this case deemed to have continuing effect.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300
james.percival@myfloridalegal.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 19th day of October, 2021.

                                                    */s/ James H. Percival*
                                                    James H. Percival