IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CITY OF SOUTH MIAMI, ET AL.,

    *Plaintiffs*,

v.                                                       Civil Action File No. 1:19-cv-22927

RON DESANTIS, ET AL.,

    *Defendants*.

_____/

## PLAINTIFFS' NOTICE OF CROSS APPEAL

Notice is hereby given that Florida Immigrant Coalition, Inc., WeCount!, Inc., QLatinx, The Farmworker Association of Florida, Inc., Family Action Network Movement, Inc., Americans for Immigrant Justice, Inc., Hope Community Center, Inc., Guatemalan-Maya Center, Inc., and Westminster Presbyterian Church United of Gainesville, Inc., plaintiffs in the above named case, hereby cross appeal to the United States Court of Appeals for the Eleventh Circuit from: (1) the findings of fact and conclusions of law, entered in this action on September 21, 2021, DE 201, (2) the accompanying final judgment and permanent injunction, entered in this action on September 22, 2021, DE 202, and (3) all other rulings, opinions, judgments, or orders entered in this case encompassed within the final judgment or deemed to have continuing effect.

Dated: November 2, 2021

Respectfully submitted,

By: /s/  Anne Janet Hernandez Anderson

| | |
|---|---|
| Anne Janet Hernandez Anderson | Alana Greer |
| Florida Bar No. 18092 | Florida Bar No. 92423 |
| Email: aj.hernandez@splcenter.org | Email: alana@communityjusticeproject.com |
| Paul R. Chavez* | |

*Case No. 1:19-cv-22927-BLOOM/Louis*

Florida Bar No. 1021395
E-mail: paul.chavez@splcenter.org
Mich Gonzalez*
E-mail: mich.gonzalez@splcenter.org
Victoria Mesa-Estrada
Florida Bar No. 076569
Email: victoria.mesa@splcenter.org
SOUTHERN POVERY LAW CENTER
P.O. Box 12463
Miami, FL 33101
Tel.: (786) 347-2056

Rebecca Sharpless
Florida Bar No. 0131024
E-mail: rsharpless@law.miami.edu
IMMIGRATION CLINIC
UNIVERSITY OF MIAMI SCHOOL OF LAW
1311 Miller Drive, E273
Coral Gables, FL 33146
Tel.: (305) 284-6092
Fax: (305) 284-6093

Miriam Fahsi Haskell
Florida Bar No. 69033
Email: miriam@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd. Suite 106
Miami, Florida 33145
Tel.: (305) 907-7697 ext. 1

\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Cross Appeal was served via the U.S. District Court for the Southern District of Florida's electronic filing system on November 2, 2021, on counsel for Defendants listed in the attached service list.

Dated: November 2, 2021

/s/ _Anne Janet Hernandez Anderson___

*Case No. 1:19-cv-22927-BLOOM/Louis*

## SERVICE LIST

James H. Percival
Email: James.Percival@myfloridalegal.com
Colleen M. Ernst
Email: Colleen.ernst@eog.myflorida.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE GENERAL COUNSEL
The Capitol, Suite 203
Tallahassee, Florida 32399-1050
Telephone: (850) 717-9310
*Counsel for Defendant Governor Ron DeSantis*

Elizabeth Teegen
Email: Elizabeth.Teegen@myfloridalegal.com; complexlitigation.eservice@myfloridalegal.com
James H. Percival
Email: James.Percival@myfloridalegal.com
Karen Brodeen
Email: karen.brodeen@myfloridalegal.com
Anita J. Patel
Email: Anita.Patel@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Fax: (850) 410-2672
*Counsel for Defendant Attorney General Ashley Moody*