```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                           MIAMI DIVISION
                      CASE NO. 1:19-cv-22927-BB
 3

 4     CITY OF SOUTH MIAMI, ET AL.,

 5              Plaintiff,                    January 6, 2021
                                             9:00 a.m.
 6              vs.

 7     RON DESANTIS, ET AL.,

 8              Defendant.                    Pages 1 THROUGH 215
       _____

 9                      TRANSCRIPT OF TRIAL DAY 3
10                       VIA THE ZOOM PLATFORM
                    BEFORE THE HONORABLE BETH BLOOM
11                    UNITED STATES DISTRICT JUDGE

12
       Appearances:
13
       FOR THE PLAINTIFFS: SOUTHERN POVERTY LAW CENTER
14                         ANNE JANET HERNANDEZ ANDERSON, ESQ.
                           PAUL R. CHAVEZ, ESQ.
15                         VICTORIA MESA-ESTRADA, ESQ.
                           CHRISTINA LAROCCA, ESQ.
16                         MICH GONZALEZ, ESQ.
                           PO Box 12463
17                         Miami, Florida 33101

18
       FOR THE PLAINTIFFS: COMMUNITY JUSTICE PROJECT FLORIDA
19                         MIRIAM F. HASKELL, ESQ.
                           3000 Biscayne Boulevard, #106
20                         Miami, Florida 33137

21
       FOR THE DEFENDANTS: OFFICE OF THE ATTORNEY GENERAL
22                         ELIZABETH A. TEEGEN, ESQ.
                           ANITA J. PATEL, ESQ.
23                         KAREN A. BRODEEN, ESQ.
                           PL-01, The Capitol
24                         Tallahassee, Florida 32399-1050

25
```

```
1    APPEARANCES (Continued):

2    FOR THE DEFENDANT:    OFFICE OF THE ATTORNEY GENERAL
                           JAMES PERCIVAL, ESQ.
3                          107 West Gaines Street
                           Tallahassee, Florida 32399
4

5    COURT REPORTER:       Yvette Hernandez
                           U.S. District Court
6                          400 North Miami Avenue, Room 10-2
                           Miami, Florida 33128
7                          yvette_hernandez@flsd.uscourts.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2      Certificate...................................      215

 3                      W I T N E S S

 4      ON BEHALF OF THE PLAINTIFF:                       PAGE

 5      OSCAR LONDONO AGUILAR
        DIRECT EXAMINATION BY MS. LAROCCA                   6
 6      CROSS-EXAMINATION BY MS. PATEL                      26
        REDIRECT EXAMINATION BY MS. LAROCCA                 32
 7
        DR. ALLAN LICHTMAN
 8      DIRECT EXAMINATION BY MR. CHAVEZ                    35

 9
                        E X H I B I T S
10      PLAINTIFFS' EX. NO.:              OFFERED    ADMITTED
          P 1                                36          38
11        P19                                          167
          P20                                          173
12        P 3                               180         180
          P30                               180         180
13        P 4                               180         180
          P32                               180         180
14        P 7                               180         180
          P10                               180         180
15        P11                               180         180
          P12                               180         180
16        P13                               180         180
          P16                               180         180
17        P21                               180         180
          P25                               212         213
18
        JOINT EX. NO.:                    OFFERED    ADMITTED
19        221                               181         181

20

21

22

23

24

25
```

```
 1          (Call to order of the Court, 9:00 a.m.)

 2              THE COURT:  Good morning to everyone.

 3              MR. CHAVEZ:  Good morning.

 4              THE COURT:  All right.  Liz, why don't we go ahead and

 5      call the case and we can get started.

 6              Thank you.

 7              COURTROOM DEPUTY:  Calling Civil Case Number 19-22927,

 8      City of South Miami, et al v. Ron DeSantis, et al.

 9              Counsel, please state your name, for the record,

10      starting with Plaintiffs' counsel.

11              MS. HERNANDEZ ANDERSON:  Good morning.  Anne Janet

12      Hernandez Anderson, she, her, hers, for the Plaintiffs, from

13      the Southern Poverty Law Center.

14              MR. CHAVEZ:  Good morning.  Paul Chavez, he, his, him,

15      with the Southern Poverty Law Center, for the Plaintiffs.

16              MS. MESA-ESTRADA:  Good morning, Your Honor.  Victoria

17      Mesa-Estrada, with the Southern Poverty Law Center, for the

18      Plaintiffs.

19              MS. LAROCCA:  Good morning, Your Honor.  Christina

20      LaRocca, she, her, hers, with the Plaintiffs.

21              MS. HASKELL:  Good morning, Your Honor.  Miriam

22      Haskell, she, her, hers, for the Plaintiffs, from Community

23      Justice Project.

24              MR. GONZALEZ:  Good morning, Your Honor.  This is Mich

25      Gonzalez, also with the Plaintiffs, for the Southern Poverty
```

```
 1   Law Center.
 2              MS. PATEL:  Good morning, Your Honor.  This is Anita
 3   Patel, attorney for the Defendants.
 4              MS. TEEGEN:  Good morning, Your Honor.  Elizabeth
 5   Teegen, representing the Defendants.
 6              MR. PERCIVAL:  Good morning, Your Honor.  James
 7   Percival for the Defendants.
 8              MS. TEEGEN:  Your Honor, Karen Brodeen is also here
 9   today.  She has just stepped away and will be right back, but
10   she will be here today representing the Defendants.
11              THE COURT:  All right.  Thank you.
12              And good morning to everyone.
13              Are there any issues that we need to address before we
14   continue with the testimony?
15              MS. HERNANDEZ ANDERSON:  Your Honor, none on behalf of
16   the Plaintiffs.
17              MS. PATEL:  None on behalf of the Defendants.
18              THE COURT:  All right.  As I understand, the next
19   witness is Mr. Londono, and I believe the gentleman is in the
20   waiting room.
21              COURTROOM DEPUTY:  Yes, he is.
22              THE COURT:  All right.  Let's go ahead and let him in.
23              COURTROOM DEPUTY:  Okay.  I'm admitting him now.
24              MS. LAROCCA:  Thank you.
25              Good morning, Your Honor.  I'll be handling the direct
```

```
 1    of Mr. Londono.

 2              THE COURT:  All right.  Thank you.

 3         (Pause in proceedings.)

 4              THE COURT:  If Mr. Londono will turn on his video.

 5              There's the gentleman.

 6              All right.  Good morning, sir.

 7              THE WITNESS:  Good morning.

 8              COURTROOM DEPUTY:  If you would raise your right hand

 9    for me, please.

10        OSCAR LONDONO, PLAINTIFF WITNESS, SWORN

11              COURTROOM DEPUTY:  Thank you.

12              Would you please state your name and also spell it for

13    the record.

14              THE WITNESS:  It's Oscar Londono.  O-S-C-A-R.

15    L-O-N-D-O-N-O.

16              COURTROOM DEPUTY:  Thank you.

17                        DIRECT EXAMINATION

18    BY MS. LAROCCA:

19    Q.  Good morning, Mr. Londono.

20        Thank you for taking the time to be here today.

21    A.  Thank you.

22    Q.  To begin with, what pronouns do you use?

23    A.  He, his, him.

24    Q.  And where do you work?

25    A.  I work at WeCount!.
```

1    Q.   And what's your position with WeCount!?

2    A.   I'm the executive director.

3    Q.   How long have you held that position?

4    A.   I've been the executive director since March of 2020.

5    Q.   And have you been involved with serving members of WeCount!

6    in any other way?

7    A.   Yes.  Since 2017, I've been in different non-profit

8    organizations, where part of my work has been being a wage

9    theft lawyer for WeCount!'s members.

10   Q.   So you represented WeCount! members in wage theft cases,

11   correct?

12   A.   Yes.  That's correct.

13   Q.   What are your current duties as executive director?

14   A.   I serve the membership of WeCount!.  So I -- since we're a

15   small non-profit organization, I oversee all aspects of

16   WeCount!.  That's hiring and supervision of staff, managing our

17   board of directors, administration, fundraising and

18   development, and I also manage our legal and policy

19   departments.

20   Q.   Can you tell me what kind of organization WeCount! is.

21   A.   We are a non-profit membership-based organization in

22   Homestead, Florida.

23   Q.   And can you tell me about the demographics of WeCount!'s

24   members.

25   A.   Yeah.  So we're a membership-based organization, which

1  means that we have members across South Dade.  Our membership

2  are low-wage immigrant workers and families.  And that includes

3  farmworkers, plant nursery workers, domestic workers, and day

4  laborers.  And our members tend to come from Latin America,

5  from Mexico and Central America.  They live all across South

6  Dade and they are of mixed immigration status.  So most of our

7  members are brown-skinned immigrants and work in those priority

8  industries.

9  Q.  Can you please explain what a day laborer is.

10  A.  Yes.  A day laborer is a low-wage precarious worker.  Here

11  in South Florida, most are brown and black immigrants in

12  Miami-Dade County.  And they're the kind of workers that you

13  find standing out in public spaces, in front of Home Depots,

14  gas stations, moving companies, looking to find work, primarily

15  in residential construction, landscaping, painting, roofing,

16  and other forms of gig work.

17  Q.  Okay.  Thank you for sharing that.

18      What is WeCount!'s mission?

19  A.  Our mission is to build the power and leadership of

20  low-wage immigrant workers and families throughout South Dade

21  through education, support, and collective action.

22  Q.  And how does WeCount! meet that mission?

23  A.  We meet the mission through a combination of direct

24  services, education, advocacy, and organizing.  We provide our

25  members with social and legal services.  We do educational

1    workshops and "know your rights" trainings.  And we also engage

2    in policy advocacy with our members to make sure that we're

3    expanding labor and immigration protections for all.

4    Q.  Is there anything else WeCount! does to meet that mission?

5    A.  So we're a member-based organization.  So for us, it's also

6    very important to be developing the leadership skills and the

7    civic engagement of our members across South Dade.  So we have

8    leadership development programs and we invest heavily in making

9    sure that more of our members are participating in civic

10   engagement.

11   Q.  How long has WeCount! existed?

12   A.  About 14 to 15 years.  We were founded in 2006.

13   Q.  And what areas in Florida does your organization serve?

14   A.  So our office is located in Homestead, Florida, but we

15   cover the broader sort of geographical area of South Dade.  We

16   have members from Cutler Bay all the way down through

17   Pinecrest, Homestead, and Florida City.

18   Q.  Thank you for sharing about what WeCount! does to meet its

19   mission.

20       Can you share what type of services WeCount! offers.

21   A.  Yes.  So we offer a range of social and legal services.  We

22   have many immigrant families who come into Homestead who may

23   not know how to access different kinds of resources, know where

24   to go for assistance.  So we provide that kind of help.

25       Also, if members come in reporting some kind of workplace

1   issue, maybe they didn't receive their wages on time, maybe

2   they're having some kind of issue at work, we'll accompany

3   them.  We'll provide legal advice, legal assistance, and we'll

4   help them file complaints.

5      We also do educational workshops to make sure that workers

6   understand their rights both at the workplace, but also in the

7   broader community.  And we have the community radio station

8   called Radio Poder, in low FM radio, where we broadcast music,

9   education, and information for migrant families across South

10   Dade.

11      And then, lastly, we provide social service provider

12   referrals.  So people who come in needing community health

13   services, needing counseling, any form of service, we have a

14   network of partnerships throughout South Dade that we can refer

15   our members to those services.

16   Q.  Okay.  Has WeCount! ever responded to the passage of a law

17   prior to SB 168?

18   A.  Yes.

19   Q.  When?

20   A.  Usually, every year.  Every year, we are either advocating

21   in support of a law that we think is beneficial to immigrant

22   workers, or we're advocating against that law because we think

23   that that law is harmful to our members and to the broader

24   immigrant community.

25   Q.  Can you provide us with a specific example.

1    A.   So over the years, we've advocated locally for policies

2    that expand labor protections related to wage theft and

3    employment discrimination.  In the immigration context, for

4    various years, we have been advocating for policies that expand

5    protections, including, in 2013, when we led local efforts to

6    make sure we limited Miami-Dade County's detainer policy.

7    Q.   Can you tell me more about how you responded to the

8    detainer policy.

9    A.   That work came over several years of hearing reports about

10   what was going on in the community and how the detainer policy

11   was impacting our members.

12        So the way that we responded, when we began seeing this as

13   a priority, was doing research on the law, seeing how it was

14   impacting immigrants in South Dade, having meetings and

15   workshops with our members to better understand the issue, but

16   also train them on the issue and the current law.  And then

17   mobilizing our members to meet with county commissioners,

18   police department chiefs, other kinds of stakeholders.

19        We formed a coalition of community-based partners.  And

20   then obviously we participated in public hearings and any kind

21   of opportunities to have press conferences or public events to

22   raise support and awareness about what we were fighting for.

23   Q.   Now, was WeCount! concerned about SB 168?

24   A.   Yes.  We were very concerned.

25   Q.   What were WeCount!'s main concerns regarding the bill?

1    A.   I think it was several concerns.  You know, the first

2    concern was the connection between this piece of legislation

3    that was being proposed and the people who were backing it,

4    specifically hate groups, and the ways in which they were

5    collaborating with elected officials to promote a piece of

6    legislation that we thought was promoting a white nationalist

7    agenda.

8        And then, as we began studying the bill and reading each

9    provision, so that we could explain it to our members, we were

10   concerned about different aspects, including the "best efforts"

11   clause, which mandates that local law enforcement use best

12   efforts to support the enforcement of federal immigration law.

13   And we were concerned about that because of a long history in

14   the community.  We saw it as a mandate that would increase

15   racial profiling in the community and provide local law

16   enforcement, who aren't trained in federal immigration law, to

17   begin using race, color, and perceived national origin as a

18   proxy for stopping, detaining our members and people who look

19   like our members.

20   Q.   And to be clear, do your concerns differ from SB 168 as

21   compared to the examples you have provided of other laws your

22   organization has responded to?

23   A.   Yes.  So I mentioned we're a small non-profit.  And this is

24   a state law.  But we knew it was important enough to mobilize

25   against that law.  Primarily, because we saw it as a dangerous

1    piece of legislation.  We were concerned about the racial

2    profiling mandate.  We were concerned about the detainer

3    mandate.

4        I think what makes this law different from those other

5    policies that we were fighting for was -- one, is that it was

6    rooted in racial animus.  Two is the broad mandates that strips

7    local jurisdictions of the right to decide for themselves how

8    to approach the issue of detainers or the issue of policing.

9    Q.  And has WeCount! ever specifically addressed policing prior

10   to SB 168?

11   A.  Yes.  For various years.  In 2011 and 2012, we began to

12   receive reports from members of WeCount!, as well as broader

13   residents of the Homestead community, about what they were

14   experiencing as an intense period of racial profiling by the

15   Miami-Dade County Police Department.  They were seeing these

16   police officers --

17            MS. PATEL:  Objection.  Lack of personal knowledge and

18   hearsay.

19            THE COURT:  Overruled.

20            THE WITNESS:  So we heard these reports directly from

21   our members and people in the Homestead community who were

22   reporting that police officers were selectively stationing

23   themselves in certain neighborhoods of Homestead and

24   disproportionately targeting Latino drivers, especially those

25   of indigenous descent.  And so as a result of those reports, we

1   then organized a local campaign to make sure that we curb that

2   practice.

3        We have also, over several years, been working on the

4   issue of ICE detainers, including the policy in 2013 that I

5   mentioned.  And then more recently in bringing a case in CFC v.

6   Miami-Dade County, given that we believe detainers are

7   unconstitutional.

8   Q.  And how does this experience regarding -- WeCount!'s

9   experience regarding policing inform its response to SB 168?

10  A.  It's that history of having seen firsthand the ways in

11  which racial profiling and detainers have impacted our members,

12  and people who look like our members, that helped us appreciate

13  the danger of this law and helped us appreciate and have a

14  better understanding of how that law would actually lead to

15  discrimination and racial profiling.

16  Q.  Okay.  Thank you for sharing that.

17       Is WeCount! aware of the groups called FAIR, FLIMEN, and

18  CIS?

19  A.  Yes.

20  Q.  What do you know about these groups?

21  A.  Over the years, as we have done work here in Florida, but

22  also the federal level, we've come across these organizations

23  and have seen the ways in which they've tried to promote what

24  we believe to be a very harmful narrative and harmful ideas

25  around immigrants, and specifically immigrants of color, in

1  trying to push a white supremacist agenda that seeks to exclude

2  non-white immigrants from this country.

3  Q.  Has WeCount! ever engaged with any of these groups in its

4  work?

5  A.  Yes.  So we used to have a day labor job center, as well as

6  a workforce program in Cutler Bay, which FLIMEN opposed and

7  published our information to their followers.  That day labor

8  is no longer active.

9      But back in 2011, we also were in direct contact with

10  FLIMEN.  A representative from FLIMEN called WeCount!'s office

11  and left a voice-mail message in which that representative

12  threatened to incite violence and called immigrants and people

13  that we support, in his words, illegal alien --

14          MS. PATEL:  Objection.  Hearsay.

15          THE COURT:  Overruled.

16          THE WITNESS:  In that voice-mail message, the

17  representative called immigrants and the people that we support

18  illegal alien invaders, breeders, and murderers, and called for

19  them to be hanged.

20  BY MS. LAROCCA:

21  Q.  Okay.  What else do you know about FAIR, FLIMEN, and CIS's

22  efforts to promote anti-immigrant efforts and narratives?

23  A.  I know that CIS and FAIR were founded by John Tanton.  I

24  know that the organizations have promoted very harmful ideas

25  around eugenics, around white nationalism.  And we've seen the

1   ways in which those narratives have translated into building an

2   anti-immigrant narrative and movement both here in Florida, but

3   also across the country.

4   Q.  And what do you know specifically about FAIR and FLIMEN's

5   involvement regarding SB 168?

6   A.  We know that these organizations --

7          MS. PATEL:  Objection.  Lack of personal knowledge.

8          THE COURT:  Based on your knowledge, Mr. Londono, you

9   may continue.  Overruled.

10          THE WITNESS:  To my knowledge, we saw press

11   statements.  We saw public communications.  We talked to

12   community partners and we saw that --

13          MS. PATEL:  Objection.  Hearsay.

14          THE COURT:  Overruled.

15          THE WITNESS:  And we saw that these three

16   organizations, CIS, FAIR, and FLIMEN, were part of drafting

17   legislation, of corresponding and communicating with sponsors

18   and elected officials in support of the legislation, and were

19   actively trying to push and promote this legislation, as well

20   as the broader anti-immigrant narratives around it.

21   BY MS. LAROCCA:

22   Q.  Are there any other ways you came to know such information

23   about these organizations?

24   A.  I also read about a press conference in which --

25          MS. PATEL:  Objection.  Hearsay.

1        THE COURT:  Sustained.

2    BY MS. LAROCCA:

3    Q.   Okay.  Do you have any other personal knowledge about these

4    organizations?

5    A.   Not that I can remember.

6    Q.   Okay.  How did WeCount! first become involved with SB 168?

7    A.   In early 2019, when we first heard about this proposed

8    bill, we were alarmed and we were concerned.  And as we began

9    to hear the details and read about the details of what the

10   policy entailed, we knew we had to respond.

11        And so, as a result, we joined other community partners in

12   mobilizing a response against the bill.  And that meant talking

13   to our members about the policy provision by provision, having

14   workshops with our members.  And we mobilized our members to

15   Tallahassee for a day of action where we engaged in

16   demonstrations, we talked to elected officials.  And then here

17   in Miami, we also mobilized demonstrations in front of a local

18   elected official, just to build support and awareness about why

19   this law would be harmful to our members.

20   Q.   And how did WeCount!'s members react to the passage of SB

21   168?

22   A.   They were understandably very, very concerned.  Throughout

23   the process, the reason why they engaged was because they knew

24   firsthand the ways in which this law would impact their lives.

25   And so when the law was finally passed and signed, we began

1   getting reports firsthand from members and people in the

2   community who called in to WeCount!, who visited our office.

3   During our 101s, or meetings, they began to raise concerns

4   about --

5           MS. PATEL:  Objection.  Hearsay.

6           THE COURT:  Overruled.  I'll allow it.

7           THE WITNESS:  They began to raise concerns to us

8   directly about what this law would mean for them, how would it

9   implicate their interactions with local law enforcement, what

10  it would mean in terms of them visiting government buildings,

11  filing complaints, and going to court.

12          There was a lot of confusion and a lot of fear about

13  how this law was going to impact them and could place them at

14  risk, specifically them and people who look like them, in sort

15  of the detention-to-deportation pipeline.

16  BY MS. LAROCCA:

17  Q.  And have those reactions, responses of WeCount! members,

18  changed at all since the passage of SB 168?

19  A.  So since it passed and, you know, there were those fears

20  and concerns and they've been -- they've been actualized.  This

21  past year, we heard reports directly from --

22          MS. PATEL:  Objection.  Hearsay.

23          THE COURT:  Mr. Londono, those reports were from whom,

24  sir?

25          THE WITNESS:  From our members.

```
 1            THE COURT:  Overruled.

 2            THE WITNESS:  Yeah.

 3            So our members came into WeCount! or during our legal

 4   intakes or 101 meetings with them, they began reporting what

 5   they were experiencing as increased police harassment, scrutiny

 6   of day laborers.

 7            And so these are day laborers who have been standing

 8   out in those corners, some for many years, some for decades.

 9   And they were reporting to us directly that they felt this past

10   year, ever since SB 168 was passed, that police officers were

11   more aggressive with that community.  And they felt that that

12   level of scrutiny and interrogation and harassment was

13   specifically tied to them being brown-skinned immigrants.

14   BY MS. LAROCCA:

15   Q.  Are there any other examples of how WeCount! members'

16   reactions have changed?

17   A.  Yes.  Another example is COVID-19.  Early on, with

18   COVID-19, we began getting calls and visits from members, but

19   mostly calls, given that we were trying to be remote -- from

20   members who were calling in and asking --

21            MS. PATEL:  Objection.  Hearsay.

22            THE COURT:  Overruled.

23            THE WITNESS:  -- if it was safe for them to go to a

24   food bank, to go to a community health clinic, to access

25   certain kind of public services.  Because there was this
```

1    concern about whether there would be ICE enforcement

2    operations, about whether doing that would put them into

3    contact with local law enforcement.

4         And one concrete example was the concerns around food

5    banks, since many of them were drive-through food banks with

6    police escorts.  And so many of our members began asking

7    questions around whether or not it was safe to go to those food

8    banks and what to do if they had to interact with local law

9    enforcement.

10         And so, as a result of all those concerns, we began to

11   do COVID-19 relief in our own office.  We began to do direct

12   financial assistance, food distributions, PPE donations, at a

13   place that we knew was a trusted site for community members.

14   BY MS. LAROCCA:

15   Q.  So to be clear, have WeCount!'s responses to its members

16   changed at all since the passage of SB 168?

17   A.  Yes.  You know, we've -- once we've received those reports,

18   we've tried our best to create programs to respond to those

19   reports.  We've done our best to have educational workshops to

20   make sure that our members understand their rights, understand

21   how to interact with local law enforcement.  So to whatever

22   extent possible, they are able to mitigate the risk of ending

23   up profiled and on detainers.

24      We have had community radio station programming to make

25   sure that we expand access to that level of education and

1    information.  And then, whenever possible, we've also screened

2    our members to see if they can qualify for some kind of

3    immigration benefit.  And then either handled the application

4    ourselves or referred them to a trusted immigration provider.

5        And then, lastly, we've engaged in policy advocacy.  You

6    know, we don't think that there's any level of local policies

7    that can reverse the harm of this state law.  But to whatever

8    extent possible, we tried to explore what are some local

9    policies that can mitigate the harm.

10   Q.  And has the relationship between local law enforcement and

11   WeCount! members changed since SB 168?

12   A.  Yes.  It's -- I would say it's eroded trust between our

13   members and local law enforcement.  As I mentioned, there is

14   those increased reports directly from our members about

15   increased police harassment in specific neighborhoods.

16       So the day laborer corners in places like Cutler Bay, in

17   Pinecrest, in Mowry Road next to our office in Homestead,

18   there's increased police presence.  Our members are reporting

19   that they have encountered local law enforcement --

20           MS. PATEL:  Objection.  Hearsay.

21           THE COURT:  Overruled.

22           THE WITNESS:  -- that they have encountered local law

23   enforcement who have been acting as de facto immigration

24   agents, some who have been asking about immigration-related

25   questions, some who have stopped them what they perceive for no

1    reason, primarily because of the color of their skin and their

2    perceived national origin.

3           And so that's been a growing issue in South Dade that

4    has eroded trust and really changed the dynamics of a locality

5    where for years we had done some very productive advocacy to

6    make sure that we were curbing racial profiling and curbing

7    detainer compliance and making the community more welcoming for

8    all.

9    BY MS. LAROCCA:

10   Q.   And how do you know that these changes you've described

11   have resulted from SB 168?

12   A.   Because our day labor members have told us directly and

13   because these day labor members have been out in those corners

14   for years, some for decades, as I mentioned.  And so,

15   firsthand, they have seen changes in policing practices

16   compared to before SB 168 and to now.  And then our organizer

17   as well, who is someone who goes out to visit day laborer

18   corners, has seen that police presence as well.

19   Q.   You mentioned previously that you have served WeCount!

20   members as a wage theft lawyer.  Do any of your current duties

21   with WeCount! regard labor unemployment?

22   A.   Yes.

23   Q.   And what do those duties entail?

24   A.   So it's -- one of my other hats is that I serve as the

25   workers' rights lawyer to our members.  I'm one of the only, if

1    only, non-profit wage theft lawyers in the county of

2    Miami-Dade.  And so, you know, we receive legal intakes of

3    people in the community and our members will have those

4    workplace issues; they have an employer who hasn't paid them

5    their wages on time, has paid them below the minimum wage, is

6    violating overtime law.  And so we do legal intakes.  We

7    provide legal advice.  We file legal complaints.  We accompany

8    workers through the entire complaint process, whether it's in

9    court or through administrative agency.  And then we negotiate

10   settlements with employers as well.

11       And so what we've seen -- and so that's -- and that's the

12   level of work that we do.  And it's all free to our members and

13   to the broader community.

14   Q.  So to your knowledge, has SB 168 affected labor and

15   employment of immigrants in any way?

16   A.  Yes.  In over the past three years that I have done this

17   work with WeCount! directly and with WeCount!'s members, I've

18   seen an increase in wage theft cases after SB 168 compared to

19   before.  I've seen a climate that's been growing that's bean

20   fueled by SB 168, an anti-immigrant climate in which employers

21   increasingly feel emboldened to violate the rights of their

22   workers, to cheat them, to threaten them, to retaliate against

23   them because they know that this level of entanglement and the

24   narratives that have been promoted by SB 168 has made it so

25   that many workers are scared of going to the police or

```
 1   accessing a government venue or filing a complaint in court

 2   because of their perceived sense of this entanglement between

 3   police, local government, and ICE.

 4   Q.  As a grassroots organization, has WeCount! identified any

 5   other changes that needed to be addressed since the passage of

 6   SB 168?

 7   A.  Yes.  We -- you know, first of all, we don't think it's

 8   possible to cure this law.  So we do think that it should be

 9   struck down entirely.  But I think many of our concerns are

10   tied to specific provisions.

11       We think that the "best efforts" clause is a clause that

12   mandates a level of profiling for police officers, as I

13   mentioned, that have a long history of profiling and biased

14   policing practices.  And it essentially gives them a mandate

15   and a blank slate to act on that bias, by asking them to do

16   something that they're not trained to do, which is support and

17   uphold the enforcement of federal immigration law.  And we

18   believe that there's no way of understanding someone's

19   immigration status by looking at them, but that these police

20   officers historically, and more so now after SB 168's mandate,

21   are going to be using race, color, and perceived national

22   origin as a proxy.  So we're concerned about that.

23       We're concerned about the detainer mandate.  We continue to

24   believe that detainers are entirely unconstitutional.  And we

25   also believe that they're flawed, that they're relying on
```

1    erroneous databases.  We've seen here in South Florida

2    firsthand in the case of people like Garland Creedle and Peter

3    Brown, US citizens caught up in detainers and held

4    unconstitutionally.

5         And the fact that this state law prevents localities, like

6    Miami-Dade County, from deciding for themselves what's best in

7    terms of detainers.  And preventing them from actually adhering

8    to the constitution is a concern that we think won't be cured

9    unless the state law is struck down.

10   Q.  Is there anything else that WeCount! has done to respond to

11   these particular concerns that you have just described?

12   A.  I think the main thing that we've done is, you know, try to

13   be a trusted resource and an organization for immigrants across

14   status who have felt harmed by this law.

15        And we've done our best to try to do education, so people

16   don't end up on detainers, so people don't end up profiled, so

17   they understand what to do if a local law enforcement officer

18   stops you and questions you and profiles you.  We've tried to

19   find ways of increasing -- even though we're a small

20   non-profit, of increasing our legal advice and legal services

21   to make sure that more people have some kind of pathway to

22   permanent protection.

23        And with our members, they've been fighters of trying to

24   find ways at the local and state and national level of how do

25   we find policies that are more inclusive, that don't promote a

1    white nationalist agenda of racial animus, but that creates a

2    more welcoming environment for all of us.

3    Q.  And do these changes and needs you've described that arose

4    after SB 168 passed continue to be prevalent today?

5    A.  Yes.  Unfortunately.

6            MS. LAROCCA:  Thank you for your time, Mr. Londono.

7            No further questions, Your Honor.

8            THE COURT:  Cross-examination.

9                    CROSS-EXAMINATION

10   BY MS. PATEL:

11   Q.  Good morning, Mr. Londono.

12   A.  Good morning.

13   Q.  You spoke a little bit about WeCount!'s involvement in the

14   legislative process.  You came up to Tallahassee once.  Is that

15   accurate?

16   A.  I believe so, yeah.  Once.

17   Q.  And which legislators did you meet with?

18   A.  I recall that WeCount! met with state Senator Jose Javier

19   Rodriguez.  I wasn't there, so I'm not sure the other elected

20   officials that we met with.

21   Q.  Do you know how many elected officials you met with?

22   A.  I wasn't there, so I can't recall, beyond state Senator

23   Jose Javier Rodriguez, which other elected officials we met

24   with.

25   Q.  And did you send out any emails or writings to any other

1    members of the legislature?

2    A.  We organized actions and demonstrations in front of state

3    Senator Manny Diaz's office in Miami-Dade County.  Those were a

4    couple of demonstrations that we did here in Miami as a form of

5    trying to communicate with his office what we believe his

6    position should be on the policy.

7    Q.  And is Mr. Diaz a Republican?

8    A.  I believe so.

9    Q.  And was he in support of the bill?

10   A.  In what sense?

11   Q.  Did he vote for Senate Bill 168?

12   A.  I believe so.

13   Q.  Okay.  And is he of Hispanic descent?

14   A.  I'd be speculating, but I -- I believe so.

15   Q.  Did any of your members or staff attend Senate Judiciary

16   meetings, committee meetings?

17   A.  As I mentioned, I wasn't there.  And so I know that we

18   mobilized members to speak to state Senator Javier Rodriguez.

19   I know that there was an action in Tallahassee, a protest, but

20   I couldn't tell you the concrete details.

21   Q.  You don't know where that protest occurred?

22   A.  I believe it was in Tallahassee.

23   Q.  So you don't know where in Tallahassee.  Was it at the

24   capitol?

25   A.  I believe it was near the capitol.

1   Q.  And did you also encourage our members to contact their

2   local representatives?

3   A.  Yes.  Part of our advocacy generally is to mobilize support

4   or opposition against a law.  And so part of that work was

5   trying to mobilize our members, as well as community allies, to

6   express their concerns about the bill.

7   Q.  And you spoke a little bit about your members being afraid

8   to go to food banks.  So when your members called and expressed

9   this concern, what did you advise them?

10  A.  I advised them that that choice is a risk that every

11  individual has to take for themselves to decide, you know, what

12  level of risk they're able to tolerate.  You know, we know that

13  there's no sure-fire way of knowing or predicting how local law

14  enforcement will act with someone that they perceive to be

15  immigrant, especially in the SB 168 context.

16      So what we did is we provided as much advice as we could.

17  We told them about potentially other alternatives of food

18  distribution that didn't require vehicles, where there were no

19  police escorts, or perhaps it was most safe.  But overall what

20  we ended up doing was doing the COVID-19 relief ourselves.

21  Q.  So you did not advise them to not go to the food bank,

22  correct?

23  A.  I present my members with information on risk and the legal

24  landscape.  And as I mentioned, it's difficult to predict,

25  especially in the SB 168 context, how local law enforcement are

```
 1    going to interact with people on the basis of their race,

 2    national origin, and color.  And so there's no guaranteed

 3    answer that I provide.  It's more so laying out the risk and

 4    having them decide what's the best option for themselves.

 5    Q.  Okay.  So again, you did not advise them to not go to the

 6    food bank, correct?

 7    A.  For some of the members who expressed a lot of risk and a

 8    lot of concern, the reason why we pivoted to alternative food

 9    distributions or had our own COVID-19 relief --

10         MS. PATEL:  Your Honor, I would object as being

11    non-responsive.

12         THE COURT:  Mr. Londono, did you understand the

13    question, sir?

14         THE WITNESS:  I believe so.  I guess I'm answering it

15    directly by saying that -- sorry, Your Honor.

16         THE COURT:  Let me direct you, sir.  The question

17    calls for a yes or no response.  If you need to explain your

18    answer, you may certainly do so.

19         Ms. Patel, why don't you reask your question, please.

20    BY MS. PATEL:

21    Q.  Okay.  Mr. Londono, my question is:  You did not advise any

22    of your members to not go to the food bank, correct?

23    A.  That's not accurate.

24    Q.  Okay.  So you did advise some people not to go to the food

25    bank?
```

1   A.  I advised some of our members to -- given their perceived

2   level of risk, to instead -- I provided a list of alternative

3   options where it wasn't drive-through, where there wasn't

4   police escorts.  And in certain situations, we already had a

5   food distribution planned.  And so we encouraged them to go to

6   that one instead.

7         MS. PATEL:  And Your Honor, again, I would move to

8   strike as being non-responsive.

9         THE COURT:  Overruled.

10  BY MS. PATEL:

11  Q.  When you say:  "Police escorts," what do you mean by police

12  escorts?

13  A.  Well, there were some food distributions where it was a

14  drive-through food distribution.  And so the organizers of the

15  events, whether it was because it had some county involvement

16  or whether it was a private provider who decided to coordinate

17  with a police escort, it's just the presence of local law

18  enforcement who are coordinating the actual day of distribution

19  of the food line, and may or may not be interacting with the

20  people who are there to pick up the food.

21  Q.  Okay.  Are you aware of any of your members who were

22  actually arrested at a food bank?

23  A.  Not that I recall.

24  Q.  And persons that you spoke about, the day laborers at the

25  corners, where are these corners?  Are they located at -- how

```
 1   many are you referring to?  How many corners?
 2   A.  So we're one of the few, I think, only organizations that
 3   actually works with the day laborer population of Miami-Dade
 4   County.  I would estimate that, based on our firsthand
 5   experience, there are more than 10 day laborer corners across
 6   Miami-Dade County.  But we're talking specifically about day
 7   laborer corners in Cutler Bay, Pinecrest, and in Homestead.
 8   Q.  And where are these corners located?
 9           MS. LAROCCA:  Objection.  Relevance.
10           THE COURT:  Overruled.  I'll allow it.
11           THE WITNESS:  As I mentioned before, they're usually
12   located in front of home improvement stores.  The corners in
13   Cutler Bay and in Pinecrest are located in front of that area's
14   Home Depot.  And the corner in Homestead is on -- next to the
15   office a couple blocks away, on Mowry Drive.
16   BY MS. PATEL:
17   Q.  Are they all in Home Depot parking lots?
18   A.  No.
19   Q.  Where are the other ones?
20           MS. LAROCCA:  Objection.  Relevance.
21           THE COURT:  Overruled.
22           THE WITNESS:  The Mowry corner is what's called an
23   informal corner, in that it's not in front of a Home Depot or
24   gas station.  It's a couple of blocks of fencing where the day
25   laborers stand out to find work.
```

```
 1    BY MS. PATEL:

 2    Q.  So it's not in a parking lot.  Is that accurate?

 3    A.  It's in a public space on a sidewalk, in a couple of blocks

 4    of street.

 5        (Pause in proceedings.)

 6            MS. PATEL:  May I have a moment?

 7            THE COURT:  Certainly.

 8        (Pause in proceedings.)

 9            MS. PATEL:  Thank you, Mr. Londono.

10            No further questions.

11            THE WITNESS:  Thank you.

12            THE COURT:  Any redirect?

13            MS. LAROCCA:  Yes.  Just briefly.

14                        REDIRECT EXAMINATION

15    BY MS. LAROCCA:

16    Q.  So Mr. Londono, can you clarify, do these day laborers

17    await their jobs in public spaces?

18    A.  Yes.  They're in public sidewalks and they have a

19    constitutional right to stand in those public sidewalks to find

20    work.

21            MS. LAROCCA:  Okay.  Thank you.

22            No further questions.

23            THE COURT:  All right.  Thank you, Mr. Londono.  You

24    are excused.

25            THE WITNESS:  Thank you.
```

```
1          (Witness excused.)
2               THE COURT:  And the Plaintiffs' next witness.
3               MR. CHAVEZ:  Thank you, Your Honor.
4               Plaintiffs would like to call our expert, Dr. Allan
5    Lichtman.
6               THE COURT:  All right.  I'm not certain where our
7    courtroom deputy is.
8               MS. BRODEEN:  This is Karen Brodeen.  I'm going to be
9    handling Dr. Lichtman.
10              THE COURT:  All right.  Then Dr. Lichtman, let me ask
11   that you raise your right hand to be placed under oath.
12              THE WITNESS:  (No verbal response.)
13              THE COURT:  Dr. Lichtman, you need to unmute your
14   microphone.
15              THE WITNESS:  How's that?
16              THE COURT:  All right.  Did you hear the Court's
17   question, sir?
18              THE WITNESS:  I sure did.  And I do, Your Honor.
19      DR. ALLAN LICHTMAN, PLAINTIFF WITNESS, SWORN
20              THE COURT:  All right.
21              THE WITNESS:  Sorry about that.  I'm an old dinosaur.
22              THE COURT:  If you'll state your full --
23              MS. BRODEEN:  Your Honor -- Your Honor, if I may --
24   this is Karen Brodeen from the Florida Attorney General's
25   Office.  I have two preliminary matters before we get into his
```

1    testimony, Your Honor.

2              THE COURT:  All right.

3              MS. BRODEEN:  Okay.  First, the Defendants renew their

4    Daubert motion regarding the testimony of Dr. Lichtman and

5    incorporate the arguments we made in our motion.

6              THE COURT:  All right.  Well, the Court has already

7    ruled on that, so it is equally denied at this time.

8              MS. BRODEEN:  Thank you.

9              And my second one is:  In your ruling on the Daubert

10   motion and motion to strike on December 14th, you said that

11   Dr. Lichtman cannot offer opinion testimony on the ultimate

12   legal conclusion whether the legislature acted with

13   discriminatory intent because that would invade the province of

14   Your Honor.  And I would like an instruction to Dr. Lichtman

15   that he cannot offer that testimony.  Sometimes experts have a

16   way of expanding the scope of their responses and I can't

17   object.

18             THE COURT:  Mr. Chavez, have you discussed with

19   Dr. Lichtman the Court's ruling on the motion?

20             MR. CHAVEZ:  We sure have, Your Honor.  And, in fact,

21   that's exactly how his expert report was laid out.  And it's

22   very clear throughout that he's not offering a final legal

23   opinion -- in fact, that's the very words that he uses, that

24   that's Your Honor's province.  And that what he's offering is

25   his opinion as a historian expert.

```
 1              THE COURT:  Ms. Brodeen, are there any other
 2    preliminary matters before this witness gives his testimony?
 3              MS. BRODEEN:  No, Your Honor.
 4              THE COURT:  All right, then.
 5              Dr. Lichtman, if you'll state your full name, spelling
 6    your first and last name, please.
 7              THE WITNESS:  Yes.  Allan J. Lichtman.  A-L-L-A-N.  J,
 8    period.  L-I-C-H-T-M-A-N.
 9              THE COURT:  Thank you, sir.
10              Mr. Chavez?
11                          DIRECT EXAMINATION
12    BY MR. CHAVEZ:
13    Q.  Great.  Thank you, Dr. Lichtman.
14        Can you tell us, were you retained by Plaintiffs in this
15    case, Dr. Lichtman?
16    A.  Yes.
17    Q.  And were you retained to analyze Florida Senate Bill 168?
18    A.  Yes.
19    Q.  And what was the purpose of this analysis?
20    A.  The purpose of this analysis was to apply my expertise as
21    an historian, a social scientist, an expert in quantitative and
22    historical methods and American history, to assessing whether
23    or not SB 168 has the effect and intent of discriminating
24    against minorities based on perceived nationality, race,
25    ethnicity.
```

```
1        As I've made very clear throughout, this is my substantive

2   opinion as an expert in these fields.  I am offering no legal

3   opinions, whatsoever.  Obviously, the final determination based

4   on the law and precedence is not my province.  I'm not going to

5   talk about that.  That is clearly the province of the Court.

6   But I am going to try to provide Your Honor facts, analysis,

7   and context to assist you in making your final determinations.

8   Q.  Thank you.

9        And I assume you've reached some opinions; is that correct,

10  Dr. Lichtman?

11  A.  That is correct.

12  Q.  And are those opinions accurately reflected in your expert

13  report?

14  A.  They are laid out in some detail, and it turned out to be

15  quite a lengthy expert report.

16            MR. CHAVEZ:  I'd like to introduce that expert report

17  as Exhibit P1, please.

18            THE COURT:  Is there any objection?

19            MS. BRODEEN:  No objection, but I do point out, Your

20  Honor, that --

21            MR. CHAVEZ:  Thank you, Your Honor.

22            THE COURT:  Yeah.  Hold on.

23            MS. BRODEEN:  I do want to point out there's one

24  section that deals with historical background, racial

25  discrimination in Florida, which is Section 5, Pages 23 to 45.
```

1   This section deals with past legislative enactments in the area

2   of voting, education, housing, and law enforcement.  And the

3   latter included Stand Your Ground laws.

4          These are irrelevant.  And in our motion on cross

5   summary judgments, you found that past legislative enactments

6   that allege -- that show discriminatory intent maybe in the

7   past are not relevant.  It has to be tailored narrowly to the

8   issue at hand.  And here it's immigration, not any of these

9   four subject matters.  So that Section 5 should not come in.

10         THE COURT:  All right.  At this point, if that is the

11  only objection, is with regard to Section 5, then the Court

12  will certainly give it the weight it deserves.

13         With regard to the admissibility, is there any

14  objection to the expert report coming into evidence?

15         MS. BRODEEN:  Well, I think the expert report is

16  allowed to come in because it has data that he relies his

17  expert opinion on.  But to the extent there's hearsay in that,

18  I would suggest that they should not be included -- those

19  opinions from other people should not be included.  But all

20  that matters here is his opinion and he can talk about that

21  today.

22         THE COURT:  Mr. Chavez?

23         MR. CHAVEZ:  Thank you, Your Honor.

24         I would point out that the hearsay concerns of when an

25  expert relies on newspaper reports or an expert relies -- a

1    historian looks at previous documents was also addressed in the

2    Daubert motion.  But I guess we can reach that when we reach

3    that.

4            THE COURT:  I agree.  Expert P1 will be admitted into

5    evidence.  The Court will give it the weight it deserves with

6    regard to the content, including Section 5.

7            You may continue.

8        (Plaintiffs' Exhibit P1 received into evidence.)

9    BY MR. CHAVEZ:

10   Q.  So before you get into your opinions, Dr. Lichtman, let's

11   talk a little bit about your qualifications.  Can you please

12   tell us about your educational background.

13   A.  Yes.  I graduated in 1967 from Brandeis University, with a

14   degree in history.  But to fully explain my educational

15   background there, I have to tell you that until my senior year,

16   when the scales fell from my eyes, I was a science major and

17   pre-med.  And that science background is relevant to my

18   educational experience.

19       And then I got my PhD from Harvard in 1973, in American

20   history, with a specialty in modern American political history.

21   And reflective of my science background, quantitative analysis

22   of historical and social science data.

23   Q.  And what work have you done since completing that most

24   recent degree, which wasn't very recent?

25   A.  Thanks for mentioning that.

```
 1        Several things.  My main employment since 1973 -- I guess
 2   now I'm hitting that 48 years.  I find that hard to believe --
 3   was as a faculty member at American University.  But I've done
 4   a lot of other things as well, as I'm sure you're going to ask
 5   me.
 6        I have been an expert witness in numerous federal and state
 7   civil rights cases.  I've lectured across the world on behalf
 8   of the goodwill cultural programs of the United States
 9   Department of State.  I have been the consultant to the New
10   York City Redistricting Commission on voting rights under --
11   this is a long-term operation -- under both Mayor Giuliani and
12   Mayor Bloomberg around the turn of the century.
13        I was the consultant for the United States Commission on
14   Civil Rights to analyze racial issues in a somewhat
15   non-controversial matter, the 2000 presidential election here
16   in the state of Florida.
17        I have also provided over the years many thousands of
18   interviews and commentaries to print, broadcast, and cable
19   outlets all over the world, most of them major outlets pretty
20   much everywhere in the world.
21        I've done other things as well, but that gives you at least
22   a capsule summary.
23   Q.  It does, Dr. Lichtman.  Impressive.
24        Can you tell us your current position.  What is your
25   current title at American University?
```

1    A.   I'm currently distinguished professor of history at

2    American University in Washington, DC.

3    Q.   And what does that mean to be a distinguished professor?

4    A.   It's not something I made up.  That's not a departmental

5    designation.  It is a university designation.  It is the

6    highest academic designation, above that of full professor.

7    Out of more than 900 full-time faculty members at the

8    university across all departments, schools, divisions, there

9    are about eight distinguished professors.

10   Q.   Great.  And so, as a distinguished professor of history,

11   what would you say your -- are your areas of expertise?

12   A.   Yes.  I think I mentioned some of them.  American history,

13   historical methods, quantitative methods, social science,

14   voting rights.  These would be areas of concentration and

15   methodology, publication, teaching for me.

16   Q.   And in those areas that you have mentioned, have you

17   written any scholarly works?

18   A.   I have.  And my scholarly works broadly would fall within

19   three categories.  One is the use of historical, quantitative,

20   and social science methods in books and articles to analyze

21   American history and current affairs.

22        Second area would be methodological works, both on

23   historical and quantitative methodology, also in books and

24   articles.

25        The third area is a very unusual one for someone who has a

1    degree in history, and that is the use of historical and

2    quantitative and social science methods for understanding and

3    developing models of political prediction, particularly the

4    prediction of American presidential elections.

5    Q.  How is your record on those predictions, Dr. Lichtman?

6    A.  Well, I would say so far I'm 10 for 10.  I did call Donald

7    Trump's win in 2016, Donald Trump's defeat in 2010.  I've been

8    calling this since 1984.  I hate to say it.  I've been called

9    in the press the granddaddy of political prediction.  As you

10   age, the phrases change.

11   Q.  That's good stuff.

12       How about your books?  Have those books won any national

13   awards?

14   A.  Yeah.  I'm going to give you some examples of books that

15   are relevant in these areas and we can talk about the awards in

16   that context.

17       My books in these areas of history, contemporary affairs,

18   methodology prediction go back more than 40 years to my book

19   which quantitatively and historically analyzed early

20   presidential elections, came out with my dissertation at

21   Harvard.  It's called the "Prejudice and the Old Politics:  The

22   Presidential Election of 1928."

23       In those early days, I also published a book on

24   quantitative methodology called "Ecological Inference."  That

25   goes back to 1978.  And it's not anything to do with the

1    environment.  It has to do with mathematical methods for

2    analyzing groups like Hispanics, African-Americans, and whites

3    when you only have data not on the individuals in the groups,

4    but on aggregate units.

5        I also early on published a book on historical methodology,

6    co-authored with my colleague Valerie French, called

7    "Historians and the Living Past."

8        Moving up -- and by the way, that book "Ecological

9    Inference" was included in the SAGE series on quantitative

10   applications in the social sciences.  I believe I'm the only

11   historian included in that series.

12       Moving up, in 1990, I published my book the "Thirteen Keys

13   to the Presidency," which was the development of my methodology

14   for predicting presidential election results, which I had first

15   published about a decade earlier with collaborator Vladimir

16   Keilis-Borok, in what's arguably the nation's leading

17   scientific journal, the Proceedings of the United States

18   National Academy of Sciences, which is very complicated arcane

19   work, but this book was for a general audience.  And it not

20   only developed and applied my prediction model but it also fit

21   within the broader context of using social science,

22   quantitative, and historical methods to understand contemporary

23   affairs in history because it looked at every presidential

24   election substantively going back all the way to 1860.

25       A few years later, I published a modified abbreviated

version retitled "The Keys to the White House."  It's now just
came out in the 2020 edition.  That book has gone through seven
editions.

To further move up, in 2008 I published a huge tone called
"White Protestant Nation:  The Rise of the American
Conservative Movement."  You asked me about awards.  That book
was one of five finalists for the National Book Critics Circle
Award in general non-fiction.  That includes all the
non-fiction books published back in 2008 in the United States.

In 2013, I published with my colleague Richard Breitman a
book, "FDR and the Jews."  That book won the National Jewish
Book Award in American Jewish history.  It was one of five
finalists for the Los Angeles Times Book Award, which includes
all history books, not just in the field of American history.
It's a New York Times book choice.

In 2017, I published "The Case for Impeachment."  By the
way, at the same time I predicted Donald Trump's win in
September 2016.  I also predicted his impeachment.  This
followed up on that.  It was a National Independent Bookstore
bestseller, got a lot of other recommendations.

I've then since published two other books.  One "The
Embattled Vote in America:  From the Founding to the Present,"
the history of the struggle for the vote throughout the
American experience, and a rather uncontroversial book called
"Repeal the Second Amendment:  The Case for a Safer America."

1      I now have a book contract with Rowman & Littlefield for a

2   book to be published this fall on repairing democracy's

3   loopholes.  And I recently published a book chapter on Barack

4   Obama in the edited book "Presidential Misconduct."

5      Those are relevant books.  And of course there's been a

6   wealth of scholarly articles, as well as these books.  And --

7           MS. BRODEEN:  Your Honor?

8           MR. CHAVEZ:  Thank you, Dr. Lichtman.

9           MS. BRODEEN:  Your Honor, this is Karen Brodeen.  He's

10  given testimony about his qualifications, and his curriculum

11  vitae is attached to Exhibit 1.  And I believe you reviewed his

12  curriculum vitae in ruling on the Daubert motion.  So I don't

13  think we need to hear anything more.  However, I am a little

14  confused about what specific areas of expertise for this case

15  he's being offered.  Perhaps --

16          THE COURT:  Are you asking the Court to disallow

17  further testimony regarding his qualifications and his

18  background and experience?

19          MS. BRODEEN:  I'm suggesting it's not needed at this

20  time because a CV is in the record and you have read it before,

21  I believe.  And he's talking about books he wrote on voting and

22  Second Amendment, issues that are not related to immigration

23  and quantitative analysis even as a methodology --

24          MR. CHAVEZ:  Those are equal protections --

25          MS. BRODEEN:  Yeah, but he's not an expert in equal

```
 1   protection --

 2              THE COURT:  All right.  And Ms. Brodeen, to your

 3   second point -- Mr. Chavez, if you will advise the Court --

 4   you're seeking to qualify Dr. Lichtman as an expert in the area

 5   of?

 6              MR. CHAVEZ:  Yes, Your Honor.  He's an expert witness

 7   in equal protection.

 8              MS. BRODEEN:  Your Honor, I object.  That's --

 9              MR. CHAVEZ:  I'm sorry.

10              MS. BRODEEN:  That's an area of the law that invades

11   your province.

12              MR. CHAVEZ:  And discriminatory impact, particularly

13   of legislative bodies.

14              MS. BRODEEN:  That's another area of the law that

15   invades the province of this Court.  I thought he was going to

16   be offered as an expert in the fields of quantitative

17   analysis --

18              MR. CHAVEZ:  We've briefed the Daubert motion.  I

19   don't know if we need to do another oral argument on the

20   Daubert motion or ...

21              THE COURT:  Ms. Brodeen, I believe that the Court has

22   fully addressed the issue with regard to Dr. Lichtman's

23   qualifications, certainly his methodology, and the opinions

24   that he's going to express and whether or not they are helpful

25   to the Court in making ultimate conclusions of law.
```

1          With regard to Dr. Lichtman's qualifications,

2     Mr. Chavez, certainly the Court does have the wealth of

3     experience and certainly Dr. Lichtman's involvement in specific

4     areas.  If you want to highlight points that may be perhaps

5     relevant to his opinions that he's going to be giving today,

6     then certainly why don't we do that, just for purposes of time.

7          MR. CHAVEZ:  Sure.  Happy to do so.  We can move on

8     from some of the national awards and books.  Dr. Lichtman's

9     been a busy man.

10          THE COURT:  I'm having a hard time hearing you.

11          THE WITNESS:  Same here.

12          MR. CHAVEZ:  Oh, sorry.  I'll try to speak up a little

13     bit.

14          THE COURT:  There we go.

15          THE WITNESS:  Okay.

16     BY MR. CHAVEZ:

17     Q.  So thank you, Dr. Lichtman.  You've clearly been busy.

18       Let's move away from the books and the awards.  But I'll

19     ask just a few questions about your expert experience.  You

20     mentioned earlier that you've been an expert in other cases.

21     Could you tell us what types of cases you've been an expert in

22     and about how many.

23     A.  Yeah.  I haven't counted, but it's at least 100 cases.

24     Most of them have been on voting rights, but not all of them.

25     I've testified twice on law enforcement matters regarding

1    juries and prosecutions.  I've testified in educational cases,

2    in housing cases, as well as voting rights cases.

3       I've testified in cases regarding the compositions of

4    municipal governments and the fairness of municipal governments

5    to its constituents.  And in a number of those cases, I have

6    dealt with law enforcement and immigration issues, even if they

7    were not directly involved in the cases.

8    Q.  And in those cases, how many would you say was

9    discriminatory intent a primary focus?

10   A.  I would say 10 to 12 cases discriminatory intent was a

11   primary focus.  Obviously, a lot of these cases also dealt with

12   discriminatory effect, not just intent.  But there were about

13   10 or 12 cases in which I was involved one way or another in

14   analyzing issues of discriminatory intent.

15   Q.  Thank you.

16      And Dr. Lichtman, over those years, have you been hired by

17   both the plaintiff's side of a dispute and the defendant's side

18   of a dispute?

19   A.  Yes.

20   Q.  And when was the last time you served as an expert for the

21   defendant side?

22   A.  Yeah.  That was in 2018, in state court in California.  And

23   plaintiffs -- minority plaintiffs were challenging the at-large

24   system for electing city council members in the city of Santa

25   Monica, California.  And one of the charges was that the

1    at-large system had been maintained and adopted with

2    discriminatory intent.  And I was hired by the City of Santa

3    Monica to analyze whether or not that was correct, and I found

4    that it was not correct.

5    Q.   Great.

6         And have you served as an expert here in Florida on Florida

7    cases?

8    A.   Yes.  Maybe 10 to 12, something like that.

9    Q.   And how about those cases?  Did any of those involve

10   allegations of discriminatory intent?

11   A.   Yes.  Two recent cases I was involved in in Florida

12   involved allegations of discriminatory intent.  These were

13   cases arising from the constitutional amendment that was passed

14   to prohibit political gerrymandering in state legislative and

15   congressional districting plans.

16        And I was hired by the League of Women Voters.  The other

17   side was various Republican interests in the legislature.  But

18   no formal plan that had been adopted and accepted by the

19   Supreme Court, so they were competing plans.  And the other

20   side argued that the plans promulgated by the League of Women

21   voters were intentionally discriminatory because, to help

22   Democrats, that they had diluted voting opportunities for

23   African-Americans and Hispanics in the state of Florida.

24        And the other side had an expert providing expert analysis

25   on that issue.  I provided counter expert analysis for both the

1    congressional and the state Senate plans.  The Court accepted

2    my analysis, explicitly rejected the analysis of the opposing

3    expert and the League of Women Voters' plans were adopted.

4    Q.  Thank you.

5        Final question on your expertise, Dr. Lichtman.  Have you

6    ever been offered as an expert but then not found to be

7    qualified?

8    A.  No.  Including this one, in my hundred some-odd cases,

9    there have been three Daubert motions filed against me.  All

10   those Daubert motions were rejected.

11   Q.  Thank you.

12       So let's discuss some of the evidence and the methodology

13   that you used in developing your opinion.  And then we'll get

14   into some of the opinions.

15       So Dr. Lichtman, have you had the opportunity to review

16   documents related to this case?

17   A.  I certainly have.  And the documents that I've looked at

18   are the standard documents that a social scientist and

19   historian would look at.  Remember, my expertise is in history,

20   social science, historical, quantitative methodology.  And a

21   lot of my writings also do involve immigration and law

22   enforcement issues, as well as equal protection issues.  My

23   whole book on voting rights deals with that.

24       So what did I look at?  The kinds of things I looked at in

25   my scholarship: governmental reports, governmental statistics,

1    reports by non-governmental organizations, statistics produced

2    by non-governmental organizations, surveys, scholarly articles

3    and scholarly studies, journalistic articles.  And there was

4    something in this case that I don't normally see either in my

5    scholarship or, frankly, in the hundred some-odd cases that I

6    have been involved in.  And that is a whole trove of very

7    relevant email evidence.  Very unusual to get that.

8        And historians regard that as kind of solid gold evidence

9    because, while you can really discount public pronouncements

10   particularly when made by politicians, these emails give you an

11   inside glimpse of what's going on in the legislative process

12   that you can't get in any other way.  And that's something

13   that's unique to this case that I haven't seen before.

14       And obviously, in combing through this evidence and

15   analyzing it, I've gone through and analyzed many thousands of

16   pages of documents and performed dozens of statistical

17   calculations, as I have in dealing with intent issues in my

18   other cases, again, to provide not legal conclusions but facts,

19   context, and analysis for Your Honor.

20   Q.  That's great.  Thank you, Dr. Lichtman.

21       We'll have an opportunity to review those solid gold emails

22   a little later today and the data that you have provided

23   throughout your report.

24       Is this how historians work?  Generally, how do historians

25   like yourself, Dr. Lichtman, assess intentional discrimination?

1    A.   Yeah.  First of all, as here, a lot of what we assess in

2    intentional discrimination are generally intents, something

3    historians do all the time.  For example, in my 2008 book on

4    "The Rise of the American Conservative Movement," I spent a

5    good bit of time on the intent of the 1924 Immigration

6    Restriction Act that established nationality quotas that barred

7    most Asians from coming in.

8         So obviously -- and I know there's some debate about

9    this -- we always look at the historical background.

10   Obviously, I've looked at the background on history regarding

11   immigrants and related matters.  We understand that acts of

12   discrimination are not typically black swan events, as they

13   call them, coming out of nowhere.  They were usually part and

14   parcel of an historical and ongoing practice of discrimination.

15        Obviously, we want to look at the discriminatory impact and

16   the extent of the impact and whether the impact was foreseeable

17   at the time that the policy was adopted.  We want to look at

18   the process of adoption.  We want to look at the substance as

19   it went through the legislative process, including obviously

20   the treatment of amendments dealing with the main bill.

21        We look carefully at contemporary statements made by direct

22   and sometimes indirect decision makers, who can be very

23   influential as well, to see if those statements have a sound

24   factual base or whether they seem to be pretextual to cover up

25   discriminatory intent.  And then if we can find it -- and it's

1    rare particularly in the modern era -- direct evidence, like

2    from emails, of discriminatory intent.

3       And as here, this process involves going through many, many

4    thousands of pages of documents and, where relevant, performing

5    statistic and social science analyses as well.

6    Q.   Thank you.

7       And so that process and those methodologies that you have

8    been describing, is that similar to the process that you have

9    used in other cases in which you've served as an expert?

10   A.   That is correct.

11   Q.   Great.

12      And so when you're using these methodological guidelines,

13   you went through a lot of those different factors.  And just to

14   confirm for the Court, are you doing so in order to arrive at a

15   legal opinion?

16   A.   Not at all.  This is what I do in my scholarship as a

17   social scientist and as a historian.  And you know, the

18   distinction between social science and historians are a bit

19   nebulous.  My expertise is in both areas.  The difference is

20   social sciences is much more theoretically oriented and covers

21   a broad range of contemporary issues.  It really would apply to

22   virtually any matter, including law enforcement, immigration,

23   which is the subject here.

24      And as in my scholarship, I am in no way providing legal

25   opinions.  I am leaving that to Your Honor.  I'm not commenting

1    on what the precedents say or instructing on the law.  I am

2    offering a substantive analysis to assist the Court.  And the

3    Court is to do with it, of course, on a legal basis, what the

4    Court decides to do.

5        This isn't any different from a garden variety Section 2

6    case.  And I've been involved in dozens of them.  And I analyze

7    the essential predicates of a Section 2 violation.  I analyze

8    the three Gingles factors.  I analyze the totality of

9    circumstances, as guided by the nine Senate factors.  But I

10   don't then draw a legal conclusion.  I provide factual context

11   and analysis of these factors for then the judge to make her

12   decision.

13   Q.   Thank you, Dr. Lichtman.

14       So with that doubly and triply confirmed, can you briefly

15   state the opinion that you reached in this case?

16   A.   Yes.  Based upon extensive analysis of both circumstantial

17   and direct evidence, I reached the substantive opinion that SB

18   168 has both the intent and the effect of discriminating

19   against minorities, actual or perceived persons, based upon

20   their race, nationality or ethnicity.

21   Q.   Great.  Thank you.

22       So let's delve in a little bit and discuss how you actually

23   arrived at that opinion.  We'll look first at your findings

24   regarding some of the historical background of SB 168.  But

25   first can you tell us why is historical background important to

1    your analysis, Dr. Lichtman?

2    A.  As I said, it's something historians would look at all the

3    time.  We would certainly we chastised by our reviewers and

4    critics if we just considered an event at the time it was

5    adopted out of context.

6        As I said, we understand that discriminatory laws or

7    practices are not black swans.  They're usually found within a

8    context, as I found, for example, with the Exclusion Act of

9    1924.  And this context may or may not directly bear on the

10   particular act, but the fact that you have a pattern of past

11   and ongoing discrimination is one piece of the puzzle.  It

12   doesn't complete the puzzle, by any means, but is one piece of

13   the puzzle.  And also, parts of the historical background can

14   be directly relevant to the matter at hand, as is the case

15   here.

16   Q.  That makes good sense.  It reminds me why I wanted to be a

17   historian.  Too late.

18       So maybe tell us a little bit about what exactly it was

19   that you examined in that process.

20   A.  Yeah.  I examined discrimination on voting, housing,

21   schools, education, and the most -- the one that is directly

22   relevant here, law enforcement.

23   Q.  And did you find a historical or an ongoing pattern of

24   discrimination in those areas?

25   A.  Yes.  And as I said, with a particular focus on law

```
 1   enforcement.

 2   Q.  Great.

 3       And what did you find with your focus on law enforcement,

 4   Dr. Lichtman?

 5   A.  Yeah.

 6           MS. BRODEEN:  Objection, Your Honor.  This is

 7   irrelevant.

 8           THE COURT:  Overruled.

 9           THE WITNESS:  Yeah.  To put the law enforcement in

10   context -- and to explain both its relevance and its

11   importance, I want to reference what I heard -- and I watched

12   very carefully the opening statement of the attorney for the

13   State.

14           First, he said, as we heard this morning:  "Well, we

15   can dismiss all of this because it has nothing to do with SB

16   168."  Well, my findings on law enforcement, almost all of

17   which are contemporary -- I'm not particularly looking at

18   distant things.  I'm looking really at ongoing patterns of

19   discrimination in law enforcement -- are directly and

20   importantly relevant to one of the central issues in this

21   litigation, and that issue is racial profiling.  Will these

22   enhanced law enforcement responsibilities lead to additional

23   racial profiling?  And by that, I mean broadly disparate

24   treatment of whites and non-whites.

25           And what I found in my study of law enforcement is
```

1    importantly and directly relevant to that.  What I found is an

2    ongoing pattern of disparate treatment of people in Florida

3    based upon race that applied to the Stand Your Ground law,

4    which was applied in a very disparate way with respect to race,

5    and I give detailed statistics in my report.  It applies to

6    stops, searches, arrests, conviction, incarceration, across the

7    board in the state of Florida.  It even applies to something

8    seemingly as non-discretionary and mundane as stops for seat

9    belt violations.  Even there, we find racial disparate

10   treatment.  This is obviously directly relevant to a central

11   issue of whether SB 168 will continue and enhance this ongoing

12   pattern of disparate treatment of people based on race by law

13   enforcement.

14        The other thing that's relevant and important here

15   that the attorney for the State said:  "Well, if there is

16   racial profiling in law enforcement, it's just a matter of a

17   few bad apples."  Clearly, the evidence and analysis that I

18   presented shows that's not true.  There is no way just a few

19   bad apples could be responsible for this widespread, pervasive,

20   systematic disparate treatment of whites and minorities in law

21   enforcement by -- based upon race.

22        In addition, I found no evidence -- and I looked

23   really hard for this, because I was pressed on this in

24   deposition -- that these so-called bad apples who engage in

25   racial profiling were pruned from the orchard of law

1    enforcement in Florida.  In fact, I couldn't find any evidence

2    that law enforcement officials were dismissed for racial

3    profiling.  I found lots of evidence that they were dismissed

4    for all kinds of other things, like DUIs, drug possession,

5    sexual offenses, larceny.  Couldn't find anything indicating

6    anyone was dismissed -- or at least, you know, couldn't really

7    find anyone dismissed for racial profiling, even though there

8    are paper laws on the books in Florida regarding prohibitions

9    on racial profiling.

10          So for these many reasons, while I think generally the

11   background is relevant, there is no question in my mind that my

12   analysis of law enforcement is directly relevant to SB 168

13   and --

14   BY MR. CHAVEZ:

15   Q.  Sure.  Great.  Well, then let's get into some of that.

16   Let's talk a little bit about the disparate impacts and

17   policing.

18      We'll go a little bit earlier in your report.  You discuss

19   what you call proactive police measures.  Can you tell us what

20   it is you mean by a proactive police measure.

21   A.  Yeah.  I'll try to be brief.  There's pretty extensive

22   literature on this.  But briefly put, proactive police measures

23   broadly written means involving police actively in the

24   community beyond the typical police responsibilities of

25   responding to complaints, responding to reports of crime, and

1    investigating crime.  This goes beyond that to actively involve

2    the police in pursuing some kind of policy.

3        Probably the two best-known examples of proactive policing

4    that have been in the public domain are the Stop-and-Frisk

5    program in New York City.  That was actually the subject of

6    some discussion in the presidential democratic primary debates.

7    And because President Trump pardoned Sheriff Joe Arpaio of

8    Maricopa County, Arizona, the proactive program in Arizona to

9    try to identify persons who allegedly were here in the United

10   States illegally.

11   Q.  And would you say, Dr. Lichtman, that SB 168 fits into this

12   description of a proactive police measure?

13   A.  It clearly fits in this description because it actively

14   involves the police forces in cooperating with ICE, in

15   enforcing immigration law, something that's not required of

16   police normally under state law.

17       And moreover, there are provisions in SB 168 that police

18   forces have to use their best efforts to carry this out.  And

19   there is enforcement by the attorney general.  This is a pretty

20   extreme example of proactive policing.

21   Q.  And so, in your review, Dr. Lichtman, have you reviewed any

22   academic studies or any other resources that actually

23   investigate the impact of these proactive policing measures,

24   like SB 168?

25   A.  Yes.  And the literature indicates, as we learned in

1    Stop-and-Frisk or in the attempt to identify undocumented

2    immigrants in Arizona, a typical result of actively involving

3    the police in these ways is, in fact, racial profiling or the

4    disparate treatment of people based on their race.

5         Now, that does not mean -- and I am not contending

6    literature shows -- that the police are racist.  No.  What it

7    reflects, the literature indicates -- and I cite quite a few

8    studies -- is that there is a perception -- and it's a

9    widespread perception in the public, but the studies show it's

10   even greater among police forces -- that non-white persons pose

11   greater danger, are more crime-prone than white persons.

12   Doesn't even mean the literature suggests that this is

13   necessarily something that the police are consciously thinking

14   about.  Causality is unclear.  It could well be unconscious,

15   you know, not conscious perceptions of this kind of threat, but

16   the threat and the disparate treatment is well-documented.  And

17   this disparate treatment occurs even when -- and this is true

18   of most or almost all proactive police measures that I'm

19   familiar with -- the policy is racially neutral on its face.

20        In Arizona, we know that you know the policy did not

21   explicitly target Latinos.  No one's going to do that in the

22   modern era.  But, in fact, it had that effect of the racial

23   profiling of Latinos, to the extent that Sheriff Arpaio was

24   found in criminal contempt of the Court for not obeying the

25   court order to stop racial profiling.  And then, of course,

60

```
1    very prominently was pardoned by Donald Trump.

2        If I may refer to my report, one of the studies concludes

3    that, quote -- and this is a study --

4            MS. BRODEEN:  Your Honor, may I ask what page he's

5    reading from?

6            THE WITNESS:  Sixty.

7            MS. BRODEEN:  Thank you.

8            THE WITNESS:  We're in the middle of Page 60.  It's

9    very brief.  This is a study published in the Journal of

10   Contemporary Criminal Justice.  Quote:  "What is distinctive

11   about the current period is the formal rejection of race as a

12   criterion for exclusion at the same time that policies and

13   practices that racialized immigrants are being created and

14   appear to be gaining momentum," exactly what we saw in the

15   state of Arizona.  And I think that's also the case here and

16   we'll probably discuss it later.

17   BY MR. CHAVEZ:

18   Q.  Thank you, Dr. Lichtman.

19       You answered this through your narrative, but for the

20   record, just so we have it clear here --

21   A.  Sure.

22   Q.  -- are you saying that there's a connection between

23   proactive policing and racial profiling?

24   A.  There is a direct connection between racial profiling and

25   proactive policing, that proactive policing measures that go
```

1    beyond the usual duties of the police and actively involve them

2    with persons in the community, unfortunately, for all the

3    reasons I've laid out, are associated with disparate treatment

4    of whites and non-whites.

5    Q.  So you're saying that proactive police measures, like SB

6    168, lead to those racially disparate outcomes?

7    A.  That's correct.  And SB 168 is a very important example of

8    proactive policing that we need to understand.  Because a lot

9    of proactive policing measures, like Stop-and-Frisk, are not

10   targeted to any particular community.  They may be applied

11   disparately, but the policy itself is not targeted to a

12   particular community.

13        That's very different than SB 168.  It's tied to a

14   particular community, and that is alleged undocumented

15   immigrants.  And the reason this creates particular force for

16   disparate treatment in proactive policing is that,

17   unfortunately, there is an association, as the documents and

18   studies that I have cited point out, that conflicts.  And this

19   is usually put as "illegal aliens" with Mexicans and with

20   generally Latin American persons and with criminal Mexican

21   immigrants.

22        So I'm quoting on Page 87 an article by Hilary -- Professor

23   Hilary Parsons Dick in the Journal of Linguistic Anthropology:

24   "The category illegal alien does indirectly index race

25   increasingly over time by disproportionately affecting some

1    immigrant groups and not others, a process of racialization and

2    criminalization that is not evident in the denotational content

3    of the law" -- parenthetically something I've talked about --

4    "rather, these racializing effects of the law dwell in the

5    indirect racial indexicality, the conflation of illegal alien

6    and criminal Mexican immigrant.

7        "Moreover, this conflation is a prime source for the

8    racialization of not only Mexican immigrants, but other Latin

9    American immigrants as well, where racialization is understood

10   as a form of social differentiation that marks people as

11   inherently threatening and foreign."

12       Another study in the Journal of Criminology -- and this is

13   on the next page, on Page 88, found that this is particularly

14   severe in places like Florida, where there is a high level of

15   alleged undocumented immigrants.  This study that I'm quoting

16   found that, quote:  "The perceived size of undocumented

17   immigrants is likely to prompt perceptions of undocumented

18   immigrants as a criminal threat for native respondents,"

19   unquote.

20   Q.  So let's then drill into that, these disparate outcomes.

21   Are you aware of any sources of data that establish that ICE's

22   arrests of suspected immigrants are from predominantly, as you

23   mentioned, Latin America and the Caribbean --

24           MS. BRODEEN:  Objection.  Leading.

25           MR. CHAVEZ:   -- as compared to other areas?

1          MS. BRODEEN:  Objection.  Leading.

2          THE COURT:  Overruled.  I'll allow it.

3          THE WITNESS:  Fortunately, we have a very rich source

4     of data from the TRAC program at Syracuse University, a major,

5     well-respected university.  And it collects data from ICE on a

6     range of matters relevant to, obviously, SB 168.  This would

7     include arrests, detentions, deportations.  And these would be

8     broken down by the origin of the individual involved in these

9     ICE operations.  It would be broken down by whether these

10    persons have been convicted of a crime.  And if so, what kind

11    of crime they have been convicted of.

12         The data is national.  It is specific to the state of

13    Florida.  And some of it is specific to counties within the

14    state of Florida.

15    Q.  Let's take a look at this chart.  We have it here on

16    Exhibit P40.

17         MR. CHAVEZ:  Can you please pull that up.

18         P40 is the demonstrative that has the various charts

19    from Dr. Lichtman's expert report.  And for this first one,

20    let's scroll over to chart number 3.  And it should pop up on

21    the screen here any second.

22         THE WITNESS:  I see it now.

23    BY MR. CHAVEZ:

24    Q.  Great.  Can you tell us, Dr. Lichtman, what this chart

25    number 3 is showing us.

1    A.    Yeah.    This is TRAC data.    And as the title indicates, this

2    is ICE arrests, arrests only.    Doesn't necessarily mean

3    anyone's convicted of anything, but it's arrests by nationality

4    group.    And it goes for a pretty substantial period of time,

5    from fiscal 2015.    And then the last data, at the time I wrote

6    my report, that was available from TRAC was from May of 2018.

7        And for Florida, it compares two groups, those from Latin

8    and Caribbean countries and those from the predominantly white

9    countries of Europe, Canada, and Oceania.    And Oceania is

10   predominantly Australia and New Zealand.    And this shows a

11   quite disparate pattern for those from Latin America and the

12   Caribbean as compared to those from Europe, Canada, and

13   Oceania.    And as you can see, about 83 percent of the

14   undocumented population is from Latin America and the

15   Caribbean, but a much higher percentage of arrests implicate

16   people from these areas, more than 10 percentage points higher.

17       When you turn to the predominantly white areas of Europe,

18   Canada, and Oceania, you see precisely the opposite pattern.

19   You see, in fact, that percentage of arrest is well under half

20   the percentage of the undocumented population in Florida from

21   those areas.

22       So this is -- puts some meat on the skeletal structure of

23   the theory and examples from elsewhere that I have been talking

24   about.    Specifically for Florida, specifically for ICE arrests,

25   it shows a substantial disparate pattern based upon the

1    national origins of persons arrested.

2    Q.  Would you, Dr. Lichtman -- the difference between the

3    predominantly non-white groups and the predominantly white

4    groups here, is that statistically significant?

5    A.  Oh, yes.  We're dealing with many thousands of arrests over

6    a substantial period of time.  And the difference is certainly

7    statistically significant.  This is not a chance anomaly.

8    Q.  And in your expert opinion, will these racially

9    disproportionate arrests be exacerbated by SB 168?

10   A.  There's no question they would be exacerbated by SB 168,

11   which is now mandating that all jurisdictions within the state

12   of Florida cooperate with ICE regarding the turning over of

13   alleged deportable undocumented immigrants for arrest and

14   detention by ICE.  Every jurisdiction is now mandated.

15       In addition, there's some quite stringent provisions within

16   SB 168 about best efforts and about enforcement, penalties to

17   this, by the attorney general.

18       We have an example of how this happens.  It's in my report.

19   It's a detailed case study of a small area of Immokalee,

20   Florida, relatively small town, intensive case study by

21   Professor Heil.  And what she found was that crime was going

22   down in the small town.  But then, the county, Collier, engaged

23   in a 287(g) agreement with ICE.  It's not the same as SB 168,

24   doesn't have the state enforcement, so it's not nearly as

25   stringent.  But it's an arrangement to cooperate on turning

1    over persons for arrest and detention by ICE.

2        And what she found was, once this agreement was set in,

3    there was a lot of pressure, even in this small town, from the

4    high officials on the police to crack down on the Latino

5    community, which was perceived to be a community

6    disproportionately involving undocumented immigrants.  And this

7    was something much less stringent than SB 168.

8    Q.  Okay.  So let's talk a little bit about those existing

9    cooperative immigration enforcement agreements you mentioned,

10   like 287(g).  Dr. Lichtman, let's focus in on Florida.  Based

11   on your study of arrests in Florida under those existing

12   cooperative immigration agreements, who would you say will be

13   primarily ensnared by SB 168?

14   A.  Well, the data shows that those who will be primarily

15   ensnared under SB 168 are persons with no criminal convictions

16   or convictions for a minor offense, like a traffic offense, or

17   possessing a small amount of marijuana, or DUI.  These minor

18   offenses are not as I define them.  They are defined by -- and

19   this is really important because I think we'll be discussing

20   later what decision-makers said.  But to preview that, they all

21   talk about that this is aimed at dangerous criminals.  It's a

22   public safety issue.  And the data doesn't bear that out.

23   Q.  And have you looked at actual data related to ICE arrests

24   in Florida through these 287(g) --

25           MS. BRODEEN:  Objection.  This is irrelevant.  These

1    are arrests made by ICE, not by state or local law enforcement.

2              THE COURT:  Overruled.

3              THE WITNESS:  These are arrests --

4    BY MR. CHAVEZ:

5    Q.  Let's move on to chart 5 here, Dr. Lichtman.  Can you give

6    us an idea of what it is we're looking at here.

7    A.  Yeah.  We're looking at not Border Patrol arrests, not

8    people coming across the border who are arrested by the Border

9    Patrol.  We're looking at what is called interior enforcement,

10   which is what SB 168 does.  It doesn't have anything to do with

11   the Border Patrol or people coming across the border.  It has

12   to do with people who are already in this country, who are

13   arrested for whatever crime by local law enforcement, and then

14   turned over to ICE.

15       That's exactly what 287(g) involves.  It involves an

16   agreement between a jurisdiction, in this case, within Florida,

17   when someone is arrested for whatever the crime may be, or the

18   alleged crime -- arrest is not a conviction -- that they be

19   turned over to ICE.  So there is direct analogue here between

20   SB 168 and the 287(g) referrals to ICE.  It's about as close an

21   analogue as you can get.

22       And so this is, again, TRAC data.  And it looks at the

23   levels of crime, as defined not by me, but by ICE itself.  And

24   it looks like new convictions.  And we can see that the vast

25   majority of the ICE arrests through 287(g) referrals in Florida

1   for that same period that we looked at previously, about a

2   three-and-a-half-year period -- the vast majority were persons

3   who had never been convicted of anything -- and I think these

4   records go back about 20 years -- or for only a minor crime.

5   That is 73 percent.

6        Only about 13 percent had a serious -- what's called a

7   level-3 ICE conviction.  But that doesn't mean that they're

8   violent criminals.  Because level-3 ICE categories include

9   non-violent, white-collar crimes, like fraud.

10       And in terms of what we consider to be the most heinous

11  violent crimes of homicide, sexual assault, and rape, well,

12  under one percent of those in Florida referred for arrest by

13  ICE committed those types of crimes.

14  Q.  Thank you.

15       It looks like it's under half a percent?

16  A.  Yeah.  It is.  I think it's -- my eyes are kind of old and

17  that's small, but it's .4 percent.  Certainly a -- really, a

18  vanishingly small percentage of those arrested were involved

19  with convictions for homicide, sexual assault.

20            THE COURT:  Mr. Chavez, if you'll let the Court know

21  when it might be a good time to take a comfort break, sir.

22            MR. CHAVEZ:  Yeah.  I think -- yeah.  I think now is

23  good.  Now would be a good pause.

24            THE COURT:  Okay.  Let's take a 15-minute recess.

25  I'll see you back in 15 minutes.

```
 1          (Recess from 10:42 a.m. to 10:59 a.m..)

 2              THE COURT:  I think we're waiting for Ms. Brodeen and

 3     we're ready to proceed.

 4          (Pause in proceedings.)

 5              MS. BRODEEN:  I'm back.

 6              THE COURT:  All right.  Welcome back, everyone.

 7              And we'll proceed with the direct examination.

 8              MR. CHAVEZ:  Thank you, Your Honor.

 9     BY MR. CHAVEZ:

10     Q.  So when we left, we were just discussing chart 5.  I'd like

11     to move on.  And if we could take a look at table 8.

12          And so, Dr. Lichtman, the data we were looking at before

13     was prior to SB 168.  So let's talk about the data from ICE

14     referrals after the implementation of SB 168.  So has that data

15     revealed the same?

16     A.  Yes.  This table, to put it in context, represents

17     information that was passed on to me by attorneys, that was

18     obtained by the counties listed on this chart, including the

19     largest county, Miami-Dade, with the largest concentration of

20     minorities in the state.

21          And what I looked at for the data that was available was

22     arrests with ICE detainers; in other words, local law

23     enforcement arrests, and then as a detainer for ICE to pick

24     this person up, starting with the implementation of SB 2000 --

25     in July of 2019.  And again, I was looking at --
```

```
 1          UNIDENTIFIED SPEAKER:  This is Jasmine speaking.  How

 2   may I help you?

 3          THE COURT:  It's someone who has their microphone on.

 4          UNIDENTIFIED SPEAKER:  If whoever Jasmine is could

 5   please mute their microphone.

 6          UNIDENTIFIED SPEAKER:  Yeah.  You're fine.  I will be

 7   happy to help them out.  Do you have their name, by any chance?

 8          MS. BRODEEN:  Excuse me.

 9          UNIDENTIFIED SPEAKER:  Ma'am, from United We Dream --

10          UNIDENTIFIED SPEAKER:  Thank you for holding.  This is

11   Jasmine speaking.  How may I help you?

12          UNIDENTIFIED SPEAKER:  Jasmine -- Jasmine, would

13   you --

14          THE COURT:  All right.  Let's find Jasmine.

15          UNIDENTIFIED SPEAKER:  Okay.  Is it CSP?  Is it --

16          MR. CHAVEZ:  We were doing pretty good so far.

17          UNIDENTIFIED SPEAKER:  It looks like they've been

18   muted.

19          MR. CHAVEZ:  Okay.

20          THE COURT:  All right.

21   BY MR. CHAVEZ:

22   Q.  Thank you.  Thank you, Dr. Lichtman.

23       So we were talking about table 8 here.

24   A.  All right.  Can I continue?

25   Q.  Yes, please.
```

1    A.   So we're looking at -- this is the actual implementation of

2    SB 168, again, to see whether or not it conforms with the

3    rationale provided by its sponsors that this was not just for

4    the minor offender, but to get serious violent criminals off

5    the streets of Florida.  And again, the actual implementation

6    in these counties of SB 168 shows a very different picture.  No

7    homicide referrals, no rape.  Only one for sexual assault.  And

8    only 13 percent of all referrals involved any kind of violent

9    crime, most of them some kind of assault.

10        The percentage of those implicated for traffic violations

11   was actually twice that of all violent crimes put together at

12   26 percent .4.  And then 12.3 percent for DUIs.  Put them

13   together and you have 39 percent of referrals for either

14   traffic violations -- typically, but not only, driving without

15   a license.  Put them together, you have about 39 percent of all

16   referrals in these counties, which is about triple the number

17   of referrals for all violent crimes put together.  And then

18   about another third for other non-violent crimes.

19        So that is 73 percent, which is almost exactly the

20   percentage we got for those who had no convictions or

21   convictions for only minor crimes by ICE arrests, either in

22   Florida generally or through 287(g) referrals.  And then

23   there's a handful for crime not specified, warrants, failure to

24   appear, probation, where we don't exactly know the crimes.  And

25   we're talking about a sample of 227.  And so the difference

1   between the violent and non-violent crimes is statistically

2   significant.

3       I would also note here that these are arrests.  They are

4   not convictions.  We do not know if any of these people who

5   were suspected of crime and arrested were actually found in a

6   court of law to have committed the crime.  And we may never

7   know if they are whisked off by ICE before they go through the

8   full judicial process within the state of Florida.

9   Q.  Okay.  So on those traffic violations, you state in your

10  report, Dr. Lichtman, that most of those violations were for

11  driving without a license.  And you call it the catch-22

12  violation for undocumented immigrants.  Can you please explain

13  to the Court what you mean by a catch-22 violation.

14  A.  Yeah.  So this comes out of the book by the same name by

15  Joseph Heller.  It's has been kind of a catch-all for kind of

16  an impossible situation with damned if you do and damned if you

17  don't.  And that's what immigrants face with respect to

18  driving -- or undocumented immigrants, anyway, who can't get

19  driver's licenses within the state of Florida.

20      We don't have data specifically on undocumented immigrants.

21  But we do have data on racial minorities in Florida, in terms

22  of how they get to work.  And about 90 percent get to work by

23  driving.

24      Of course, in Florida, as I document at some length in my

25  report, and I believe at least one of your witnesses and

1    organizations on the ground in Florida also attested to, you

2    have a very, very spotty and not very effective system of

3    public transportation, which makes people dependent upon their

4    automobiles.  And not only do the vast majority of minorities

5    in Florida drive to work, but obviously you use automobiles for

6    a host of other things; to access medical appointments, to

7    access social services, to visit grandparents or parents,

8    friends, relatives, to attend social events, even to vote.

9        And so immigrants, undocumented immigrants, are faced with

10   this catch-22.  On the one hand, if they drive without a

11   license, previous to 168, they might get a minor citation.

12   They can live with that.  But now that 168 is in effect,

13   because it applies regardless of the crime, as we saw in the

14   actual data, an immigrant cited for the crime of driving

15   without a license could well face an ICE detainer, detention by

16   ICE, perhaps even deportation.  And so undocumented immigrants

17   are indeed faced with this damned if we do, damned if we don't.

18   They really can't give up driving because driving is so

19   integral to our lives and public transportation is so

20   inadequate to meet the needs.

21       But on the other hand, under the new regime established by

22   SB 168, if, in fact, we drive, because we can't get a license,

23   we then subject ourselves to the jeopardy of being stopped and

24   perhaps being exported into the immigration detention and

25   deportation system.

```
1    Q.  And so we've seen that data and I know we've heard from our

2    Plaintiffs, but does SB 168 itself make any distinction between

3    persons arrested for those serious crimes you were talking

4    about and those, say, for minor traffic violations?

5          MS. BRODEEN:  Objection.  Leading.

6          THE COURT:  Sustained.  Rephrase, please.

7    BY MR. CHAVEZ:

8    Q.  Does SB 168 make any distinctions between persons arrested

9    for serious crimes and those, say, for minor traffic

10   violations?

11   A.  It makes no distinction about type of crime, whether it's

12   felony, misdemeanor, whether it's a minor traffic violation or

13   a homicide.  In fact, as we'll see, this was a major point of

14   contention and debate during the process for the adoption of SB

15   168, in light of the justification that this is designed to get

16   serious violent criminals off our streets.

17   Q.  So under SB 168, Dr. Lichtman, someone arrested for murder

18   is treated the same as someone arrested for driving without a

19   license?

20         MS. BRODEEN:  Objection.  Leading.

21         THE COURT:  Sustained.

22   BY MR. CHAVEZ:

23   Q.  Is someone under SB 168, Dr. Lichtman, treated the same for

24   murder as they are for driving without a license?

25         MS. BRODEEN:  Objection.  Leading.  Same question.
```

```
 1              THE COURT:  It certainly is, Mr. Chavez.  If you will

 2    rephrase.  Sustained.

 3    BY MR. CHAVEZ:

 4    Q.  Well, I think we talked about it a little bit earlier.  But

 5    Dr. Lichtman, how are the different types of crimes treated

 6    under SB 168?

 7    A.  They are treated identically.  As I explained, whether

 8    you're arrested for driving without a license, or a minor

 9    traffic violation, or a DUI, in terms of the SB 168 process,

10    there was no differentiation between that minor crime and

11    murder or rape.  And as we saw, vastly more people are being

12    detained under SB 168 for minor traffic violations than for

13    murder, rape, or other serious violent crimes.

14    Q.  Right.

15         Okay.  In your report, Doctor, you opine that SB 168

16    ensnares US citizens based on their race or ethnicity and not

17    just removal of undocumented immigrants.  Could you please

18    explain that to us.

19    A.  Yes.  I have found data in Florida and across the nation,

20    some of it that I worked up myself, much of it from independent

21    sources, that SB 1 -- not SB 168, but that the process of

22    detaining persons by ICE sweeps up substantial numbers of US

23    citizens.  And there's a reason for that.

24         And the reasons were laid out by a recent court decision

25    out in California in the Gonzalez case.  It's also things I had
```

1    independently come up with.  And what the judge found, and what

2    I've independently verified, is that the databases that ICE

3    uses to decide whether or not you are a undocumented,

4    deportable person are flawed in multiple ways, flat-out errors.

5    They're not up-to-date and citizen status changes all the time.

6    And they do not accurately assess some of the more complex

7    forms of citizenship, such as derivative and acquisitioned

8    citizenship.

9        Without getting into great detail, derivative citizenship

10   is citizenship that you can get if you're under 18 and you have

11   parents who are naturalized US citizens under certain

12   conditions.  And you don't get any papers, unless you

13   specifically request them.  And over a several-decade period,

14   the data shows 1.5 million persons residing in the US got

15   derivative citizenship.

16       Acquisition citizenship is citizenship for persons born

17   abroad of US citizen parents, again, under certain conditions.

18   And the data shows about nine million Americans reside abroad

19   and about 80 million Americans each year travel abroad.  I'm

20   sure that's constricted by COVID.  That is data from more usual

21   years.

22       So to sum, plain old errors, lack of up-to-dateness, and

23   inability to deal with the complexities of citizenship yield

24   extreme errors.  The judge talked about hundreds of thousands,

25   many millions of persons being subject to these errors and

1    we've seen it played out in the state of Florida.

2        The ACLU did a study and found over a several-year period

3    in Miami-Dade County 420 US citizens were detained by ICE.  I

4    did an independent study and my number was almost identical.

5    Four hundred eighteen US citizens were detained in Miami-Dade

6    County by ICE and that's not all.

7    Q.  Let me ask you about that a little bit.  So the study you

8    mentioned, that's in Florida showing these same types of

9    errors, errors in databases, et cetera, that you had just

10   mentioned?

11   A.  That's correct.

12           MS. BRODEEN:  Objection.  Leading.  Objection.

13   Leading.

14           THE COURT:  Overruled.  I'll allow it.

15           THE WITNESS:  That's correct.  These errors --

16   everyone uses -- not everyone.  ICE uses essentially the same

17   databases nationwide.  ICE is not a state-specific

18   organization.  It is an organization that is national.

19           So whether we're dealing with persons in Florida, or

20   in other states, you are subject to the same errors that led to

21   about 420 persons in Miami-Dade County who are US citizens

22   being swept up in the ICE process.

23   BY MR. CHAVEZ:

24   Q.  So that's ICE issuing detainers for US citizens?

25   A.  That is correct.

1   Q.  So Dr. Lichtman, if this is happening here in Miami-Dade

2   County, do you believe it's likely happening elsewhere in

3   Florida?

4           MS. BRODEEN:  Objection.  Calls for speculation.

5           THE COURT:  If the witness knows.  Overruled.

6           THE WITNESS:  Yeah.  We have actual data to support

7   that.  Not only is it logical that it would not be unique to

8   Miami-Dade County, because the data -- same databases would be

9   used anywhere in Florida.  The same flawed databases that

10  caused US citizens to be swept up in Miami-Dade County are the

11  same databases that would be used for ICE detention everywhere

12  in the state of Florida.  We just happened to have these

13  detailed studies by myself and the ACLU of Miami-Dade County.

14          They also had a very famous case in Monroe County of

15  Peter Sean Brown, a US citizen, born in Philadelphia, who was

16  detained for weeks erroneously, despite considerable efforts on

17  his part to try to prove his US citizenship.

18  BY MR. CHAVEZ:

19  Q.  And so these faulty detainer requests, have you found that

20  they disproportionately target Hispanic and African-American US

21  citizens?

22  A.  That is correct.  As we've seen in these other aspects of

23  the ICE immigration detention and arrest process, the

24  sweeping-up of US citizens is disparate with respect to the

25  origins of the persons involved.  And I studied that.

1    Q.  Well, let's take a look at Exhibit P40, which is chart 8

2    from your expert report.  And I believe this chart 8, as it

3    loads up, discusses some of that disproportionality.

4        Here's chart 8, which is the "Miami-Dade County ICE

5    Referrals for United States Citizens, February of '17 to '19."

6    Could you tell us, Dr. Lichtman, this chart 8, what is the data

7    that we're seeing here?

8    A.  This is the same data that I referred to previously, where

9    I identified 418 during this period of time, two years plus, US

10   citizens swept up by ICE referrals from Miami-Dade County.

11       And the data also enabled me to assess the race of the

12   individuals.  And we can see when we're dealing with Hispanics

13   and blacks, the percentage of ICE detainer requests of US

14   citizens exceeds their percentage of adult US citizens in the

15   Miami-Dade County.  And for all others, we see the exact

16   opposite effect, that the percentage of ICE detainer requests

17   of US citizens for others was only about a third of their

18   percentage in adult US citizens.

19       So it's not a random effect.  ICE, from Miami-Dade County

20   referrals, is not simply sweeping up US citizens at random, but

21   rather the effect is quite disproportionate for Hispanics and

22   blacks as compared to all others.

23   Q.  All right.  I see that.

24       Does this data, Dr. Lichtman, tell you anything about the

25   foreseeability of the impact of SB 168?

1     A.   It does for a couple of reasons.  Number one, even if you

2     are identified as a US citizen in the ICE process -- and this

3     is really important for its impact -- you're not necessarily

4     released.  Your detention is not necessarily canceled.

5     According to the ACLU, only 83 of the 420 persons flagged as

6     citizens caught up in ICE had their detention canceled and was

7     released.  This became a big issue in a lawsuit brought by

8     Ms. Morales in the state of Rhode Island.  The Court found that

9     she was a US citizen who was racially profiled because of her

10    last name and her birth in Guatemala, and called it a grave

11    injustice.  And they also found hundreds of US citizens swept

12    up by ICE, even in the small state of Rhode Island.

13         But what's critical here in terms of the impact was the

14    testimony under oath given by ICE officials, which was ICE

15    policy, not Rhode Island policy.  One official was asked under

16    oath in deposition:  "If someone is flagged as a US citizen,

17    does that mean their detention is automatically canceled?"  And

18    his response was:  "No.  That's just an administrative notation

19    with our own -- within our own system."

20         And then a second ICE official was asked:  "Well, how long

21    would cancellation normally take place?"  And his answer was:

22    "Anywhere from one day to 20 years."  So this is not a matter

23    of people getting identified and quickly released.  This is a

24    matter of people undergoing illegal, long-term detention, even

25    as US citizens, disproportionately Hispanic and black.

1     And with stepped-up referrals under SB 168, using the same

2     flawed database, it is absolutely foreseeable that there's

3     going to be severe harm to US citizens in Florida.  And that

4     harm will not be equally apportioned, but will fall most

5     heavily upon racial minorities.

6     Q.  Thank you.  I could hardly imagine.

7         Let's pull up table 9 from your expert report and let's

8     take a look at that one.  This is Miami-Dade County ICE

9     detainer requests of those US citizens.  Looks like we're

10    looking at February '17 to '19.  What can you tell us about

11    this data, Dr. Lichtman?

12    A.  Yeah.  This is the same data that's reported on my chart.

13    The only difference is this gives the actual numbers behind the

14    percentages on the chart.  And we don't need to get into all

15    the nick -- nick -- nitpicking details of the chart.  But I

16    think what's important to look at is just the stark difference

17    between the number of Hispanics and blacks, US citizens, caught

18    up in ICE detainer requests.  It's 392, compared to 26.  That's

19    an awful lot of minorities within Miami-Dade County

20    impermissibly, incorrectly caught up where they shouldn't be,

21    in the ICE detainer system, because they are US citizens.

22        And you can see the much smaller number of those who are

23    others.  This just shows again the foreseeable negative impact

24    of SB 168 on US citizens who are minorities in Florida.

25    Q.  And does this data on detention of US citizens reflect all

1    such detentions?

2    A.  No, it doesn't.  Because the databases are flawed, US

3    citizens are going to slip through the cracks and never be

4    identified as US citizens.  We saw how hard it was for someone

5    born in Philadelphia, Peter Sean Brown, to establish his

6    citizenship.

7        If you're a derivative or acquisition citizenship, you

8    don't necessarily have papers.  You would have to specifically

9    request your papers through a bureaucratic process.  And this,

10   of course, does not include those who may be swept up who are

11   not US citizens but legal residents, who shouldn't be part of

12   ICE detainers, or perhaps those who are not US citizens but are

13   protected under temporary protected status or DACA.  And as we

14   know, these things change and it's not so easy to know who is

15   protected under TPS or protected under DACA.

16       So no, this is a minimal estimate of those improperly

17   detained by ICE.

18   Q.  And I think you answered part of this before.  So apologies

19   for asking it again.  But are those flagged either as US

20   citizen or a permanent resident -- are then they immediately

21   released from jail for that faulty detainer?

22   A.  Not at all.  As we saw, only a small percentage were

23   released in Miami-Dade.  And we saw the testimony from ICE

24   officials themselves saying:  "Could be a day.  Could be 20

25   years."

1          And because these immigrants typically -- some of them are

2     not even immigrants, but these persons typically do not have

3     lawyers, and there's no lawyer protection under the ICE rules.

4     It may be very hard for them to get themselves released.

5     Q.  And does the data you present, Dr. Lichtman -- does that

6     indicate the full picture of persons improperly detained?

7              MS. BRODEEN:  Objection.  Leading.

8              THE COURT:  Overruled.  I'll allow it.

9              THE WITNESS:  I think I already explained it certainly

10    does not.  Doesn't encompass those who slip through the cracks

11    that are not flagged as US citizens, even though they are.  It

12    doesn't include who might be of legal status and not deportable

13    or those who might be under DACA or TPS protection.

14              So there is yet another universe out there which we

15    don't know because it really is very hard to document -- but

16    certainly another universe out there of persons beyond what

17    we've seen here who shouldn't be detained, but are detained.

18    BY MR. CHAVEZ:

19    Q.  So let's move on a little bit from some of this hard data

20    and talk about what you called in your report an immigrant

21    threat narrative.

22         So in your report, Dr. Lichtman, you opine that the

23    immigrant threat narrative advanced in support of SB 168 made

24    discriminatory impact foreseeable.  First, can you please

25    explain to us what it is you mean by an immigrant threat

1    narrative?

2    A.   Yes.   The immigrant threat narrative is something

3    well-documented in the scholarly literature.   It really is

4    found across the land and is found to be a prominent feature

5    when discussing policies regarding immigration enforcement like

6    SB 168 and are an explained part of the predicate of the

7    immigrant threat narrative.   That is, the association between

8    immigrants generally, and particularly undocumented immigrants,

9    and a proclivity towards crime and particularly violent crime.

10       As we'll see, immigrant threat narrative is entirely false,

11   but false narratives are frequently, unfortunately, part of

12   public discourse in the United States.   And it's not so easy to

13   eliminate these false narratives, like the immigrant threat

14   narrative, which says:  "Unless we get rid of those

15   undocumented immigrants, they pose a special threat to public

16   safety in the United States above and beyond the threat prosed

17   by, say, a great majority of Americans who are native-born

18   American citizens."

19   Q.   So by -- my second question about this, Dr. Lichtman, is:

20   How does this immigrant threat narrative make the

21   discriminatory impact foreseeable?

22   A.   Again, it makes it very foreseeable, along with lots of

23   other things that we've talked about.   Because if, in fact,

24   there is this perception and it's promulgated as a

25   justification for actual passed and signed legislation in the

1   state of Florida, you can't hermetically seal off that

2   immigrant threat narrative that's so prominent from the actual

3   operations on the ground with respect to a proactive policing

4   law like SB 168.

5       And it also has a synergistic effect with what we've talked

6   about before.  And that is what may even be the unconscious

7   perception on the part of law enforcement officers of

8   minorities, non-whites, including Latinos, of course, as

9   particularly dangerous, prone towards crime, and particularly

10  violent crime.

11  Q.  And so this threat narrative, Dr. Lichtman, does it

12  manifest itself in that -- the data presented earlier on?  Is

13  that chart 3 from your report where we looked at the targeting

14  of persons from Latin America and the Caribbean?

15  A.  Absolutely.  This is a manifestation of the threat

16  narrative and other aspects of immigration referral that I've

17  talked about.  And the data represented clearly in documents

18  that indeed, consistent with this false threat narrative, you

19  do have disparate enforcement of non-white persons when it

20  comes to immigration enforcement.

21  Q.  And so, in your analysis, did you find that this immigrant

22  threat narrative was a prominent feature of advocacy for SB

23  168?

24          MS. BRODEEN:  Objection.  Lack of foundation.

25          THE COURT:  Overruled.

```
1          THE WITNESS:  My studies showed that it was not just a

2    feature.  It was the prominent feature of advocacy for SB 168.

3    BY MR. CHAVEZ:

4    Q.  And Dr. Lichtman, while you look that up, I'll ask:  Were

5    you able to find any evidence that, say, the sponsors of SB 168

6    employed this immigrant threat narrative?

7    A.  Yes.  It was employed not only by lots of outside groups,

8    but by the sponsors very prominently.  Senate Gruters, the

9    primary sponsor, said:  "This bill is about one thing, and one

10   thing only.  Public safety," right square within the margins of

11   the threat narrative.

12      He said:  "What we're trying to do is protect the citizens

13   of Florida by getting criminal aliens."  And you see that term

14   "criminal aliens" used throughout the justifications for SB

15   168.

16      We saw similar comments from Cord Byrd -- and they are

17   quoted in my report -- the primary House sponsor of SB 168.

18   And we saw similar statements from Governor DeSantis, who is a

19   very important force -- we heard testimony on that from some of

20   your witnesses -- a very important force for the passage of SB

21   168.

22      And perhaps most graphically we heard from Bob Rommel, a

23   subcommittee chair, who held hearings on SB 168.  And I'm

24   closely paraphrasing.  He said:  "Unless we take tough action

25   on this bill, the next time an illegal immigrant kills someone,
```

1    the people of Florida are going to come and ask us why we

2    didn't act."

3         And this idea of undocumented immigrants coming here to

4    kill people was reflected not just in Rommel's statement, but

5    in statements by other advocates who were working in

6    conjunction with members, decision-makers in the state

7    legislature.

8         To cite just a couple of examples, Amapola Hansberger, the

9    head of the organization called Legal Immigrants for America,

10   better known as LIFA, who appeared with Byrd and Gruters at a

11   press conference, said:  "If we allow people to get into this

12   country who are not vetted, they are coming to kill you."  She

13   testified that sanctuary cities are like what she experienced

14   in Nicaragua, where things were so dangerous that she had to

15   sleep with a gun under her pillow.  She repeated similar

16   sentiments in an Orlando radio interview.

17        FAIR, who we'll talk about some more, the Federation for

18   American Immigration Reform, reflected this as well.  In the

19   midst of the debates, they pulled out a list of serious

20   violence crimes allegedly committed by undocumented immigrants.

21   Every single one of the perpetrators, every one, was either

22   from an African country or a Latin American country or had a

23   Spanish surname.

24        We saw FLIMEN, an organization you've heard a lot about,

25   that was intimately involved with these legislators -- they put

1    out a FLIMEN alert calling sanctuary cities anarchy cities.

2    And by that they mean cities that harbor murderers, rapists,

3    and other criminals.

4        I could go on.  There are so many examples of sponsors of

5    SB 168, and people that they were working with directly,

6    perpetrating, in quite extreme terms, this false immigrant

7    threat narrative.

8    Q.  Let me pull up another exhibit that might speak to this as

9    well.

10            MR. CHAVEZ:  Lisa, can we look at Exhibit P1.  And

11    then on Exhibit P1 -- this is Dr. Lichtman's expert report.  If

12    we scroll down to Page 93.

13   BY MR. CHAVEZ:

14   Q.  And I think we talked a little bit about this sign or maybe

15   Sister Ann did.  But this is a sign outside Senator Gruters's

16   door.  Dr. Lichtman, does this sign that Senator Gruters posted

17   also employ this same immigrant threat narrative you were

18   talking about?

19   A.  Very prominently.  And again, very falsely.  As I said, the

20   immigrant threat narrative is false.

21       This suggests obviously that there is this grave threat

22   from so-called criminal illegals, such a grave threat that

23   Senator Gruters feels compelled to post this picture of

24   predominantly non-white persons, from overwhelmingly white

25   Sarasota County -- it's 85 percent non-Hispanic white, but

1    somehow all these criminal illegals -- well, not all of them,

2    but most of them are Hispanic-looking or black-looking.

3        And this is pretty shocking.  In fact, we heard testimony

4    from one of your persons on the ground who, when they

5    confronted this, were quite shocked by it.  And understandably

6    so.

7        Now, this not only --

8    Q.  Sure.

9    A.  -- perpetrates in a most graphic and obvious way the threat

10   narrative, but it's another example of a false threat

11   narrative.

12       First of all, this sign does not indicate that these

13   persons were convicted of anything.  It just calls them

14   criminal illegals.  It doesn't indicate even what crime they

15   might have been charged with.  It doesn't indicate how he

16   picked this 30 some-odd individuals for this graphic display

17   outside his office.

18       When he was asked about that, he said:  "Oh, we've had some

19   500 immigrants deported" -- illegal immigrants, as he calls

20   them -- "deported from Sarasota County."

21   Q.  That seems high.

22   A.  What?

23   Q.  I said that seems high to me.

24       Sorry.  The 500 number struck me as seeming a little bit

25   high.

1    A.   It's amazingly high.  I checked it.  Because Sarasota

2    County has data on the TRAC program of those detained.  This is

3    not even deported.  This is detained.  And over a

4    three-and-a-half-year period, only 58 suspected undocumented

5    immigrants were even detained, much less deported.  An average

6    of under 16 per year.

7         That would mean you would have to be 30 or 40 years to get

8    at 500.  And that makes no sense anyway because 20, 30, 40

9    years ago there were probably almost no undocumented immigrants

10   in Sarasota County because we know the influx of undocumented

11   immigrants into Florida is much more recent.

12        So this whole thing lacks any basis in fact.  And in fact,

13   is a great inflation and great exaggeration of what's going on

14   in order for its incredible shock value.  That's its only

15   purpose, is the shock value of these criminals who are

16   endangering you even in 85-percent-white Sarasota County.

17        Also, when we look at persons detained from Sarasota

18   County, 59 percent were not serious criminals.  A great

19   majority had no conviction, were convicted for only a minor

20   crime.  None had been convicted of the violent crimes of

21   homicide, assault, or sexual assault and rape.  But this is

22   what the false immigration threat narrative is all about.  I've

23   never seen it quite as graphically displayed by a critical

24   decision-maker as I've seen it here with this sign.

25   Q.   I want to ask you just about one more example that you

1    could pull from your report.  Your report mentions a Facebook

2    ad during Senator Gruters's Senate campaign.  Can you tell us

3    about that ad and whether or not you believe that also

4    indicates this same immigrant threat narrative.

5    A.  It's very consistent with the immigrant threat narrative.

6    It talks about stopping the invasion.  Well, "invasion" is one

7    of the common terms used by those who want to perpetrate the

8    immigrant threat narrative.  And it's a particularly evocative,

9    powerful term.  Because when you're talking about an invasion,

10   that conjures images of foreign forces attacking the United

11   States to do us harm.

12       And indeed, those who talk about invasion, including,

13   unfortunately, President Donald Trump, do talk about all of

14   these bad people, all of these dangerous people coming in and

15   invading the United States.  So when you're talking about an

16   invasion, and talking about the need to stop the invasion, you

17   are, in a central way, emphasizing the immigrant threat

18   narrative.

19   Q.  So Dr. Lichtman, is this same immigrant threat narrative

20   espoused by the anti-immigrant groups you mentioned earlier,

21   FAIR and FLIMEN?

22   A.  Oh, to a great extent it is espoused by FAIR and FLIMEN.  I

23   think I already gave you some examples during the debates, much

24   less in their broader history, with FAIR compiling this list of

25   allegedly violent crimes committed by Hispanics and blacks,

 1     alleged undocumented immigrants; FLIMEN talking about anarchy

 2     cities that are harboring murderers and rapists and other

 3     dangerous criminals.

 4          As we'll see, this immigrant threat narrative is present

 5     not only in these very public ways, but manifests itself very

 6     significantly in some of the email information that we have

 7     been able to see.

 8     Q.  And we'll get that -- we'll get to those emails a little

 9     later today.

10          You also talk about a chilling effect on immigrant

11     communities in your report, Dr. Lichtman.  You opine that SB

12     168 will have a chilling effect on immigrant communities

13     reporting crime and otherwise interacting with police and other

14     public officials.  First, can you discuss some of the resources

15     you reviewed to arrive at that opinion.

16     A.  Yeah.  Conclusions by police officials themselves,

17     scholarly analyses of this issue, survey data.  And we have

18     some actual data from Texas about what happened after they

19     adopted some stringent immigration enforcement measures of

20     reporting to the police.  And having listened to the testimony

21     of persons on the ground here in Florida, I can now add that to

22     my repertoire of information about this chilling effect.

23     Q.  And when you say: "Immigrant communities," Dr. Lichtman,

24     does this include both documented and undocumented individuals?

25     A.  Yes, it does.  You can't hermetically seal off undocumented

1    immigrants from the broader immigrant community or even the

2    broader Latino community, since in Florida the majority of

3    undocumented immigrants are -- I guess the proper term now is

4    Latinx -- are Latinx persons.

5        Families intermingle, as the studies show.  And as we've

6    heard from your on-the-ground witnesses, families intermingle.

7    Undocumented persons with US citizens, a very common example of

8    that that's discussed in the literature.  And I believe was

9    mentioned by your witnesses, and was certainly brought up in

10   the hearings, was undocumented immigrants having children who

11   are US citizens because they were born in the United States.

12       But US citizens, legal residents, undocumented immigrants,

13   are mingled within the same family and certainly mingled within

14   the same community, the broader circle of relatives and the

15   broader circle of friends.  So we're talking about effects that

16   ripple across a much larger segment of the population

17   everywhere, and certainly here in Florida, than would be

18   pinpointed by the undocumented immigrant presence alone.

19   Q.  And in fact, did -- these mixed-status families are

20   affected -- you mean they're impacted this way by SB 168, to be

21   clear?

22           MS. BRODEEN:  Objection.  Leading.

23           THE COURT:  Sustained.

24   BY MR. CHAVEZ:

25   Q.  Are mixed-status families also impacted by SB 168 in the

```
 1    way you were describing?

 2              MS. BRODEEN:  Objection.  Leading.

 3              THE COURT:  I'll allow it.  Overruled.

 4              THE WITNESS:  My report certainly shows that it is the

 5    case.  Obviously, when a family member is detained, much less

 6    deported, the studies show that has a very important effect on

 7    the family.  That also makes common sense, particularly since

 8    most of those detained and deported are males.  Many of them

 9    are breadwinners.  And the studies show that that creates,

10    within the family, regardless of whether they're undocumented

11    or have some other status, an increased likelihood of hunger,

12    poverty, even losing one's home, children being raised by a

13    single parent or even going into the foster care system itself.

14              The studies also show beyond these more concrete

15    manifestations of issues raised within the family.  This --

16    someone being in the family caught up in the immigration

17    detention and deportation process leads to increased stress,

18    anxiety.  This isn't nebulous.  This is real.  This is

19    established by multiple studies, which particularly for

20    children and older people, manifests itself in both mental

21    health and physical health problems.

22    BY MR. CHAVEZ:

23    Q.  So this chilling effect, does that -- in your opinion,

24    Dr. Lichtman, does that mean victims of crime will be less

25    likely to report crimes?
```

```
 1   A.   The chilling effect applies, of course, not just to

 2   families, but throughout the community.  As the studies show

 3   and as the testimony from your witnesses show, it's not limited

 4   to the family.  It involves very large numbers of persons.  The

 5   studies document that.  We heard about the chilling effect from

 6   every one of your on-the-ground witnesses of fear created

 7   within the community.

 8       One witness even gave us a quantitative documentation.  I

 9   believe it's Ms. Munoz who manned the hotline for FLIC.  She

10   said hotline referrals went up from a thousand before the

11   passage of SB 168 in 2018 all the way up to 9,000 in 2020, when

12   SB 168 --

13           MS. BRODEEN:  Your Honor, I'm going to stop right

14   here.  This is not in his expert report.  This is something

15   supplemental to the deposition I took of him and his report.  I

16   object.

17           THE COURT:  That is correct.  And it's referring to

18   testimony -- as I understand, this is testimony that was

19   presented at the -- this trial.

20           MS. BRODEEN:  By a fact witness, not an expert.

21           THE COURT:  To the extent that Dr. Lichtman, who has

22   been in attendance, and has the right to as an expert, has

23   opined based upon testimony that he's heard during this trial,

24   it is proper and the objection is overruled.

25           THE WITNESS:  May I continue?
```

```
1              THE COURT:  You may.

2    BY MR. CHAVEZ:

3    Q.  Yes.  Dr. Lichtman, let me ask the question again, since we

4    went through that.  And thank you for your time attending the

5    full trial.  We appreciate your insight.

6         I'd ask:  Does this also mean that victims of crime --

7    A.  I'm not finished with my answer.

8    Q.  I know.  I'm re-asking it, Dr. Lichtman.

9    A.  Okay.  Go ahead.

10   Q.  So does this mean that victims of crime are also less

11   likely to report crimes because of SB 168?

12   A.  It's the victims of crime, absolutely, witnesses to crime.

13   The studies sustain that to a significant extent.

14   Q.  Does that include victims of domestic violence?

15   A.  Yes.  Very much so.  Again, we heard testimony from your

16   lay witnesses on that.  And I have in my report documentation

17   on that, studies.

18        And an empirical example I think was the City of Houston

19   when they adopted stepped-up immigration enforcement.  You got

20   the paradoxal result of fewer domestic abuse reports to the

21   police, but more domestic abuse reports to non-governmental

22   organizations that dealt with those who claim they are battered

23   within the home of the family.

24   Q.  Let's take a look at another chart from your expert report.

25   On Exhibit -- Plaintiffs' Exhibit 40.  And Dr. Lichtman, this
```

1    is the Wong study that you discuss in your report.  Wong,

2    W-O-N-G.

3        Give it a second to pull up here on the trial pad.

4        (Pause in proceedings.)

5    BY MR. CHAVEZ:

6    Q.  So this is the "Wong 2017 Survey Results:  Reporting Crime

7    and Taking Social Services With and Without Local Law

8    Enforcement Working with ICE."

9        So Dr. Lichtman, what is the data we're looking at here?

10   A.  Yeah.  This is a standard survey.  And it's directly on

11   point to the effects of ICE -- excuse me -- the effects of SB

12   168 on the chilling effect, not just for those reported, those

13   caught up in the process, but for the broader community.

14   That's what it is studying.

15       And it's kind of a controlled study because it deals with

16   areas where the police is working with ICE and where police is

17   not working with ICE.  And it looks at the reporting of crime

18   by witnesses, the reporting of crime by victims and the

19   willingness to use public services where you have to supply

20   your contact information.

21       So it's a pretty direct test of the chilling effect of

22   stepped-up immigration enforcement.  And the results are pretty

23   stark.  When it comes to reporting crime as witnesses, you go

24   from just over three percent to over 64 percent.  And when you

25   talk about reporting crime as a victim, you go from three

1    percent to nearly 46 percent.  And when you're talking about

2    using public services with contact information, you're going to

3    about five percent to about 75 percent.

4        And again, we've heard similar on-the-ground lay testimony

5    from your witnesses, including one witness who pointed out that

6    after SB 168 there was a falloff in those willing to contact --

7    to go to their medical clinic.  And this is even someone -- a

8    clinic that's not directly governmental.  Shows how widespread

9    these effects can be.

10   Q.  So this chill impacts accessing medical services as well,

11   Dr. Lichtman?

12   A.  It impacts -- I'm sorry.

13            MS. BRODEEN:  Leading again.

14            THE COURT:  Sustained.

15   BY MR. CHAVEZ:

16   Q.  So Dr. Lichtman, in Page 102 of your expert report, which

17   has been introduced into evidence, we point out the chilling

18   effect of SB 168 and how it impacts people.  From the studies

19   that you have reviewed, Dr. Lichtman, does this chilling effect

20   impact accessing medical services as well?

21   A.  Yes.  It impacts really all social services, including

22   medical services, and particularly the critically --

23            MS. BRODEEN:  Objection.  This is not in the expert

24   report.  This expert report, specifically on Page 102, talks

25   about the chilling effect of enrolling in Medicaid programs.

1    It's not medical services generally.  I don't see that in the

2    report.

3            MR. CHAVEZ:  I asked Dr. Lichtman about the studies

4    that he's reviewed.

5            THE COURT:  Hold on.  Mr. Chavez, the objection is due

6    to information that may not be in the report.  To that extent,

7    the objection is overruled and you will have an opportunity to

8    cross-examine the expert.

9            You may continue.

10           THE WITNESS:  Yeah.  I'll respond.

11           First of all, while this particular page of the report

12   talks about Medicaid, as we've seen through the chart, my

13   report relies on lots of other information which also shows

14   that -- not just Medicaid, but the chilling effect extends to

15   social services generally, which was also sustained by your lay

16   witnesses.

17           But it's very important to single out Medicaid because

18   Medicaid is by far the most important medical program for

19   low-income persons throughout the United States and in the

20   state of Florida.  And as -- a chart in my report shows that

21   minorities in the state of Florida do tend to have much lower

22   incomes than whites, tend to be much more in poverty.  And so,

23   for this particular group for whom the chilling effect

24   pertains, Medicaid is extremely important.

25           And the health care researchers, as I point out on

1    Page 160 -- 102, documented the chilling effect on enrolling in

2    Medicaid.  And it indicates that this enrollment is

3    particularly important for Hispanics in Florida, 19 percent of

4    whom have no medical coverage, as compared to just 9.5 percent

5    of whites.  And I'm not going to go into all the detail, but

6    the page goes on to report empirical evidence of how interior

7    immigration enforcement, which is SB 168, limits the

8    willingness to participate, in the Latino community, in

9    Medicaid.

10           There was a controlled statistical study that found,

11   quote:  "The propensity to participate in Medicaid among

12   immigrants is very sensitive to the level of sComm."  That is

13   interior immigration enforcement.  "An individual's proximity

14   to other immigrants, as measured by the number of foreign-born

15   parents, increases their sensitivity to immigration

16   enforcement."

17           And I note that these findings compliment an earlier

18   study, which found, quote:  "Robust evidence that heightened

19   federal immigration enforcement reduces Medicaid participation

20   among children of non-citizens, even when children are

21   themselves citizens."

22           So again, further documentation that these negative

23   effects are not limited just to undocumented immigrants, but

24   impede upon US citizens as well.

25

```
1    BY MR. CHAVEZ:

2    Q.  Thank you so much.

3          MR. CHAVEZ:  That's the end of a section I have here.

4    I see we're a minute away from the lunch hour, Judge Bloom.

5    Would you like to go to lunch or ...

6          THE COURT:  Yes.  That's an excellent suggestion.  Why

7    don't we take our lunch break and I'll see everyone back here

8    at 1:00.  Have a pleasant lunch.

9          MR. CHAVEZ:  Thank you.

10         THE WITNESS:  Thank you.

11      (Recess from 11:59 a.m. to 1:02 p.m.)

12         THE COURT:  All right.  Welcome back.  I trust

13   everyone had a pleasant lunch.

14         Are we ready to continue?

15         MR. CHAVEZ:  We are, Your Honor.  I think Dr. Lichtman

16   was maybe putting his pooch outside.

17         THE WITNESS:  Yeah.  I'm trying to deal with my puppy.

18         THE COURT:  Not a problem, sir.

19         And I see Ms. Brodeen.  So we are ready to continue.

20         Welcome back.

21         MS. BRODEEN:  Thank you.

22   BY MR. CHAVEZ:

23   Q.  So when we left off, Dr. Lichtman, you were, I believe,

24   telling us about the impacts on accessing health services.

25      Let's move on and talk a little bit about the proactive
```

1    police measures.  Have you reviewed any studies indicating that

2    proactive police measures, like SB 168, have had a disparate,

3    negative effect on minorities in other parts of the country?

4    A.   Absolutely.  We have had studies outside of Florida, or

5    nationwide, that indicate a disparate, negative effect on

6    minorities of enforcement mechanisms like SB 168.

7         We had presented evidence from the TRAC report about the

8    disparate impact of ICE enforcement on minorities, as opposed

9    to whites in Florida.  In my report, I also have nationwide

10   data showing precisely the same kinds of disparate impact from

11   ICE arrests on minorities, as opposed to whites.

12        I also present in my report a detailed study of what

13   happened in Alamance, North Carolina, when they adopted a

14   287(g) kind of agreement.  This includes detailed findings on

15   the ways in which Latinos -- Latinx, I guess -- were racially

16   profiled by law enforcement once this arrangement with ICE went

17   into effect.

18        The data also documents the detrimental impact on the

19   Latinx community, including the business community which

20   experienced a falloff in their businesses as a result of the

21   climate of fear and stress and danger created by the stepped-up

22   enforcement.  And all of this was documented by a study of

23   Alamance County, North Carolina by the United States Department

24   of Justice.

25        We've already talked about what happened in Arizona with

1    the sharply negative impact because of the disparate treatment

2    of the Latinx community as a result of the stringent

3    immigration enforcement regime that was set into effect in

4    Arizona, that led to criminal contempt charges for Sheriff Joe

5    Arpaio of Maricopa County, the big county in Arizona.

6         I also cite a nationwide study in my report which shows

7    that there is a correlation between stepped-up immigration

8    enforcement and attendance in public schools by Latinx

9    children.  That is, there is a negative correlation.  To the

10   extent you have stepped-up immigration enforcement, you have

11   falling enrollment by Latinx students in public schools.  And

12   this is the case, this study found, across the country.  It

13   affected hundreds of thousands of Latinx children.  Did not

14   affect children of other racial or ethnic groups.  And its

15   impact was substantial.  It affected hundreds of thousands of

16   students.

17        We also have other studies in my report relating to

18   increased home foreclosures for Latinx when you had stepped-up

19   immigration enforcement.  An increase -- and I think I already

20   alluded to this -- mental, physical health, and economic

21   problems.

22   Q.  Thank you.

23        And Dr. Lichtman, what did your research show about the

24   negative impacts of SB 168 arrests, detentions, and removals?

25   A.  I'm sorry.  I was reaching for a drink.  Can you repeat

1    that?

2    Q.  Sure.  So in your expert report, you talk about detentions

3    and removals negatively impacting not just family members, but

4    the broader community, including US citizens.  What did your

5    research show in that regard?

6    A.  Well, my research showed in that regard that enforcement of

7    SB 168 in Florida, the actual operation primarily snared those

8    who were not serious criminals at all or even charged with

9    minor crimes.  It showed disparate enforcement with respect to

10   Latinos as opposed to others.

11        And while we don't have detailed studies, because it's so

12   recent, of the detrimental effects on the community, including

13   US citizens, legal green card holders.  We heard lots of

14   testimony from quite a few persons representing organizations

15   like Hope, The Guatemala Center, the farmworkers, FLIC, and

16   others on the ground in Florida talking about the detrimental

17   effects of SB 168 enforcement on the communities they

18   represent.

19        And there's certainly no reason to expect that these

20   negative impacts would be any different because people are

21   being detained and possibly deported under SB 168 referrals, as

22   compared, for example, to ICE referrals under 287(g)

23   agreements, for which we do have studies and documentation

24   across the board.

25   Q.  And so we're clear, will non-immigrants be impacted by SB

1    168 or will the impact be suffered -- will it just be limited

2    to immigrants?

3    A.  Oh.  It's no question it's not limited to immigrants.  As

4    your on-the-ground witnesses have testified and as the studies

5    show, you don't hermetically seal off immigrants who are

6    predominantly Latino in Florida from the broader Latino

7    community.

8         We already talked about children who are not immigrants,

9    but are citizens born in the United States, who are children of

10   immigrants and perhaps even undocumented immigrants.  That's a

11   very common occurrence.  And non-immigrants could be married to

12   immigrants.  And of course, non-immigrants and immigrants,

13   whether documented or undocumented, are mixed together in the

14   broader community.  And I have data in my report about

15   significant segregation in Florida for the Hispanic community,

16   including residents and schools.

17   Q.  Okay.  Let's pivot a little bit and talk about the sequence

18   of events leading up to SB 168.

19        Based on the data you evaluated in preparing your report,

20   Dr. Lichtman, was crime in Florida -- was it rising or was it

21   falling in the years prior to SB 168?

22   A.  Yes.  The data I have from the Department of -- Florida

23   Department of Law Enforcement demonstrates that, in fact, crime

24   was falling in the run up to SB 168, and was falling by a

25   dramatic margin.  Quite contrary to the threat narrative.  You

1  might think Florida was having a huge crime crisis.

2  Q.  So in your opinion, then, Dr. Lichtman, was there a public

3  safety crisis in Florida from rising crime at the time of the

4  adoption of SB 168?

5  A.  There was not.  There was dramatically falling crime at the

6  time of the adoption of SB 168.

7  Q.  Let's take a look at another chart, if we could.  I think

8  it's back on Exhibit P40.  And on P40, let's go to --

9          MR. CHAVEZ:  I'm sorry?

10          MS. BRODEEN:  I was looking to see what that was to

11  see if I had any objection.  Okay.

12          MR. CHAVEZ:  Yeah.  Chart 10.

13  BY MR. CHAVEZ:

14  Q.  This is chart 10, Dr. Lichtman, "The Florida Crime Rate Per

15  100,000, the Year 2000 to 2018."  Could you walk us through the

16  data you have here on your chart 10?

17  A.  Yeah.  I think the data is pretty much self-explanatory

18  from these different colored bars.  Crime was falling steeply

19  in the run up to the adoption of SB 168 in 2019.  It had

20  declined steadily between 2000 and 2010.  And then plummeted by

21  an even greater percentage between 2010 and the last year for

22  which data would be available prior to the adoption of SB 168.

23          And we can see in 2018, as compared to 2000, the crime rate

24  was about half of what it had been in the earlier years.  And

25  was also quite substantially lower than it was just eight years

1    earlier in 2010.

2        The truth is, this is not unique to Florida.  This was a

3    period of sharply declining crime ratings across the nation,

4    but quite dramatically so in Florida.

5    Q.  Sure.  And so this falling crime rate, Dr. Lichtman, was it

6    happening at the same time as an increase in undocumented

7    immigration?

8            MS. BRODEEN:  Objection.  Leading.

9            THE COURT:  (Inaudible.)

10           MS. BRODEEN:  I had an objection.  Leading.

11           THE COURT:  Yeah.  The objection was sustained.

12           MS. BRODEEN:  Okay.  Thank you.

13           MR. CHAVEZ:  Oh.

14   BY MR. CHAVEZ:

15   Q.  Dr. Lichtman, in the years leading up to SB 168, was

16   undocumented immigration falling or rising?

17   A.  No.  Quite the opposite.  In these years, just as the crime

18   rate is dramatically falling, the data, the estimates of

19   undocumented immigrants in Florida, is simultaneously

20   dramatically rising.  So the two lines are moving in opposite

21   directions.

22   Q.  Let's take a look at that.  Let's look at -- from Exhibit

23   P1, which is your expert report, chart 11.

24           MR. CHAVEZ:  For those following along, that's on

25   Page -- 1, 2 -- 3 of the expert report.

BY MR. CHAVEZ:

Q.  Now, this is basically what I was asking.  Could you walk us through the data, though, that we see here in chart 11, Dr. Lichtman.

A.  Yeah.  So what you can see here is two lines.  The blue line is undocumented immigrants and the orange line is the Florida crime rate.  It's a little bit different -- while the metrics are the same, the scale is a little bit different for the crime rate than on the last chart.  Because in order to make the two lines comparable, I have the crime rate in tens thousands, rather than hundreds.  Same rate.  Doesn't change anything.  It just makes the picture a little bit easier for someone to see.  And you can see the scissors effect here.

There were very few estimated undocumented immigrants in Florida, as we know, in 1990.  And then over the next 17 years or so, 18 years, you had a very rapid rise in undocumented immigrants.  The number in Florida rose by more than fourfold, more than four times as many in 2007.  I cut it off because that's when undocumented immigrants approximately peaked.  A little bit of dips and rises before that, but that's where the most significant increase in undocumented immigrants in Florida occurred.

And you can see the scissors effect.  At exactly the same time undocumented immigration in Florida is soaring, the crime rate is rapidly and significantly falling.  Again, contrary to

1    what the threat narrative might have you believe.

2    Q.  Let's take a look at the next page of your report.  On Page

3    124, we'll see chart 12.  And chart 12 is the -- similar, but

4    "Florida Violent Crime Rates."  Can you tell us what we're

5    seeing here.

6    A.  Yeah.  The blue line is the same.  It's the line

7    demonstrating the rise in undocumented immigrants.  And the

8    orange line is now -- not by my standard, but by Florida's

9    definition, violent crimes.  And you can see, again, contrary

10   to the threat narrative, as undocumented immigration is rapidly

11   rising in the state of Florida, the violent crime rate is

12   rapidly falling.  Again, opposite trends.

13   Q.  Okay.  So that's all of Florida.  But what about those

14   jurisdictions that were alleged to be sanctuary jurisdictions,

15   according to that list used in SB 168's legislative staff

16   analysis?  Does this same pattern of rising crime, falling --

17   or the opposite -- does that same pattern follow, Dr. Lichtman?

18            MS. BRODEEN:  Objection.  Leading.

19            THE COURT:  Sustained.  Rephrase, please.

20   BY MR. CHAVEZ:

21   Q.  So Dr. Lichtman, does this same pattern follow when we look

22   at those sanctuary jurisdictions --

23            MS. BRODEEN:  Objection.  Leading again.

24            THE COURT:  Sustained.  Rephrase, please, Mr. Chavez.

25

```
1    BY MR. CHAVEZ:

2    Q.  So what does the data show in those alleged sanctuary

3    jurisdictions?

4    A.  Yes.  I did a study of sanctuary jurisdictions.  And I

5    think it would be clearest because it's pretty -- a lot of

6    data, and somewhat complicated, that we look at the result of

7    the analysis that I performed.

8    Q.  Let's pull up table 10 from Exhibit P39.  So what is --

9    this is the "Changes in Crime Rates 2016 to '18.

10   FAIR-Identified Sanctuary Jurisdictions Compared to Florida."

11   A.  Yeah.

12   Q.  What is --

13   A.  This is a different analysis than the one we just saw

14   depicted on the previous two charts.  This -- that was a

15   comparison of undocumented immigrant presence versus overall

16   and violent crime.  This analysis is different.  This analysis

17   is designed to determine whether in the run-up to SB 168 there

18   was, in fact, a crime crisis in the so-called sanctuary cities,

19   or, better stated, sanctuary jurisdictions.  And moreover, to

20   compare changes in crime in the run-up to SB 168 to these

21   sanctuary jurisdictions as compared to Florida overall.

22       And before I get into the guts of the chart, it's important

23   to understand, I did not pick these sanctuary jurisdictions.  I

24   do not decide what are or are not sanctuary jurisdictions in

25   Florida.  I think we'll talk about that a little bit more later
```

1   on.  These were the self-selected sanctuary jurisdictions

2   provided by FAIR, the Federation for American Immigration

3   Reform, and reported in the Senate staff report on SB 168.

4       So this is the self-selected information from FAIR to

5   Senator Gruters to be included in the Senate staff report.  And

6   there are a couple of things that you need to look at.  First

7   of all, in the self-selected so-called sanctuary jurisdictions,

8   in all of them except one, Alachua County, crime rates were

9   declining between 2016 and 2018.  And in the vast majority of

10  these jurisdictions, crime was declining during this period by

11  16 percent or more.  In seven -- I think it's seven -- yeah,

12  seven cases, it's declining by more than 20 percent.  And a

13  couple more cases, just knocking on the door of 20 percent.

14      So taken at its face, there's certainly no evident crime

15  crisis in these jurisdictions that Senator Gruters chose to

16  highlight in the Senate staff report.  And moreover, in the

17  vast majority of cases, crime in these sanctuary cities was

18  falling at a greater rate than it was falling in Florida as a

19  whole.  I think it's about 11 or so of the sanctuary

20  jurisdictions had crime falling more rapidly than Florida as a

21  whole, as compared to four which had crime falling less

22  rapidly.

23      The comparison would have been even more dramatic if you

24  subtracted out the sanctuary cities and looked at the

25  non-sanctuary cities in Florida.  I don't want to get into

1    that.  I thought it was clear enough that you can conclude two

2    things from this data.  And this is Florida Department of Law

3    Enforcement data.  One, that there was no crime crisis in the

4    self-identified sanctuary cities.  And two, for the most part,

5    crime was declining at a greater rate in the so-called

6    sanctuary cities than Florida overall.

7    Q.  Sure.

8       Okay.  Pivoting a little bit, in your report, Dr. Lichtman,

9    I think even earlier today you opined that anti-immigrant

10   groups, FAIR and FLIMEN, became intimately involved in the

11   process for drafting, promoting, and enacting SB 168.

12      But before I get into that a little bit, could you just

13   tell us a little bit about who these groups are.  That is --

14   let's start with FAIR.  Who is FAIR, and how would you

15   characterize them, Dr. Lichtman?

16   A.  Yes.  FAIR is a group founded in 1979 by John Tanton, who

17   at the time was a advocate of what he called passive eugenics.

18   Eugenics, you know, is selective breeding supposedly to

19   encourage the superior persons to breed and the inferior

20   persons not to breed.  And based on extensive analysis of his

21   writings and statements, the superior persons for him were

22   white persons and the inferior persons were black persons.

23      FAIR is an anti-immigrant organization.  It opposes

24   immigration generally, not just immigration supposedly by

25   alleged undocumented immigrants.  Statements of its leadership

1    indicate that it believes that immigration, particularly

2    non-white immigration, threatens the safety, security, economy,

3    culture, and racial purity of the United States.

4         Yes, the statements from leaders and other information

5    indicates this organization is openly nativist, racialist, in

6    its ideology and positions.  And this can be documented in

7    three ways.  By looking at John Tanton, the founder himself,

8    who has been extremely active well into the 20th century.  I

9    believe he died last year.  Looking at the sources of funding

10   and the current leadership of FAIR.

11   Q.  Let's get to those maybe briefly, Dr. Lichtman.  What can

12   you tell us about the founder John Tanton?

13        MS. BRODEEN:  Your Honor, I'm going to object to

14   relevancy.  There's no indication that the founder had any

15   communication with any legislators during the 2019 session, nor

16   have I seen any emails directly from FAIR to any legislator in

17   the exhibits.

18        THE COURT:  All right.  But the history of the

19   organization may be relevant.  So the Court, to that extent,

20   will allow it.

21        Overruled.  You may continue.

22        THE WITNESS:  Before I get into Tanton, and kind of in

23   response to the concern here, let me make two points.  One,

24   FAIR was not directly communicating with the decision-makers,

25   but it was extensively communicating with the decision-makers

1    through FLIMEN.  And as we'll see, in fact, critical

2    decision-makers affirmatively reached out to FAIR for its

3    assistance in the passage of SB 168.

4           So FAIR is definitely --

5           MS. BRODEEN:  This is not responsive to the question.

6    He's just responding to my objection.

7           THE COURT:  Yeah.  Dr. Lichtman, when an attorney

8    raises an objection, the Court will rule on the objection, but

9    that doesn't give you opportunity to further respond.  So if

10   you will just focus on the question that has been asked.

11          THE WITNESS:  Fair enough.  Thank you, Your Honor.

12          So Tanton, as I mentioned, was the founder and was

13   really the prime mover of FAIR well into the 20th century.

14   Linda Chavez, who had served in the Reagan administration, and

15   later was a cabinet secretary in the George W. Bush

16   administration, and also had been the president of one of

17   FAIR's many offshoots, US English, in 2011, called him the most

18   influential, unknown person in the United States.

19          And I think to really understand the views of this

20   prime mover and continuing mover of FAIR, it's really important

21   to look at exactly what he said, which demonstrates his animus

22   towards immigrants, particularly non-white immigrants, and his

23   racialism, his support or belief that the destiny of America

24   must be in the hands of white people.

25          So on Page 134 of my report, I cite writings from the

1    mid-1980s from John Tanton that was published in the press.  It

2    was the so-called, quote/unquote, "WITAN Memo" -- WITAN, I

3    guess, refers to a Norse god -- prepared for a conference of

4    anti-immigrant activists.  And Tanton wrote, quote:  "To govern

5    is to populate," consistent with his views on eugenics.  He

6    wrote, quote:  "Will the present majority peaceably hand over

7    its political power to a group that is simply more fertile?

8    Can homo contraceptivus compete with homo progenitiva if

9    borders aren't controlled?  Perhaps this is the first instance

10   in which those with their pants up are going to get caught with

11   their pants down."

12        He further said, quote:  "As whites see their power

13   and control over their lives declining, will they simply go

14   quietly into the night or will there be an explosion," unquote.

15        Linda Chavez, who I mentioned previously, was so

16   outraged by these statements that she quit --

17        MS. BRODEEN:  Objection.  This is not responsive to

18   the question.

19        THE COURT:  Overruled.

20        THE WITNESS:  -- that she quit US English, one of his

21   spin-offs.

22        But again, to understand Tanton and FAIR, we can go

23   further.  In a 1993 letter Tanton wrote, quote:  "I've come to

24   the point of view that for European-American society and

25   culture to persist requires a European-American majority and a

1    clear one at that."

2        During the debates over California Proposition 187, on

3    affirmative action in 1994, he wrote to donor Lawrence Kates

4    that, quote:  "They should," quote, "keep the heat on the

5    issue," unquote, "and work together against," quote, "the

6    decline of the European-American majority and the resultant

7    cultural consequences."

8        In a later -- in an interview with the Detroit Free

9    Press from 1967, he said:  "Unless America seals her borders,

10   we'll be overrun by people," quote, "defecating and creating

11   garbage and looking for jobs."

12       So that's the first element of Tanton.  The second

13   element is sources of support.

14   BY MR. CHAVEZ:

15   Q.  And you mean their funding sources, Dr. Lichtman?

16   A.  Correct.

17   Q.  Okay.

18   A.  Yeah.

19   Q.  Can you tell us about those sources of support.

20   A.  Two particularly telling -- and this is outlined on page

21   135 and 136 of my report -- I don't need to read exact quotes.

22   I can talk about it.  Two important sources of support for FAIR

23   in its think tank offshoot, the Center for Immigration Studies,

24   are, first of all, the Pioneer Fund, founded by textile heir

25   Wickliffe Preston Draper in 1937 for the specific purpose of,

1    quote/unquote, "race benefit."

2        I wrote about it because it's such an important element of

3    the racialistic, anti-immigrant, anti-majority movement in the

4    United States.  I actually wrote about the Pioneer Fund

5    extensively in my 2008 book on the rise of the American and

6    conservative movement.

7        While Draper was alive, and even after he died, the Pioneer

8    Fund was dedicated to promoting debunked early 20th century

9    racial science, science designed to show the superiority of the

10   white race over the non-white races, who, in the material that

11   was promoted, were considered to be of low IQ, inclined towards

12   laziness, promiscuity, and crime.  And the fund was also

13   explicitly anti-Semitic, claiming that the Jewish-controlled

14   media and academy had suppressed these overtly racist

15   viewpoints.  And that is one of the sources of funding for FAIR

16   and its offshoot.

17       The biggest source of funding for FAIR was Cordelia Scaife

18   May, one of the heiresses to the Mellon fortune.  And as I

19   quote at length in my report, she was very worried about an

20   invasion of dark-skinned people into the United States, who she

21   said was particularly dangerous because they, quote/unquote:

22   "Breed like hamsters," very much consistent with Tanton's

23   statements about these inferior, non-white persons being more

24   fertile, outbreeding the white people who need to be in control

25   of the United States.  So that's the funding.

1       And then I think the third component was the --

2    Q.  I think, moving forward, Dr. Lichtman, that -- what can you

3    tell us about the current leadership.  Let's move to the --

4    A.  Yeah.

5            MS. BRODEEN:  Objection.  This is irrelevant.  There

6    is no tie from current leadership to Senate Bill 168 that I've

7    seen.

8            THE COURT:  Why don't we narrow in on the time period

9    when FAIR apparently was involved with FLIMEN, as Dr. Lichtman

10   had stated.

11           THE WITNESS:  I'm sorry.  You want to rephrase the

12   question?

13           THE COURT:  Mr. Chavez?

14           MR. CHAVEZ:  Sure.

15   BY MR. CHAVEZ:

16   Q.  So during the time period that FAIR and FLIMEN were

17   advocating for anti-sanctuary positions, including -- well,

18   here in Florida, who was the current leadership and what can

19   you tell us about them?

20           MS. BRODEEN:  Objection.  Assumes facts not in

21   evidence as to FAIR being involved.

22           THE COURT:  If the witness is aware.  Overruled.

23           THE WITNESS:  Yeah.  I'll try to be brief on this.

24   The three critical persons in the current leadership of FAIR,

25   which we're talking about at the moment, are the president, Dan

1    Stein; the chairman of the board, Donald Collins; and their

2    academic spokesperson, Dr. Stephen A. Steinlight.

3         Without getting into the details of Stein's

4    statements -- they are all quoted in my report.  He very much

5    follows in the same anti-immigrant dangers of non-white

6    immigrants coming into the country, the dangers of breeding and

7    taking over for white persons.

8         He also brags about his support for openly racist

9    books and articles, namely John Auster's book, "The Path to

10   National Suicide," written by an overt white nationalist,

11   filled with hatred against non-whites, and a similar article by

12   Peter Brimelow.  Peter Brimelow also founded VDARE, which is

13   named after the supposed first white person born in the British

14   colonies.  Its founding principles are:  America's not a

15   melting pot, demography is destiny, and the racial and cultural

16   identity of America is legitimate and defensible.

17        Donald Collins, the board chairman of FAIR, is a

18   listed contributor to VDARE.  And among other blogs, he talked

19   about how democrats are succumbing to, quote, "Latino ethic

20   tribalism," and how we are turning our country into just

21   another part of the Third World.

22        He also praised as prophetic a book by Jean Raspail,

23   called "The Camp of the Saints," which talked about the

24   subhuman dark persons taking over white society with the

25   connivance of white liberals.  The Kirkus Reviews said it

1    touched all bases of hate.  And The New York Times pointed out

2    that it was one of the origins of the so-called replacement

3    theory that Jews and non-whites are going to replace white

4    Christians.  It's something you heard being chanted in the

5    Charlotte demonstrations, where the neo-Nazis kept saying:

6    "Jews will not replace us."

7        And then Dr. Steinlight I quote extensively from a

8    speech he made in Texas, demeaning Mexicans as peasants, as

9    crime prone, as invading the United States, saying:  "If you

10   legalize 11.75 million, you're going to get 66 to a hundred

11   million," claiming a third of our prisons are undocumented

12   immigrants, when the real figure is less than six percent.

13       So this is the ongoing FAIR outlook about immigrants,

14   about race.

15   BY MR. CHAVEZ:

16   Q.  Okay.  Wow.

17       Well, let's move to FLIMEN.  What can you tell us about

18   FLIMEN, Dr. Lichtman?

19   A.  Yes.  You can understand where FLIMEN is coming from.  And

20   they're the ones directly communicating with the

21   decision-makers and passing on communications from FAIR by

22   looking at the two founders.

23       You recall in the designated testimony from David Caulkett,

24   the vice president of FAIR, that he and Enos Schera, both of

25   whom are still involved in FLIMEN -- and Caulkett was very much

1    involved in the communications, and Schera is still a board

2    member, who are the cofounders.  And again, you can see the

3    extreme hate and animus towards non-white immigrants and

4    immigration in general.

5         Turning first to Schera.  I can't paraphrase Schera.  It's

6    just impossible.  But I will read to him -- read to you exactly

7    what he said to indicate the point I just made.  It's on Page

8    150.  On his Facebook page, I note he expresses his disgust

9    with the quote:  "Dade County Commissioners, who came in the

10   waves of hundreds of thousands of illegal alien Cuban refugee

11   exiles, who came to Miami and overtook our English language,

12   culture, politics, and substituted it with their Spanish

13   language, culture, and politics."

14        He goes on to talk about the, quote:  "Illegal alien

15   invaders, who worked to demolish my once-US-held

16   English-speaking Miami-Dade County, in the country I fought for

17   as a US marine in World War II against the Japanese, only to

18   find it taken away by hundreds of thousands of uninvited

19   illegal Cuban refugee invasions that claim and stole Miami-Dade

20   County, in their demand to recreate a North Cuba of their own

21   on US land in Miami.  Join me and we shall beat the enemy,

22   anti-American, illegal alien lawbreakers stealing the USA, by

23   outstrategizing their tactics."  I think that speaks for

24   itself.

25        With respect to Caulkett, it's easier to describe his

```
1    positions.  He created a business designed to out alleged

2    illegal immigrants without any (inaudible) to make sure that

3    reports -- paid reports coming into him were, in fact, in any

4    reliable.  As you heard testimony from your lay witnesses, he

5    engaged in vigilante activity on a day labor site --

6    Q.  Well, Doctor, sorry to interrupt.  But we actually have an

7    exhibit on that business, reportillegals.com.  It's Exhibit P3.

8          MS. BRODEEN:  Can we hold on while I -- Your Honor, we

9    have a relevancy objection and an authenticity objection.

10          THE COURT:  Let me just get to P3 and then we can

11   address it.

12          MS. BRODEEN:  Okay.

13          THE COURT:  Okay.  Did you want to make further

14   argument or you're just objecting on grounds of relevancy?

15          MS. BRODEEN:  Well, I still don't understand how this

16   is connected to SB 168.  And we have an authenticity objection

17   to this also.

18          THE COURT:  Mr. Chavez?

19          MR. CHAVEZ:  Sure.  So this is -- you'll recall during

20   the designation Caulkett admits to owning this business,

21   reportillegals.com.  This exhibit is actually a letterhead of

22   reportillegals.com with his signature on the bottom.

23          During his deposition, he confirmed that that was

24   indeed his signature.  And this goes to relevancy.  David

25   Caulkett is a major player in the passage of SB 168.  We'll see
```

1    a little bit later on, for FAIR and FLIMEN, he was -- I think

2    we could call him the main point of contact between these hate

3    groups and the legislators that were working on SB 168.  He's

4    who they reached out to for advice.  Caulkett is the person who

5    reached out to them to give them the data that we've talked

6    about, et cetera.

7         So I think trying to figure out who Mr. Caulkett is is

8    incredibly relevant to this case.

9         THE COURT:  And remind me, Mr. Chavez, this exhibit,

10   P3, was specifically shown to Mr. Caulkett during his

11   deposition?  He identified it?  I know he identified the

12   organization, reportillegals.com.  But did he, in fact,

13   identify this document that bears his signature?

14        MR. CHAVEZ:  I believe, Your Honor -- I don't have

15   that deposition in front of me -- but he acknowledged that it

16   was his signature on it.

17        THE COURT:  Is there anything further?

18        MR. CHAVEZ:  No, Your Honor.

19        THE COURT:  Ms. Brodeen?

20        MS. BRODEEN:  We're going to check to see if this

21   exhibit matches up with the testimony in the deposition as

22   represented.

23        MR. CHAVEZ:  And Your Honor --

24        THE COURT:  I mean, it appears to be an electronic

25   signature.  I don't think anyone is disputing that at the date

1    and time of this letter in April of 2010 Mr. Caulkett testified

2    that, in fact, he was the president and there was an

3    establishment reportillegals.com.

4         So would there be any other objection?  On grounds of

5    relevance, that's overruled.  On grounds of authenticity, if,

6    in fact, this was shown and identified, and it certainly is

7    consistent with his testimony, I see no reason why the Court

8    should not accept this just for purposes of Dr. Lichtman's

9    testimony regarding FLIMEN.  So the objection is noted.  It's

10   overruled.

11        MR. CHAVEZ:  Thank you, Your Honor.

12        Can we pull up that exhibit, P3.

13   BY MR. CHAVEZ:

14   Q.  And Dr. Lichtman, I understand you've had an opportunity to

15   review reportillegals.com, that the business -- what can you

16   tell us about the business as we pull up this exhibit?

17   A.  Let me finish.  I had a chance to review it.  I also talked

18   about it earlier in my expert report.  So I was already

19   familiar with what Mr. Caulkett was doing with Report Illegals.

20   Q.  And so, Dr. Lichtman, what -- can you tell us what you know

21   about reportillegals.com?

22   A.  Yes.  This was -- I would describe it as full-profit

23   vigilante activity on the part of Mr. Caulkett, where members

24   of the public, anyone, could report in someone who was, as he

25   says, a suspected illegal alien and/or a suspected legal

1    employer.  And this was for profit.  He would charge $10 for

2    any such reports.

3         And then this is an example of his passing on the

4    allegation to ICE.  And critically, he says:  "This is from

5    someone who has submitted the information to

6    reportillegals.com.  We cannot confirm the accuracy."  And then

7    he's asking to investigate and prosecute these suspected

8    illegal activities.  He's asking for maximum penalties,

9    including deportation and maximum fines.

10        And especially important to him -- and this ties directly

11   into SB 168 -- is adding the alien to the expedited deportation

12   list and felony.  In other words, he is taking over the transom

13   information from unknown persons.  They could give him any

14   name, any information.  He'd have no way of checking it.  He's

15   not confirming the accuracy of any information that he has

16   received.  And yet, he is passing it on to the authorities and

17   asking them to -- not just to investigate, but to prosecute the

18   suspected activity.  He's asking for maximum penalties and

19   tying this directly to the deportation and detention that is

20   part of SB 168.

21   Q.  Thank you.

22        And of Mr. Caulkett's other business, illegalaliens.us,

23   what can you tell us about that?

24        And let's pull up Exhibit P30 -- that's a screenshot of

25   illegalaliens.us -- as you tell us about that.

1   A.  Yeah.

2          MS. BRODEEN:  Objection.  Your Honor, we have

3   objections based on relevancy and hearsay.  I don't believe

4   that that was an exhibit that he identified -- forget about

5   authenticity.  We have relevancy and hearsay objections.

6          THE COURT:  Is this merely another document -- is this

7   during the date and time that Mr. Caulkett was president?

8          MR. CHAVEZ:  Yes -- vice president, Your Honor.  I

9   think David Caulkett has only been vice president.  He

10  wasn't --

11         THE COURT:  Vice president.  All right.

12         MR. CHAVEZ:  Since --

13         THE COURT:  Is there a response to Ms. Brodeen's

14  objection?

15         MR. CHAVEZ:  Sure.

16         So during Mr. Caulkett's deposition, we also had an

17  opportunity to talk about this website.  This is another

18  business that he owned.  And I think it also goes to

19  Mr. Caulkett and FLIMEN.  We argue that those groups were

20  involved in the passage -- and not just involved, but these

21  groups have anti-immigrant philosophies and that that's

22  influenced what happened in SB 168.  That's part of the

23  sequence of events leading up to SB 168, was that these groups

24  pushed an anti-immigrant narrative.  And this goes to that

25  anti-immigrant narrative, Your Honor.

1          THE COURT:  But with regard to illegalaliens.us, did

2     Mr. Caulkett testify that he was involved with this

3     organization in addition to reportillegals.com?

4          MR. CHAVEZ:  Yes, Your Honor.

5          THE COURT:  All right.  And let me note that the

6     previous exhibit -- during his deposition, he was, in fact,

7     shown that letterhead, and he was shown the bottom.  He stated

8     that it was his signature.  And that's at ECF Number 110-34, at

9     Page 66.  And certainly, similar to reportillegals.com, the

10    Court is going to permit this exhibit and the objection is

11    overruled.

12         MR. CHAVEZ:  Thank you, Your Honor.

13    BY MR. CHAVEZ:

14    Q.  Dr. Lichtman?

15    A.  Yes.  I'm still here.

16    Q.  Please tell us -- give us your thoughts on

17    illegalaliens.us.

18    A.  There's a lot to unpack here.  First of all, as we heard

19    from the designated portion of Mr. Caulkett's deposition, this

20    is still his website.  In other words, this was active right

21    through the entire period when FLIMEN was involved with the

22    passage of SB 168.  It's not a past business.  And there's a

23    lot here that is extremely revealing about Mr. Caulkett, who

24    was the prime mover in FLIMEN, including during this period

25    when FLIMEN was involved in the passage of SB 168.

1    First thing to be noted is "illegal invasion."  This is,

2    again, an inflammatory, derogatory way of describing alleged

3    undocumented immigration to the United States.  You see this

4    all the time with anti-immigrant groups and individuals.

5    Again, I think I mentioned it connotes a foreign invading army

6    coming into the United States, intent upon doing the nation

7    significant harm.

8        If we can move down.

9    Q.  This is just a screenshot, Dr. Lichtman.  I know you also

10   had an opportunity to review the website.

11   A.  Yeah.

12   Q.  Oh.  I guess there is some down below.  My apologies.

13   A.  That's not it.

14   Q.  Well, I think you're thinking of the -- if you go to the

15   active website -- this is a screenshot from --

16       MS. BRODEEN:  Well, Your Honor, I've never seen this.

17   This is not part of the expert report.

18       THE COURT:  Let's take that off, please.  Is that

19   meant to be part of the other exhibit?

20       MR. CHAVEZ:  Well, it was -- yes, Your Honor.  And it

21   was also an exhibit during Mr. Caulkett's deposition.  But I --

22       MS. BRODEEN:  I don't recall.  It could be.  I don't

23   recall it, though.  I could be mistaken.  What exhibit number

24   was it to the depo?

25       THE COURT:  Yeah.  Let's focus on the exhibit number,

1    please.

2           MR. CHAVEZ:  We were just looking at Exhibit Number

3    P30.  And this is just a screenshot of the -- that website, I

4    think from June of 2020.  And I know Dr. Lichtman has had an

5    opportunity to review the website throughout the time he was

6    drafting his expert report.  And so I don't know if it's --

7    what he viewed on the website's going to be exactly on that

8    screenshot because that website gets updated from time to time.

9           MS. BRODEEN:  Was this screenshot footnoted in his

10   report as a source that he relied on or reviewed?

11          MR. CHAVEZ:  During the deposition, we talked to

12   Mr. Caulkett quite a bit about both illegalaliens.us and Report

13   Illegals.  When we asked him about illegalaliens.us, if he

14   owned that business, his response was yes.

15          MS. BRODEEN:  Okay.  Now I'm objecting because you're

16   showing Dr. Lichtman something I don't see footnoted in his

17   expert report that he wants to talk about today.

18          MR. CHAVEZ:  He wants to talk about how FAIR and

19   FLIMEN -- who FAIR and FLIMEN are.  Part of that comes from his

20   review of these organizations, what they do, who the people

21   are -- I mean, not everybody, but who the key people are, like

22   David Caulkett.

23          MS. BRODEEN:  Okay.  But my objection is about -- it's

24   not in the report and it's not footnoted, I believe.  Can you

25   point me to a footnote or a page where he mentions these

```
1    particular screenshots?
2              THE COURT:  Yeah.  I'm at a loss.  I'm looking at P30,
3    which is at ECF 116-6, and I did not see the document that was
4    placed on the screen.  Where would that document be found?
5              MR. CHAVEZ:  Oh, that second page, you mean?
6              THE COURT:  Yes.  The page that Ms. Brodeen is
7    objecting to.
8              MR. CHAVEZ:  Well, we don't need to look at that page.
9              THE COURT:  All right.  Let's move on.
10             MR. CHAVEZ:  Yeah.  Sorry.
11             THE COURT:  The objection is sustained.
12             MR. CHAVEZ:  I think even during the deposition we
13   just focused on that front page.
14             THE COURT:  Let's continue.
15             MS. BRODEEN:  I also have an objection that I don't
16   recall him putting in his expert report anything about the
17   screenshot, and he's going to talk about it as an expert, but
18   it's not part of his opinion.  I mean, if there's a footnote,
19   then cite to it.
20             MR. CHAVEZ:  So in developing his opinion, Karen,
21   Dr. Lichtman reviewed deposition transcripts.  He reviewed
22   websites --
23             THE COURT:  Okay.  Well, let's focus right now on what
24   you attempted to show, what you represented was P30.  What is
25   P30 was not this document that you screen shared.  So you've
```

```
 1    taken the document off.  Let's move on.  The objection is
 2    sustained.  That was not part of the exhibit.  So let's
 3    continue.
 4             MR. CHAVEZ:  Perfect.
 5    BY MR. CHAVEZ:
 6    Q.  So Dr. Lichtman, what can you tell us of this business
 7    illegalaliens.us?
 8    A.  As I said, this is a website of Mr. Caulkett, which he -- I
 9    listened to him -- the designations, which he testified to.  So
10    it would have been active right through the period when he was
11    involved in the passage of SB 168.  And it is filled with
12    inaccurate and hateful material.
13       We already talked about the reference to "invasion."  But
14    what is most significant, and what was shocking to me in
15    reviewing this website, was the songs that he was promoting to
16    anyone dialing in to his website.  I listened to all of them --
17             MS. BRODEEN:  Your Honor, I object.  I don't recall
18    anything in the expert report about songs.  This is outside the
19    scope of his report, I believe.
20             THE COURT:  Mr. Chavez, where would the Court find
21    reference to songs?
22             MR. CHAVEZ:  I don't know that we referenced, you
23    know, every piece of that website.  You know, it's a public
24    website.  Anybody can go to illegalaliens.us and look at --
25             THE COURT:  The pertinent point -- the pertinent
```

1    period would be prior to SB 168's adoption.

2           So if, in fact, Dr. Lichtman is here to educate the

3    Court on the relationship between FAIR and FLIMEN, and the

4    characteristics of FLIMEN that he seeks to advise the Court of,

5    the current website is not pertinent to that analysis.

6           So why don't we focus on the opinions that you have

7    asked him to express and the basis of the opinions.  And I

8    don't believe that the Court has reviewed anything relating to

9    songs that Mr. Caulkett or anyone in FLIMEN may be interested

10   or favor.  All right, sir?

11          MR. CHAVEZ:  Understood.  Thank you, Your Honor.

12   BY MR. CHAVEZ:

13   Q.  So let's move on.

14       So based on your review of FAIR and FLIMEN, Dr. Lichtman,

15   do you believe it accurate to designate these groups as

16   anti-immigrant hate groups?

17   A.  There can be no question, based upon their statements,

18   their funding, their positions.  And for FLIMEN, these hateful

19   expressions extended right through the period for the adoption

20   of SB 168, as I documented in my report.  And so, too, for FAIR

21   during that period, with FAIR coming out with a list of alleged

22   serious crimes committed by undocumented immigrants, all of

23   them from African or Latin American countries or persons with

24   Hispanic surnames.

25          And during the debates in April, FLIMEN came out with an

```
 1    alert which said:  "Immigration anarchy defined.  It is
 2    sanctuary jurisdictions that," quote, "allow criminals,
 3    rapists" -- "criminal rapists, murderers, and others to reside
 4    in our midst."  And these are just some examples of the hateful
 5    rhetoric and positions taken by FLIMEN and FAIR proceeding to
 6    and up through the adoption of SB 168.  And they're all
 7    documented in my report.
 8    Q.  Thank you.
 9        And so have these groups pushed that same immigrant threat
10    narrative we were discussing earlier?
11    A.  Oh, to a great extent they've pursued that immigrant threat
12    narrative.  We talked about FAIR's list of dangerous acts
13    committed by non-white illegal immigrants.  We talked about how
14    FLIMEN characterized so-called sanctuary cities.
15        In addition -- and I think we'll see the emails on this --
16    FLIMEN directly sponsored a press event explicitly designed to
17    promote the threat narrative to show how dangerous to the
18    public safety illegal immigrants allegedly are.  And I think I
19    pointed out one of the statements of one of the attendees
20    there.  Amapola Hansberger explicitly talked about such persons
21    coming to the United States to kill you.  And there were other
22    demonstrations of the alleged dangers to the safety of
23    Americans of alleged undocumented immigrants.  But they're, of
24    course, not characterized that way by these groups.  They're
25    called "illegal aliens" or "illegal criminal aliens."
```

1   Q.   And, Dr. Lichtman, have these same attitudes and

2   philosophies that you have been describing -- did they carry

3   forward up through the passage of SB 168?

4   A.   Absolutely.   They long preceded the passage of SB 168.   And

5   as I just explained, were part and parcel of the involvement of

6   both FLIMEN and FAIR in the passage of SB 168.   And they're

7   further reflected, I think as we'll see when we get to the

8   emails, in some of the private communications that are being

9   disseminated, in particular by FLIMEN.

10  Q.   And I think we're about to get to that.   Based on your

11  review of the record evidence, Dr. Lichtman, how would you

12  describe FAIR and FLIMEN's involvement in that process leading

13  up to the adoption of SB 168?

14  A.   Yes.   Their involvement was extensive and intimate.   They

15  were inside the process for adopting SB 168, proposing draft

16  legislation, proposing modifications of legislation, providing

17  advice on strategy, on drafting, and on publicizing support for

18  SB 168.

19     I would characterize this as fundamentally different from

20  normal outside advocacy, as you heard from your lay

21  witnesses --

22          MS. BRODEEN:   Objection.   Now he's testifying about

23  being an expert in the Florida legislative process.   I haven't

24  heard him being offered in that area.

25          THE COURT:   The objection is overruled.   You may

1    continue.

2            THE WITNESS:  Thank you.

3            I was saying, this is quite different -- and I'm

4    intimately familiar with how state legislatures work.  I wrote

5    a column for almost 30 years on state and local politics in

6    Maryland.  And what was described by your lay witnesses was

7    sort of your typical outside advocacy.  See that all the time.

8    You know, coming to the capitol, trying to buttonhole

9    legislators in the hallways, trying to get a few minutes of

10   time from legislative aides, having your supporters come to the

11   capitol.  You know, in earlier time, write letters or

12   telegrams, now maybe send emails or phone calls.  This is

13   outside advocacy.

14           What we see from FLIMEN, and from FAIR through FLIMEN,

15   is fundamentally different from that.  That is, they are

16   working hand in glove on the inside with privileged access to

17   the offices of the key decision-makers and the key

18   decision-makers themselves.

19           I have never in all my scholarship, and in my one

20   hundred cases, ever seen groups like this, you know, such

21   obvious racialist, nativist groups operating on the inside in

22   the process for creating and adopting statewide important

23   legislation.

24   BY MR. CHAVEZ:

25   Q.  Okay.  So my favorite all-time question here and elsewhere.

1    So what?  Why does their involvement matter?  How does that

2    inform your opinion, Dr. Lichtman?

3    A.  It very much informs my opinion because these are overt,

4    anti-immigrant hate groups.  And they are part and parcel in

5    the process for adopting SB 168.  And their positions are

6    well-known, well-established -- in fact, it was pointed out to

7    Senator Gruters in a hearing that SPLC had designated FAIR as a

8    hate group.  And Gruters had previously credited such a

9    designation by SPLC of someone called Peter Gemma to remove him

10   from the executive committee of the Sarasota Republican

11   Executive Committees.  So this was something that he knew, he

12   understood, he did not likely dismiss.

13          MS. BRODEEN:  Objection.  He's speculating about the

14   mindset of Senator Gruters.

15          THE COURT:  Sustained.

16          THE WITNESS:  It's just something he knew.  Leave it

17   at that.

18          Yet he continued to work with FAIR through FLIMEN,

19   even after being informed of their role as a hate group.  This

20   is rare direct evidence, not just circumstantial evidence, of

21   intentional discrimination.  Because you have these groups on

22   the inside, critical to the process, who are avowed groups that

23   are racialist, nativist, and have extreme animus towards

24   non-white immigrants in this case, whether legal or not.

25

```
1    BY MR. CHAVEZ:

2    Q.  Okay.

3            MR. CHAVEZ:  I'm sorry.  Karen, did you have an

4    objection?

5            MS. BRODEEN:  No.  I'm getting input.

6            MR. CHAVEZ:  You're getting ready for one?

7            MS. BRODEEN:  No.  I'm getting input from the side.

8    BY MR. CHAVEZ:

9    Q.  Okay.  So let's talk about that evidence.  We'll get into

10   those emails.  But before I do that, maybe I should have said

11   something earlier.  I know we have a lot of people in our

12   virtual courtroom.  A lot of this stuff is pretty difficult, I

13   think, particularly some of these emails.  I heard from at

14   least one person they have a child with them --

15           MS. BRODEEN:  Objection.  Is counsel testifying?

16           THE COURT:  Yeah.  I think, Mr. Chavez, if someone is

17   volunteering to participate in this public proceeding, they can

18   make the decision to disassociate and to turn their cameras off

19   or to not participate.  But --

20           MR. CHAVEZ:  Understood.

21           THE COURT:  -- if you're seeking to introduce

22   evidence, then let us --

23           MR. CHAVEZ:  At the end of emails --

24           THE COURT:  All right.  You can certainly caution

25   everyone, if you are attempting to publish a document, and then
```

```
1    let the Court know of the sensitive nature of the document

2    ahead of time.  But other than that, let's move forward.

3            MR. CHAVEZ:  Okay.  That's all I was attempting to do,

4    Your Honor.  I apologize if I was testifying.

5    BY MR. CHAVEZ:

6    Q.  So let's go over a few of these emails, Dr. Lichtman.

7    First up, we have Exhibit P4.  This is an email from Jack

8    Oliver to Senator Bean, dated December 13th, 2016.  I know

9    you've seen this, but we'll give it a second to load up on the

10   screen.

11       And there's two particular sections here, Dr. Lichtman, I

12   want to point your attention to.  One towards the bottom is the

13   text.  It says --

14           MR. CHAVEZ:  Thank you.

15           I need it a little bit bigger.

16           MS. BRODEEN:  Your Honor, we have a hearsay objection

17   to this document before he starts talking about it and

18   effectively putting it in.

19           THE COURT:  All right.  Are you seeking to introduce

20   this document for its truth?

21           MR. CHAVEZ:  No, Your Honor.  In fact, I don't know

22   that it is true.  We're seeking it to establish a relationship

23   between FLIMEN and the sponsors of SB 168.

24           THE COURT:  The objection is overruled.  You may

25   continue.
```

```
 1              MR. CHAVEZ:  Great.

 2     BY MR. CHAVEZ:

 3     Q.  So Dr. Lichtman, they say here:  "Our sanctuary city bill."

 4     And then up above, they attach what is called "FLIMEN

 5     Anti-Sanctuary City Bill."

 6              MR. CHAVEZ:  And I think, Lisa, scroll up to that so

 7     we can see the attachment.

 8              MS. BRODEEN:  I don't see an attachment.  Oh, it's a

 9     reference to an attachment.

10              MR. CHAVEZ:  Yes.  She just highlighted it there.

11     BY MR. CHAVEZ:

12     Q.  So what can you tell us about this email, Dr. Lichtman?

13     A.  Well, this email shows early on in the process for

14     considering legislation similar to that of SB 168, to create

15     mandates for law enforcement and other officials within Florida

16     to cooperate with ICE on immigration enforcement -- it shows

17     FLIMEN reaching out to Senator Bean, who they believe will be

18     sympathetic to this kind of legislation.

19         And this outreach asks Senator Bean to sponsor two of their

20     bills, one that is related to the anti-sanctuary type of bill

21     that would become SB 168, and another is a different bill.

22              MS. BRODEEN:  Objection.  There's no evidence in the

23     record that this will become Senate Bill 168.  We don't even

24     know what was offered in 2016.

25              THE COURT:  Again, if the objection is you feel that
```

```
 1    the testimony is groundless, then you certainly have the

 2    opportunity to cross-examine.  But absent a legal basis, the

 3    objection is overruled.

 4              THE WITNESS:  If I may continue.

 5              THE COURT:  You may.

 6              THE WITNESS:  I actually read the model legislation

 7    introduced.  So it wasn't speculation.

 8              And the other bill which I did not study because it

 9    dealt with a different topic, E-Verify, which has to do with

10    using an automated system for employers to verify the

11    immigration status of someone they've hired or might consider

12    hiring.

13    BY MR. CHAVEZ:

14    Q.  Thank you, Dr. Lichtman.

15        And let's take a quick look at that exhibit, which is

16    Exhibit P32.

17        This is the attachment to P4 that we were just looking at.

18              MS. BRODEEN:  Your Honor -- okay.  P32.

19              THE COURT:  This is P32 or P --

20              MS. BRODEEN:  P32 is entitled --

21              MR. CHAVEZ:  Yes, Your Honor, 32.

22              THE COURT:  All right.  Hold on.

23    BY MR. CHAVEZ:

24    Q.  So Dr. Lichtman, in your review of FLIMEN's model

25    anti-sanctuary legislation, how did it actually compare to what
```

```
1    would eventually become SB 168?
2    A.  As I note with the analysis, in my report, it's certainly
3    not identical to SB 168.  An actual bill is much more detailed
4    and specific than a model legislation, which lays out the
5    basics.  But in terms of its critical components, it is
6    extremely similar.
7         Both have a ban on so-called sanctuary cities, both have a
8    mandate to share information with ICE, both have a mandate to
9    honor ICE detainers.  Both detail ways in which that is to be
10   carried out by local officials.  And both have teeth.  Both
11   have enforcement in both cases by the attorney general of the
12   state of Florida.  And both have prohibitions on racial
13   profiling.  Although unlike the enforcement of the cooperation
14   with ICE, there is no teeth in that particular part of the
15   bill.
16        So in critical regards, the bills are quite similar, and
17   certainly in their fundaments, what they mandate local
18   officials to do and how they enforce it.
19   Q.  Right.
20        Okay.  Let's look at another email.  If we can go to
21   Exhibit -- Plaintiffs' Exhibit 7.  This is a Morrow email to
22   Representative Byrd.  Let's give it a second here.
23             MR. CHAVEZ:  I love being virtual, but the load-up is
24   a lot slower than in court.
25
```

1    BY MR. CHAVEZ:

2    Q.  Okay.  So at P7, what can you tell us about this email,

3    Dr. Lichtman?

4    A.  Yes.  This is from the president of FLIMEN, Kenneth Morrow,

5    to Cord Byrd, who was the prime House sponsor of SB 168.  It's

6    very early on in the process, January 18th, 2019.  And again,

7    it references "A bill to be entitled" -- "entitled.docx."  And

8    again, it references a number of different bills, but the one

9    that's, too -- really, that's pertinent here is --

10        MS. BRODEEN:  Your Honor, he was only asked to

11   identify this.  This is beyond the scope of the question.

12        MR. CHAVEZ:  I asked him what he could tell us about

13   this email.

14        THE COURT:  Overruled.  The question was:  "What can

15   you tell us about this email, Dr. Lichtman?"

16        I'd say it's responsive.  Overruled.

17        THE WITNESS:  Yes.  Thank you.  And you can see it

18   specifically references eliminating sanctuary cities, SB 168.

19   It also is important because it references that he and his

20   associates had the opportunity to meet with several senators

21   and representatives.  We saw how hard it was for the witnesses

22   the last few days to meet with anyone on the week of January

23   7th, 2019.  And their explicit purpose was to request

24   assistance in promoting this legislation, including SB 168.

25

```
 1   BY MR. CHAVEZ:

 2   Q.  So let's move forward from Plaintiffs' Exhibit 7.  And

 3   let's go to Plaintiffs' Exhibit 10.  This is a January 23rd,

 4   2019 email from Mr. Caulkett, we were discussing earlier, to

 5   Senator Gruters.  What can you tell us about this email,

 6   Dr. Lichtman?

 7        MS. BRODEEN:  Your Honor, I object based on hearsay

 8   and relevancy.

 9        THE COURT:  With regard to relevancy, the objection is

10   overruled.  With regard to hearsay, Mr. Chavez, what is the

11   purpose of this document?

12        MR. CHAVEZ:  No, Your Honor.  The purpose of this

13   document isn't for the truth of the matter asserted.  But it is

14   to establish a relationship between Caulkett, vice president of

15   FLIMEN, and Senator Gruters, and Senator Gruters's office, the

16   primary sponsor of SB 168.

17        THE COURT:  The objection is overruled.

18        THE WITNESS:  All right.  So the first thing is this

19   is an email from David Caulkett, not just the vice president

20   but the founder and really the prime mover of FLIMEN.  And

21   again, it refers to bills for drafting.  It's to Josh Barnhill,

22   who we also heard mentioned previously, the aide to Senator

23   Gruters, who is referenced on a lot of these emails, who's

24   dealing with issues related to SB 168.  And this confirms yet

25   another meeting with Senator Gruters.  This is a later email
```

1    than the one previously, confirming --

2              MS. BRODEEN:  Your Honor, I thought this was for a

3    different purpose than confirming the meeting actually

4    happened.  It's just to show that there's an email between the

5    two parties.

6              MR. CHAVEZ:  Well, whether or not --

7              THE COURT:  Hold on.  Hold on.  Hold on.

8              MR. CHAVEZ:  Yes, Your Honor.

9              THE COURT:  I didn't hear a legal basis.

10             MS. BRODEEN:  Objection.  Irrelevant and hearsay.

11             THE COURT:  Overruled.  You may continue.

12             THE WITNESS:  Yeah.

13             It confirms that -- he says that he met with Senator

14   Gruters, another meeting, a later meeting than the one

15   referenced in the earlier email.  And he expresses how elated

16   he is that Senator Gruters is going to sponsor the DOC 287(g)

17   bill.  And that's the anti-sanctuary cities bill.  The other

18   bill is a different bill that I'm not going to talk about.

19             And again, bills are attached.  And he says FLIMEN is

20   going to seek House sponsors tomorrow.  So he's at least

21   claiming that he got Senator Gruters to sponsor his bill.

22   That's quite an extraordinary thing for an outside advocate.

23             Also very interesting here, when he says:  "Get the

24   bills to bill drafting ASAP."  That's not something you would

25   expect to see from an outside advocate with no relationship on

1    the inside with these decision-makers.  It's quite an

2    extraordinary thing for Caulkett asking the key aide to the key

3    senator:  "Get the bills to drafting ASAP."

4          Next is, at Senator Gruters's request, the list of

5    sanctuaries in Florida; in other words, Senate Gruters is

6    reaching out to these organizations.  This isn't something

7    coming in over the transom to Senator Gruters, like we saw with

8    efforts of other groups.  "Per Senator Gruters's request, the

9    list of sanctuaries in Florida."  And then he says:  "As I call

10   them, anarchy cities."

11         Again, a window into Caulkett and FLIMEN.  He is

12   denigrating and demeaning these so-called jurisdictions as

13   anarchy cities.  And as I've also cited in my report, they

14   define anarchy cities as cities that harbor murderers, rapists,

15   and other criminals.  He also warns that other list as well.

16   But what Senator Gruters is asking for is this particular list

17   of sanctuaries in Florida that, based on the attachment and

18   other emails, comes from FAIR.

19         Next -- the next paragraph is also important.  "FLIMEN

20   suggests you not widely distributing the list, as that would

21   just create problems."

22         In the designation that I listened to, David Caulkett

23   was asked about this.  Why would this create problems?  And he

24   gave what I thought was a quite interesting answer.  He said:

25   "Well, we really don't know" -- this was quite extraordinary

1    from this advocate -- "We really don't know what the sanctuary

2    cities are in Florida.  We really don't know if there are any

3    sanctuary cities in Florida.  And so any list is going to be

4    problematic."  In other words, they're promoting very strongly

5    this anti-sanctuary city bill but they have no idea what the

6    sanctuary cities are in Florida or even whether there are any

7    sanctuary cities in Florida, which would have to be the basis

8    for analyzing any of the implications of the bill that they are

9    pushing.

10          I would also -- from my reading of the entire set of

11   emails and the context, I would infer that there is something

12   more going on here.  Throughout this set of emails, both the

13   legislators' offices and legislators and FLIMEN are very, very

14   careful to keep FAIR under wraps --

15          MS. BRODEEN:  Objection.  Speculative.  There's no

16   evidence that there's any link between FLIMEN on behalf of FAIR

17   when they do the emails to the legislators.

18          THE COURT:  The objection is noted.  It's overruled.

19          THE WITNESS:  May I continue, Your Honor?

20          THE COURT:  You may.

21          THE WITNESS:  So what I'm saying is I've read all

22   these emails, and it's very clear in all these emails -- and

23   we'll see some of them later -- that there was a real effort to

24   conceal the involvement of FAIR, that everything came through

25   FLIMEN.  There was nothing -- no emails, you know, with FAIR's

1    email address or their legislative director David Jaroslav's

2    email address.  Everything came through FAIR, which is not

3    surprising.  FAIR is not -- FLIMEN is not a very well-known

4    organization.  FAIR is an extremely well-known organization.

5    It was designated a hate group by the SPLC.  It's been widely

6    criticized for years in the press.  So one could understand

7    why, on this sensitive matter, they would not want something

8    coming from FAIR to be front and center.

9         Then we have this last paragraph, if we can highlight

10   that.  "Our attorneys" -- if we can highlight the whole

11   paragraph.

12   BY MR. CHAVEZ:

13   Q.  We can pull that out, Dr. Lichtman, if you would like to

14   see a bigger text.

15   A.  I can see it, even with my old eyes.  As the song says:

16   "His eyes are getting old," but I can still see it.

17       "Our attorneys looked at SB 168."  It's not clear to me

18   whether it's FAIR's attorneys or FLIMEN's attorneys.  I'm not

19   sure FLIMEN has a set of attorneys the way FAIR does.  And

20   whenever sort of any technical issue comes up, they're always

21   referencing FAIR.

22       The suggestions were, one, to drop state's attorneys, so

23   just the attorney general handles prosecutions.  And that

24   actually happened.  State's attorneys were dropped from the

25   bill and the attorney general was substituted.  And having the

1    attorney general and not the state's attorneys be the

2    enforcement mechanism was actually in the 2016 December model

3    legislation submitted by FLIMEN, but was not in this version

4    that came out in 2019 from Senator Gruters.

5        Second thing that is said here:  "Remove several

6    carve-outs."  And again, in the designation that I listened to

7    David Caulkett was asked:  "What are these carve-outs?"  And he

8    gave an answer that, I have to say, I did not find credible.

9    His answer was:  "These are unfriendly amendments proposed by

10   Democrats in the legislature."  That makes no sense because

11   those amendments were never in the bill.  They never made it to

12   the bill.  They were always voted down.

13       So there was nothing with regard to those amendments to

14   remove.  It had to be something else.  As I indicated in my

15   report, in comparing bills, it is likely some elements that

16   were in this bill, but not in the original 2016 FLIMEN

17   submission, that -- had to do with some of the details of

18   enforcement.

19   Q.  It's a dramatic pause, Dr. Lichtman, to give you a chance

20   to get a drink.  Because we're going to jump right into the

21   next exhibit.

22   A.  I think I'm going to need a break.

23       THE COURT:  Yes.  Mr. Chavez -- and I believe the

24   court reporter also needs a break.  So would this be a good

25   time for a 15-minute comfort break?

```
 1            MR. CHAVEZ:  Yeah.  Absolutely.  There's a few more
 2    emails, but let's --
 3            THE COURT:  All right.  I'll see you back here in 15
 4    minutes.
 5        (Recess from 2:44 p.m. to 2:46 p.m.)
 6            THE COURT:  Welcome back.
 7            There's a little bit of activity in our Capitol.
 8            Are we ready to continue?
 9            MS. BRODEEN:  Yes, Your Honor.
10            THE COURT:  Where is the witness?
11            MR. CHAVEZ:  Activity in our Capitol, you said, Your
12    Honor?
13            THE COURT:  Yes.  Apparently, there is some rioting
14    and a little bit of violence within the Capitol.
15            MS. BRODEEN:  In Tallahassee?
16            THE COURT:  No.  No.  I'm sorry.  In Washington, DC.
17            UNIDENTIFIED SPEAKER:  You worried those of us that
18    are down the street.
19            THE COURT:  Oh, I'm sorry.
20            MS. BRODEEN:  We've had to evacuate before.
21            THE WITNESS:  They have driven the Congress out of the
22    Capitol.  I don't think that's ever happened before.  We live
23    in interesting times.
24            THE COURT:  We certainly do.
25            Thankfully, everybody is healthy.  And that's a reason
```

1    to be grateful.

2             All right.  We ready to continue?

3             THE WITNESS:  I'm ready.

4             THE COURT:  All right.

5    BY MR. CHAVEZ:

6    Q.  Thank you, Dr. Lichtman.

7        So speaking of interesting times, let's move forward and

8    take a look at Exhibit P11.  This is the next day after the

9    email we were looking at yesterday, a January 24th, 2019 email

10   and I believe this is Barnhill to Caulkett.

11            MS. BRODEEN:  And Your Honor, I, again, have

12   objections to this email because of relevance and hearsay.

13            THE COURT:  All right.  With regard to relevancy, the

14   objection is overruled.

15            And the purpose of this document, Mr. Chavez?

16            MR. CHAVEZ:  Sure.

17            THE COURT:  Are you seeking to introduce it or merely

18   to show it to -- are you seeking to introduce it at this time,

19   first and foremost?

20            MR. CHAVEZ:  Yes, Your Honor.  To introduce it into

21   evidence, if there's no sustained objection.

22            THE COURT:  All right.  Then the purpose of the

23   introduction would be?

24            MR. CHAVEZ:  We're introducing this document to

25   establish a relationship between FLIMEN and Senator Gruters's

1    office.  So recall that --

2              THE COURT:  The objection is overruled.

3              MR. CHAVEZ:  Great.

4              THE COURT:  You may continue.

5    BY MR. CHAVEZ:

6    Q.  And so Dr. Lichtman, this is an email from the following

7    day, from the P10.  What can you tell us about this email?

8    A.  Not much on it, but there is something revealing in the

9    title.  This is from Gruters's aide to Gruters himself and

10   there are a couple of noteworthy things here.

11        Number one, this is not sent to Senator Gruters's official

12   email, where he'd have to preserve the record.  This is sent to

13   his private Gmail account.  And it is a sanctuary report that

14   was just discussed in the previous email, coming from FAIR,

15   where it was indicated that the parties -- the principals

16   involved in the exchange wanted to keep this quiet.

17        This is yet further indication of the transmittal of this

18   FAIR information to Gruters.  And further indication, because

19   it's going to a private email, that this is not something that

20   they wanted publicly disseminated.

21              MS. BRODEEN:  Your Honor, I object.  This was produced

22   as a public record.  There's no nefariousness going on here.

23              THE COURT:  The objection would be sustained with

24   regard to speculation.

25              MR. CHAVEZ:  Thank you, Your Honor.

```
 1              And it's a public record because it's Josh Barnhill's
 2    email address.
 3              THE COURT:  Understood.
 4              Let's continue.
 5    BY MR. CHAVEZ:
 6    Q.  So the same day, January 24th, let's move on to take a look
 7    at the email in Exhibit P12.  So this is Barnhill to Caulkett.
 8    What can you tell us about this email, Dr. Lichtman?
 9    A.  I think we've seen this before.  Didn't we already talk
10    about this one?
11    Q.  Yeah.  The below.  But now this is the reply to that.  So
12    that top part.
13    A.  Oh, the top part.
14              MR. CHAVEZ:  Can you highlight the top part.
15              THE WITNESS:  That's why I missed it.  It's too faint.
16              Ah, I got it.
17              Again, this is an indication of the close relationship
18    between David Caulkett, the prime mover of FLIMEN, and the
19    office of Senator Gruters.  He's thanking -- first-name
20    basis -- David for sending over the legislation and the
21    sanctuary list coming from FAIR.  There were two bills.  One of
22    them dealt with the sanctuary city issues.
23              He said he'd put both in bill drafting earlier this
24    morning.  So bills are going from FLIMEN to Barnhill and being
25    put in bill drafting on behalf of his principal, Senator
```

1    Gruters.

2         He indicates his pleasure in meeting Caulkett and Ken,

3    who must be referring to Kenneth Morrow, the president of

4    FLIMEN.  And he thanks them for the advice.

5         So at this point early in the process, they're not

6    only sending over bills that are being put in drafting, that he

7    said to get in ASAP, but also providing private advice to the

8    principals who are involved in the process for adopting SB 168.

9    BY MR. CHAVEZ:

10   Q.  Thank you.

11       Let's move a little forward in time and look at Exhibit

12   P13, please.  I believe this is Gruters forwarding that

13   sanctuary report.  What do you make of this?

14   A.  I can't see it.

15       Yeah.  This is another principal, David Simmons.  This is

16   directly coming from Gruters to another colleague in the state

17   legislature.  And Gruters himself is now getting involved

18   directly in the process of passing on to his colleague the

19   sanctuary report that came in from FAIR and that they were

20   trying not to disseminate.  And he attached this report for

21   David Simmons.

22   Q.  And Dr. Lichtman, was this same FAIR list of sanctuary

23   jurisdictions -- was that same one that was cited in the April

24   19th Senate staff report on SB 168?

25   A.  It's the same one provided in the Senate staff report, and

1    it's the same one we saw earlier that I used in comparing

2    sanctuary cities crime rates to the rest of Florida.

3    Q.  Let's go from 13 to -- let's go to Plaintiffs' Exhibit 16.

4    This is a February 11th, 2019 email, Barnhill email to Morrow.

5           MR. CHAVEZ:  And Lisa, can you scroll down a little

6    bit.

7    BY MR. CHAVEZ:

8    Q.  And Dr. Lichtman, can you pretty please tell us what you

9    make of this email.

10          MS. BRODEEN:  Objection.  Hearsay.  Relevancy.

11          THE COURT:  The objection is noted.  It's overruled.

12          THE WITNESS:  Yeah.  This email is extremely important

13    in demonstrating the relationship between the office of Senator

14    Gruters, the prime sponsor of SB 168, and FAIR.  And again,

15    also demonstrating that they're not going to communicate with

16    FAIR directly.  They are going to communicate with FAIR through

17    FLIMEN.  So we, again, have that pipeline: FAIR, FLIMEN,

18    Senator Gruters's office, Senator Gruters's office, FLIMEN,

19    FAIR.

20          And what it refers to is a criticism of SB 168 by

21    obviously an important organization, the ACLU of Florida.  And

22    this is important because this is Senator Gruters's office

23    affirmatively reaching out to FAIR, not just taking input from

24    FAIR or FLIMEN, but affirmatively, proactively involving FAIR

25    in the process of asking for FAIR's analysis in response to

1    this critique of SB 168 by the ACLU.  This is involving FAIR

2    directly, affirmatively, in something that's important.  It's

3    not just a minor issue -- how to respond to a major critical

4    organization within the state of Florida.

5    Q.  All right.  Okay.  Let's go to the next email, Exhibit P19.

6    This is a Morrow email with the subject line:  "Invasion."

7         MS. BRODEEN:  Objection.  This is irrelevant.  It's

8    not sent to Senator Gruters's office, from what I can tell.

9         THE COURT:  Mr. Chavez, on grounds of relevance?

10        MR. CHAVEZ:  This is a public record document that we

11   got through our PRRs.  So at some point it ended up within some

12   government official's inbox.

13        THE COURT:  Its relevance to this proceeding, sir?

14        MR. CHAVEZ:  Sure.  So this talks about Floridians for

15   Immigration Enforcement, FLIMEN, saying that they're working

16   with Senator Gruters and Senator Bean to seek the passage of SB

17   168, Federal Immigration Enforcement.

18        MS. BRODEEN:  It's hearsay.  Okay.

19        THE COURT:  Overruled.  You may continue.

20        THE WITNESS:  Should I respond to the question now?

21   You asked me what I make of this.

22        First of all, I would call attention to the subject.

23   If we can highlight that:  "Re: Invasion."  We've talked about

24   this many times.  This is a common pejorative term used for a

25   descriptor of alleged undocumented immigrants, implying that

1   they are invading the United States and doing harm to the

2   nation.

3          We then have the next paragraph.  This is important

4   because it's a direct admission from FLIMEN, despite what they

5   might say later on, to try to minimize their involvement.

6          MS. BRODEEN:  Your Honor, I object to him saying this

7   is an admission.  That's a legal term that he shouldn't be

8   using in his testimony.

9          THE COURT:  Sustained.

10          THE WITNESS:  I'm sorry.  I didn't hear.

11          THE COURT:  It's sustained.  Let's rephrase your

12   answer, Dr. Lichtman, that will not include any statements with

13   regard to any admissions by FLIMEN.  If you will just focus on

14   the question that was asked.

15          THE WITNESS:  Sure.  If I used a legal term, believe

16   me it was inadvertent.  We do use terms like that in history,

17   too.

18          But at any rate, the point is that this states openly

19   that FLIMEN is, in fact, working with critical senators -- the

20   prime sponsor, Senator Gruters, the previous sponsor, Senator

21   Bean -- to seek passage of SB 168, Federal Immigration

22   Enforcement.

23          I highlight this because there are later statements

24   from FLIMEN after the adoption of the report trying to

25   minimize, saying:  "We're just advocates.  We weren't really

1    involved in the inside of the process."  This is a glimpse of

2    the extent to which emails also firmly document that they were

3    on the inside of the process.

4    Q.  Thank you, Doctor.

5        And I think this email forwards another email.

6        MR. CHAVEZ:  Lisa, if you could scroll to that part of

7    this exhibit, if I am thinking of the right one.

8        (Pause in proceedings.)

9        THE WITNESS:  Yes.  Before we get to this, could we go

10   back?  I want to -- there was something in the previous email

11   that kind of explains what this is all about.

12       MS. BRODEEN:  Your Honor, he's not the one -- the

13   attorney is supposed to be directing the testimony, not the

14   witness.  Objection.

15       THE COURT:  Overruled.  If it clarifies the witness's

16   testimony.  You may continue.

17       THE WITNESS:  Yeah.  If you go down to the

18   next-to-last paragraph:  "California currently harbors."  This

19   is after they're talking in the previous paragraph about all

20   the problems with illegal aliens.  Again, illegal aliens, not

21   undocumented immigrants.

22       Then they refer as an example of what they believe to

23   be the extreme problems of undocumented immigrants by

24   highlighting California, which they say declared themselves a

25   sanctuary state.  It doesn't matter whether that's true or not.

1    I don't believe it is, but this is how they characterize it.

2    "And we need to act now to prevent Florida from going down the

3    same path," the California path.

4           And then the next document --

5    BY MR. CHAVEZ:

6    Q.  The next page.

7    A.  The next page indicates what they mean by their warning

8    about California illegal immigration and what -- how dire that

9    might bode for Florida.

10          And there's so much here to unpack.  We can begin with the

11   headline.  And this is not an article written by FAIR -- FLIMEN

12   but it's disseminated by FLIMEN right in the middle of the

13   debate over SB 168.  And it, again, contains the kind of

14   pejorative language we see from those with an animus against

15   immigrants.  "Five-Million-Strong Wave of Illegals Plans to

16   Storm the Border This Year," again, invoking the image of waves

17   of invaders threatening the United States.

18          And if we go on -- I'm not going to go through every single

19   paragraph because they all have something.  Let's just

20   highlight Paragraph 3, which claims that:  "Five million Latin

21   Americans plan to head to the United States as illegal aliens

22   in the next 12 months."  And:  "If that's not a crisis -- and

23   according to the mainstream media, it's not -- then what would

24   a real crisis look like?"

25          These numbers are just cooked up.  In fact, illegal

1    immigration to the United States, or undocumented immigration,

2    and the number of undocumented persons here, has declined and

3    then stabilized.

4        Next paragraph then characterizes this alleged influx of

5    five million immigrants.  If we can highlight the very next

6    paragraph.  "What would be the effect of a rapid influx of five

7    million low-wage peasants on America?  What would we do with

8    them?  Where would they live?"  You know, calling them peasants

9    kind of implies that they are of a lower form of humanity.  The

10   term "peasants," to call someone "peasants" is definitely a

11   demeaning and derogatory way of putting it.  And then:  "What

12   would we do with them," kind of establishing this barrier, this

13   separation between we and them.  "Where would they live?"  The

14   other, not one of us.

15       There's more here.  But let's go down to the last paragraph

16   on this page.  And then there's more, I think, on the next

17   page.  Talks about these commentators Adam Corolla and Tucker

18   Carlson.  And Corolla notes that:  "If you take in all of

19   Mexico's population, the end result that you get is not

20   America, it's Mexico."  In other words, more scare tactics that

21   somehow everyone from Mexico is going to come here into the

22   United States and somehow turn the America we know into Mexico.

23       And I think there's more here on the next page.

24           MR. CHAVEZ:  Can you scroll down to the next page,

25   Lisa.

```
 1          THE WITNESS:  Okay.  First -- second full paragraph:
 2   "Noted historian."  Again, an apocalyptic image of undocumented
 3   immigrants and their alleged devastating effect on the country.
 4   Talks about:  "The once-great Central Valley in California,
 5   which used to be the breadbasket of America.  It's now a
 6   wasteland because dangerous illegal alien gangs roam the
 7   highways."
 8          This hits, you know, a number of points that you
 9   typically see from those with extreme animus and hatred towards
10   undocumented immigrants turning the nation into a wasteland,
11   kind of comparing them to a flock of -- a plague of locusts.
12   And then highlighting in very lurid terms the so-called
13   immigrant threat narrative:  "Dangerous, illegal alien gangs
14   roaming the highways."  You can't even travel, they're
15   suggesting, because you have all of these illegal alien
16   immigrants roaming all over the highways, making things so
17   dangerous for regular law-abiding Americans.
18          Next paragraph:  "It's also a trash-ridden dump" -- I
19   guess referring back to the Central Valley -- "where local
20   farmers have to periodically pick up all of the discarded
21   mattresses, dirty diapers, and busted dishwashers that people
22   toss out beside the road when no one was looking."  Another
23   kind of demeaning image of undocumented immigrants, not only
24   are they criminal and dangerous and un-American, but they're
25   also dirty, filthy, unworthy.
```

1      Next:  "It could be 10 million" -- go down to the next

2   one:  "It could be 10 million or 25 million.  Who knows?  The

3   number would outrage actual Americans who are being forced to

4   pay for the illegals' health care, education, welfare, food

5   stamps, and housing assistance."  This, again, suggests

6   immigrants -- legal immigrants or undocumented immigrants,

7   rather -- they call them illegal aliens -- swarming the

8   country.  You know, the best estimate is somewhere between 10

9   and 12 million, not as many as 25 million in California alone.

10      And then they, again, contrast the undocumented

11   immigrants with actual Americans.  Again, us and them.  You

12   know, a common historical mean that we see throughout history

13   to demean the other.  Now it's illegal Latin immigrants.  At

14   one time it was the Irish, the Jews, the Italians, all kinds of

15   different groups.

16      And it says we have to pay for food stamps, housing

17   assistance, welfare, health care.  In fact, undocumented

18   immigrants are not eligible for any of this.  That's why you

19   saw some of your advocacy groups here fighting for access to

20   services for illegal undocumented immigrants, but they don't

21   get -- they are not eligible for it.

22      Next paragraph.  "You no longer have to visit" -- so

23   again, the danger is coming from the Third World.  You know,

24   that's the non-white area of the world -- "to see what an

25   actual slum looks like."  In other words, implying that these

1   countries are slums.  "Just pay a visit to Los Angeles County."

2   So they've turned Los Angeles County into a slum.

3           "Be sure to bring some hand sanitizer if you do

4   visit," another negative, demeaning, scurrilous mean regarding

5   undocumented immigrants, that they are carriers and purveyors

6   of disease.

7           Next.

8           MS. BRODEEN:  Your Honor, I'm going to raise an

9   objection here because this is very intense testimony about an

10  attachment to an email was not copied to legislators.  This is

11  unduly prejudicial, Your Honor.  It's irrelevant, legally

12  irrelevant and unduly prejudicial, under --

13          THE COURT:  Mr. Chavez, could we perhaps connect this

14  email to Dr. Lichtman's testimony with regard to FLIMEN and

15  FAIR and the involvement in the drafting of Senate Bill 168.

16          MR. CHAVEZ:  Sure.  And we can move on to -- I think

17  the next email that shows some of that.  We'll talk about --

18          THE COURT:  The objection is sustained.  Why don't we

19  move to that point, sir, unless there is some nexus between

20  this and FLIMEN and FAIR's involvement in Senate Bill 168.

21          MR. CHAVEZ:  Sure.  So this came directly from

22  FLIMEN's president, right during the pendency of SB 168.  So

23  when he was sending this around, including to government email

24  addresses -- that's how we have it through a PRR -- people were

25  denying that they had any sort of idea that FAIR or FLIMEN were

1    hate groups.  They're just aghast.  "We have no idea."  Yet you

2    see these types of mails go through.  And we don't have to go

3    through every --

4            THE COURT:  Yeah.  Mr. Chavez, it may be appropriate

5    maybe to ask the witness the question.  So that there can be an

6    establishment of a nexus.

7            MR. CHAVEZ:  Okay.

8    BY MR. CHAVEZ:

9    Q.  So Dr. Lichtman, I don't know that we need to go through

10   all of this, but when you look at this, how does this establish

11   a nexus between FLIMEN and the work that they did to advocate

12   for SB 168?

13   A.  Certainly.  Can we go back to the email itself?

14       I think we've said enough about the attachment, but the

15   email itself will give us some clues, as well as some other

16   reasons.

17       As you can see, this email and the attachment is sent right

18   in the middle of the debates over SB 168, a critical period in

19   the debate, February of 2019.  And its title is also revealing,

20   as is the attachment.

21       So what this shows, first of all, is -- you know, in fact,

22   Your Honor I think asked me before about expressions of hate by

23   FLIMEN and FAIR and did that occur during the debates over SB

24   168.  And this demonstrates right in the middle of the debates

25   over SB 168 they were talking about an invasion and

1    disseminating this incredibly hate-filled attachment.

2        Secondly, as we can see, they expected this to be

3    disseminated during the debates over SB 168.  This was not just

4    some private thing sent to George Schroeder.  You note there

5    are quite a few ccs, including David Caulkett, prominent

6    spokesperson for FLIMEN, but also the editor in chief of some

7    kind of blog, someone at the Cox Broadcasting, someone at

8    AppleSeed.  So -- and I don't know who the last person is.

9        So this was not just to be shared internally within the

10   group.  By sending it to these sympathetic outlets in the

11   broader media, this was something that they sought to see

12   disseminated and publicized.  It was not something they were

13   trying to hide and conceal.  And you can also see the third

14   point is it's directly tied as support for the position that

15   FLIMEN is taking on SB 168 and in working with Senator Gruters

16   and Senator Bean.

17       So in those three ways, I think it's very much tied to

18   FLIMEN's positions and FLIMEN's advocacy.

19   Q.  Thank you for that explanation, Dr. Lichtman.

20       Let's move on to the next --

21           MS. BRODEEN:  Is there a ruling?  Are we waiting for a

22   ruling, Your Honor?

23           MR. CHAVEZ:  Oh, sorry, Your Honor.  You were going to

24   rule on its admissibility.

25           THE COURT:  The admissibility with regard to the

1    attachment?

2          MR. CHAVEZ:  So this entire exhibit.  It's not an

3    attachment.  It's a forward.  So this is all part of the same

4    email.

5          THE COURT:  Isn't this part of -- and perhaps I

6    misunderstood.  Is this part of P13?

7          MS. BRODEEN:  Nineteen.  P19 is two emails and one of

8    them has that attachment.

9          THE COURT:  Got it.

10         MR. CHAVEZ:  And again, it's not an attachment.  This

11   is P19.  You could see it's a forward.  See the subject line

12   "Invasion" from this email?

13         THE COURT:  Right, but it's an attachment to the

14   email, correct?

15         MR. CHAVEZ:  Well, he's forwarding the email below.  I

16   guess we could call it an attachment.

17         MS. BRODEEN:  It's a link.  And then somebody printed

18   out the link.

19         MR. CHAVEZ:  No.  He's forwarding this email.  If you

20   go to the second page, you'll see that it has the same subject

21   title, "Re: Invasion."

22         So he -- so I take it Ken got this.  He was like:

23   "Oh, this is gold.  Let me forward this on, along with our

24   pitch for SB 168."

25         And of course -- I apologize.  That was huge

1    speculation, too.  But the point being is that this is a

2    forward email with his own explanation above.

3             THE COURT:  Right.  But this is an email that is --

4    I'm misunderstanding.  P19 is an email plus an attachment,

5    correct?

6             MR. CHAVEZ:  (No verbal response.)

7             THE COURT:  Let me pull up the document.  Hold on.

8        (Pause in proceedings.)

9             MR. CHAVEZ:  So it's not -- if you look at the top, it

10   would say "attachment" if that was an attachment.  Here, he's

11   just forwarding what comes below.  So it's one big, long email

12   chain.  And I don't know if that makes even a difference, Your

13   Honor, but it's not an attachment.  But he's forwarding what

14   comes below.

15            THE COURT:  Right.  So is the objection to -- in other

16   words, the pages that accompany this is part and parcel of P19.

17            MR. CHAVEZ:  Yes.

18            THE COURT:  So Ms. Brodeen, you're objecting to P19

19   with regard to its relevance?

20            MS. BRODEEN:  Yeah.  I don't see the connection to

21   legislators who are receiving emails in other exhibits.  I

22   don't know who these people are, except for Kenneth Morrow and

23   David Caulkett.  I don't recognize those being legislators or

24   legislative aides.  And I think, you know, this is also legally

25   irrelevant in terms of prejudicial value outweighing the

1    probative value.  This is very inflammatory.

2         THE COURT:  With regard to relevance, overruled.  The

3    fact that it may be prejudicial, it certainly is not unduly

4    prejudicial.  So it certainly would be relevant and it will be

5    admitted.  P19 will be admitted into evidence.

6       (Plaintiffs' Exhibit P19 received into evidence.)

7         MR. CHAVEZ:  Thank you, Your Honor.

8    BY MR. CHAVEZ:

9    Q.  Let's go on.  Dr. Lichtman, let's take a look at Exhibit

10   P20.  This is Ken Morrow again, but here to Barnhill, sending

11   comments from David from FAIR.  What can you tell us about this

12   email, Dr. Lichtman?

13   A.  Yes.  This is another email demonstrating the significant

14   involvement of FAIR, which we've seen previously via

15   (inaudible) in the process for adopting SB 168, on the inside,

16   with Josh Barnhill, a critical aide for Senator Gruters.

17       And if you can turn to the first paragraph right after:

18   "Good evening, Josh."  Remember, Ken Morrow is the president of

19   FLIMEN.

20       So this references:  "Please find the comments from David

21   Jaroslav, FAIR, regarding the pre-meeting at our offices for SB

22   168."  First of all, let me identify David Jaroslav because

23   he's referenced quite a bit, as I point out in my report, in

24   the emails.  He's the legislative director for FAIR.  And so he

25   would be the go-to person on analyzing legislation.  And here

1   is comments from the legislative director of FAIR regarding the

2   analysis of SB 168.

3       But again, it doesn't come directly from FAIR, even though

4   it is FAIR input.  It comes indirectly through the pipeline

5   I've been talking about, FAIR/FLIMEN, to Senator Gruters's

6   office.  And there's more to this.

7       If you look at the next -- now I don't know, because it's

8   not explicit, whether this next piece of information is part of

9   the comments from Jaroslav or directly represents comments from

10  FLIMEN.  It's not explicit in the email.  But again, either

11  FAIR through FLIMEN, or FLIMEN directly, is providing inside

12  input to Senator Gruters's office in this case regarding

13  amendments submitted by Democratic Senator Taddeo.

14      And if you go down to the big paragraph, they're

15  obviously -- either FAIR or FLIMEN is criticizing an amendment

16  which would, quote:  "Create a duty to inquire on the part of

17  the law enforcement whether someone is a victim or witness.

18  And if they are, exempt them from the bill."  And they suggest

19  here that anyone can lie their way out of the bill's

20  provisions, apparently by just claiming that they are a victim

21  or a witness.  And instead, they want law enforcement to make

22  that determination, not the input of the individual impacted,

23  herself or himself.

24      And then the other amendment, to which they provide

25  commentary and opposition, if you go to the next paragraph, is

1    criticizing the amendments that would make educational

2    institutions into non-enforcement zones.  They want educational

3    institutions to be areas of enforcement for the immigration

4    detention provisions of SB 168.

5    Q.  Thank you, Dr. Lichtman.

6        Let's go to the next email.  This is Plaintiffs' Exhibit

7    21, dated April 12th, 2019.  This is a FLIMEN email to Senator

8    Gruters's aide, Mr. Josh Barnhill.  What do you make of this

9    email?

10            MS. BRODEEN:  Objection.  Relevancy and hearsay, Your

11    Honor.

12            THE COURT:  I believe that -- and in looking at my

13    notes, P19, P20, and P21 were admitted into evidence

14    previously.  So I'm not certain why we are going back in time

15    with regard to exhibits that are already into evidence.

16            MS. BRODEEN:  Thank you.

17            THE COURT:  And Ms. Brodeen, unless you can point the

18    Court to the Court not introducing this exhibit, I am showing

19    that this exhibit is in evidence.

20            Let's continue.  Overruled.

21    BY MR. CHAVEZ:

22    Q.  Dr. Lichtman, this is the email from FLIMEN to

23    Mr. Barnhill.

24        (Pause in proceedings.)

25

```
1    BY MR. CHAVEZ:

2    Q.  If I can point you to a section, Dr. Lichtman, that I know

3    we had talked about before, that's right above the green font.

4    This author talks about many busloads of illegal aliens and

5    their supporters, and are expected to protest loudly numerous

6    times throughout the session.  What do you make of that

7    statement in this email?

8    A.  Well, again, it associates opposition to SB 168 with,

9    quote, "illegal aliens."  But the question arises:  How would

10   he know that people in these busloads were illegal aliens?  He

11   doesn't even know who they are.

12       And he was asked this question in the designation that I

13   listened to.  And David Caulkett's response was:  "These people

14   self-identified in the hearing as illegal aliens."  And I went

15   back to the hearing that he referred to.  It's another email,

16   where he talks about illegal aliens testifying on February 11th

17   against SB 168.  I watched that hearing very carefully.  It's

18   referenced in my report.  Not a single person, not

19   surprisingly, identified themselves as an illegal alien, nor

20   would he have any knowledge that the same persons in these

21   alleged busloads are the same persons who testified in hearings

22   against SB 168.  So this, again, is just an unfounded way of

23   trying to associate the notion of illegal aliens with

24   opposition to SB 168.

25       He also talks about:  "Protest loudly numerous times."  He
```

1    also referenced that in talking about the February 11th

2    hearing, again, talking about disorder.  You know, again,

3    associating immigrants with disorder, lack of decorum.  Well, I

4    watched, again, as I told you, that interview.  It was about as

5    sedate a hearing -- that hearing.  It was about as sedate a

6    hearing as I've ever seen, no screaming, no demonstrations, no

7    disorder, all of the witnesses being incredibly polite, the

8    chair being incredibly gracious to every witness.  This is just

9    another unfounded way of trying to associate undocumented

10   immigrants with something very negative.

11       There's also more to this email that's relevant here.

12   Q.  Well, let's --

13          MR. CHAVEZ:  Lisa, could you highlight that subject

14   line for us, and we can hear from Dr. Lichtman his thoughts on

15   the subject line.

16          THE WITNESS:  I see it now.

17          And what the subject line shows is something we've

18   seen before, the association of immigration -- of undocumented

19   immigrants with anarchy.  Remember Caulkett and FLIMEN refer

20   to, quote/unquote, sanctuary cities -- they don't even know

21   what they are -- as anarchy cities, not even loyal to the

22   country and harboring murderers, rapists, and other criminals.

23   This is, again, this kind of pejorative negative scurrilous

24   association with respect to undocumented immigrants.

25          And then they talk about fake and despicable news,

1    behaving badly in this session.  And they go on to talk

2    about -- if we go down, follow up on this, the last two lines

3    of the first paragraph.  They're talking about the quote:

4    "SPLC-loving activist writers from fake and despicable news";

5    in other words, anyone who takes seriously SPLC's designation.

6    And we know, and it's in my report, that Senator Gruters takes

7    it seriously and actually dismissed someone from the Republican

8    committee in Sarasota County based on an SPLC finding.

9           And then if you go down to the last line of the next

10   paragraph.

11          Go left.  I want that whole last sentence highlighted.

12   You are missing the critical part.

13          There we go.

14          Without going through this whole thing, they use,

15   again, the scurrilous, demeaning language, the, quote/unquote,

16   "scumbag SPLC," consistent with the kind of demeaning,

17   scurrilous, derogatory language they use for undocumented

18   immigrants.

19          And this, again, goes directly to Senator Gruters's

20   office in the midst of the debates over SB 168.

21   BY MR. CHAVEZ:

22   Q.  Maybe they'll turn that into a T-shirt.

23          THE COURT:  Mr. Chavez, before you move to the next

24   exhibit, let me just make sure that the record is clear.  The

25   exhibits that were introduced into evidence by -- I believe it

1  was Mrs. Hernandez Anderson at some point, were agreed upon by

2  the Defendant solely as to authenticity.

3      So for purposes of the record, Exhibit P19 and P20,

4  the objections with regard to relevance are overruled.  And the

5  Court will permit the exhibits into evidence.

6      (Plaintiffs' Exhibit P20 received into evidence.)

7      (Plaintiffs' Exhibit P19 previously admitted.)

8      MR. CHAVEZ:  Great.  Thank you, Your Honor.

9  BY MR. CHAVEZ:

10  Q.  One final question on this email, Dr. Lichtman.  After

11  Senator Gruters's office received this email, did they continue

12  to communicate and work with the sender of this email, FLIMEN?

13  A.  They continued to work with FLIMEN after this email.  Not

14  only continued to work with them, but actually joined with

15  FLIMEN in a FLIMEN-initiated event.

16  Q.  Great.

17      All right.  So enough of this email.  Let's jump forward to

18  Exhibit 25.  This is the April 15th, 2019 FLIMEN invitation to

19  Gruters to co-sponsor the Victims of Illegal Immigration Day.

20  A.  Yeah.

21  Q.  Tell us about this email, Dr. Lichtman.

22      MR. CHAVEZ:  And Lisa, can you scroll in a little bit.

23      THE WITNESS:  Yes.  This was, of course, after the

24  earlier email, after Senator Cruz had pointed out that FAIR was

25  designated a hate group.

1          The first thing I want to highlight is this is from --

2     I think her name is Karen Walker [sic], a board member of

3     FLIMEN.  And go to the second line, which says:  "Sent."

4          Not the first one, the next one.

5          There we go.

6          It's quite significant when this was sent.  It was

7     sent in the wee hours of the morning, 12:49 a.m.  Outside

8     advocates do not have access in the wee hours of the morning to

9     critical staff members for senators in the general assembly of

10    Florida.

11         And before I get to the substance of the email, can we

12    look at the response from Barnhill and when that came in.

13    BY MR. CHAVEZ:

14    Q.  Sure.

15         MR. CHAVEZ:  I think it's right above, Lisa.  I think

16    you scrolled in on the middle part there.

17         Yeah.

18         THE COURT:  Yeah.  If you can scroll to the second

19    line, up above where it says:  "Sent."

20    BY MR. CHAVEZ:

21    Q.  Yeah.  The timing.  The "Monday April 15th" line.

22    A.  Yes.  So not only does a board member of FLIMEN send Josh

23    Barnhill a wee-hours-of-the-morning email, just over eight

24    hours later, she gets a response, and it's a very positive

25    response.  "I will run it by the senator and let you know what

1    he sees.  Thank you."

2        And then we can go to the substance.

3        So what FLIMEN is doing is inviting the senator, on very

4    short notice, couple of days' notice, to join with a

5    FLIMEN-sponsored event, Victims of Illegal Immigration Day,

6    part of the threat narrative from supporters of SB 168.  And

7    they'll by joined by LIFA.  We talked about LIFA and Amapola

8    Hansberger and her commentary about undocumented aliens coming

9    to kill you.  The Remembrance Project, which is a project

10    dedicated to highlighting the dangers to our safety of

11    undocumented immigrants.  And Angel parents.  They're the

12    parents of, tragically, a child killed by an alleged

13    undocumented immigrant drunk driver.

14        So they want to have Senator Gruters there, Cord Byrd, and

15    also possibly Aaron Bean.  So this is the invitation to what

16    becomes the April 17th event that I've already discussed.

17    Q.  And do you know, Dr. Lichtman, if Senator Gruters did end

18    up cosponsoring that event?

19    A.  I'm pretty sure he did.  I'm trying to remember.  I know he

20    was there.  Cord Byrd was there.  And I think he did cosponsor

21    it, yes.  But I'm not a hundred percent positive.  I would have

22    to check on my report, to be honest with you.

23    Q.  Let's move on from these emails.  And I know there's a

24    bunch in the record and in the complaint, et cetera.

25        So Dr. Lichtman, based on these communications and other

1    communications you have reviewed, what, in your expert opinion,

2    animated FAIR and FLIMEN's interest in SB 168?

3           MS. BRODEEN:  Objection.  Calls for speculation.

4           THE COURT:  Overruled.  I'll allow it.

5           THE WITNESS:  Yeah.  My opinion is based upon my

6    analysis of the history and current status of both FAIR and

7    FLIMEN.  And those and other emails, which are inside

8    communications, as well as FLIMEN alerts.  We already talked

9    about some of them, about so-called anarchy cities harboring

10   killers and rapists, that hate-filled attachment that they

11   wanted to disseminate to members of the press in the middle of

12   debates over SB 168, that hate-filled email about despicable

13   fake news and scumbag SPLC.

14          These are two organizations with a long history of

15   opposition to all immigration, a belief that immigration

16   threatens America in multiple ways; its economy, its safety,

17   its health, its cultural heritage, its racial stock.  They have

18   very powerfully openly expressed animus to illegal immigrants.

19   They make up and fabricate things to demean them.  So there can

20   be -- based upon this extensive analysis of FAIR and FLIMEN and

21   their involvement in the process and their long history, it is

22   my -- considered an expert -- conclusion, as an historian of

23   social sciences, that these groups were involved with the

24   passage of SB 168 because of their opposition to non-white

25   immigration to the United States and because of their extreme

1    animus to non-white immigrants, whether legal or not.

2    BY MR. CHAVEZ:

3    Q.  Thank you, Dr. Lichtman.

4         MR. CHAVEZ:  Judge Bloom, I'm about to move to another

5    section.  I don't know if this might be a good time for a

6    comfort break.  We're happy to keep going.

7         THE COURT:  Is there -- Yvette, are you in need of a

8    break?

9         No.  We can proceed, unless you need one, Mr. Chavez

10   or Ms. Brodeen or Dr. Lichtman.

11        MS. BRODEEN:  I'm fine.

12        THE WITNESS:  Thank you, Your Honor.  I do have a

13   medical condition, but I can go on about another 15 minutes.

14        THE COURT:  No.  No.  No.  No -- of course.  We'll

15   certainly be considerate to that.  Let's go ahead and take a

16   10-minute recess.  All right?

17      (Recess from 3:39 p.m. to 3:50 p.m.)

18        MS. BRODEEN:  Okay.  We're back on.

19        THE COURT:  All right.  Welcome back, everyone.

20        And Mr. Chavez, let us continue.

21        MR. CHAVEZ:  Thank you, Your Honor.

22        Can I confirm -- and my apologies if I have been doing

23   this wrong all day.  But for all the exhibits that we've been

24   introducing, are those now exhibits admitted into evidence,

25   assuming that we get past all the objections?

```
1          THE COURT:  Yes.  We -- the Court noted that the
2    Defendants did not object on grounds of authenticity.  So we
3    have addressed the objections with regard to relevance and
4    hearsay.
5          And so for -- we are up to P20.  I think we got to
6    P25.
7          MS. BRODEEN:  Your Honor.  I don't recall them
8    actually moving -- I don't recall them actually moving into
9    evidence some exhibits.  Some of the previous ones, I don't
10   recall they actually said:  "We move this into evidence," Your
11   Honor.
12         THE COURT:  Well, it was published to the Court.  It
13   was my understanding that once you raised the objection it was
14   because Mr. Chavez was seeking to introduce it.
15         So Mr. Chavez, just for purposes of making sure the
16   record is clear, what exhibits are the Plaintiffs seeking to
17   introduce?
18         MR. CHAVEZ:  We're seeking to introduce every exhibit
19   that we discussed during --
20         THE COURT:  You need to be a little bit more specific.
21         MR. CHAVEZ:  Sure, Your Honor.  We can share the list.
22   We're moving to introduce Exhibit P1.
23         THE COURT:  All right.  We have already addressed
24   that.
25         All right.  That's in evidence.
```

```
1              MR. CHAVEZ:  And so a lot of the charts and tables,

2      they were from P1.  Are those introduced?

3              MS. BRODEEN:  They were listed as demonstrative

4      exhibits.

5              THE COURT:  P1 was the report, and the report includes

6      all the documents that are attached as P1.  And that's why I

7      was very clear at the beginning of the trial that the parties

8      were to file what was the actual exhibit.

9              So the exhibit which is P1 is the expert report of

10     Dr. Lichtman.

11             MR. CHAVEZ:  Yes, Your Honor.

12             Okay.  And that's right.  The demonstratives that we

13     submitted are the charts and tables from his report.  So that's

14     what we were -- we were looking at those as exhibits.

15             MS. BRODEEN:  But that's why they're called

16     demonstrative exhibits.

17             THE COURT:  But those exhibits are embedded in his

18     report.

19             MR. CHAVEZ:  That's right, Your Honor.

20             MS. TEEGEN:  Well, we objected.

21             THE COURT:  The record is clear with regard to Exhibit

22     1.  There was an objection.  The Court heard the objection.

23     The Court overruled the objection.  Exhibit 1 is admitted into

24     evidence.

25             So just for -- to make sure the record is clear,
```

1    Mr. Chavez, with regard to Dr. Lichtman's direct examination,

2    what other exhibits are you seeking to introduce?

3            MR. CHAVEZ:  So in addition to Exhibit P1, Your Honor,

4    we're looking to introduce P3, P30, P4, P32, P7, P10, P11, P12,

5    P13, P16, P19, P20, P21.  And that's where we leave it.

6            THE COURT:  All right.  There are separate

7    demonstrative exhibits that I believe were shown that were not

8    part of the report.

9            MR. CHAVEZ:  Those are the tables and charts.

10           THE COURT:  Right.  So they are demonstrative in

11   nature.  So P39 and P40 are demonstrative exhibits, which are

12   tables and graphs.  If they are not part of Dr. Lichtman's

13   report, then they are not introduced into evidence.

14           All right.  So we have already addressed P3, 30, 4,

15   32, 7, 10, 11, 12, 13, 16, 19, 20, and 21.

16           The Court has heard from the Defendants, the

17   objections were noted and each of these exhibits will be

18   admitted into evidence.

19       (Plaintiffs' Exhibits P3, 30, 4, 32, 7, 10, 11, 12, 13, 16,

20   and 21 received into evidence.)

21       (Plaintiff's Exhibits 19 and 20 previously admitted.)

22           MR. CHAVEZ:  Thank you, Your Honor.

23           THE COURT:  All right.  Mr. Chavez, if you would like

24   to continue, sir.

25           MR. CHAVEZ:  I would.

1          Next, Your Honor, I would like to introduce into

2    evidence Joint Exhibit 221.

3          THE COURT:  Is there any objection?  This is the

4    Florida Senate Infrastructure and Security Committee Meeting.

5          MS. BRODEEN:  It's a joint exhibit.  We have no

6    objection.

7          THE COURT:  All right.  And I want to make sure,

8    because I know there was not an objection with regard to

9    authenticity, but Joint 221 will be admitted into evidence.

10   You may publish it at this time.

11       (Joint Exhibit 221 received into evidence.)

12         MR. CHAVEZ:  Thank you, Your Honor.

13   BY MR. CHAVEZ:

14   Q.  Dr. Lichtman, in your report, you note that during a March

15   12th, 2019 Senate committee hearing Senator Janet Cruz asked

16   Senator Gruters about FAIR and CIS's hate group designations.

17         MR. CHAVEZ:  Let's just watch the clip.  It covers it.

18   We'll run 1 hour 27:44 about, to 1 hour 30:13.  Please just go

19   ahead and run it, Lisa.

20       (Court reporter interruption.)

21         THE COURT:  Hold on.  Mr. Chavez, if you will stop.

22         MR. CHAVEZ:  Yes.  It's just a couple minutes of this

23   testimony.

24         THE COURT:  Yes.  But the testimony and the audio and

25   the video are one exhibit.  So it does not appear that there's

```
1    a need for the court reporter to take down the audio; is that

2    correct, Mr. Chavez?

3              MR. CHAVEZ:  Yes.  If the video itself is part of the

4    evidence, no need to transcribe it.  It's there.

5              THE COURT:  Right.  So the audio is part of it.

6              So Yvette, it does not need to be taken down.

7              All right.  You may publish it now.

8              MR. CHAVEZ:  All right.  Lisa, let's start from the

9    beginning.  Double-check the volume.  And ...

10      (Video played 3:57 p.m. - 4:00 p.m.)

11   BY MR. CHAVEZ:

12   Q.  So Dr. Lichtman, what do you make of this exchange?

13   A.  Well, several things.  One, as I think I already noted,

14   although he didn't really address the allegations here, he had

15   seriously used the SPLC designation to (inaudible) from this

16   committee.

17      Secondly --

18              MS. BRODEEN:  Your Honor, I'm going to object.  I'm

19   going to object.  This is a joint exhibit that is just a

20   hyperlink to the entire video, not just a select snippet of it.

21   We have a transcript.  If they are moving in 221, the whole

22   thing has to come in.  We're talking about a joint exhibit.

23              THE COURT:  I believe the whole exhibit is coming in,

24   but Mr. Chavez chose to publish only that portion.  So what's

25   the objection?
```

1            MS. BRODEEN:  No objection.

2            THE COURT:  All right.  Let's continue.

3            THE WITNESS:  Yeah.  And I did actually watch the

4    whole video, not just this clip before I did my report.  So

5    those two points.

6            And then, you know, for public consumption he says

7    discrimination is wrong.  He may well believe that.  But in

8    private, he's continuing to work fist and glove with these

9    groups, even participating in a FLIMEN-initiated

10   wee-hours-of-the-morning press event to highlight the alleged

11   dangers of undocumented immigrants.  That's why it's so

12   important to have this inside, private information and not just

13   go with what politicians say for public consumption.  This did

14   not seem to slow down or faze what Senator Gruters had been

15   doing and would continue to do at all.

16   BY MR. CHAVEZ:

17   Q.  And Dr. Lichtman, what do you make of this denial of

18   knowing of the hate group designation?

19           MS. BRODEEN:  Objection.  This is a vague question.

20           THE COURT:  Do you understand the question,

21   Dr. Lichtman?

22           THE WITNESS:  I do.

23           THE COURT:  Then you may answer it, sir.

24           THE WITNESS:  Thank you, Your Honor.

25           I suppose it's possible that he did not understand the

1    designation of FAIR as a hate group.  But based upon my long

2    experience of studying politicians, this is someone who has

3    made immigration issues a top priority.  In fact, as I note in

4    my report, it was his election to the Senate that was one of

5    the critical elements in the sequence of events that led to the

6    adoption of SB 168.

7         And FAIR is a well-known, well-established

8    anti-immigration group.  There's nothing secret about it.  It's

9    perhaps the leading anti-immigration group in the nation.  And

10   given my experience in these kinds of analysis, it seems highly

11   unlikely to me, based on my experience, that he would have been

12   unaware of FAIR's history and background.  And certainly later

13   on he got that incredibly hateful email -- a couple of them --

14   from FLIMEN and that did not stop him from working hand in

15   glove with FLIMEN and FAIR either.

16   BY MR. CHAVEZ:

17   Q.  And in your report, Dr. Lyman -- Lichtman.  I apologize.

18   A.  Lichtman.

19   Q.  I'm so sorry.

20       And you mentioned Peter Gemma earlier today.  Did Senator

21   Gruters actually use the SPLC designation himself?

22   A.  Yes.

23       MS. BRODEEN:  Your Honor, this is cumulative of

24   evidence he gave early on in his testimony.  He testified about

25   this already.

1          THE COURT:  The objection is overruled.

2          THE WITNESS:  Directly tied to this was the fact that

3   previously he had credited SPLC's designation of a man named

4   Peter Gemma as someone involved in hate groups.  And he had

5   struck him from the Sarasota County Republican executive

6   committee, which stands in sharp contrast to his continual

7   involvement in this instance with FAIR and FLIMEN, where not

8   only did he have the SPLC designation as hate groups, but he

9   also had indication otherwise from the emails, the FLIMEN

10  alerts of where these groups stood.

11  BY MR. CHAVEZ:

12  Q.  So in your expert opinion, Dr. Lichtman, at the time

13  Senator Gruters made the statement we just watched, do you

14  believe that he knew of this hate group designation?

15  A.  I don't know if he knew specifically of the hate group

16  designation.  That's pretty specific.  I can't say one way or

17  the other.  But given his interest in immigration issues, and

18  that he was the prime sponsor of this very controversial

19  immigration bill in Florida, it is certainly my opinion that he

20  would have been very much aware of FAIR and CIS and their

21  history of anti-immigrant activism and animus.

22  Q.  Okay.  Dr. Lichtman, in your report, you describe

23  substantive deviations in how SB 168 operates that's

24  fundamentally different from other laws.  How is that so?

25  A.  Yeah.  It was mentioned in hearings that:  "This is just

1    like any other law.  We're asking the police forces to enforce

2    this law just as we ask them to enforce any other law."  But as

3    I point out in my report, that's not so.

4        Police forces in Florida and elsewhere enforce state law.

5    They are trained to enforce state law.  They are the entities,

6    not some other entity, responsible for enforcing state law.

7    This is fundamentally different in that they are not only being

8    asked, but being mandated under penalty to enforce federal

9    immigration law, something they are not trained to do,

10   something they don't even understand.

11       Even Sheriff Gualtieri, a major advocate for this bill,

12   said:  "We don't enforce federal immigration law.  We don't

13   know what goes into federal immigration detainers."  In other

14   words, unlike --

15            MS. BRODEEN:  Objection.  Hearsay.  Now he's gone

16   beyond the scope of the question, Your Honor.

17            THE COURT:  Did Dr. Lichtman read Sheriff Gualtieri's

18   deposition?

19            THE WITNESS:  This was something he said in hearings.

20            THE COURT:  Overruled.

21            THE WITNESS:  And I believe it's even in my report.

22            So in essence, what they're doing is dealing with a

23   black box.  They have no idea what happens under SB 168 once

24   someone is turned over to ICE.  They have no idea what ICE is

25   going to do to this person.  They have no idea whether or not

1   ICE accurately is characterizing this person as legally a

2   non-US citizen who is subject to removal from the United

3   States.

4        So there's no comparability between what law

5   enforcement typically does and what law enforcement is asked to

6   do here.  And then you put on top of that the fact that they

7   are required under compulsion to do their best efforts.  And as

8   we saw in Immokalee, even a less stringent form of cooperative

9   agreement with ICE led to important changes in police behavior.

10  Q.  Thank you, Dr. Lichtman.

11      Let's move on to this next section.  Based on your review

12  of the record, were there any amendments introduced to SB 168

13  that would have ameliorated some of this discriminatory impact

14  we've been talking about?

15  A.  There were a plethora of amendments introduced with the

16  purported objective of ameliorating the impact of SB 168 on

17  vulnerable populations within the state of Florida, and

18  purportedly also to make it conform more accurate with the

19  rationale -- and you heard that just now from Senator Gruters

20  in the hearing -- that it's really aimed at criminal illegal

21  aliens; it's not aimed at ordinary citizens who might be cited

22  for some minor violation.

23        MS. BRODEEN:  Your Honor, I move to strike a portion

24  of -- I need to move to strike the portion of testimony where

25  he talked about that it's aimed at ameliorating the

1    discriminatory impact of the bill.  That gets to the ultimate

2    question and ultimate legal conclusions in this case.  I don't

3    think that's appropriate for an expert to opine on.

4            THE COURT:  Mr. Chavez?

5            MR. CHAVEZ:  That is one of the factors, as is impact,

6    as is intent.  Dr. Lichtman was hired to evaluate the

7    intentional impact of SB 168 and whether or not -- was there

8    other ways to accomplish this or ameliorate that impact.  This

9    is the very purpose of his testimony as an expert.

10           THE COURT:  I do agree.  The Court's fact-intensive

11   inquiry under the Arlington Heights case requires that the

12   Court look at the availability of less discriminatory

13   alternatives.  And as such, it's directly relevant to that

14   issue.  Overruled.

15           MR. CHAVEZ:  Thank you, Your Honor.

16           I want to introduce Exhibit P41.  It's another

17   demonstrative.  I don't know -- do I introduce this into

18   evidence or do we just look at the demonstratives?

19           THE COURT:  If it's a demonstrative, then it does not

20   come into evidence.

21           MR. CHAVEZ:  Understood.

22           Let's pull up the demonstrative as a tool to kind of

23   maybe just walk through a handful of these.  I think there was

24   some 193 of them.  But we're going to go through all of those.

25           THE WITNESS:  Thank you.

1    BY MR. CHAVEZ:

2    Q.  You're welcome.

3        Let's look at amendment 106948.  And Dr. Lichtman, if you

4    could tell us -- share your thoughts on this amendment.

5    A.  Yeah.  This amendment is cited in my expert report.  And

6    this was an important issue that was raised during the debates

7    that I watched.

8        There were arguments made by critics of SB 168 that,

9    without a real judicial warrant, who knows who's going to be

10   swept into the ICE detainer and deportation process.  And there

11   was a response that I heard -- and I talk about this in my

12   report -- from supporters, which said:  "This problem is

13   resolved by an executive order issued by Donald Trump," when he

14   was president in 2017, "requiring a warrant for a detainer."

15       As I point out in my report, though, the problem is it's

16   not a judicial warrant.  It is just an administrative warrant

17   from ICE itself.  So really there's no change.  ICE can issue a

18   warrant for anyone it chooses.  And I list the various criteria

19   for which ICE can issue an administrative warrant.  And I also

20   present a copy of the form.

21       And the criteria are so broad that they could really issue

22   it for anyone that they please.  It even includes suspect --

23   suspect suspicion of committing some kind of illegal activity.

24   So there's really no change as a result of the executive order.

25   And in fact, as I point out, ICE arrests actually go up, not

1    down, after the issue of the executive order.

2         So in light of that deficiency, this amendment was put

3    forth to require not an administrative warrant, but a valid

4    judicial warrant.

5         As I point out in my report, in the state of Rhode Island,

6    after a court found an egregious injustice in detaining a woman

7    who was racially profiled because of her birth in Guatemala and

8    her last name, Governor Lincoln Chafee issued an executive

9    order just to do this, to say:  "We're not going to accept just

10   administrative warrants.  We want a valid judicial warrant."

11        And my understanding is his successor -- this was around

12   2014 or so -- his successor as governor let stand this

13   requirement for a valid judicial warrant.  But in fact, this

14   amendment was voted down.

15   Q.  Let's take a look at Exhibit 5 -- or I mean amendment

16   503106.

17   A.  Yeah.

18   Q.  What can you tell us about this one, Dr. Lichtman?

19   A.  Yeah.  Really, this amendment and the previous one kind of

20   go to the heart of SB 168.  As I point out in my report, the

21   backers of SB 168, Senator Gruters and others, time and again

22   said:  "We are dealing only with serious criminals."  On Page

23   207, Senate Gruters, in testimony, said:  "We are targeting

24   only," quote/unquote, "bad people to make sure they are held

25   accountable and can't go back into society."

1      "ICE is," quote, "not going to send out a detainer for

2    someone who is jaywalking or a simple non-violent crime."  He

3    went on to say:  "Immigration officials are not," quote, "after

4    the minor traffic violator, like people who," quote, "drive

5    without a license or with a broken taillight.  It is those

6    who," quote, "have a violent record."

7      Cord Byrd, the other sponsor in the House, said:  "This

8    bill only applies to criminal aliens.  If a person is arrested

9    for a minor crime, like driving without a valid license,"

10   quote, "ICE will determine whether that person is a danger

11   beyond what could be classified as a minor crime in Florida."

12     Senator -- excuse me -- promoting him or maybe not --

13   Sheriff Gualtieri, the major law enforcement advocate for this,

14   testified that, quote:  "People who are criminal illegals.

15   This has nothing to do with a person who is here illegally and

16   who has lived here for 15 years, has kids in school and has

17   assimilated into the community," unquote.  He added that,

18   quote:  "You have to have committed a crime and be in jail.

19   You have to be a criminal illegal."

20     None of this is true.  None of it.  The SB 168 applies to

21   anyone.  Whether you're arrested for a broken taillight or for

22   committing mass murder, there is no distinction.  As we saw in

23   the actual operation of SB 168, it picks up vastly more people

24   arrested for things like traffic violations or DUI than it does

25   violent criminals.

1    We also saw that ICE does not pick out of its detention or

2    deportation people with a clean record or people committing

3    only minor crimes.  Rather, we saw the great majority of ICE

4    arrests in Florida and ICE referral arrests under 287(g) were,

5    in fact, of people convicted only of minor crimes or having no

6    convictions.

7    Moreover, SB 168 does not require a conviction.  You don't

8    have to be convicted of anything to be turned over to ICE under

9    SB 168.  You just have to be arrested and taken to jail.  And

10   again, that can include anything from driving without a license

11   to shooting many people in a mall.  So all of this is

12   incorrect.

13   And so this amendment is designed to basically say:  "All

14   right.  If you think this applies only to serious criminals,

15   we're going to set a fairly low bar.  We're going to limit it

16   to people convicted only of a felony offense here or

17   elsewhere."  And I listened very carefully to Cord Byrd's

18   response.  I discuss it at some depth in my report.  And I

19   indicate in my report his response to this was very convoluted

20   and far-fetched.  He said:  "Well, imagine you have someone who

21   committed a minor offense in the state of Florida.  What if he

22   had committed a serious offense in some other state, had been

23   deported, as you would for someone who committed a serious

24   violent offense, came back into the United States, moved into

25   Florida, and then committed a minor violation in the state of

1    Florida."

2         Neither he nor any other advocate of SB 168 gave a single

3    example of this ever having occurred.  And it's an incredibly

4    far-fetched justification.  And for that far-fetched

5    justification, you're going to subject all of these minor

6    criminals, who aren't supposed to be covered -- will be covered

7    under SB 168.

8         I also heard in listening to the state attorney in his

9    opening statement comments relevant to this where he said:

10   "Well, another purpose of this is to arrest people in

11   handcuffs, not have a shoot-out in the streets, not have ICE

12   and local police shooting one another."  And again, that would

13   apply only to serious criminals.  Someone whose worst crime is

14   driving without a license is not going to be engaging in

15   shoot-outs with ICE or with local law enforcement officers,

16   unless it's this incredibly far-fetched scenario that Cord Byrd

17   was talking about.

18        This was similar to, as I point out in my report, what Las

19   Vegas decided to do after the Gonzalez case revealed immense

20   errors in the ICE identification of deportable non-documented

21   immigrants.  In fact, they set an even higher bar.  They said:

22   "We're not sending anyone to ICE unless they committed a

23   serious violent offense here within the city of Las Vegas."

24   Q.  Thank you, Dr. Lichtman, for that explanation.

25   A.  And this, of course, was rejected, as -- I will testify to

1    that beyond what you stamped on it.

2    Q.  Right.  That's why we turned it into a demonstrative.

3        I think there's a handful more amendments to look at.  And

4    I know we don't have as much on these as the first two.  But

5    let's take a look at the next one.  It's 589678.

6    A.  Now, we can deal with this one very quickly.  This says:

7    "People who serve their country in the armed forces or had

8    family members in the armed forces should not be put in the

9    process for detention and deportation."  Also voted down.

10   Q.  Let's look at 536943.

11       MR. CHAVEZ:  Oh, sorry, Lisa.  I just skipped one.

12   Let's do 248466.

13       THE WITNESS:  Yeah.  This exempts people who are

14   protected -- I think I talked about this before -- under TPS or

15   under DACA.  It's not redundant because the status of TPS and

16   DACA is very uncertain.  We get conflicting court rulings.  So

17   this just makes sure you're not going to go after people who

18   are protected under TPS and protected under DACA.

19   BY MR. CHAVEZ:

20   Q.  Okay.  Now let's take a look at 536943.

21   A.  Yeah.  This exempts the Division of Emergency Management.

22   And it's got two rationales.  One, you don't want to hollow out

23   the Division of Emergency Management, particularly in a state

24   like Florida, which is subject to devastating hurricanes.  And

25   you don't want people, regardless of their immigration status,

1    to be fearful about applying for aid from the Division of

2    Emergency Management.  And this, too, was rejected.

3    Q.  Okay.  Let's take a look at 315213.

4    A.  Yeah.  Under SB 168, there is an affirmative duty to use

5    your best efforts to cooperate with ICE, and there are

6    penalties enforced by the attorney general.  And while there is

7    a clause regarding persons who are victims or witnesses to a

8    criminal offense, it's just a clause or a sentence.  There is

9    no affirmative duty to inquire about whether a person is a

10    victim or a witness to a criminal offense.

11        So while that provision is in there on paper, without some

12    kind of affirmative duty, it's not going to be as effective as

13    it should be.  We should not be subjecting, for example, women

14    who are victims of sex trafficking to the process of SB 168 or

15    people who are witnesses to crimes.  You'll never get any

16    witnesses if you do that.

17    Q.  Right.

18    A.  This, too, was rejected.

19    Q.  Okay.  Last one.  051735.

20    A.  Yeah.  This is to protect children, to exempt the

21    Department of Children and Families or their employees, so that

22    children can safely draw upon the services of the Department of

23    Children and Families without worrying that they could be put

24    in the deportation and detention process or parents or

25    relatives can be put into the deportation and detention

1    process.  It's certainly not necessary for the safety of the

2    citizens of Florida to have the Department of Children and

3    Families enforcing immigration law.  And this amendment, too,

4    was rejected.

5        And so, like the others, as I said in my introduction,

6    these are all less extreme alternatives, if adopted, to SB 168,

7    and would not be untrue to the purported affirmative stated

8    objectives of SB 168.

9    Q.  Okay.  Just to confirm, Dr. Lichtman, did any of these

10   amendments we just look at pass?

11   A.  No.

12   Q.  And do you interpret anything from that?  What does it mean

13   that none of those passed?

14          MS. BRODEEN:  Objection.  Calls for speculation.  How

15   does he know?

16          THE COURT:  It was -- yeah.  The objection is

17   sustained.  Rephrase, please.

18   BY MR. CHAVEZ:

19   Q.  So in your expert opinion, Dr. Lichtman, the exhibits that

20   we were just looking at that didn't pass, did that impact your

21   opinion in any way?

22   A.  It definitely had a significant impact on my opinion.  When

23   you're an historian, and you're dealing with an issue like

24   this, it's like putting together a mosaic.  There's lots of

25   pieces.  And God, we've been spending all day on various

1    pieces.  And this is another important piece because it shows

2    that there were alternatives to SB 168 in its final form that,

3    in my expert opinion, would not have subverted its goals of

4    dealing with dangerous violent criminals, but would have

5    substantially ameliorated its effect upon persons who have been

6    accused, not even convicted, of minor crimes.  It would

7    ameliorate the potential effect upon children and their

8    parents.  It would ameliorate the serious errors that my report

9    and testimony has documented in the process of detaining and

10   deporting suspected undocumented removable immigrants under

11   ICE.  And fundamentally, it would focus SB 168 on the

12   dangerous, serious criminals, where its supporters said it

13   should be focused.

14   Q.  All right.  Let's move on and discuss some of the

15   contemporary statements made by legislative sponsors during the

16   pendency of SB 168.  Dr. Lichtman, can you tell us in your view

17   what the primary justification was for SB 168?

18   A.  Yes.  Senator Gruters made it crystal clear, and it's in my

19   report, and I think I've quoted it a few times, but I'll quote

20   again:  "This bill is about one thing and one thing only;

21   public safety."

22       And I quoted and cited other backers of SB 168 in the

23   legislature, critical ones, like Cord Byrd, the governor, the

24   Subcommittee Chair Bob Rommel, all of whom have echoed

25   precisely the same theme.  And of course, they also stressed

1    that this was designed to deal with these dangerous criminal

2    aliens.

3    Q.  And you describe it as a consistent theme.  What do you

4    mean by that, Dr. Lichtman?

5    A.  It's a repeated theme.  Senator Gruters repeats it numerous

6    times himself, and it is echoed by important decision-makers in

7    the legislature, and it's also echoed by some of the important

8    advocates, including Sheriff Gualtieri, some of the figures who

9    appeared in the April 17th press conference, and of course

10   FLIMEN in its own communications.

11   Q.  So you mentioned, Dr. Lichtman, Senator Gruters,

12   Representative Byrd, and Governor DeSantis.  Are there any

13   examples of them using this consistent --

14           MS. BRODEEN:  Objection.  He didn't testify about the

15   Governor testifying at these committee hearings.

16           THE COURT:  That's correct.  Rephrase.

17   BY MR. CHAVEZ:

18   Q.  So Dr. Lichtman, in your expert report when you discuss the

19   public safety rationale as a consistent theme, what are some

20   key examples?  What are you pointing to for this being a

21   consistent theme?

22   A.  If you want, I will give you exact quotes.  Senator

23   Gruters, I think I already mentioned, said --

24   Q.  Those are all in your expert report, so we don't have to go

25   through all of them.

1    A.  And by the way, I also quote the Governor in my expert

2    report.  I quote the Governor.  I quote Cord Byrd.  I quote

3    Senator Gruters multiple times.  I quote Subcommittee Chair Bob

4    Rommel.  I quote Amapola Hansberger.  I quote Sheriff

5    Gualtieri.  At least those are all the ones I remember.

6    Q.  Any of those particularly stand out that you would like to

7    share?

8                MS. BRODEEN:  Objection.  Too broad.

9                THE COURT:  Overruled.  I'll allow it.

10               THE WITNESS:  Okay.  Bob Rommel:  "If we don't have

11   the courage to take up tough bills like this, when the next

12   person is killed by an undocumented person, our citizens that

13   have been here for all their lives, they are going to come and

14   ask why we did nothing."

15               And you recall, in speaking about the amendment on

16   felony, I extensively quoted from Senator Gruters about the

17   dangerous criminals and how this is aimed at dangerous

18   criminals and not at ordinary individuals.

19               Cord Byrd -- I don't think I quoted this one, that:

20   "It's important," quote, "not to place citizens in the state at

21   a disadvantage with respect to criminal aliens and that's what

22   opponents of this law actually does.  It has been my honor to

23   stand with Governor DeSantis and Senator Gruters to ensure that

24   Florida is a state that respects the rule of law and the public

25   safety of its citizens."

1            Governor DeSantis:  "This is about public safety, not

2     about politics.  We must do everything within our power and use

3     all the tools available to us to ensure that our communities

4     are safe."

5            A FLIMEN alert in April 12th, 2019 headlined, quote:

6     "Immigration:  Anarchy Defined."  It defined immigration

7     anarchy as:  "Sanctuary jurisdictions that," quote, "allow

8     criminals, rapists, murderers, and others to reside in our

9     midst," and that was part of an alert in support of SB 168.

10           Amapola Hansberger, the head of LIFA, testified before

11    the Senate Rules Committee, quote:  "I was raised in Nicaragua.

12    It was similar to a sanctuary city.  I was afraid to walk the

13    streets.  We had to surround ourselves with walls and have bars

14    on our windows and have to sleep with a gun under the bed.

15    That's what worries me; sanctuary cities having criminals that

16    come there even from my country.  I don't want to live like

17    that."

18           Sheriff Gualtieri.  I think I might have read this

19    before, but I'm losing track, but I'll read it again.  I think

20    I read this before.  He said:  "SB 168 applies only to people

21    who are criminal illegals.  This has nothing to do with a

22    person who is here illegally, has lived here 15 years, has kids

23    in school, and has assimilated into the community."

24           He went on to say, quote:  "You have to have committed

25    a crime and be in jail.  You have to be a criminal illegal."

1          Along those same lines, another quote from Cord Byrd

2     in testimony:  "This bill applies only to criminal aliens.  If

3     a person is arrested for a minor crime," quote, "ICE will

4     determine whether that person is a danger beyond what could be

5     classified as a minor crime in Florida."

6     BY MR. CHAVEZ:

7     Q.  Thank you.

8          So Dr. Lichtman, was this same public safety justification

9     that you just read through -- was that used by FAIR and the

10    other anti-immigrant hate groups?

11    A.  (Audio distortion) for SB 168.  It was the primary -- we

12    discussed at great length this immigrant threat narrative was

13    the primary justification both by the insiders and those who

14    worked on the inside with the insiders.

15    Q.  And so based on the data you reviewed, Dr. Lichtman, were

16    claims that SB 168 would improve public safety just not true?

17             MS. BRODEEN:  Objection.  Leading.

18             THE COURT:  Sustained.  Rephrase.

19    BY MR. CHAVEZ:

20    Q.  So based on the data you reviewed, Dr. Lichtman, what do

21    you make of these claims that SB 168 would improve public

22    safety?

23    A.  I looked at multiple data -- sources of data, in multiple

24    ways, and found that these claims had no validity whatsoever.

25    And in my expert view, having analyzed intent issues numerous

1    times, these were pretext, really designed to scare people into

2    supporting SB 168 that would not make Florida any safer.

3    Q.  And for that evidence, to ask the other side of the coin,

4    the evidence that you reviewed -- did you find anything

5    indicating that SB 168 would make Floridians safer?

6    A.  Not at all.  If anything, it would make Floridians less

7    safe because it wouldn't make counties and cities any safer.

8    It deals with a group that, in fact, the studies show is much

9    less crime prone than native-born Americans.

10        And it has all the negative effects on law enforcement that

11   I've testified at great length about, and your lay witnesses

12   have testified, that is, the chilling effect on people

13   reporting crime, reporting domestic abuse, cooperating with

14   police forces and other authorities.

15   Q.  Okay.  And going a little further, Dr. Lichtman, is there

16   any evidence that the alleged sanctuary jurisdictions we

17   discussed are actually safer than the other jurisdictions?

18   A.  Yes.

19   Q.  And we have an exhibit for this.  Chart 14 from your expert

20   report, if we could take a look at that.

21        So could you tell us, Dr. Lichtman, what is illustrated

22   here in chart 14.

23   A.  Yeah.  We had periods when ICE was with -- excuse me --

24   when Miami-Dade was cooperating and was not cooperating with

25   ICE in this later period.  And if anything, you see steady

1    downward crime rates for both Miami-Dade and Florida.  And, if

2    anything, the period of non-cooperation shows faster downward

3    crime rates.

4        But the point is really there's no relationship between

5    whether there's cooperation with ICE or not and trends in crime

6    within Miami-Dade or Miami-Dade as compared to Florida as a

7    whole.  If anything, the relationship cuts the other way.

8    Q.  Let's take a look at chart 15 from your expert report,

9    Dr. Lichtman.

10   A.  Yeah.  That's the same thing, shows the same relationships.

11   The only difference is we've now singled out violent crime as

12   opposed to all crime.

13   Q.  So does this data illustrate that the same pattern is true

14   with violent crime as other crime?

15   A.  Correct.

16   Q.  Okay.  Let's go on to table 15 from your expert report.

17   Table 15 is the "Statistically Controlled Effect of

18   FAIR-Identified Sanctuary Counties on Crime Rates."  Can you

19   explain to us what we're looking at here, Dr. Lichtman.

20   A.  Yeah.  Once again, I isolated not anything I've identified

21   as sanctuary counties.  And I eliminated a few cities that were

22   in FAIR's list of 15 sanctuary jurisdictions so we would have a

23   comparable data set of counties.

24       And by "statistical controlled effect," without getting too

25   far in the weeds, what we mean is we just don't look at crime

1    rates or sanctuary versus non-sanctuary counties because lots

2    of things can influence crime rates; size of the county, its

3    density, its demographic composition, its economic composition,

4    its age composition.  So what I did was I statistically

5    controlled for other factors, and described in my report, that

6    could have an influence on crime rates.

7        And under those controlled conditions, I looked at all

8    crime and violent crime.  And I looked at, under statistical

9    controls, what is the influence of being a FAIR-identified

10   sanctuary county as compared to the rest of Florida.  And I

11   found that being a sanctuary county, rather than increase in

12   crime, had a negative effect on crime rates, three and a half

13   percent negative for all crime, 8.6 percent negative for

14   violent crime.

15       But because we're dealing with a small sample of

16   FAIR-identified sanctuary counties, these results, as I report,

17   were not statistically significant of all the point estimates,

18   as we call them, the best estimates we have -- although they're

19   not statistically significant, so there could be random

20   effects -- if anything, point to the fact that sanctuary

21   counties are safer.  And this is the year before the adoption

22   of SB 168 in 2019.

23       And again, it may be because of a better relationship --

24   I'm just providing a hypothesis here -- a better relationship

25   between the immigrant non-white community and the police in

1    these sanctuary as compared to non-sanctuary counties.  But the

2    bottom line is:  You certainly cannot claim that sanctuary

3    counties are less safe than non-sanctuary counties.  And, if

4    anything, the evidence, although it's not statistically

5    significant, seems to cut in the other direction.

6    Q.   Thank you for that explanation.

7         And staying on the topic of safety, based on your review,

8    Dr. Lichtman, do agreements to cooperate with ICE, like a

9    287(g) agreement, make jurisdictions any safer?

10   A.   All these statistical analyses that I've done, as well as

11   qualitative testimonial documentation analyses that I've done,

12   no, it doesn't make it safer.

13   Q.   Let's take a look at chart 16 from your expert report.

14   This is "Crime Rates in 287(g) Counties, Collier, Lee, Duval,

15   Compared to Florida."  Could you tell us what's revealed here

16   in your chart 16.

17   A.   Yeah.  These were the counties in Florida that, around

18   2015, adopted these 287(g) cooperative arrangements with ICE.

19   And virtually all the 287(g) referrals to ICE during this

20   period came from these counties.  And so then what I looked at

21   was:  "All right.  What was the trend in crime in these

22   counties as compared to Florida?"  And Florida had higher crime

23   rates, but we're not interested in that.  We're interested in

24   the trend.  And as you can see, the trend is greater decline in

25   Florida than in the 287(g) counties.

1      Let's just look at 2015.  You can see the gap is a little

2  bit larger than it is in 2018.

3  Q.  Right.  Okay.  And how about crime rates more generally,

4  Dr. Lichtman?  Has your search revealed anything about whether

5  undocumented immigrants commit crimes at higher or lower rates

6  than native-born Americans?

7  A.  The research reported in my expert report demonstrates

8  through various studies that, in fact, undocumented immigrants

9  commit crimes at substantially lower rates than native-born

10  Americans.

11      And I do have some Florida-specific data as well.  Although

12  it's not directly on undocumented immigrants, it doesn't look

13  at incarceration rates with respect to non-citizens.

14  Q.  And were you able to review the Cato Institute study on

15  this topic, Dr. Lichtman?

16  A.  Yes.  The Cato Institute study examined crime rates within

17  Texas because Texas does report, uniquely pretty much, the

18  status of those convicted of crime.  And the Cato study showed

19  that undocumented immigrants committed crimes at substantially

20  lower rates than native-born Americans.  That included murder.

21  It wasn't just overall crime.

22  Q.  Okay.  Did the Cato Institute break down their study

23  between different types of crimes or was it just the

24  serious ...

25  A.  Yeah.  As I said, they also looked at murder and found the

1    same pattern.

2    Q.   And in your research, Dr. Lichtman, have you found that

3    this is also the case in Florida?

4    A.   Yes.  I have some Florida-specific data.  It's not quite

5    the same as the Texas data, but it certainly is indicative of

6    lower crime rates at least for non-citizens.

7    Q.   Okay.  Let's take a look at chart 18 from your expert

8    report.  Can you describe the data that we see here,

9    Dr. Lichtman, in chart 18?

10   A.   Yeah.  This, essentially, is a way of comparing

11   incarceration rates for non-citizens as opposed to citizens.

12   And obviously, not all non-citizens are undocumented

13   immigrants.  But all undocumented immigrants would be included

14   in the category of non-citizens.  And because there's over a

15   million estimated in Florida of undocumented immigrants, they

16   would be a substantial portion of the non-citizens.  And this

17   wouldn't be all that meaningful if it was close, but it's not.

18       If we look at the first two bars, we can see that the black

19   bar represents the percentage of Florida prisoners who are

20   non-citizens and then compares it to the Florida population of

21   non-citizens.

22       Now, if non-citizens committed or were incarcerated for

23   crime at an equal rate to citizens, the bars -- the black bar

24   and the red bar would be even.  If non-citizens committed

25   crimes or were incarcerated for crimes at rates greater than

1    citizens, then the black bar would be above the red bar.

2        Instead, we see a very different pattern.  We see the black

3    bar is substantially below the red bar.  That is, the

4    incarceration rate of non-citizens is just a little over half

5    of the rate of non-citizenship in Florida overall.  So this is

6    kind of direct refutation with Florida-specific data of this

7    immigrant threat narrative.

8        And the last two bars, I don't need to elaborate.  They

9    isolate male prisoners because the great majority of persons

10   incarcerated in prison are men, and it just shows exactly the

11   same pattern for this Florida specific information.

12   Q.  Okay.  Dr. Lichtman, has there been more recent studies

13   about the crime rates of undocumented immigrants and

14   native-born Americans that you have reviewed?

15   A.  Yes.  Yes.  A study came out well after my report and

16   deposition.  It came out just about a month ago.  I think it

17   was early December.  It was published in the proceedings of the

18   United States National Academy --

19        MS. BRODEEN:  I object.  This is not --

20        THE COURT:  Hold on.  Hold on.  Hold on.

21        MS. BRODEEN:  This was not in the report.

22        THE COURT:  Mr. Chavez, did you advise Ms. Brodeen

23   that Dr. Lichtman was going to testify to this report?

24        MR. CHAVEZ:  I don't believe this was in the report.

25   This is more recent information, Judge Bloom.

```
1         THE COURT:  Right.  So in fairness to the Defendants,
2    they should have known that Dr. Lichtman may have supplemented
3    his opinion with regard to a recent study on the crime rate.
4    Would you agree?
5         MR. CHAVEZ:  I would.
6         THE COURT:  All right.
7    BY MR. CHAVEZ:
8    Q.  Okay.  Dr. Lichtman, let's move on.  How about data that
9    you were able to review related to alcohol-related vehicle
10   crashes?
11   A.  Yes.  There are also studies of alcohol-related vehicle
12   crashes.  And that's important because, at that April 17th,
13   2019 Victims of Illegal Immigrants press conference, televised,
14   they had a couple of Angel parents, who, very sadly, allegedly
15   had a child killed by an allegedly intoxicated illegal
16   immigrant.
17        And there are studies that deal with that very same issue.
18   Is there some association between being an illegal immigrant
19   and getting involved in alcohol-related car crashes.  And it's
20   important to look at the studies because you can find examples
21   of anything, representative of any group, committing any kind
22   of, sadly, atrocious act.
23        And without getting into great detail, it's in my report,
24   the studies show that there was no relationship or, if
25   anything, a negative, non-statistically significant
```

1    relationship between alcohol-related crashes and being an

2    undocumented immigrant in the United States.

3    Q.  In addition to the claims that SB 168 was designed only to

4    target dangerous, violent criminals, did those same sponsors

5    also claim that SB 168 would not impact non-dangerous persons?

6    A.  Absolutely.  You heard the quotes that this is designed for

7    the serious, dangerous criminal.  It's not going to impact the

8    person who's arrested for a broken taillight, for driving

9    without a license.  It's not going to affect the person who's

10   been here for 20 years, but somehow slips up and, you know,

11   commits a minor violation of some kind.  As you saw in the

12   quotes that I read to you, that is another quite repeated

13   theme.

14   Q.  Sure.  Next question is:  Did Sheriff Gualtieri make any

15   similar claims?  But I know we've covered that.  And I think --

16   A.  Yeah.  We have heard him talking about criminal aliens,

17   not, you know, the assimilated person here, but only jail

18   criminals.

19   Q.  Sure.

20        Okay.  And in your study, Dr. Lichtman, did you determine

21   will -- and are -- people only arrested for minor traffic

22   violations, are they also swept up by SB 168?

23   A.  I think we covered the data.  It seems like years ago.  But

24   I think it was sometime today.  And the data was very clear.

25   Very few violent criminals are swept up so far in the counties

1    that I have been able to look at under SB 168.

2        You're far more likely to be swept up for a traffic

3    violation or a DUI.  And this is entirely consistent with the

4    other data I presented.  And that is, ICE arrests in Florida

5    and 287(g) referrals in Florida, the numbers are almost

6    identical.  No matter what you're looking at, over 70 percent

7    in those two cases were persons with no convictions whatsoever

8    or a conviction for only one of these minor, level-one kinds of

9    offenses.  And almost none of them were persons convicted of

10   homicide, rape, or sexual assault.

11       So minor offenders or non-offenders are far more likely to

12   be swept up in the enforcement mechanisms that are mandated

13   under SB 168 than the dangerous violent criminal.

14   Q.  Okay.  So in your review, Dr. Lichtman, of the evidence,

15   did you come across any actual data or any evidence that would

16   support the proposition that SB 168 is about public safety?

17   A.  None whatsoever.  And you know, in watching all the

18   hearings, and reading whatever I could, I did not see any

19   evidence presented by any backer of SB 168, beyond a lot of

20   heated rhetoric, to actually support that proposition.  And all

21   of the quantitative evidence that I have been able to compile

22   points in exactly the opposite direction.

23   Q.  So I have two concluding questions for you, Dr. Lichtman.

24   And looks like timing is going to be pretty good.  First, how

25   does the amount of evidence in this case compare to the other

```
 1    cases in which you've been an expert?

 2              MS. BRODEEN:  Objection.  That's irrelevant.

 3              THE COURT:  Sustained.

 4    BY MR. CHAVEZ:

 5    Q.  Okay.  My second concluding question is:  What does all of

 6    the evidence you've reviewed and discussed today illustrate?

 7              MS. BRODEEN:  Objection as to broad.

 8              THE COURT:  I'm sorry.  The basis?

 9              MS. BRODEEN:  It's too broad.  And it's also

10    cumulative.  He's being asked to summarize everything he's been

11    talking about all day.

12              THE COURT:  Agreed.  Sustained.

13    BY MR. CHAVEZ:

14    Q.  Okay.  Are there any final points, Dr. Lichtman, of what

15    your final opinion -- what is your final opinion of the intent

16    behind SB 168?

17              MS. BRODEEN:  Same objection.

18              THE COURT:  The objection is sustained.

19              MR. CHAVEZ:  Okay.  All right.  Let's leave it there.

20              I think it's been pointed out to me that we might not

21    have entered P25 into evidence.

22              MS. BRODEEN:  Let me see what that is, Your Honor.

23              MR. CHAVEZ:  We'd like to move that into evidence.

24              THE COURT:  No.  It is not in evidence.

25              Are you seeking to introduce it at this time?
```

```
1              MR. CHAVEZ:  Yes, Your Honor.

2              THE COURT:  Is there any objection?

3              MS. BRODEEN:  Let me see what the list says.

4         (Pause in proceedings.)

5              MS. BRODEEN:  We have relevancy -- it's an email.  We

6    have relevancy and hearsay objections, as we do with the other

7    emails we have gone through.

8              THE COURT:  All right.  This is dated April 15th,

9    2019, which is certainly relevant.  With regard to the hearsay,

10   the objection would be overruled as well, and P25 will be

11   admitted into evidence.

12        (Plaintiffs' Exhibit P25 received into evidence.)

13             THE COURT:  Is there anything further, Mr. Chavez?

14             MR. CHAVEZ:  Thank you, Your Honor.  That's all we

15   have for Dr. Lichtman.

16             THE COURT:  All right.  Then, Dr. Lichtman, we will

17   begin tomorrow morning at 9:00 a.m. with Ms. Brodeen's

18   cross-examination.

19             Is there anything further from the parties that we

20   need to address this evening?  Mr. Chavez?

21             MR. CHAVEZ:  If you can give me a moment, Your Honor.

22        (Pause in proceedings.)

23             MR. CHAVEZ:  No, Your Honor.  That's all for the

24   Plaintiffs.

25             THE COURT:  Ms. Brodeen?
```

1          MS. BRODEEN:  Defendants have nothing this evening.

2          THE COURT:  Okay.  All right.  Everyone have a nice

3    evening and I'll see you tomorrow morning right at 9:00 a.m.

4          MS. BRODEEN:  Thank you, Your Honor.

5          MR. CHAVEZ:  You, too.

6          Thank you, Dr. Lichtman.

7          THE COURT:  All right.  Have a nice evening.

8       (Proceedings adjourned at 5:00 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    UNITED STATES OF AMERICA      )

2    ss:

3    SOUTHERN DISTRICT OF FLORIDA  )

4                     C E R T I F I C A T E

5          I, Yvette Hernandez, Certified Shorthand Reporter in

6    and for the United States District Court for the Southern

7    District of Florida, do hereby certify that I was present at

8    and reported in machine shorthand the proceedings had the 6th

9    day of January, 2021, in the above-mentioned court; and that

10   the foregoing transcript is a true, correct, and complete

11   transcript of my stenographic notes.  Please note:  This

12   hearing occurred during the COVID-19 pandemic and is therefore

13   subject to the technological limitations of reporting remotely.

14         I further certify that this transcript contains pages

15   1 - 215.

16         IN WITNESS WHEREOF, I have hereunto set my hand at

17   Miami, Florida this 7th day of March, 2022.

18

19                    /s/Yvette Hernandez
                      Yvette Hernandez, CSR, RPR, CLR, CRR, RMR
20                    400 North Miami Avenue, 10-2
                      Miami, Florida 33128
21                    (305) 523-5698
                      yvette_hernandez@flsd.uscourts.gov
22

23

24

25

**COURTROOM DEPUTY:**
**[6]** 4/7 5/21 5/23
6/8 6/11 6/16
**MR. CHAVEZ: [127]**
4/3 4/14 33/3
34/20 36/16 36/21
37/23 44/8 44/24
45/6 45/9 45/12
45/18 46/7 46/12
62/25 63/17 68/22
69/8 70/16 70/19
88/10 99/3 101/3
101/9 101/15 106/9
106/12 107/13
107/24 118/14
122/19 123/14
123/18 123/23
124/11 126/8
126/12 126/15
127/4 127/12
128/20 129/2
129/11 129/18
130/5 130/8 130/10
130/12 130/20
131/4 131/22
132/11 137/3 137/6
137/20 137/23
138/3 138/14
138/21 139/1 139/6
139/10 140/21
141/23 142/12
143/12 144/6 144/8
149/1 149/11
150/16 150/20
150/24 151/3
151/25 152/14
154/5 155/10
155/14 157/6
159/24 162/16
162/21 163/7
164/23 165/2
165/10 165/15

166/17 167/7
171/13 173/8
173/22 174/15
177/4 177/21
178/18 178/21
179/1 179/11
179/19 180/3 180/9
180/22 180/25
181/12 181/17
181/22 182/3 182/8
188/5 188/15
188/21 194/11
208/24 209/5
212/19 212/23
213/1 213/14
213/21 213/23
214/5
**MR. GONZALEZ: [1]**
4/24
**MR. PERCIVAL: [1]**
5/6
**MS. BRODEEN: [120]**
 33/8 33/23 34/3
34/8 35/3 36/19
36/23 37/15 44/7
44/9 44/19 44/25
45/8 45/10 45/14
55/6 60/4 60/7
62/24 63/1 66/25
69/5 70/8 74/5
74/20 74/25 77/12
78/4 83/7 85/24
93/22 94/2 95/13
95/20 98/13 98/23
101/21 106/10
107/8 107/10
107/12 109/18
109/23 113/13
114/5 115/17 118/5
118/20 122/8
122/12 122/15
123/20 126/2
128/16 128/22

129/23 130/15
131/17 134/22
136/13 137/5 137/7
137/15 138/16
139/8 139/22
140/18 140/20
142/10 143/7 144/2
144/10 146/15
149/9 149/15
149/20 150/11
151/21 154/10
155/7 155/18 156/6
157/12 162/8
164/21 165/7
165/17 166/20
169/10 169/16
176/3 177/11
177/18 178/7 179/3
179/15 181/5
182/18 183/1
183/19 184/23
186/15 187/23
196/14 198/14
199/8 201/17
208/19 208/21
212/2 212/7 212/9
212/17 212/22
213/3 213/5 214/1
214/4
**MS. HASKELL: [1]**
4/21
**MS. HERNANDEZ**
**ANDERSON: [2]**
4/11 5/15
**MS. LAROCCA: [7]**
4/19 5/24 26/6
31/9 31/20 32/13
32/21
**MS. MESA-ESTRADA:**
**[1]** 4/16
**MS. PATEL: [15]**
5/2 5/17 13/17
15/14 16/7 16/13

**MS. PATEL:... [9]**
16/25 18/5 18/22
19/21 21/20 29/10
30/7 32/6 32/9
**MS. TEEGEN: [3]**
5/4 5/8 179/20
**THE COURT: [215]**
4/2 4/4 5/11 5/18
5/22 6/2 6/4 13/19
15/15 16/8 16/14
17/1 18/6 18/23
19/1 19/22 21/21
26/8 29/12 29/16
30/9 31/10 31/21
32/7 32/12 32/23
33/2 33/6 33/10
33/13 33/16 33/20
33/22 34/2 34/6
34/18 35/1 35/4
35/9 36/18 36/22
37/10 37/22 38/4
44/16 45/2 45/21
46/10 46/14 55/8
63/2 67/2 68/20
68/24 69/2 69/6
70/3 70/14 70/20
74/6 74/21 75/1
77/14 78/5 83/8
85/25 93/23 94/3
95/17 95/21 96/1
98/14 99/5 101/6
101/12 101/18
107/9 107/11
109/19 109/24
113/18 114/7
115/19 118/8
118/13 118/22
122/10 122/13
122/18 123/9
123/17 123/19
123/24 126/6
126/11 126/13

128/25 130/2 130/6
130/9 130/11
130/14 130/23
131/20 131/25
134/25 136/15
137/16 137/21
137/24 138/19
138/24 139/25
140/5 140/19
140/22 142/14
143/9 143/17 144/7
144/9 144/11
146/18 146/20
148/23 149/3 149/6
149/10 149/13
149/16 149/19
149/24 150/4
150/13 150/17
150/22 151/2 151/4
151/23 152/3
154/11 155/9
155/13 155/19
156/9 156/11
157/15 162/13
162/18 163/4
164/25 165/5 165/9
165/13 166/3 166/7
166/15 166/18
167/2 169/12
169/17 172/23
174/18 176/4 177/7
177/14 177/19
178/1 178/12
178/20 178/23
179/5 179/17
179/21 180/6
180/10 180/23
181/3 181/7 181/21
181/24 182/5
182/23 183/2
183/20 183/23
185/1 186/17
186/20 188/4

196/16 198/16
199/9 201/18
208/20 208/22
209/1 209/6 212/3
212/8 212/12
212/18 212/24
213/2 213/8 213/13
213/16 213/25
214/2 214/7
**THE WITNESS: [75]**
6/7 6/14 13/20
15/16 16/10 16/15
18/7 18/25 19/2
19/23 21/22 29/14
31/11 31/22 32/11
32/25 33/12 33/15
33/18 33/21 35/7
46/11 46/15 55/9
60/6 60/8 63/3
63/22 67/3 77/15
78/6 83/9 86/1
94/4 95/25 99/10
101/10 101/17
113/22 114/11
115/20 118/11
118/23 135/2
136/16 140/4 140/6
142/17 143/18
144/12 146/19
146/21 149/21
150/3 152/15
154/12 155/20
156/10 156/15
157/9 157/17 160/1
171/16 173/23
176/5 177/12 183/3
183/22 183/24
185/2 186/19
186/21 188/25
194/13 199/10
**UNIDENTIFIED**
**SPEAKER: [9]**   70/1
70/4 70/6 70/9

UNIDENTIFIED
SPEAKER:... [5]
70/10 70/12 70/15
70/17 149/17

**$**

**$10 [1]** 125/1

**'**

**'17 [2]** 79/5 81/10
**'18 [1]** 110/9
**'19 [2]** 79/5 81/10
**'s [10]** 7/9 7/23
8/18 11/25 14/8
15/10 17/20 20/15
23/17 26/13

**.**

**.4 [2]** 68/17 71/12

**/**

**/s/Yvette [1]**
215/19

**0**

**01 [1]** 1/23
**051735 [1]** 195/19

**1**

**1.5 million [1]**
76/14
**10 [17]** 31/5 41/6
41/6 47/10 47/13
48/8 64/16 106/12
106/14 106/16
110/8 143/3 161/1
161/2 161/8 180/15
180/19
**10-2 [2]** 2/6
215/20
**10-minute [1]**
177/16
**100 [1]** 46/23
**100,000 [1]** 106/15

**101 [1]** 19/4
**101s [1]** 18/3
**102 [3]** 98/16
98/24 100/1
**1050 [1]** 1/24
**106 [1]** 1/19
**106948 [1]** 189/3
**107 [1]** 2/3
**10:42 [1]** 69/1
**10:59 [1]** 69/1
**11 [5]** 107/23
108/3 111/19
180/15 180/19
**11.75 million [1]**
120/10
**110-34 [1]** 127/8
**116-6 [1]** 130/3
**11:59 [1]** 101/11
**11th [3]** 154/4
170/16 171/1
**12 [9]** 47/10 47/13
48/8 109/3 109/3
158/22 161/9
180/15 180/19
**12.3 [1]** 71/12
**124 [1]** 109/3
**12463 [1]** 1/16
**12:49 [1]** 174/7
**12th [3]** 169/7
181/15 200/5
**13 [5]** 68/6 71/8
154/3 180/15
180/19
**134 [1]** 114/25
**135 [1]** 116/21
**136 [1]** 116/21
**13th [1]** 138/8
**14 [3]** 9/12 202/19
202/22
**14th [1]** 34/10
**15 [10]** 9/12 68/25
149/3 177/13
191/16 200/22
203/8 203/16

203/17 203/22
**15-minute [2]**
68/24 148/25
**150 [1]** 121/8
**15th [3]** 173/18
174/21 213/8
**16 [7]** 90/6 111/11
154/3 180/15
180/19 205/13
205/16
**160 [1]** 100/1
**167 [1]** 3/11
**168 [210]** 10/17
11/23 12/20 13/10
14/9 16/5 17/6
17/21 18/18 19/10
20/16 21/11 22/11
22/16 23/14 23/18
23/20 23/24 24/6
26/4 27/11 28/15
28/25 35/17 35/23
53/18 53/24 55/16
56/11 57/12 58/11
58/17 58/24 61/6
61/7 61/13 63/6
65/9 65/10 65/16
65/23 66/7 66/13
66/15 67/10 67/20
69/13 69/14 71/2
71/6 73/11 73/12
73/22 74/2 74/8
74/15 74/17 74/23
75/6 75/9 75/12
75/15 75/21 79/25
81/1 81/24 83/23
84/6 85/4 85/23
86/2 86/5 86/15
86/17 86/21 86/23
88/5 92/12 93/20
93/25 95/11 95/12
96/11 97/12 98/6
98/18 100/7 102/2
102/6 103/24 104/7
104/17 104/21

**1**

**168... [117]**   105/1
105/18 105/21
105/24 106/4 106/6
106/19 106/22
107/15 110/17
110/20 111/3
112/11 114/3 118/6
122/16 122/25
123/3 125/11
125/20 126/22
126/23 127/22
127/25 131/11
132/20 133/6 134/3
134/4 134/6 134/13
134/15 134/18
136/5 138/23
139/14 139/21
139/23 141/1 141/3
142/5 142/18
142/24 143/16
143/24 147/17
153/8 153/24
154/14 154/20
155/1 155/17
156/21 158/13
162/15 162/20
162/22 163/12
163/18 163/24
163/25 164/3
164/15 165/24
167/15 167/22
168/2 169/4 170/8
170/17 170/22
170/24 172/20
175/6 176/2 176/12
176/24 184/6
185/23 186/23
187/12 187/16
188/7 189/8 190/20
190/21 191/20
191/23 192/7 192/9
193/2 193/7 195/4
195/14 196/6 196/8
197/2 197/11
197/16 197/17
197/22 200/9
200/20 201/11
201/16 201/21
202/2 202/5 204/22
210/3 210/5 210/22
211/1 211/13
211/16 211/19
212/16

**168's [3]**   24/20
109/15 132/1
**17 [1]**   108/15
**173 [1]**   3/11
**17th [3]**   175/16
198/9 209/12
**18 [4]**   76/10
108/16 207/7 207/9
**180 [22]**   3/12 3/12
3/12 3/12 3/13
3/13 3/13 3/13
3/14 3/14 3/14
3/14 3/15 3/15
3/15 3/15 3/16
3/16 3/16 3/16
3/17 3/17
**181 [2]**   3/19 3/19
**1860 [1]**   42/24
**187 [1]**   116/2
**18th [1]**   142/6
**19 [9]**   19/17 19/18
20/11 28/20 29/9
100/3 180/15
180/21 215/12
**19-22927 [1]**   4/7
**1924 [2]**   51/5 54/9
**1928 [1]**   41/22
**193 [1]**   188/24
**1937 [1]**   116/25
**1967 [2]**   38/13
116/9
**1973 [2]**   38/19
39/1

**1978 [1]**   41/25
**1979 [1]**   112/16
**1980s [1]**   115/1
**1984 [1]**   41/8
**1990 [2]**   42/12
108/15
**1993 [1]**   115/23
**1994 [1]**   116/3
**19th [1]**   153/24
**1:00 [1]**   101/8
**1:02 [1]**   101/11
**1:19-cv-22927-BB
 [1]**   1/2

**2**

**20 [9]**   68/4 80/22
82/24 90/8 111/12
111/13 180/15
180/21 210/10
**2000 [5]**   39/15
69/24 106/15
106/20 106/23
**2006 [1]**   9/12
**2007 [1]**   108/18
**2008 [4]**   43/4 43/9
51/3 117/5
**2010 [5]**   41/7
106/20 106/21
107/1 124/1
**2011 [3]**   13/11
15/9 114/17
**2012 [1]**   13/11
**2013 [3]**   11/5 14/4
43/10
**2014 [1]**   190/12
**2015 [3]**   64/5
205/18 206/1
**2016 [8]**   41/7
43/18 110/9 111/9
138/8 139/24 148/2
148/16
**2017 [4]**   7/7 43/16
97/6 189/14
**2018 [7]**   47/22

**2**

**2018... [6]** 64/6
95/11 106/15
106/23 111/9 206/2
**2019 [18]** 17/7
69/25 106/19
113/15 142/6
142/23 143/4 148/4
150/9 154/4 163/19
169/7 173/18
181/15 200/5
204/22 209/13
213/9
**2020 [4]** 7/4 43/2
95/11 129/4
**2021 [2]** 1/5 215/9
**2022 [1]** 215/17
**207 [1]** 190/23
**20th [3]** 113/8
114/13 117/8
**21 [3]** 169/7
180/15 180/20
**212 [1]** 3/17
**213 [1]** 3/17
**215 [3]** 1/8 3/2
215/15
**22 [3]** 72/11 72/13
73/10
**221 [5]** 3/19 181/2
181/9 181/11
182/21
**227 [1]** 71/25
**22927 [1]** 4/7
**23 [1]** 36/25
**23rd [1]** 143/3
**248466 [1]** 194/12
**24th [2]** 150/9
152/6
**25 [3]** 161/2 161/9
173/18
**26 [3]** 3/6 71/12
81/18
**27:44 [1]** 181/18

**287 [17]** 65/23
66/10 66/24 67/15
67/20 67/25 71/22
102/14 104/22
144/16 192/4 205/9
205/14 205/18
205/19 205/25
211/5
**2:44 [1]** 149/5
**2:46 [1]** 149/5

**3**

**30 [6]** 89/16 90/7
90/8 135/5 180/14
180/19
**3000 [1]** 1/19
**305 [1]** 215/21
**30:13 [1]** 181/18
**315213 [1]** 195/3
**32 [4]** 3/6 140/21
180/15 180/19
**32399 [1]** 2/3
**32399-1050 [1]**
1/24
**33101 [1]** 1/17
**33128 [2]** 2/6
215/20
**33137 [1]** 1/20
**34 [1]** 127/8
**35 [1]** 3/8
**36 [1]** 3/10
**38 [1]** 3/10
**39 [2]** 71/13 71/15
**392 [1]** 81/18
**3:39 [1]** 177/17
**3:50 [1]** 177/17
**3:57 [1]** 182/10

**4**

**40 [4]** 41/18 90/7
90/8 96/25
**400 [2]** 2/6 215/20
**418 [1]** 79/9
**420 [3]** 77/3 77/21

**45 [1]** 36/25
**46 [1]** 98/1
**48 [1]** 39/2
**4:00 [1]** 182/10

**5**

**500 [3]** 89/19
89/24 90/8
**503106 [1]** 190/16
**523-5698 [1]**
215/21
**536943 [2]** 194/10
194/20
**5698 [1]** 215/21
**58 [1]** 90/4
**589678 [1]** 194/5
**59 [1]** 90/18
**5:00 [1]** 214/8

**6**

**60 [1]** 60/8
**64 [1]** 97/24
**66 [2]** 120/10
127/9
**6th [1]** 215/8

**7**

**70 [1]** 211/6
**73 [2]** 68/5 71/19
**75 [1]** 98/3
**7th [2]** 142/23
215/17

**8**

**8.6 [1]** 204/13
**80 [1]** 76/19
**83 [2]** 64/13 80/5
**85 [1]** 88/25
**85-percent-white
[1]** 90/16
**87 [1]** 61/22
**88 [1]** 62/13

**9.5 [1]**  100/4
**90 [1]**  72/22
**900 [1]**  40/7
**93 [1]**  88/12
**9:00 [4]**  1/5 4/1
213/17 214/3

---

**A**

---

**a.m [8]**  1/5 4/1
69/1 69/1 101/11
174/7 213/17 214/3
**Aaron [1]**  175/15
**abbreviated [1]**
42/25
**abiding [1]**  160/17
**able [8]**  20/22
28/12 86/5 92/7
206/14 209/9 211/1
211/21
**about [250]**
**above [9]**  40/6
84/16 139/4 166/2
170/3 174/15
174/19 208/1 215/9
**above-mentioned [1]**
215/9
**abroad [3]**  76/17
76/18 76/19
**absent [1]**  140/2
**absolutely [7]**
81/2 85/15 96/12
102/4 134/4 149/1
210/6
**abuse [3]**  96/20
96/21 202/13
**academic [3]**  40/6
58/22 119/2
**academy [3]**  42/18
117/14 208/18
**accept [2]**  124/8
190/9
**accepted [2]**  48/18
49/1

**access [8]**  9/23
19/24 20/25 73/6
73/7 135/16 161/19
174/8
**accessing [4]**  24/1
98/10 98/20 101/24
**accompany [3]**  10/2
23/7 166/16
**accomplish [1]**
188/8
**according [3]**  80/5
109/15 158/23
**account [1]**  151/13
**accountable [1]**
190/25
**accuracy [2]**  125/6
125/15
**accurate [5]**  26/15
29/23 32/2 132/15
187/18
**accurately [3]**
36/12 76/6 187/1
**accused [1]**  197/6
**acknowledged [1]**
123/15
**ACLU [5]**  77/2
78/13 80/5 154/21
155/1
**acquisition [2]**
76/16 82/7
**acquisitioned [1]**
76/7
**across [20]**  8/1
8/5 9/7 10/9 14/22
16/3 25/13 31/5
39/7 40/8 56/6
67/8 67/11 75/19
84/4 93/16 103/12
104/24 107/3
211/15
**act [8]**  24/15
28/14 51/6 54/8
54/10 87/2 158/2
209/22

**acted [1]**  34/12
**acting [1]**  21/23
**action [5]**  8/21
17/15 27/19 86/24
116/3
**actions [1]**  27/2
**active [5]**  15/8
113/8 127/20
128/15 131/10
**actively [6]**  16/19
57/23 58/1 58/13
59/2 61/1
**activism [1]**
185/21
**activist [1]**  172/4
**activists [1]**
115/4
**activities [1]**
125/8
**activity [6]**  122/5
124/23 125/18
149/7 149/11
189/23
**acts [2]**  51/11
133/12
**actual [19]**  30/18
53/19 66/23 71/1
71/5 73/14 78/6
81/13 84/25 85/2
92/18 104/7 141/3
161/3 161/11
161/25 179/8
191/23 211/15
**actualized [1]**
18/20
**actually [28]**
14/14 25/7 30/22
31/3 53/22 58/5
58/22 71/11 72/5
117/4 122/6 122/21
140/6 140/25 144/3
147/24 148/2 172/7
173/14 178/8 178/8
178/10 183/3

**A**

**actually... [5]**
184/21 189/25
199/22 202/17
211/20
**ad [2]** 91/2 91/3
**Adam [1]** 159/17
**add [1]** 92/21
**added [1]** 191/17
**adding [1]** 125/11
**addition [6]** 56/22
65/15 127/3 133/15
180/3 210/3
**additional [1]**
55/22
**address [7]** 5/13
122/11 147/1 147/2
152/2 182/14
213/20
**addressed [7]** 13/9
24/5 38/1 45/22
178/3 178/23
180/14
**addresses [1]**
162/24
**adhering [1]** 25/7
**adjourned [1]**
214/8
**administration [3]**
7/17 114/14 114/16
**administrative [6]**
23/9 80/18 189/16
189/19 190/3
190/10
**admissibility [3]**
37/13 164/24
164/25
**admission [2]**
156/4 156/7
**admissions [1]**
156/13
**admits [1]** 122/20
**admitted [13]** 3/10

3/18 38/4 167/5
167/5 169/13 173/7
177/24 179/23
180/18 180/21
181/9 213/11
**admitting [1]** 5/23
**adopted [10]** 48/1
48/18 49/3 51/17
54/5 92/19 96/19
102/13 196/6
205/18
**adopting [5]**
134/15 135/22
136/5 153/8 167/15
**adoption [13]**
51/18 74/14 106/4
106/6 106/19
106/22 132/1
132/19 133/6
134/13 156/24
184/6 204/21
**adult [2]** 79/14
79/18
**advanced [1]** 83/23
**advice [8]** 10/3
23/7 25/20 28/16
123/4 134/17 153/4
153/7
**advise [8]** 28/9
28/21 29/5 29/21
29/24 45/3 132/4
208/22
**advised [2]** 28/10
30/1
**advocacy [12]** 8/24
9/2 21/5 22/5 28/3
85/22 86/2 134/20
135/7 135/13
161/19 164/18
**advocate [8]**
112/17 144/22
144/25 146/1
163/11 186/11
191/13 193/2

**advocated [1]** 11/4
**advocates [4]** 87/5
156/25 174/8 198/8
**advocating [4]**
10/20 10/22 11/4
118/17
**affairs [3]** 40/21
41/17 42/23
**affect [2]** 103/14
210/9
**affected [4]** 23/14
93/20 103/13
103/15
**affecting [1]**
61/25
**affirmative [5]**
116/3 195/4 195/9
195/12 196/7
**affirmatively [4]**
114/2 154/23
154/24 155/2
**afraid [2]** 28/7
200/12
**African [5]** 42/2
48/23 78/20 87/22
132/23
**African-American
[1]** 78/20
**African-Americans
[2]** 42/2 48/23
**after [23]** 23/18
24/20 26/4 69/14
92/18 98/6 117/7
119/13 136/19
150/8 156/24
157/19 167/17
173/10 173/13
173/23 173/24
190/1 190/6 191/3
193/19 194/17
208/15
**again [63]** 29/5
30/7 50/18 67/22
69/25 71/2 71/5

**again... [56]**
76/17 81/23 82/19
84/22 88/19 96/3
96/15 98/4 98/13
100/22 108/25
109/9 109/12
109/23 115/22
121/2 128/2 128/5
139/25 142/6 142/8
143/21 144/19
145/11 148/6
150/11 152/17
154/14 154/17
157/20 158/13
158/16 160/2 161/5
161/10 161/11
161/23 165/10
167/10 168/3
168/10 170/8
170/22 171/2 171/2
171/4 171/23
172/15 172/19
190/21 192/10
193/12 197/20
200/19 203/20
204/23
**against [14]**  10/22
12/25 17/12 23/22
28/4 35/24 49/9
53/19 116/5 119/11
121/17 158/14
170/17 170/22
**age [2]**  41/10
204/4
**agency [1]**  23/9
**agenda [3]**  12/7
15/1 26/1
**agents [1]**  21/24
**aggregate [1]**  42/4
**aggressive [1]**
19/11
**aghast [1]**  163/1

**ago [3]**  90/9
208/16 210/23
**agree [3]**  38/4
188/10 209/4
**agreed [2]**  173/1
212/12
**agreement [6]**
65/23 66/2 67/16
102/14 187/9 205/9
**agreements [4]**
66/9 66/12 104/23
205/8
**AGUILAR [1]**  3/5
**Ah [1]**  152/16
**ahead [6]**  4/4 5/22
96/9 138/2 177/15
181/19
**aid [1]**  195/1
**aide [5]**  143/22
145/2 151/9 167/16
169/8
**aides [2]**  135/10
166/24
**aimed [5]**  66/21
187/20 187/21
187/25 199/17
**al [4]**  1/4 1/7 4/8
4/8
**Alachua [1]**  111/8
**Alamance [2]**
102/13 102/23
**alarmed [1]**  17/8
**alcohol [4]**  209/9
209/11 209/19
210/1
**alcohol-related [4]**
209/9 209/11
209/19 210/1
**alert [4]**  88/1
133/1 200/5 200/9
**alerts [2]**  176/8
185/10
**alien [13]**  15/13
15/18 61/24 62/5

121/22 124/25
125/11 160/6
160/13 160/15
170/19
**aliens [22]**  61/19
86/13 86/14 133/25
133/25 157/20
157/20 158/21
161/7 170/4 170/9
170/10 170/14
170/16 170/23
175/8 187/21 191/8
198/2 199/21 201/2
210/16
**alive [1]**  117/7
**all [178]**  4/4 5/11
5/18 5/22 6/2 6/6
7/15 8/5 9/3 9/16
18/18 20/10 20/16
22/8 23/12 24/7
26/2 31/17 32/23
33/6 33/10 33/16
33/20 34/2 34/6
35/4 37/10 37/19
39/19 40/8 42/24
43/8 43/14 45/2
46/24 49/9 51/1
51/3 52/16 54/2
55/15 55/16 57/4
59/18 61/2 65/11
66/20 69/6 70/14
70/20 70/24 71/8
71/11 71/15 71/17
72/15 76/5 77/6
79/15 79/22 79/23
81/14 81/25 82/22
89/1 89/1 89/12
90/22 91/13 91/14
95/11 98/21 99/11
100/5 101/12
102/22 104/8
109/13 111/7 111/8
113/18 116/24

**A**

**all... [96]** 119/4
120/1 126/11 127/5
127/18 128/4 130/9
131/16 132/10
132/22 133/6 135/7
135/19 135/25
137/24 138/3
138/19 140/22
143/18 146/21
146/22 149/3 150/2
150/4 150/13
150/22 155/5
155/22 157/11
157/19 158/19
159/18 160/15
160/16 160/20
161/14 163/10
163/21 165/3
167/22 171/7
173/17 176/15
177/16 177/19
177/23 177/23
177/25 178/23
178/25 179/6 180/6
180/14 180/23
181/7 182/7 182/8
183/2 183/15
188/24 192/11
192/13 193/5 196/6
196/25 197/14
197/24 198/24
198/25 199/5
199/13 200/3 202/6
202/10 203/12
204/7 204/13
204/17 205/10
205/19 205/21
207/12 207/13
207/17 209/6
211/17 211/20
212/5 212/11
212/19 213/8

213/14 213/16
213/23 214/2 214/7
**all-time [1]**
135/25
**ALLAN [4]** 3/7 33/4
33/19 35/7
**allegation [1]**
125/4
**allegations [3]**
48/10 48/12 182/14
**allege [1]** 37/6
**alleged [20]** 61/14
62/15 65/13 67/18
92/1 109/14 110/2
112/25 122/1 128/2
132/21 133/22
133/23 155/25
159/4 160/3 170/21
175/12 183/10
202/16
**allegedly [6]** 58/9
87/20 91/25 133/18
209/14 209/15
**allies [1]** 28/5
**allow [12]** 18/6
31/10 63/2 77/14
83/8 87/11 94/3
113/20 133/2 176/4
199/9 200/7
**allowed [1]** 37/16
**alluded [1]** 103/20
**almost [8]** 55/16
59/18 71/19 77/4
90/9 135/5 211/5
211/9
**alone [2]** 93/18
161/9
**along [4]** 84/22
107/24 165/23
201/1
**already [19]** 30/4
34/6 67/12 83/9
91/23 102/25
103/19 105/8

152/9 169/15
175/16 176/8
178/23 180/14
182/13 184/25
198/23
**also [102]** 4/25
5/8 6/12 7/18 9/1
9/5 9/25 10/5 10/6
11/16 14/3 14/22
15/9 16/3 16/24
17/17 21/1 24/25
28/1 38/1 39/17
40/23 41/23 42/5
42/20 43/18 47/11
49/21 54/13 60/15
72/3 73/1 75/25
78/14 79/11 80/11
85/5 88/17 90/17
91/3 92/10 93/25
94/7 94/14 96/6
96/10 99/13 99/15
102/9 102/12
102/18 103/6
103/17 106/25
114/16 117/12
119/8 119/12
119/22 122/17
124/17 126/16
126/18 128/9
128/21 130/15
142/19 143/22
144/23 145/13
145/15 145/19
146/10 148/24
153/7 154/15 157/2
160/18 160/25
163/19 164/6
164/13 166/24
170/25 171/1
171/11 175/15
185/9 187/18
189/19 192/1 193/8
194/9 197/25 198/7

**A**

**also... [7]** 199/1
206/25 207/3
209/11 210/5
210/22 212/9
**alternative [2]**
29/8 30/2
**alternatives [4]**
28/17 188/13 196/6
197/2
**although [5]**
141/13 182/14
204/18 205/4
206/11
**always [3]** 51/9
147/20 148/12
**am [9]** 36/2 36/6
44/13 52/24 52/25
53/1 59/5 157/7
169/18
**Amapola [5]** 87/8
133/20 175/7 199/4
200/10
**amazingly [1]** 90/1
**ameliorate [3]**
188/8 197/7 197/8
**ameliorated [2]**
187/13 197/5
**ameliorating [2]**
187/16 187/25
**amendment [15]**
43/25 44/22 48/13
168/15 168/24
189/3 189/4 189/5
190/2 190/14
190/15 190/19
192/13 196/3
199/15
**amendments [10]**
51/20 148/9 148/11
148/13 168/13
169/1 187/12
187/15 194/3

**America [18]** 8/4
8/5 43/22 43/25
62/23 64/11 64/14
85/14 87/9 114/23
116/9 119/16 159/7
159/20 159/22
160/5 176/16 215/1
**America's [1]**
119/14
**American [28]**
35/22 38/19 38/20
39/3 39/25 40/2
40/12 40/21 41/4
43/5 43/12 43/14
43/24 51/4 61/20
62/9 78/20 84/18
87/18 87/22 111/2
115/24 115/25
116/6 117/5 121/22
132/23 160/24
**Americans [15]**
42/2 48/23 76/18
76/19 84/17 133/23
158/21 160/17
161/3 161/11 202/9
206/6 206/10
206/20 208/14
**among [4]** 59/10
100/11 100/20
119/18
**amount [2]** 66/17
211/25
**analogue [2]** 67/19
67/21
**analyses [4]** 52/5
92/17 205/10
205/11
**analysis [31]**
35/19 35/20 36/6
38/21 44/23 45/17
48/24 48/25 49/2
49/2 50/19 53/2
53/11 53/16 54/1

109/16 110/7
110/13 110/16
110/16 112/20
132/5 141/2 154/25
168/2 176/6 176/20
184/10
**analyze [7]** 35/17
39/14 40/20 48/3
53/6 53/7 53/8
**analyzed [3]** 41/19
50/15 201/25
**analyzing [5]** 42/2
47/14 50/15 146/8
167/25
**anarchy [11]** 88/1
92/1 133/1 145/10
145/13 145/14
171/19 171/21
176/9 200/6 200/7
**ANDERSON [3]** 1/14
4/12 173/1
**Angel [2]** 175/11
209/14
**Angeles [3]** 43/13
162/1 162/2
**animated [1]** 176/2
**animus [10]** 13/6
26/1 114/21 121/3
136/23 158/14
160/9 176/18 177/1
185/21
**ANITA [2]** 1/22 5/2
**Ann [1]** 88/15
**ANNE [2]** 1/14 4/11
**anomaly [1]** 65/7
**another [35]** 19/17
45/14 45/19 47/13
62/12 71/18 83/14
83/16 88/8 89/10
96/24 106/7 119/21
126/6 126/17
139/21 141/20
143/25 144/14

**A**

**another... [16]**
153/15 153/16
157/5 160/22 162/4
167/13 170/15
171/9 177/4 177/13
188/16 193/10
193/12 197/1 201/1
210/12
**answer [9]** 29/3
29/18 80/21 96/7
145/24 148/8 148/9
156/12 183/23
**answered [2]** 60/19
82/18
**answering [1]**
29/14
**Anthropology [1]**
61/23
**anti [29]** 15/22
16/2 16/20 23/20
91/20 112/9 112/23
115/4 117/3 117/3
117/13 118/17
119/5 121/22
126/21 126/24
126/25 128/4
132/16 136/4 139/5
139/20 140/25
144/17 146/5 184/8
184/9 185/21
201/10
**anti-American [1]**
121/22
**anti-immigrant [18]**
15/22 16/2 16/20
23/20 91/20 112/9
112/23 115/4 117/3
119/5 126/21
126/24 126/25
128/4 132/16 136/4
185/21 201/10
**anti-immigration**
**[2]** 184/8 184/9

**anti-majority [1]**
117/3
**anti-sanctuary [6]**
118/17 139/5
139/20 140/25
144/17 146/5
**anti-Semitic [1]**
117/13
**anxiety [1]** 94/18
**any [92]** 5/13 7/6
10/13 11/20 15/3
16/22 17/3 19/15
21/6 22/20 23/15
24/4 26/25 26/25
27/15 29/21 30/21
32/12 35/1 36/18
37/8 37/13 40/17
41/12 48/9 50/12
52/22 53/5 54/12
57/1 58/21 58/22
61/10 62/21 63/21
70/7 71/8 72/4
74/2 74/8 76/12
86/5 90/12 102/1
104/20 106/11
113/14 113/15
113/16 113/16
122/2 122/3 124/4
125/2 125/13
125/14 125/15
146/2 146/3 146/6
146/8 146/16
147/20 156/12
156/13 156/18
161/18 162/25
170/20 181/3 186/1
186/2 187/12 193/2
195/15 196/9
196/21 198/12
199/6 202/2 202/7
202/16 205/9
209/21 209/21
210/14 211/15
211/15 211/18

213/2
**Anybody [1]** 131/24
**anyone [13]** 57/6
57/7 123/25 124/24
131/16 132/9
142/22 168/19
172/5 189/18
189/22 191/21
193/22
**anyone's [1]** 64/3
**anything [31]** 9/4
25/10 41/25 44/13
57/5 64/3 67/10
68/3 79/24 89/13
108/12 123/17
130/16 131/18
132/8 192/8 192/10
196/12 202/4 202/6
202/25 203/2 203/7
203/20 204/20
205/4 206/4 209/21
209/25 213/13
213/19
**anyway [2]** 72/18
90/8
**anywhere [2]** 78/9
80/22
**apocalyptic [1]**
160/2
**apologies [3]**
82/18 128/12
177/22
**apologize [3]**
138/4 165/25
184/17
**apparently [3]**
118/9 149/13
168/20
**appear [3]** 60/14
71/24 181/25
**Appearances [2]**
1/12 1/25
**appeared [2]** 87/10

**A**

**appeared... [1]**
198/9
**appears [1]** 123/24
**apples [3]** 56/17
56/19 56/24
**AppleSeed [1]**
164/8
**application [1]**
21/3
**applications [1]**
42/10
**applied [4]** 42/20
56/3 56/4 61/10
**applies [9]** 56/5
56/7 73/13 95/1
191/8 191/20
192/14 200/20
201/2
**apply [3]** 35/20
52/21 193/13
**applying [1]** 195/1
**appointments [1]**
73/6
**apportioned [1]**
81/4
**appreciate [3]**
14/12 14/13 96/5
**approach [1]** 13/8
**appropriate [2]**
163/4 188/3
**approximately [1]**
108/19
**April [11]** 124/1
132/25 153/23
169/7 173/18
174/21 175/16
198/9 200/5 209/12
213/8
**arcane [1]** 42/18
**are [278]**
**area [10]** 9/15
37/1 40/22 40/25

65/19 134/24
161/24
**area's [1]** 31/13
**areas [16]** 9/13
40/11 40/14 40/16
41/15 41/17 44/14
46/4 52/19 54/24
62/25 64/16 64/17
64/21 97/16 169/3
**aren't [3]** 12/16
115/9 193/6
**arguably [1]** 42/16
**argue [1]** 126/19
**argued [1]** 48/20
**argument [2]** 45/19
122/14
**arguments [2]** 34/5
189/8
**arises [1]** 170/9
**arising [1]** 48/13
**Arizona [8]** 58/8
58/8 59/2 59/20
60/15 102/25 103/4
103/5
**Arlington [1]**
188/11
**armed [2]** 194/7
194/8
**army [1]** 128/5
**arose [1]** 26/3
**around [10]** 14/25
15/25 15/25 16/20
20/4 20/7 39/12
162/23 190/11
205/17
**Arpaio [3]** 58/7
59/23 103/5
**arrangement [2]**
65/25 102/16
**arrangements [1]**
205/18
**arrest [7]** 64/19
65/13 66/1 67/18

**arrested [19]**
30/22 65/1 67/8
67/13 67/17 68/18
72/5 74/3 74/8
74/17 74/18 75/8
191/8 191/21
191/24 192/9 201/3
210/8 210/21
**arrests [26]** 56/6
62/22 63/7 64/2
64/2 64/3 64/15
64/24 65/5 65/9
66/11 66/23 67/1
67/3 67/7 67/25
69/22 69/23 71/21
72/3 102/11 103/24
189/25 192/4 192/4
211/4
**arrive [2]** 52/14
92/15
**arrived [1]** 53/23
**article [3]** 61/22
119/11 158/11
**articles [6]** 40/20
40/24 44/6 50/2
50/3 119/9
**as [291]**
**ASAP [3]** 144/24
145/3 153/7
**Asians [1]** 51/7
**ask [14]** 33/10
39/4 46/19 60/4
77/7 86/4 87/1
90/25 96/3 96/6
163/5 186/2 199/14
202/3
**asked [20]** 43/6
80/15 80/20 89/18
99/3 114/10 129/13
132/7 142/10
142/12 145/23
148/7 155/21
156/14 163/22

**A**

**asked... [5]** 170/12 181/15 186/8 187/5 212/10

**asking [16]** 19/20 20/6 21/24 24/15 44/16 82/19 96/8 108/2 125/7 125/8 125/17 125/18 145/2 145/16 154/25 186/1

**asks [1]** 139/19

**aspects [4]** 7/15 12/10 78/22 85/16

**assault [7]** 68/11 68/19 71/7 71/9 90/21 90/21 211/10

**assembly [1]** 174/9

**asserted [1]** 143/13

**assess [4]** 50/25 51/1 76/6 79/11

**assessing [1]** 35/22

**assimilated [3]** 191/17 200/23 210/17

**assist [2]** 36/7 53/2

**assistance [7]** 9/24 10/3 20/12 114/3 142/24 161/5 161/17

**associate [2]** 170/23 171/9

**associated [1]** 61/3

**associates [2]** 142/20 170/8

**associating [1]** 171/3

**association [5]** 61/17 84/7 171/18

**assume [1]** 36/9

**Assumes [1]** 118/20

**assuming [1]** 177/25

**atrocious [1]** 209/22

**attach [1]** 139/4

**attached [4]** 44/11 144/19 153/20 179/6

**attachment [21]** 139/7 139/8 139/9 140/17 145/17 162/10 163/14 163/17 163/20 164/1 165/1 165/3 165/8 165/10 165/13 165/16 166/4 166/10 166/10 166/13 176/10

**attacking [1]** 91/10

**attempt [1]** 59/1

**attempted [1]** 130/24

**attempting [2]** 137/25 138/3

**attend [2]** 27/15 73/8

**attendance [2]** 95/22 103/8

**attendees [1]** 133/19

**attending [1]** 96/4

**attention [2]** 138/12 155/22

**attested [1]** 73/1

**attitudes [1]** 134/1

**attorney [16]** 1/21 2/2 5/3 33/24 55/12 56/15 58/19

147/24 209/18 147/23 147/25 148/1 157/13 193/8 195/6

**attorneys [9]** 69/17 147/10 147/17 147/18 147/18 147/19 147/22 147/24 148/1

**audience [1]** 42/19

**audio [4]** 181/24 182/1 182/5 201/11

**Auster's [1]** 119/9

**Australia [1]** 64/10

**authenticity [7]** 122/9 122/16 124/5 126/5 173/2 178/2 181/9

**author [1]** 170/4

**authored [1]** 42/6

**authorities [2]** 125/16 202/14

**automated [1]** 140/10

**automatically [1]** 80/17

**automobiles [2]** 73/4 73/5

**availability [1]** 188/12

**available [4]** 64/6 69/21 106/22 200/3

**Avenue [2]** 2/6 215/20

**average [1]** 90/5

**avowed [1]** 136/22

**await [1]** 32/17

**Award [3]** 43/8 43/12 43/13

**awards [5]** 41/13 41/15 43/6 46/8 46/18

**A**

**aware [5]** 14/17
30/21 62/21 118/22
185/20
**awareness [2]**
11/22 17/18
**away [5]** 5/9 31/15
46/18 101/4 121/18
**awful [1]** 81/19

**B**

**back [25]** 5/9 15/9
41/18 41/25 42/24
43/9 68/4 68/25
69/5 69/6 101/7
101/12 101/20
106/8 149/3 149/6
157/10 160/19
163/13 169/14
170/15 177/18
177/19 190/25
192/24
**backer [1]** 211/19
**backers [2]** 190/21
197/22
**background [13]**
36/24 38/12 38/15
38/17 38/21 44/18
51/9 51/10 53/24
53/25 54/13 57/11
184/12
**backing [1]** 12/3
**bad [5]** 56/17
56/19 56/24 91/14
190/24
**badly [1]** 172/1
**ban [1]** 141/7
**bank [6]** 19/24
28/21 29/6 29/22
29/25 30/22
**banks [4]** 20/5
20/5 20/8 28/8
**bar [9]** 192/15
193/21 207/19

207/23 207/23
208/1 208/1 208/3
208/3
**Barack [1]** 44/3
**Barnhill [11]**
143/21 150/10
152/7 152/24 154/4
167/10 167/16
169/8 169/23
174/12 174/23
**Barnhill's [1]**
152/1
**barred [1]** 51/6
**barrier [1]** 159/12
**bars [5]** 106/18
200/13 207/18
207/23 208/8
**base [1]** 51/24
**based [36]** 7/21
7/25 9/5 11/19
16/8 31/4 35/24
36/3 53/16 53/19
56/3 56/12 56/21
59/4 64/25 66/10
75/16 95/23 105/19
112/20 126/3
132/14 132/17
134/10 143/7
145/17 172/8
175/25 176/5
176/20 184/1
184/11 187/11
201/15 201/20
205/7
**bases [1]** 120/1
**basically [2]**
108/2 192/13
**basics [1]** 141/5
**basis [9]** 29/1
53/3 90/12 132/7
140/2 144/9 146/7
152/20 212/8
**battered [1]** 96/22
**Bay [5]** 9/16 15/6

**BB [1]** 1/2
**be [187]** 5/9 5/10
5/25 6/20 9/6
12/20 14/24 15/19
17/19 19/19 20/1
20/15 24/5 24/8
24/21 25/8 25/13
26/4 27/6 27/14
28/14 30/19 33/8
33/11 36/14 37/7
37/18 37/19 38/4
40/3 40/14 40/22
44/2 45/16 46/4
46/5 49/6 51/22
51/24 54/14 54/16
56/19 57/21 59/14
60/14 61/10 63/7
63/9 65/9 65/10
66/5 66/12 66/14
66/19 67/17 67/18
68/10 68/21 68/23
70/6 78/7 78/8
78/10 78/11 81/3
81/4 81/20 82/3
82/10 82/11 82/24
82/24 83/4 83/12
83/13 83/17 84/4
85/6 90/7 93/17
93/20 94/24 98/9
99/6 99/22 104/20
104/25 105/1 105/1
105/11 106/22
109/14 110/5 111/5
113/6 113/19
114/24 115/14
116/10 117/11
117/24 118/23
123/24 124/4 128/1
128/19 128/22
128/23 129/7 130/4
132/1 132/9 132/17
139/17 141/9 142/7
146/3 146/7 147/8

**be... [68]** 148/1
148/14 148/24
150/1 150/23
151/23 153/3 156/7
157/13 157/23
159/6 160/5 161/1
161/2 162/3 163/4
163/5 164/2 164/9
167/3 167/4 167/4
167/5 167/25 169/3
175/22 176/20
177/5 177/15
178/20 180/17
181/9 182/6 187/21
189/9 191/11
191/18 191/19
192/8 192/8 192/9
193/6 193/6 193/14
194/8 195/1 195/12
195/13 195/13
195/23 195/25
196/7 197/13
200/25 200/25
201/4 204/19
204/23 207/13
207/16 207/17
207/24 208/1 211/2
211/12 211/24
213/10 213/10

**bean [8]** 23/19
138/8 139/17
139/19 155/16
156/21 164/16
175/15

**bear [2]** 54/9
66/22

**bears [1]** 123/13

**beat [1]** 121/21

**became [2]** 80/7
112/10

**because [86]** 10/22
12/13 12/25 17/23

22/13 23/23 24/2
30/15 34/13 37/16
42/23 44/20 48/21
50/9 55/15 56/23
58/7 58/13 61/8
66/19 68/8 73/13
73/18 73/22 78/8
80/9 81/21 82/2
83/1 83/15 84/23
90/1 90/8 90/10
91/9 93/11 96/11
97/15 99/17 103/1
104/11 104/20
108/9 108/18 110/5
117/2 117/21 129/8
129/15 136/3
136/21 140/8
142/19 148/10
148/20 150/12
151/18 152/1
154/22 156/4
156/23 158/19
160/6 160/15 162/9
167/22 168/7
176/24 176/25
178/14 181/8 190/7
194/15 197/1 202/7
204/1 204/15
204/23 206/17
207/14 208/9
209/12 209/20

**become [4]** 17/6
139/21 139/23
141/1

**becomes [1]** 175/16

**bed [1]** 200/14

**been [74]** 7/4 7/5
7/7 7/8 11/4 14/3
18/20 18/20 19/7
21/23 21/24 22/3
22/13 23/19 23/24
25/23 39/6 39/9
41/7 41/8 44/5

46/21 46/24 47/16
48/1 48/18 49/6
49/9 50/6 52/8
53/6 58/4 63/10
63/11 64/23 68/3
70/17 72/15 89/15
90/20 92/7 95/22
98/17 106/24
111/23 113/8
114/10 114/16
126/9 131/10 134/2
147/5 168/5 177/22
177/23 183/14
184/11 185/20
187/14 192/22
196/25 197/5
199/13 199/22
208/12 210/10
211/1 211/21 212/1
212/10 212/20

**before [36]** 1/10
5/13 22/16 23/19
31/11 33/25 35/2
38/10 44/20 50/13
69/12 72/7 82/18
85/6 95/10 108/20
110/22 112/12
113/22 137/10
138/17 149/20
149/22 152/9 157/9
163/22 170/3
171/18 172/23
174/11 183/4
194/14 200/10
200/19 200/20
204/21

**began [12]** 11/12
12/8 13/11 17/8
17/25 18/3 18/7
19/4 19/18 20/6
20/10 20/11

**begin [4]** 6/22
12/17 158/10

**B**

**begin... [1]**
213/17
**beginning [2]**
179/7 182/9
**behalf [6]** 3/4
5/15 5/17 39/7
146/16 152/25
**behaving [1]** 172/1
**behavior [1]** 187/9
**behind [2]** 81/13
212/16
**being [39]** 7/8
12/3 19/13 28/7
29/10 30/8 44/15
60/13 73/23 73/24
75/11 76/25 77/22
94/12 94/16 104/21
117/23 118/21
120/4 134/8 134/23
134/24 136/19
141/23 152/24
153/6 161/3 166/1
166/23 171/7 171/8
186/7 186/8 198/20
204/9 204/11
209/18 210/1
212/10
**belief [2]** 114/23
176/15
**believe [49]** 5/19
14/6 14/24 24/18
24/24 24/25 26/16
27/5 27/8 27/12
27/14 27/22 27/25
29/14 39/2 42/10
44/11 44/21 45/21
72/25 78/2 79/2
91/3 93/8 95/9
101/23 109/1 113/9
123/14 126/3
129/24 131/19
132/8 132/15

139/17 148/23
150/10 153/12
156/15 157/22
158/1 169/12
172/25 180/7
182/23 183/7
185/14 186/21
208/24
**believes [1]** 113/1
**below [7]** 23/5
128/12 152/11
165/15 166/11
166/14 208/3
**belt [1]** 56/9
**beneficial [1]**
10/21
**benefit [2]** 21/3
117/1
**beside [1]** 160/22
**best [15]** 12/10
12/11 20/18 20/19
24/11 25/6 25/15
29/4 58/3 58/18
65/16 161/8 187/7
195/5 204/18
**best-known [1]**
58/3
**bestseller [1]**
43/20
**BETH [1]** 1/10
**better [6]** 11/15
14/14 87/10 110/19
204/23 204/24
**between [39]** 12/2
21/10 21/12 24/2
52/18 60/22 60/24
65/2 67/16 67/19
72/1 74/2 74/8
75/10 81/17 84/7
103/7 106/20
106/21 111/9 123/2
132/3 138/23
143/14 144/4
146/16 150/25

154/13
159/13 161/8
162/19 163/11
187/4 203/4 204/25
206/23 209/18
210/1
**beyond [13]** 26/22
57/24 58/1 61/1
83/16 84/16 94/14
142/11 186/16
191/11 194/1 201/4
211/19
**bias [1]** 24/15
**biased [1]** 24/13
**big [4]** 80/7 103/5
166/11 168/14
**bigger [2]** 138/15
147/14
**biggest [1]** 117/17
**bill [44]** 11/25
12/8 17/8 17/12
27/9 27/11 28/6
35/17 51/20 86/9
86/25 118/6 139/3
139/5 139/20
139/21 139/23
140/8 141/3 141/15
142/7 144/17
144/17 144/18
144/18 144/21
144/24 146/5 146/8
147/25 148/11
148/12 148/16
152/23 152/25
162/15 162/20
168/18 185/19
186/11 188/1 191/8
197/20 201/2
**bill's [1]** 168/19
**bills [12]** 139/20
141/16 142/8
143/21 144/19
144/24 145/3
148/15 152/21

**B**

**bills... [3]**
152/24 153/6
199/11
**birth [2]** 80/10
190/7
**Biscayne [1]** 1/19
**bit [36]** 26/13
28/7 38/11 46/13
51/5 52/18 53/22
54/18 57/16 57/18
66/8 75/4 77/7
83/19 88/14 89/24
101/25 105/17
108/7 108/8 108/12
108/20 110/25
112/8 112/12
112/13 123/1
129/12 138/15
149/7 149/14 154/6
167/23 173/22
178/20 206/2
**black [11]** 8/11
51/12 54/7 80/25
89/2 112/22 186/23
207/18 207/23
208/1 208/2
**black-looking [1]**
89/2
**blacks [4]** 79/13
79/22 81/17 91/25
**blank [1]** 24/15
**blocks [3]** 31/15
31/24 32/3
**blog [1]** 164/7
**blogs [1]** 119/18
**BLOOM [4]** 1/10
101/4 177/4 208/25
**Bloomberg [1]**
39/12
**blue [2]** 108/5
109/6
**board [8]** 7/17

56/7 104/24 119/6
119/17 121/1 174/2
174/22
**Bob [4]** 86/22
197/24 199/3
199/10
**bode [1]** 158/9
**bodies [1]** 45/13
**book [25]** 41/18
41/23 42/5 42/8
42/12 42/19 43/2
43/6 43/7 43/11
43/11 43/12 43/13
43/15 43/24 44/1
44/2 44/3 44/4
49/23 51/3 72/14
117/5 119/9 119/22
**books [16]** 40/20
40/23 41/12 41/12
41/14 41/17 43/9
43/14 43/21 44/5
44/6 44/21 46/8
46/18 57/8 119/9
**Bookstore [1]**
43/19
**border [6]** 67/7
67/8 67/8 67/11
67/11 158/16
**borders [2]** 115/9
116/9
**born [13]** 76/16
78/15 82/5 84/17
93/11 100/14 105/9
119/13 202/9 206/6
206/9 206/20
208/14
**Borok [1]** 42/16
**both [28]** 10/6
16/2 39/11 40/22
47/17 48/25 52/19
53/16 53/18 55/10
92/24 94/20 120/24
129/12 134/6 141/7
141/7 141/8 141/9

141/11 141/12
146/12 152/23
176/6 201/13 203/1
**bottom [4]** 122/22
127/7 138/12 205/2
**Boulevard [1]** 1/19
**box [2]** 1/16
186/23
**brags [1]** 119/8
**Brandeis [1]** 38/13
**breadbasket [1]**
160/5
**breadwinners [1]**
94/9
**break [8]** 68/21
101/7 148/22
148/24 148/25
177/6 177/8 206/22
**breed [3]** 112/19
112/20 117/22
**breeders [1]** 15/18
**breeding [2]**
112/18 119/6
**Breitman [1]** 43/10
**brief [3]** 57/21
60/9 118/23
**briefed [1]** 45/18
**briefly [4]** 32/13
53/14 57/22 113/11
**Brimelow [2]**
119/12 119/12
**bring [1]** 162/3
**bringing [1]** 14/5
**British [1]** 119/13
**broad [6]** 13/6
52/21 189/21 199/8
212/7 212/9
**broadcast [2]** 10/8
39/18
**Broadcasting [1]**
164/7
**broader [17]** 9/15
10/7 10/23 13/12

**B**

**broader... [13]**
16/20 23/13 42/21
91/24 93/1 93/2
93/14 93/15 97/13
104/4 105/6 105/14
164/11
**broadly [3]**  40/18
55/23 57/23
**BRODEEN [17]**  1/23
5/8 33/8 33/24
35/1 44/9 45/2
45/21 69/2 101/19
123/19 130/6
166/18 169/17
177/10 208/22
213/25
**Brodeen's [2]**
126/13 213/17
**broken [5]**  63/8
63/9 191/5 191/21
210/8
**brought [2]**  80/7
93/9
**brown [6]**  8/7 8/11
19/13 25/3 78/15
82/5
**brown-skinned [2]**
8/7 19/13
**build [2]**  8/19
17/18
**building [1]**  16/1
**buildings [1]**
18/10
**bunch [1]**  175/24
**bureaucratic [1]**
82/9
**Bush [1]**  114/15
**business [11]**
102/19 122/1 122/7
122/20 124/15
124/16 125/22
126/18 127/22

**businesses [1]**
102/20
**busloads [3]**  170/4
170/10 170/21
**busted [1]**  160/21
**busy [2]**  46/9
46/17
**buttonhole [1]**
135/8
**Byrd [13]**  86/16
87/10 141/22 142/5
175/14 175/20
191/7 193/16
197/23 198/12
199/2 199/19 201/1
**Byrd's [1]**  192/17

**C**

**cabinet [1]**  114/15
**cable [1]**  39/18
**calculations [1]**
50/17
**California [10]**
47/22 47/25 75/25
116/2 157/18
157/24 158/3 158/8
160/4 161/9
**call [14]**  4/1 4/5
33/4 41/6 51/13
57/19 72/11 123/2
145/9 155/22
159/10 161/7
165/16 204/18
**called [39]**  10/8
14/17 15/10 15/12
15/17 15/18 18/2
28/8 31/22 41/8
41/21 41/24 42/6
43/4 43/24 56/24
67/9 68/6 80/10
83/20 87/9 88/22
110/18 111/7 112/5
112/17 114/17

133/14 133/25
136/9 139/4 141/7
145/12 160/12
176/9 179/15
**calling [5]**  4/7
19/20 41/8 88/1
159/8
**calls [9]**  19/18
19/19 29/17 78/4
89/13 89/19 135/12
176/3 196/14
**came [19]**  11/9
16/22 19/3 26/14
41/20 43/2 121/9
121/11 132/25
146/24 147/2 148/4
153/19 162/21
174/12 192/24
205/20 208/15
208/16
**cameras [1]**  137/18
**Camp [1]**  119/23
**campaign [2]**  14/1
91/2
**can [138]**  4/5 7/20
7/23 8/9 9/20
10/14 10/25 11/7
17/5 21/2 21/7
21/9 32/16 35/14
37/20 38/2 38/11
39/24 41/15 46/7
50/9 51/22 51/25
53/14 53/25 54/13
55/15 57/19 63/17
63/24 64/13 67/5
67/21 67/24 70/24
72/12 73/12 76/10
79/12 81/10 81/22
83/24 88/10 91/2
92/14 92/21 98/9
103/25 106/23
108/5 108/13
108/23 109/4 109/9

# C

**can... [84]** 112/1
113/6 113/11 115/8
115/22 116/19
116/22 118/2
118/18 120/17
120/19 121/2 122/8
122/10 124/12
124/15 124/20
125/23 128/8
129/24 131/6
131/24 132/17
137/17 137/24
139/7 139/12
141/20 142/2
142/14 142/17
143/5 147/9 147/10
147/13 147/15
147/16 151/7 152/8
152/14 154/5 154/8
155/8 155/23
158/10 159/5
159/24 162/16
163/5 163/13
163/17 164/2
164/13 167/11
167/17 168/19
169/17 170/2
171/14 173/22
174/11 174/18
175/2 176/19 177/9
177/13 177/22
178/21 189/17
189/19 190/18
192/10 194/6
195/22 195/25
197/16 203/18
204/2 205/24 206/1
207/8 207/18
209/20 213/21
**can't [13]** 26/22
34/16 50/12 72/18
73/18 73/22 85/1

160/14 185/16
190/25
**Canada [3]** 64/9
64/12 64/18
**canceled [3]** 80/4
80/6 80/17
**cancellation [1]**
80/21
**cannot [4]** 34/11
34/15 125/6 205/2
**capitol [9]** 1/23
27/24 27/25 135/8
135/11 149/7
149/11 149/14
149/22
**capsule [1]** 39/22
**car [1]** 209/19
**card [1]** 104/13
**care [4]** 94/13
99/25 161/4 161/17
**careful [1]** 146/14
**carefully [4]**
51/21 55/12 170/17
192/17
**Caribbean [5]**
62/23 64/8 64/12
64/15 85/14
**Carlson [1]** 159/18
**Carolina [2]**
102/13 102/23
**carried [1]** 141/10
**carriers [1]** 162/5
**carry [2]** 58/18
134/2
**carve [2]** 148/6
148/7
**carve-outs [2]**
148/6 148/7
**case [31]** 1/2 4/5
4/7 14/5 25/2
35/15 43/16 43/25
44/14 49/16 50/4
50/13 53/6 53/15

65/20 67/16 75/25
78/14 94/5 103/12
123/8 136/24
168/12 188/2
188/11 193/19
207/3 211/25
**cases [31]** 7/10
23/18 39/7 46/20
46/21 46/23 47/1
47/2 47/2 47/3
47/5 47/7 47/8
47/10 47/11 47/13
48/7 48/9 48/11
48/13 49/8 50/5
50/18 52/9 111/12
111/13 111/17
135/20 141/11
211/7 212/1
**catch [4]** 72/11
72/13 72/15 73/10
**catch-22 [3]** 72/11
72/13 73/10
**catch-all [1]**
72/15
**categories [2]**
40/19 68/8
**category [2]** 61/24
207/14
**Cato [4]** 206/14
206/16 206/18
206/22
**caught [7]** 25/3
80/6 81/17 81/20
94/16 97/13 115/10
**Caulkett [34]**
120/23 120/25
121/25 122/20
122/25 123/4 123/7
123/10 124/1
124/19 124/23
126/7 126/9 126/19
127/2 127/23
129/12 129/22

**C.**

**Caulkett... [16]**
131/8 132/9 143/4
143/14 143/19
145/2 145/11
145/22 148/7
150/10 152/7
152/18 153/2 164/5
166/23 171/19
**Caulkett's [5]**
125/22 126/16
127/19 128/21
170/13
**Causality [1]**
59/14
**caused [1]** 78/10
**caution [1]** 137/24
**ccs [1]** 164/5
**center [9]** 1/13
4/13 4/15 4/17 5/1
15/5 104/15 116/23
147/8
**central [6]** 8/5
55/20 56/10 91/17
160/4 160/19
**century [4]** 39/12
113/8 114/13 117/8
**certain [7]** 13/23
19/25 30/4 33/6
76/11 76/17 169/14
**certainly [37]**
29/18 32/7 37/12
45/23 46/2 46/3
46/6 49/17 54/3
65/6 68/17 75/1
83/9 83/16 93/9
93/13 93/17 94/4
104/19 111/14
124/6 127/9 137/24
140/1 141/2 141/17
149/24 163/13
167/3 167/4 177/15
184/12 185/19

196/1 205/2 207/5
213/9
**Certificate [1]**
3/2
**Certified [1]**
215/5
**certify [2]** 215/7
215/14
**cetera [3]** 77/9
123/6 175/24
**CFC [1]** 14/5
**Chafee [1]** 190/8
**chain [1]** 166/12
**chair [4]** 86/23
171/8 197/24 199/3
**chairman [2]** 119/1
119/17
**challenging [1]**
47/23
**chance [4]** 65/7
70/7 124/17 148/19
**change [5]** 41/10
82/14 108/11
189/17 189/24
**changed [5]** 18/18
19/16 20/16 21/11
22/4
**changes [8]** 22/10
22/15 24/5 26/3
76/5 110/9 110/20
187/9
**chanted [1]** 120/4
**chapter [1]** 44/3
**characteristics [1]**
132/4
**characterize [3]**
112/15 134/19
158/1
**characterized [2]**
133/14 133/24
**characterizes [1]**
159/4
**characterizing [1]**
187/1

**charge [1]** 125/1
**charged [2]** 89/15
104/8
**charges [2]** 47/25
103/4
**Charlotte [1]**
120/5
**chart [34]** 63/15
63/20 63/24 67/5
69/10 69/18 79/1
79/2 79/4 79/6
81/12 81/14 81/15
85/13 96/24 99/12
99/20 106/7 106/12
106/14 106/16
107/23 108/3 108/9
109/3 109/3 110/22
202/19 202/22
203/8 205/13
205/16 207/7 207/9
**charts [5]** 63/18
110/14 179/1
179/13 180/9
**chastised [1]** 54/3
**CHAVEZ [39]** 1/14
3/8 4/14 34/18
35/10 37/22 45/3
46/2 68/20 75/1
99/5 109/24 114/14
115/15 118/13
122/18 123/9
131/20 137/16
143/10 148/23
150/15 155/9
162/13 163/4
172/23 177/9
177/20 178/14
178/15 180/1
180/23 181/21
182/2 182/24 188/4
208/22 213/13
213/20
**cheat [1]** 23/22
**check [3]** 123/20

**C**

**check... [2]**
175/22 182/9
**checked [1]** 90/1
**checking [1]**
125/14
**chief [1]** 164/6
**chiefs [1]** 11/18
**child [3]** 137/14
175/12 209/15
**children [16]**
93/10 94/12 94/20
100/20 100/20
103/9 103/13
103/14 105/8 105/9
195/20 195/21
195/22 195/23
196/2 197/7
**chill [1]** 98/10
**chilling [15]**
92/10 92/12 92/22
94/23 95/1 95/5
97/12 97/21 98/17
98/19 98/25 99/14
99/23 100/1 202/12
**choice [2]** 28/10
43/15
**chooses [1]** 189/18
**chose [2]** 111/15
182/24
**Christians [1]**
120/4
**CHRISTINA [2]** 1/15
4/19
**circle [3]** 43/7
93/14 93/15
**circumstances [1]**
53/9
**circumstantial [2]**
53/16 136/20
**CIS [4]** 14/18
15/23 16/16 185/20
**CIS's [2]** 15/21

**citation [1]** 73/11
**cite [5]** 59/7 87/8
103/6 114/25
130/19
**cited [7]** 61/18
73/14 145/13
153/23 187/21
189/5 197/22
**cities [30]** 87/13
88/1 88/1 88/2
92/2 110/18 111/17
111/24 111/25
112/4 112/6 133/14
141/7 142/18
144/17 145/10
145/13 145/14
145/14 146/2 146/3
146/6 146/7 154/2
171/20 171/21
176/9 200/15 202/7
203/21
**citizen [8]** 76/5
76/17 78/15 80/2
80/9 80/16 82/20
187/2
**citizens [62]** 25/3
75/16 75/23 76/11
77/3 77/5 77/21
77/24 78/10 78/21
78/24 79/5 79/10
79/14 79/14 79/17
79/18 79/20 80/6
80/11 80/25 81/3
81/9 81/17 81/21
81/24 81/25 82/3
82/4 82/11 82/12
83/11 84/18 86/12
93/7 93/11 93/12
100/20 100/21
100/24 104/4
104/13 105/9
187/21 196/2
199/12 199/20

207/6 207/11
207/11 207/12
207/14 207/16
207/20 207/21
207/22 207/23
207/24 208/1 208/4
**citizenship [12]**
76/7 76/8 76/9
76/10 76/15 76/16
76/16 76/23 78/17
82/6 82/7 208/5
**city [15]** 1/4 4/8
9/17 39/10 47/24
47/24 48/2 58/5
96/18 139/3 139/5
146/5 152/22
193/23 200/12
**civic [2]** 9/7 9/9
**civil [3]** 4/7 39/7
39/14
**claim [4]** 96/22
121/19 205/2 210/5
**claiming [4]**
117/13 120/11
144/21 168/20
**claims [6]** 158/20
201/16 201/21
201/24 210/3
210/15
**clarifies [1]**
157/15
**clarify [1]** 32/16
**classified [2]**
191/11 201/5
**clause [5]** 12/11
24/11 24/11 195/7
195/8
**clean [1]** 192/2
**clear [18]** 12/20
20/15 34/22 36/1
60/20 93/21 104/25
112/1 116/1 146/22
147/17 172/24

**C**

**clear... [6]**
178/16 179/7
179/21 179/25
197/18 210/24
**clearest [1]** 110/5
**clearly [5]** 36/5
46/17 56/17 58/13
85/17
**climate [3]** 23/19
23/20 102/21
**clinic [3]** 19/24
98/7 98/8
**clip [2]** 181/17
183/4
**close [3]** 67/20
152/17 207/17
**closely [1]** 86/24
**CLR [1]** 215/19
**clues [1]** 163/15
**co [2]** 42/6 173/19
**co-authored [1]**
42/6
**co-sponsor [1]**
173/19
**coalition [1]**
11/19
**cofounders [1]**
121/2
**coin [1]** 202/3
**collaborating [1]**
12/5
**collaborator [1]**
42/15
**collar [1]** 68/9
**colleague [4]** 42/6
43/10 153/16
153/18
**collective [1]**
8/21
**collects [1]** 63/5
**Collier [2]** 65/22
205/14

**Collins [2]** 119/1
119/17
**colonies [1]**
119/14
**color [5]** 12/17
14/25 22/1 24/21
29/2
**colored [1]** 106/18
**column [1]** 135/5
**combination [1]**
8/23
**combing [1]** 50/14
**come [18]** 8/4 9/22
9/25 10/12 14/22
37/9 37/16 76/1
87/1 115/23 135/10
159/21 168/3
182/22 188/20
199/13 200/16
211/15
**comes [9]** 72/14
85/20 97/23 129/19
145/18 147/20
166/11 166/14
168/4
**comfort [3]** 68/21
148/25 177/6
**coming [23]** 37/14
51/7 51/13 67/8
67/11 87/3 87/12
91/14 119/6 120/19
122/3 128/6 132/21
133/21 135/8 145/7
147/8 151/14
152/21 153/16
161/23 175/8
182/23
**commentaries [1]**
39/18
**commentary [2]**
168/25 175/8
**commentators [1]**
159/17
**commenting [1]**

**comments [7]** 86/16
167/11 167/20
168/1 168/9 168/9
193/9
**Commission [2]**
39/10 39/13
**commissioners [2]**
11/17 121/9
**commit [2]** 206/5
206/9
**commits [1]** 210/11
**committed [16]**
68/13 72/6 87/20
91/25 132/22
133/13 191/18
192/21 192/22
192/23 192/25
193/22 200/24
206/19 207/22
207/24
**committee [9]**
27/16 136/10 172/8
181/4 181/15
182/16 185/6
198/15 200/11
**Committees [1]**
136/11
**committing [4]**
189/23 191/22
192/2 209/21
**common [6]** 91/7
93/7 94/7 105/11
155/24 161/12
**communicate [4]**
27/5 154/15 154/16
173/12
**communicating [4]**
16/17 113/24
113/25 120/20
**communication [1]**
113/15
**communications [8]**
16/11 120/21 121/1

**C**

communications...
**[5]** 134/8 175/25
176/1 176/8 198/10
communities **[5]**
92/11 92/12 92/23
104/17 200/3
community **[48]**
1/18 4/22 10/7
10/7 10/12 10/24
11/10 11/19 12/14
12/15 13/13 13/21
16/12 17/11 18/2
19/11 19/24 20/13
20/24 22/7 23/3
23/13 28/5 57/24
61/2 61/10 61/12
61/14 66/5 66/5
93/1 93/2 93/14
95/2 95/7 97/13
100/8 102/19
102/19 103/2 104/4
104/12 105/7
105/14 105/15
191/17 200/23
204/25
community-based **[1]**
11/19
companies **[1]** 8/14
comparability **[1]**
187/4
comparable **[2]**
108/10 203/23
compare **[3]** 110/20
140/25 211/25
compared **[18]**
12/21 22/16 23/18
62/25 64/12 79/22
81/18 100/4 104/22
106/23 110/10
110/21 111/21
203/6 204/10 205/1
205/15 205/22

compares **[2]** 64/7
207/20
comparing **[4]**
148/15 154/1
160/11 207/10
comparison **[2]**
110/15 111/23
compelled **[1]**
88/23
compete **[1]** 115/8
competing **[1]**
48/19
compile **[1]** 211/21
compiling **[1]**
91/24
complaint **[3]** 23/8
24/1 175/24
complaints **[4]**
10/4 18/11 23/7
57/25
complete **[2]** 54/12
215/10
completing **[1]**
38/23
complex **[1]** 76/6
complexities **[1]**
76/23
compliance **[1]**
22/7
complicated **[2]**
42/18 110/6
compliment **[1]**
100/17
component **[1]**
118/1
components **[1]**
141/5
composition **[3]**
204/3 204/3 204/4
compositions **[1]**
47/3
compulsion **[1]**
187/7
conceal **[2]** 146/24

concentration **[2]**
40/14 69/19
concern **[6]** 12/2
20/1 25/8 28/9
29/8 113/23
concerned **[10]**
11/23 11/24 12/10
12/13 13/1 13/2
17/8 17/22 24/22
24/23
concerns **[12]**
11/25 12/1 12/20
18/3 18/7 18/20
20/4 20/10 24/9
25/11 28/6 37/24
conclude **[1]** 112/1
concludes **[1]** 60/2
concluding **[2]**
211/23 212/5
conclusion **[3]**
34/12 53/10 176/22
conclusions **[4]**
45/25 50/18 92/16
188/2
concrete **[3]** 20/4
27/20 94/14
condition **[1]**
177/13
conditions **[3]**
76/12 76/17 204/7
conference **[5]**
16/24 87/11 115/3
198/9 209/13
conferences **[1]**
11/21
confirm **[4]** 52/14
125/6 177/22 196/9
confirmed **[2]**
53/14 122/23
confirming **[3]**
125/15 144/1 144/3
confirms **[2]**
143/24 144/13

**conflation [2]**
62/5 62/7
**conflicting [1]**
194/16
**conflicts [1]**
61/18
**conform [1]** 187/18
**conforms [1]** 71/2
**confronted [1]**
89/5
**confused [1]** 44/14
**confusion [1]**
18/12
**Congress [1]**
149/21
**congressional [2]**
48/15 49/1
**conjunction [1]**
87/6
**conjures [1]** 91/10
**connect [1]** 162/13
**connected [1]**
122/16
**connection [4]**
12/2 60/22 60/24
166/20
**connivance [1]**
119/25
**connotes [1]** 128/5
**conscious [1]**
59/15
**consciously [1]**
59/13
**consequences [1]**
116/7
**conservative [3]**
43/6 51/4 117/6
**consider [2]** 68/10
140/11
**considerable [1]**
78/16
**considerate [1]**

**considered [3]**
54/4 117/11 176/22
**considering [1]**
139/14
**consistent [11]**
85/18 91/5 115/5
117/22 124/7
172/16 198/3
198/13 198/19
198/21 211/3
**constituents [1]**
47/5
**constitution [1]**
25/8
**constitutional [2]**
32/19 48/13
**constricted [1]**
76/20
**construction [1]**
8/15
**consultant [2]**
39/9 39/13
**consumption [2]**
183/6 183/13
**contact [7]** 15/9
20/3 28/1 97/20
98/2 98/6 123/2
**contains [2]**
158/13 215/14
**contemporary [7]**
41/17 42/22 51/21
52/21 55/17 60/10
197/15
**contempt [2]** 59/24
103/4
**contending [1]**
59/5
**content [2]** 38/6
62/2
**contention [1]**
74/14
**context [14]** 11/3
28/15 28/25 36/7

53/10 54/5 54/8
54/9 55/10 69/16
146/11
**continual [1]**
185/6
**continue [31]** 5/14
16/9 24/23 26/4
38/7 56/11 70/24
95/25 99/9 101/14
101/19 113/21
130/14 131/3 135/1
138/25 140/4
144/11 146/19
149/8 150/2 151/4
152/4 155/19
157/16 169/20
173/11 177/20
180/24 183/2
183/15
**continued [4]** 2/1
136/18 173/13
173/14
**continuing [2]**
114/20 183/8
**contraceptivus [1]**
115/8
**contract [1]** 44/1
**contrary [3]**
105/25 108/25
109/9
**contrast [2]**
161/10 185/6
**contributor [1]**
119/18
**control [2]** 115/13
117/24
**controlled [8]**
97/15 100/10 115/9
117/13 203/17
203/24 204/5 204/7
**controls [1]** 204/9
**controversial [2]**
39/15 185/18

**C.**

**convicted [13]**
63/10 63/11 64/3
68/3 89/13 90/19
90/20 192/5 192/8
192/16 197/6
206/18 211/9

**conviction [6]**
56/6 67/18 68/7
90/19 192/7 211/8

**convictions [9]**
66/15 66/16 67/24
68/19 71/20 71/21
72/4 192/6 211/7

**convoluted [1]**
192/19

**cooked [1]** 158/25

**cooperate [5]**
65/12 65/25 139/16
195/5 205/8

**cooperating [4]**
58/14 202/13
202/24 202/24

**cooperation [3]**
141/13 203/2 203/5

**cooperative [4]**
66/9 66/12 187/8
205/18

**coordinate [1]**
30/16

**coordinating [1]**
30/18

**copied [1]** 162/10

**copy [1]** 189/20

**Cord [11]** 86/16
142/5 175/14
175/20 191/7
192/17 193/16
197/23 199/2
199/19 201/1

**Cordelia [1]**
117/17

**corner [3]** 31/14

**corners [11]** 19/8
21/16 22/13 22/18
30/25 30/25 31/1
31/5 31/7 31/8
31/12

**Corolla [2]** 159/17
159/18

**correct [23]** 7/11
7/12 28/22 29/6
29/22 36/9 36/11
48/3 48/4 52/10
61/7 77/11 77/15
77/25 78/22 95/17
116/16 165/14
166/5 182/2 198/16
203/15 215/10

**correlation [2]**
103/7 103/9

**corresponding [1]**
16/17

**cosponsor [1]**
175/20

**cosponsoring [1]**
175/18

**could [47]** 12/9
18/13 28/16 46/21
56/19 59/14 69/11
70/4 73/15 75/17
79/6 81/6 82/24
82/24 88/14 91/1
105/11 106/7
106/15 108/2
112/12 123/2
124/24 125/13
128/22 128/23
142/12 147/6 157/6
157/9 161/1 161/2
162/13 165/11
165/16 171/13
189/4 189/21
191/11 195/23
201/4 202/20
202/21 204/6

**couldn't [4]** 27/20
57/1 57/5 57/6

**council [1]** 47/24

**counsel [3]** 4/9
4/10 137/15

**counseling [1]**
10/13

**counted [1]** 46/23

**counter [1]** 48/25

**counties [20]**
63/13 69/18 71/6
71/16 202/7 203/18
203/21 203/23
204/1 204/16
204/21 205/1 205/3
205/3 205/14
205/17 205/20
205/22 205/25
210/25

**countries [4]** 64/8
64/9 132/23 162/1

**country [16]** 15/2
16/3 67/12 87/12
87/22 87/22 102/3
103/12 119/6
119/20 121/16
160/3 161/8 171/22
194/7 200/16

**county [47]** 8/12
11/17 13/15 14/6
23/1 25/6 27/3
30/15 31/4 31/6
58/8 65/22 69/19
77/3 77/6 77/21
78/2 78/8 78/10
78/13 78/14 79/4
79/10 79/15 79/19
81/8 81/19 88/25
89/20 90/2 90/10
90/16 90/18 102/23
103/5 103/5 111/8
121/9 121/16

**county... [8]** 121/20 162/1 162/2 172/8 185/5 204/2 204/10 204/11

**County's [1]** 11/6

**couple [13]** 27/4 31/15 31/24 32/3 80/1 87/8 111/6 111/13 151/10 175/4 181/22 184/13 209/14

**courage [1]** 199/11

**course [15]** 44/5 53/3 59/25 72/24 82/10 85/8 95/1 105/12 133/24 165/25 173/23 177/14 193/25 197/25 198/9

**court [57]** 1/1 2/5 2/5 4/1 18/11 23/9 24/1 34/6 36/5 37/11 38/5 44/16 45/3 45/15 45/21 45/25 46/2 47/22 48/19 49/1 52/14 53/2 53/3 53/4 59/24 59/25 68/20 72/6 72/13 75/24 80/8 113/19 114/8 124/7 127/10 131/20 132/3 132/4 132/8 138/1 141/24 148/24 169/18 169/18 173/5 178/1 178/12 179/22 179/23 180/16 181/20 182/1 188/12 190/6 194/16 215/6 215/9

**Court's [3]** 33/16 34/19 188/10

**courtroom [2]** 33/7 137/12

**cover [2]** 9/15 51/24

**coverage [1]** 100/4

**covered [4]** 193/6 193/6 210/15 210/23

**covers [2]** 52/20 181/17

**COVID [7]** 19/17 19/18 20/11 28/20 29/9 76/20 215/12

**COVID-19 [6]** 19/17 19/18 20/11 28/20 29/9 215/12

**Cox [1]** 164/7

**crack [1]** 66/4

**cracks [2]** 82/3 83/10

**crashes [4]** 209/10 209/12 209/19 210/1

**create [5]** 20/18 139/14 145/21 145/23 168/16

**created [4]** 60/13 95/6 102/21 122/1

**creates [3]** 26/1 61/15 94/9

**creating [2]** 116/10 135/22

**credible [1]** 148/8

**credited [2]** 136/8 185/3

**Creedle [1]** 25/2

**crime [107]** 57/25 58/1 59/11 63/10 63/11 65/21 67/13 67/17 67/18 67/23 68/4 71/9 71/23 72/5 72/6 73/13 73/14 74/11 75/10 84/9 84/9 85/9

92/13 94/23 96/6 96/10 96/12 96/12 97/6 97/17 97/18 97/23 97/25 105/20 105/23 106/1 106/3 106/5 106/14 106/18 106/23 107/3 107/5 107/17 108/7 108/9 108/10 108/24 109/4 109/11 109/16 110/9 110/16 110/18 110/20 111/8 111/10 111/14 111/17 111/20 111/21 112/3 112/5 117/12 120/9 154/2 191/2 191/9 191/11 191/18 193/13 200/25 201/3 201/5 202/9 202/13 203/1 203/3 203/5 203/11 203/12 203/14 203/14 203/18 203/25 204/2 204/6 204/8 204/8 204/12 204/12 204/13 204/14 205/14 205/21 205/22 206/3 206/16 206/18 206/21 207/6 207/23 208/13 209/3

**crime-prone [1]** 59/11

**crimes [31]** 68/9 68/11 68/13 71/11 71/17 71/18 71/21 71/24 72/1 74/3 74/9 75/5 75/13 87/20 90/20 91/25 94/25 96/11 104/9

**C.** 205/12

**crimes... [12]**
109/9 132/22 192/3
192/5 195/15 197/6
206/5 206/9 206/19
206/23 207/25
207/25

**criminal [29]**
59/24 60/10 61/20
62/6 62/18 66/15
86/13 86/14 88/22
89/1 89/14 103/4
133/3 133/25
160/24 187/20
191/8 191/14
191/19 195/8
195/10 198/1
199/21 200/21
200/25 201/2 210/7
210/16 211/13

**criminalization [1]**
62/2

**criminals [26]**
66/21 68/8 71/4
74/16 88/3 90/15
90/18 92/3 104/8
133/2 145/15
171/22 190/22
191/25 192/14
193/6 193/13 197/4
197/12 199/17
199/18 200/8
200/15 210/4
210/18 210/25

**Criminology [1]**
62/12

**crisis [7]** 106/1
106/3 110/18
111/15 112/3
158/22 158/24

**criteria [2]**
189/18 189/21

**criterion [1]**

**critical [15]**
80/13 90/23 114/1
118/24 136/22
141/5 141/16 155/3
156/19 163/18
167/16 172/12
174/9 184/5 197/23

**critically [2]**
98/22 125/4

**criticism [1]**
154/20

**criticized [1]**
147/6

**criticizing [2]**
168/15 169/1

**critics [3]** 43/7
54/4 189/8

**critique [1]** 155/1

**cross [7]** 3/6 26/8
26/9 37/4 99/8
140/2 213/18

**cross-examination
[4]** 3/6 26/8 26/9
213/18

**cross-examine [2]**
99/8 140/2

**CRR [1]** 215/19

**Cruz [2]** 173/24
181/15

**crystal [1]** 197/18

**CSP [1]** 70/15

**CSR [1]** 215/19

**Cuba [1]** 121/20

**Cuban [2]** 121/10
121/19

**cultural [4]** 39/8
116/7 119/15
176/17

**culture [4]** 113/3
115/25 121/12
121/13

**cumulative [2]**
184/23 212/10

**curb [1]** 14/11

**curbing [2]** 22/6
22/6

**cure [1]** 24/8

**cured [1]** 25/8

**current [14]** 7/13
11/16 22/20 39/24
39/25 40/21 60/11
113/10 118/3 118/6
118/18 118/24
132/5 176/6

**currently [2]** 40/1
157/18

**curriculum [2]**
44/10 44/12

**cut [2]** 108/18
205/5

**Cutler [5]** 9/16
15/6 21/16 31/7
31/13

**cuts [1]** 203/7

**cv [2]** 1/2 44/20

**D**

**DACA [6]** 82/13
82/15 83/13 194/15
194/16 194/18

**Dade [40]** 8/1 8/6
8/12 8/20 9/7 9/15
10/10 10/14 11/6
11/14 13/15 14/6
22/3 23/2 25/6
27/3 31/3 31/6
69/19 77/3 77/5
77/21 78/1 78/8
78/10 78/13 79/4
79/10 79/15 79/19
81/8 81/19 82/23
121/9 121/16
121/19 202/24
203/1 203/6 203/6

**damned [4]** 72/16
72/16 73/17 73/17

**Dan [1]** 118/25

**D**

**danger [6]**   14/13
59/11 102/21
161/23 191/10
201/4
**dangerous [22]**
12/25 66/21 85/9
87/14 91/14 92/3
117/21 133/12
133/17 160/6
160/13 160/17
160/24 197/4
197/12 198/1
199/17 199/17
210/4 210/5 210/7
211/13
**dangers [5]**   119/5
119/6 133/22
175/10 183/11
**dark [2]**   117/20
119/24
**dark-skinned [1]**
117/20
**data [74]**   37/16
38/22 42/3 50/22
62/21 63/4 63/5
63/12 64/1 64/5
66/14 66/22 66/23
67/22 69/12 69/13
69/14 69/21 72/20
72/21 73/14 74/1
75/19 76/14 76/18
76/20 78/6 78/8
79/6 79/8 79/11
79/24 81/11 81/12
81/25 83/5 83/19
85/12 85/17 90/2
92/17 92/18 97/9
102/10 102/18
105/14 105/19
105/22 106/16
106/17 106/22
107/18 108/3 110/2

123/5 201/15
201/20 201/23
201/23 203/13
203/23 206/11
207/4 207/5 207/8
208/6 209/8 210/23
210/24 211/4
211/15
**database [1]**   81/2
**databases [8]**   25/1
76/2 77/9 77/17
78/8 78/9 78/11
82/2
**date [3]**   76/5
123/25 126/7
**dated [3]**   138/8
169/7 213/8
**dateness [1]**   76/22
**Daubert [8]**   34/4
34/9 38/2 44/12
45/18 45/20 49/9
49/10
**David [18]**   120/23
122/24 126/9
129/22 143/19
145/22 147/1 148/7
152/18 152/20
153/15 153/21
164/5 166/23
167/11 167/20
167/22 170/13
**day [33]**   1/9 8/3
8/9 8/10 15/5 15/7
17/15 19/6 19/7
21/16 22/12 22/13
22/17 30/18 30/24
31/3 31/5 31/6
31/24 32/16 80/22
82/24 122/5 150/8
151/7 152/6 173/19
175/5 177/23
196/25 212/11
215/9 215/17

**days [2]**   41/23
142/22
**days' [1]**   175/4
**DC [2]**   40/2 149/16
**de [1]**   21/23
**deal [5]**   76/23
101/17 194/6 198/1
209/17
**dealing [11]**   50/17
51/20 65/5 77/19
79/12 143/24
186/22 190/22
196/23 197/4
204/15
**deals [5]**   36/24
37/1 49/23 97/15
202/8
**dealt [5]**   47/6
47/11 96/22 140/9
152/22
**debate [4]**   51/8
74/14 158/13
163/19
**debates [12]**   58/6
87/19 91/23 116/2
132/25 163/18
163/23 163/24
164/3 172/20
176/12 189/6
**debunked [1]**   117/8
**decade [2]**   42/15
76/13
**decades [2]**   19/8
22/14
**December [4]**   34/10
138/8 148/2 208/17
**decide [5]**   13/7
28/11 29/4 76/3
110/24
**decided [2]**   30/16
193/19
**decides [1]**   53/4
**deciding [1]**   25/6
**decision [15]**

**D**

**decision... [15]**
51/22 53/12 66/20
75/24 87/6 90/24
113/24 113/25
114/2 120/21
135/17 135/18
137/18 145/1 198/6
**decision-maker [1]**
90/24
**decision-makers
[10]** 66/20 87/6
113/24 113/25
114/2 120/21
135/17 135/18
145/1 198/6
**declared [1]**
157/24
**decline [2]** 116/6
205/24
**declined [2]**
106/20 159/2
**declining [6]**
107/3 111/9 111/10
111/12 112/5
115/13
**decorum [1]** 171/3
**dedicated [2]**
117/8 175/10
**defeat [1]** 41/7
**defecating [1]**
116/10
**defendant [4]** 1/8
2/2 47/21 173/2
**defendant's [1]**
47/17
**DEFENDANTS [11]**
1/21 5/3 5/5 5/7
5/10 5/17 34/3
178/2 180/16 209/1
214/1
**defensible [1]**
119/16

**deficiency [1]**
190/2
**define [2]** 66/18
145/14
**defined [5]** 66/18
67/23 133/1 200/6
200/6
**definitely [3]**
114/4 159/10
196/22
**definition [1]**
109/9
**degree [3]** 38/14
38/24 41/1
**delve [1]** 53/22
**demand [1]** 121/20
**demean [2]** 161/13
176/19
**demeaning [7]**
120/8 145/12
159/11 160/23
162/4 172/15
172/16
**democracy's [1]**
44/2
**democratic [2]**
58/6 168/13
**democrats [3]**
48/22 119/19
148/10
**demographic [1]**
204/3
**demographics [1]**
7/23
**demography [1]**
119/15
**demolish [1]**
121/15
**demonstrates [4]**
105/23 114/21
163/24 206/7
**demonstrating [4]**
109/7 154/13
154/15 167/13

**demonstrations [7]**
17/16 17/17 27/2
27/4 120/5 133/22
171/6
**demonstrative [10]**
63/18 179/3 179/16
180/7 180/10
180/11 188/17
188/19 188/22
194/2
**demonstratives [2]**
179/12 188/18
**denial [1]** 183/17
**denied [1]** 34/7
**denigrating [1]**
145/12
**denotational [1]**
62/2
**density [1]** 204/3
**denying [1]** 162/25
**department [10]**
11/18 13/15 39/9
102/23 105/22
105/23 112/2
195/21 195/22
196/2
**departmental [1]**
40/4
**departments [2]**
7/19 40/8
**dependent [1]** 73/3
**depicted [1]**
110/14
**depo [1]** 128/24
**deportable [4]**
65/13 76/4 83/12
193/20
**deportation [12]**
18/15 73/16 73/25
94/17 125/9 125/11
125/19 189/10
192/2 194/9 195/24
195/25
**deportations [1]**

**D**

**deportations... [1]**
63/7
**deported [8]**   89/19
89/20 90/3 90/5
94/6 94/8 104/21
192/23
**deporting [1]**
197/10
**deposition [16]**
56/24 80/16 95/15
122/23 123/11
123/15 123/21
126/16 127/6
127/19 128/21
129/11 130/12
130/21 186/18
208/16
**Depot [3]**   31/14
31/17 31/23
**Depots [1]**   8/13
**depth [1]**   192/18
**deputy [1]**   33/7
**derivative [4]**
76/7 76/9 76/15
82/7
**derogatory [3]**
128/2 159/11
172/17
**DESANTIS [6]**   1/7
4/8 86/18 198/12
199/23 200/1
**descent [2]**   13/25
27/13
**describe [6]**
121/25 124/22
134/12 185/22
198/3 207/8
**described [5]**
22/10 25/11 26/3
135/6 204/5
**describing [4]**
52/8 94/1 128/2

**description [2]**
58/12 58/13
**descriptor [1]**
155/25
**deserves [2]**   37/12
38/5
**designate [1]**
132/15
**designated [5]**
120/23 127/19
136/7 147/5 173/25
**designation [17]**
40/5 40/5 40/6
122/20 136/9
145/22 148/6
170/12 172/5
182/15 183/18
184/1 184/21 185/3
185/8 185/14
185/16
**designations [2]**
131/9 181/16
**designed [10]**
74/15 110/17 117/9
122/1 133/16
192/13 198/1 202/1
210/3 210/6
**despicable [3]**
171/25 172/4
176/12
**despite [2]**   78/16
156/4
**destiny [2]**   114/23
119/15
**detail [5]**   36/14
76/9 100/5 141/9
209/23
**detailed [7]**   56/5
65/19 78/13 102/12
102/14 104/11
141/3
**details [6]**   17/9
17/9 27/20 81/15

**detained [15]**
75/12 77/3 77/5
78/16 82/17 83/6
83/17 83/17 90/2
90/3 90/5 90/17
94/5 94/8 104/21
**detainer [18]**   11/6
11/8 11/10 13/2
22/7 24/23 69/23
73/15 78/19 79/13
79/16 81/9 81/18
81/21 82/21 189/10
189/14 191/1
**detainers [14]**
13/8 14/4 14/6
14/11 20/23 24/24
25/3 25/7 25/16
69/22 77/24 82/12
141/9 186/13
**detaining [4]**
12/18 75/22 190/6
197/9
**detention [19]**
18/15 65/14 66/1
73/15 73/24 78/11
78/23 80/4 80/6
80/17 80/24 81/25
94/17 125/19 169/4
192/1 194/9 195/24
195/25
**detentions [4]**
63/7 82/1 103/24
104/2
**determination [2]**
36/3 168/22
**determinations [1]**
36/7
**determine [4]**
110/17 191/10
201/4 210/20
**detrimental [3]**
102/18 104/12
104/16

**D**

**Detroit [1]**   116/8
**devastating [2]**
160/3 194/24
**developed [1]**
42/20
**developing [4]**   9/6
41/3 49/13 130/20
**development [3]**
7/18 9/8 42/13
**deviations [1]**
185/23
**dialing [1]**   131/16
**diapers [1]**   160/21
**Diaz [1]**   27/7
**Diaz's [1]**   27/3
**Dick [1]**   61/23
**did [70]**   17/6
17/20 26/17 26/25
27/4 27/11 27/15
28/1 28/9 28/16
28/21 29/5 29/12
29/21 29/24 33/16
33/18 41/6 48/9
49/24 54/23 55/3
59/20 77/2 77/4
85/21 88/15 93/19
103/13 103/23
104/4 110/4 110/23
122/13 123/12
127/1 130/3 134/2
136/12 137/3 140/8
140/25 148/8
163/11 163/23
173/11 175/17
175/19 175/20
178/2 183/3 183/4
183/13 183/25
184/14 184/20
185/8 186/17 196/9
196/20 199/14
202/4 204/4 206/22
208/22 210/4

211/15 211/18
**didn't [9]**   10/1
28/18 87/2 144/9
152/9 156/10
182/14 196/20
198/14
**died [2]**   113/9
117/7
**differ [1]**   12/20
**difference [8]**
52/19 65/2 65/6
71/25 81/13 81/16
166/12 203/11
**different [28]**   7/7
9/23 12/10 13/4
52/13 53/5 61/13
71/6 75/5 104/20
106/18 108/7 108/8
110/13 110/16
134/19 135/3
135/15 139/21
140/9 142/8 144/3
144/18 161/15
185/24 186/7
206/23 208/2
**differentiation [2]**
62/10 75/10
**difficult [2]**
28/24 137/12
**diluted [1]**   48/22
**dinosaur [1]**   33/21
**dips [1]**   108/20
**dire [1]**   158/8
**direct [20]**   3/5
3/8 5/25 6/17 8/23
15/9 20/11 29/16
35/11 51/21 52/1
53/17 60/24 67/19
69/7 97/21 136/20
156/4 180/1 208/6
**directing [1]**
157/13
**direction [2]**

**directions [1]**
107/21
**directly [38]**
13/20 18/8 18/21
19/9 21/14 22/12
23/17 29/15 47/7
54/9 54/14 54/21
55/19 56/1 56/10
57/12 88/5 97/10
98/8 113/16 113/24
120/20 125/10
125/19 133/16
153/16 153/18
154/16 155/2
162/21 164/14
168/3 168/9 168/11
172/19 185/2
188/13 206/12
**director [6]**   7/2
7/4 7/13 147/1
167/24 168/1
**directors [1]**   7/17
**dirty [2]**   160/21
160/25
**disadvantage [1]**
199/21
**disallow [1]**   44/16
**disassociate [1]**
137/18
**discarded [1]**
160/20
**discount [1]**   50/9
**discourse [1]**
84/12
**discretionary [1]**
56/8
**discriminating [2]**
35/23 53/18
**discrimination [13]**
11/3 14/15 36/25
50/25 51/2 51/12
51/14 54/11 54/20
54/24 55/19 136/21

**D**

discrimination...
**[1]**   183/7
discriminatory **[20]**
 34/13 37/6 45/12
47/9 47/10 47/12
47/14 48/2 48/10
48/12 48/21 51/15
51/25 52/2 54/6
83/24 84/21 187/13
188/1 188/12
discuss **[9]**   49/12
53/22 57/18 60/16
92/14 97/1 192/18
197/14 198/18
discussed **[8]**
 34/18 93/8 151/14
175/16 178/19
201/12 202/17
212/6
discusses **[1]**   79/3
discussing **[5]**
 66/19 69/10 84/5
133/10 143/4
discussion **[1]**
 58/6
disease **[1]**   162/6
disgust **[1]**   121/8
dishwashers **[1]**
 160/21
dismiss **[2]**   55/15
136/12
dismissed **[5]**   57/2
57/3 57/6 57/7
172/7
disorder **[3]**   171/2
171/3 171/7
disparate **[24]**
 55/23 56/2 56/4
56/9 56/12 56/20
57/16 59/4 59/16
59/17 61/3 61/6
61/16 62/20 64/11

61/25 78/24 85/12
102/2 102/5 102/8
102/10 103/1 104/9
disparately **[1]**
 61/11
display **[1]**   89/16
displayed **[1]**
 90/23
disproportionality
**[1]**   79/3
disproportionate
**[2]**   65/9 79/21
disproportionately
**[5]**   13/24 61/25
66/6 78/20 80/25
dispute **[2]**   47/17
47/18
disputing **[1]**
 123/25
disseminate **[2]**
 153/20 176/11
disseminated **[5]**
 134/9 151/20
158/12 164/3
164/12
disseminating **[1]**
 164/1
dissertation **[1]**
 41/20
distant **[1]**   55/18
distinction **[4]**
 52/18 74/2 74/11
191/22
distinctions **[1]**
 74/8
distinctive **[1]**
 60/10
distinguished **[4]**
 40/1 40/3 40/9
40/10
distortion **[1]**
 201/11
distributing **[1]**
 145/20

distribution **[4]**
 28/18 30/5 30/14
30/18
distributions **[3]**
 20/12 29/9 30/13
DISTRICT **[7]**   1/1
1/1 1/11 2/5 215/3
215/6 215/7
districting **[1]**
 48/15
DIVISION **[4]**   1/2
194/21 194/23
195/1
divisions **[1]**   40/8
do **[108]**   6/22 6/24
8/25 10/5 12/20
14/20 15/21 16/4
17/3 20/8 20/11
20/11 22/10 22/20
22/23 23/6 23/12
24/8 24/15 24/16
25/15 25/17 25/24
26/3 26/21 29/18
30/11 32/16 33/18
36/19 36/23 41/25
42/1 45/19 46/6
46/7 49/21 50/24
51/3 52/16 53/3
53/4 55/15 59/21
67/10 67/12 70/7
72/4 72/16 72/21
73/4 73/17 76/6
78/2 83/2 85/19
86/12 91/11 91/13
99/21 104/23
110/24 129/20
132/15 137/10
138/3 140/9 141/18
146/17 148/17
149/24 153/13
156/16 159/7
159/12 162/3 169/8
170/6 174/8 175/17
177/12 182/12

**D**

**do... [26]** 183/15
183/17 183/20
183/22 185/13
186/9 186/25 187/6
187/7 188/10
188/17 188/18
190/9 191/15
193/19 194/12
195/16 196/12
198/3 200/2 200/21
201/20 205/8
206/11 213/6 215/7
**DOC [1]** 144/16
**Doctor [3]** 75/15
122/6 157/4
**document [21]**
72/24 83/15 95/5
123/13 126/6 130/3
130/4 130/25 131/1
137/25 138/1
138/17 138/20
143/11 143/13
150/15 150/24
155/10 157/2 158/4
166/7
**documentation [5]**
95/8 96/16 100/22
104/23 205/11
**documented [11]**
59/16 84/3 92/24
100/1 102/22
105/13 113/6
132/20 133/7
193/20 197/9
**documents [10]**
38/1 49/16 49/17
49/18 50/16 52/4
61/17 85/17 102/18
179/6
**does [56]** 8/22 9/4
9/13 9/18 14/8
39/23 40/3 46/2

74/2 74/8 79/24
80/1 80/17 81/25
82/10 83/5 83/5
83/10 84/20 85/11
88/16 89/12 92/24
92/25 94/23 94/24
96/6 96/10 96/14
98/19 109/16
109/17 109/21
110/2 136/1 136/1
147/19 163/10
174/22 181/25
182/6 187/5 188/19
191/24 192/1 192/7
196/12 196/15
199/22 203/13
206/17 211/25
212/5
**doesn't [19]** 54/12
59/12 64/2 65/24
66/22 67/10 68/7
82/2 83/10 83/12
89/14 89/15 108/11
114/9 157/25 168/3
170/11 205/12
206/12
**doing [13]** 11/13
20/2 28/20 28/20
52/14 70/16 124/19
128/6 156/1 175/3
177/22 183/15
186/22
**domain [1]** 58/4
**domestic [5]** 8/3
96/14 96/20 96/21
202/13
**don't [83]** 4/4
21/6 24/7 25/16
25/16 25/25 27/21
27/23 29/19 44/12
45/19 46/6 50/4
53/10 71/24 72/17
72/20 73/17 76/12

99/1 101/7 104/11
105/5 111/25
116/21 118/8
122/15 123/14
123/25 126/3
128/22 128/22
129/6 129/16 130/8
130/15 131/17
131/22 132/6 132/8
138/21 139/8
139/23 145/25
146/1 146/2 149/22
158/1 161/20
162/18 163/2 163/9
164/8 166/12
166/20 166/22
166/23 168/7
171/20 177/5 178/7
178/8 178/9 185/15
186/10 186/12
186/12 188/2
188/17 192/7 194/4
194/22 194/25
198/24 199/10
199/19 200/16
203/25 208/8
208/24
**Donald [8]** 41/6
41/7 43/17 60/1
91/13 119/1 119/17
189/13
**donations [1]**
20/12
**done [12]** 14/21
20/19 22/5 23/16
25/10 25/12 25/15
38/23 39/3 39/21
205/10 205/11
**donor [1]** 116/3
**door [2]** 88/16
111/13
**Double [1]** 182/9
**Double-check [1]**

**D**

**Double-check... [1]**
 182/9
**doubly [1]**  53/14
**down [29]**  9/16
 24/9 25/9 63/8
 63/9 65/22 66/4
 88/12 115/11 128/8
 128/12 148/12
 149/18 154/5
 157/17 158/2
 159/15 159/24
 161/1 168/14 172/2
 172/9 182/1 182/6
 183/14 190/1
 190/14 194/9
 206/22
**downward [2]**  203/1
 203/2
**dozens [2]**  50/16
 53/6
**DR [9]**  3/7 33/19
 45/22 95/21 106/2
 151/6 184/17
 193/24 206/4
**Dr. [173]**  33/4
 33/9 33/10 33/13
 34/4 34/11 34/14
 34/19 35/5 35/13
 35/15 36/10 38/10
 39/23 41/5 44/8
 45/4 46/1 46/3
 46/8 46/17 47/16
 49/5 49/15 50/20
 50/25 53/13 54/1
 55/4 58/11 58/21
 60/18 63/19 63/24
 65/2 66/10 67/5
 69/12 70/22 72/10
 74/17 74/23 75/5
 78/1 79/6 79/24
 81/11 83/5 83/22
 84/19 85/11 86/4

90/11 88/16 91/19
92/11 92/23 94/24
96/3 96/8 96/25
97/9 98/11 98/16
98/19 99/3 101/15
101/23 103/23
105/20 106/14
107/5 107/15 108/4
109/17 109/21
112/8 112/15
113/11 114/7
116/15 118/2 118/9
119/2 120/7 120/18
124/8 124/14
124/20 127/14
128/9 129/4 129/16
130/21 131/6 132/2
132/14 134/1
134/11 136/2 138/6
138/11 139/3
139/12 140/14
140/24 142/3
142/15 143/6
147/13 148/19
150/6 152/8 153/22
154/8 156/12
162/14 163/9
164/19 167/9
167/12 169/5
169/22 170/2
171/14 173/10
173/21 175/17
175/25 177/3
177/10 179/10
180/1 180/12
181/14 182/12
183/17 183/21
185/12 185/22
186/17 187/10
188/6 189/3 190/18
196/9 196/19
197/16 198/4
198/11 198/18
201/8 201/15

201/22 202/15
202/21 203/9
203/19 205/8
206/15 207/2 207/9
208/12 208/23
209/2 209/8 210/20
211/14 211/23
212/14 213/15
213/16 214/6
**Dr. Allan [1]**  33/4
**Dr. Lichtman [161]**
 33/9 33/10 33/13
 34/4 34/11 34/14
 34/19 35/5 35/13
 35/15 36/10 38/10
 39/23 41/5 44/8
 45/4 46/17 47/16
 49/5 49/15 50/20
 50/25 53/13 54/1
 55/4 58/11 58/21
 60/18 63/24 65/2
 66/10 67/5 69/12
 70/22 72/10 74/17
 74/23 75/5 78/1
 79/6 79/24 81/11
 83/5 83/22 84/19
 85/11 86/4 88/16
 91/19 92/11 92/23
 94/24 96/3 96/8
 96/25 97/9 98/11
 98/16 98/19 99/3
 101/15 101/23
 103/23 105/20
 106/14 107/5
 107/15 108/4
 109/17 109/21
 112/8 112/15
 113/11 114/7
 116/15 118/2 118/9
 120/18 124/14
 124/20 127/14
 128/9 129/4 129/16
 130/21 131/6 132/2
 132/14 134/1

D

**Dr. Lichtman...**
**[72]** 134/11 136/2
138/6 138/11 139/3
139/12 140/14
140/24 142/3
142/15 143/6
147/13 148/19
150/6 152/8 153/22
154/8 156/12 163/9
164/19 167/9
167/12 169/5
169/22 170/2
171/14 173/10
173/21 175/17
175/25 177/3
177/10 179/10
181/14 182/12
183/17 183/21
185/12 185/22
186/17 187/10
188/6 189/3 190/18
196/9 196/19
197/16 198/4
198/11 198/18
201/8 201/15
201/20 202/15
202/21 203/9
203/19 205/8
206/15 207/2 207/9
208/12 208/23
209/2 209/8 210/20
211/14 211/23
212/14 213/15
213/16 214/6
**Dr. Lichtman's [9]**
46/1 46/3 46/8
63/19 88/11 124/8
162/14 180/1
180/12
**Dr. Steinlight [1]**
120/7
**Dr. Stephen [1]**

**draft [1]** 134/15
**drafting [11]**
16/16 112/11 129/6
134/17 143/21
144/24 145/3
152/23 152/25
153/6 162/15
**dramatic [3]**
105/25 111/23
148/19
**dramatically [4]**
106/5 107/4 107/18
107/20
**Draper [2]** 116/25
117/7
**draw [2]** 53/10
195/22
**Dream [1]** 70/9
**drill [1]** 62/20
**drink [2]** 103/25
148/20
**drive [8]** 20/5
30/3 30/14 31/15
73/5 73/10 73/22
191/4
**drive-through [3]**
20/5 30/3 30/14
**driven [1]** 149/21
**driver [1]** 175/13
**driver's [1]** 72/19
**drivers [1]** 13/24
**driving [14]** 71/14
72/11 72/18 72/23
73/14 73/18 73/18
74/18 74/24 75/8
191/9 192/10
193/14 210/8
**drop [1]** 147/22
**dropped [1]** 147/24
**drug [1]** 57/4
**drunk [1]** 175/13
**due [1]** 99/5
**DUI [4]** 66/17 75/9

**DUIs [2]** 57/4
71/12
**dump [1]** 160/18
**during [32]** 18/3
19/3 74/14 79/9
91/2 91/23 95/23
111/10 113/15
116/2 118/16
122/19 122/23
123/10 126/7
126/16 127/6
127/24 128/21
129/11 130/12
132/21 132/25
162/22 163/23
164/3 178/19
181/14 189/6
197/15 205/19
215/12
**duties [4]** 7/13
22/20 22/23 61/1
**duty [4]** 168/16
195/4 195/9 195/12
**Duval [1]** 205/14
**dwell [1]** 62/4
**dynamics [1]** 22/4

E

**E-Verify [1]** 140/9
**each [3]** 12/8
76/19 180/17
**earlier [20]** 42/15
46/20 57/18 75/4
85/12 91/20 100/17
106/24 107/1 112/9
124/18 133/10
135/11 137/11
143/4 144/15
152/23 154/1
173/24 184/20
**early [11]** 17/7
19/17 41/19 41/23
42/5 117/8 139/13

**E**

**early... [4]** 142/6
153/5 184/24
208/17
**easier [2]** 108/12
121/25
**easy [2]** 82/14
84/12
**ECF [2]** 127/8
130/3
**echoed [3]** 197/24
198/6 198/7
**Ecological [2]**
41/24 42/8
**economic [2]**
103/20 204/3
**economy [2]** 113/2
176/16
**edited [1]** 44/4
**edition [1]** 43/2
**editions [1]** 43/3
**editor [1]** 164/6
**educate [1]** 132/2
**education [8]** 8/21
8/24 10/9 20/25
25/15 37/2 54/21
161/4
**educational [9]**
8/25 10/5 20/19
38/12 38/14 38/18
47/1 169/1 169/2
**effect [38]** 35/23
47/12 53/18 59/22
73/12 79/16 79/19
79/21 85/5 92/10
92/12 92/22 94/6
94/23 95/1 95/5
97/12 97/21 98/18
98/19 98/25 99/14
99/23 100/1 102/3
102/5 102/17 103/3
108/13 108/23
159/6 160/3 197/5

197/7 202/12
203/17 203/24
204/12
**effective [2]** 73/2
195/12
**effectively [1]**
138/18
**effects [10]** 62/4
93/15 97/11 97/11
98/9 100/23 104/12
104/17 202/10
204/20
**effort [1]** 146/23
**efforts [12]** 11/5
12/10 12/12 15/22
15/22 24/11 58/18
65/16 78/16 145/8
187/7 195/5
**egregious [1]**
190/6
**eight [3]** 40/9
106/25 174/23
**eighteen [1]** 77/5
**either [10]** 10/20
21/3 50/4 71/13
71/21 82/19 87/21
168/10 168/15
184/15
**elaborate [1]**
208/8
**elated [1]** 144/15
**elected [7]** 12/5
16/18 17/16 17/18
26/19 26/21 26/23
**electing [1]** 47/24
**election [5]** 39/15
41/22 42/14 42/24
184/4
**elections [2]** 41/4
41/20
**electronic [1]**
123/24
**element [3]** 116/12
116/13 117/2

**elements [2]**
148/15 184/5
**eligible [2]**
161/18 161/21
**eliminate [1]**
84/13
**eliminated [1]**
203/21
**eliminating [1]**
142/18
**ELIZABETH [2]** 1/22
5/4
**else [4]** 9/4 15/21
25/10 148/14
**elsewhere [5]**
64/23 78/2 135/25
186/4 192/17
**email [76]** 50/7
92/6 138/7 139/12
139/13 141/20
141/21 142/2
142/13 142/15
143/4 143/5 143/19
143/25 144/4
144/15 147/1 147/2
150/9 150/9 150/12
151/6 151/7 151/12
151/14 151/19
152/2 152/7 152/8
154/4 154/4 154/9
154/12 155/5 155/6
157/5 157/5 157/10
162/10 162/14
162/17 162/23
163/13 163/15
163/17 165/4
165/12 165/14
165/15 165/19
166/2 166/3 166/4
166/11 167/12
167/13 168/10
169/6 169/7 169/9
169/22 170/7
170/15 171/11

**E**

**email... [12]**
173/10 173/11
173/12 173/13
173/17 173/21
173/24 174/11
174/23 176/12
184/13 213/5
**emails [30]** 26/25
50/10 50/21 52/2
92/8 113/16 133/15
134/8 135/12
137/10 137/13
137/23 138/6
143/23 145/18
146/11 146/12
146/17 146/22
146/22 146/25
149/2 157/2 165/7
166/21 167/24
175/23 176/7 185/9
213/7
**Embattled [1]**
43/22
**embedded [1]**
179/17
**emboldened [1]**
23/21
**Emergency [3]**
194/21 194/23
195/2
**emphasizing [1]**
91/17
**empirical [2]**
96/18 100/6
**employ [1]** 88/17
**employed [2]** 86/6
86/7
**employees [1]**
195/21
**employer [2]** 23/4
125/1
**employers [3]**

**employment [3]**
11/3 23/15 39/1
**enabled [1]** 79/11
**enacting [1]**
112/11
**enactments [2]**
37/1 37/5
**encompass [1]**
83/10
**encountered [2]**
21/19 21/22
**encourage [2]** 28/1
112/19
**encouraged [1]**
30/5
**end [6]** 25/16
25/16 101/3 137/23
159/19 175/17
**endangering [1]**
90/16
**ended [2]** 28/20
155/11
**ending [1]** 20/22
**enemy [1]** 121/21
**enforce [7]** 141/18
186/1 186/2 186/4
186/5 186/8 186/12
**enforced [1]** 195/6
**enforcement [88]**
12/11 12/12 12/16
18/9 20/21 20/3
20/9 20/21 21/10
21/13 21/19 21/23
24/17 25/17 28/14
28/25 30/18 37/2
46/25 47/6 49/22
52/22 54/22 55/1
55/3 55/9 55/16
55/19 55/22 55/25
56/13 56/16 56/21
57/1 57/2 57/12
58/19 65/16 65/24
66/9 67/1 67/9

85/7 85/19 85/20
92/19 96/19 97/8
97/22 100/7 100/13
100/16 100/19
102/6 102/8 102/16
102/22 103/3 103/8
103/10 103/19
104/6 104/9 104/17
105/23 112/3
139/15 139/16
141/11 141/13
148/2 148/18
155/15 155/17
156/22 168/17
168/21 169/2 169/3
187/5 187/5 191/13
193/15 202/10
211/12
**enforcing [3]**
58/15 186/6 196/3
**engage [2]** 9/1
56/24
**engaged [6]** 15/3
17/15 17/23 21/5
65/22 122/5
**engagement [2]** 9/7
9/10
**engaging [1]**
193/14
**English [4]** 114/17
115/20 121/11
121/16
**English-speaking
[1]** 121/16
**enhance [1]** 56/11
**enhanced [1]** 55/22
**Enos [1]** 120/24
**enough [5]** 12/24
112/1 114/11
163/14 173/17
**enrolling [2]**
98/25 100/1
**enrollment [2]**

**E**

enrollment... [2] 100/2 103/11
ensnared [2] 66/13 66/15
ensnares [1] 75/16
ensure [2] 199/23 200/3
entail [1] 22/23
entailed [1] 17/10
entanglement [2] 23/23 24/2
entered [1] 212/21
entire [5] 23/8 127/21 146/10 165/2 182/20
entirely [4] 24/9 24/24 84/10 211/3
entities [1] 186/5
entitled [2] 140/20 142/7
entitled.docx [1] 142/7
entity [1] 186/6
environment [2] 26/2 42/1
equal [5] 44/24 44/25 45/7 49/22 207/23
equally [2] 34/7 81/4
era [2] 52/1 59/22
eroded [2] 21/12 22/4
erroneous [1] 25/1
erroneously [1] 78/16
errors [10] 76/4 76/22 76/24 76/25 77/9 77/9 77/15 77/20 193/20 197/8
escort [1] 30/17
escorts [5] 20/6

30/12
especially [4] 13/24 28/15 28/25 125/10
espoused [2] 91/20 91/22
ESQ [10] 1/14 1/14 1/15 1/15 1/16 1/19 1/22 1/22 1/23 2/2
essence [1] 186/22
essential [1] 53/7
essentially [3] 24/14 77/16 207/10
establish [6] 62/21 82/5 138/22 143/14 150/25 163/10
established [5] 51/6 73/21 94/19 136/6 184/7
establishing [1] 159/12
establishment [2] 124/3 163/6
estimate [3] 31/4 82/16 161/8
estimated [2] 108/14 207/15
estimates [3] 107/18 204/17 204/18
ESTRADA [2] 1/15 4/17
et [7] 1/4 1/7 4/8 4/8 77/9 123/6 175/24
ethic [1] 119/19
ethnic [1] 103/14
ethnicity [3] 35/25 53/20 75/16
eugenics [4] 15/25 112/17 112/18

Europe [3] 64/9 64/12 64/17
European [3] 115/24 115/25 116/6
European-American [3] 115/24 115/25 116/6
evacuate [1] 149/20
evaluate [1] 188/6
evaluated [1] 105/19
even [55] 25/19 44/23 47/6 56/7 56/9 57/7 59/10 59/12 59/17 66/3 73/8 73/16 80/1 80/12 80/24 83/2 83/11 85/6 89/14 90/3 90/5 90/16 93/1 94/12 94/13 95/8 98/7 100/20 104/8 105/10 106/21 111/23 112/9 117/7 130/12 136/19 139/23 146/6 147/15 160/14 166/12 168/3 170/11 171/20 171/21 183/9 186/10 186/11 186/21 187/8 189/22 193/21 197/6 200/16 207/24
evening [5] 167/18 213/20 214/1 214/3 214/7
event [7] 54/4 133/16 173/15 175/5 175/16 175/18 183/10

**E.**

**events [7]** 11/21
30/15 51/12 73/8
105/18 126/23
184/5
**eventually [1]**
141/1
**ever [9]** 10/16
13/9 15/3 19/10
49/6 135/20 149/22
171/6 193/3
**every [13]** 10/20
10/20 28/10 42/23
65/14 87/21 87/21
95/6 131/23 158/18
163/3 171/8 178/18
**everybody [2]**
129/21 149/25
**everyone [11]** 4/2
5/12 69/6 77/16
77/16 101/7 101/13
137/25 159/21
177/19 214/2
**everything [4]**
146/24 147/2 200/2
212/10
**everywhere [3]**
39/20 78/11 93/17
**evidence [65]**
37/14 38/5 38/8
49/12 50/7 50/8
50/14 52/1 53/17
56/17 56/22 57/1
57/3 86/5 98/17
100/6 100/18 102/7
118/21 134/11
136/20 136/20
137/9 137/22
139/22 146/16
150/21 167/5 167/6
169/13 169/15
169/19 172/25
173/5 173/6 177/24

178/9 178/10
178/25 179/24
180/13 180/18
180/20 181/2 181/9
181/11 182/4
184/24 188/18
188/20 202/3 202/4
202/16 205/4
211/14 211/15
211/19 211/21
211/25 212/6
212/21 212/23
212/24 213/11
213/12
**evident [2]** 62/2
111/14
**evocative [1]** 91/8
**EX [2]** 3/10 3/18
**exacerbated [2]**
65/9 65/10
**exact [3]** 79/15
116/21 198/22
**exactly [12]** 34/21
54/18 60/14 67/15
71/19 71/24 108/23
114/21 121/6 129/7
208/10 211/22
**exaggeration [1]**
90/13
**examination [12]**
3/5 3/6 3/6 3/8
6/17 26/8 26/9
32/14 35/11 69/7
180/1 213/18
**examine [2]** 99/8
140/2
**examined [3]** 54/19
54/20 206/16
**example [17]** 10/25
19/17 20/4 51/3
54/8 58/20 61/7
65/18 89/10 90/25
93/7 96/18 104/22
125/3 157/22 193/3

**examples [12]**
12/21 19/15 41/14
58/3 64/23 87/8
88/4 91/23 133/4
198/13 198/20
209/20
**exceeds [1]** 79/14
**excellent [1]**
101/6
**except [2]** 111/8
166/22
**exchange [2]**
151/16 182/12
**exclude [1]** 15/1
**exclusion [2]** 54/8
60/12
**excuse [4]** 70/8
97/11 191/12
202/23
**excused [2]** 32/24
33/1
**executive [10]** 7/2
7/4 7/13 136/10
136/11 185/5
189/13 189/24
190/1 190/8
**exempt [2]** 168/18
195/20
**exempts [2]** 194/13
194/21
**exhibit [73]** 36/17
38/8 44/11 63/16
79/1 88/8 88/10
88/11 96/25 96/25
106/8 107/22 110/8
122/7 122/7 122/21
123/9 123/21
124/12 124/16
125/24 126/4 127/6
127/10 128/19
128/21 128/23
128/25 129/2 131/2
138/7 140/15

E

**exhibit... [41]**
140/16 141/21
141/21 143/2 143/3
148/21 150/8 152/7
153/11 154/3 155/5
157/7 165/2 167/6
167/9 169/6 169/18
169/19 172/24
173/3 173/6 173/7
173/18 178/18
178/22 179/8 179/9
179/21 179/23
180/3 181/2 181/5
181/11 181/25
182/19 182/22
182/23 188/16
190/15 202/19
213/12

**exhibits [20]**
113/17 166/21
169/15 172/25
173/5 177/23
177/24 178/9
178/16 179/4
179/14 179/16
179/17 180/2 180/7
180/11 180/17
180/19 180/21
196/19

**exiles [1]**   121/11
**existed [1]**   9/11
**existing [2]**   66/8
66/11
**expand [3]**   11/2
11/4 20/25
**expanding [2]**   9/3
34/16
**expect [2]**   104/19
144/25
**expected [2]**   164/2
170/5
**expedited [1]**

**experience [11]**
14/8 14/9 31/5
38/18 43/24 44/18
46/3 46/19 184/2
184/10 184/11
**experienced [2]**
87/13 102/20
**experiencing [2]**
13/14 19/5
**expert [74]**   33/4
34/21 34/25 35/21
36/2 36/12 36/15
36/16 37/14 37/15
37/17 37/25 37/25
38/4 39/6 44/25
45/4 45/6 45/16
46/19 46/20 46/21
47/20 48/6 48/24
48/24 48/25 49/3
49/6 52/9 63/19
65/8 79/2 81/7
88/11 95/14 95/20
95/22 96/24 98/16
98/23 98/24 99/8
104/2 107/23
107/25 124/18
128/17 129/6
129/17 130/16
130/17 131/18
134/23 176/1
176/22 179/9
185/12 188/3 188/9
189/5 196/19 197/3
198/18 198/24
199/1 201/25
202/19 203/8
203/16 205/13
206/7 207/7 212/1
**expertise [6]**
35/20 40/11 44/14
49/5 49/19 52/19
**experts [1]**   34/15
**explain [9]**   8/9

55/10 72/12 75/18
83/25 203/19
**explained [4]**   75/7
83/9 84/6 134/5
**explains [1]**
157/11
**explanation [4]**
164/19 166/2
193/24 205/6
**explanatory [1]**
106/17
**explicit [3]**
142/23 168/8
168/10
**explicitly [5]**
49/2 59/21 117/13
133/16 133/20
**explore [1]**   21/8
**explosion [1]**
115/14
**exported [1]**   73/24
**express [3]**   28/6
45/24 132/7
**expressed [3]**   28/8
29/7 176/18
**expresses [2]**
121/8 144/15
**expressions [2]**
132/19 163/22
**extended [1]**
132/19
**extends [1]**   99/14
**extensive [5]**
53/16 57/21 112/20
134/14 176/20
**extensively [4]**
113/25 117/5 120/7
199/16
**extent [13]**   20/22
21/8 37/17 51/16
59/23 91/22 95/21
96/13 99/6 103/10
113/19 133/11

188/10

**E**

**extent... [1]**
157/2

**extraordinary [3]**
144/22 145/2
145/25

**extreme [9]** 58/20
76/24 88/6 121/3
136/23 157/23
160/9 176/25 196/6

**extremely [6]**
99/24 113/8 127/23
141/6 147/4 154/12

**eyes [4]** 38/16
68/16 147/15
147/16

**F**

**fabricate [1]**
176/19

**face [4]** 59/19
72/17 73/15 111/14

**Facebook [2]** 91/1
121/8

**faced [2]** 73/9
73/17

**fact [43]** 25/5
34/20 34/23 54/10
57/1 59/3 59/22
64/19 73/22 74/13
84/23 89/3 90/12
90/12 93/19 95/20
105/23 110/18
114/1 122/3 123/12
124/2 124/6 127/6
132/2 136/6 138/21
156/19 158/25
161/17 163/21
167/3 184/3 185/2
187/6 188/10
189/25 190/13
192/5 193/21 202/8
204/20 206/8

**fact-intensive [1]**

**facto [1]** 21/23

**factors [6]** 52/13
53/8 53/9 53/11
188/5 204/5

**facts [3]** 36/6
50/18 118/20

**factual [2]** 51/24
53/10

**faculty [2]** 39/3
40/7

**failure [1]** 71/23

**faint [1]** 152/15

**FAIR [102]** 14/17
15/21 15/23 16/4
16/16 87/17 91/21
91/22 91/24 110/10
111/2 111/4 112/10
112/14 112/14
112/16 112/23
113/10 113/16
113/24 114/2 114/4
114/11 114/13
114/20 115/22
116/22 117/15
117/17 118/9
118/16 118/21
118/24 119/17
120/13 120/21
120/24 123/1
129/18 129/19
132/3 132/14
132/20 132/21
133/5 134/6 134/12
135/14 136/7
136/18 145/18
146/14 146/16
146/24 147/2 147/3
147/4 147/8 147/19
147/21 151/14
151/18 152/21
153/19 153/22
154/14 154/16
154/16 154/17

154/24 154/24
155/1 158/11
162/15 162/25
163/23 167/11
167/14 167/21
167/24 168/1 168/3
168/4 168/5 168/11
168/15 173/24
176/2 176/6 176/20
181/16 184/1 184/7
184/15 185/7
185/20 201/9
203/18 204/9
204/16

**FAIR's [8]** 114/17
133/12 146/25
147/18 154/25
162/20 184/12
203/22

**FAIR-Identified [4]**
110/10 203/18
204/9 204/16

**FAIR/FLIMEN [1]**
168/5

**fairly [1]** 192/15

**fairness [2]** 47/4
209/1

**fake [3]** 171/25
172/4 176/13

**fall [3]** 40/18
44/2 81/4

**falling [16]**
103/11 105/21
105/24 105/24
106/5 106/18 107/5
107/16 107/18
108/25 109/12
109/16 111/18
111/18 111/20
111/21

**falloff [2]** 98/6
102/20

**false [8]** 84/10

**F**

**false... [7]** 84/11
84/13 85/18 88/6
88/20 89/10 90/22
**falsely [1]** 88/19
**familiar [3]** 59/19
124/19 135/4
**families [12]** 8/2
8/20 9/22 10/9
93/5 93/6 93/19
93/25 95/2 195/21
195/23 196/3
**family [10]** 93/13
94/5 94/7 94/10
94/15 94/16 95/4
96/23 104/3 194/8
**famous [1]** 78/14
**far [11]** 41/6
70/16 99/18 192/20
193/4 193/4 193/16
203/25 210/25
211/2 211/11
**far-fetched [4]**
192/20 193/4 193/4
193/16
**farmers [1]** 160/20
**farmworkers [2]**
8/3 104/15
**faster [1]** 203/2
**faulty [2]** 78/19
82/21
**favor [1]** 132/10
**favorite [1]**
135/25
**faze [1]** 183/14
FDR [1] 43/11
**fear [3]** 18/12
95/6 102/21
**fearful [1]** 195/1
**fears [1]** 18/19
**feature [4]** 84/4
85/22 86/2 86/2
**February [6]** 79/5

170/16 171/1
**February 11th [3]**
154/4 170/16 171/1
**February of [2]**
79/5 163/19
**federal [11]** 12/12
12/16 14/22 24/17
39/6 100/19 155/17
156/21 186/8
186/12 186/13
**Federation [2]**
87/17 111/2
**feel [2]** 23/21
139/25
**feels [1]** 88/23
**fell [1]** 38/16
**felony [4]** 74/12
125/12 192/16
199/16
**felt [3]** 19/9
19/11 25/14
**fencing [1]** 31/24
**fertile [2]** 115/7
117/24
**fetched [4]** 192/20
193/4 193/4 193/16
**few [16]** 31/2
42/25 46/19 56/17
56/18 59/7 104/14
108/14 135/9 138/6
142/22 149/1 164/5
197/19 203/21
210/25
**fewer [1]** 96/20
**fiction [2]** 43/8
43/9
**field [1]** 43/14
**fields [2]** 36/2
45/16
**fighters [1]** 25/23
**fighting [3]** 11/22
13/5 161/19
**figure [2]** 120/12

**figures [1]** 198/8
**file [3]** 10/4 23/7
179/8
**filed [1]** 49/9
**filing [2]** 18/11
24/1
**filled [5]** 119/11
131/11 164/1
176/10 176/12
**filthy [1]** 160/25
**final [9]** 34/22
36/3 36/7 49/5
173/10 197/2
212/14 212/15
212/15
**finalists [2]** 43/7
43/13
**finally [1]** 17/25
**financial [1]**
20/12
**find [24]** 8/13
8/14 25/19 25/24
25/25 31/25 32/19
39/2 51/25 54/23
55/3 56/9 57/1
57/5 57/7 70/14
85/21 86/5 121/18
131/20 148/8
167/20 202/4
209/20
**finding [1]** 172/8
**findings [4]** 53/23
55/16 100/17
102/14
**fine [2]** 70/6
177/11
**fines [1]** 125/9
**finish [1]** 124/17
**finished [1]** 96/7
**fire [1]** 28/13
**firmly [1]** 157/2
**first [39]** 12/1
17/6 17/7 24/7

**first... [35]** 34/3
35/6 42/14 51/1
53/23 53/25 55/14
63/19 83/24 89/12
92/14 99/11 111/6
115/9 116/12
116/24 119/13
121/5 127/18 128/1
138/7 143/18
150/19 152/19
155/22 160/1
163/21 167/17
167/22 172/3 174/1
174/4 194/4 207/18
211/24
**first-name [1]**
152/19
**firsthand [6]**
14/10 17/24 18/1
22/15 25/2 31/4
**fiscal [1]** 64/5
**fist [1]** 183/8
**fit [1]** 42/20
**fits [2]** 58/11
58/13
**five [7]** 43/7
43/12 98/3 158/15
158/20 159/5 159/6
**Five-Million-Strong**
**[1]** 158/15
**flagged [4]** 80/5
80/16 82/19 83/11
**flat [1]** 76/4
**flat-out [1]** 76/4
**flawed [5]** 24/25
76/4 78/9 81/2
82/2
**FLIC [2]** 95/9
104/15
**FLIMEN [107]** 14/17
15/6 15/10 15/10
15/21 16/16 87/24

92/1 112/10 114/1
118/9 118/16
120/17 120/18
120/19 120/25
123/1 124/9 126/19
127/21 127/24
127/25 129/19
129/19 132/3 132/4
132/9 132/14
132/18 132/25
133/5 133/14
133/16 134/6 134/9
135/14 135/14
136/18 138/23
139/4 139/17 142/4
143/15 143/20
144/19 145/11
145/19 146/13
146/16 146/25
147/3 147/19 148/3
148/16 150/25
152/18 152/24
153/4 154/17
154/17 154/18
154/24 155/15
156/4 156/13
156/19 156/24
158/11 158/12
162/14 162/20
162/25 163/11
163/23 164/6
164/15 167/19
168/5 168/10
168/11 168/11
168/15 169/7
169/22 171/19
173/12 173/13
173/15 173/15
173/18 174/3
174/22 175/3 175/5
176/7 176/8 176/20
183/9 184/14
184/15 185/7 185/9

**FLIMEN's [8]** 16/4
134/12 140/24
147/18 162/22
164/18 164/18
176/2
**FLIMEN-initiated**
**[2]** 173/15 183/9
**FLIMEN-sponsored**
**[1]** 175/5
**flock [1]** 160/11
**FLORIDA [152]** 1/1
1/17 1/18 1/20
1/24 2/3 2/6 7/22
8/11 9/13 9/14
9/17 14/21 16/2
25/1 33/24 35/17
36/25 39/16 48/6
48/6 48/11 48/23
56/2 56/7 57/1
57/8 62/14 63/13
63/14 64/7 64/20
64/24 65/12 65/20
66/10 66/11 66/24
67/16 67/25 68/12
71/5 71/22 72/8
72/19 72/21 72/24
73/1 73/5 75/19
77/1 77/8 77/19
78/3 78/9 78/12
81/3 81/24 85/1
86/13 87/1 90/11
92/21 93/2 93/17
99/20 99/21 100/3
102/4 102/9 104/7
104/16 105/6
105/15 105/20
105/22 106/1 106/3
106/14 107/2 107/4
107/19 108/7
108/15 108/17
108/21 108/24
109/4 109/11
109/13 110/10

F

**FLORIDA... [61]**
110/21 110/25
111/18 111/20
111/25 112/2 112/6
118/18 134/23
139/15 141/12
145/5 145/9 145/17
146/2 146/3 146/6
146/7 154/2 154/21
155/4 158/2 158/9
174/10 181/4
185/19 186/4
187/17 191/11
192/4 192/21
192/25 193/1
194/24 196/2
199/24 201/5 202/2
203/1 203/6 204/10
205/15 205/17
205/22 205/22
205/25 206/11
207/3 207/4 207/15
207/19 207/20
208/5 208/6 208/11
211/4 211/5 215/3
215/7 215/17
215/20
**Florida's [1]**
109/8
**Florida-specific**
**[3]** 206/11 207/4
208/6
**Floridians [3]**
155/14 202/5 202/6
**flsd.uscourts.gov**
**[2]** 2/7 215/21
**FM [1]** 10/8
**focus [11]** 47/9
47/11 54/25 55/3
66/10 114/10
128/25 130/23
132/6 156/13

**focused [2]** 130/13
197/13
**follow [3]** 109/17
109/21 172/2
**followed [1]** 43/19
**followers [1]** 15/7
**following [2]**
107/24 151/6
**follows [1]** 119/5
**font [1]** 170/3
**food [20]** 19/24
20/4 20/5 20/7
20/12 28/8 28/17
28/21 29/6 29/8
29/22 29/24 30/5
30/13 30/14 30/19
30/20 30/22 161/4
161/16
**footnote [2]**
129/25 130/18
**footnoted [3]**
129/9 129/16
129/24
**force [3]** 61/15
86/19 86/20
**forced [1]** 161/3
**forces [9]** 58/14
58/18 59/10 91/10
186/1 186/4 194/7
194/8 202/14
**foreclosures [1]**
103/18
**foregoing [1]**
215/10
**foreign [4]** 62/11
91/10 100/14 128/5
**foreign-born [1]**
100/14
**foremost [1]**
150/19
**foreseeability [1]**
79/25
**foreseeable [6]**

83/24 84/21 84/22
**forget [1]** 126/4
**form [7]** 10/13
27/4 62/10 159/9
187/8 189/20 197/2
**formal [2]** 48/18
60/11
**formed [1]** 11/19
**forms [2]** 8/16
76/7
**forth [1]** 190/3
**Fortunately [1]**
63/3
**fortune [1]** 117/18
**forward [11]** 118/2
134/3 138/2 143/2
150/7 153/11 165/3
165/11 165/23
166/2 173/17
**forwarding [5]**
153/12 165/15
165/19 166/11
166/13
**forwards [1]** 157/5
**foster [1]** 94/13
**fought [1]** 121/16
**found [32]** 37/5
48/3 49/6 54/7
54/8 55/25 56/1
56/22 57/3 59/24
62/13 62/16 65/21
66/2 72/5 75/19
76/1 77/2 78/19
80/8 80/11 84/4
84/4 100/10 100/18
103/12 130/4 190/6
201/24 204/11
206/25 207/2
**foundation [1]**
85/24
**founded [5]** 9/12
15/23 112/16
116/24 119/12

**F**

**founder [5]** 113/7
113/12 113/14
114/12 143/20
**founders [1]**
120/22
**founding [2]** 43/22
119/14
**four [4]** 37/9 77/5
108/18 111/21
**fourfold [1]**
108/17
**frankly [1]** 50/5
**fraud [1]** 68/9
**free [2]** 23/12
116/8
**French [1]** 42/6
**frequently [1]**
84/11
**friends [2]** 73/8
93/15
**Frisk [3]** 58/4
59/1 61/9
**front [9]** 8/13
17/17 27/2 31/12
31/13 31/23 123/15
130/13 147/8
**fueled [1]** 23/20
**full [9]** 33/22
35/5 40/6 40/7
72/8 83/6 96/5
124/22 160/1
**full-profit [1]**
124/22
**full-time [1]** 40/7
**fully [2]** 38/14
45/22
**fund [4]** 116/24
117/4 117/8 117/12
**fundamentally [5]**
134/19 135/15
185/24 186/7
197/11

**fundaments [1]**
141/17
**funding [6]** 113/9
116/15 117/15
117/17 117/25
132/18
**fundraising [1]**
7/17
**further [18]** 26/7
32/10 32/22 43/4
44/17 100/22 114/9
115/12 115/23
122/13 123/17
134/7 151/17
151/18 202/15
213/13 213/19
215/14

**G**

**Gaines [1]** 2/3
**gaining [1]** 60/14
**gangs [2]** 160/6
160/13
**gap [1]** 206/1
**garbage [1]** 116/11
**garden [1]** 53/5
**Garland [1]** 25/2
**gas [2]** 8/14 31/24
**gave [6]** 91/23
95/8 145/24 148/8
184/24 193/2
**Gemma [3]** 136/9
184/20 185/4
**general [13]** 1/21
2/2 42/19 43/8
58/19 65/17 121/4
141/11 147/23
147/25 148/1 174/9
195/6
**General's [1]**
33/24
**generally [11]**
28/3 50/24 51/2
57/10 61/20 71/22

112/24 206/3
**gentleman [2]** 5/19
6/5
**geographical [1]**
9/15
**George [2]** 114/15
164/4
**gerrymandering [1]**
48/14
**get [47]** 4/5 33/25
38/10 49/13 50/7
50/12 57/15 67/21
71/4 72/18 72/22
72/22 73/11 73/22
74/15 76/10 76/12
81/14 83/4 84/14
87/11 90/7 92/8
92/8 110/22 111/25
112/12 113/11
113/22 115/10
120/10 122/10
134/7 134/10 135/9
137/9 144/23 145/3
148/20 153/7 157/9
159/19 161/21
174/11 177/25
194/16 195/15
**gets [3]** 129/8
174/24 188/1
**getting [14]** 18/1
19/18 76/9 80/23
86/13 119/3 137/5
137/6 137/7 147/16
153/17 203/24
209/19 209/23
**gig [1]** 8/16
**Gingles [1]** 53/8
**Giuliani [1]** 39/11
**give [18]** 37/12
38/5 41/14 50/10
56/5 67/5 73/18
97/3 114/9 123/5
125/13 127/16

**G**

**give... [6]** 138/9
141/22 148/19
163/15 198/22
213/21
**given [7]** 14/6
19/19 30/1 44/10
80/14 184/10
185/17
**gives [4]** 24/14
35/2 39/21 81/13
**giving [1]** 46/5
**glimpse [2]** 50/11
157/1
**glove [3]** 135/16
183/8 184/15
**Gmail [1]** 151/13
**go [71]** 4/4 5/22
9/24 19/23 19/24
20/7 28/8 28/21
29/5 29/22 29/24
30/5 41/18 46/14
57/18 60/25 68/4
72/7 88/4 96/9
97/23 97/25 98/7
100/5 101/5 106/8
115/13 115/22
128/14 131/24
138/6 141/20 143/3
154/3 154/3 155/5
157/9 157/17
158/18 158/18
159/15 161/1 163/2
163/2 163/9 163/13
165/20 167/9
167/25 168/14
168/25 169/6 172/1
172/2 172/9 172/11
172/13 174/3 174/5
175/2 177/13
177/15 181/18
183/13 188/24
189/25 190/20

190/25 194/17
198/24 203/16
**go-to [1]** 167/25
**goals [1]** 197/3
**god [2]** 115/3
196/25
**goes [11]** 22/17
41/25 58/1 64/4
100/6 121/14
122/24 126/18
126/24 172/19
186/13
**going [74]** 11/10
18/11 18/13 23/25
24/21 29/1 33/8
36/4 36/6 39/4
41/14 42/24 45/15
45/24 46/5 50/11
52/3 59/21 65/21
81/3 82/3 87/1
90/13 94/13 95/13
98/2 100/5 113/13
115/10 120/3
120/10 123/20
127/10 129/7
130/17 144/16
144/18 144/20
146/3 146/12
148/20 148/22
151/19 151/22
152/24 154/15
154/16 158/2
158/18 159/21
162/8 164/23
169/14 172/14
177/6 182/18
182/19 186/25
188/24 189/9 190/9
191/1 192/15
192/15 193/5
193/14 194/17
195/12 199/13
202/15 208/23
210/7 210/9 211/24

49/19 49/20
50/21 165/23
**gone [4]** 43/2
50/15 186/15 213/7
**GONZALEZ [4]** 1/16
4/25 75/25 193/19
**good [29]** 4/2 4/3
4/11 4/14 4/16
4/19 4/21 4/24 5/2
5/4 5/6 5/12 5/25
6/6 6/7 6/19 26/11
26/12 41/11 51/5
54/16 68/21 68/23
68/23 70/16 148/24
167/18 177/5
211/24
**goodwill [1]** 39/8
**got [13]** 38/19
43/20 71/20 76/14
96/19 144/21
152/16 155/11
165/9 165/22 178/5
184/13 194/22
**govern [1]** 115/4
**government [5]**
18/10 24/1 24/3
155/12 162/23
**governmental [6]**
49/25 49/25 50/1
50/2 96/21 98/8
**governments [2]**
47/4 47/4
**governor [10]**
86/18 190/8 190/12
197/23 198/12
198/15 199/1 199/2
199/23 200/1
**gracious [1]** 171/8
**graduated [1]**
38/13
**granddaddy [1]**
41/9
**grandparents [1]**
73/7

**graphic [2]**  89/9
  89/16
**graphically [2]**
  86/22 90/23
**graphs [1]**  180/12
**grassroots [1]**
  24/4
**grateful [1]**  150/1
**grave [3]**  80/10
  88/21 88/22
**great [26]**  35/13
  40/10 48/5 50/20
  52/11 53/21 55/2
  57/15 63/24 76/9
  84/17 90/13 90/13
  90/18 91/22 133/11
  139/1 151/3 160/4
  173/8 173/16 192/3
  201/12 202/11
  208/9 209/23
**greater [7]**  59/10
  59/11 106/21
  111/18 112/5
  205/24 207/25
**green [2]**  104/13
  170/3
**ground [11]**  37/3
  56/3 73/1 85/3
  89/4 92/21 93/6
  95/6 98/4 104/16
  105/4
**groundless [1]**
  140/1
**grounds [5]**  122/14
  124/4 124/5 155/9
  178/2
**group [18]**  64/4
  99/23 112/16 115/7
  136/8 136/19 147/5
  164/10 173/25
  181/16 183/18
  184/1 184/8 184/9

185/14 185/15
202/8 209/21
**groups [39]**  12/4
14/17 14/20 15/3
42/2 42/3 62/1
64/7 65/3 65/4
86/7 91/20 103/14
112/10 112/13
123/3 126/19
126/21 126/23
128/4 132/15
132/16 133/9
133/24 135/20
135/21 136/4
136/21 136/22
145/8 161/15
161/19 163/1
176/23 183/9 185/4
185/8 185/10
201/10
**growing [2]**  22/3
23/19
**Gruters [50]**  86/8
87/10 88/16 88/23
111/5 111/15 136/7
136/8 136/14 143/5
143/15 143/23
143/25 144/14
144/16 144/21
145/5 145/7 145/16
148/4 151/9 151/18
152/19 153/1
153/12 153/16
153/17 154/14
155/16 156/20
164/15 167/16
172/6 173/19
175/14 175/17
181/16 183/14
184/21 185/13
187/19 190/21
190/23 197/18
198/5 198/11
198/23 199/3

**Gruters's [17]**
88/15 91/2 143/15
145/4 145/8 150/25
151/9 151/11
154/18 154/18
154/22 155/8 168/5
168/12 169/8
172/19 173/11
**Gualtieri [6]**
186/11 191/13
198/8 199/5 200/18
210/14
**Gualtieri's [1]**
186/17
**guaranteed [1]**
29/2
**Guatemala [3]**
80/10 104/15 190/7
**guess [9]**  29/14
38/2 39/1 93/3
102/15 115/3
128/12 160/19
165/16
**guided [1]**  53/9
**guidelines [1]**
52/12
**gun [2]**  87/15
200/14
**guts [1]**  110/22

**H**

**had [74]**  17/10
20/8 20/24 22/5
29/9 30/4 30/15
42/14 48/1 48/18
48/22 48/24 49/15
59/22 68/3 68/6
71/20 75/25 77/9
78/14 80/6 87/14
87/22 89/18 90/19
90/20 101/13 102/2
102/4 102/7 103/18
106/11 106/19

**H**

**had... [41]** 106/24
107/10 108/16
111/20 111/21
113/14 114/14
114/16 117/14
118/10 124/14
124/17 126/16
128/10 129/4 136/7
136/8 142/20
148/14 148/17
149/20 162/25
170/3 173/24
182/14 183/14
185/3 185/4 185/9
192/22 192/22
194/7 196/22
200/13 201/24
202/23 204/12
205/22 209/14
209/15 215/8
**had our [1]** 29/9
**half [7]** 64/19
68/2 68/15 90/4
106/24 204/12
208/4
**hallways [1]** 135/9
**hamsters [1]**
117/22
**hand [11]** 6/8
33/11 37/8 54/14
73/10 73/21 115/6
135/16 162/3
184/14 215/16
**handcuffs [1]**
193/11
**handful [3]** 71/23
188/23 194/3
**handled [1]** 21/3
**handles [1]** 147/23
**handling [2]** 5/25
33/9
**hands [1]** 114/24

**hanged [1]** 15/19
**Hansberger [5]**
87/8 133/20 175/8
199/4 200/10
**happened [8]** 78/12
92/18 102/13
102/25 126/22
144/4 147/24
149/22
**happening [3]** 78/1
78/2 107/6
**happens [2]** 65/18
186/23
**happy [3]** 46/7
70/7 177/6
**harassment [3]**
19/5 19/12 21/15
**harbor [2]** 88/2
145/14
**harboring [3]** 92/2
171/22 176/9
**harbors [1]** 157/18
**hard [8]** 39/2
46/10 56/23 82/4
83/4 83/15 83/19
142/21
**hardly [1]** 81/6
**harm [7]** 21/7 21/9
81/3 81/4 91/11
128/7 156/1
**harmed [1]** 25/14
**harmful [5]** 10/23
14/24 14/24 15/24
17/19
**Harvard [2]** 38/19
41/21
**has [66]** 5/9 7/8
9/11 10/16 12/22
13/9 15/3 21/10
22/4 22/18 23/5
23/14 23/24 24/4
25/10 28/11 34/6
35/23 37/7 37/16
40/25 42/1 43/2

43/18 55/15
63/18 67/11 69/14
70/3 72/15 85/5
90/2 94/6 95/21
95/22 95/22 98/17
113/8 114/10 125/5
125/15 126/9 129/4
132/8 140/9 147/19
159/2 165/8 165/20
180/16 182/22
184/2 191/15
191/16 191/16
191/16 197/9
199/22 200/21
200/22 200/22
200/23 202/10
206/4 208/12
**HASKELL [2]** 1/19
4/22
**hasn't [1]** 23/4
**hate [24]** 12/4
41/8 120/1 121/3
123/2 132/16 136/4
136/8 136/19 147/5
163/1 163/22 164/1
173/25 176/10
176/12 181/16
183/18 184/1 185/4
185/8 185/14
185/15 201/10
**hate-filled [3]**
164/1 176/10
176/12
**hateful [4]** 131/12
132/18 133/4
184/13
**hatred [2]** 119/11
160/9
**hats [1]** 22/24
**have [256]**
**haven't [3]** 46/23
50/13 134/23
**having [15]** 10/2
11/14 14/10 17/13

**H**

**having... [11]**
29/4 46/10 92/20
93/10 106/1 135/10
147/25 192/5 193/3
200/15 201/25

**he [145]**   4/14 5/21
6/23 27/9 27/11
27/13 34/15 34/23
37/16 37/20 44/21
45/15 55/14 86/12
86/24 89/15 89/18
89/18 89/19 112/17
113/9 114/21 115/5
115/12 116/3 116/9
117/7 119/4 119/8
119/18 119/22
120/8 120/24 121/7
121/8 121/14 122/1
122/4 122/23 123/1
123/11 123/11
123/12 123/15
124/2 124/24 125/1
125/4 125/12
125/15 125/16
126/4 126/9 126/18
127/2 127/6 127/7
127/7 129/5 129/7
129/10 129/13
129/17 129/18
129/25 130/21
131/8 131/9 131/10
131/15 132/4
136/11 136/11
136/12 136/16
136/18 138/17
142/10 142/12
142/19 144/13
144/13 144/15
144/16 144/19
144/21 144/23
145/9 145/11
145/15 145/23

152/24 153/2 153/4
153/6 153/20 156/7
162/23 165/22
165/22 167/24
170/10 170/10
170/12 170/15
170/16 170/20
170/25 170/25
175/1 175/19
175/19 175/20
182/14 182/14
183/6 183/7 183/25
184/11 184/13
184/24 184/24
185/3 185/4 185/8
185/8 185/14
185/15 185/18
185/19 186/19
187/25 189/13
191/2 191/17
192/20 192/21
193/2 193/9 196/15
198/14 200/20
200/24

**he'd [3]**   125/14
151/12 152/23

**he's [34]**   34/22
34/24 44/9 44/15
44/21 44/25 45/6
45/24 46/5 60/4
95/23 99/4 114/6
123/3 125/7 125/8
125/14 125/18
130/17 134/22
136/13 144/20
152/19 157/12
165/15 165/19
166/10 166/13
167/23 167/24
183/8 186/15
212/10 212/10

**head [3]**   87/9
158/21 200/10

**headline [1]**
158/11

**headlined [1]**
200/5

**health [10]**   10/12
19/24 94/21 94/21
99/25 101/24
103/20 161/4
161/17 176/17

**healthy [1]**   149/25

**hear [6]**   17/9
33/16 44/13 144/9
156/10 171/14

**heard [30]**   13/20
17/7 18/21 55/11
55/14 74/1 86/19
86/22 87/24 89/3
93/6 95/5 95/23
96/15 98/4 104/13
120/4 122/4 127/18
134/20 134/24
137/13 143/22
179/22 180/16
187/19 189/11
193/8 210/6 210/16

**hearing [13]**   11/9
46/10 136/7 170/14
170/15 170/17
171/2 171/5 171/5
171/6 181/15
187/20 215/12

**hearings [8]**   11/20
86/23 93/10 170/21
185/25 186/19
198/15 211/18

**hearsay [24]**   13/18
15/14 16/13 16/25
18/5 18/22 19/21
21/20 37/17 37/24
126/3 126/5 138/16
143/7 143/10
144/10 150/12
154/10 155/18
169/10 178/4

**H**

**hearsay... [3]**
186/15 213/6 213/9
**heart [1]** 190/20
**heat [1]** 116/4
**heated [1]** 211/20
**heavily [2]** 9/8
81/5
**heightened [1]**
100/18
**Heights [1]** 188/11
**Heil [1]** 65/21
**heinous [1]** 68/10
**heir [1]** 116/24
**heiresses [1]**
117/18
**held [5]** 7/3 25/3
86/23 121/15
190/24
**Heller [1]** 72/15
**help [6]** 9/24 10/4
48/21 70/2 70/7
70/11
**helped [2]** 14/12
14/13
**helpful [1]** 45/24
**her [12]** 4/12 4/20
4/22 53/11 80/9
80/10 87/15 116/9
174/2 175/8 190/7
190/8
**here [94]** 5/8 5/10
6/20 8/10 14/21
16/2 17/16 25/1
27/4 37/8 37/20
39/15 46/11 48/6
51/1 52/3 52/23
54/15 54/22 56/14
58/9 60/15 60/20
63/15 63/21 65/4
67/5 67/6 67/19
70/23 72/3 78/1
79/7 80/13 83/17

93/17 95/14 97/3
97/9 101/3 101/7
106/16 108/3 108/5
108/13 109/5
113/23 118/18
127/15 127/18
127/23 132/2
135/25 138/11
139/3 141/22 142/9
144/23 146/12
148/5 149/3 151/10
151/22 158/10
159/2 159/15
159/21 159/23
161/19 162/9
166/10 167/10
167/25 168/19
171/11 182/14
187/6 191/15
191/16 192/16
193/23 199/13
200/22 200/22
202/22 203/19
204/24 205/15
207/8 210/10
210/17
**Here's [1]** 79/4
**hereby [1]** 215/7
**hereunto [1]**
215/16
**heritage [1]**
176/17
**hermetically [3]**
85/1 92/25 105/5
**hernandez [9]** 1/14
2/5 2/7 4/12 173/1
215/5 215/19
215/19 215/21
**hers [3]** 4/12 4/20
4/22
**herself [1]** 168/23
**hide [1]** 164/13
**high [6]** 62/14

89/25 90/1
**higher [5]** 64/15
64/16 193/21
205/22 206/5
**highest [1]** 40/6
**highlight [12]**
46/4 111/16 147/9
147/10 152/14
155/23 156/23
158/20 159/5
171/13 174/1
183/10
**highlighted [2]**
139/10 172/11
**highlighting [3]**
157/24 160/12
175/10
**highly [1]** 184/10
**highways [3]** 160/7
160/14 160/16
**Hilary [2]** 61/22
61/23
**him [24]** 4/14 5/22
5/23 6/23 95/15
112/21 114/17
121/6 122/3 123/2
125/10 125/13
129/13 130/16
131/9 132/7 134/24
136/9 142/12 156/6
184/14 185/5
191/12 210/16
**himself [6]** 113/7
151/9 153/17
168/23 184/21
198/6
**hired [5]** 47/16
48/2 48/16 140/11
188/6
**hiring [2]** 7/16
140/12
**his [83]** 4/14 6/4
6/23 15/13 27/5

# H

**his... [78]**   27/5
33/25 34/21 34/25
35/2 37/16 37/20
43/18 44/10 44/10
44/11 44/17 44/17
45/23 46/5 78/17
78/17 80/18 80/21
82/5 89/17 95/14
95/15 101/16
112/20 114/21
114/22 114/23
115/5 115/20 119/8
121/8 121/8 121/25
122/22 122/23
122/24 123/10
123/13 123/16
124/7 125/3 127/6
127/8 127/20 129/6
129/9 129/14
129/16 129/19
130/16 130/18
130/20 131/16
131/19 142/19
144/21 147/16
148/9 151/13
152/25 153/2
153/18 156/8 166/2
171/14 179/13
179/17 184/4
184/24 185/6
185/17 188/9
190/11 190/12
192/19 193/8 209/3
**Hispanic [7]**   27/13
78/20 80/25 88/25
89/2 105/15 132/24
**Hispanic-looking
[1]**   89/2
**Hispanics [7]**   42/2
48/23 79/12 79/21
81/17 91/25 100/3
**historian [10]**

21/25 35/21 38/1
42/11 49/19 52/17
54/17 160/2 176/22
196/23
**historians [7]**
42/7 50/8 50/24
50/24 51/3 52/18
54/2
**historical [17]**
35/22 36/24 38/22
40/13 40/19 40/23
41/1 42/5 42/22
49/20 51/9 51/14
53/24 53/25 54/13
54/23 161/12
**historically [2]**
24/20 41/19
**history [29]**   12/13
14/10 24/13 35/22
38/14 38/20 38/20
40/1 40/10 40/12
40/21 41/1 41/17
42/23 43/12 43/14
43/14 43/23 49/19
51/10 91/24 113/18
156/16 161/12
176/6 176/14
176/21 184/12
185/21
**hits [1]**   160/8
**hitting [1]**   39/2
**hold [12]**   36/22
99/5 122/8 140/22
144/7 144/7 144/7
166/7 181/21
208/20 208/20
208/20
**holders [1]**   104/13
**holding [1]**   70/10
**hollow [1]**   194/22
**home [8]**   8/13
31/12 31/14 31/17
31/23 94/12 96/23
103/18

**Homestead [19]**
7/22 9/14 9/17
9/22 13/13 13/21
13/23 21/17 31/7
31/14
**homicide [6]**   68/11
68/19 71/7 74/13
90/21 211/10
**homo [2]**   115/8
115/8
**honest [1]**   175/22
**honor [106]**   4/16
4/19 4/21 4/24 5/2
5/4 5/6 5/8 5/15
5/25 26/7 29/10
29/15 30/7 33/3
33/18 33/23 33/23
34/1 34/14 34/20
35/3 36/6 36/20
36/21 37/23 44/7
44/9 45/6 45/8
50/19 52/25 55/6
60/4 69/8 95/13
101/15 113/13
114/11 122/8
123/14 123/18
123/23 124/11
126/2 126/8 126/25
127/4 127/12
128/16 128/20
131/17 132/11
138/4 138/16
138/21 140/18
140/21 141/9
142/10 143/7
143/12 144/2 144/8
146/19 149/9
149/12 150/11
150/20 151/21
151/25 156/6
157/12 162/8
162/11 163/22
164/22 164/23
166/13 167/7

**H**

**honor... [26]**
169/11 173/8
177/12 177/21
178/7 178/11
178/21 179/11
179/19 180/3
180/22 181/1
181/12 182/18
183/24 184/23
186/16 187/23
188/15 199/22
212/22 213/1
213/14 213/21
213/23 214/4
**Honor's [1]**  34/24
**HONORABLE [1]**  1/10
**Hope [1]**  104/15
**host [1]**  73/6
**hotline [2]**  95/9
95/10
**hour [3]**  101/4
181/18 181/18
**hours [5]**  174/7
174/8 174/23
174/24 183/10
**House [5]**  43/1
86/17 142/5 144/20
191/7
**housing [5]**  37/2
47/2 54/20 161/5
161/16
**Houston [1]**  96/18
**how [71]**  7/3 8/22
9/11 9/23 11/7
11/10 11/13 13/7
14/8 14/14 17/6
17/20 18/8 18/13
19/15 20/21 22/10
25/24 26/21 28/13
28/25 30/25 31/1
34/21 41/5 41/12
46/22 47/8 48/9

65/18 70/1 70/11
72/22 75/5 80/20
82/4 84/20 89/15
98/8 98/18 100/6
112/14 119/19
119/20 122/15
129/18 133/13
133/17 134/11
135/4 136/1 140/25
141/18 142/21
144/15 155/3 158/1
158/8 162/24
163/10 170/9
185/23 185/24
196/14 199/17
206/3 209/8 211/24
**How's [1]**  33/15
**However [1]**  44/13
**huge [3]**  43/4
106/1 165/25
**humanity [1]**  159/9
**hundred [6]**  49/8
50/5 77/5 120/10
135/20 175/21
**hundreds [7]**  76/24
80/11 103/13
103/15 108/11
121/10 121/18
**hunger [1]**  94/11
**hurricanes [1]**
194/24
**hyperlink [1]**
182/20
**hypothesis [1]**
204/24

**I**

**I'd [5]**  27/14
36/16 69/10 96/6
142/16
**I'll [21]**  5/25
18/6 31/10 46/12
46/18 57/21 63/2

86/4 94/3 99/10
101/7 118/23 149/3
176/4 197/19 199/9
200/19 214/3
**I'm [68]**  5/23 7/2
22/25 26/19 29/14
33/6 33/8 33/21
36/4 39/2 39/4
40/1 41/6 41/14
42/10 44/19 45/9
46/10 52/25 55/17
55/18 59/18 61/22
62/15 69/5 76/19
86/23 95/13 96/7
96/8 98/12 100/5
101/17 103/25
106/9 113/13
118/11 127/15
129/15 130/2 130/2
135/3 137/3 137/5
137/7 144/18
146/21 147/18
148/22 149/16
149/19 150/3
156/10 158/18
162/8 166/4 169/14
175/19 175/19
175/21 177/4
177/11 182/18
182/18 184/19
200/19 204/24
212/8
**I've [37]**  7/4 7/7
23/17 23/19 36/1
39/3 39/7 39/21
41/7 41/8 43/21
46/25 47/1 47/3
49/17 50/15 51/10
53/6 61/3 62/3
76/2 85/16 90/22
90/24 115/23 118/6
128/16 145/13
146/21 168/5 171/6

**I've... [6]** 175/16
197/19 202/11
203/20 205/10
205/11

**ICE [99]** 14/4 20/1
24/3 58/14 63/5
63/9 64/2 64/24
65/12 65/14 65/23
66/1 66/23 67/1
67/14 67/19 67/20
67/23 67/25 68/7
68/8 68/13 69/13
69/22 69/23 71/21
72/7 73/15 73/16
75/22 76/2 77/3
77/6 77/16 77/17
77/22 77/24 78/11
78/23 79/4 79/10
79/13 79/16 79/19
80/2 80/6 80/12
80/14 80/14 80/20
81/8 81/18 81/21
82/12 82/17 82/23
83/3 97/8 97/11
97/16 97/17 102/8
102/11 102/16
104/22 125/4
139/16 141/8 141/9
141/14 186/24
186/24 187/1 187/9
189/10 189/17
189/17 189/19
189/25 191/1
191/10 192/1 192/3
192/4 192/8 193/11
193/15 193/20
193/22 195/5
197/11 201/3
202/23 202/25
203/5 205/8 205/18
205/19 211/4

**ICE's [1]** 62/21

**idea [8]** 67/16 97/2
146/5 162/25 163/1
186/23 186/24
186/25

**ideas [2]** 14/24
15/24

**identical [3]** 77/4
141/3 211/6

**identically [1]**
75/7

**identification [1]**
193/20

**identified [17]**
24/4 79/9 80/2
80/23 82/4 110/10
112/4 123/11
123/11 124/6 126/4
170/14 170/19
203/18 203/20
204/9 204/16

**identify [5]** 58/9
59/1 123/13 142/11
167/22

**identity [1]**
119/16

**ideology [1]** 113/6

**II [1]** 121/17

**illegal [48]** 15/13
15/18 61/19 61/24
62/5 80/24 86/25
89/19 121/10
121/14 121/19
121/22 122/2
124/25 125/8 128/1
133/13 133/18
133/25 133/25
157/20 157/20
158/8 158/21
158/25 160/6
160/13 160/15
161/7 161/13
161/20 170/4 170/9
170/10 170/14
170/16 170/19

175/5 176/18
187/20 189/23
191/19 200/25
209/13 209/15
209/18

**illegalaliens.us
[8]** 125/22 125/25
127/1 127/17
129/12 129/13
131/7 131/24

**illegally [3]**
58/10 191/15
200/22

**illegals [8]** 88/22
89/1 89/14 124/19
129/13 158/15
191/14 200/21

**illegals' [1]**
161/4

**illustrate [2]**
203/13 212/6

**illustrated [1]**
202/21

**image [3]** 158/16
160/2 160/23

**images [1]** 91/10

**imagine [2]** 81/6
192/20

**immediately [1]**
82/20

**immense [1]** 193/19

**immigrant [64]** 8/2
8/20 9/22 10/21
10/24 15/22 16/2
16/20 23/20 28/15
62/1 62/6 73/14
83/20 83/23 83/25
84/2 84/7 84/10
84/13 84/20 85/2
85/21 86/6 86/25
88/6 88/17 88/20
91/4 91/5 91/8
91/17 91/19 91/20

**immigrant... [30]**
92/4 92/10 92/12
92/23 93/1 93/18
110/15 112/9
112/23 115/4 117/3
119/5 126/21
126/24 126/25
128/4 132/16 133/9
133/11 136/4
160/13 175/13
185/21 201/10
201/12 204/25
208/7 209/16
209/18 210/2

**immigrants [121]**
8/7 8/11 11/14
14/25 14/25 15/2
15/12 15/17 19/13
23/15 25/13 51/11
59/2 60/13 61/15
61/21 62/8 62/9
62/15 62/17 62/18
62/22 65/13 66/6
72/12 72/17 72/18
72/20 73/9 73/9
73/16 75/17 83/1
83/2 84/8 84/8
84/15 87/3 87/9
87/20 89/19 89/19
90/5 90/9 90/11
92/1 93/1 93/3
93/10 93/12 100/12
100/14 100/23
104/25 105/2 105/3
105/5 105/8 105/10
105/10 105/11
105/12 105/12
105/12 107/19
108/6 108/14
108/17 108/19
108/21 109/7
112/25 114/22

114/22 119/6
120/12 120/13
121/3 122/2 132/22
133/13 133/18
133/23 136/24
155/25 157/21
157/23 158/15
159/5 160/3 160/10
160/16 160/23
161/6 161/6 161/6
161/11 161/13
161/18 161/20
162/5 171/3 171/10
171/19 171/24
172/18 175/11
176/18 177/1
183/11 193/21
197/10 206/5 206/8
206/12 206/19
207/13 207/13
207/15 208/13
209/13

**immigration [80]**
8/6 9/3 11/3 12/12
12/16 21/3 21/4
21/23 21/24 24/17
24/19 37/8 44/22
47/6 49/21 51/5
52/22 58/15 66/9
66/12 73/24 78/23
84/5 85/16 85/20
87/18 90/22 92/19
94/16 96/19 97/22
100/7 100/13
100/15 100/19
103/3 103/7 103/10
103/19 107/7
107/16 108/24
109/10 111/2
112/24 112/24
113/1 113/2 116/23
121/4 128/3 133/1
139/16 140/11
155/15 155/17

159/1 169/3 171/18
173/19 175/5
176/15 176/15
176/25 184/3 184/8
184/9 185/17
185/19 186/9
186/12 186/13
191/3 194/25 196/3
200/6 200/6

**immigration-related**
**[1]** 21/24

**Immokalee [2]**
65/19 187/8

**impact [30]** 17/24
18/13 45/12 51/15
51/16 51/16 58/23
79/25 80/3 80/13
81/23 83/24 84/21
98/20 102/8 102/10
102/18 103/1
103/15 105/1
187/13 187/16
188/1 188/5 188/7
188/8 196/20
196/22 210/5 210/7

**impacted [5]** 14/11
93/20 93/25 104/25
168/22

**impacting [3]**
11/11 11/14 104/3

**impacts [8]** 57/16
98/10 98/12 98/18
98/21 101/24
103/24 104/20

**impeachment [2]**
43/16 43/18

**impede [1]** 100/24

**impermissibly [1]**
81/20

**implementation [4]**
69/14 69/24 71/1
71/5

**implicate [2]** 18/9

**implicate... [1]**
64/15
**implicated [1]**
71/10
**implications [1]**
146/8
**implies [1]** 159/9
**implying [2]**
155/25 161/25
**importance [1]**
55/11
**important [37]** 9/6
12/24 53/25 56/14
61/7 66/19 80/3
81/16 86/19 86/20
94/6 99/17 99/18
99/24 100/3 110/22
114/20 116/22
117/2 125/10
135/22 142/19
145/19 154/12
154/21 154/22
155/2 156/3 183/12
187/9 189/6 197/1
198/6 198/7 199/20
209/12 209/20
**importantly [2]**
55/20 56/1
**impossible [2]**
72/16 121/6
**Impressive [1]**
39/23
**improperly [2]**
82/16 83/6
**improve [2]** 201/16
201/21
**improvement [1]**
31/12
**inability [1]**
76/23
**inaccurate [1]**
131/12

**inadequate [1]**
73/20
**inadvertent [1]**
156/16
**inaudible [4]**
107/9 122/2 167/15
182/15
**inbox [1]** 155/12
**incarcerated [3]**
207/22 207/25
208/10
**incarceration [4]**
56/6 206/13 207/11
208/4
**incite [1]** 15/12
**inclined [1]**
117/11
**include [8]** 63/7
68/8 82/10 83/12
92/24 96/14 156/12
192/10
**included [8]** 37/3
37/18 37/19 42/9
42/11 111/5 206/20
207/13
**includes [6]** 8/2
43/8 43/13 102/14
179/5 189/22
**including [23]**
11/5 12/10 14/4
38/6 49/8 51/19
52/22 69/18 85/8
91/12 98/5 98/21
102/19 104/4
104/12 105/16
118/17 125/9
127/24 142/24
162/23 164/5 198/8
**inclusive [1]**
25/25
**income [1]** 99/19
**incomes [1]** 99/22
**incorporate [1]**
34/5

**incorrect [1]**
192/12
**incorrectly [1]**
81/20
**increase [6]** 12/14
23/18 103/19 107/6
108/21 204/11
**increased [7]** 19/5
21/14 21/15 21/18
94/11 94/17 103/18
**increases [1]**
100/15
**increasing [2]**
25/19 25/20
**increasingly [2]**
23/21 61/25
**incredible [1]**
90/14
**incredibly [7]**
123/8 164/1 171/7
171/8 184/13 193/3
193/16
**indeed [4]** 73/17
85/18 91/12 122/24
**independent [3]**
43/19 75/20 77/4
**independently [2]**
76/1 76/2
**index [1]** 61/24
**indexicality [1]**
62/5
**indicate [8]** 83/6
89/12 89/14 89/15
102/5 113/1 121/7
192/19
**indicated [2]**
148/14 151/15
**indicates [8]**
58/25 59/7 64/1
91/4 100/2 113/5
153/2 158/7
**indicating [3]**
57/5 102/1 202/5
**indication [5]**

**indication... [5]**
113/14 151/17
151/18 152/17
185/9
**indicative [1]**
207/5
**indigenous [1]**
13/25
**indirect [2]** 51/22
62/5
**indirectly [2]**
61/24 168/4
**individual [3]**
28/11 63/8 168/22
**individual's [1]**
100/13
**individuals [6]**
42/3 79/12 89/16
92/24 128/4 199/18
**industries [1]** 8/8
**infer [1]** 146/11
**Inference [2]**
41/24 42/9
**inferior [3]**
112/19 112/22
117/23
**inflammatory [2]**
128/2 167/1
**inflation [1]**
90/13
**influence [3]**
204/2 204/6 204/9
**influenced [1]**
126/22
**influential [2]**
51/23 114/18
**influx [3]** 90/10
159/4 159/6
**inform [2]** 14/9
136/2
**informal [1]** 31/23
**information [24]**

10/9 15/7 16/23
21/1 28/23 69/17
92/6 92/22 97/20
98/2 99/6 99/13
111/4 113/4 125/5
125/13 125/14
125/15 141/8
151/18 168/8
183/12 208/11
208/25
**informed [1]**
136/19
**informs [1]** 136/3
**Infrastructure [1]**
181/4
**inherently [1]**
62/11
**initiated [2]**
173/15 183/9
**injustice [2]**
80/11 190/6
**input [6]** 137/5
137/7 154/23 168/4
168/12 168/22
**inquire [2]** 168/16
195/9
**inquiry [1]** 188/11
**inside [13]** 50/11
134/15 135/16
135/21 136/22
145/1 157/1 157/3
167/15 168/11
176/7 183/12
201/14
**insiders [2]**
201/13 201/14
**insight [1]** 96/5
**instance [2]** 115/9
185/7
**instead [4]** 30/2
30/6 168/21 208/2
**Institute [3]**
206/14 206/16
206/22

**institutions [2]**
169/2 169/3
**instructing [1]**
53/1
**instruction [1]**
34/14
**intakes [3]** 19/4
23/2 23/6
**integral [1]** 73/19
**intense [2]** 13/14
162/9
**intensive [2]**
65/20 188/10
**intent [19]** 34/13
35/23 37/6 47/9
47/10 47/12 47/14
48/2 48/10 48/12
50/17 51/5 51/25
52/2 53/18 128/6
188/6 201/25
212/15
**intentional [4]**
50/25 51/2 136/21
188/7
**intentionally [1]**
48/21
**intents [1]** 51/2
**interact [3]** 20/8
20/21 29/1
**interacting [2]**
30/19 92/13
**interactions [1]**
18/9
**interest [2]** 176/2
185/17
**interested [3]**
132/9 205/23
205/23
**interesting [4]**
144/23 145/24
149/23 150/7
**interests [1]**
48/17
**interior [3]** 67/9

I

**interior...** [2]
100/6 100/13
**intermingle** [2]
93/5 93/6
**internally** [1]
164/9
**interpret** [1]
196/12
**interrogation** [1]
19/12
**interrupt** [1]
122/6
**interruption** [1]
181/20
**interview** [3]
87/16 116/8 171/4
**interviews** [1]
39/18
**intimate** [1]
134/14
**intimately** [3]
87/25 112/10 135/4
**intoxicated** [1]
209/15
**introduce** [16]
36/16 137/21
138/19 150/17
150/18 150/20
178/14 178/17
178/18 178/22
180/2 180/4 181/1
188/16 188/17
212/25
**introduced** [7]
98/17 140/7 172/25
179/2 180/13
187/12 187/15
**introducing** [3]
150/24 169/18
177/24
**introduction** [2]
150/23 196/5

**invade** [1] 34/3
**invaders** [3] 15/18
121/15 158/17
**invades** [2] 45/10
45/15
**invading** [4] 91/15
120/9 128/5 156/1
**invasion** [14] 91/6
91/6 91/9 91/12
91/16 91/16 117/20
128/1 131/13 155/6
155/23 163/25
165/12 165/21
**invasions** [1]
121/19
**invest** [1] 9/8
**investigate** [3]
58/23 125/7 125/17
**investigating** [1]
58/1
**invitation** [2]
173/18 175/15
**inviting** [1] 175/3
**invoking** [1]
158/16
**involve** [4] 48/9
49/21 58/1 61/1
**involved** [31] 7/5
17/6 47/7 47/13
48/11 48/12 50/6
53/6 63/8 68/18
71/8 78/25 87/25
112/10 118/9
118/21 120/25
121/1 126/20
126/20 127/2
127/21 127/25
131/11 151/16
153/8 153/17 157/1
176/23 185/4
209/19
**involvement** [15]
16/5 26/13 30/15
46/3 134/5 134/12

146/24 156/5
162/15 162/20
167/14 176/21
185/7
**involves** [5] 52/3
58/14 67/15 67/15
95/4
**involving** [5]
57/23 59/2 66/6
154/24 155/1
**IQ** [1] 117/11
**Irish** [1] 161/14
**irrelevant** [10]
37/4 55/7 66/25
118/5 144/10 155/7
162/11 162/12
166/25 212/2
**is** [651]
**Island** [4] 80/8
80/12 80/15 190/5
**isn't** [5] 53/5
94/18 143/13 145/6
165/5
**isolate** [1] 208/9
**isolated** [1]
203/20
**issue** [27] 10/1
10/2 11/15 11/16
13/8 13/8 14/4
22/3 37/8 45/22
48/25 55/21 56/11
66/22 80/7 92/17
116/5 147/20 155/3
188/14 189/6
189/17 189/19
189/21 190/1
196/23 209/17
**issued** [2] 189/13
190/8
**issues** [17] 5/13
23/4 39/14 44/22
47/6 47/14 49/22
49/22 50/17 52/21

**I**

**issues... [7]**
 55/20 94/15 143/24
 152/22 184/3
 185/17 201/25
**issuing [1]**  77/24
**it [368]**
**it's [184]**  6/14
 9/5 14/10 21/12
 21/12 22/24 23/8
 23/12 24/7 28/24
 29/3 30/17 31/23
 31/24 32/2 32/3
 34/21 37/8 40/4
 41/21 41/25 43/1
 43/15 44/19 46/23
 51/25 54/2 56/16
 59/8 59/9 60/8
 61/13 64/3 65/18
 65/19 65/23 65/24
 65/25 66/21 67/20
 68/15 68/16 68/17
 70/3 72/15 74/11
 74/12 75/25 78/2
 79/19 81/18 82/14
 84/12 84/24 88/25
 89/10 90/1 91/5
 91/8 95/3 95/9
 95/17 96/12 97/10
 97/15 97/21 99/1
 99/17 104/11 105/3
 105/3 106/8 108/7
 109/6 110/5 110/22
 111/11 111/12
 111/19 114/20
 117/2 120/4 121/5
 121/7 121/25 122/7
 124/9 127/22 129/6
 129/23 129/24
 130/18 131/23
 136/16 139/8 141/2
 142/5 142/16
 143/21 144/4 145/1

 147/5 147/17
 147/18 148/19
 151/19 152/1 152/1
 152/15 153/25
 154/1 154/11 155/2
 155/7 155/18 156/4
 156/11 158/12
 158/23 159/20
 160/5 160/18
 161/13 162/11
 164/14 164/17
 165/2 165/3 165/10
 165/11 165/13
 165/17 166/9
 166/11 166/13
 168/7 168/10
 170/15 170/17
 172/6 174/6 174/15
 174/24 181/5
 181/22 182/4
 183/11 183/25
 184/8 186/21
 187/20 187/21
 187/25 188/13
 188/16 188/19
 189/15 193/3
 193/16 194/5
 194/15 194/22
 195/8 195/12 196/1
 196/24 197/18
 198/5 198/7 199/20
 205/4 206/12 207/4
 207/17 209/19
 209/23 210/7 210/9
 212/9 212/9 212/20
 213/5
**Italians [1]**
 161/14
**its [43]**  9/18 14/9
 15/3 20/15 47/5
 55/10 55/10 59/19
 71/3 80/3 90/14
 90/14 103/14

 113/6 114/2 115/7
 116/23 117/16
 119/14 138/20
 141/5 155/13
 163/19 164/24
 166/19 176/16
 176/16 176/17
 176/17 176/17
 192/1 197/2 197/3
 197/5 197/12
 198/10 199/25
 204/2 204/3 204/3
 204/4
**itself [12]**  61/11
 67/23 74/2 85/12
 92/5 94/13 94/20
 121/24 163/13
 163/15 182/3
 189/17

**J**

**Jack [1]**  138/7
**jail [5]**  82/21
 191/18 192/9
 200/25 210/17
**JAMES [2]**  2/2 5/6
**JANET [3]**  1/14
 4/11 181/15
**January [7]**  1/5
 142/6 142/22 143/3
 150/9 152/6 215/9
**Japanese [1]**
 121/17
**Jaroslav [3]**
 167/21 167/22
 168/9
**Jaroslav's [1]**
 147/1
**Jasmine [6]**  70/1
 70/4 70/11 70/12
 70/12 70/14
**Javier [3]**  26/18
 26/23 27/18

190/10 190/13

**J**

**jaywalking [1]**
191/2

**Jean [1]** 119/22

**jeopardy [1]** 73/23

**Jewish [3]** 43/11
43/12 117/13

**Jewish-controlled
[1]** 117/13

**Jews [4]** 43/11
120/3 120/6 161/14

**job [1]** 15/5

**jobs [2]** 32/17
116/11

**Joe [2]** 58/7 103/4

**John [6]** 15/23
112/16 113/7
113/12 115/1 119/9

**join [2]** 121/21
175/4

**joined [3]** 17/11
173/14 175/7

**joint [7]** 3/18
181/2 181/5 181/9
181/11 182/19
182/22

**Jose [2]** 26/18
26/23

**Joseph [1]** 72/15

**Josh [6]** 143/21
152/1 167/16
167/18 169/8
174/22

**journal [4]** 42/17
60/9 61/23 62/12

**journalistic [1]**
50/3

**judge [7]** 1/11
53/11 76/1 76/24
101/4 177/4 208/25

**judgments [1]** 37/5

**judicial [6]** 72/8
189/9 189/16 190/4

**Judiciary [1]**
27/15

**July [1]** 69/25

**jump [2]** 148/20
173/17

**June [1]** 129/4

**juries [1]** 47/1

**jurisdiction [2]**
65/14 67/16

**jurisdictions [25]**
13/7 65/11 109/14
109/14 109/22
110/3 110/4 110/10
110/19 110/21
110/23 110/24
111/1 111/7 111/10
111/15 111/20
133/2 145/12
153/23 200/7
202/16 202/17
203/22 205/9

**just [119]** 5/9
17/18 25/11 30/17
32/13 43/1 43/14
46/6 46/19 47/12
52/13 54/4 56/16
56/18 60/20 69/10
71/3 75/17 77/9
78/12 80/18 81/16
81/23 86/1 87/4
87/8 89/13 90/25
95/1 97/12 97/24
99/14 100/4 100/23
104/3 105/1 106/25
107/17 108/12
110/13 111/13
112/12 112/24
114/6 114/10
119/20 121/6 121/7
122/10 122/14
124/8 125/17
126/20 128/9 129/2
129/3 130/13 133/4

136/20 139/10
140/17 143/19
144/4 145/21
147/23 151/14
154/23 155/3
156/13 156/25
158/19 158/25
162/1 163/1 164/3
164/9 166/11
168/20 170/22
171/8 172/24
174/23 178/15
179/25 181/17
181/18 181/22
182/19 182/20
183/4 183/12
185/13 185/25
186/2 187/19
188/18 188/23
189/16 190/9 190/9
192/9 194/11
194/17 195/8 196/9
196/10 196/20
201/9 201/16
203/25 204/24
206/1 206/21
206/23 208/4
208/10 208/16

**JUSTICE [4]** 1/18
4/23 60/10 102/24

**justification [7]**
74/15 84/25 193/4
193/5 197/17 201/8
201/13

**justifications [1]**
86/14

**K**

**KAREN [8]** 1/23 5/8
33/8 33/24 44/9
130/20 137/3 174/2

**Kates [1]** 116/3

**keep [4]** 116/4

## K

**keep... [3]** 146/14
151/16 177/6
**Keilis [1]** 42/16
**Keilis-Borok [1]**
42/16
**Ken [4]** 153/2
165/22 167/10
167/18
**Kenneth [3]** 142/4
153/3 166/22
**kept [1]** 120/5
**key [6]** 129/21
135/17 135/17
145/2 145/2 198/20
**Keys [2]** 42/12
43/1
**kids [2]** 191/16
200/22
**kill [4]** 87/4
87/12 133/21 175/9
**killed [3]** 175/12
199/12 209/15
**killers [1]** 176/10
**kills [1]** 86/25
**kind [38]** 7/20
8/12 9/24 9/25
10/2 11/20 19/25
21/2 25/21 50/8
58/2 59/15 63/10
68/16 71/8 71/9
72/15 72/15 97/15
102/14 113/22
139/18 157/11
158/13 159/9
159/12 160/11
160/23 164/7
171/23 172/16
188/22 189/23
190/19 195/12
208/6 209/21
210/11
**kinds [8]** 9/23

102/10 161/14
184/10 211/8
**Kirkus [1]** 119/25
**knew [8]** 12/24
17/10 17/23 20/13
136/11 136/16
185/14 185/15
**knocking [1]**
111/13
**know [101]** 9/1
9/23 9/23 12/1
14/20 15/21 15/23
15/24 16/4 16/6
16/22 18/19 20/17
21/6 22/10 23/2
23/23 24/7 25/12
26/21 27/17 27/19
27/21 27/23 28/11
28/12 28/12 45/19
51/8 52/17 57/6
59/15 59/20 59/20
68/20 71/24 72/4
72/7 74/1 82/14
82/14 83/15 90/10
96/8 108/15 112/18
123/11 124/20
128/9 129/4 129/6
131/22 131/23
131/23 135/8
135/11 135/20
137/11 138/1 138/8
138/21 139/24
145/25 146/1 146/2
146/25 159/8
159/22 160/8 161/8
161/12 161/23
163/9 163/21 164/8
166/12 166/22
166/24 168/7 170/2
170/10 170/11
171/2 171/20 172/6
174/25 175/17
175/19 175/23

185/15 186/13
188/17 194/4
196/15 210/10
210/15 210/17
211/17
**knowing [2]** 28/13
183/18
**knowledge [7]**
13/17 16/7 16/8
16/10 17/3 23/14
170/20
**known [7]** 58/3
87/10 136/6 147/3
147/4 184/7 209/2
**knows [3]** 78/5
161/2 189/9

## L

**L-O-N-D-O-N-O [1]**
6/15
**labor [9]** 9/3 11/2
15/5 15/7 22/12
22/13 22/21 23/14
122/5
**laborer [7]** 8/9
8/10 21/16 22/17
31/3 31/5 31/7
**laborers [6]** 8/4
19/6 19/7 30/24
31/25 32/16
**lack [5]** 13/17
16/7 76/22 85/24
171/3
**lacks [1]** 90/12
**laid [4]** 34/21
36/14 61/3 75/24
**land [2]** 84/4
121/21
**landscape [1]**
28/24
**landscaping [1]**
8/15
**language [5]**

**language... [5]**
121/11 121/13
158/14 172/15
172/17
**larceny [1]**  57/5
**large [3]**  47/23
48/1 95/4
**larger [2]**  93/16
206/2
**largest [2]**  69/19
69/19
**LAROCCA [4]**  1/15
3/5 3/6 4/20
**Las [2]**  193/18
193/23
**last [18]**  35/6
47/20 64/5 80/10
106/21 108/9 113/9
142/22 147/9
157/18 159/15
164/8 172/2 172/9
172/11 190/8
195/19 208/8
**lastly [2]**  10/11
21/5
**late [1]**  54/17
**later [17]**  42/25
50/22 60/16 66/20
92/9 110/25 114/15
116/8 123/1 143/25
144/14 146/23
156/5 156/23
174/24 184/12
202/25
**Latin [12]**  8/4
61/20 62/8 62/23
64/7 64/11 64/14
85/14 87/22 132/23
158/20 161/13
**Latino [7]**  13/24
66/4 93/2 100/8
105/6 105/6 119/19

**Latinos [5]**  59/21
59/23 85/8 102/15
104/10
**Latinx [9]**  93/4
93/4 102/15 102/19
103/2 103/8 103/11
103/13 103/18
**latter [1]**  37/3
**law [104]**  1/13
4/13 4/15 4/17 5/1
10/16 10/21 10/22
10/23 11/13 11/16
12/11 12/12 12/15
12/16 12/24 12/25
13/4 14/13 14/14
17/19 17/24 17/25
18/8 18/9 18/13
20/3 20/8 20/21
21/7 21/10 21/13
21/19 21/22 23/6
24/8 24/17 25/5
25/9 25/14 25/17
28/4 28/13 28/25
30/17 36/4 37/2
45/10 45/14 45/25
46/25 47/6 49/21
52/22 53/1 54/22
54/25 55/3 55/9
55/16 55/19 55/22
55/25 56/3 56/12
56/16 56/20 56/25
57/2 57/12 58/15
58/16 62/3 62/4
67/1 67/13 69/22
72/6 85/4 85/7
97/7 102/16 105/23
112/2 139/15
160/17 168/17
168/21 186/1 186/2
186/2 186/4 186/5
186/6 186/9 186/12
187/4 187/5 191/13
193/15 196/3
199/22 199/24

**law-abiding [1]**
160/17
**lawbreakers [1]**
121/22
**Lawrence [1]**  116/3
**laws [5]**  12/21
37/3 54/6 57/8
185/24
**lawsuit [1]**  80/7
**lawyer [4]**  7/9
22/20 22/25 83/3
**lawyers [2]**  23/1
83/3
**lay [7]**  96/16 98/4
99/15 122/4 134/20
135/6 202/11
**laying [1]**  29/3
**lays [1]**  141/4
**laziness [1]**
117/12
**lead [3]**  14/14
55/22 61/6
**leaders [1]**  113/4
**leadership [9]**
8/19 9/6 9/8
112/25 113/10
118/3 118/6 118/18
118/24
**leading [22]**  42/16
62/24 63/1 74/5
74/20 74/25 77/12
77/13 83/7 93/22
94/2 98/13 105/18
107/8 107/10
107/15 109/18
109/23 126/23
134/12 184/9
201/17
**leads [1]**  94/17
**League [3]**  48/16
48/20 49/3
**learned [1]**  58/25
**least [8]**  39/21

**least... [7]**   46/23
57/6 72/25 137/14
144/20 199/5 207/6
**leave [3]**   136/16
180/5 212/19
**leaving [1]**   52/25
**lectured [1]**   39/7
**led [5]**   11/5 77/20
103/4 184/5 187/9
**Lee [1]**   205/14
**left [4]**   15/11
69/10 101/23
172/11
**legal [35]**   7/18
8/25 9/21 10/3
10/3 19/3 23/2
23/6 23/7 23/7
25/20 25/20 28/23
34/12 34/22 36/2
50/18 52/15 52/24
53/3 53/10 82/11
83/12 87/9 93/12
104/13 124/25
136/24 140/2 144/9
156/7 156/15 161/6
177/1 188/2
**legalize [1]**
120/10
**legally [3]**   162/11
166/24 187/1
**legislation [19]**
12/2 12/6 13/1
16/17 16/18 16/19
84/25 134/16
134/16 135/23
139/14 139/18
140/6 140/25 141/4
142/24 148/3
152/20 167/25
**legislative [15]**
26/14 37/1 37/5
45/13 48/14 50/11
134/23 135/10
147/1 166/24
167/24 168/1
197/15
**legislator [1]**
113/16
**legislators [10]**
26/17 87/25 113/15
123/3 135/9 146/13
146/17 162/10
166/21 166/23
**legislators' [1]**
146/13
**legislature [8]**
27/1 34/12 48/17
87/7 148/10 153/17
197/23 198/7
**legislatures [1]**
135/4
**legitimate [1]**
119/16
**length [4]**   72/24
117/19 201/12
202/11
**lengthy [1]**   36/15
**less [14]**   66/7
90/5 91/24 94/5
94/24 96/10 111/21
120/12 187/8
188/12 196/6 202/6
202/9 205/3
**let [22]**   5/22
29/16 33/10 68/20
77/7 88/8 96/3
113/23 122/10
124/17 127/5
137/22 138/1
165/23 166/7
167/22 172/24
174/25 177/20
190/12 212/22
213/3
**let's [90]**   5/22
53/22 57/15 57/16
62/20 63/15 63/20
66/8 66/10 67/5
68/24 69/13 70/14
79/1 81/7 81/7
83/19 96/24 101/25
105/17 106/7 106/8
107/22 107/22
109/2 110/8 112/14
113/11 118/3
120/17 125/24
128/18 128/25
130/9 130/14
130/23 131/1 131/2
132/13 137/9 138/2
138/6 140/15
141/20 141/22
143/2 143/3 149/2
150/7 152/4 152/6
153/11 154/3 154/3
155/5 156/11
158/19 159/15
164/20 167/9 167/9
169/6 169/20
171/12 173/17
175/23 177/15
181/17 182/8 183/2
187/11 188/22
189/3 190/15 194/5
194/10 194/12
194/20 195/3
197/14 203/8
203/16 205/13
206/1 207/7 209/8
212/19
**letter [2]**   115/23
124/1
**letterhead [2]**
122/21 127/7
**letters [1]**   135/11
**level [15]**   14/22
19/12 20/25 21/6
23/12 23/23 24/12

**level... [8]** 25/24
28/12 30/2 62/14
68/7 68/8 100/12
211/8
**level-3 [2]** 68/7
68/8
**level-one [1]**
211/8
**levels [1]** 67/23
**liberals [1]**
119/25
**license [13]** 71/15
72/11 73/11 73/15
73/22 74/19 74/24
75/8 191/5 191/9
192/10 193/14
210/9
**licenses [1]** 72/19
**LICHTMAN [172]** 3/7
33/5 33/9 33/10
33/13 33/19 34/4
34/11 34/14 34/19
35/5 35/7 35/13
35/15 36/10 38/10
39/23 41/5 44/8
45/4 46/17 47/16
49/5 49/15 50/20
50/25 53/13 54/1
55/4 58/11 58/21
60/18 63/24 65/2
66/10 67/5 69/12
70/22 72/10 74/17
74/23 75/5 78/1
79/6 79/24 81/11
83/5 83/22 84/19
85/11 86/4 88/16
91/19 92/11 92/23
94/24 95/21 96/3
96/8 96/25 97/9
98/11 98/16 98/19
99/3 101/15 101/23
103/23 105/20

106/2 106/14 107/5
107/15 108/4
109/17 109/21
112/8 112/15
113/11 114/7
116/15 118/2 118/9
120/18 124/14
124/20 127/14
128/9 129/4 129/16
130/21 131/6 132/2
132/14 134/1
134/11 136/2 138/6
138/11 139/3
139/12 140/14
140/24 142/3
142/15 143/6
147/13 148/19
150/6 151/6 152/8
153/22 154/8
156/12 163/9
164/19 167/9
167/12 169/5
169/22 170/2
171/14 173/10
173/21 175/17
175/25 177/3
177/10 179/10
181/14 182/12
183/17 183/21
184/17 184/18
185/12 185/22
186/17 187/10
188/6 189/3 190/18
193/24 196/9
196/19 197/16
198/4 198/11
198/18 201/8
201/15 201/20
202/15 202/21
203/9 203/19 205/8
206/4 206/15 207/2
207/9 208/12
208/23 209/2 209/8
210/20 211/14

213/15 213/16
214/6
**Lichtman's [10]**
45/22 46/1 46/3
46/8 63/19 88/11
124/8 162/14 180/1
180/12
**lie [1]** 168/19
**LIFA [4]** 87/10
175/7 175/7 200/10
**light [2]** 74/15
190/2
**like [61]** 12/19
14/12 18/14 21/16
25/2 25/5 33/4
34/14 36/16 42/2
48/8 50/25 52/1
57/4 58/24 61/5
61/9 62/14 66/10
66/16 67/24 68/9
68/15 69/10 70/17
81/9 84/5 84/13
85/4 87/13 101/5
102/2 102/6 104/15
117/22 129/21
135/20 145/7
147/13 156/16
158/24 161/25
165/22 180/23
181/1 186/1 191/4
191/9 191/24
194/24 196/5
196/23 196/24
197/23 199/6
199/11 200/16
205/8 210/23
211/24 212/23
**likelihood [1]**
94/11
**likely [8]** 62/17
78/2 94/25 96/11
136/12 148/15
211/2 211/11

**limit [1]** 192/15
**limitations [1]**
215/13
**limited [5]** 11/6
95/3 100/23 105/1
105/3
**limits [1]** 100/7
**Lincoln [1]** 190/8
**Linda [2]** 114/14
115/15
**line [16]** 30/19
108/6 108/6 109/6
109/6 109/8 155/6
165/11 171/14
171/15 171/17
172/9 174/3 174/19
174/21 205/2
**lines [5]** 107/20
108/5 108/10 172/2
201/1
**Linguistic [1]**
61/23
**link [3]** 146/16
165/17 165/18
**Lisa [11]** 88/10
139/6 154/5 157/6
159/25 171/13
173/22 174/15
181/19 182/8
194/11
**list [19]** 30/2
87/19 91/24 109/15
125/12 132/21
133/12 145/4 145/9
145/15 145/16
145/20 146/3
152/21 153/22
178/21 189/18
203/22 213/3
**listed [3]** 69/18
119/18 179/3
**listened [7]** 92/20

145/22 148/6
170/13 192/17
**listening [1]**
193/8
**literature [7]**
57/22 58/25 59/6
59/7 59/12 84/3
93/8
**litigation [1]**
55/21
**little [38]** 26/13
28/7 38/11 44/13
46/12 50/22 53/22
54/18 57/16 57/18
66/8 75/4 77/7
83/19 88/14 89/24
92/8 101/25 105/17
108/7 108/8 108/12
108/20 110/25
112/8 112/12
112/13 123/1
138/15 149/7
149/14 153/11
154/5 173/22
178/20 202/15
206/1 208/4
**Littlefield [1]**
44/1
**live [6]** 8/5 73/12
149/22 159/8
159/13 200/16
**lived [2]** 191/16
200/22
**lives [4]** 17/24
73/19 115/13
199/13
**Living [1]** 42/7
**Liz [1]** 4/4
**load [2]** 138/9
141/23
**load-up [1]** 141/23
**loads [1]** 79/3
**local [33]** 11/5

14/1 17/17 18/9
20/3 20/8 20/21
21/6 21/8 21/10
21/13 21/19 21/22
24/3 25/17 25/24
28/2 28/13 28/25
30/17 67/1 67/13
69/22 97/1 135/5
141/10 141/17
160/19 193/12
193/15
**localities [1]**
25/5
**locality [1]** 22/4
**locally [1]** 11/1
**located [5]** 9/14
30/25 31/8 31/12
31/13
**locusts [1]** 160/11
**logical [1]** 78/7
**LONDONO [16]** 3/5
5/19 6/1 6/4 6/10
6/14 6/19 16/8
18/23 26/6 26/11
29/12 29/21 32/9
32/16 32/23
**long [12]** 7/3 9/11
12/13 24/13 39/11
80/20 80/24 134/4
166/11 176/14
176/21 184/1
**long-term [2]**
39/11 80/24
**longer [2]** 15/8
161/22
**look [62]** 12/18
14/12 18/14 49/19
49/24 51/9 51/15
51/17 51/18 51/21
53/23 54/2 63/15
69/11 79/1 81/8
81/16 86/4 88/10
90/17 96/24 106/7

**look... [40]**
107/22 107/22
109/2 109/21 110/6
111/6 114/21 130/8
131/24 140/15
141/20 150/8 152/6
153/11 158/24
163/10 166/9 167/9
168/7 174/12
188/12 188/18
189/3 190/15 194/3
194/5 194/10
194/20 195/3
196/10 202/20
203/8 203/25
205/13 206/1
206/12 207/7
207/18 209/20
211/1
**looked [16]**  42/23
49/17 49/24 51/10
56/22 66/23 68/1
69/21 85/13 111/24
147/17 201/23
204/7 204/8 205/20
206/25
**looking [30]**  8/14
24/19 55/17 55/18
67/6 67/7 67/9
69/12 69/25 71/1
81/10 89/2 89/2
97/9 106/10 113/7
113/9 116/11
120/22 129/2 130/2
140/17 150/9
160/22 169/12
179/14 180/4
196/20 203/19
211/6
**looks [9]**  38/1
67/22 67/24 68/15
70/17 81/9 97/17

**loopholes [1]**  44/3
**Los [3]**  43/13
162/1 162/2
**losing [2]**  94/12
200/19
**loss [1]**  130/2
**lot [24]**  18/12
18/12 29/7 29/8
32/2 39/4 43/20
47/11 49/21 51/1
52/13 61/8 66/3
81/19 87/24 110/5
127/18 127/23
137/11 137/12
141/24 143/23
179/1 211/19
**lots [8]**  31/17
57/3 84/22 86/7
99/13 104/13
196/24 204/1
**loudly [2]**  170/5
170/25
**love [1]**  141/23
**loving [1]**  172/4
**low [8]**  8/2 8/10
8/20 10/8 99/19
117/11 159/7
192/15
**low-income [1]**
99/19
**low-wage [4]**  8/2
8/10 8/20 159/7
**lower [7]**  99/21
106/25 159/9 206/5
206/9 206/20 207/6
**loyal [1]**  171/21
**lunch [5]**  101/4
101/5 101/7 101/8
101/13
**lurid [1]**  160/12
**Lyman [1]**  184/17

**Ma'am [1]**  70/9
**machine [1]**  215/8
**made [16]**  23/24
34/5 36/1 40/4
50/10 51/21 67/1
83/23 120/8 121/7
148/11 184/3
185/13 189/8
197/15 197/18
**mail [2]**  15/11
15/16
**mails [1]**  163/2
**main [5]**  11/25
25/12 39/1 51/20
123/2
**mainstream [1]**
158/23
**maintained [1]**
48/1
**major [8]**  38/16
39/19 63/4 74/13
122/25 155/3
186/11 191/13
**majority [14]**
67/25 68/2 73/4
84/17 90/19 93/2
111/9 111/17 115/6
115/25 116/6 117/3
192/3 208/9
**make [40]**  9/2 10/5
11/6 14/1 20/20
20/24 22/6 25/21
53/11 74/2 74/8
84/20 108/10
113/23 122/2
122/13 137/18
153/13 154/9
155/21 168/21
169/1 169/8 170/6
172/24 176/19
179/25 181/7
182/12 183/17

**M**

**make... [10]**
187/18 190/24
201/21 202/2 202/5
202/6 202/7 205/9
205/12 210/14
**maker [1]**   90/24
**makers [11]**   51/22
66/20 87/6 113/24
113/25 114/2
120/21 135/17
135/18 145/1 198/6
**makes [11]**   13/4
54/16 73/3 74/11
84/22 90/8 94/7
108/12 148/10
166/12 194/17
**making [6]**   9/8
22/7 36/7 45/25
160/16 178/15
**male [1]**   208/9
**males [1]**   94/8
**mall [1]**   192/11
**man [2]**   46/9 185/3
**manage [1]**   7/18
**Management [3]**
194/21 194/23
195/2
**managing [1]**   7/16
**mandate [9]**   12/14
13/2 13/3 24/14
24/20 24/23 141/8
141/8 141/17
**mandated [3]**   65/14
186/8 211/12
**mandates [4]**   12/11
13/6 24/12 139/15
**mandating [1]**
65/11
**manifest [1]**   85/12
**manifestation [1]**
85/15
**manifestations [1]**

**manifests [2]**   92/5
94/20
**manned [1]**   95/9
**Manny [1]**   27/3
**many [26]**   9/22
19/8 20/5 20/6
23/25 24/9 26/21
31/1 31/1 39/17
46/22 47/8 50/15
52/3 52/3 57/10
65/5 76/25 88/4
94/8 108/18 114/17
155/24 161/9 170/4
192/11
**March [3]**   7/4
181/14 215/17
**margin [1]**   105/25
**margins [1]**   86/10
**Maricopa [2]**   58/8
103/5
**marijuana [1]**
66/17
**marine [1]**   121/17
**marks [1]**   62/10
**married [1]**   105/11
**Maryland [1]**   135/6
**mass [1]**   191/22
**matches [1]**   123/21
**material [2]**
117/10 131/12
**mathematical [1]**
42/1
**matter [11]**   39/15
52/22 54/14 56/16
80/22 80/24 136/1
143/13 147/7
157/25 211/6
**matters [7]**   33/25
35/2 37/9 37/20
46/25 51/11 63/6
**mattresses [1]**
160/21
**maximum [3]**   125/8

**may [48]**   9/22 16/9
29/18 30/19 30/19
32/6 33/23 38/7
46/4 54/9 54/9
60/2 60/4 61/10
64/6 67/17 70/2
70/11 72/6 82/10
83/4 85/6 95/25
96/1 99/6 99/9
113/19 113/21
117/18 132/9
134/25 138/24
140/4 140/5 144/11
146/19 146/20
151/4 155/19
157/16 163/4 167/3
181/10 182/7 183/7
183/23 204/23
209/2
**May of [1]**   64/6
**maybe [14]**   10/1
10/1 37/6 48/8
54/18 88/14 101/16
113/11 135/12
137/10 163/5
172/22 188/23
191/12
**Mayor [2]**   39/11
39/12
**me [46]**   6/9 7/20
7/23 11/7 29/16
33/10 39/5 40/15
43/6 49/9 54/16
67/23 69/17 70/8
77/7 79/11 88/8
89/23 89/24 96/3
97/11 113/23
121/21 122/10
123/9 123/15
124/17 127/5
129/25 131/14
147/17 155/21
156/16 163/22

**M**

**me... [12]** 165/23
166/7 167/22
172/24 184/11
191/12 200/15
202/23 212/20
212/22 213/3
213/21

**mean [31]** 18/8
18/10 30/11 40/3
55/23 57/20 59/5
59/12 64/2 68/7
72/13 80/17 83/25
88/2 90/7 93/20
94/24 96/6 96/10
116/15 123/24
129/21 130/5
130/18 158/7
161/12 162/4
190/15 196/12
198/4 203/25

**mean that [1]** 96/6

**meaningful [1]**
207/17

**means [3]** 8/1
54/12 57/23

**meant [2]** 17/12
128/19

**measure [2]** 57/20
58/12

**measured [1]**
100/14

**measures [10]**
57/19 57/22 58/23
59/18 60/25 61/5
61/9 92/19 102/1
102/2

**meat [1]** 64/22

**mechanism [1]**
148/2

**mechanisms [2]**
102/6 211/12

**med [1]** 38/17

**media [3]** 117/14
158/23 164/11

**Medicaid [10]**
98/25 99/12 99/14
99/17 99/18 99/24
100/2 100/9 100/11
100/19

**medical [9]** 73/6
98/7 98/10 98/20
98/22 99/1 99/18
100/4 177/13

**meet [9]** 8/22 8/23
9/4 9/18 11/17
26/17 73/20 142/20
142/22

**meeting [7]** 143/25
144/3 144/14
144/14 153/2
167/21 181/4

**meetings [5]** 11/14
18/3 19/4 27/16
27/16

**Mellon [1]** 117/18

**melting [1]** 119/15

**member [6]** 9/5
39/3 94/5 121/2
174/2 174/22

**member-based [1]**
9/5

**members [73]** 7/5
7/9 7/10 7/24 8/1
8/4 8/7 8/25 9/2
9/7 9/9 9/16 9/25
10/15 10/23 11/11
11/15 11/17 12/9
12/18 12/19 13/12
13/21 14/11 14/12
17/13 17/14 17/14
17/19 17/20 18/1
18/17 18/25 19/3
19/18 19/20 20/6
20/13 20/15 20/20
21/2 21/11 21/13
21/14 21/18 22/12

22/13 22/20 22/25
23/3 23/12 23/17
25/23 27/1 27/15
27/18 28/1 28/5
28/7 28/8 28/23
29/7 29/22 30/1
30/21 40/7 47/24
87/6 104/3 124/23
174/9 176/11 194/8

**members' [1]** 19/15

**membership [4]**
7/14 7/21 7/25 8/1

**membership-based
[2]** 7/21 7/25

**Memo [1]** 115/2

**men [1]** 208/10

**mental [2]** 94/20
103/20

**mentioned [27]**
12/23 14/5 21/13
22/14 22/19 24/13
27/17 28/24 31/11
40/12 40/16 46/20
62/23 66/9 77/8
77/10 91/20 93/9
114/12 115/15
128/5 143/22
184/20 185/25
198/11 198/23
215/9

**mentioning [1]**
38/25

**mentions [2]** 91/1
129/25

**merely [2]** 126/6
150/17

**MESA [2]** 1/15 4/17

**MESA-ESTRADA [2]**
1/15 4/17

**message [2]** 15/11
15/16

**met [5]** 26/18
26/20 26/21 26/23
144/13

# M

**methodological [2]**
40/22 52/12

**methodologies [1]**
52/7

**methodology [10]**
40/15 40/23 41/18
41/24 42/5 42/13
44/23 45/23 49/12
49/20

**methods [7]** 35/22
40/13 40/13 40/20
41/2 42/1 42/22

**metrics [1]** 108/8

**Mexican [3]** 61/20
62/6 62/8

**Mexicans [2]** 61/19
120/8

**Mexico [4]** 8/5
159/20 159/21
159/22

**Mexico's [1]**
159/19

**MIAMI [44]** 1/2 1/4
1/17 1/20 2/6 2/6
4/8 8/12 11/6
13/15 14/6 17/17
23/2 25/6 27/3
27/4 31/3 31/6
69/19 77/3 77/5
77/21 78/1 78/8
78/10 78/13 79/4
79/10 79/15 79/19
81/8 81/19 82/23
121/11 121/16
121/19 121/21
202/24 203/1 203/6
203/6 215/17
215/20 215/20

**Miami-Dade [30]**
8/12 11/6 13/15
14/6 23/2 25/6
27/3 31/3 31/6

69/19 77/3 77/5
77/21 78/1 78/8
78/10 78/13 79/4
79/10 79/15 79/19
81/8 81/19 82/23
121/16 121/19
202/24 203/1 203/6
203/6

**MICH [2]** 1/16 4/24

**microphone [3]**
33/14 70/3 70/5

**mid [1]** 115/1

**mid-1980s [1]**
115/1

**middle [6]** 60/8
158/12 163/18
163/24 174/16
176/11

**midst [4]** 87/19
133/4 172/20 200/9

**might [15]** 68/21
73/11 83/12 83/13
88/8 89/15 106/1
109/1 140/11 156/5
158/9 177/5 187/21
200/18 212/20

**migrant [1]** 10/9

**million [15]** 76/14
76/18 76/19 120/10
120/11 158/15
158/20 159/5 159/7
161/1 161/2 161/2
161/9 161/9 207/15

**millions [1]** 76/25

**mind [1]** 57/11

**mindset [1]** 136/14

**mingled [2]** 93/13
93/13

**minimal [1]** 82/16

**minimize [2]** 156/5
156/25

**minimum [1]** 23/5

**minor [31]** 66/16
66/17 68/4 71/4

74/9 74/12 75/8
75/10 75/12 90/19
104/9 155/3 187/22
191/4 191/9 191/11
192/3 192/5 192/21
192/25 193/5 197/6
201/3 201/5 210/11
210/21 211/8
211/11

**minorities [15]**
35/24 53/19 56/20
69/20 72/21 73/4
81/5 81/19 81/24
85/8 99/21 102/3
102/6 102/8 102/11

**minority [1]** 47/23

**minute [4]** 68/24
101/4 148/25
177/16

**minutes [5]** 68/25
135/9 149/4 177/13
181/22

**MIRIAM [2]** 1/19
4/21

**Misconduct [1]**
44/4

**misdemeanor [1]**
74/12

**missed [1]** 152/15

**missing [1]** 172/12

**mission [6]** 8/18
8/19 8/22 8/23 9/4
9/19

**mistaken [1]**
128/23

**misunderstanding
[1]** 166/4

**misunderstood [1]**
165/6

**mitigate [2]** 20/22
21/9

**mixed [4]** 8/6
93/19 93/25 105/13

**mixed-status [2]**
93/19 93/25
**mobilize [3]** 12/24
28/3 28/5
**mobilized [3]**
17/14 17/17 27/18
**mobilizing [2]**
11/17 17/12
**model [5]** 42/20
140/6 140/24 141/4
148/2
**models [1]** 41/3
**modern [3]** 38/20
52/1 59/22
**modifications [1]**
134/16
**modified [1]** 42/25
**moment [3]** 32/6
118/25 213/21
**momentum [1]** 60/14
**Monday [1]** 174/21
**Monica [2]** 47/25
48/3
**Monroe [1]** 78/14
**month [1]** 208/16
**months [1]** 158/22
**Morales [1]** 80/8
**more [54]** 9/9 11/7
14/5 19/11 22/7
24/20 25/21 25/25
26/2 29/3 31/5
40/7 41/18 44/13
52/20 59/11 64/16
75/11 76/6 76/20
87/17 90/11 90/25
94/14 96/21 99/22
108/17 108/18
110/25 111/11
111/12 111/13
111/20 111/23
115/7 117/23 141/3
146/12 149/1

159/15 159/16
159/20 159/23
168/6 171/11
178/20 187/18
191/23 194/3 206/3
208/12 208/25
211/2 211/11
**moreover [5]** 58/17
62/7 110/19 111/16
192/7
**morning [26]** 4/2
4/3 4/11 4/14 4/16
4/19 4/21 4/24 5/2
5/4 5/6 5/12 5/25
6/6 6/7 6/19 26/11
26/12 55/14 152/24
174/7 174/8 174/23
183/10 213/17
214/3
**Morrow [8]** 141/21
142/4 153/3 154/4
155/6 166/22
167/10 167/18
**mosaic [1]** 196/24
**most [22]** 8/6 8/11
28/19 38/23 39/19
46/24 51/7 54/21
59/18 68/10 71/9
72/10 81/4 86/22
89/2 89/9 94/8
99/18 108/21 112/4
114/17 131/14
**mostly [1]** 19/19
**motion [10]** 34/4
34/5 34/10 34/10
34/19 37/4 38/2
44/12 45/18 45/20
**motions [2]** 49/9
49/10
**move [32]** 30/7
43/4 46/7 46/18
67/5 69/11 83/19
101/25 118/3
120/17 128/8 130/9

143/2 150/7 152/6
153/11 162/16
162/19 164/20
172/23 175/23
177/4 178/10
187/11 187/23
187/24 197/14
209/8 212/23
**moved [1]** 192/24
**movement [5]** 16/2
43/6 51/4 117/3
117/6
**mover [6]** 114/13
114/20 114/20
127/24 143/20
152/18
**moving [9]** 8/14
42/8 42/12 107/20
118/2 178/8 178/8
178/22 182/21
**Mowry [3]** 21/17
31/15 31/22
**MR [2]** 3/8 181/21
**Mr. [66]** 5/19 6/1
6/4 6/19 16/8
18/23 26/6 26/11
27/7 29/12 29/21
32/9 32/16 32/23
34/18 35/10 37/22
45/3 46/2 68/20
75/1 99/5 109/24
118/13 122/18
123/7 123/9 123/10
124/1 124/19
124/23 125/22
126/7 126/16
126/19 127/2
127/19 127/23
128/21 129/12
131/8 131/20 132/9
137/16 143/4
143/10 148/23
150/15 155/9

**M**

**Mr.... [17]** 162/13
163/4 169/8 169/23
172/23 177/9
177/20 178/14
178/15 180/1
180/23 182/2
182/24 188/4
208/22 213/13
213/20
**Mr. Barnhill [1]**
169/23
**Mr. Caulkett [13]**
123/7 123/10 124/1
124/19 124/23
126/7 126/19 127/2
127/23 129/12
131/8 132/9 143/4
**Mr. Caulkett's [4]**
125/22 126/16
127/19 128/21
**Mr. Chavez [33]**
34/18 35/10 37/22
45/3 46/2 68/20
75/1 99/5 109/24
118/13 122/18
123/9 131/20
137/16 143/10
148/23 150/15
155/9 162/13 163/4
172/23 177/9
177/20 178/14
178/15 180/1
180/23 182/2
182/24 188/4
208/22 213/13
213/20
**Mr. Diaz [1]** 27/7
**Mr. Josh [1]** 169/8
**Mr. Londono [13]**
5/19 6/1 6/4 6/19
16/8 18/23 26/6
26/11 29/12 29/21

**Mrs. [1]** 173/1
**Mrs. Hernandez [1]**
173/1
**MS [5]** 3/5 3/6 3/6
123/19 130/6
**Ms. [15]** 29/19
35/1 45/2 45/21
69/2 80/8 95/9
101/19 126/13
166/18 169/17
177/10 208/22
213/17 213/25
**Ms. Brodeen [10]**
35/1 45/2 45/21
69/2 101/19 166/18
169/17 177/10
208/22 213/25
**Ms. Brodeen's [2]**
126/13 213/17
**Ms. Morales [1]**
80/8
**Ms. Munoz [1]** 95/9
**Ms. Patel [1]**
29/19
**much [29]** 28/16
39/20 52/20 64/15
66/7 75/20 81/22
90/5 90/11 91/23
93/16 94/5 96/15
99/21 99/22 101/2
106/17 117/22
119/4 120/25 136/3
141/3 151/8 158/10
164/17 185/20
194/4 202/8 206/17
**multiple [6]** 76/4
94/19 176/16 199/3
201/23 201/23
**mundane [1]** 56/8
**municipal [2]** 47/4
47/4
**Munoz [1]** 95/9
**murder [7]** 74/17

191/22 206/20
206/25
**murderers [7]**
15/18 88/2 92/2
133/3 145/14
171/22 200/8
**music [1]** 10/8
**must [3]** 114/24
153/3 200/2
**mute [1]** 70/5
**muted [1]** 70/18
**my [130]** 7/8 16/10
22/24 28/23 29/21
34/9 35/20 36/1
36/4 38/14 38/15
38/16 38/17 38/19
38/21 39/1 40/18
41/17 41/18 41/20
42/6 42/12 42/13
42/20 43/10 49/2
49/8 49/19 49/21
49/22 49/25 50/4
50/17 51/3 52/16
52/19 52/24 55/16
55/25 56/5 57/11
57/11 60/2 64/6
65/18 68/16 72/24
77/4 81/12 84/19
86/1 86/17 92/22
94/4 96/7 96/16
99/12 99/20 101/17
102/9 102/12 103/6
103/17 104/6
105/14 109/8 114/6
114/25 116/21
117/5 117/19 119/4
121/15 124/18
128/12 129/23
132/20 133/7
135/19 135/19
135/25 136/3 141/2
145/13 146/10
147/15 148/14

## M

**my... [43]** 167/23
169/12 170/18
172/6 175/22 176/5
176/5 176/22
177/22 178/13
183/4 184/1 184/4
184/10 184/11
185/19 186/3
186/21 189/5
189/11 189/15
190/5 190/11
190/20 192/18
192/19 193/18
196/5 196/22 197/3
197/8 197/18 199/1
199/22 200/16
201/25 204/5 206/7
208/15 209/23
212/5 215/11
215/16
**myself [2]** 75/20
78/13

## N

**name [11]** 4/9 6/12
35/5 35/6 70/7
72/14 80/10 125/14
152/19 174/2 190/8
**named [2]** 119/13
185/3
**namely [1]** 119/9
**narrative [42]**
14/24 16/2 60/19
83/21 83/23 84/1
84/2 84/7 84/10
84/14 84/20 85/2
85/11 85/16 85/18
85/22 86/6 86/11
88/7 88/17 88/20
89/10 89/11 90/22
91/4 91/5 91/8
91/18 91/19 92/4
105/25 109/1

109/10 126/24
126/25 133/10
133/12 133/17
160/13 175/6
201/12 208/7
**narratives [6]**
15/22 16/1 16/20
23/24 84/11 84/13
**narrow [1]** 118/8
**narrowly [1]** 37/7
**nation [7]** 43/5
75/19 107/3 128/6
156/2 160/10 184/9
**nation's [1]** 42/16
**national [16]**
12/17 22/2 24/21
25/24 29/2 41/12
42/18 43/7 43/11
43/19 46/8 63/12
65/1 77/18 119/10
208/18
**nationalism [1]**
15/25
**nationalist [3]**
12/6 26/1 119/10
**nationality [4]**
35/24 51/6 53/20
64/3
**nationwide [4]**
77/17 102/5 102/9
103/6
**native [7]** 62/18
84/17 202/9 206/6
206/9 206/20
208/14
**native-born [6]**
84/17 202/9 206/6
206/9 206/20
208/14
**nativist [3]** 113/5
135/21 136/23
**naturalized [1]**
76/11
**nature [2]** 138/1

**Nazis [1]** 120/5
**near [1]** 27/25
**nearly [2]** 65/24
98/1
**nebulous [2]** 52/19
94/18
**necessarily [5]**
59/13 64/2 80/3
80/4 82/8
**necessary [1]**
196/1
**need [25]** 5/13
29/17 33/13 44/13
45/19 61/8 81/14
91/16 111/6 116/21
117/24 130/8
138/15 148/22
158/2 163/9 177/7
177/9 178/20 182/1
182/4 182/6 187/24
208/8 213/20
**needed [2]** 24/5
44/19
**needing [2]** 10/12
10/13
**needs [3]** 26/3
73/20 148/24
**nefariousness [1]**
151/22
**negative [16]**
81/23 100/22 102/3
102/5 103/1 103/9
103/24 104/20
162/4 171/10
171/23 202/10
204/12 204/13
204/13 209/25
**negatively [1]**
104/3
**negotiate [1]** 23/9
**neighborhoods [2]**
13/23 21/15
**Neither [1]** 193/2

**neo [1]**   120/5

**neo-Nazis [1]**
120/5

**network [1]**   10/14

**neutral [1]**   59/19

**never [9]**   68/3
72/6 82/3 90/23
128/16 135/19
148/11 148/11
195/15

**new [7]**   39/9 43/15
58/5 64/10 67/24
73/21 120/1

**news [3]**   171/25
172/4 176/13

**newspaper [1]**
37/25

**next [44]**   5/18
21/17 31/14 33/2
62/13 86/25 108/15
109/2 145/4 145/19
145/19 148/21
150/8 155/5 156/3
157/18 158/4 158/6
158/7 158/22 159/4
159/5 159/16
159/23 159/24
160/18 161/1 161/1
161/22 162/7
162/17 164/20
168/7 168/8 168/25
169/6 172/9 172/23
174/4 181/1 187/11
194/5 199/11
210/14

**nexus [3]**   162/19
163/6 163/11

**Nicaragua [2]**
87/14 200/11

**nice [2]**   214/2
214/7

**nick [2]**   81/15

**night [1]**   115/14

**nine [2]**   53/9
76/18

**Nineteen [1]**   165/7

**nitpicking [1]**
81/15

**no [101]**   1/2 3/10
3/18 15/8 21/25
24/18 26/7 28/13
28/18 29/2 29/17
31/18 32/10 32/22
33/12 35/3 36/2
36/19 48/18 49/8
52/24 56/18 56/22
57/11 59/6 59/21
65/10 66/15 71/6
71/7 71/20 74/11
75/10 80/18 82/2
82/16 83/3 90/8
90/9 90/19 100/4
104/19 105/3
107/17 111/14
112/3 113/14 118/6
123/18 124/7
125/14 132/17
137/5 137/7 138/21
139/22 141/14
143/12 144/25
146/5 146/15
146/25 148/10
149/16 149/16
150/21 151/22
160/22 161/22
163/1 165/19 166/6
171/6 171/6 171/6
177/9 177/14
177/14 177/14
177/14 181/5 182/4
183/1 186/23
186/24 186/25
187/4 189/17
189/24 191/22
192/5 195/9 196/11

205/12 209/24
211/6 211/7 212/24
213/23

**non [69]**   7/7 7/15
7/21 12/23 15/2
23/1 25/20 29/11
30/8 39/15 43/8
43/9 50/1 50/2
55/24 56/8 59/10
61/4 65/3 68/9
71/18 72/1 85/8
85/19 88/24 88/25
96/21 100/20
104/25 105/11
105/12 111/25
113/2 114/22
117/10 117/23
119/5 119/11 120/3
121/3 133/13
136/24 161/24
169/2 176/24 177/1
187/2 191/2 193/20
203/2 204/1 204/25
205/1 205/3 206/13
207/6 207/11
207/12 207/14
207/16 207/20
207/21 207/22
207/24 208/4 208/5
209/25 210/5
211/11

**non-citizens [12]**
100/20 206/13
207/6 207/11
207/12 207/14
207/16 207/20
207/21 207/22
207/24 208/4

**non-citizenship [1]**
208/5

**non-controversial
[1]**   39/15

**non-cooperation [1]**
203/2

## N

**non-dangerous [1]** 210/5

**non-discretionary [1]** 56/8

**non-documented [1]** 193/20

**non-enforcement [1]** 169/2

**non-fiction [2]** 43/8 43/9

**non-governmental [3]** 50/1 50/2 96/21

**non-Hispanic [1]** 88/25

**non-immigrants [3]** 104/25 105/11 105/12

**non-offenders [1]** 211/11

**non-profit [6]** 7/7 7/15 7/21 12/23 23/1 25/20

**non-responsive [2]** 29/11 30/8

**non-sanctuary [4]** 111/25 204/1 205/1 205/3

**non-statistically [1]** 209/25

**non-US [1]** 187/2

**non-violent [4]** 68/9 71/18 72/1 191/2

**non-white [17]** 15/2 59/10 65/3 85/19 88/24 113/2 114/22 117/10 117/23 119/5 121/3 133/13 136/24 161/24 176/24 177/1 204/25

**non-whites [5]** 55/24 61/4 85/8 119/11 120/3

**none [8]** 5/15 5/17 90/20 191/20 191/20 196/13 211/9 211/17

**normal [1]** 134/20

**normally [3]** 50/4 58/16 80/21

**Norse [1]** 115/3

**North [5]** 2/6 102/13 102/23 121/20 215/20

**not [306]**

**notation [1]** 80/18

**note [9]** 72/3 100/17 121/8 127/5 141/2 164/4 181/14 184/3 215/11

**noted [8]** 124/9 128/1 146/18 154/11 160/2 178/1 180/17 182/13

**notes [3]** 159/18 169/13 215/11

**noteworthy [1]** 151/10

**nothing [8]** 55/15 146/25 148/13 184/8 191/15 199/14 200/21 214/1

**notice [2]** 175/4 175/4

**notion [1]** 170/23

**now [39]** 5/23 11/23 22/16 24/20 39/2 43/1 44/1 59/5 63/22 65/11 65/14 68/22 68/23 73/12 89/7 92/21 93/3 108/2 109/8 129/15 130/23

152/11 153/17 155/20 158/2 160/5 161/13 168/7 171/16 177/24 182/7 186/15 187/19 194/6 194/20 203/11 207/22

**nowhere [1]** 51/13

**number [21]** 4/7 47/5 63/20 63/25 71/16 77/4 80/1 81/17 81/22 89/24 100/14 108/17 127/8 128/23 128/25 129/2 142/8 151/11 159/2 160/8 161/3

**numbers [5]** 75/22 81/13 95/4 158/25 211/5

**numerous [5]** 39/6 170/5 170/25 198/5 201/25

**nursery [1]** 8/3

## O

**oath [3]** 33/11 80/14 80/16

**Obama [1]** 44/4

**obeying [1]** 59/24

**object [13]** 29/10 34/17 45/8 95/16 113/13 131/17 143/7 151/21 156/6 178/2 182/18 182/19 208/19

**objected [1]** 179/20

**objecting [4]** 122/14 129/15 130/7 166/18

**objection [108]**

objection... **[108]**
13/17 15/14 16/7
16/13 16/25 18/5
18/22 19/21 21/20
31/9 31/20 36/18
36/19 37/11 37/14
55/6 62/24 63/1
66/25 74/5 74/20
74/25 77/12 77/12
78/4 83/7 85/24
93/22 94/2 95/24
98/23 99/5 99/7
106/11 107/8
107/10 107/11
109/18 109/23
114/6 114/8 114/8
115/17 118/5
118/20 122/9 122/9
122/16 124/4 124/9
126/2 126/14
127/10 129/23
130/11 130/15
131/1 134/22
134/25 136/13
137/4 137/15
138/16 138/24
139/22 139/25
140/3 143/9 143/17
144/10 146/15
146/18 150/14
150/21 151/2
151/23 154/10
154/11 155/7
157/14 162/9
162/18 166/15
169/10 176/3
178/13 179/22
179/22 179/23
181/3 181/6 181/8
182/25 183/1
183/19 185/1
186/15 196/14

196/16 198/14
199/8 201/17 212/2
212/7 212/17
212/18 213/2
213/10
**objections [8]**
126/3 126/5 150/12
173/4 177/25 178/3
180/17 213/6
**objective [1]**
187/16
**objectives [1]**
196/8
**obtained [1]** 69/18
**obvious [2]** 89/9
135/21
**obviously [16]**
11/20 36/3 47/11
50/14 51/8 51/10
51/15 51/19 56/10
63/6 73/5 88/21
94/5 154/21 168/15
207/12
**occur [1]** 163/23
**occurred [4]** 27/21
108/22 193/3
215/12
**occurrence [1]**
105/11
**occurs [1]** 59/17
**Oceania [4]** 64/9
64/9 64/13 64/18
**odd [3]** 49/8 50/5
89/16
**off [11]** 71/4 72/7
74/16 85/1 92/25
101/23 105/5
108/18 128/18
131/1 137/18
**offender [1]** 71/4
**offenders [2]**
211/11 211/11
**offense [9]** 66/16
66/16 192/16

192/24 193/23
195/8 195/10
**offenses [3]** 57/5
66/18 211/9
**offer [3]** 9/21
34/11 34/15
**offered [7]** 3/10
3/18 44/15 45/16
49/6 134/24 139/24
**offering [4]** 34/22
34/24 36/2 53/2
**offers [1]** 9/20
**office [24]** 1/21
2/2 9/14 15/10
18/2 20/11 21/17
27/3 27/5 31/15
33/25 89/17 143/15
151/1 152/19
154/13 154/18
154/18 154/22
155/8 168/6 168/12
172/20 173/11
**officer [1]** 25/17
**officers [7]** 13/16
13/22 19/10 24/12
24/20 85/7 193/15
**offices [3]** 135/17
146/13 167/21
**official [4]** 17/18
80/15 80/20 151/11
**official's [1]**
155/12
**officials [16]**
12/5 16/18 17/16
26/20 26/21 26/23
57/2 66/4 80/14
82/24 92/14 92/16
139/15 141/10
141/18 191/3
**offs [1]** 115/21
**offshoot [2]**
116/23 117/16
**offshoots [1]**

**Q**

**offshoots... [1]**
114/17
**Oh [15]**   46/12 65/5
89/18 91/22 105/3
107/13 128/12
130/5 133/11 139/8
149/19 152/13
164/23 165/23
194/11
**okay [66]**   5/23
8/17 10/16 14/16
15/21 17/3 17/6
27/13 29/5 29/21
29/24 30/21 32/21
34/3 46/15 66/8
68/24 70/15 70/19
72/9 75/15 96/9
105/17 106/11
107/12 109/13
112/8 116/17
120/16 122/12
122/13 129/15
129/23 130/23
135/25 137/2 137/9
138/3 140/18
141/20 142/2 155/5
155/18 160/1 163/7
177/18 179/12
185/22 194/20
195/3 195/19 196/9
199/10 202/15
203/16 206/3
206/22 207/7
208/12 209/8
210/20 211/14
212/5 212/14
212/19 214/2
**old [6]**   33/21
41/21 68/16 76/22
147/15 147/16
**older [1]**   94/20
**Oliver [1]**   138/8

**once [10]**
26/14 26/16 66/2
102/16 121/15
160/4 178/13
186/23 203/20
**once-great [1]**
160/4
**once-US-held [1]**
121/15
**one [98]**   13/5 20/4
22/24 22/25 30/6
31/2 34/9 36/23
40/19 40/25 43/7
43/12 43/21 47/13
47/25 49/8 54/11
54/12 54/21 55/20
60/2 63/19 68/12
71/7 72/25 73/10
80/1 80/15 80/22
81/8 86/9 86/9
87/21 87/21 89/4
90/25 91/6 95/6
95/8 98/5 110/13
111/8 112/3 113/23
114/16 115/20
116/1 117/15
117/18 120/2
133/19 133/19
135/19 137/6
137/14 138/12
139/20 142/8 144/1
144/14 147/6
147/22 151/11
152/10 152/21
153/23 153/25
154/1 157/7 157/12
159/14 160/22
161/2 161/14 165/7
166/11 173/10
174/4 174/4 177/9
181/25 182/13
184/4 185/16 188/5
190/18 190/19
193/12 194/5 194/6

195/19 197/20
197/20 199/19
211/8 211/8
**one's [2]**   59/21
94/12
**ones [5]**   31/19
120/20 178/9
197/23 199/5
**ongoing [7]**   51/14
54/11 54/23 55/18
56/2 56/11 120/13
**only [54]**   22/25
23/1 31/2 37/11
42/3 42/10 42/20
62/8 64/2 68/4
68/6 71/7 71/8
71/14 71/21 73/4
78/7 79/17 80/5
81/13 82/22 86/7
86/10 89/7 90/4
90/14 90/19 92/5
121/17 126/9
142/10 153/6
160/23 173/14
174/22 182/24
185/8 186/7 190/22
190/24 191/8 192/3
192/5 192/14
192/16 193/13
197/20 200/20
201/2 203/11 210/3
210/17 210/21
211/8
**opening [2]**   55/12
193/9
**openly [4]**   113/5
119/8 156/18
176/18
**operates [1]**
185/23
**operating [1]**
135/21
**operation [3]**

**operation... [3]**
39/11 104/7 191/23
**operations [3]**
20/2 63/9 85/3
**opine [4]** 75/15
83/22 92/11 188/3
**opined [2]** 95/23
112/9
**opinion [30]** 34/11
34/23 34/25 36/2
37/17 37/20 49/13
52/15 53/5 53/17
53/23 65/8 92/15
94/23 106/2 130/18
130/20 136/2 136/3
176/1 176/5 185/12
185/19 196/19
196/21 196/22
197/3 209/3 212/15
212/15
**opinions [11]** 36/3
36/9 36/12 37/19
38/10 45/23 46/5
49/14 52/25 132/6
132/7
**opponents [1]**
199/22
**opportunities [2]**
11/21 48/22
**opportunity [10]**
49/15 50/21 99/7
114/9 124/14
126/17 128/10
129/5 140/2 142/20
**opposed [6]** 15/6
102/8 102/11
104/10 203/12
207/11
**opposes [1]** 112/23
**opposing [1]** 49/2
**opposite [7]** 64/18
79/16 107/17

107/20 109/13
109/17 211/22
**opposition [6]**
28/4 168/25 170/8
170/24 176/15
176/24
**option [1]** 29/4
**options [1]** 30/3
**oral [1]** 45/19
**orange [2]** 108/6
109/8
**orchard [1]** 56/25
**order [9]** 4/1
52/14 59/25 90/14
108/9 189/13
189/24 190/1 190/9
**ordinary [2]**
187/21 199/18
**organization [22]**
7/15 7/20 7/21
7/25 9/5 9/13
12/22 24/4 25/13
77/18 77/18 87/9
87/24 112/23 113/5
113/19 123/12
127/3 147/4 147/4
154/21 155/4
**organizations [16]**
7/8 14/22 15/24
16/6 16/16 16/23
17/4 31/2 50/1
50/2 73/1 96/22
104/14 129/20
145/6 176/14
**organized [2]** 14/1
27/2
**organizer [1]**
22/16
**organizers [1]**
30/14
**organizing [1]**
8/24
**oriented [1]** 52/20
**origin [5]** 12/17

63/8
**original [1]**
148/16
**origins [3]** 65/1
78/25 120/2
**Orlando [1]** 87/16
**OSCAR [3]** 3/5 6/10
6/14
**other [106]** 7/6
8/16 11/18 12/21
13/4 16/22 17/3
17/11 19/15 22/24
24/5 26/19 26/23
26/25 28/17 31/19
35/1 37/19 39/4
39/21 43/20 43/21
46/20 48/16 48/19
48/24 50/12 50/18
52/9 56/14 57/4
58/22 62/8 62/25
69/22 71/18 73/6
73/21 75/13 77/20
78/22 84/23 85/16
87/5 88/3 92/2
92/13 94/11 99/13
100/14 102/3
103/14 103/17
113/4 119/18 124/4
125/12 125/22
127/20 128/19
133/21 138/2
139/15 140/8
144/17 145/5 145/8
145/15 145/15
145/18 146/4
159/14 159/20
161/13 161/25
163/15 166/15
166/21 168/24
171/22 172/5
175/25 176/7 180/2
185/17 185/24
186/1 186/2 186/6

**other... [17]**
186/13 188/8 191/7
192/22 193/2
197/22 201/10
202/3 202/14
202/17 203/7
203/14 204/5 205/5
211/4 211/25 213/6
**others [11]** 62/1
79/15 79/17 79/22
81/23 104/10
104/16 133/3
190/21 196/5 200/8
**otherwise [2]**
92/13 185/9
**our [87]** 7/16 7/18
8/1 8/4 8/6 8/19
8/24 9/2 9/7 9/9
9/14 10/15 10/23
11/11 11/15 11/17
12/9 12/18 12/19
13/21 14/11 14/12
15/7 17/13 17/14
17/14 17/19 18/2
18/3 18/25 19/3
19/3 20/6 20/11
20/18 20/19 20/20
21/2 21/12 21/14
21/17 21/18 22/12
22/16 22/25 23/3
23/12 24/9 25/15
25/20 25/23 28/1
28/3 28/5 29/9
30/1 31/4 33/4
33/6 34/5 37/4
54/3 73/19 74/1
74/16 80/19 80/19
101/7 119/20
120/11 121/11
133/4 137/11 139/3
147/10 147/17
149/7 149/11

155/11 165/23
167/21 175/10
199/12 200/2 200/3
200/8 200/14
**ourselves [4]** 21/4
28/20 73/23 200/13
**out [75]** 8/13 19/8
22/13 22/17 26/25
29/3 31/25 34/21
36/14 36/14 36/19
36/23 37/24 40/7
41/20 43/2 51/13
54/5 58/18 61/3
61/18 66/22 70/7
72/14 75/24 75/25
76/4 77/1 83/14
83/16 87/19 88/1
98/5 98/17 99/17
99/25 111/24 114/2
120/1 122/1 123/4
123/5 123/7 132/21
132/25 133/19
136/6 139/17 141/4
141/10 145/6
147/13 148/4
149/21 154/23
160/22 165/18
167/23 168/19
173/24 186/3
189/15 189/25
190/5 190/20 191/1
192/1 193/11
193/18 194/22
199/6 203/11
208/15 208/16
212/20
**outbreeding [1]**
117/24
**outcomes [2]** 61/6
62/20
**outlets [3]** 39/19
39/19 164/10
**outlined [1]**
116/20

**outlook [1]** 120/13
**outrage [1]** 161/3
**outraged [1]**
115/16
**outreach [1]**
139/19
**outs [3]** 148/6
148/7 193/15
**outside [12]** 86/7
88/15 89/17 101/16
102/4 131/18
134/20 135/7
135/13 144/22
144/25 174/7
**outstrategizing [1]**
121/23
**outweighing [1]**
166/25
**over [46]** 11/1
11/9 14/3 14/21
23/16 39/17 39/19
47/16 61/25 63/20
65/5 65/12 66/1
67/14 67/19 76/13
77/2 90/3 97/24
97/24 108/15 115/6
115/13 116/2
117/10 119/7
119/24 125/12
138/6 145/7 152/20
153/6 158/13
160/16 163/18
163/23 163/25
164/3 172/20
174/23 176/12
186/24 192/8
207/14 208/4 211/6
**overall [6]** 28/19
110/15 110/21
112/6 206/21 208/5
**overruled [51]**
13/19 15/15 16/9
16/14 18/6 19/1
19/22 21/21 30/9

**overruled... [42]**
31/10 31/21 55/8
63/2 67/2 77/14
78/5 83/8 85/25
94/3 95/24 99/7
113/21 115/19
118/22 124/5
124/10 127/11
134/25 138/24
140/3 142/14
142/16 143/10
143/17 144/11
146/18 150/14
151/2 154/11
155/19 157/15
167/2 169/20 173/4
176/4 179/23 185/1
186/20 188/14
199/9 213/10
**overrun [1]** 116/10
**oversee [1]** 7/15
**overt [2]** 119/10
136/3
**overtime [1]** 23/6
**overtly [1]** 117/14
**overtook [1]**
121/11
**overwhelmingly [1]**
88/24
**own [7]** 20/11 29/9
80/19 80/19 121/20
166/2 198/10
**owned [2]** 126/18
129/14
**owning [1]** 122/20

**P**

**p.m [8]** 101/11
149/5 149/5 177/17
177/17 182/10
182/10 214/8
**P1 [12]** 36/17 38/4
38/8 88/10 88/11

107/23 178/22
179/2 179/5 179/6
179/9 180/3
**P10 [3]** 3/14 151/7
180/4
**P11 [3]** 3/15 150/8
180/4
**P12 [3]** 3/15 152/7
180/4
**P13 [4]** 3/16
153/12 165/6 180/5
**P16 [2]** 3/16 180/5
**P19 [13]** 3/11
155/5 165/7 165/11
166/4 166/16
166/18 167/5 167/6
169/13 173/3 173/7
180/5
**P20 [7]** 3/11
167/10 169/13
173/3 173/6 178/5
180/5
**P21 [3]** 3/17
169/13 180/5
**P25 [5]** 3/17 178/6
212/21 213/10
213/12
**P3 [7]** 122/7
122/10 123/10
124/12 180/4
180/14 180/19
**P30 [7]** 3/12
125/24 129/3 130/2
130/24 130/25
180/4
**P32 [6]** 3/13
140/16 140/18
140/19 140/20
180/4
**P39 [2]** 110/8
180/11
**P4 [3]** 138/7
140/17 180/4
**P40 [6]** 63/16

106/8 180/11
**P41 [1]** 188/16
**P7 [2]** 142/2 180/4
**pad [1]** 97/3
**page [33]** 3/4 60/4
60/8 61/22 62/13
62/13 88/12 98/16
98/24 99/11 100/1
100/6 107/25 109/2
109/2 114/25
116/20 121/7 121/8
127/9 129/25 130/5
130/6 130/8 130/13
158/6 158/7 159/16
159/17 159/23
159/24 165/20
190/22
**pages [6]** 1/8
36/25 50/16 52/4
166/16 215/14
**paid [3]** 23/4 23/5
122/3
**painting [1]** 8/15
**pandemic [1]**
215/12
**pants [2]** 115/10
115/11
**paper [2]** 57/8
195/11
**papers [3]** 76/12
82/8 82/9
**paradoxal [1]**
96/20
**paragraph [19]**
145/19 147/9
147/11 156/3
157/18 157/19
158/19 158/20
159/4 159/6 159/15
160/1 160/18
161/22 167/17
168/14 168/25
172/3 172/10

**paraphrase [1]** 121/5

**paraphrasing [1]** 86/24

**parcel [4]** 51/14 134/5 136/4 166/16

**pardoned [2]** 58/7 60/1

**parent [1]** 94/13

**parenthetically [1]** 62/3

**parents [9]** 73/7 76/11 76/17 100/15 175/11 175/12 195/24 197/8 209/14

**parking [2]** 31/17 32/2

**Parsons [1]** 61/23

**part [42]** 7/8 16/16 28/3 28/4 51/13 78/17 82/11 82/18 84/6 84/11 85/7 112/4 119/21 124/23 125/20 126/22 128/17 128/19 129/19 130/18 131/2 134/5 136/4 141/14 152/12 152/13 152/14 157/6 165/3 165/5 165/6 166/16 168/8 168/16 172/12 174/16 175/6 180/8 180/12 182/3 182/5 200/9

**participate [4]** 100/8 100/11 137/17 137/19

**participated [1]** 11/20

**participating [2]**

**participation [1]** 100/19

**particular [14]** 25/11 54/10 54/25 61/10 61/12 61/14 61/15 99/11 99/23 130/1 134/9 138/11 141/14 145/16

**particularly [22]** 41/3 45/12 50/10 52/1 55/17 62/13 84/8 84/9 85/9 85/9 91/8 94/7 94/19 98/22 100/3 113/1 114/22 116/20 117/21 137/13 194/23 199/6

**parties [4]** 144/5 151/15 179/7 213/19

**partners [3]** 11/19 16/12 17/11

**partnerships [1]** 10/14

**parts [2]** 54/13 102/3

**pass [2]** 196/10 196/20

**passage [19]** 10/16 17/20 18/18 20/16 24/5 86/20 95/11 114/3 122/25 126/20 127/22 127/25 131/11 134/3 134/4 134/6 155/16 156/21 176/24

**passed [8]** 17/25 18/19 19/10 26/4 48/13 69/17 84/25 196/13

**passing [4]** 120/21

153/18

**passive [1]** 112/17

**past [10]** 18/21 19/9 23/16 37/1 37/5 37/7 42/7 54/10 127/22 177/25

**PATEL [4]** 1/22 3/6 5/3 29/19

**path [3]** 119/9 158/3 158/3

**pathway [1]** 25/21

**Patrol [3]** 67/7 67/9 67/11

**pattern [14]** 54/10 54/23 56/2 56/12 64/11 64/18 64/25 109/16 109/17 109/21 203/13 207/1 208/2 208/11

**patterns [1]** 55/18

**PAUL [2]** 1/14 4/14

**pause [12]** 6/3 32/5 32/8 68/23 69/4 97/4 148/19 157/8 166/8 169/24 213/4 213/22

**pay [3]** 161/4 161/16 162/1

**peaceably [1]** 115/6

**peaked [1]** 108/19

**peasants [5]** 120/8 159/7 159/8 159/10 159/10

**pejorative [3]** 155/24 158/14 171/23

**penalties [4]** 65/16 125/8 125/18 195/6

**penalty [1]** 186/8

**pendency [2]**

**P**

**pendency... [2]**
162/22 197/16
**people [71]**   10/12
12/3 12/18 13/21
14/12 15/12 15/17
18/1 18/14 23/3
25/2 25/15 25/16
25/21 29/1 29/24
30/20 37/19 56/2
56/12 59/4 62/10
64/16 67/8 67/11
67/12 72/4 73/3
75/11 80/23 80/24
87/1 87/4 87/11
88/5 91/14 91/14
94/20 98/18 104/20
114/24 116/10
117/20 117/24
129/20 129/21
137/11 160/21
162/24 166/22
170/10 170/13
190/24 191/4
191/14 191/23
192/2 192/2 192/5
192/11 192/16
193/10 194/7
194/13 194/17
194/25 195/15
200/20 202/1
202/12 210/21
**per [3]**   90/6
106/14 145/8
**perceive [2]**   21/25
28/14
**perceived [9]**
12/17 22/2 24/2
24/21 30/1 35/24
53/19 62/16 66/5
**percent [32]**   64/13
68/5 68/6 68/12
68/15 68/17 71/8

71/12 71/14 71/13
71/15 71/19 72/22
88/25 90/16 90/18
97/24 97/24 98/1
98/1 98/3 98/3
100/3 100/4 111/11
111/12 111/13
120/12 175/21
204/13 204/13
211/6
**percentage [14]**
64/15 64/16 64/19
64/20 68/18 71/10
71/20 79/13 79/14
79/16 79/18 82/22
106/21 207/19
**percentages [1]**
81/14
**perception [4]**
59/8 59/9 84/24
85/7
**perceptions [2]**
59/15 62/17
**PERCIVAL [2]**   2/2
5/7
**Perfect [1]**   131/4
**performed [2]**
50/16 110/7
**performing [1]**
52/4
**perhaps [12]**   28/19
44/15 46/4 73/16
73/24 82/12 86/22
105/10 115/9
162/13 165/5 184/9
**period [25]**   13/14
35/8 60/11 64/4
65/6 68/1 68/2
76/13 77/2 79/9
90/4 107/3 111/10
118/8 118/16
127/21 127/24
131/10 132/1
132/19 132/21

203/2 205/20
**periodically [1]**
160/20
**periods [1]**   202/23
**permanent [2]**
25/22 82/20
**permit [2]**   127/10
173/5
**perpetrate [1]**
91/7
**perpetrates [1]**
89/9
**perpetrating [1]**
88/6
**perpetrators [1]**
87/21
**persist [1]**   115/25
**person [23]**   69/24
76/4 114/18 119/13
123/4 137/14 164/8
167/25 170/18
186/25 187/1 191/8
191/10 191/15
195/9 199/12
199/12 200/22
201/3 201/4 210/8
210/9 210/17
**personal [3]**   13/17
16/7 17/3
**persons [59]**   30/24
53/19 58/9 59/10
59/11 61/2 61/20
63/10 65/1 66/1
66/15 68/2 74/3
74/8 75/22 76/14
76/16 76/25 77/19
77/21 78/25 80/5
83/2 83/6 83/16
85/14 85/19 88/24
89/4 89/13 90/17
92/21 93/4 93/7
95/4 99/19 104/14
112/19 112/20

**persons... [20]**
112/21 112/22
112/22 112/22
117/23 118/24
119/7 119/24
125/13 132/23
133/20 159/2
170/20 170/21
195/7 197/5 208/9
210/5 211/7 211/9
**pertains [1]**   99/24
**pertinent [4]**
131/25 131/25
132/5 142/9
**pervasive [1]**
56/19
**Peter [8]**   25/2
78/15 82/5 119/12
119/12 136/9
184/20 185/4
**Peter Gemma [1]**
184/20
**PhD [1]**   38/19
**Philadelphia [2]**
78/15 82/5
**philosophies [2]**
126/21 134/2
**phone [1]**   135/12
**phrases [1]**   41/10
**physical [2]**   94/21
103/20
**pick [5]**   30/20
69/23 110/23
160/20 192/1
**picked [1]**   89/16
**picks [1]**   191/23
**picture [4]**   71/6
83/6 88/23 108/12
**piece [8]**   12/2
12/5 13/1 54/11
54/12 131/23 168/8
197/1

**pieces [2]**   186/25
197/1
**pillow [1]**   87/15
**Pinecrest [4]**   9/17
21/17 31/7 31/13
**pinpointed [1]**
93/18
**Pioneer [3]**   116/24
117/4 117/7
**pipeline [3]**   18/15
154/17 168/4
**pitch [1]**   165/24
**pivot [1]**   105/17
**pivoted [1]**   29/8
**Pivoting [1]**   112/8
**PL [1]**   1/23
**PL-01 [1]**   1/23
**place [4]**   18/13
20/13 80/21 199/20
**placed [2]**   33/11
130/4
**places [2]**   21/16
62/14
**plague [1]**   160/11
**plain [1]**   76/22
**Plaintiff [4]**   1/5
3/4 6/10 33/19
**plaintiff's [2]**
47/17 180/21
**plaintiffs [16]**
1/13 1/18 4/12
4/15 4/18 4/20
4/22 4/25 5/16
33/4 35/14 47/23
47/23 74/2 178/16
213/24
**PLAINTIFFS' [15]**
3/10 4/10 33/2
38/8 96/25 141/21
143/2 143/3 154/3
167/6 169/6 173/6
173/7 180/19
213/12
**plan [2]**   48/18

**planned [1]**   30/5
**plans [6]**   48/15
48/19 48/20 49/1
49/3 158/15
**plant [1]**   8/3
**PLATFORM [1]**   1/10
**played [2]**   77/1
182/10
**player [1]**   122/25
**pleasant [2]**   101/8
101/13
**please [27]**   4/9
6/9 6/12 8/9 29/19
35/6 36/17 38/11
63/17 70/5 70/25
72/12 74/6 75/17
83/24 109/19
109/24 127/16
128/18 129/1
153/12 154/8
167/20 181/18
189/22 196/17
215/11
**pleasure [1]**   153/2
**plethora [1]**
187/15
**plummeted [1]**
106/20
**plus [2]**   79/9
166/4
**PO [1]**   1/16
**Poder [1]**   10/8
**point [35]**   36/19
36/23 37/10 37/24
45/3 61/18 74/13
97/11 98/17 99/25
115/24 121/7 123/2
129/25 131/25
138/12 153/5
155/11 156/18
162/19 164/14
166/1 167/23
169/17 170/2 173/1

**P**

**point... [9]** 186/3
189/15 189/25
190/5 190/20
193/18 203/4
204/17 204/20

**pointed [6]** 98/5
120/1 133/19 136/6
173/24 212/20

**pointing [1]**
198/20

**points [7]** 46/4
64/16 113/23 160/8
183/5 211/22
212/14

**police [51]** 11/18
13/15 13/16 13/22
19/5 19/10 20/6
21/15 21/18 22/18
23/25 24/3 24/12
24/19 28/19 30/4
30/11 30/11 30/17
57/19 57/20 57/22
57/23 57/24 58/2
58/12 58/14 58/16
58/17 59/3 59/6
59/10 59/13 59/18
61/1 61/5 66/4
92/13 92/16 92/20
96/21 97/16 97/16
102/1 102/2 186/1
186/4 187/9 193/12
202/14 204/25

**police officers [1]**
13/16

**policies [8]** 11/1
11/4 13/5 21/6
21/9 25/25 60/12
84/5

**policing [16]** 13/8
13/9 14/9 22/15
24/14 57/17 58/3
58/20 58/23 60/23

61/9 61/16 85/3

**policy [17]** 7/18
9/2 11/6 11/8
11/10 14/4 17/10
17/13 21/5 27/6
51/17 58/2 59/19
59/20 61/11 80/15
80/15

**polite [1]** 171/7

**political [5]**
38/20 41/3 41/9
48/14 115/7

**politicians [3]**
50/10 183/13 184/2

**politics [5]** 41/21
121/12 121/13
135/5 200/2

**pooch [1]** 101/16

**pop [1]** 63/20

**populate [1]** 115/5

**population [6]**
31/3 64/14 64/20
93/16 159/19
207/20

**populations [1]**
187/17

**portion [5]** 127/19
182/24 187/23
187/24 207/16

**pose [2]** 59/10
84/15

**position [5]** 7/1
7/3 27/6 39/24
164/14

**positions [7]**
113/6 118/17 122/1
132/18 133/5 136/5
164/18

**positive [2]**
174/24 175/21

**possessing [1]**
66/17

**possession [1]**

**possible [5]** 20/22
21/1 21/8 24/8
183/25

**possibly [2]**
104/21 175/15

**post [1]** 88/23

**posted [1]** 88/16

**pot [1]** 119/15

**potential [1]**
197/7

**potentially [1]**
28/17

**poverty [7]** 1/13
4/13 4/15 4/17
4/25 94/12 99/22

**power [4]** 8/19
115/7 115/12 200/2

**powerful [1]** 91/9

**powerfully [1]**
176/18

**PPE [1]** 20/12

**practice [2]** 14/2
51/14

**practices [4]**
22/15 24/14 54/7
60/13

**praised [1]** 119/22

**pre [2]** 38/17
167/21

**pre-med [1]** 38/17

**pre-meeting [1]**
167/21

**precarious [1]**
8/10

**preceded [1]** 134/4

**precedence [1]**
36/4

**precedents [1]**
53/1

**precisely [3]**
64/18 102/10
197/25

**predicate [1]** 84/6

**P**

predicates [1]
53/7

predict [1]   28/24

predicted [2]
43/17 43/18

predicting [2]
28/13 42/14

prediction [5]
41/3 41/4 41/9
41/18 42/20

predictions [1]
41/5

predominantly [8]
62/22 64/8 64/10
64/17 65/3 65/3
88/24 105/6

Prejudice [1]
41/21

prejudicial [5]
162/11 162/12
166/25 167/3 167/4

preliminary [2]
33/25 35/2

prepared [1]   115/3

preparing [1]
105/19

presence [5]   21/18
22/18 30/17 93/18
110/15

present [8]   28/23
43/22 83/5 92/4
102/12 115/6
189/20 215/7

presented [6]
56/18 85/12 95/19
102/7 211/4 211/19

preserve [1]
151/12

Presidency [1]
42/13

president [17]
58/7 91/13 114/16

118/25 120/24
124/2 126/7 126/8
126/9 126/11 142/4
143/14 143/19
153/3 162/22
167/18 189/14

presidential [8]
39/15 41/4 41/20
41/22 42/14 42/23
44/4 58/6

press [13]   11/21
16/10 16/24 41/9
87/11 115/1 116/9
133/16 147/6
176/11 183/10
198/9 209/13

pressed [1]   56/23

pressure [1]   66/3

Preston [1]   116/25

pretext [1]   202/1

pretextual [1]
51/24

pretty [16]   39/19
57/21 58/19 64/4
70/16 89/3 97/21
97/22 106/17 110/5
137/12 154/8
175/19 185/16
206/17 211/24

prevalent [1]   26/4

prevent [1]   158/2

preventing [1]
25/7

prevents [1]   25/5

preview [1]   66/20

previous [10]   38/1
73/11 110/14 127/6
151/14 156/20
157/10 157/19
178/9 190/19

previously [12]
22/19 68/1 79/8
115/15 136/8
143/22 144/1

173/7 180/21 185/3

primarily [6]   8/14
12/25 22/1 66/13
66/14 104/7

primary [9]   47/9
47/11 58/6 86/9
86/17 143/16
197/17 201/11
201/13

prime [10]   62/7
114/13 114/20
127/24 142/5
143/20 152/18
154/14 156/20
185/18

principal [2]
152/25 153/15

principals [2]
151/15 153/8

principles [1]
119/14

print [1]   39/18

printed [1]   165/17

prior [6]   10/17
13/9 69/13 105/21
106/22 132/1

priority [3]   8/7
11/13 184/3

prison [1]   208/10

prisoners [2]
207/19 208/9

prisons [1]   120/11

private [8]   30/16
134/8 151/13
151/19 153/7 164/4
183/8 183/12

privileged [1]
135/16

proactive [19]
57/19 57/20 57/22
58/3 58/8 58/12
58/20 58/23 59/18
60/23 60/25 60/25

# P

**proactive... [7]**
61/5 61/8 61/9
61/16 85/3 101/25
102/2
**proactively [1]**
154/24
**probably [3]**   58/3
60/16 90/9
**probation [1]**
71/24
**probative [1]**
167/1
**problem [3]**   101/18
189/12 189/15
**problematic [1]**
146/4
**problems [6]**   94/21
103/21 145/21
145/23 157/20
157/23
**proceed [3]**   69/3
69/7 177/9
**proceeding [3]**
133/5 137/17
155/13
**proceedings [14]**
6/3 32/5 32/8
42/17 69/4 97/4
157/8 166/8 169/24
208/17 213/4
213/22 214/8 215/8
**process [44]**   17/23
23/8 26/14 50/11
51/18 51/19 52/3
52/7 52/8 54/19
62/1 72/8 74/14
75/9 75/21 77/22
78/23 80/2 82/9
94/17 97/13 112/11
134/12 134/15
134/23 135/22
136/5 136/22

139/13 142/6 153/5
153/8 153/18
154/25 157/1 157/3
167/15 176/21
189/10 194/9
195/14 195/24
196/1 197/9
**proclivity [1]**
84/9
**produced [2]**   50/1
151/21
**productive [1]**
22/5
**professor [6]**   40/1
40/3 40/6 40/10
61/22 65/21
**professors [1]**
40/9
**profiled [5]**   20/23
25/16 80/9 102/16
190/7
**profiles [1]**   25/18
**profiling [21]**
12/15 13/2 13/14
14/11 14/15 22/6
24/12 24/13 55/21
55/23 56/16 56/25
57/3 57/7 57/9
59/3 59/23 59/25
60/23 60/24 141/13
**profit [8]**   7/7
7/15 7/21 12/23
23/1 25/20 124/22
125/1
**progenitiva [1]**
115/8
**program [6]**   15/6
58/5 58/8 63/4
90/2 99/18
**programming [1]**
20/24
**programs [4]**   9/8
20/18 39/8 98/25
**prohibit [1]**   48/14

**prohibitions [2]**
57/8 141/12
**project [4]**   1/18
4/23 175/9 175/9
**prominent [5]**   84/4
85/2 85/22 86/2
164/5
**prominently [3]**
60/1 86/8 88/19
**promiscuity [1]**
117/12
**promote [6]**   12/5
14/23 15/22 16/19
25/25 133/17
**promoted [3]**   15/24
23/24 117/11
**promoting [7]**   12/6
112/11 117/8
131/15 142/24
146/4 191/12
**prompt [1]**   62/17
**promulgated [2]**
48/20 84/24
**prone [4]**   59/11
85/9 120/9 202/9
**pronouncements [1]**
50/9
**pronouns [1]**   6/22
**propensity [1]**
100/11
**proper [2]**   93/3
95/24
**prophetic [1]**
119/22
**proposed [3]**   12/3
17/7 148/9
**proposing [2]**
134/15 134/16
**proposition [3]**
116/2 211/16
211/20
**prosecute [2]**
125/7 125/17
**prosecutions [2]**

**P**

**prosecutions... [2]**
47/1 147/23
**prosed [1]** 84/16
**protect [2]** 86/12
195/20
**protected [7]**
82/13 82/13 82/15
82/15 194/14
194/18 194/18
**protection [6]**
25/22 45/1 45/7
49/22 83/3 83/13
**protections [4]**
9/3 11/2 11/5
44/24
**protest [4]** 27/19
27/21 170/5 170/25
**Protestant [1]**
43/5
**prove [1]** 78/17
**provide [12]** 8/24
9/24 10/3 10/11
10/25 12/15 23/7
29/3 36/6 50/18
53/10 168/24
**provided [9]** 12/21
28/16 30/2 39/17
48/25 50/22 71/3
111/2 153/25
**provider [3]** 10/11
21/4 30/16
**providing [6]**
48/24 52/24 134/16
153/7 168/11
204/24
**province [6]** 34/13
34/24 36/4 36/5
45/11 45/15
**provision [4]** 12/9
17/13 17/13 195/11
**provisions [5]**
24/10 58/17 65/15

**proximity [1]**
100/13
**proxy [2]** 12/18
24/22
**PRR [1]** 162/24
**PRRs [1]** 155/11
**pruned [1]** 56/25
**public [42]** 8/13
11/20 11/21 16/11
19/25 32/3 32/17
32/18 32/19 50/9
58/4 59/9 66/22
73/3 73/19 84/12
84/15 86/10 92/5
92/14 97/19 98/2
103/8 103/11 106/2
124/24 131/23
133/18 137/17
151/22 152/1
155/10 183/6
183/13 197/21
198/19 199/24
200/1 201/8 201/16
201/21 211/16
**publication [1]**
40/15
**publicized [1]**
164/12
**publicizing [1]**
134/17
**publicly [1]**
151/20
**publish [4]** 137/25
181/10 182/7
182/24
**published [17]**
15/7 41/23 42/5
42/12 42/15 42/25
43/4 43/9 43/10
43/16 43/21 44/2
44/3 60/9 115/1
178/12 208/17
**pull [12]** 63/17

97/3 110/8 124/12
124/16 125/24
147/13 166/7
188/22
**pulled [1]** 87/19
**puppy [1]** 101/17
**purity [1]** 113/3
**purported [2]**
187/16 196/7
**purportedly [1]**
187/18
**purpose [12]** 35/19
35/20 90/15 116/25
142/23 143/11
143/12 144/3
150/15 150/22
188/9 193/10
**purposes [4]** 46/6
124/8 173/3 178/15
**pursued [1]** 133/11
**pursuing [1]** 58/2
**purveyors [1]**
162/5
**push [2]** 15/1
16/19
**pushed [2]** 126/24
133/9
**pushing [1]** 146/9
**put [18]** 20/2 55/9
57/22 61/19 69/16
71/11 71/12 71/15
71/17 87/15 152/23
152/25 153/6 187/6
190/2 194/8 195/23
195/25
**puts [1]** 64/22
**putting [5]** 101/16
130/16 138/18
159/11 196/24
**puzzle [3]** 54/11
54/12 54/13

## Q

**qualified [1]** 49/7
**qualify [2]** 21/2
45/4
**qualitative [1]**
205/11
**quantitative [14]**
35/21 38/21 40/13
40/19 40/23 41/2
41/24 42/9 42/22
44/23 45/16 49/20
95/8 211/21
**quantitatively [1]**
41/19
**question [32]**
29/13 29/16 29/19
29/21 33/17 49/5
57/11 65/10 74/25
84/19 96/3 105/3
114/5 114/10
115/18 118/12
132/17 135/25
142/11 142/14
155/20 156/14
163/5 170/9 170/12
173/10 183/19
183/20 186/16
188/2 210/14 212/5
**questions [8]** 20/7
21/25 25/18 26/7
32/10 32/22 46/19
211/23
**quick [1]** 140/15
**quickly [2]** 80/23
194/6
**quiet [1]** 151/16
**quietly [1]** 115/14
**quit [2]** 115/16
115/20
**quite [25]** 36/15
59/7 64/11 65/15
79/21 88/6 89/5
90/23 104/14

105/25 106/25
107/4 107/17
129/12 135/3
141/16 144/22
145/1 145/24
145/25 164/5
167/23 174/6 207/4
210/12
**quotas [1]** 51/6
**quote [50]** 60/3
60/10 62/16 100/11
100/18 115/2 115/4
115/6 115/12
115/23 116/4 116/4
116/5 116/10 117/1
117/19 117/21
119/19 120/7 121/9
121/14 133/2
168/16 170/9
171/20 172/3
172/15 190/24
191/1 191/3 191/4
191/6 191/10
191/14 191/18
197/19 199/1 199/2
199/2 199/2 199/3
199/4 199/4 199/20
200/5 200/7 200/11
200/24 201/1 201/3
**quote/unquote [6]**
115/2 117/1 117/21
171/20 172/15
190/24
**quoted [6]** 86/17
119/4 197/19
197/22 199/16
199/19
**quotes [4]** 116/21
198/22 210/6
210/12
**quoting [2]** 61/22
62/15

## R

**race [17]** 12/17
24/21 29/1 35/24
53/20 56/3 56/4
56/12 56/21 59/4
60/11 61/24 75/16
79/11 117/1 117/10
120/14
**races [1]** 117/10
**racial [32]** 12/15
13/1 13/6 13/14
14/11 14/15 22/6
26/1 36/24 39/14
55/21 55/23 56/9
56/16 56/25 57/2
57/7 57/9 59/3
59/22 59/25 60/23
60/24 62/5 72/21
81/5 103/14 113/3
117/9 119/15
141/12 176/17
**racialism [1]**
114/23
**racialist [3]**
113/5 135/21
136/23
**racialistic [1]**
117/3
**racialization [3]**
62/1 62/8 62/9
**racialized [1]**
60/13
**racializing [1]**
62/4
**racially [6]** 59/19
61/6 65/8 80/9
102/15 190/7
**racist [3]** 59/6
117/14 119/8
**radio [5]** 10/7
10/8 10/8 20/24
87/16
**raise [6]** 6/8

**R**

**raise... [5]** 11/22
18/3 18/7 33/11
162/8
**raised [5]** 94/12
94/15 178/13 189/6
200/11
**raises [1]** 114/8
**random [3]** 79/19
79/20 204/19
**range [3]** 9/21
52/21 63/6
**rape [6]** 68/11
71/7 75/11 75/13
90/21 211/10
**rapid [2]** 108/16
159/6
**rapidly [5]** 108/25
109/10 109/12
111/20 111/22
**rapists [8]** 88/2
92/2 133/3 133/3
145/14 171/22
176/10 200/8
**rare [2]** 52/1
136/20
**Raspail [1]** 119/22
**rate [17]** 106/14
106/23 107/5
107/18 108/7 108/9
108/10 108/11
108/25 109/11
111/18 112/5
156/18 207/23
208/4 208/5 209/3
**rates [23]** 109/4
110/9 111/8 154/2
203/1 203/3 203/18
204/1 204/2 204/6
204/12 205/14
205/23 206/3 206/5
206/9 206/13
206/16 206/20

207/6 207/11
207/25 208/13
**rather [7]** 43/24
62/4 79/21 108/11
161/7 192/3 204/11
**ratings [1]** 107/3
**rationale [3]** 71/3
187/19 198/19
**rationales [1]**
194/22
**re [3]** 96/8 155/23
165/21
**re-asking [1]** 96/8
**reach [2]** 38/2
38/2
**reached [6]** 36/9
53/15 53/17 114/2
123/4 123/5
**reaching [4]**
103/25 139/17
145/6 154/23
**react [1]** 17/20
**reactions [2]**
18/17 19/16
**read [14]** 16/24
17/9 44/20 116/21
121/6 121/6 140/6
146/21 186/17
200/18 200/19
200/20 201/9
210/12
**reading [4]** 12/8
60/5 146/10 211/18
**ready [7]** 69/3
101/14 101/19
137/6 149/8 150/2
150/3
**Reagan [1]** 114/14
**real [5]** 94/18
120/12 146/23
158/24 189/9
**really [30]** 22/4
50/9 52/21 55/18
56/23 57/6 66/19

83/15 84/3 98/21
114/13 114/19
114/20 142/9
143/20 145/25
146/1 146/2 156/25
182/14 187/20
189/17 189/21
189/24 190/19
202/1 203/4
**reask [1]** 29/19
**reason [8]** 17/23
22/1 29/8 61/15
75/23 104/19 124/7
149/25
**reasons [5]** 57/10
61/3 75/24 80/1
163/16
**recall [14]** 26/18
26/22 30/23 120/23
122/19 128/22
128/23 130/16
131/17 151/1 178/7
178/8 178/10
199/15
**receive [3]** 10/1
13/12 23/2
**received [9]** 20/17
38/8 125/16 167/6
173/6 173/11
180/20 181/11
213/12
**receiving [1]**
166/21
**recent [9]** 38/24
38/24 48/11 75/24
90/11 104/12
208/12 208/25
209/3
**recently [2]** 14/5
44/3
**recess [6]** 68/24
69/1 101/11 149/5
177/16 177/17

**R**

**recognize [1]**
166/23
**recommendations [1]**
43/20
**record [20]** 4/9
6/13 41/5 44/20
60/20 134/11
139/23 151/12
151/22 152/1
155/10 172/24
173/3 175/24
178/16 179/21
179/25 187/12
191/6 192/2
**records [1]** 68/4
**recreate [1]**
121/20
**red [3]** 207/24
208/1 208/3
**redirect [3]** 3/6
32/12 32/14
**Redistricting [1]**
39/10
**reduces [1]** 100/19
**redundant [1]**
194/15
**refer [4]** 10/14
60/2 157/22 171/19
**reference [4]**
55/11 131/13
131/21 139/9
**referenced [6]**
131/22 143/23
144/15 167/23
170/18 171/1
**references [5]**
142/7 142/8 142/18
142/19 167/20
**referencing [1]**
147/21
**referral [2]** 85/16
192/4

**referrals [19]**
10/12 67/20 67/25
69/14 71/7 71/8
71/13 71/16 71/17
71/22 79/5 79/10
79/20 81/1 95/10
104/21 104/22
205/19 211/5
**referred [4]** 21/4
68/12 79/8 170/15
**referring [4]** 31/1
95/17 153/3 160/19
**refers [3]** 115/3
143/21 154/20
**reflect [1]** 81/25
**reflected [4]**
36/12 87/4 87/18
134/7
**reflective [1]**
38/21
**reflects [1]** 59/7
**Reform [2]** 87/18
111/3
**refugee [2]** 121/10
121/19
**refutation [1]**
208/6
**regard [28]** 22/21
37/11 37/13 38/6
45/22 46/1 50/8
104/5 104/6 127/1
143/9 143/10
148/13 150/13
151/24 156/13
162/14 164/25
166/19 167/2
169/15 173/4 178/3
179/21 180/1 181/8
209/3 213/9
**regarding [19]**
11/25 14/8 14/9
16/5 34/4 44/17
46/25 47/3 51/10
53/24 57/8 65/12

167/21 168/1
168/12 195/7
**regardless [3]**
73/13 94/10 194/25
**regards [1]** 141/16
**regime [2]** 73/21
103/3
**regular [1]** 160/17
**rejected [6]** 49/2
49/10 193/25 195/2
195/18 196/4
**rejection [1]**
60/11
**related [13]** 11/2
21/24 44/22 49/16
51/11 66/23 139/20
143/24 209/9 209/9
209/11 209/19
210/1
**relating [2]**
103/17 132/8
**relationship [14]**
21/10 132/3 138/22
143/14 144/25
150/25 152/17
154/13 203/4 203/7
204/23 204/24
209/24 210/1
**relationships [1]**
203/10
**relatively [1]**
65/20
**relatives [3]** 73/8
93/14 195/25
**released [6]** 80/4
80/7 80/23 82/21
82/23 83/4
**relevance [11]**
31/9 31/20 55/10
124/5 150/12 155/9
155/13 166/19
167/2 173/4 178/3
**relevancy [13]**

**R**

**relevancy... [13]**
113/14 122/9
122/14 122/24
126/3 126/5 143/8
143/9 150/13
154/10 169/10
213/5 213/6
**relevant [23]** 37/7
38/17 41/15 44/5
46/5 50/7 52/4
54/14 54/22 55/20
56/1 56/10 56/14
57/11 57/12 63/6
113/19 123/8 167/4
171/11 188/13
193/9 213/9
**reliable [1]** 122/4
**relied [1]** 129/10
**relief [3]** 20/11
28/20 29/9
**relies [4]** 37/16
37/25 37/25 99/13
**relying [1]** 24/25
**remember [6]** 17/5
49/19 167/18
171/19 175/19
199/5
**Remembrance [1]**
175/9
**remind [1]** 123/9
**reminds [1]** 54/16
**remote [1]** 19/19
**remotely [1]**
215/13
**removable [1]**
197/10
**removal [2]** 75/17
187/2
**removals [2]**
103/24 104/3
**remove [3]** 136/9
148/5 148/14

**renew [1]** 34/3
**repairing [1]** 44/2
**Repeal [1]** 43/25
**repeat [1]** 103/25
**repeated [3]** 87/15
198/5 210/12
**repeats [1]** 198/5
**repertoire [1]**
92/22
**rephrase [9]** 74/6
75/2 109/19 109/24
118/11 156/11
196/17 198/16
201/18
**replace [2]** 120/3
120/6
**replacement [1]**
120/2
**reply [1]** 152/11
**report [131]** 34/21
36/13 36/15 36/16
37/14 37/15 50/23
56/5 57/18 60/2
63/19 64/6 65/18
72/10 72/25 75/15
79/2 81/7 83/20
83/22 85/13 86/17
88/11 91/1 91/1
92/11 94/4 94/25
95/14 95/15 96/11
96/16 96/24 97/1
98/16 98/24 98/24
99/2 99/6 99/11
99/13 99/20 100/6
102/7 102/9 102/12
103/6 103/17 104/2
105/14 105/19
107/23 107/25
109/2 111/3 111/5
111/16 112/8
114/25 116/21
117/19 119/4
124/18 124/19
124/24 128/17

129/12 129/17
129/24 130/16
131/18 131/19
132/20 133/7 141/2
145/13 148/15
151/13 153/13
153/19 153/20
153/24 153/25
156/24 167/23
170/18 172/6
175/22 179/5 179/5
179/9 179/13
179/18 180/8
180/13 181/14
183/4 184/4 184/17
185/22 186/3
186/21 189/5
189/12 189/15
190/5 190/20
192/18 192/19
193/18 197/8
197/19 198/18
198/24 199/2
202/20 203/8
203/16 204/5
204/16 205/13
206/7 206/17 207/8
208/15 208/21
208/23 208/24
209/23
**reported [5]** 81/12
97/12 111/3 206/7
215/8
**reporter [5]** 2/5
148/24 181/20
182/1 215/5
**reportillegals.com
[10]** 122/7 122/21
122/22 123/12
124/3 124/15
124/21 125/6 127/3
127/9
**reporting [15]**

**R**

**reporting... [15]**
9/25 13/22 19/4
19/9 21/18 92/13
92/20 97/6 97/17
97/18 97/23 97/25
202/13 202/13
215/13

**reports [19]** 11/9
13/12 13/20 13/25
18/1 18/21 18/23
20/17 20/19 21/14
37/25 49/25 50/1
57/25 96/20 96/21
122/3 122/3 125/2

**represent [1]**
104/18

**representative [6]**
15/10 15/11 15/17
141/22 198/12
209/21

**representatives [2]**
28/2 142/21

**represented [4]**
7/10 85/17 123/22
130/24

**representing [3]**
5/5 5/10 104/14

**represents [3]**
69/16 168/9 207/19

**Republican [5]**
27/7 48/17 136/10
172/7 185/5

**request [5]** 76/13
82/9 142/23 145/4
145/8

**requests [5]** 78/19
79/13 79/16 81/9
81/18

**require [3]** 28/18
190/3 192/7

**required [2]** 58/15
187/7

**requirement [1]**
190/13

**requires [2]**
115/25 188/11

**requiring [1]**
189/14

**research [6]** 11/13
103/23 104/5 104/6
206/7 207/2

**researchers [1]**
99/25

**reside [3]** 76/18
133/3 200/8

**resident [1]** 82/20

**residential [1]**
8/15

**residents [4]**
13/13 82/11 93/12
105/16

**residing [1]** 76/14

**resolved [1]**
189/13

**resource [1]** 25/13

**resources [3]** 9/23
58/22 92/14

**respect [9]** 56/4
72/17 78/24 85/3
104/9 121/25
171/24 199/21
206/13

**respected [1]** 63/5

**respects [1]**
199/24

**respond [7]** 17/10
20/18 25/10 99/10
114/9 155/3 155/20

**responded [4]**
10/16 11/7 11/12
12/22

**respondents [1]**
62/18

**responding [3]**
57/25 57/25 114/6

**response [16]** 14/9

174/18 29/17 33/12
80/18 113/23
126/13 129/14
154/25 166/6
170/13 174/12
174/25 189/11
192/18 192/19

**response, [1]**
174/24

**response, and [1]**
174/24

**responses [3]**
18/17 20/15 34/16

**responsibilities
[2]** 55/22 57/24

**responsible [2]**
56/19 186/6

**responsive [5]**
29/11 30/8 114/5
115/17 142/16

**rest [2]** 154/2
204/10

**Restriction [1]**
51/6

**result [10]** 13/25
17/11 20/10 59/2
96/20 102/20 103/2
110/6 159/19
189/24

**resultant [1]**
116/6

**resulted [1]** 22/11

**results [4]** 42/14
97/6 97/22 204/16

**retained [2]** 35/14
35/17

**retaliate [1]**
23/22

**retitled [1]** 43/1

**revealed [4]** 69/15
193/19 205/15
206/4

**revealing [3]**
127/23 151/8

## R

**revealing... [1]**
163/19
**reverse [1]**   21/7
**review [16]**   49/15
50/21 58/21 124/15
124/17 128/10
129/5 129/20
132/14 134/11
140/24 187/11
205/7 206/14 209/9
211/14
**reviewed [16]**
44/11 58/21 92/15
98/19 99/4 102/1
129/10 130/21
130/21 132/8 176/1
201/15 201/20
202/4 208/14 212/6
**reviewers [1]**   54/3
**reviewing [1]**
131/15
**Reviews [1]**   119/25
**rhetoric [2]**   133/5
211/20
**Rhode [4]**   80/8
80/12 80/15 190/5
**rich [1]**   63/3
**Richard [1]**   43/10
**rid [1]**   84/14
**ridden [1]**   160/18
**right [93]**   4/4 5/9
5/11 5/18 5/22 6/2
6/6 6/8 13/7 32/19
32/23 33/6 33/10
33/11 33/16 33/20
34/2 34/6 35/4
37/10 45/2 69/6
70/14 70/20 70/24
75/14 79/23 86/10
95/13 95/22 101/12
113/18 126/11
127/5 127/20 130/9

130/23 131/10
132/10 132/19
137/24 138/19
140/22 141/19
143/18 148/20
149/3 150/2 150/4
150/13 150/22
155/5 157/7 158/12
162/22 163/17
163/24 165/13
166/3 166/15
167/17 170/3
173/17 174/15
177/16 177/19
178/23 178/25
179/12 179/19
180/6 180/10
180/14 180/23
181/7 182/5 182/7
182/8 183/2 192/14
194/2 195/17
197/14 205/21
206/3 209/1 209/6
212/19 213/8
213/16 214/2 214/3
214/7
**rights [12]**   9/1
10/6 20/20 22/25
23/21 39/7 39/10
39/14 40/14 46/24
47/2 49/23
**rioting [1]**   149/13
**ripple [1]**   93/16
**rise [5]**   43/5 51/4
108/16 109/7 117/5
**rises [1]**   108/20
**rising [6]**   105/20
106/3 107/16
107/20 109/11
109/16
**risk [8]**   18/14
20/22 28/10 28/12
28/23 29/3 29/7
30/2

**RMR [1]**   215/19
**road [2]**   21/17
160/22
**roam [1]**   160/6
**roaming [2]**   160/14
160/16
**Robust [1]**   100/18
**Rodriguez [3]**
26/19 26/23 27/18
**role [1]**   136/19
**Rommel [4]**   86/22
197/24 199/4
199/10
**Rommel's [1]**   87/4
**RON [2]**   1/7 4/8
**roofing [1]**   8/15
**room [2]**   2/6 5/20
**rooted [1]**   13/6
**rose [1]**   108/17
**Rowman [1]**   44/1
**RPR [1]**   215/19
**rule [3]**   114/8
164/24 199/24
**ruled [1]**   34/7
**rules [2]**   83/3
200/11
**ruling [5]**   34/9
34/19 44/12 164/21
164/22
**rulings [1]**   194/16
**run [7]**   105/24
106/19 110/17
110/20 174/25
181/18 181/19
**run-up [2]**   110/17
110/20

## S

**sadly [2]**   209/14
209/22
**safe [6]**   19/23
20/7 28/19 200/4
202/7 205/3
**safely [1]**   195/22

**safer [8]**   43/25
202/2 202/5 202/7
202/17 204/21
205/9 205/12
**safety [19]**   66/22
84/16 86/10 106/3
113/2 133/18
133/22 175/10
176/16 196/1
197/21 198/19
199/25 200/1 201/8
201/16 201/22
205/7 211/16
**SAGE [1]**   42/9
**said [45]**   34/10
54/2 54/6 54/25
55/14 56/15 66/20
86/9 86/12 86/24
87/11 88/19 89/18
89/23 95/10 114/21
115/12 116/9
117/21 119/25
121/7 131/8 133/1
137/10 145/24
148/5 149/11
152/23 153/7
163/14 178/10
186/12 186/19
189/12 190/22
190/23 191/7
192/20 193/9
193/21 196/5
197/12 198/23
200/20 206/25
**Saints [1]**   119/23
**same [58]**   43/17
46/11 60/12 65/23
68/1 69/15 72/14
74/18 74/23 74/25
77/8 77/16 77/20
78/8 78/9 78/11
79/8 81/1 81/12

93/13 93/14 102/10
107/6 108/8 108/11
108/23 109/6
109/16 109/17
109/21 119/5 133/9
134/1 152/6 153/22
153/23 153/25
154/1 158/3 165/3
165/20 170/20
170/21 197/25
201/1 201/8 203/10
203/10 203/13
207/1 207/5 208/11
209/17 210/4
212/17
**sample [2]**   71/25
204/15
**sanctuaries [3]**
145/5 145/9 145/17
**sanctuary [61]**
87/13 88/1 109/14
109/22 110/2 110/4
110/10 110/18
110/19 110/21
110/23 110/24
111/1 111/7 111/17
111/19 111/24
111/25 112/4 112/6
118/17 133/2
133/14 139/3 139/5
139/20 140/25
141/7 142/18
144/17 146/1 146/3
146/5 146/6 146/7
151/13 152/21
152/22 153/13
153/19 153/22
154/2 157/25
171/20 200/7
200/12 200/15
202/16 203/18
203/21 203/22
204/1 204/1 204/10

204/20 205/1 205/1
205/2 205/3
**sanitizer [1]**
162/3
**Santa [2]**   47/24
48/2
**Sarasota [9]**   88/25
89/20 90/1 90/10
90/16 90/17 136/10
172/8 185/5
**saw [25]**   12/14
12/25 16/10 16/11
16/12 16/15 60/14
73/13 75/11 82/4
82/22 82/23 86/16
86/18 87/24 110/13
142/21 145/7 154/1
161/19 187/8
191/22 192/1 192/3
210/11
**say [27]**   21/12
30/11 40/11 41/6
41/8 47/8 47/10
53/1 58/11 66/12
74/4 74/9 84/17
86/5 92/23 139/3
142/16 148/8 156/5
157/24 166/10
183/13 185/16
190/9 191/3 192/13
200/24
**saying [11]**   29/15
60/22 61/5 82/24
120/5 120/9 135/3
146/21 155/15
156/6 156/25
**says [15]**   84/14
124/25 125/4
138/13 144/13
144/19 144/23
145/9 147/15
161/16 174/3
174/19 183/6 194/6

# S

**says...** **[1]** 213/3
**SB [207]** 10/17
11/23 12/20 13/10
14/9 16/5 17/6
17/20 18/18 19/10
20/16 21/11 22/11
22/16 23/14 23/18
23/20 23/24 24/6
24/20 26/4 28/15
28/25 35/23 53/17
53/24 55/15 56/11
57/12 58/11 58/17
58/24 61/5 61/7
61/13 63/6 65/9
65/10 65/16 65/23
66/7 66/13 66/15
67/10 67/20 69/13
69/14 69/24 71/2
71/6 73/22 74/2
74/8 74/14 74/17
74/23 75/6 75/9
75/12 75/15 75/21
75/21 79/25 81/1
81/24 83/23 84/6
85/4 85/22 86/2
86/5 86/14 86/17
86/20 86/23 88/5
92/11 93/20 93/25
95/11 95/12 96/11
97/11 98/6 98/18
100/7 102/2 102/6
103/24 104/7
104/17 104/21
104/25 105/18
105/21 105/24
106/4 106/6 106/19
106/22 107/15
109/15 110/17
110/20 111/3
112/11 114/3
122/16 122/25
123/3 125/11

125/20 126/23
126/23 127/22
127/25 131/11
132/1 132/20 133/6
134/3 134/4 134/6
134/13 134/15
134/18 136/5
138/23 139/14
139/21 141/1 141/3
142/5 142/18
142/24 143/16
143/24 147/17
153/8 153/24
154/14 154/20
155/1 155/16
156/21 158/13
162/22 163/12
163/18 163/23
163/25 164/3
164/15 165/24
167/15 167/21
168/2 169/4 170/8
170/17 170/22
170/24 172/20
175/6 176/2 176/12
176/24 184/6
185/23 186/23
187/12 187/16
188/7 189/8 190/20
190/21 191/20
191/23 192/7 192/9
193/2 193/7 195/4
195/14 196/6 196/8
197/2 197/11
197/16 197/17
197/22 200/9
200/20 201/11
201/16 201/21
202/2 202/5 204/22
210/3 210/5 210/22
211/1 211/13
211/16 211/19
212/16
**Scaife [1]** 117/17

**scale [1]** 190/8
**scales [1]** 38/16
**scare [2]** 159/20
202/1
**scared [1]** 23/25
**scenario [1]**
193/16
**Schera [4]** 120/24
121/1 121/5 121/5
**scholarly [7]**
40/17 40/18 44/6
50/2 50/3 84/3
92/17
**scholarship [5]**
49/25 50/5 52/16
52/24 135/19
**school [2]** 191/16
200/23
**schools [5]** 40/8
54/21 103/8 103/11
105/16
**Schroeder [1]**
164/4
**science [13]** 38/16
38/17 38/21 38/22
40/13 40/20 41/2
42/21 49/20 52/5
52/18 117/9 117/9
**sciences [4]** 42/10
42/18 52/20 176/23
**scientific [1]**
42/17
**scientist [3]**
35/21 49/18 52/17
**scissors [2]**
108/13 108/23
**sComm [1]** 100/12
**scope [4]** 34/16
131/19 142/11
186/16
**screaming [1]**
171/6
**screen [4]** 63/21
130/4 130/25

**S**

**screen... [1]**
138/10
**screened [1]** 21/1
**screenshot [7]**
125/24 128/9
128/15 129/3 129/8
129/9 130/17
**screenshots [1]**
130/1
**scroll [8]** 63/20
88/12 139/6 154/5
157/6 159/24
173/22 174/18
**scrolled [1]**
174/16
**scrutiny [2]** 19/5
19/12
**scumbag [2]** 172/16
176/13
**scurrilous [4]**
162/4 171/23
172/15 172/17
**seal [3]** 85/1
92/25 105/5
**seals [1]** 116/9
**Sean [2]** 78/15
82/5
**search [1]** 206/4
**searches [1]** 56/6
**seat [1]** 56/8
**second [19]** 34/9
40/22 43/25 44/22
45/3 63/21 80/20
84/19 97/3 116/12
130/5 138/9 141/22
148/5 160/1 165/20
174/3 174/18 212/5
**Secondly [2]** 164/2
182/17
**secret [1]** 184/8
**secretary [1]**
114/15

**section [12]** 36/24
36/25 37/1 37/9
37/11 38/6 53/5
53/7 101/3 170/2
177/5 187/11
**sections [1]**
138/11
**security [2]** 113/2
181/4
**sedate [2]** 171/5
171/5
**see [81]** 21/2 50/4
51/23 63/22 64/13
64/18 64/19 67/24
68/25 71/2 74/13
79/12 79/15 79/23
81/22 84/10 86/13
92/4 92/7 99/1
101/4 101/7 101/19
106/10 106/11
106/23 108/3 108/5
108/13 108/13
108/23 109/3 109/9
114/1 115/12 121/2
122/25 123/20
124/7 128/3 129/16
130/3 133/15 134/7
135/7 135/14 139/7
139/8 142/17
144/25 146/23
147/14 147/15
147/16 149/3
153/14 158/14
160/9 161/12
161/24 163/2
163/17 164/2
164/11 164/13
165/11 165/11
165/20 166/20
171/16 202/25
205/24 206/1 207/8
207/18 208/2 208/2
211/18 212/22
213/3 214/3

**seeing [5]** 11/12
11/13 13/15 79/7
109/5
**seek [3]** 144/20
155/16 156/21
**seeking [11]** 45/4
137/21 138/19
138/22 150/17
150/18 178/14
178/16 178/18
180/2 212/25
**seeks [2]** 15/1
132/4
**seem [2]** 51/24
183/14
**seeming [1]** 89/24
**seemingly [1]** 56/8
**seems [5]** 89/21
89/23 184/10 205/5
210/23
**seen [26]** 14/10
14/23 15/25 22/15
22/18 23/11 23/18
23/19 25/1 50/13
74/1 77/1 78/22
83/17 90/23 90/24
99/12 113/16 118/7
128/16 135/20
138/9 152/9 167/14
171/6 171/18
**sees [1]** 175/1
**segment [1]** 93/16
**segregation [1]**
105/15
**select [1]** 182/20
**selected [3]** 111/1
111/4 111/7
**selective [1]**
112/18
**selectively [1]**
13/22
**self [6]** 106/17
111/1 111/4 111/7
112/4 170/14

**S**

**self-explanatory [1]**   106/17
**self-identified [2]**   112/4 170/14
**self-selected [3]**   111/1 111/4 111/7
**Semitic [1]**   117/13
**Senate [22]**   27/11 27/15 35/17 49/1 53/9 86/8 91/2 111/3 111/5 111/16 118/6 139/23 145/5 153/24 153/25 162/15 162/20 181/4 181/15 184/4 190/23 200/11
**senator [72]**   26/18 26/22 27/3 27/18 88/15 88/16 88/23 91/2 111/5 111/15 136/7 136/14 138/8 139/17 139/19 143/5 143/15 143/15 143/22 143/25 144/13 144/16 144/21 145/3 145/4 145/7 145/8 145/16 148/4 150/25 151/11 152/19 152/25 154/13 154/18 154/18 154/22 155/8 155/16 155/16 156/20 156/20 164/15 164/16 167/16 168/5 168/12 168/13 169/7 172/6 172/19 173/11 173/24 174/25 175/3 175/14 175/17 181/15

181/16 183/14 184/20 185/13 187/19 190/21 191/12 197/18 198/5 198/11 198/22 199/3 199/16 199/23
**senators [3]**   142/20 156/19 174/9
**send [4]**   26/25 135/12 174/22 191/1
**sender [1]**   173/12
**sending [6]**   152/20 153/6 162/23 164/10 167/10 193/22
**senior [1]**   38/15
**sense [6]**   24/2 27/10 54/16 90/8 94/7 148/10
**sensitive [3]**   100/12 138/1 147/7
**sensitivity [1]**   100/15
**sent [9]**   151/11 151/12 155/8 163/17 164/4 174/3 174/6 174/7 174/19
**sentence [2]**   172/11 195/8
**sentiments [1]**   87/16
**separate [1]**   180/6
**separation [1]**   159/13
**September [1]**   43/18
**sequence [3]**   105/17 126/23 184/5
**series [2]**   42/9 42/11

**serious [20]**   68/6 71/4 74/3 74/9 74/16 75/13 87/19 90/18 104/8 132/22 190/22 192/14 192/22 192/23 193/13 193/23 197/8 197/12 206/24 210/7
**seriously [3]**   172/5 172/7 182/15
**serve [4]**   7/14 9/13 22/24 194/7
**served [5]**   22/19 47/20 48/6 52/9 114/14
**service [2]**   10/11 10/13
**services [21]**   8/24 8/25 9/20 9/21 10/13 10/15 19/25 25/20 73/7 97/7 97/19 98/2 98/10 98/20 98/21 98/22 99/1 99/15 101/24 161/20 195/22
**serving [1]**   7/5
**session [3]**   113/15 170/6 172/1
**set [9]**   66/2 103/3 146/10 146/12 147/19 192/15 193/21 203/23 215/16
**settlements [1]**   23/10
**seven [4]**   43/2 111/11 111/11 111/12
**several [9]**   11/9 12/1 14/3 39/1 76/13 77/2 142/20 148/5 182/13
**several-decade [1]**

**S**

**several-decade... [1]** 76/13
**several-year [1]** 77/2
**severe [2]** 62/14 81/3
**sex [1]** 195/14
**sexual [6]** 57/5 68/11 68/19 71/7 90/21 211/10
**shall [1]** 121/21
**share [5]** 9/20 141/8 178/21 189/4 199/7
**shared [2]** 130/25 164/9
**sharing [3]** 8/17 9/18 14/16
**sharp [1]** 185/6
**sharply [2]** 103/1 107/3
**she [19]** 4/12 4/20 4/22 5/9 5/10 65/21 66/2 80/9 87/12 87/13 87/14 87/15 95/9 115/16 115/20 117/19 117/20 139/10 174/24
**Sheriff [10]** 58/7 59/23 103/4 186/11 186/17 191/13 198/8 199/4 200/18 210/14
**shirt [1]** 172/22
**shock [2]** 90/14 90/15
**shocked [1]** 89/5
**shocking [2]** 89/3 131/14
**shoot [2]** 193/11 193/15

**shoot-out [1]** 193/11
**shoot-outs [1]** 193/15
**shooting [2]** 192/11 193/12
**short [1]** 175/4
**shorthand [2]** 215/5 215/8
**should [15]** 24/8 27/6 37/9 37/18 37/19 63/20 116/4 124/8 137/10 155/20 194/8 195/13 195/13 197/13 209/2
**shouldn't [4]** 81/20 82/11 83/17 156/7
**show [19]** 37/6 59/9 93/5 94/6 94/9 94/14 95/2 95/3 103/23 104/5 105/5 110/2 117/9 130/24 133/17 144/4 150/18 202/8 209/24
**showed [4]** 86/1 104/6 104/9 206/18
**showing [5]** 63/25 77/8 102/10 129/16 169/18
**shown [5]** 123/10 124/6 127/7 127/7 180/7
**shows [23]** 56/18 59/6 64/10 64/25 66/14 71/6 76/14 76/18 81/23 94/4 98/8 99/13 99/20 103/6 139/13 139/16 162/17 163/21 171/17 197/1 203/2 203/10

**sic [1]** 174/2
**side [8]** 47/17 47/17 47/21 48/17 48/20 48/24 137/7 202/3
**sidewalk [1]** 32/3
**sidewalks [2]** 32/18 32/19
**sign [5]** 88/14 88/15 88/16 89/12 90/24
**signature [6]** 122/22 122/24 123/13 123/16 123/25 127/8
**signed [2]** 17/25 84/25
**significant [15]** 65/4 65/7 72/2 96/13 105/15 108/21 128/7 131/14 167/13 174/6 196/22 204/17 204/19 205/5 209/25
**significantly [2]** 92/6 108/25
**similar [14]** 52/8 86/16 86/18 87/15 98/4 109/3 119/11 127/9 139/14 141/6 141/16 193/18 200/12 210/15
**Simmons [2]** 153/15 153/21
**simple [1]** 191/2
**simply [3]** 79/20 115/7 115/13
**simultaneously [1]** 107/19
**since [18]** 7/4 7/7 7/14 18/18 18/19 19/10 20/5 20/16

**S**

**since... [10]**
21/11 24/5 38/23
39/1 41/8 43/21
93/2 94/7 96/3
126/12
**single [6]** 87/21
94/13 99/17 158/18
170/18 193/2
**singled [1]** 203/11
**sir [13]** 6/6 18/24
29/13 29/16 33/17
35/9 68/21 101/18
132/10 155/13
162/19 180/24
183/23
**Sister [1]** 88/15
**site [2]** 20/13
122/5
**situation [1]**
72/16
**situations [1]**
30/4
**six [1]** 120/12
**Sixty [1]** 60/6
**size [2]** 62/16
204/2
**skeletal [1]** 64/22
**skills [1]** 9/6
**skin [1]** 22/1
**skinned [3]** 8/7
19/13 117/20
**skipped [1]** 194/11
**slate [1]** 24/15
**sleep [2]** 87/15
200/14
**slip [2]** 82/3
83/10
**slips [1]** 210/10
**slow [1]** 183/14
**slower [1]** 141/24
**slum [2]** 161/25
162/2

**slums [1]** 162/1
**small [13]** 7/15
12/23 25/19 65/19
65/20 65/22 66/3
66/17 68/17 68/18
80/12 82/22 204/15
**smaller [1]** 81/22
**snared [1]** 104/7
**snippet [1]** 182/20
**so [329]**
**So recall [1]**
151/1
**so-called [12]**
56/24 88/22 110/18
111/7 112/5 115/2
120/2 133/14 141/7
145/12 160/12
176/9
**soaring [1]** 108/24
**social [23]** 8/25
9/21 10/11 35/21
38/22 40/13 40/20
41/2 42/10 42/21
49/18 49/20 52/5
52/17 52/18 52/20
62/10 73/7 73/8
97/7 98/21 99/15
176/23
**society [3]** 115/24
119/24 190/25
**solely [1]** 173/2
**solid [2]** 50/8
50/21
**some [89]** 9/25
10/2 19/8 19/8
21/2 21/8 21/24
21/25 22/5 22/14
25/21 29/7 29/24
30/1 30/13 30/15
36/9 36/14 40/12
41/14 46/8 49/8
49/12 49/14 50/5
51/8 53/24 57/15
58/2 58/6 61/25

62/13 64/22 65/15
71/9 72/24 75/20
76/6 79/3 83/1
83/19 86/19 87/17
89/16 89/18 91/23
92/6 92/14 92/18
92/19 94/11 128/12
133/4 134/8 137/13
146/23 148/15
148/17 149/13
155/11 155/11
161/19 162/3
162/17 162/19
163/15 163/15
164/4 164/6 173/1
176/9 178/9 178/9
186/6 187/13
187/22 188/24
189/23 192/18
192/22 195/11
197/14 198/7 198/8
198/19 206/11
207/4 209/18
210/11
**some-odd [3]** 49/8
50/5 89/16
**somebody [1]**
165/17
**somehow [4]** 89/1
159/21 159/22
210/10
**someone [31]** 22/17
28/14 40/25 67/17
70/3 74/17 74/18
74/23 80/16 82/4
86/25 94/16 98/7
108/13 124/24
125/5 136/9 137/16
140/11 159/10
164/7 164/7 168/17
172/7 184/2 185/4
186/24 191/2
192/20 192/23
193/13

**S**

someone's [1]
24/18

something [36]
24/16 40/4 48/8
50/4 50/12 51/2
54/2 56/7 58/15
59/13 62/3 66/7
84/2 95/14 120/4
129/16 136/11
136/16 137/11
144/24 145/6
146/11 147/7
148/14 151/8
151/19 155/2
157/10 158/19
164/11 164/12
171/10 171/17
186/9 186/10
186/19

sometime [1]
210/24

sometimes [2]
34/15 51/22

somewhat [2] 39/14
110/6

somewhere [1]
161/8

song [1] 147/15

songs [4] 131/15
131/18 131/21
132/9

sorry [19] 29/15
33/21 45/9 46/12
89/24 98/12 103/25
106/9 118/11 122/6
130/10 137/3
149/16 149/19
156/10 164/23
184/19 194/11
212/8

sort [5] 9/15
18/14 135/7 147/20

sought [1] 164/11
sound [1] 51/23
source [4] 62/7
63/3 117/17 129/10
sources [9] 62/21
75/21 113/9 116/13
116/15 116/19
116/22 117/15
201/23
SOUTH [13] 1/4 4/8
8/1 8/5 8/11 8/20
9/7 9/15 10/9
10/14 11/14 22/3
25/1
SOUTHERN [8] 1/1
1/13 4/13 4/15
4/17 4/25 215/3
215/6
space [1] 32/3
spaces [2] 8/13
32/17
Spanish [2] 87/23
121/12
speak [3] 27/18
46/12 88/8
speaking [5] 70/1
70/11 121/16 150/7
199/15
speaks [1] 121/23
special [1] 84/15
specialty [1]
38/20
specific [16]
10/25 21/15 24/10
44/14 46/3 63/12
63/13 77/17 116/25
141/4 178/20
185/16 206/11
207/4 208/6 208/11
specifically [16]
12/4 13/9 14/25
16/4 18/14 19/13
31/6 64/24 64/24

98/24 123/10
142/18 185/15
specified [1]
71/23
speculating [2]
27/14 136/13
speculation [6]
78/4 140/7 151/24
166/1 176/3 196/14
Speculative [1]
146/15
speech [1] 120/8
spell [1] 6/12
spelling [1] 35/5
spending [1]
196/25
spent [1] 51/4
spin [1] 115/21
spin-offs [1]
115/21
SPLC [10] 136/7
136/9 147/5 172/4
172/8 172/16
176/13 182/15
184/21 185/8
SPLC's [2] 172/5
185/3
SPLC-loving [1]
172/4
spoke [3] 26/13
28/7 30/24
spokesperson [2]
119/2 164/6
sponsor [13] 86/9
86/17 139/19 142/5
143/16 144/16
144/21 154/14
156/20 156/20
173/19 185/18
191/7
sponsored [2]
133/16 175/5
sponsors [9] 16/17

**S**

**sponsors... [8]**
71/3 86/5 86/8
88/4 138/23 144/20
197/15 210/4
**spotty [1]** 73/2
**square [1]** 86/10
**ss [1]** 215/2
**stabilized [1]**
159/3
**staff [9]** 7/16
27/15 109/15 111/3
111/5 111/16
153/24 153/25
174/9
**stakeholders [1]**
11/18
**stamped [1]** 194/1
**stamps [2]** 161/5
161/16
**stand [7]** 31/25
32/19 37/3 56/3
190/12 199/6
199/23
**standard [3]** 49/18
97/10 109/8
**standing [2]** 8/13
19/7
**stands [1]** 185/6
**stark [2]** 81/16
97/23
**start [2]** 112/14
182/8
**started [1]** 4/5
**starting [2]** 4/10
69/24
**starts [1]** 138/17
**state [63]** 4/9
6/12 12/24 21/7
25/5 25/9 25/24
26/18 26/22 27/2
27/18 33/22 35/5
39/6 39/9 39/16

47/22 48/14 48/23
49/1 53/15 55/13
56/7 56/15 58/16
60/15 63/12 63/14
65/11 65/24 67/1
69/20 72/8 72/9
72/19 77/1 77/17
78/12 80/8 80/12
85/1 87/6 99/20
99/21 109/11 135/4
135/5 141/12
153/16 155/4
157/25 186/4 186/5
186/6 187/17 190/5
192/21 192/22
192/25 193/8
194/23 199/20
199/24
**state's [3]** 147/22
147/24 148/1
**state-specific [1]**
77/17
**stated [4]** 110/19
118/10 127/7 196/7
**statement [5]**
55/12 87/4 170/7
185/13 193/9
**statements [16]**
16/11 51/21 51/23
86/18 87/5 112/21
112/25 113/4
115/16 117/23
119/4 132/17
133/19 156/12
156/23 197/15
**states [39]** 1/1
1/11 39/8 39/13
42/17 43/9 58/10
77/20 79/5 84/12
84/16 91/11 91/15
93/11 99/19 102/23
105/9 113/3 114/18
117/4 117/20
117/25 120/9 128/3

128/6 132/1 156/4
156/18 158/17
158/21 159/1
159/22 176/25
187/3 192/24
208/18 210/2 215/1
215/6
**statewide [1]**
135/22
**station [3]** 10/7
20/24 31/24
**stationing [1]**
13/22
**stations [1]** 8/14
**statistic [1]** 52/5
**statistical [5]**
50/16 100/10
203/24 204/8
205/10
**statistically [9]**
65/4 65/7 72/1
203/17 204/4
204/17 204/19
205/4 209/25
**statistics [3]**
49/25 50/1 56/5
**status [14]** 8/6
24/19 25/14 76/5
82/13 83/12 93/19
93/25 94/11 140/11
176/6 194/15
194/25 206/18
**staying [1]** 205/7
**steadily [1]**
106/20
**steady [1]** 202/25
**stealing [1]**
121/22
**steeply [1]** 106/18
**Stein [1]** 119/1
**Stein's [1]** 119/3
**Steinlight [2]**
119/2 120/7
**stenographic [1]**

**S**

stenographic... [1]
215/11
Stephen [1]  119/2
stepped [8]  5/9
81/1 96/19 97/22
102/21 103/7
103/10 103/18
stepped-up [7]
81/1 96/19 97/22
102/21 103/7
103/10 103/18
still [6]  120/25
121/1 122/15
127/15 127/20
147/16
stock [1]  176/17
stole [1]  121/19
stood [1]  185/10
stop [8]  58/4 59/1
59/25 61/9 91/16
95/13 181/21
184/14
stopped [2]  21/25
73/23
stopping [2]  12/18
91/6
stops [3]  25/18
56/6 56/8
stores [1]  31/12
Storm [1]  158/16
strategy [1]
134/17
street [3]  2/3
32/4 149/18
streets [4]  71/5
74/16 193/11
200/13
stress [2]  94/17
102/21
stressed [1]
197/25
strike [4]  30/8

187/24
stringent [6]
65/15 65/25 66/7
92/19 103/2 187/8
strips [1]  13/6
Strong [1]  158/15
strongly [1]  146/4
struck [4]  24/9
25/9 89/24 185/5
structure [1]
64/22
struggle [1]  43/23
students [2]
103/11 103/16
studied [1]  78/25
studies [33]  50/3
58/22 59/8 59/9
60/2 61/18 78/13
86/1 93/5 94/6
94/9 94/14 94/19
95/2 95/5 96/13
96/17 98/18 99/3
102/1 102/4 103/17
104/11 104/23
105/4 116/23 202/8
206/8 208/12
209/11 209/17
209/20 209/24
study [28]  55/25
60/3 60/9 62/12
62/15 65/19 65/20
66/11 77/2 77/4
77/7 97/1 97/15
100/10 100/18
102/12 102/22
103/6 103/12 110/4
140/8 206/14
206/16 206/18
206/22 208/15
209/3 210/20
studying [3]  12/8
97/14 184/2
stuff [2]  41/11

subcommittee [3]
86/23 197/24 199/3
subhuman [1]
119/24
subject [17]  37/9
52/23 58/5 73/23
76/25 77/20 155/6
155/22 165/11
165/20 171/13
171/15 171/17
187/2 193/5 194/24
215/13
subjecting [1]
195/13
submission [1]
148/17
submitted [4]
125/5 148/3 168/13
179/13
substance [3]
51/18 174/11 175/2
substantial [6]
64/4 64/25 65/6
75/22 103/15
207/16
substantially [5]
106/25 197/5 206/9
206/19 208/3
substantive [4]
36/1 53/2 53/17
185/23
substantively [1]
42/24
substituted [2]
121/12 147/25
subtracted [1]
111/24
subverted [1]
197/3
successor [2]
190/11 190/12
succumbing [1]
119/19

**S**

**such [10]**   16/22
76/7 82/1 88/22
117/2 125/2 133/20
135/20 136/8
188/13
**suffered [1]**   105/1
**suggest [2]**   37/18
168/18
**suggesting [2]**
44/19 160/15
**suggestion [1]**
101/6
**suggestions [1]**
147/22
**suggests [4]**   59/12
88/21 145/20 161/5
**Suicide [1]**   119/10
**sum [1]**   76/22
**summarize [1]**
212/10
**summary [2]**   37/5
39/22
**superior [2]**
112/19 112/21
**superiority [1]**
117/9
**supervision [1]**
7/16
**supplemental [1]**
95/15
**supplemented [1]**
209/2
**supply [1]**   97/19
**support [23]**   8/21
10/21 11/22 12/12
15/13 15/17 16/18
17/18 24/16 27/9
28/3 78/6 83/23
114/23 116/13
116/19 116/22
119/8 134/17
164/14 200/9

**supporters [5]**
135/10 170/5 175/6
189/12 197/12
**supporting [1]**
202/2
**suppose [1]**   183/25
**supposed [3]**
119/13 157/13
193/6
**supposedly [2]**
112/18 112/24
**suppressed [1]**
117/14
**supremacist [1]**
15/1
**Supreme [1]**   48/19
**sure [44]**   9/2 9/9
10/5 11/6 14/1
20/20 20/25 22/6
25/21 26/19 28/13
33/18 34/20 39/4
46/7 57/15 60/21
76/20 89/8 104/2
107/5 112/7 118/14
122/2 122/19
126/15 147/19
150/16 155/14
156/15 162/3
162/16 162/21
172/24 174/14
175/19 178/15
178/21 179/25
181/7 190/24
194/17 210/14
210/19
**sure-fire [1]**
28/13
**surname [1]**   87/23
**surnames [1]**
132/24
**surprising [1]**
147/3
**surprisingly [1]**

**surround [1]**
200/13
**survey [3]**   92/17
97/6 97/10
**surveys [1]**   50/2
**suspect [2]**   189/22
189/23
**suspected [8]**
62/22 72/5 90/4
124/25 124/25
125/7 125/18
197/10
**suspicion [1]**
189/23
**sustain [1]**   96/13
**sustained [23]**
17/1 74/6 74/21
75/2 93/23 98/14
99/15 107/11
109/19 109/24
130/11 131/2
136/15 150/21
151/23 156/9
156/11 162/18
196/17 201/18
212/3 212/12
212/18
**swan [1]**   51/12
**swans [1]**   54/7
**swarming [1]**   161/7
**sweeping [2]**   78/24
79/20
**sweeping-up [1]**
78/24
**sweeps [1]**   75/22
**swept [10]**   77/22
78/10 79/10 80/11
82/10 189/10
210/22 210/25
211/2 211/12
**SWORN [2]**   6/10
33/19
**sympathetic [2]**

**S**

**sympathetic... [2]**
139/18 164/10
**synergistic [1]**
85/5
**Syracuse [1]**   63/4
**system [8]**   47/24
48/1 73/2 73/25
80/19 81/21 94/13
140/10
**systematic [1]**
56/20

**T**

**T-shirt [1]**   172/22
**table [7]**   69/11
69/16 70/23 81/7
110/8 203/16
203/17
**tables [4]**   179/1
179/13 180/9
180/12
**tactics [2]**   121/23
159/20
**Taddeo [1]**   168/13
**taillight [3]**
191/5 191/21 210/8
**tailored [1]**   37/7
**take [32]**   28/11
63/15 68/21 68/24
69/11 79/1 80/21
81/8 86/24 96/24
101/7 106/7 107/22
109/2 128/18
140/15 150/8 152/6
159/18 165/22
167/9 177/15 182/1
190/15 194/5
194/20 195/3
199/11 202/20
203/8 205/13 207/7
**taken [6]**   111/14
121/18 131/1 133/5
182/6 192/9

**takes [2]**   172/5
172/6
**taking [7]**   6/20
97/7 119/7 119/24
125/12 154/23
164/15
**talk [31]**   36/5
37/20 38/11 41/15
57/16 66/8 66/21
69/13 83/20 87/17
91/12 91/13 92/10
97/25 101/25 104/2
105/17 110/25
116/22 121/14
126/17 129/17
129/18 130/17
137/9 144/18 152/9
162/17 171/25
172/1 189/11
**talked [26]**   16/11
17/16 62/3 75/4
76/24 84/23 85/5
85/17 88/14 102/25
105/8 119/18
119/23 123/5
124/17 129/11
131/13 133/12
133/13 133/20
155/23 170/3 175/7
176/8 187/25
194/14
**talking [28]**   17/12
31/6 44/21 64/23
70/23 71/25 74/3
88/18 91/9 91/15
91/16 92/1 93/15
98/1 104/16 118/25
138/17 157/19
163/25 168/5 171/1
171/2 172/3 182/22
187/14 193/17
210/16 212/11
**talks [9]**   91/6
98/24 99/12 155/14

170/16 170/25
**Tallahassee [8]**
1/24 2/3 17/15
26/14 27/19 27/22
27/23 149/15
**tank [1]**   116/23
**Tanton [11]**   15/23
112/16 113/7
113/12 113/22
114/12 115/1 115/4
115/22 115/23
116/12
**Tanton's [1]**
117/22
**target [3]**   59/21
78/20 210/4
**targeted [2]**   61/10
61/11
**targeting [3]**
13/24 85/13 190/23
**teaching [1]**   40/15
**technical [1]**
147/20
**technological [1]**
215/13
**TEEGEN [2]**   1/22
5/5
**teeth [2]**   141/10
141/14
**telegrams [1]**
135/12
**televised [1]**
209/13
**tell [46]**   7/20
7/23 11/7 27/20
35/14 38/12 38/15
39/24 46/21 53/25
54/18 57/19 63/24
79/6 79/24 81/10
91/2 109/4 112/13
113/12 116/19
118/3 118/19
120/17 124/16

**tell... [21]**
124/20 125/23
125/25 127/16
131/6 139/12 142/2
142/12 142/15
143/5 151/7 152/8
154/8 155/8 167/11
173/21 189/4
190/18 197/16
202/21 205/15
**telling [2]**   101/24
116/20
**temporary [1]**
82/13
**tend [3]**   8/4 99/21
99/22
**tens [1]**   108/10
**term [9]**   39/11
80/24 86/13 91/9
93/3 155/24 156/7
156/15 159/10
**terms [12]**   18/10
25/7 68/10 72/21
75/9 80/13 88/6
91/7 141/5 156/16
160/12 166/25
**test [1]**   97/21
**testified [13]**
46/25 47/1 47/3
87/13 105/4 124/1
131/9 170/21
184/24 191/14
200/10 202/11
202/12
**testify [4]**   127/2
193/25 198/14
208/23
**testifying [5]**
134/22 137/15
138/4 170/16
198/15
**testimonial [1]**

**testimony [39]**
5/14 34/1 34/4
34/11 34/15 35/2
44/10 44/17 80/14
82/23 86/19 89/3
92/20 95/3 95/18
95/18 95/23 96/15
98/4 104/14 120/23
122/4 123/21 124/7
124/9 140/1 156/8
157/13 157/16
162/9 162/14
181/23 181/24
184/24 187/24
188/9 190/23 197/9
201/2
**Texas [5]**   92/18
120/8 206/17
206/17 207/5
**text [2]**   138/13
147/14
**textile [1]**   116/24
**than [39]**   31/5
40/7 41/18 59/11
61/13 64/16 66/7
75/12 93/17 99/22
106/25 108/9
108/11 108/17
108/18 110/13
111/12 111/18
111/20 112/6
120/12 138/2 141/4
141/24 144/1 144/3
144/14 191/24
202/9 202/17
204/11 205/3
205/25 206/2 206/6
206/9 206/20
207/25 211/13
**thank [83]**   4/6
5/11 5/24 6/2 6/11
6/16 6/20 6/21
8/17 9/18 14/16

32/21 32/23 32/25
33/3 34/8 35/9
35/13 36/8 36/21
37/23 44/8 46/17
47/15 49/4 49/11
50/20 52/6 53/13
53/21 60/7 60/18
68/14 69/8 70/10
70/22 70/22 81/6
96/4 101/2 101/9
101/10 101/21
103/22 107/12
114/11 124/11
125/21 127/12
132/11 133/8 135/2
138/14 140/14
142/17 150/6
151/25 153/10
157/4 164/19 167/7
169/5 169/16 173/8
175/1 177/3 177/12
177/21 180/22
181/12 183/24
187/10 188/15
188/25 193/24
201/7 205/6 213/14
214/4 214/6
**Thankfully [1]**
149/25
**thanking [1]**
152/19
**thanks [2]**   38/25
153/4
**that [837]**
**that's [96]**   7/12
7/16 22/3 23/11
23/11 23/19 23/19
29/23 34/21 34/23
34/24 40/4 41/11
45/8 45/10 45/14
50/12 50/13 50/20
56/14 56/18 58/15
60/15 61/7 61/13

**that's... [71]**
 67/15 68/17 72/17
 76/20 77/6 77/8
 77/11 77/15 77/24
 80/18 81/12 81/18
 85/2 90/14 93/8
 97/14 98/8 101/3
 101/6 105/10
 107/24 108/19
 108/20 109/13
 116/12 117/25
 124/5 125/24
 126/21 126/22
 127/8 128/13 138/3
 142/9 142/9 144/17
 144/22 144/24
 149/22 149/25
 152/15 155/2 156/7
 157/25 158/22
 161/18 161/24
 162/24 170/3
 171/11 178/25
 179/6 179/12
 179/13 179/15
 179/19 180/5
 183/11 185/16
 185/23 186/3 188/3
 194/2 198/16
 199/21 200/15
 203/10 209/12
 212/2 213/14
 213/23
**theft [6]**  7/9 7/10
 11/2 22/20 23/1
 23/18
**their [73]**  10/1
 10/6 15/7 17/24
 18/9 20/20 22/1
 22/1 23/5 23/21
 24/2 28/1 28/6
 29/1 30/1 32/17
 34/3 34/16 53/20

 70/5 70/7 73/3
 75/16 79/14 79/17
 80/6 80/17 91/24
 98/7 100/15 102/20
 115/10 115/11
 115/12 115/13
 116/15 119/1
 121/12 121/20
 121/20 121/23
 132/17 132/18
 132/18 134/14
 136/1 136/5 136/19
 137/18 139/19
 141/17 142/23
 147/1 156/5 158/7
 160/3 168/19 170/5
 176/21 176/21
 176/24 176/25
 185/20 187/7 194/7
 194/25 195/21
 197/7 199/13
 206/22
**them [87]**  10/3
 10/4 11/16 15/19
 18/8 18/10 18/13
 18/13 18/14 18/14
 19/4 19/13 19/23
 20/2 20/5 21/4
 21/25 23/4 23/5
 23/22 23/22 23/23
 24/14 24/15 24/19
 25/7 28/9 28/10
 28/17 28/21 29/4
 29/5 30/5 39/19
 40/12 46/24 46/24
 51/13 53/6 61/1
 66/18 70/7 71/9
 71/12 71/15 76/13
 83/1 83/4 89/1
 89/2 89/13 89/20
 94/8 111/8 112/15
 118/19 123/5 123/5
 125/17 131/16

 145/10 146/23
 152/22 153/4 159/8
 159/8 159/12
 159/13 160/11
 161/7 161/11 165/8
 168/18 173/14
 176/9 176/19 178/7
 178/8 184/13 186/2
 188/24 198/13
 198/25 204/18
 211/9
**theme [6]**  197/25
 198/3 198/5 198/19
 198/21 210/13
**themselves [12]**
 13/7 13/23 25/6
 28/11 29/4 82/24
 83/4 92/16 100/21
 135/18 157/24
 170/19
**then [78]**  10/11
 11/16 11/20 12/8
 14/1 14/5 17/16
 21/1 21/3 21/5
 22/16 23/9 33/10
 35/4 37/11 38/19
 43/21 46/6 49/6
 49/13 51/25 53/10
 53/11 57/15 59/25
 62/20 64/5 65/22
 67/13 69/23 71/12
 71/17 71/22 73/23
 80/20 82/20 88/11
 106/2 106/20
 108/15 118/1 120/7
 122/10 125/3 125/6
 130/19 137/22
 137/25 139/4 140/1
 145/9 147/9 150/22
 156/3 157/22 158/4
 158/23 159/3 159/4
 159/11 159/16
 160/12 161/10

**then... [15]**
165/17 168/24
171/25 172/9 175/2
180/13 183/6
183/23 187/6
188/19 192/25
205/20 207/20
208/1 213/16
**theoretically [1]**
52/20
**theory [2]** 64/23
120/3
**there [128]** 5/13
9/4 16/22 18/12
18/19 19/15 19/25
20/1 21/13 25/10
26/19 26/22 27/17
27/19 28/18 30/3
30/13 30/20 31/5
35/1 36/18 37/13
38/15 40/8 46/14
47/12 49/9 50/3
56/9 56/15 56/18
57/7 57/11 58/17
58/19 59/8 60/24
61/17 62/14 66/3
67/19 75/10 83/14
83/14 83/16 84/24
88/4 88/21 90/9
98/6 100/10 103/7
103/9 106/2 106/5
106/5 108/14
110/17 111/6 112/3
115/14 118/5
123/17 124/2 124/4
126/13 128/12
132/17 133/20
133/21 139/10
141/14 146/2 146/6
146/11 146/23
146/25 148/13
149/13 151/8

151/10 152/21
156/23 157/10
162/19 163/5 164/4
164/21 172/13
174/5 174/16
175/14 175/20
175/20 176/19
177/7 179/22 180/6
181/3 181/8 182/4
187/12 187/15
188/7 188/23 189/8
189/10 191/22
195/4 195/5 195/6
195/8 195/11 197/2
198/12 200/16
202/15 204/19
208/12 209/11
209/17 209/18
209/24 212/14
212/19 213/2
213/13 213/19
**there's [50]** 6/5
21/6 21/18 24/18
28/13 29/2 36/23
37/17 44/5 51/8
57/21 60/22 65/10
65/15 71/23 75/23
81/2 83/3 104/19
111/14 113/14
127/18 127/22
130/18 138/11
139/22 144/4
146/15 146/16
149/1 149/7 150/21
151/22 158/10
159/15 159/16
159/23 168/6
171/11 175/23
181/25 184/8 187/4
189/17 189/24
194/3 196/24 203/4
203/5 207/14
**therefore [1]**
215/12

**these [146]** 13/15
13/20 14/20 14/22
15/3 16/6 16/15
16/23 17/3 19/7
22/10 22/13 24/19
25/11 26/3 30/25
31/8 32/16 36/2
37/4 37/8 40/14
41/15 41/17 44/6
47/11 48/12 50/10
52/12 53/11 55/21
56/24 57/10 58/23
59/3 62/4 62/20
63/7 63/8 63/9
64/16 65/8 66/17
66/24 66/25 67/3
68/3 71/6 71/16
72/3 72/4 76/25
77/8 77/15 78/12
78/19 78/22 82/14
83/1 83/2 84/13
87/25 89/1 89/12
90/15 91/14 91/14
92/5 93/19 94/14
98/9 100/17 100/22
104/19 106/18
107/17 110/20
110/23 111/1
111/10 111/15
111/17 112/13
115/16 117/14
117/23 123/2 125/7
126/20 126/23
129/20 129/25
132/15 132/18
133/4 133/9 133/24
134/1 136/3 136/21
137/13 138/6
143/23 145/1 145/6
145/12 146/22
146/22 148/7 148/9
158/25 159/17
160/15 161/25
163/2 164/10

**these... [30]**
166/22 170/10
170/13 170/20
175/23 175/25
176/14 176/23
180/17 183/8
184/10 185/10
188/23 193/5 194/4
196/6 196/9 198/1
198/15 201/21
201/24 202/1
204/16 205/1
205/10 205/17
205/18 205/20
205/21 211/8
**these organizations**
**[1]** 16/6
**they [183]** 8/5 8/6
10/1 12/4 13/13
13/15 17/22 17/23
17/23 18/3 18/7
19/4 19/5 19/9
19/9 19/11 20/8
20/22 21/2 21/19
21/22 21/25 22/15
23/4 23/23 25/17
28/14 30/25 31/17
32/18 36/14 37/18
45/24 47/6 48/19
48/22 51/12 51/13
51/24 57/3 61/10
63/11 65/10 66/18
66/20 67/18 72/3
72/7 72/7 72/22
73/10 73/11 73/12
73/18 74/24 75/7
76/6 78/14 78/20
80/11 81/20 81/21
82/20 83/11 84/15
86/16 87/12 87/19
87/25 88/2 88/5
89/4 89/14 92/18

102/13 104/17
115/13 116/4
117/21 119/4 123/4
125/13 129/20
134/2 134/4 134/14
135/15 136/4
137/14 137/17
139/3 139/4 139/17
141/17 141/18
145/13 146/5 146/8
146/17 147/7
148/11 148/12
149/21 151/20
153/19 154/16
156/1 156/4 157/2
157/22 157/22
157/24 158/1 158/7
158/19 159/8 159/9
159/13 160/24
161/7 161/10
161/20 161/21
162/5 162/25
163/11 163/25
164/2 164/11
164/12 168/18
168/18 168/20
168/21 168/24
169/2 170/11
171/20 171/21
171/25 172/1
172/14 172/17
173/11 173/13
175/14 176/10
176/17 176/19
178/10 179/2 179/3
180/10 180/12
180/13 182/21
186/5 186/5 186/7
186/9 186/10
186/23 186/24
186/25 187/6
189/21 189/22
190/24 193/21

195/23 197/25
199/13 206/25
207/15 208/8 209/2
209/14 210/22
**they'll [2]** 172/22
175/7
**they're [33]** 8/12
10/2 24/16 24/25
24/25 28/12 31/11
32/18 54/7 68/7
76/5 93/20 94/10
120/20 133/6
133/23 133/24
134/6 146/4 147/20
153/5 154/15
155/15 157/19
160/14 160/24
163/1 168/14 172/3
175/11 179/15
186/22 204/18
**they've [8]** 14/23
18/20 18/20 25/23
70/17 133/11
140/11 162/2
**thing [17]** 25/12
56/14 86/9 86/10
90/12 128/1 143/18
144/22 145/2 148/5
164/4 172/14 174/1
182/22 197/20
197/20 203/10
**things [19]** 39/1
39/4 39/21 49/24
55/18 57/4 73/6
75/25 82/14 84/23
87/14 111/6 112/2
151/10 160/16
176/19 182/13
191/24 204/2
**think [93]** 10/21
10/22 12/1 13/4
21/6 24/7 24/8
24/9 24/11 25/8

**T**

**Thirteen [1]** 12/12

**though [7]** 35/19

**think... [83]**
25/12 31/2 37/15
40/12 44/13 57/10
60/15 66/19 68/3
68/16 68/22 68/22
69/2 75/4 81/16
82/18 83/9 88/14
91/23 96/18 101/15
103/19 106/1 106/7
106/17 110/5
110/25 111/11
111/19 112/9
114/19 116/23
118/1 118/2 121/23
123/1 123/7 123/25
126/9 126/18 128/5
128/14 129/4
130/12 133/15
133/18 134/7
134/10 137/13
137/16 139/6
148/22 149/22
152/9 157/5 159/16
159/23 162/16
163/14 163/22
164/17 166/24
174/2 174/15
174/15 175/20
178/5 182/13 188/3
188/23 192/14
194/3 194/14
197/19 198/23
199/19 200/18
200/19 208/16
210/15 210/23
210/24 212/20

**thinking [3]** 59/13
128/14 157/7

**third [8]** 40/25
71/18 79/17 118/1
119/21 120/11
161/23 164/13

**this [576]**
**those [112]** 8/7
10/15 13/4 13/24
13/25 16/1 18/17
18/19 18/23 19/8
20/7 20/10 20/17
20/18 21/14 22/13
22/23 23/3 27/3
32/19 36/12 37/18
40/16 41/5 41/12
41/23 44/5 44/24
47/5 47/8 47/16
48/9 48/9 49/10
50/21 51/23 52/7
52/13 54/24 61/6
64/7 64/8 64/11
64/12 64/21 66/8
66/11 66/14 68/12
68/13 68/18 71/10
71/20 72/9 72/10
74/3 74/4 74/9
81/9 81/22 82/10
82/12 82/16 82/19
83/10 83/13 84/14
90/2 91/7 91/12
92/8 94/8 96/22
97/12 97/12 98/6
104/7 107/24
109/13 109/22
110/2 113/11
115/10 116/19
126/10 137/10
148/11 148/13
149/17 158/14
160/9 164/17
166/23 176/7
177/24 179/2
179/14 179/17
180/9 183/5 188/24
191/5 196/13
198/24 199/5 199/6
201/1 201/13 204/7
206/18 210/4 211/7

**thought [5]** 12/6
45/15 112/1 144/2
145/24

**thoughts [3]**
127/16 171/14
189/4

**thousand [1]** 95/10

**thousands [10]**
39/17 50/15 52/4
65/5 76/24 103/13
103/15 108/11
121/10 121/18

**threat [44]** 59/15
59/16 62/18 83/21
83/23 83/25 84/2
84/7 84/10 84/13
84/15 84/16 84/20
85/2 85/11 85/15
85/18 85/22 86/6
86/11 88/7 88/17
88/20 88/21 88/22
89/9 89/10 90/22
91/4 91/5 91/8
91/17 91/19 92/4
105/25 109/1
109/10 133/9
133/11 133/17
160/13 175/6
201/12 208/7

**threaten [1]** 23/22

**threatened [1]**
15/12

**threatening [2]**
62/11 158/17

**threatens [2]**
113/2 176/16

**three [13]** 16/15
23/16 40/19 49/9
53/8 68/2 90/4
97/24 97/25 113/7

57/7 83/11 108/3
128/23 168/3
189/15

**three... [3]**
118/24 164/17
204/12
**three-and-a-half-ye**
**ar [2]** 68/2 90/4
**through [53]** 1/8
8/21 8/23 9/16
20/5 23/8 23/9
30/3 30/14 43/2
50/14 50/15 51/19
52/3 52/13 60/19
66/24 67/25 71/22
72/7 82/3 82/9
83/10 96/4 99/12
106/15 108/3 114/1
127/21 131/10
132/19 133/6 134/3
135/14 136/18
146/24 147/2
154/16 155/11
158/18 162/24
163/2 163/3 163/9
168/4 168/11
172/14 188/23
188/24 198/25
201/9 206/8 213/7
**throughout [14]**
8/20 10/14 17/22
34/22 36/1 43/23
50/23 86/14 95/2
99/19 129/5 146/12
161/12 170/6
**tie [1]** 118/6
**tied [6]** 19/13
24/10 61/13 164/14
164/17 185/2
**ties [1]** 125/10
**time [54]** 6/20
10/1 23/5 26/6
34/7 40/7 43/17
44/20 46/6 46/10
47/20 51/3 51/5
51/17 54/3 54/4
60/12 61/25 64/4
64/5 65/6 68/21
76/5 79/9 86/25
96/4 106/3 106/6
107/6 108/24
112/17 118/8
118/16 124/1 126/7
128/4 129/5 129/8
129/8 135/7 135/10
135/11 135/25
138/2 148/25
150/18 153/11
161/14 169/14
177/5 181/10
185/12 190/21
212/25
**times [13]** 43/13
43/15 108/18 120/1
149/23 150/7
155/24 170/6
170/25 197/19
198/6 199/3 202/1
**timing [2]** 174/21
211/24
**title [5]** 39/25
64/1 151/9 163/19
165/21
**today [13]** 5/9
5/10 6/20 26/4
37/21 46/5 50/22
92/9 112/9 129/17
184/20 210/24
212/6
**together [7]** 71/11
71/13 71/15 71/17
105/13 116/5
196/24
**told [3]** 22/12
28/17 171/4
**tolerate [1]** 28/12
**tomorrow [3]**
144/20 213/17
214/3
**tone [1]** 43/4
**too [13]** 54/17
132/20 142/9
152/15 156/17
166/1 195/2 195/18
196/3 199/8 203/24
212/9 214/5
**took [1]** 95/15
**tool [1]** 188/22
**tools [1]** 200/3
**top [6]** 152/12
152/13 152/14
166/9 184/3 187/6
**topic [3]** 140/9
205/7 206/15
**toss [1]** 160/22
**totality [1]** 53/8
**touched [1]** 120/1
**tough [2]** 86/24
199/11
**towards [8]** 84/9
85/9 114/22 117/11
121/3 136/23
138/12 160/9
**town [3]** 65/20
65/22 66/3
**TPS [5]** 82/15
83/13 194/14
194/15 194/18
**TRAC [6]** 63/4 64/1
64/6 67/22 90/2
102/7
**track [1]** 200/19
**traffic [13]** 66/16
71/10 71/14 72/9
74/4 74/9 74/12
75/9 75/12 191/4
191/24 210/21
211/2
**trafficking [1]**
195/14
**tragically [1]**
175/12
**train [1]** 11/16

**trained [4]** 12/16
24/16 186/5 186/9
**trainings [1]** 9/1
**transcribe [1]**
182/4
**transcript [5]** 1/9
182/21 215/10
215/11 215/14
**transcripts [1]**
130/21
**translated [1]**
16/1
**transmittal [1]**
151/17
**transom [2]** 125/12
145/7
**transportation [2]**
73/3 73/19
**trash [1]** 160/18
**trash-ridden [1]**
160/18
**travel [2]** 76/19
160/14
**treated [4]** 74/18
74/23 75/5 75/7
**treatment [12]**
51/20 55/24 56/2
56/10 56/12 56/20
59/4 59/16 59/17
61/3 61/16 103/1
**trend [3]** 205/21
205/24 205/24
**trends [2]** 109/12
203/5
**trial [6]** 1/9
95/19 95/23 96/5
97/3 179/7
**tribalism [1]**
119/20
**tried [4]** 14/23
20/18 21/8 25/18
**triple [1]** 71/16

**triply [1]** 53/14
**trove [1]** 50/6
**true [8]** 56/18
59/17 138/22
157/25 191/20
201/16 203/13
215/10
**Trump [4]** 58/7
60/1 91/13 189/13
**Trump's [3]** 41/7
41/7 43/17
**trust [3]** 21/12
22/4 101/12
**trusted [3]** 20/13
21/4 25/13
**truth [3]** 107/2
138/20 143/13
**try [9]** 25/12
25/15 36/6 46/12
57/21 58/9 78/17
118/23 156/5
**trying [17]** 15/1
16/19 19/19 25/23
27/5 28/5 86/12
101/17 123/7 135/8
135/9 153/20
156/24 164/13
170/23 171/9
175/19
**Tucker [1]** 159/17
**turn [7]** 6/4 39/12
64/17 137/18
159/22 167/17
172/22
**turned [7]** 36/14
67/14 67/19 162/2
186/24 192/8 194/2
**turning [5]** 65/12
65/25 119/20 121/5
160/10
**twice [2]** 46/25
71/11
**two [31]** 13/6
33/25 43/21 48/11

50/12 52/4 67/7 73/9
107/20 108/5
108/10 110/14
112/1 112/4 113/23
116/20 116/22
120/22 138/11
139/19 144/5
152/21 165/7 172/2
176/14 183/5 194/4
194/22 207/18
208/8 211/7 211/23
**tying [1]** 125/19
**type [3]** 9/20
74/11 139/20
**types [6]** 46/21
68/13 75/5 77/8
163/2 206/23
**typical [3]** 57/24
59/2 135/7
**typically [6]**
51/12 71/14 83/1
83/2 160/9 187/5

**U**

**U.S [1]** 2/5
**ultimate [4]** 34/11
45/25 188/1 188/2
**un [1]** 160/24
**un-American [1]**
160/24
**unaware [1]** 184/12
**uncertain [1]**
194/16
**unclear [1]** 59/14
**unconscious [2]**
59/14 85/6
**unconstitutional
[2]** 14/7 24/24
**unconstitutionally
[1]** 25/4
**uncontroversial [1]**
43/24
**under [49]** 33/11
39/10 39/11 58/16

**U**

**under... [45]**
64/19 66/11 66/15
68/12 68/15 73/21
74/17 74/23 75/6
75/12 76/10 76/11
76/17 80/14 80/15
81/1 82/13 82/15
82/15 83/3 83/13
87/15 90/6 104/21
104/22 146/14
162/12 186/8
186/23 187/7
188/11 192/4 192/8
193/7 194/14
194/15 194/18
194/18 195/4
197/10 200/14
204/7 204/8 211/1
211/13

**undergoing [1]**
80/24

**understand [22]**
5/18 10/6 11/15
20/20 20/20 25/17
29/12 42/22 51/11
54/6 61/8 95/18
110/23 114/19
115/22 120/19
122/15 124/14
147/6 183/20
183/25 186/10

**understandably [2]**
17/22 89/5

**understanding [5]**
14/14 24/18 41/2
178/13 190/11

**understood [6]**
62/9 132/11 136/12
137/20 152/3
188/21

**undocumented [84]**
59/1 61/14 62/15

62/16 62/17 61/14
64/20 65/13 66/6
72/12 72/18 72/20
73/9 73/16 75/17
76/3 84/8 84/15
87/3 87/20 90/4
90/9 90/10 92/1
92/24 92/25 93/3
93/7 93/10 93/12
93/18 94/10 100/23
105/10 105/13
107/6 107/16
107/19 108/6
108/14 108/16
108/19 108/21
108/24 109/7
109/10 110/15
112/25 120/11
128/3 132/22
133/23 155/25
157/21 157/23
159/1 159/2 160/2
160/10 160/23
161/6 161/10
161/17 161/20
162/5 171/9 171/18
171/24 172/17
175/8 175/11
175/13 183/11
197/10 199/12
206/5 206/8 206/12
206/19 207/12
207/13 207/15
208/13 210/2

**unduly [3]** 162/11
162/12 167/3

**unemployment [1]**
22/21

**unfortunately [5]**
26/5 61/2 61/17
84/11 91/13

**unfounded [2]**
170/22 171/9

**unfriendly [1]**

**uninvited [1]**
121/18

**unique [3]** 50/13
78/7 107/2

**uniquely [1]**
206/17

**UNITED [38]** 1/1
1/11 39/8 39/13
42/17 43/9 58/9
70/9 79/5 84/12
84/16 91/10 91/15
93/11 99/19 102/23
105/9 113/3 114/18
117/4 117/20
117/25 120/9 128/3
128/6 133/21 156/1
158/17 158/21
159/1 159/22
176/25 187/2
192/24 208/18
210/2 214/9 215/6

**units [1]** 42/4

**universe [2]** 83/14
83/16

**university [8]**
38/13 39/3 39/25
40/2 40/5 40/8
63/4 63/5

**unknown [2]** 114/18
125/13

**unless [10]** 25/9
76/12 84/14 86/24
116/9 162/19
169/17 177/9
193/16 193/22

**unlike [2]** 141/13
186/14

**unlikely [1]**
184/11

**unmute [1]** 33/13

**unpack [2]** 127/18
158/10

**unquote [10]** 62/19

## U

**unquote... [9]**
115/2 115/14 116/5
117/1 117/21
171/20 172/15
190/24 191/17
**until [1]**  38/15
**untrue [1]**  196/7
**unusual [2]**  40/25
50/7
**unworthy [1]**
160/25
**up [90]**  20/23 25/3
25/16 25/16 26/14
28/20 30/20 40/4
42/8 42/12 43/4
43/19 46/12 51/24
63/17 63/20 69/24
73/18 75/20 75/22
76/1 76/5 76/22
77/22 78/10 78/24
79/3 79/10 79/20
80/6 80/12 81/1
81/7 81/18 81/20
82/10 86/4 88/8
93/9 94/16 95/10
95/11 96/19 97/3
97/13 97/22 102/21
103/7 103/10
103/18 105/18
105/24 106/19
107/15 110/8
110/17 110/20
115/10 123/21
124/12 124/16
125/24 126/23
133/6 134/3 134/13
138/7 138/9 139/4
139/6 141/23
147/20 155/11
158/25 160/20
166/7 172/2 174/19
175/18 176/19

189/25 191/23
199/11 210/10
210/22 210/25
211/2 211/12
**updated [1]**  129/8
**uphold [1]**  24/17
**upon [18]**  53/16
53/19 56/3 56/21
64/25 73/3 81/5
95/23 100/24 128/6
132/17 173/1 176/5
176/20 184/1
195/22 197/5 197/7
**us [118]**  9/5 10/25
14/12 14/13 18/7
19/9 22/12 25/3
26/2 35/14 38/12
39/24 46/21 53/25
54/18 57/19 63/24
63/25 67/6 75/16
75/18 75/22 76/11
76/14 76/17 77/3
77/5 77/21 77/24
78/10 78/15 78/17
78/20 78/24 79/6
79/9 79/13 79/14
79/17 79/18 79/20
80/2 80/9 80/11
80/16 80/25 81/3
81/9 81/10 81/17
81/21 81/24 81/25
82/2 82/4 82/11
82/12 82/19 83/11
83/25 87/1 91/2
91/11 93/7 93/11
93/12 95/8 100/24
101/24 104/4
104/13 106/15
108/3 109/4 112/13
113/12 114/17
115/20 116/19
118/3 118/19 120/6
120/17 121/15

124/16 124/20
125/23 125/25
127/16 127/16
131/6 137/22
139/12 142/2
142/12 142/15
143/5 149/17 151/7
152/8 154/8 159/14
161/11 163/15
167/11 171/14
173/21 177/20
187/2 189/4 190/18
197/16 200/3
202/21 203/19
205/15
**USA [1]**  121/22
**use [13]**  6/22
12/11 40/19 41/1
58/18 73/5 97/19
156/16 172/14
172/17 184/21
195/4 200/2
**used [14]**  15/5
49/13 52/9 78/9
78/11 86/14 91/7
109/15 154/1
155/24 156/15
160/5 182/15 201/9
**uses [4]**  34/23
76/3 77/16 77/16
**using [9]**  12/17
24/21 42/12 52/12
81/1 98/2 140/10
156/8 198/13
**usual [2]**  61/1
76/20
**usually [5]**  10/20
31/11 51/13 54/7
61/19

## V

**vague [1]**  183/19
**Valerie [1]**  42/6

**VICTORIA [2]** 1/15
4/16

**valid [4]** 190/3
190/10 190/13
191/9

**validity [1]**
201/24

**Valley [2]** 160/4
160/19

**value [4]** 90/14
90/15 166/25 167/1

**vanishingly [1]**
68/18

**variety [1]** 53/5

**various [7]** 11/4
13/11 48/17 63/18
189/18 196/25
206/8

**vast [5]** 67/24
68/2 73/4 111/9
111/17

**vastly [2]** 75/11
191/23

**VDARE [2]** 119/12
119/18

**Vegas [2]** 193/19
193/23

**vehicle [2]** 209/9
209/11

**vehicles [1]** 28/18

**venue [1]** 24/1

**verbal [2]** 33/12
166/6

**verified [1]** 76/2

**verify [2]** 140/9
140/10

**version [2]** 43/1
148/3

**versus [2]** 110/15
204/1

**very [83]** 9/6
11/24 14/24 15/24
17/22 17/22 22/5
34/22 34/23 36/1

20/21 40/25 42/18
50/6 50/7 51/22
55/12 56/4 60/1
60/9 61/7 61/13
63/3 71/6 73/2
73/2 73/2 78/14
83/4 83/15 84/22
86/8 86/19 86/20
88/19 88/19 91/5
92/5 92/5 93/7
94/6 95/4 96/15
99/17 100/12
105/11 108/14
108/16 117/19
117/22 119/4
120/25 136/3 142/6
144/23 146/4
146/13 146/13
146/22 147/3 159/5
160/12 162/9
164/17 167/1
170/17 171/10
174/24 175/3
176/18 179/7
185/18 185/20
188/9 192/17
192/19 194/6
194/16 208/2
209/14 209/17
210/24 210/25

**vetted [1]** 87/12

**via [2]** 1/10
167/14

**vice [6]** 120/24
126/8 126/9 126/11
143/14 143/19

**victim [4]** 97/25
168/17 168/20
195/10

**victims [11]** 94/24
96/6 96/10 96/12
96/14 97/18 173/19
175/5 195/7 195/14
209/13

**video [6]** 6/4
181/25 182/3
182/10 182/20
183/4

**view [3]** 115/24
197/16 201/25

**viewed [1]** 129/7

**viewpoints [1]**
117/15

**views [2]** 114/19
115/5

**vigilante [2]**
122/5 124/23

**violate [1]** 23/21

**violating [1]** 23/6

**violation [9]** 53/7
72/12 72/13 74/12
75/9 187/22 192/25
210/11 211/3

**violations [10]**
56/9 71/10 71/14
72/9 72/10 74/4
74/10 75/12 191/24
210/22

**violator [1]** 191/4

**violence [4]** 15/12
87/20 96/14 149/14

**violent [33]** 68/8
68/9 68/11 71/4
71/8 71/11 71/17
71/18 72/1 72/1
74/16 75/13 84/9
85/10 90/20 91/25
109/4 109/9 109/11
110/16 191/2 191/6
191/25 192/24
193/23 197/4
203/11 203/14
204/8 204/14 210/4
210/25 211/13

**virtual [2]** 137/12
141/23

**V**

**virtually [2]**
52/22 205/19
**visit [5]** 22/17
73/7 161/22 162/1
162/4
**visited [1]** 18/2
**visiting [1]** 18/10
**visits [1]** 19/18
**vitae [2]** 44/11
44/12
**Vladimir [1]** 42/15
**voice [2]** 15/11
15/16
**voice-mail [2]**
15/11 15/16
**volume [1]** 182/9
**volunteering [1]**
137/17
**vote [4]** 27/11
43/22 43/23 73/8
**voted [3]** 148/12
190/14 194/9
**voters [2]** 48/16
48/21
**Voters' [1]** 49/3
**voting [9]** 37/2
39/10 40/14 44/21
46/24 47/2 48/22
49/23 54/20
**vs [1]** 1/6
**vulnerable [1]**
187/17

**W**

**W-O-N-G [1]** 97/2
**wage [11]** 7/8 7/10
8/2 8/10 8/20 11/2
22/20 23/1 23/5
23/18 159/7
**wages [2]** 10/1
23/5
**waiting [3]** 5/20
69/2 164/21

**walk [4]** 106/15
108/2 188/23
200/12
**Walker [1]** 174/2
**walls [1]** 200/13
**want [26]** 36/23
46/4 51/15 51/17
51/18 55/11 90/25
91/7 111/25 118/11
122/13 138/12
147/7 157/10
168/21 169/2
172/11 174/1
175/14 181/7
188/16 190/10
194/22 194/25
198/22 200/16
**wanted [4]** 54/16
151/16 151/20
176/11
**wants [2]** 129/17
129/18
**War [1]** 121/17
**warning [1]** 158/7
**warns [1]** 145/15
**warrant [10]** 189/9
189/14 189/16
189/16 189/18
189/19 190/3 190/4
190/10 190/13
**warrants [2]** 71/23
190/10
**was [331]**
**Washington [2]**
40/2 149/16
**wasn't [9]** 26/19
26/22 27/17 30/3
30/3 38/24 126/10
140/7 206/21
**wasteland [2]**
160/6 160/10
**watch [2]** 181/17
183/3
**watched [5]** 55/11

185/13 189/7
**watching [1]**
211/17
**Wave [1]** 158/15
**waves [2]** 121/10
158/16
**way [33]** 7/6 9/16
11/12 23/15 24/18
28/13 34/16 42/8
42/24 43/17 47/13
50/12 52/24 56/4
56/18 89/9 91/17
93/20 94/1 95/11
125/14 128/2
133/24 147/19
159/11 168/19
170/22 171/9
185/16 196/21
199/1 203/7 207/10
**ways [18]** 12/4
14/10 14/23 16/1
16/22 17/24 25/19
25/24 59/3 76/4
92/5 102/15 113/7
141/9 164/17
176/16 188/8
201/24
**we [395]**
**We'd [1]** 212/23
**we'll [29]** 10/2
10/3 10/3 49/13
50/21 53/23 57/18
60/16 66/19 69/7
74/13 84/10 87/17
92/4 92/8 92/8
109/3 110/25 114/1
116/10 122/25
133/15 134/7 137/9
138/9 146/23
162/17 177/14
181/18
**we're [53]** 7/14
7/25 9/2 9/5 10/22

**we're... [48]** 12/23 24/22 24/23 25/19 31/2 31/6 60/8 65/5 67/6 67/7 67/9 69/2 69/3 71/1 71/25 77/19 79/7 79/12 81/9 86/12 93/15 97/9 101/4 104/25 109/4 118/25 123/20 134/10 138/22 148/20 150/24 156/25 177/6 177/18 178/18 178/22 180/4 182/22 186/1 188/24 190/9 192/15 192/15 193/22 203/19 204/15 205/23 205/23

**we've [39]** 11/1 14/22 15/25 20/17 20/17 20/18 20/19 21/1 21/5 23/11 25/1 25/12 25/15 25/18 45/18 74/1 74/1 77/1 78/22 83/17 84/23 85/5 89/18 93/5 98/4 99/12 102/25 123/5 149/20 152/9 155/23 163/14 167/14 171/17 177/23 187/14 196/25 203/11 210/15

**wealth [2]** 44/6 46/2

**website [13]** 126/17 127/20 128/10 128/15 129/3 129/5 129/8 131/8 131/15 131/16 131/23 131/24 132/5

**website's [1]** 129/7

**websites [1]** 130/22

**WeCount [40]** 6/25 7/1 7/5 7/9 7/10 7/14 7/16 7/20 7/23 8/18 8/22 9/4 9/11 9/18 9/20 10/16 11/23 11/25 13/9 13/12 14/8 14/17 15/3 15/10 17/6 17/20 18/2 18/17 19/3 19/15 20/15 21/11 22/19 22/21 23/17 23/17 24/4 25/10 26/13 26/18

**wee [4]** 174/7 174/8 174/23 183/10

**weeds [1]** 203/25
**week [1]** 142/22
**weeks [1]** 78/16
**weight [2]** 37/12 38/5
**welcome [6]** 69/6 101/12 101/20 149/6 177/19 189/2
**welcoming [2]** 22/7 26/2
**welfare [2]** 161/4 161/17
**well [79]** 13/12 15/5 16/19 22/17 22/18 23/10 28/5 30/13 34/6 37/15 39/4 39/21 41/6 44/6 47/2 49/22 51/23 52/5 55/14

55/16 56/15 57/15 59/14 59/16 62/9 63/5 64/19 66/14 68/11 73/15 75/4 79/1 80/20 84/3 87/18 88/9 89/1 91/6 98/10 98/20 100/24 104/6 113/8 114/13 118/17 120/17 122/6 122/15 128/14 128/16 128/20 130/8 130/23 136/6 136/6 139/13 144/6 145/15 145/25 147/3 147/4 163/15 165/15 170/8 171/3 171/12 176/8 178/12 179/20 182/13 183/7 184/7 184/7 192/20 193/10 205/10 206/11 208/15 213/10

**well-documented [2]** 59/16 84/3
**well-established [2]** 136/6 184/7
**well-known [4]** 136/6 147/3 147/4 184/7
**well-respected [1]** 63/5
**went [8]** 51/19 52/13 95/10 96/4 102/16 170/14 191/3 200/24
**were [142]** 9/12 11/22 11/24 11/25 12/3 12/4 12/9 12/13 13/1 13/2 13/5 13/13 13/15 13/21 13/22 15/9 15/23 16/16 16/18

**W**

**were... [123]**   17/8
17/8 17/22 18/19
18/23 19/5 19/9
19/10 19/19 19/20
20/5 22/6 27/3
28/18 30/13 30/21
35/14 35/17 47/7
47/12 47/23 48/12
48/19 48/21 49/3
49/19 51/13 56/25
57/2 57/3 58/9
68/2 68/18 69/10
69/12 70/16 70/23
72/5 72/5 72/10
74/3 75/24 77/3
77/5 82/22 86/4
87/5 87/14 88/5
88/17 89/5 89/13
90/5 90/9 90/18
90/19 93/11 94/1
101/23 102/15
104/8 108/14
109/14 111/1 111/8
112/21 112/22
117/11 118/16
122/3 123/3 126/19
129/2 133/10
133/21 134/5
134/15 140/17
143/4 147/22
147/24 148/11
148/12 148/16
150/9 152/21
153/19 157/2
162/24 162/25
163/25 164/12
164/23 169/13
170/10 172/25
173/1 176/23 179/2
179/3 179/8 179/14
179/14 180/7 180/7
180/17 187/12

187/15 189/19 192/4
196/20 197/2
201/15 202/1
203/21 204/17
205/17 206/14
207/22 207/25
209/9 211/7 211/9
**weren't [1]**   156/25
**West [1]**   2/3
**what [214]**   6/22
7/13 7/20 8/9 8/18
9/13 9/18 9/20
11/10 11/22 11/25
13/4 13/13 14/20
14/23 15/21 16/4
17/9 18/8 18/9
19/4 20/8 21/8
21/25 22/23 23/11
25/17 27/5 27/10
28/9 28/11 28/16
28/19 30/11 34/24
35/19 38/23 39/24
40/3 40/11 44/14
46/21 49/24 51/1
52/16 53/1 53/3
54/18 55/3 55/11
55/25 56/1 57/19
57/19 59/6 60/4
60/10 60/14 63/10
63/24 65/21 66/2
66/20 67/6 67/9
67/10 67/15 68/10
69/21 72/13 72/17
76/1 76/1 79/6
81/10 83/16 83/20
83/25 85/5 85/6
86/12 87/13 89/14
89/22 90/22 92/18
97/9 97/14 102/12
102/25 103/23
104/4 106/10
106/24 108/2 108/5
109/1 109/4 109/13
110/2 110/8 110/12

113/11 114/21
118/2 118/18
120/17 121/7
124/15 124/19
124/20 124/20
125/23 126/22
128/23 129/7
129/20 130/23
130/24 130/24
131/6 131/14
131/14 135/6
135/14 136/1 139/4
139/12 139/24
140/25 141/17
142/2 142/12
142/14 143/5
143/10 145/16
145/24 146/1 146/5
146/21 148/7 151/7
152/8 153/13 154/8
154/20 155/8
155/21 156/4
157/11 157/22
158/7 158/8 158/23
159/6 159/7 159/11
161/24 163/21
166/11 166/13
167/11 169/8 170/6
171/17 171/21
174/25 175/3
175/15 176/1
178/16 179/8
179/14 180/2
182/12 183/13
183/14 183/17
186/13 186/22
186/23 186/24
187/4 187/5 190/18
191/11 192/21
193/18 194/1
196/12 197/17
198/3 198/19
198/20 199/21

**W**

**what... [16]**   200/15 201/4
201/20 202/21
203/19 203/25
204/4 204/9 205/20
205/21 211/6 212/5
212/14 212/15
212/22 213/3

**what's [12]**   7/1
25/6 29/4 31/22
42/16 50/11 68/6
80/13 81/16 90/13
182/24 205/15

**whatever [5]**   20/21
21/7 67/13 67/17
211/18

**whatsoever [4]**
36/3 201/24 211/7
211/17

**when [61]**   10/19
11/5 11/12 17/7
17/25 28/8 30/11
37/24 38/2 38/16
42/3 47/20 50/10
52/12 59/17 64/17
67/17 68/21 69/10
79/12 84/5 85/19
89/4 89/18 90/17
91/9 91/15 92/23
94/5 95/11 96/19
97/23 97/24 98/1
100/20 101/23
102/13 103/18
108/19 109/21
114/7 118/9 120/12
127/21 127/25
129/13 131/10
134/7 144/23
146/17 160/22
162/23 163/10
174/6 174/12
189/13 196/22

198/18 199/11
202/23 202/24

**whenever [2]**   21/1
147/20

**where [49]**   6/24
7/8 9/23 10/8
17/15 22/5 27/21
27/23 28/18 30/3
30/3 30/13 30/25
31/8 31/19 31/24
33/6 52/4 62/9
62/14 71/24 79/8
81/20 85/13 87/14
97/16 97/16 97/19
108/20 120/5
120/19 124/23
129/25 130/4
131/20 149/10
151/12 151/15
159/8 159/13
160/19 170/16
174/19 180/5 185/7
185/10 187/24
193/9 197/12

**WHEREOF [1]**   215/16

**whether [40]**   20/1
20/2 20/7 23/8
30/15 30/16 34/12
35/22 45/24 48/3
51/16 51/24 56/11
63/9 71/2 74/11
74/12 75/7 76/3
77/19 91/3 94/10
105/13 110/17
136/24 144/6 146/6
147/18 157/25
168/8 168/17 177/1
186/25 188/7
191/10 191/21
195/9 201/4 203/5
206/4

**which [84]**   7/25
12/4 12/11 14/11
14/23 15/6 15/11

23/20 24/16 26/17
26/23 36/25 38/24
41/19 42/13 42/14
42/18 43/13 47/13
52/9 52/23 55/17
56/4 65/11 66/5
67/10 71/16 71/19
73/3 79/1 79/4
80/14 83/14 84/14
94/19 98/16 99/13
99/15 100/7 100/18
102/15 102/19
103/6 104/23
106/22 107/23
111/21 114/21
115/10 118/25
119/12 119/23
130/3 131/8 131/9
133/1 140/8 140/9
140/15 141/4 141/9
146/7 147/2 157/2
157/24 158/20
160/5 167/14
168/16 168/24
174/3 175/9 176/7
179/9 180/11 185/6
189/12 189/19
194/24 212/1 213/9

**while [10]**   50/9
57/10 86/4 99/11
104/11 108/7 117/7
122/8 195/6 195/11

**whisked [1]**   72/7

**white [41]**   12/6
15/1 15/2 15/25
26/1 43/1 43/5
59/10 59/11 64/8
64/17 65/3 65/3
68/9 85/19 88/24
88/24 88/25 90/16
112/22 113/2
114/22 114/24
117/10 117/10

**white... [16]**
117/23 117/24
119/5 119/7 119/10
119/13 119/24
119/25 120/3 121/3
133/13 136/24
161/24 176/24
177/1 204/25
**white-collar [1]**
68/9
**whites [14]**   42/2
55/24 55/24 56/20
61/4 61/4 85/8
99/22 100/5 102/9
102/11 115/12
119/11 120/3
**who [139]**   9/22
9/22 10/12 12/3
12/16 12/18 13/21
14/12 18/2 18/2
18/14 19/7 19/20
21/23 21/24 21/25
22/17 22/17 23/4
25/14 29/7 30/16
30/18 30/20 30/21
40/25 51/22 56/24
58/9 66/12 66/14
67/8 67/12 67/12
68/3 70/3 71/20
72/4 72/18 76/11
77/21 78/15 80/9
81/22 81/24 82/10
82/10 82/11 82/12
82/14 83/10 83/12
83/13 83/17 84/17
86/18 86/23 87/5
87/10 87/12 87/17
89/4 90/15 91/7
91/12 93/10 95/9
95/21 96/22 98/5
104/8 105/5 105/8
105/9 112/13
113/8 114/14
115/15 117/10
117/20 117/24
118/18 121/2 121/9
121/11 121/15
123/4 123/4 123/7
124/24 125/5
127/23 129/19
129/20 129/21
136/22 139/17
142/5 143/22
143/23 153/3 153/8
161/2 161/3 164/8
166/21 166/22
170/11 170/21
172/5 184/2 187/2
187/21 189/9 190/7
191/2 191/4 191/6
191/14 191/15
191/16 192/20
192/23 193/6 194/7
194/13 194/17
195/7 195/14
195/15 197/5 198/8
200/21 200/22
201/13 207/19
209/14
**who's [4]**   143/23
189/9 210/8 210/9
**whoever [1]**   70/4
**whole [12]**   49/23
50/6 90/12 111/19
111/21 147/10
172/11 172/14
182/21 182/23
183/4 203/7
**whom [5]**   18/23
99/23 100/4 120/25
197/24
**whose [1]**   193/13
**why [25]**   4/4 17/18
17/23 29/8 29/19
46/6 53/25 54/16
124/7 132/6 136/1
145/23 147/7
152/15 161/18
162/18 169/14
179/6 179/15
183/11 194/2
199/14
**Wickliffe [1]**
116/25
**widely [2]**   145/20
147/5
**widespread [3]**
56/19 59/9 98/8
**will [52]**   5/9 5/10
6/4 23/3 28/14
37/12 38/4 38/5
45/3 55/21 56/11
65/8 66/12 66/14
70/6 75/1 81/4
81/4 92/12 94/24
99/7 104/25 105/1
105/1 113/20 114/8
114/10 115/6
115/13 115/14
120/6 121/6 139/17
139/23 156/12
156/13 163/15
167/4 167/5 173/5
174/25 180/17
181/9 181/21
191/10 193/6
193/25 198/22
201/3 210/21
213/10 213/16
**willing [1]**   98/6
**willingness [2]**
97/19 100/8
**win [2]**   41/7 43/17
**window [1]**   145/11
**windows [1]**   200/14
**WITAN [2]**   115/2
115/2
**within [28]**   40/18

**W**

**within... [27]**
42/21 54/7 63/13
65/11 65/15 67/16
72/8 72/19 80/19
81/19 86/10 93/13
93/13 94/10 94/15
95/7 96/23 139/15
149/14 155/4
155/11 164/9
187/17 193/23
200/2 203/6 206/16
**without [22]**   71/14
72/11 73/10 73/15
74/18 74/24 75/8
76/9 97/7 119/3
122/2 172/14 189/9
191/5 191/9 192/10
193/14 195/11
195/23 203/24
209/23 210/9
**witness [21]**   5/19
6/10 33/1 33/2
33/19 35/2 39/6
45/6 78/5 95/8
95/20 98/5 118/22
149/10 157/14
163/5 168/17
168/21 171/8
195/10 215/16
**witness's [1]**
157/15
**witnesses [22]**
72/25 86/20 93/6
93/9 95/3 95/6
96/12 96/16 97/18
97/23 98/5 99/16
105/4 122/4 134/21
135/6 142/21 171/7
195/7 195/15
195/16 202/11
**woman [1]**   190/6
**women [4]**   48/16

**won [2]**   41/12
43/11
**won't [1]**   25/8
**Wong [3]**   97/1 97/1
97/6
**words [12]**   15/13
34/23 69/22 125/12
127/20 145/5 146/4
159/20 161/25
166/16 172/5
186/14
**work [29]**   6/24
6/25 7/8 8/7 8/14
8/16 10/2 11/9
14/21 15/4 23/12
23/17 28/4 31/25
32/20 38/23 42/19
50/24 72/22 72/22
73/5 116/5 135/4
136/18 163/11
173/12 173/13
173/14 183/8
**worked [3]**   75/20
121/15 201/14
**worker [1]**   8/10
**workers [10]**   8/2
8/3 8/3 8/12 8/20
10/5 10/22 23/8
23/22 23/25
**workers' [1]**   22/25
**workforce [1]**   15/6
**working [12]**   14/3
87/5 88/5 97/8
97/16 97/17 123/3
135/16 155/15
156/19 164/15
184/14
**workplace [3]**   9/25
10/6 23/4
**works [4]**   31/3
40/17 40/18 40/22
**workshops [5]**   9/1
10/5 11/15 17/14

**world [7]**   39/7
39/19 39/20 119/21
121/17 161/23
161/24
**worried [2]**   117/19
149/17
**worries [1]**   200/15
**worrying [1]**
195/23
**worst [1]**   193/13
**would [124]**   6/8
6/12 12/14 14/14
17/19 17/24 18/8
18/8 18/10 20/1
20/2 21/12 29/10
30/7 31/4 33/4
34/13 34/14 37/18
37/24 40/11 40/14
40/18 40/22 41/6
47/8 47/10 49/19
52/21 54/2 54/3
58/11 63/6 63/7
63/9 65/2 65/10
66/12 68/23 70/12
72/3 78/7 78/8
78/11 80/21 82/8
90/7 90/7 93/17
101/5 104/20
106/22 110/5
111/23 112/14
124/4 124/22 125/1
130/4 131/10
131/20 132/1
134/11 134/19
139/21 141/1
144/24 145/20
145/23 146/7
146/10 146/11
147/7 147/13
148/24 150/23
151/23 155/22
158/23 159/6 159/7
159/8 159/12

# W

**would... [41]**
159/13 161/3
166/10 167/4
167/25 168/16
169/1 170/9 170/20
175/21 180/23
180/25 181/1
183/15 184/11
185/20 187/13
192/23 193/12
196/7 197/3 197/4
197/6 197/8 197/11
199/6 201/16
201/21 202/2 202/5
202/6 203/22
207/13 207/16
207/24 208/1 209/4
209/5 210/5 211/15
213/10
**wouldn't [2]** 202/7
207/17
**Wow [1]** 120/16
**wraps [1]** 146/14
**write [1]** 135/11
**writers [1]** 172/4
**writings [4]** 26/25
49/21 112/21
114/25
**written [4]** 40/17
57/23 119/10
158/11
**wrong [2]** 177/23
183/7
**wrote [9]** 44/21
64/5 115/4 115/6
115/23 116/3 117/2
117/4 135/4

# Y

**yeah [73]** 7/25
19/2 26/16 36/22
41/14 44/25 46/23
47/22 51/1 54/20
55/5 55/9 57/21
64/1 67/7 68/16
68/22 68/22 70/6
72/14 78/6 81/12
92/16 97/10 99/10
101/17 106/12
106/17 107/11
108/5 109/6 110/11
111/11 114/7
116/18 118/4
118/23 126/1
128/11 128/25
130/2 130/10
137/16 144/12
149/1 152/11
153/15 154/12
157/17 163/4
166/20 173/20
174/17 174/18
174/21 176/5 183/3
185/25 189/5
190/17 190/19
194/13 194/21
195/4 195/20
196/16 202/23
203/10 203/20
205/17 206/25
207/10 210/16
**year [15]** 10/20
10/20 18/21 19/10
38/15 68/2 76/19
77/2 90/4 90/6
106/15 106/21
113/9 158/16
204/21
**years [36]** 9/12
11/1 11/4 11/9
13/11 14/3 14/21
19/8 22/5 22/14
23/16 39/2 39/17
41/18 42/25 47/16
68/4 76/21 79/9
80/22 82/25 90/7
90/9 105/21 106/24
107/17 108/15
108/16 135/5 147/6
191/16 200/22
210/10 210/23
**yes [87]** 5/21 7/7
7/12 8/10 9/21
10/18 11/24 12/23
13/11 14/19 15/5
19/17 20/17 21/12
22/22 23/16 24/7
26/5 28/3 29/17
32/13 32/18 35/7
35/16 35/18 38/13
40/12 45/6 47/19
48/8 48/11 53/16
54/25 58/25 65/5
69/16 70/25 75/19
84/2 86/7 92/25
96/3 96/15 98/21
101/6 105/22 110/4
112/16 113/4
120/19 124/22
126/8 127/4 127/15
128/20 129/14
130/6 134/14
139/10 140/21
142/4 142/17 144/8
148/23 149/9
149/13 150/20
157/9 166/17
167/13 173/23
174/22 175/21
178/1 179/11
181/22 181/24
182/3 184/22
197/18 202/18
206/16 207/4
208/15 208/15
209/11 213/1
**yesterday [1]**
150/9
**yet [6]** 83/14
125/16 136/18

**Y**

**yet... [3]**  143/24
151/17 163/1
**yield [1]**  76/23
**York [4]**  39/10
43/15 58/5 120/1
**you [548]**
**you'll [6]**  33/22
35/5 68/20 122/19
165/20 195/15
**you're [28]**  39/4
45/4 52/12 61/5
70/6 75/8 76/10
80/3 82/7 91/9
91/15 98/1 98/2
120/10 122/14
128/14 129/15
137/6 137/21
166/18 189/2
191/21 193/5
194/17 196/23
196/23 211/2 211/6
**you've [13]**  22/10
26/3 36/9 46/17
46/20 46/21 52/9
87/24 124/14
130/25 138/9 212/1
212/6
**your [238]**
**yourself [1]**  50/25
**yvette [8]**  2/5 2/7
177/7 182/6 215/5
215/19 215/19
215/21

**Z**

**Zealand [1]**  64/10
**zones [1]**  169/2
**ZOOM [1]**  1/10