# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 21-13657-GG
Case Style: City of South Miami, et al v. Governor of the State of Florida, et al
District Court Docket No: 1:19-cv-22927-BB

The enclosed copy of the Clerk's Order of Dismissal pursuant to the motion to dismiss the cross-appeal is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The appeal will proceed and the appellees' brief remains due on August 16, 2022.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6177

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-13657-GG

_____

CITY OF SOUTH MIAMI,

                                                Plaintiff - Appellee,

FLORIDA IMMIGRANT COALITION, INC.,
FARMWORKER ASSOCIATION OF FLORIDA, INC.,
FAMILY ACTION NETWORK MOVEMENT, INC.,
QLATINX,
WECOUNT!, INC., et al.,

                                                Plaintiffs - Appellees -
                                                Cross Appellants,

versus

GOVERNOR OF THE STATE OF FLORIDA,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                               Defendants - Appellants -
                                             Cross Appelllees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: The motion to voluntarily dismiss the cross-appeal filed by Florida Immigrant Coalition, Inc., Farmworker Association of Florida, Family Action Network Movement, Inc., QLatinx and Appellants Americans for Immigrant Justice, Guatemalan-Maya Center, Inc., Hope Community Center, Inc., Westminster Presbyterian Church United of Gainesville, Florida, Inc. and WeCount!, Inc. is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced cross-appeal was duly entered dismissed on this date.

Effective August 12, 2022.

DAVID J. SMITH  
Clerk of Court of the United States Court  
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION